IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,               Civil Action No.

v.

RON DESANTIS, individually and in his official
capacity as Governor of the State of Florida,

    Defendant.

_____

## DECLARATION OF ANDREW WARREN

I, Andrew Warren, respectfully submit this declaration in regard to the above-captioned matter. I make this declaration based on my personal knowledge of the facts stated herein.

1. I was elected as the State Attorney for Florida's 13th Judicial Circuit in 2016 and re-elected in 2020.

2. I have served as State Attorney for Florida's 13th Judicial Circuit since January 3, 2017.

3. While I have served as State Attorney for Florida's 13th Judicial Circuit, I have always exercised my prosecutorial discretion on a case-by-case basis, considering the individualized circumstances of each case.

4. While I have served as State Attorney for Florida's 13th Judicial Circuit, I have always instructed the assistant state attorneys ("ASAs") who work at

the Office of the State Attorney for the 13th Judicial Circuit (the "Office") to exercise their prosecutorial discretion on a case-by-case basis.

5. For example, consistent with guidance given to ASAs throughout my tenure as State Attorney for the 13th Judicial Circuit, in December 2021, I released a memorandum to all ASAs in the Office regarding "Prosecutorial Discretion and the Mission of Criminal Justice," which stated, among other things: "In every case, ASAs must exercise discretion based on the facts of that case—the nature and circumstances of the offense, the defendant's criminal history (or lack thereof), victim input, and other factors. ASAs must exercise that discretion at every stage . . . ." A true and correct copy of the contents of this December 14, 2021 memorandum is attached to the Complaint in this matter as **Exhibit 2**.

6. While serving as State Attorney for Florida's 13th Judicial Circuit, I approved a "Presumption of Non-Prosecution" policy in March 2021, which guides ASAs in exercising discretion in cases involving certain traffic-related and other offenses. A true and correct copy of this March 9, 2021 Presumption of Non-Prosecution policy is attached to the Complaint in this matter as **Exhibit 3**.

7. While serving as State Attorney for Florida's 13th Judicial Circuit, I instituted a "Policy Regarding Prosecution of Cases Based on Pedestrian and Bicycle Violations," which guides ASAs in exercising discretion in cases arising out of law-enforcement stops initiated exclusively for non-criminal bicycle or pedestrian violations. A true and correct copy of this Policy Regarding Prosecution of Cases Based on Pedestrian and Bicycle Violations is attached to the Complaint in this matter as **Exhibit 4**.

8. In instituting the Presumption of Non-Prosecution policy and the Policy Regarding Prosecution of Cases Based on Pedestrian and Bicycle Violations, the Office consulted and collaborated with law enforcement and other community representatives.

9. Neither the Presumption of Non-Prosecution policy nor the Policy Regarding Prosecution of Cases Based on Pedestrian and Bicycle Violations establishes an absolute rule regarding the exercise of discretion in any particular case. At most, these policies establish presumptions, which can be overcome in appropriate cases.

10. In all cases covered by the Presumption of Non-Prosecution policy and the Policy Regarding Prosecution of Cases Based on Pedestrian and Bicycle Violations, ASAs are required to exercise their judgment and discretion with respect to the individual case before them.

11. I allowed my name to be affixed to a June 2021 Joint Statement with other prosecutors and law enforcement leaders. *See* Fair and Just Prosecution, *Joint Statement from Elected Prosecutors and Law Enforcement Leaders Condemning the Criminalization of Transgender People and Gender-Affirming Healthcare* (June 2021).

12. I allowed my name to be affixed to a June 2022 Joint Statement with other elected prosecutors. *See* Fair and Just Prosecution, *Joint Statement from Elected Prosecutors* (June 2022) (updated July 25, 2022).

13. In joining the June 2021 and June 2022 Joint Statements, I expressed certain public policy positions and beliefs on current hot-button issues.

14. By joining the June 2021 and June 2022 Joint Statements, I did not announce any policy for the Office.

15. By joining the June 2021 and June 2022 Joint Statements, I did not categorically refuse to prosecute any particular kind of case or any particular Florida law.

16. I have not categorically refused to prosecute any particular kind of case or enforce any particular Florida criminal law.

17. At no time while serving as State Attorney for Florida's 13th Judicial Circuit have I instituted any policy that applied specifically to cases involving abortion.

18. At no time while serving as State Attorney for Florida's 13th Judicial Circuit have I instituted any policy that applied specifically to cases involving gender-affirming healthcare or the rights of transgender people.

19. At no time while I have served as State Attorney for Florida's 13th Judicial Circuit has the Office, to my knowledge, been referred a criminal case arising from an abortion in violation of Fla. Stat. §§ 782.34, 775.082(3), 775.083(1), 390.0111, 390.01112, or House Bill 5.

20. At no time while I have served as State Attorney for Florida's 13th Judicial Circuit has the Office, to my knowledge, been referred a criminal case arising from gender-affirming healthcare.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

EXECUTED this 16th day of August, 2022.

_____
Andrew Warren

157947687.2