IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,              Civil Action No.

v.

RON DESANTIS, individually and in his official
capacity as Governor of the State of Florida,

        Defendant.

_____

**DECLARATION OF DAVID SINGER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, David Singer, declare as follows:

1. I am an attorney duly licensed to practice in the State of Florida. I am a partner at Shumaker, Loop & Kendrick, LLP, co-counsel of record for Plaintiff Andrew Warren. I have personal knowledge of the facts stated herein and am competent to testify.

2. Attached as **Exhibit 1** is a true and correct copy of State of Florida, Office of the Governor, *Executive Order Number 22-176 (Executive Order of Suspension)*, dated August 4, 2022, including **Exhibit A** and **Exhibit B** thereto, also available at https://www.flgov.com/wp-content/uploads/2022/08/Executive-Order-22-176.pdf.

3. Attached as **Exhibit 2** is a YouTube video published by Forbes Breaking News, titled *'I Think These Doctors Need To Get Sued': DeSantis Slams*

*Gender Affirming Surgery For Children*, posted on August 3, 2022. A true and correct copy is available at https://www.youtube.com/watch?v=AnlcFZpNOoM .

4. **Exhibit 3** is a YouTube video published by ABC Action News, titled *Gov. DeSantis' Reasoning for Suspending State Attorney Andrew Warren*, posted on August 4, 2022. A true and correct copy is available at https://youtu.be/2oZ5Xy55OHw?t=27.

5. Attached as **Exhibit 4** is a true and correct excerpt of a Twitter post by Andrew Warren (@AndrewWarrenFL), *My initial thoughts on today's #RoeVWade #dobbsdecision*, posted on June 24, 2022, at 9:12 a.m., available at https://twitter.com/AndrewWarrenFL/status/1540367161419616258.

6. Attached as **Exhibit 5** is a true and correct excerpt of a Twitter post by Ron DeSantis (@GovRonDeSantis), *By properly interpreting the Constitution, the Supreme Court has answered the prayers of millions upon millions of Americans*, posted on June 24, 2022, at 9:59 a.m., available at https://twitter.com/GovRonDeSantis/status/1540378975251341315.

7. Attached as **Exhibit 6** is a true and correct copy of a news release by Ron DeSantis, *Governor Ron DeSantis' State of the State Address*, dated January 11, 2022, available at https://flgov.com/2022/01/11/governor-ron-desantis-state-of-the-state-address-3/.

8. Attached as **Exhibit 7** is a true and correct excerpt of a Twitter post by Christina Pushaw (@ChristinaPushaw), *MAJOR announcement tomorrow morning*

*from @GovRonDeSantis. Prepare for the liberal media meltdown of the year Everyone get some rest tonight*, posted on August 3, 2022, at 6:32 p.m., available at https://twitter.com/ChristinaPushaw/status/1555003744781230080?s=20&t=obr8HqKrqjAzd3aWng-W4A.

9. Attached as **Exhibit 8** is a true and correct copy of a Fox 13 News article by Gloria Gomez, titled *'Back to basics': Newly-appointed Hillsborough State Attorney Sets New Tone with Policy Rollbacks Coming Soon*, dated August 9, 2022, available at https://www.fox13news.com/news/back-to-basics-newly-appointed-hillsborough-state-attorney-sets-new-tone-with-policy-rollbacks-coming-soon.

10. **Exhibit 9** is a YouTube video published by the State Attorney's Office 13th Judicial Circuit, titled *State Attorney Susan Lopez, 13th Judicial Circuit*, posted on August 5, 2022. A true and correct copy is available at https://youtu.be/s4lBNh13T5Q.

11. Attached as **Exhibit 10** is a true and correct copy of a Press Release by the Office of the State Attorney, 13th Judicial Circuit, titled *State Attorney Susan S. Lopez Seeking Death Penalty in Brutal Murder Case*, dated August 8, 2022, available at https://www.sao13th.com/2022/08/state-attorney-susan-s-lopez-seeks-death-penalty-in-brutal-murder-case/.

12. Attached as **Exhibit 11** is a true and correct copy of an Orlando Sentinel article by Steven Lemongello, titled *Seminole Sheriff Dennis Lemma: I Won't*

*Enforce Assault Weapons Registry if Amendment Passes*, dated January 15, 2020, available at https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html.

13. Attached as **Exhibit 12** is a true and correct copy of an Orlando Sentinel article by Skyler Swisher, titled *'Constitutional' Sheriff Movement Escapes DeSantis' Scrutiny*, dated August 8, 2022, available at https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html.

14. Attached as **Exhibit 13** is a true and correct copy of a Tampa Bay Times article by Tony Marrero, titled *Evictions suspended in Hillsborough Through April 20. The Sheriff Had 250 to Serve Now.*, dated March 18, 2020, available at https://www.tampabay.com/news/hillsborough/2020/03/18/evictions-suspended-in-hillsborough-through-april-20-the-sheriff-had-250-to-serve-now/.

15. Attached as **Exhibit 14** is a true and correct copy of a News Channel 8 article by Justin Schecker, titled *Chief Communications Officer for Hillsborough County State Attorney Terminated from Her Job*, updated August 16, 2022, available at https://www.wfla.com/news/hillsborough-county/chief-communications-officer-for-hillsborough-county-state-attorney-terminated-from-her-job/.

- 5 -

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 17th day of August, 2022.

                                          */s/ David Singer*
                                          David Singer