# Exhibit 2

Attached as Exhibit 2 is a YouTube video published by the Forbes Breaking News, titled 'I Think These Doctors Need To Get Sued': DeSantis Slams Gender Affirming Surgery For Children, posted on August 3, 2022. A true and correct copy is available at https://www.youtube.com/watch?v=AnlcFZpNOoM