## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


ANDREW H. WARREN,

      Plaintiff,

v.                                CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

      Defendant.

_____/


## ORDER SETTING A SCHEDULING CONFERENCE


The plaintiff has moved for a preliminary injunction. In order to promote the orderly and prompt resolution of the motion,

IT IS ORDERED:

1. By separate notice, the clerk must set a scheduling conference by telephone for August 26, 2022, at 2:00 p.m. Only matters of timing and procedure, not matters of substance, will be addressed at the conference.

2. The plaintiff's attorney must attempt to learn the identity of the defendant's attorneys as soon as possible. The plaintiff's attorney must provide to the defendant's attorneys, immediately upon learning their identity—or, if their identities are already known, immediately upon receipt of this order—copies of:

Case No.  4:22cv302-RH-MAF

- the complaint,

- the motion and supporting papers,

- this order, and

- the clerk's notice of hearing.

Copies must be provided by the most expeditious feasible method and, if different, by the most reliable method. The plaintiff must serve copies of the papers listed above on the defendant by noon on August 23, 2022, in the manner provided by law for service of process, if by that time the plaintiff's attorney has not learned the identity of the defendant's attorneys.

3. The attorneys for both parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the motion for a preliminary injunction and on other procedural and substantive issues relating to the motion, including the need for live testimony and the admissibility of declarations.

4. The attorneys for all parties may confer regarding the date of the scheduling conference. It will be moved to another date available on the court's calendar if all parties agree. The courtroom deputy clerk must cooperate with the parties on the availability of other dates.

SO ORDERED on August 18, 2022.

s/Robert L. Hinkle
United States District Judge

Case No.  4:22cv302-RH-MAF