IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

Case No. 4:22-cv-302-RH-MAF

**JOINT NOTICE OF COMPLIANCE
AND PROPOSED SCHEDULE**

Pursuant to the Court's orders [*see* Dkts. 5, 6, 7], the parties jointly file this notice to inform that they have complied with the Court's instructions and to propose a schedule regarding Plaintiff's motion for a preliminary injunction [Dkt. 3].

Counsel for Plaintiff contacted counsel for Defendant, who have now appeared on behalf of Defendant and received copies of all filings in this action. [*See* Dkt. 8] Defendant agrees that no further service of process is required.

The parties also have conferred in good faith regarding the subjects set forth in the Court's orders:

**Need for live testimony**: The parties agree that live testimony is unnecessary and are requesting only oral argument at the hearing.

…

**Admissibility of declarations and other exhibits**: The parties agree that the court may consider the exhibits attached to Plaintiff's motion for preliminary injunction, Plaintiff's verified complaint, the exhibits attached to Plaintiff's complaint, and any exhibits attached to Defendant's response or Plaintiff's reply, for purposes of deciding the motion for preliminary injunction. The parties retain their right to object to the ultimate admissibility of those documents at trial and to argue relevance and weight with respect to the pending motion.

**Scheduling**: The parties jointly propose the following schedule for briefing and a hearing on Plaintiff's pending motion for a preliminary injunction and Defendant's forthcoming motion to dismiss the complaint. The parties agree to stay within the default word limit under the local rules and that Plaintiff's consolidated reply/response brief be treated as a response brief for word-limit purposes.

| Event | Proposed Deadline |
|---|---|
| Defendants' consolidated response to Plaintiff's motion for preliminary injunction and motion to dismiss the complaint | September 2, 2022 |
| Plaintiff's consolidated reply in support of motion for preliminary injunction and response to Defendant's motion to dismiss | September 9, 2022 |
| Oral argument regarding Plaintiff's motion for preliminary injunction | September 19 or September 20, 2022, or as soon thereafter as the parties may be heard[1] |

---

[1] Counsel for Defendant is unavailable on September 29.

**Scheduling conference:** The parties confirm that counsel for both parties are available to appear by telephone at the scheduling conference set by the Court on August 26, 2022, at 2:00 p.m. The parties note, however, that there appear to be no outstanding issues for this Court to resolve. If the Court wishes to cancel the scheduling conference the parties would have no objection.

| | |
|---|---|
| Dated: August 22, 2022 | Respectfully submitted, |
| | |
| Ashley Moody<br>  *Attorney General*<br><br>By: */s/ Henry C. Whitaker*<br>   Henry C. Whitaker (FBN 1031175)<br>    *Solicitor General*<br>   Jeffrey Paul DeSousa (FBN 110951)<br>    *Chief Deputy Solicitor General*<br>   James H. Percival (FBN 1016188)<br>    *Deputy Attorney General of Legal Policy*<br>   Natalie Christmas (FBN 1019180)<br>    *Assistant Attorney General of Legal Policy*<br>   Office of the Attorney General<br>   The Capitol, Pl-01<br>   Tallahassee, Florida 32399-1050<br>   (850) 414-3300<br>   (850) 410-2672 (fax)<br>   henry.whitaker@myfloridalegal.com<br><br>**ATTORNEYS FOR DEFENDANT** | By: */s/ David B. Singer*<br><br>   David B. Singer<br>   Florida Bar No. 72823<br>   Matthew T. Newton<br>   Florida Bar No. 111679<br>   101 E. Kennedy Blvd., Suite 2800<br>   Tampa, FL 33602<br>   dsinger@shumaker.com<br>   mnewton@shumaker.com<br><br>**AND PERKINS COIE LLP**<br><br>   Jean-Jacques Cabou (AZ #022835)*<br>   Alexis E. Danneman (AZ #030478)*<br>   Matthew R. Koerner (AZ #035018)*<br>   Margo R. Casselman (AZ #034963)*<br>   2901 N. Central Avenue, Suite 2000<br>   Phoenix, Arizona 85012-2788<br>   JCabou@perkinscoie.com<br>   ADanneman@perkinscoie.com<br>   MKoerner@perkinscoie.com<br>   MCasselman@perkinscoie.com<br>   602.351.8000<br><br>   **Pro Hac Vice* pending<br><br>**ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/ David B. Singer*

158015606.2