IN The United States
Northern District Tallahassee
Division

FILED USDC FLND TL
AUG 24 '22 PM 3:08
RP

Andrew Warren,
    Petitioner,

Case No: Unknown.

vs

Governor Ron Desantis
Capacity of State of
Florida Governor,
    Defendant,
_____/

## Amended Complaint of Petitioner

This Complaint is an amended complaint filed as Petitioner Andrew Warren, State Attorney Hillsborough County elected not once but twice by the Voters of Hillsborough County.

As the Court is fully aware of Defendant's past record on Voting Rights and Redistricting both was ruled Unconstitutional in the Courts. As another defeat of Defendant Judge Mark Walker ruled that yet again Defendant violated The Constitution again in the ruling of CRT Crucial Race Theory in Florida's Schools System.

## Statement of Claim

1. As Defendant Claims that Petitioner was suspended for Neglect of Duty. Mr. Warren has a 93.7 Conviction rate in his six years.

- 1 -

The state average is 96% so Petitioner is not Neglect of duty. The real neglect of duty is a long list that Defendant has refused to remove:

## List of Exhibits

1. Florida Department of Corrections, Secretary Ricky Dixon. Mr. Dixon was the number one reason that a sexual predator was allowed to be employed at Lowell Correctional Institution.

   A) Under Ricky Dixon a total of 11 different female inmates at Lowell Correctional filed complaints on at that time Officer Keith Turner. What did Mr. Dixon do he promoted Mr. Turner not once but twice to a rank of an Lieutenant.

   B) Mr. Turner continued to rack up complaints of female inmates at Lowell Correctional. All complaints was swept under the rug by Ricky Dixon. Again, Governor Ron Desantis is neglect in his duty for allowing Mr. Turner to be employed by The Department of Corrections. Mr. Turner has the complaints read ask for "sexual favors" for drugs, cigarettes, cell phones and better food. All this under again Ricky Dixon total neglect of duty, but as Defendant who told Action News Reporter on A question of Covid 19 Vaccine for inmates in the Department of Corrections for inmates

-2-

Defendant said and this is a direct quote "I am not going to give the Vaccine to some drug addict in prison instead of a tax payer". 273 inmates died under Ricky Dixon's watch during summer of 2020 and early 2021. Defendant is to protect the unborn, but once you are born you are on your own. A record of 68,000 Floridians died of Covid 19 as Defendant puts false information of masks and the effect of Vaccines.

## Record Settlement

1. As a record settlement of 4.65 dollars was paid to one of the female inmates at Lowell Correctional. This inmate who claimed sexual advances of now Lieutenant Keith Turner all were reported to the Warden. Again, DOC and Governor Ron DeSantis was quite aware of a potential problem of Lieutenant Keith Turner but ignore it. Then freely admitted to a record settlement of 4.65 million dollars.

2. Lieutenant Keith Turner and another officer named Ryan Dionne handcuffed this female inmate and contiuned to beat this defenseless female so severely that she will never walk again. No inmate in the DOC is sentenced to be paralyzed. She is all under the Neglect of Duty of Ricky Dixon, but Governor Ron DeSantis does not replace Mr. Dixon.

## Aggravated Molestion Charges

1. Now, reinforced claim of Neglect of Duty that now Mr. Turner being held in The Marion County Jail on pending not one but Aggravated Sexual Molestion of Victims under 12 years old. A Sexual Predator on the ranks of Jeffrey Epstein working in Department of Corrections.

2. The state Attorney of The Fifth Circuit Marion County refused to prosecute Mr. Turner or Mr. Dixon for beating a inmate and settled a record lawsuit. That is what Defendant said about the legal reason of why he suspended Petitioner. Failure to prosecute the law. So, in Defendants World that beating a inmate is ok and not prosecuting the offenders, but Petitioner who as part of his directions would not prosecuted to protect a woman's choice to do what she wants with her body. Both The state Attorney of The Fifth Circuit and Ricky Dixon both are neglect of duty.

## Murder of A Inmate

1. Now, in Dade Correctional Institution four officers are charged with the murder of a inmate All on Video security footage Officer Wilcox and Colon again handcuff a defenseless inmate.

4-

These two officers beat this inmate to death, Governor Ron Desantis never mentioned it once. Neglect of Duty Ricky Dixon. The state Attorney Kathyn Fernandez Rundle is seeking the death penalty unless Defendant replaces her too. That is what Defendant thinks he can do as unchecked power. Again, Ricky Dixon with a inmate population of 110,000 inmates and a budget of 2.4 billion dollars and a redivism rate of almost 70 o/o. That Ricky Dixon is doing absoutely nothing to help inmates being released back to society.

Drugs, gangs, uneducated, drug addicts, homosexual monkey pox all running wild at Polk Correctional. Polk Correctional is a re-entry prison where all inmates have a return date within three years.

Ricky Dixon is neglect of duty that all future crimes that all inmates released are 100 o/o at his lap. A 6,000 officers shortage payment of 103 million just in overtime negative work environment. The Department of Justice is investigating into fraud, corruption that Florida Department is Unconstitutional for staff and inmates. The tax payers of Florida are the real victims. Will be again when these people are released

-5-

Neglect of Duty Ricky Dixon, but Governor Ron DeSantis rather suspend a effective state Attorney. These ar the law and order people. See: "Crisis in Corrections"

### Amended Brief

1. As Defendant has yet to remove Polk County Sheriff Grady Judd. Mr. Judd is hiding a FBI most wanted suspect in Johnathan Pollock who is wanted for the attack of the Capitol January 6th.

