IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                     CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## INITIAL SCHEDULING ORDER

The parties have agreed on a proposed schedule for proceedings on the plaintiff's motion for a preliminary injunction. This order accepts the proposed schedule and adopts an initial schedule for further proceedings.

IT IS ORDERED:

1. The parties' proposed preliminary-injunction schedule, ECF No. 10, is adopted. By a separate notice, the clerk must set the preliminary-injunction hearing for Monday, September 19, 2022, at 9:00 a.m.

2. The deadline for the Federal Rule of Civil Procedure 26(f) attorney conference is September 23, 2022. At the conference, the attorneys and any

unrepresented party must address the matters set out in Rules 16(b)(3)(A), 16(b)(3)(B), 16(c)(2), 26(f)(2), and 26(f)(3). Discovery may begin after the attorney conference. Discovery may begin earlier if both sides agree.

    3. The deadline to file the Rule 26(f) report is October 7, 2022. The report must address the matters set out in Rules 16(b)(3)(A), 26(f)(2), and 26(f)(3), and may address any other scheduling or case-management issue.

    4. Unless a change is agreed to by all parties and set out in the Rule 26(f) report, or a change is ordered by the court, these are the deadlines for Rule 26 disclosures:

        (1) for 26(a)(1) disclosures, 14 days after the 26(f) attorney conference;

        (2) for 26(a)(2) disclosures, the deadlines set out in Rule 26(a)(2)(D);

        (3) for 26(a)(3) disclosures, the deadline set in an order for pretrial conference to be entered later or, if no such order is entered, the deadline set out in Rule 26(a)(3)(B).

    5. Absent good cause set out in the 26(f) report, the discovery deadline will be February 23, 2023, and the trial will occur during the two-week period that begins on June 5, 2023. These dates will be moved *earlier* if all parties so request. The parties should not request a *delay* of these dates except for good cause. A conflict with the trial date is ordinarily good cause. That an attorney will be busy on other matters between now and then ordinarily is not good cause.

Case No. 4:22cv302-RH-MAF

6. The parties must confer on whether to consent to have a magistrate judge preside over the entire case. The 26(f) report must confirm that the parties have conferred on this issue but must not set out the parties' positions unless all parties consent to have a magistrate judge preside.

7. Discovery materials and Rule 26(a)(1) and (2) disclosures must be served but must not be filed except for the reasons listed in Local Rule 26.1(A).

SO ORDERED on August 25, 2022.

s/Robert L. Hinkle
United States District Judge

Case No. 4:22cv302-RH-MAF