In The

# United States District Court
# Northern District of
# Florida

| | | |
|---|---|---|
| ANDREW WARREN, | ) | Number: |
| PLAINTIFF, | ) | 4:22-cv-00302-RH-MAF |
| V. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

## Notice of Appearance

NOW COMES, Scott Huminski ("Huminski"), and notices of his appearance as a proposed intervenor in the above-captioned matter.

Dated at Miami, Florida this 18th day of August, 2022.
-/S/- Scott Huminski

_____

Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL  32135
(239) 300-6656
S_Huminski@live.com

### Certificate of Service

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.

Dated this 28th day of August, 2022.
-/s/- Scott Huminski

_____

Scott Huminski

FILED USDC FLND GU
AUG 31 '22 PM1:41

1