IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                    CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO FILE AMICUS BRIEFS**

    In this action a State Attorney challenges his removal by the Governor. The State Attorney has moved for a preliminary injunction. Briefing on the motion is underway—the Governor's response is due today—and oral argument on the motion is set for September 19.

    Two sets of scholars have moved for leave to file amicus curiae briefs supporting the State Attorney. The Governor opposes the motions on the ground that he will not have enough time to respond. This order grants leave to file the amicus brief and affords the Governor, as well as the State Attorney, adequate time to respond.

Case No.  4:22cv302-RH-MAF

One of the proposed amicus briefs addresses state constitutional issues. Although this order authorizes the filing, this is not a ruling that the state constitutional issues can properly be addressed in this action. *See, e.g.*, *Pennhurst State School & Hosp. v. Halderman*, 465 U.S. 89, 121 (1984) (holding that the Eleventh Amendment bars any claim in a federal district court for injunctive relief against a state officer based on state law).

IT IS ORDERED:

1. The motions for leave to file amicus curiae briefs, ECF Nos. 22 and 24, are granted. The amicus curiae briefs are deemed properly filed.

2. Either party may file a response to an amicus brief by September 14, 2022.

SO ORDERED on September 2, 2022.

s/Robert L. Hinkle  
United States District Judge

Case No.  4:22cv302-RH-MAF