# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                                         CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## ORDER DENYING MOTIONS TO INTERVENE

      In this action a State Attorney challenges his removal by the Governor. Scott Huminski, a nonparty who has no apparent interest in this litigation other than as a lay observer, has moved for leave to intervene.

      Michael LoRusso, another nonparty who has no apparent interest in this litigation other than as a lay observer, has submitted a document entitled "Amended Complaint of Petitioner." As a nonparty, Mr. LoRusso has no right to submit pleadings or other documents. His filing may be an attempt to intervene and will be treated as a motion for leave to do so.

Neither Mr. Huminski nor Mr. LoRusso has alleged facts entitling them to intervene as of right under Federal Rule of Civil Procedure 24(a) or making them eligible for permissive intervention under Rule 24(b). As a matter of discretion, neither would be granted leave to intervene permissively, even if they were somehow deemed eligible under Rule 24(b).

Mr. Huminski and Mr. LoRusso should file nothing further. This is not an open forum for submission of public comments.

IT IS ORDERED:

1. Mr. Huminski's motion for leave to intervene, ECF No. 9, is denied. His notice of appearance, ECF No. 25, and affidavit, ECF No. 26, are struck.

2. Mr. LoRusso's "amended complaint," ECF No. 12, is deemed a motion for leave to intervene. The motion is denied.

3. The clerk must provide copies of this order to Mr. Huminski and Mr. LoRusso but not add them to the docket or provide them copies of further filings.

SO ORDERED on September 2, 2022.

> s/Robert L. Hinkle
> United States District Judge