UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.    Case No.: 4:22cv302-RH-MAF

RON DESANTIS, individually and in
His official capacity as Governor of the
State of Florida,

    Defendant.
_____/

# FLORIDA SHERIFFS ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The Florida Sheriffs Association (FSA) requests leave from this Court to file a brief as *amicus curiae* in support of Ron DeSantis, individually and in his official capacity as Governor of the State of Florida, a copy of which is attached, and states as follows:

1. The FSA is a statewide organization comprised of the sheriffs of the state of Florida. The FSA provides training to its members, represents the collective interests of the sheriffs before the Florida legislature, and occasionally appears before the courts of this state as *amicus curiae* in cases of interest to its members.

2. The present case involves issues of great interest to the FSA on behalf of its members as it involves the removal of a state attorney by the Governor for

grounds of neglect of duty and incompetence, and the state attorney's challenge to the removal asserting claims of First Amendment violation and quo warranto.

3. The FSA is supportive of the removal of the state attorney for abuse of his office. Rather than exercising prosecutorial discretion by reviewing arrests on a case-by-case basis, the state attorney has issued blanket policies declaring that his office will not prosecute certain criminal activity, including abortions, and has established a presumption of non-prosecution of a variety of criminal offenses, including charges that arise from a stop of a bicyclist or a pedestrian. The brief by FSA would underscore the impact of such blanket policies upon a sheriff's ability to protect the public by enforcing the criminal laws of this state, and the potential for encouraging unlawful activity.

4. The undersigned certifies that counsel for Plaintiff has been contacted regarding the motion for leave to file a brief as *amicus curiae* and the Plaintiff consents to this motion.

Wherefore, the FSA respectfully requests leave from this Court to file a brief as *amicus curiae* in support of Governor Ron DeSantis.

Respectfully submitted this 6th day of September 2022.

By: */s/ R. W. Evans*
ROBERT WAYNE EVANS, ESQ.
Florida Bar No. 198862
revans@anblaw.com
**ALLEN, NORTON & BLUE, P.A.**
906 North Monroe Street, Suite 100

Tallahassee, Florida 32303
(850) 561-3503
(850) 561-0332 (Facsimile)

*Counsel for Florida Sheriffs Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of September 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Florida through the CM/ECF system, which will serve a true and correct copy on all counsel of record who have consented to electronic service.

By: */s/ R. W. Evans*
Attorney