IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                              CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## ORDER SETTING THE TIME LIMIT FOR ORAL ARGUMENT AND GRANTING LEAVE TO FILE AN AMICUS BRIEF

In this action a State Attorney challenges his removal by the Governor. The State Attorney has moved for a preliminary injunction. Briefing on the motion is underway, and oral argument on the motion is set for September 19.

The Florida Sheriffs Association has moved for leave to file an amicus curiae brief supporting the Governor. The State Attorney consents. This order grants leave to file the amicus brief and affords the parties adequate time to respond if they choose to do so.

The Association and other amici will not be allotted time for oral argument unless ceded to them by the party they support.

Case No. 4:22cv302-RH-MAF

IT IS ORDERED:

1. The Florida Sheriffs Association's motion for leave to file an amicus curiae brief, ECF No. 38, is granted. The amicus curiae brief is deemed properly filed.

2. Either party may file a response to the amicus brief by September 14, 2022.

3. The time limit for oral argument on the preliminary-injunction motion is 30 minutes per side.

SO ORDERED on September 7, 2022.

s/Robert L. Hinkle
United States District Judge
