UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ANDREW H. WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:22-CV-302-RH-MAF |
| | ) |
| RON DESANTIS, individually and in | ) |
| His official capacity as Governor of the | ) |
| State of Florida | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION FOR LEAVE TO FILE PATRIOT AMICUS BRIEF**

The Patriot Amici respectfully move this Court for leave to file an amicus brief, a copy of which is attached hereto, in opposition to Plaintiff Warren's Motion for Preliminary Injunction. This brief simply elaborates in a scholarly manner on oral and written remarks, including an August 18, 2022 article in *Florida Politics*, posted just after the filing of this lawsuit on August 17, 2022. These arguments have already been reported and cannot possibly surprise Plaintiff. Nor could they prejudice him at his upcoming hearing over a week away. Plaintiff does not oppose the filing of this Amicus Brief. This Court already approved the filing of several pro-Warren briefs, although it questioned whether State Constitutional issues may be addressed in this venue. (Doc. 27)

**MEMORANDUM OF LAW**

District courts have inherent authority to allow amici to assist in a proceeding. *See, e.g., Bayshore Ford v. Ford Motor*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006); *Florida ex rel. McCollum v. HHS*, No. 3:10-cv-91-RV/EMT, 2010 WL 11570635, at *1 (N.D. Fla. June 14, 2010); Order Granting Leave to File Amicus Brief, *Florida Wildlife v. Jackson*,

1

No. 4:08-cv-324-RH/WCS (N.D. Fla. Nov. 10, 2009), ECF No. 134 (Hinkle, J.); *United States v. Florida*, No. 4:12-cv-285-RH/CAS, 2012 WL 13034013, at *3 (N.D. Fla. Nov. 6, 2012) (Hinkle, J.).

Leave to file an amicus brief is generally granted upon a demonstration that "(1) the amicus has an interest that may be affected by the decision in this case; (2) the amicus brief is desirable and relevant to the case; and (3) the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *HHS*, 2010 WL 11570635, at *2 (emphasis in original); *Liberty v. Philadelphia*, 395 F.Supp.2d 206, 209 (E.D. Pa. 2005) (amicus participation appropriate where the amicus "will ensure complete and plenary presentation of difficult issues so that the court may reach a proper decision" or where a case involves an "issue of general public interest[.]"). These considerations are satisfied here.

The Patriot Amici are military Veterans, Florida licensed attorneys, former Florida Judges and prosecutors, patriots, public servants, and/or a combination of the foregoing. Collectively, the Patriot Amici have served as prosecutors, judges, or defense attorneys. Undersigned counsel, for example, himself has received over 100,000 Hillsborough votes during his career. Undersigned counsel outperformed Warren in percentage terms in 2020 on the basis of his conservative law an order worldview and commitment to separation of powers. https://enr.electionsfl.org/HIL/2772/Summary/ Many of the Patriot Amici are from the Tampa Bay area and all have some connection to Florida. Collectively, the Patriot Amici have over a century of service as officers of Florida and/or the United States. Thus, these Patriot Amici are even better equipped to opine on the issues at hand in this case than, for example, out of state law professors.

This attached amicus brief is desirable and relevant to this case. This brief explains the constitutional provisions that not only allowed, but required, Governor DeSantis to suspend State Attorney Warren and replace him with Judge Lopez. The Patriot Amici have a strong interest in the installation of a competent and conscientious State Attorney for Hillsborough County to enforce the law, protect the citizens, and preserve the justice system. The undersigned have spent much of their adult lives improving the justice system and protecting the Constitution in Tampa Bay and elsewhere.

## CONCLUSION

The Patriot Amici respectfully request that this Court permit them to appear as amici curiae and allow them to file the attached amicus brief.

Filed: September 9, 2022.    Respectfully Submitted,

/s/Michael Paul Beltran
Michael P Beltran
Fla. Bar No. 0093184
Beltran Litigation, P.A.
1101 East Cumberland Ave. #712
Tampa, FL 33602
813-870-3073 (o)
mike@beltranlitigation.com
*Attorney for the Patriot Amici*

## CERTIFICATE OF CONFERRAL

I conferred with counsels for Warren and Gov. DeSantis who both agreed to the filing of the brief.

/s/Michael Paul Beltran
Michael P Beltran

## CERTIFICATE OF WORD COUNT

I certify that the foregoing motion and supporting memorandum contain less than 700 words, excluding the items listed in Local Rule, 7.1(F).

/s/Michael Paul Beltran
Michael P Beltran

3

**CERTIFICATE OF SERVICE**

      I will file a copy of the foregoing on the Court's electronic system, which will send a copy to all counsel of record. I also served this Motion and Attached Brief upon Messrs. Singer and Whitaker on September 7, 2022, via electronic mail, prior to filing.

                                            /s/Michael Paul Beltran
                                            Michael P Beltran