# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                          CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## ORDER DENYING LEAVE TO FILE THE "PATRIOT" AMICUS BRIEF

In this action a State Attorney challenges his removal by the Governor. The State Attorney has moved for a preliminary injunction. Briefing on the motion is nearly complete, and oral argument on the motion is set for September 19.

Leave has been granted for the filing of several amicus briefs. A new group of proposed amici, who call themselves "patriot amici," has tendered yet another proposed amicus brief. The brief comes too late. And it consists largely of inadmissible hearsay accounts of irrelevant events. This is not an open forum for nonparties to tender inadmissible evidence.

    IT IS ORDERED:

The Patriot Amici's motion for leave to file an amicus brief, ECF No. 47, is denied. The proposed brief, ECF No. 47-1, is struck.

SO ORDERED on September 12, 2022.

                                        s/Robert L. Hinkle
                                        United States District Judge