# United States District Court
## CIVIL MINUTES - GENERAL

Case No.: <u>4:22cv302-RH-MAF</u>                                              Date: <u>September 19, 2022</u>

ANDREW H. WARREN v. RON DESANTIS

| DOCKET ENTRY: Preliminary-Injunction Hearing Held | 9:00 – 10:22 a.m. |
|---|---|
| | 10:34 – 10:52 a.m. |

Court hears argument of counsel on Motion for Preliminary Injunction. Ruling by Court: Motion to dismiss the first amendment claim is denied. Motion to dismiss the state claim is granted. Preliminary injunction is denied. Rule 26 report due by September 27. An order will follow.

PRESENT: **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                                        <u>Lisa Snyder</u>
Deputy Clerk                                              Official Court Reporter

Attorneys for Plaintiff:                          Attorneys for Defendant:
Jean-Jacques Cabou                               Henry Whitaker
David Singer                                     David Costello
Alexis Danneman                                  James Percival
Margo Casselman                                  Natalie Christmas
Matthew Koerner                                  Jeffrey DeSousa
Matthew Newton

PROCEEDINGS: Preliminary-Injunction Hearing Held

- 9:00  Court in session
          Argument by Plaintiff (Cabou)
- 9:23  Response by Defense (Whitaker)
- 10:09 Rebuttal by Plaintiff (Cabou)
- 10:17 Ruling by Court: Motion to dismiss the first amendment claim is denied. Motion to dismiss the state claim is granted. Court gives the parties an assignment before ruling on the preliminary injunction motion.
- 10:22 Court in recess

- 10:34 Court in session
- 10:35 Statement to Court by Defense regarding the trial schedule (Whitaker)
- 10:36 Statement to Court by Plaintiff regarding the trial schedule (Cabou)
- 10:37 Court addresses the parties
- 10:47 Ruling by Court: Preliminary injunction is denied. Rule 26 report due by September 27. An order will follow.
- 10:52 Court adjourned