IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                          CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

ORDER ADVANCING THE DEADLINE
FOR THE RULE 26(f) REPORT

As set out on the record of the hearing on September 19, 2022, the deadline for the Federal Rule of Civil Procedure 26(f) report is advanced to September 27, 2022.

SO ORDERED on September 20, 2022.

                                          s/Robert L. Hinkle
                                          United States District Judge