UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 4:22-cv-00302-RH-MAF

ANDREW H. WARREN,

    Plaintiff,

v.

RON DESANTIS,

    Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

The undersigned gives notice of his appearance as counsel in this matter for the Defendant, Ron DeSantis.

Dated September 21, 2022.

                                            */s/ Jeff Aaron*
                                            Jeff Aaron (FBN 123473)
                                            GRAYROBINSON, P.A.
                                            301 East Pine Street, Suite 1400 (32801)
                                            Post Office Box 3068
                                            Orlando, Florida 32802
                                            Telephone: 407-843-8880
                                            Facsimile: 407-244-5690
                                            Email: jeff.aaron@gray-robinson.com
                                            Secondary Email: downs.litigation@gray-robinson.com
                                            *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on September 21, 2022, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Jeff Aaron*
Jeff Aaron (FBN 123473)
GRAYROBINSON, P.A.