UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 4:22-cv-00302-RH-MAF

ANDREW H. WARREN,

    Plaintiff,

v.

RON DESANTIS,

    Defendant.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

The undersigned gives notice of his appearance as counsel in this matter for the Defendant, Ron DeSantis.

Dated September 21, 2022.

                                              */s/ George T. Levesque*
                                              George T. Levesque (FBN 555541)
                                              GRAYROBINSON, P.A.
                                              301 South Bronough Street, Suite 600 (32301)
                                              Post Office Box 11189
                                              Tallahassee, Florida 32302
                                              Telephone: 850-577-9090
                                              Facsimile: 850-577-3311
                                              Email: George.levesque@gray-robinson.com
                                              Secondary Email: maelene.tyson@gray-robinson.com
                                              *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on September 21, 2022, this notice was filed through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>/s/ *George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.