```
&%RPCourt Name: District Court
Division: 1
Receipt Number: FLN100004439
Cashier ID: kmalu
Transaction Date: 09/27/2022
Payer Name: Scott Huminski
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Scott Huminski
 Case/Party: D-FLN-4-22-CV-000302-001
 Amount:         $505.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


Note: Returned check fee is $53
```