In The

# United States District Court
# Northern District of
# Florida

| | | |
|---|---|---|
| ANDREW WARREN, | ) | Number: |
| PLAINTIFF, | ) | 4:22-cv-00302-RH-MAF |
| V. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

### Certificate of Readiness

NOW COMES, Scott Huminski ("Huminski"), and certifies readiness. There have been no hearings nor transcripts available in this matter related to Huminski's intervention and the order denying intervention nor the clerk's refusal to docket the 9/10/2022 motion for rehearing / reconsideration.  The primary order under appeal is the order of 9/2/2022 denying intervention.

The clerk should forward in the record any documents regarding the decision of the clerk to discard and not file Huminski's Motion for Reconsideration / rehearing received by the Court on 9/14/2022 via USPS and then hand-delivered and file stamped on 9/19/2022.   The clerk's office discarding of court filings is a subject of the appeal.

Dated at Miami, Florida this 27th day of September, 2022.

-/S/-  Scott Huminski

Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL  32135
(239) 300-6656
S_Huminski@live.com

<u>Certificate of Service</u>

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.

Dated this 27th day of September, 2022.

FILED USDC FLND GV
SEP 27 '22 AM9:10

1

-/s/- Scott Huminski

Scott Huminski