   A) Mr. Judd is obstructing a federal investigation in a wanted felon. Mr. Judd has refused to investigate numerous leads into Mr. Pollock's whereabouts.

   B) Mr. Judd is again Neglect of Duty of his authority as law enforcement to disclose Mr. Pollock's whereabouts.

2. As Mr. Judd is huge Supporter of President Trump and the lies of the 2020 election. During a press conference was right behind Governor DeSantis in the suspension of Andrew Warren. Polk County is not Millshourogh County. What does Grady Judd have to say of a state Attorney is another county. Neglect of Duty. Hiding a fugitive from The FBI with involvement of a Sergeant at Polk Correctional Institution. Defendant is all for law and order and backing the blue! Neglect of Duty. The Department of Justice is looking deeply into these allegations.

-6-

### Pinellas County Sheriff Bob Gualtieri

1. As another neglect of duty, Pinellas County Sheriff has a chapter all on its own. Pinellas County Sheriff Bob Gualtieri refused to arrest a known child predator in violation of The Mann Act. The Infamous child predator Justin Crowder.

2. Defendant was and has been quite aware of Sheriff Bob Gualtieri illegal cover up of Justin Crowder. Again, Neglect of Duty Mr. Gualtieri in Misuse of federal funds that The Pinellas County Jail is a Federal Holding Facility which U.S. Marshals award a federal contract worth 20 million dollars a year. Which and Defendant is quite aware has used this fund as his own private ATM. Trips, escorts, underage girls, airplanes all used by federal money. All to cover up for Justin Crowder or The Jeffrey Epstein of Pinellas County.

### Numerous Felonies By Justin Crowder

1. As Justin Crowder has been on The FBI domestic terrorist watchlist since January of 2019. Mr. Crowder was deeply involved with Proud Boys and Oath Keepers founder Stuurrewant Rhodes and the planned attack on the Capitol.

-7-

Again, Sheriff Bob Gualtieri was aware of Mr. Crowden's felonies but ignored them. Neglect of Duty. Mr. Crowden's own 14 year old daughter filed a sexual complaint against Mr. Crowden stating that she has been molested by her father since she was 12 years old. All reports was made to the Pinellas County Sheriff's Department. Molesting young girls is OK with Governor Ron DeSantis. Neglect of Duty. See: DCF report on November of 2018 See: Police Reports filed. As Sheriff Bob Gualtieri is and was quite aware of Mr. Crowden's history with young girls. Mr. Crowden has a pattern of missing young girls wherever he has lived. Dillon, Colorado, Park City, Utah, and North Carolina. Mr. Crowden has refused to corporate with authorities not acts of a innocent person. He can take the fifth like Donald Trump did. Neglect of Duty! Mr. Crowden been reported to ATF, Homeland Security had n separate injunction for protection filed against him.

Mr. Crowden lied to state Attorney's Office and Committed perjury in a trial that sent a innocent person to prison. Neglect of Duty State Attorney Bruce Bartlett was appointed on January 15th, 2021 by Defendant

-8-

State Attorney Bernie McCabe a elected official for 29 years in Pasco and Pinellas Committed suicide January 15, 2021. That a scandal that again Sheriff Bob Gualtieri had Detective lie on Probable Cause for search warrants. A total of 80 8 Convictions involving this Detective since 2013 are now open to review.

Sheriff Bob Gualtieri on orders to have his Detective lie on search warrants. See "Franks Hearing" all this come to light November of 2019. Judge William Burgess Sixth Circuit Division J. The record is quite clear. The cover up was even deeper that Bernie McCabe knew that the Probable Cause of the Search warrant was a lie, but still had his prosecutors prosecute innocent People. How many of those innocent people died because of lack of Covid 19 Vaccines? How many was the victim of a sexual predator like Keith Turner and killed by DOC employees. Defendant Suspended Andrew Warren

Then this Sheriff Bob Gualtieri not only does not formally charged this Detective with felonies ranging from Perjury, Kidnapping, False Imprisonment. Maybe he can ask for a Pardon. Neglect of Duty

-9-

Not only Sheriff Bob Gualtieri does not charge her with a crime but arranged this Detective to still work in law enforcement. Neglect of Duty! A Sheriff Jerry Clayton hired this Detective and Mr. Clayton had no idea of this Detective's past. Sheriff Bob Gualtieri did not tell Mr. Clayton of Ann Arbor, Michigan. No surprise, that this Detective is being investigated for lying on search warrants. Neglect of Duty so Defendant does not a legal leg to stand on with the Suspension of Andrew Warren.

This Amended Complaint of Petitioner comes in good faith

Respectfully,

/s/

Michael LoRusso
10800 Evans Road
# 345454
Polk C.I.
Polk City, Florida
33868

- 10 -

Michael LoRusso
#345454
10800 Evans Road
Polk C.I. Floricda 33868
Polk City

"legal mail"

MAILED FROM A STATES
CORRECTIONAL
INSTITUTION AUG 2022 PM

AUG 23 2022

Florida Northern
United States Courthouse
Annex 3rd Floor
111 North Adams Street
Tallahassee, Florida 32301

"legal"