# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

ANDREW H WARREN

     VS                         USDC NO. 4:22-cv-00302-RH-MAF
                                      USCA NO. _____

RON DESANTIS

## TRANSMITTAL OF NON-PARTY NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
There was no hearing from which a transcript could be made.
The appellate docket fee paid.  Date paid: 9/27/2022 - receipt number 1-4439
Judge/Magistrate Judge appealed from:  JUDGE ROBERT L HINKLE

Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

                                   JESSICA J. LYUBLANOVITS,
                                   CLERK OF COURT

                                   s/ KELLI MALU
                                   By: Kelli Malu
                                   Deputy Clerk
                                   401 SE 1st Avenue, Ste 243
September 27, 2022                     Gainesville, Florida 32601

In The

# United States District Court
# Northern District of
# Florida

| | | |
|---|---|---|
| ANDREW WARREN, | ) | Number: |
| PLAINTIFF, | ) | 4:22-cv-00302-RH-MAF |
| V. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

### <u>Notice of Appeal</u>

NOW COMES, Scott Huminski ("Huminski"), and notifies that he hereby appeals to the United States Court of Appeals for the 11th Circuit from denial of intervention (Docket Entry # 9) in the order of 9/2/2022, served on 9/6/2022, (Docket Entry # 31) and from the decision of the Court not to docket or hear the Motion for Reconsideration / Rehearing dated 9/10/2022 requesting rehearing related to DE 31.

09 02 2022    31  ORDER DENYING 9 & 12 MOTIONS TO INTERVENE  Mr Huminski's motion for leave to intervene, ECF No. 9 , is denied. His notice of appearance, ECF No. 25 , and affidavit, ECF No. 26 , are struck. Mr LoRusso's amended complaint, ECF No. 12 , is deemed a motion for leave to intervene. The motion is denied. The clerk must provide copies of this order to Mr Huminski and Mr LoRusso but not add them to the docket or provide them copies of further filings. Signed by JUDGE ROBERT L HINKLE on 09 02 2022. (rcb)**Copies of ECF 31 forwarded as directed to Mr LoRusso & Mr Huminski** Modified on 9 6 2022 (rcb). (Entered: 09 06 2022)

The order, DE 31, was mailed to Huminski on 9/6/2022 which was received by Huminski via the USPS on 9/10/2022.

Huminski also appeals from the Court Below's refusal to docket and hear the motion for reconsideration/rehearing authored and mailed to the Court on 9/10/2022 and received via the USPS by the Court on 9/14/2022 and never docketed. After the failure to docket, Huminski hand-delivered the 9/10/2022 motion for reconsideration/rehearing on 9/19/2022 and a true and correct copy of the file-stamped paper received by the District Court is attached hereto as Exhibit "A".

Attached hereto as Exhibit "B" is the file stamped copy of Huminski's notice of service and mailing to the Court (concerning the mailing and delivery of the motion to reconsider) hand delivered on 9/19/2022 to the District Court and never docketed after the paper was accepted and

date-stamped by the clerk.

Attached hereto as Exhibit "C" is a true and correct copy of the envelope that mailed the 9/2/2022 denial of intervention to Huminski with a mailing date of 9/6/2022.

Attached hereto as Exhibit "D" is a true and correct copy of the order denying intervention under appeal.

Huminski notes that pursuant to the order of 9/2/2022, Huminski is forbidden from filing this Notice of Appeal in stark contrast to the First Amendment, Due Process and Equal Protection as quoted below,

> "Mr. Huminski and Mr. LoRusso should file nothing further.  This is not an open forum for submission of public comments."

Subsequently, the clerk below simply discarded the filings of Huminski.  See Exhibit "A" and "B", hand-delivered, file stamped and then discarded by the District Court.  The above quote is the unconstitutional language relied upon by the clerk of the Court Below regarding the refusal to file documents.  It is a dubious proposition that this notice of appeal will be docketed given the prohibition on speech and redress of grievances adopted by the Court below.  This use of a prior restraint concerning access to the Courts should be squarely reversed just as the use of trespass notices to restrict courthouse access was deemed unconstitutional in a prior Huminski court access case.  See _Huminski v. Corsones_, 396 F.3d 53 (2d Cir. 2005).

**In addition to direct appeal,** Huminski seeks a writ of prohibition/mandamus regarding the District Court's prior restraint upon speech concerning Huminski's motion to reconsider (Exhibit "A") and Exhibit "B" and this paper.  This paper will be hand-delivered to the District Court, whether it is docketed or just merely discarded is unknown.  Huminski faces the risk that he may face contempt charges and incarceration for merely filing this notice of appeal or the two other papers that the clerk below refused to docket.  The epitome of a "chilling" effect upon speech just as egregious as Governor DeSantis' conduct making permanent the lifetime speech prohibition in 2021-2022 that formed the basis for intervention set forth below,

Clerk to Update Case w/ Defendants Information Listed               COS Fees Due & Owing in the amount $ _____

Defense Motion for Mistrial - Denied ' Motion to Dismiss - Denied ' Any Future Filings Are To Be Under The Signature of a Licensed Attorney' N. Communication With The Parties In The Civil or Criminal Case

Pre-Sentence Investigation/Sentencing                                    Full/Partial

If Probation has not been imposed, you must now ...

Dated at Miami, Florida this 27th day of September, 2022.

-/S/-  Scott Huminski

Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL  32135
(239) 300-6656
S_Huminski@live.com

### Certificate of Service

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.

Dated this 27th day of September, 2022.

-/s/- Scott Huminski

Scott Huminski

# EXHIBIT "A"

In The

# United States District Court
# Northern District of
# Florida

| | | |
|---|---|---|
| ANDREW WARREN, | ) | Number: |
| PLAINTIFF, | ) | 4:22-cv-00302-RH-MAF |
| v. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

### Motion for reconsideration/rehearing Re: Denial of
### intervention 9/2/2022

NOW COMES, Scott Huminski ("Huminski"), and moves for reconsideration/rehearing of the denial of intervention of September 2, 2022 for the reason that Huminski's facts are consistent with the torts alleged by the Plaintiff – First Amendment retaliation by the Governor. The Governor tortuously chose to make permanent the lifetime banishment of Huminski from communication with the entire State Government of Florida,

The Governor accomplished the outrageous lifetime silencing of Huminski in State Court litigation in 2021 and 2022 whereby Defendant DeSantis engaged in a course of conduct in 2 State Courts to see to it that the above speech prohibition would prejudice, injure and harm Huminski for the remainder of his life. First Amendment retaliation embodied in "No Communication with the Parites in the civil or criminal case [State of Florida]" could not be more egregious, over-broad and vague. It is wildly unconstitutional, yet, it was vigorously fought for by the Governor.

The Governor engaged in one count of First Amendment retaliation against Mr. Warren, in contrast, Huminki has been silenced for life and the retaliation continues into the future.

Huminski agrees that denial of the non-party's (Mr. LaRusso) Amended Complaint was

6

proper even construed as a Motion to Intervene because a tort attributed to the Governor is not mentioned in the paper. Court proceedings are not a sounding board. Huminski's tort allegations relate to the Governor's conduct in State Court proceedings (2021, 2022) that made a lifetime prohibition against Huminski's speech with the entire State Government of Florida permanent. The retaliation against the speech of Huminski by the Governor is a continuing tort that will prohibit speech in perpetuity and cause ongoing prejudice, injury and harm. The Governor proceeds with his policies with reckless indifference to the First Amendment rights of the citizens of Florida – Huminski. Mr. LaRusso's "Amended Complaint" fails to allege any injury.

The paper concurrently decided in the 9/2/2022 order is Mr. LaRusso's "Amended Complaint" that does not mention a tort of Defendant DeSantis once. Why the Court lumped Huminski's motion to intervene and memo of law proffering torts against the Governor in the same order is bewildering and defies logic and will make appellate review complex and also bewildering.

Further, the denial of intervention, fails to set forth a sufficient record for appeal with zero analysis of fact or law proffered by Huminski. It only speaks of the paper of Mr. LaRusso. The reasoning is quite clear with regard to the "Amended Complaint" of Mr. LaRusso.

Huminski notes the failure of any party to oppose intervention or allege prejudice is a significant factor concerning intervention in his favor. A fact not plead by Mr. LaRusso because he did not seek to intervene. A different legal standard and analysis is applicable.

The Court's addressing Huminski's intervention in the same paper and for the same reasoning as an "Amended Complaint" when the fact and law differ massively from the order denying a paper that does not request intervention, does not state a claim in common with that of the Plaintiff and has no relevance to the issues at Bar is puzzling. In contrast, Huminski alleges First Amendment retaliation similar to that of the Plaintiff, i.e. Huminski's banishment from communication with the entire State of Florida government for life in retaliation for core protected First Amendment expression. Mr. Warren's speech is also core protected political expression. The other so-called "intervenor" denied in the same order of 9/2/2022 does not request intervention nor does he allege any legal grounds for intervention.

Denying Mr. LaRusso's "Amended Complaint" with the same order as Huminski's intervention motion is without logic and the legal standard for analysis of an "Amended Complaint" versus a motion to intervene with adequate fact and legal argument is quite different. Further Mr. LaRusso's paper does not allege any claims or points of law in common with the Plaintiff. This is not the case in Huminski's First Amendment retaliation claims proffered and his

memo of law in support of intervention.  The Court mistakenly mixed apples with oranges, Huminski v. Mr. LaRusso's papers and threw the baby out with the bathwater.

Concisely, the same order denying an "Amended Complaint" and a "Motion to Intervene" for the same factual and legal reasons defies logic when the facts are different and when Mr. LaRusso does not request intervention and states no legal grounds for intervention.  There is no factual or legal similarities between the two papers denied on the same factual and legal grounds by the Court.  The order of 9/2/2022 defies logic and should at least be clarified to allow a meaningful appeal pursuant to the fact and law proffered by Huminski, not Mr. LaRusso's wild assertions.  The order appears to punish Huminski for the baseless wild filings of Mr. LaRusso.

American jurisprudence does not support a non-party filing of an Amended Complaint that never mentioned intervention nor listed a legal basis for the filing of an Amended Complaint nor intervention.  Huminski sees no claims proffered by Mr. LaRusso that remotely resemble the claims of the Plaintiff, whereas, the First Amendment retaliation plead by Huminski is quite a good match to the First Amendment claims of Mr. Warren.  Both the Plaintiff and Huminski cite torts by the Governor.  Mr. LaRusso does not.

Mr. LaRusso states no claims related to the Governor.  Quite to the contrary, Huminski asserted that the Governor engaged in State Court litigation in 2021 and 2022 seeking to silence Huminski's core protected political expression – for life.  The Governor's conduct ensured that Huminski's lifetime speech prohibition with the entire State government of Florida would prejudice Huminski for life.  A continuing tort and offense.  Mr. LaRusso makes no such claims or any claims against the Governor.  Mr. LaRusso only appears to disagree with the governance decisions of Mr. DeSantis in his "Amended Complaint".

The Governor zealously fought to protect and make permanent in 2021 and 2022 the Huminski perpetual speech prohibition with the entire government of Florida and attempted to breathe life into a patently void ab initio judgment achieved without jurisdiction over the parties or subject matter, a patently outrageous violation of rudimentary Due Process and Equal Protection,

The plaintiff in the criminal case was the State of Florida and the speech prohibition does not expire. Silencing dissent is the hallmark of a police state and a Governor's successful conduct of breathing life into a patently void ab initio judgment that contains a lifetime speech prohibition violates the Eighth Amendment and is a punishment for alleged future speech "crimes".

The "Amended Complaint" of Mr. LaRusso and Huminski's well supported and briefed Motion to Intervene share no similarities, do not seek the same relief and can not be decided with one paper that may address Mr. LaRusso's paper, but, fails to address the fact or law proffered by Huminski. Mr. LaRusso's paper claims other officials should be suspended by the Governor, conversely, Huminski pleads constitutional deprivations arising out of the conduct of the Governor. Mr. LaRusso's paper seeks no relief against the Governor nor does it allege a similar tort set forth in the Complaint. Huminski's paper strongly alleges First Amendment retaliation among other constitutional deprivations including Due Process (breathing life into a void ab initio judgment) and Equal Protection (lifetime speech prohibition secured by the Governor).

As of the date of this paper, Huminski has not received service of the order denying intervention and found out by viewing the docket online.

Attached hereto as Exhibit "A" is proof of mailing to the Court of this paper.

Attached hereto as Exhibit "B" is a copy of a Huminski recent publication, the type of speech the Governor seeks to silence. What the Governor sought to silence and retaliate against is clear, core protected political First Amendment expression,

> https://cdn.muckrock.com › desantis_article  PDF    ⋮
>
> ## Gov. DeSantis: The New Nixon - MuckRock
>
> Gov. **DeSantis: The New Nixon**. Is the Cover-up worse than the crime? How similar is Gov. Ron DeSantis' cover-up of the felony forgeries of Chief.
> 3 pages

**WHEREFORE,** the denial of intervention should be reconsidered/reheard with sufficient detail to allow a meaningful appeal including an analysis of fact and law which was lumped in with the nonsensical rantings of Mr. LaRusso in his "Amended Complaint" to allow meaningful appellate review. The two papers concurrently and simultaneously denied share no fact or law and the order was based upon virtually no analysis. The 2 papers should be heard separately, they request different relief. Reconsideration/rehearing is necessary. Obviously, the "Amended Complaint" of Mr. LaRusso should not survive. Huminski's plead fact and law present a much different scenario.

6

An Amended Complaint filed by a non-party suffers a dismissal/denial quite different than a properly supported Motion to Intervene which is held to a different legal and factual standard. Mr. LaRusso does not mention a tort of Defendant DeSantis once in his Amended Complaint nor does he complain of any actionable conduct of the Governor. Defendant DeSantis is the sole tortfeasor proffered by Huminski in his intervention motion. Torts similar, if not identical, to Mr. Warren's First Amendment claims. No party has opposed Huminski's intervention or alleged prejudice tipping the scales in Huminski's favor. See Generally <u>Motion to Intervene</u> and the legal basis for intervention therein.

Dated at Miami, Florida this 10th day of September, 2022.

-/S/-  Scott Huminski

Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL  32135
(239) 300-6656
S_Huminski@live.com

<u>Certificate of Service</u>

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.

Dated this 10th day of September, 2022.

-/s/- Scott Huminski

Scott Huminski

# EXHIBIT "A"



**UNITED STATES POSTAL SERVICE.**

PALM COAST
2 PINE CONE DR
PALM COAST, FL 32137-9998
(800)275-8777

09/10/2022                                08:47 AM

Product              Qty      Unit      Price
                              Price

First-Class Mail       1                $1.68
Large Envelope
    Gainesville, FL 32601
    Weight: 2.20 oz
    Estimated Delivery Date
        Tue 09/13/2022
    Tracking #:
        9516 4066 9811 2253 5415 70
    Insurance                           $2.60
        Amount: $45.55
Total                                   $4.28

Grand Total:                            $4.28

Credit Card Remit                       $4.28
    Card Name: VISA
    Account #: XXXXXXXXXXXXB140
    Approval #: 010734
    Transaction #: 288
    Receipt #: 000258
    AID: A0000000031010
    AL: VISA CREDIT             Chip
    PIN: Not Required



U.S. POSTAGE
$4.28
FCM LG ENV
32137 0029
Date of sale
09/10/22
06          2S
11487516

## USPS FIRST-CLASS MAIL®

U.S. District Court                    2.20 oz

                                        0029

SHIP
TO:
        401 SE FIRST AVE              #307
        GAINESVILLE FL 32601

### USPS TRACKING® NUMBER

9516 4066 9811 2253 5415 70

# EXHIBIT "B"

# Gov. DeSantis: The New Nixon

## Is the Cover-up worse than the crime?

How similar is Gov. Ron DeSantis' cover-up of the felony forgeries of Chief of Special Prosecutions (Fl 20th Judicial Circuit), Anthony Kunasek, Esq. to Watergate?

Kunasek committed suicide via a gunshot would to the head 30 days after his forgeries and DeSantis' cover-up of the forgery of several court orders was filed in federal court (in the "Don't Say Gay" lawsuit) and a day after the FBI requested an interview with Kunasek concerning his crimes.

<u>Florida prosecutor found dead</u>

First the facts.

In *Equality Florida v. DeSantis* (U.S.D.C. ND Florida, 4:22-CV-00134-AW-MJF) (the "Don't Say Gay" lawsuit) sworn court filings stand unopposed by DeSantis and Florida Attorney General Ashley Moody detailing Kunasek's forgery of a show cause order under the direction of State's Attorney Amira Fox.  Two judicial recusal orders are also on the record as forgeries, however, it is not clear if Kunasek or courthouse staff forged the 2 disqualification orders.

DeSantis and Florida Attorney General Ashley Moody took the opportunity to engage in a cover-up of the forgeries in the Florida 11th Judicial Circuit (Miami) and the Florida 3rd District Court of Appeal (Miami) in 2021-2022 attempting to see to it that the crimes never saw the light of day. The Florida State Republican appointed judiciary cooperated leading to the matter being proffered in the federal courts in the *Don't Say Gay* lawsuit.

<u>First filing in USDC Northern District of Florida</u>

<u>USDC Motion for injunction against DeSantis</u>

Once in the federal court, Trump appointee and federalist society member Judge Allen Winsor quickly *sua sponte* dismissed the charges against DeSantis despite no party had filed any opposition to the DeSantis allegations. In federal district court, both DeSantis and the Florida Attorney General chose to remain silent.

Trump Judge Who Defended Same-Sex Marriage Ban Will Review Florida's "Don't Say Gay" Law

Atlanta Ga, U.S. 11th Circuit Court of Appeals (22-12392-GG, 2022).

An appeal was filed objecting to the rulings of the Trump appointed federal judge in the lower federal court. The appellate filings, under oath, re-assert the DeSantis cover-up, corruption and collusion with Florida AG, Ashley Moody, Esq.. The papers assert acts of moral turpitude by DeSantis and his attorney in violation of federal criminal statutes 18 U.SC. § § 241, 242 (Conspiracy against rights, violation of rights under color of law) as well as the constitutional prohibitions that forbid the conduct of DeSantis and friends.

The appeal seeks to immediately enjoin future conduct of Governor DeSantis that would further his cover-up of crimes that he perpetrated in the Florida State courts. His cover-up also caused continuing illegal First Amendment prohibitions and was a scheme intending to unjustly enrich the treasury of the State of Florida in 2021-2022.

Emergency Motion Injunction against DeSantis U.S. 11th Circuit Court of Appeals

Further filing in U.S. 11th Circuit Court of Appeals

On appeal, DeSantis and Attorney General Ashley Moody have remained silent and the deadline has long passed for them to oppose the injunction requested in the high Atlanta federal court concerning the corruption in the highest levels of the Florida State government.

One of the goals of the injunction under consideration by the federal appellate court is Florida's threats to citizens that any communication with the entire State of Florida's government is prohibited and will be punished with imprisonment via contempt.  This speech prohibition is memorialized in an order from a State court that DeSantis has zealously supported and protected in the State courts. Filing quoting speech prohibition

Once in the federal court system in Tallahassee and now Atlanta, DeSantis and his attorney have chosen to remain silent.

DeSantis' ultimate goal related to this litigation is silencing of dissent – one of the early hallmark's of a police state.

Is the blood of prosecutor Anthony Kunasek, Esq. on the hands of the Florida Governor and Attorney General?

DeSantis didn't plead the Fifth yet, perhaps next time he is in court over this issue, he will be pleading the Fifth and a federal prosecutor will be asking the questions.





 

DeSantis corrupt Police State felony courthouse forgery cover-up TRIBUTE

13,017 views...    👍 2    👎 DISLIKE    ↗ SHARE    ⬇ DOWNLOAD    ≡+ SAVE    ⋯

//youtube.com

6

# EXHIBIT "B"

2

In The

# United States District Court
# Northern District of
# Florida

| ANDREW WARREN, | ) | Number: |
| PLAINTIFF, | ) | 4:22-cv-00302-RH-MAF |
| V. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

### Cerificate of Service and receipt by the Court, Re: 9/10/2022 Motion

NOW COMES, Scott Huminski ("Huminski"), and certifies that the Court received Huminski's Motion for Reconsideration/Rehearing as follows:



Hello scott huminski,

Your item was delivered in or at the mailbox at 1:54 pm on September 14, 2022 in GAINESVILLE, FL 32601.

Tracking Number: 9516406698112253541570

After delivery Huminski spoke to a clerk at the Gainesville USDC, Blair, who acknowledged receipt and that the paper had been transmitted to Clerk Barker in Tallahassee USDC on the same day of receipt, 9/14/2022. A copy of the envelope as delivered by the USPS was attached to the Motion for Reconsideration/Rehearing as Exhibit "A". Huminski will hand deliver another copy of the Motion for Reconsideration/Rehearing this week.

Huminski also filed a paper with the Court dated September 6, 2022, a Notice of Filing that the Court received, but, did not docket. Huminski believes that there is some improper conduct related to the censorship of papers filed with the Court. See envelope sent 9/10/2022,

2



Dated at Miami, Florida this 19th day of September, 2022.

-/S/-  Scott Huminski
_____

Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL  32135
(239) 300-6656
S_Huminski@live.com

## Certificate of Service

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.

Dated this 19th day of September, 2022.

-/s/- Scott Huminski
_____
Scott Huminski

2

# EXHIBIT "C"

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**OFFICE OF THE CLERK**
**111 NORTH ADAMS STREET, SUITE 322**
**TALLAHASSEE, FLORIDA 32301-7717**

OFFICIAL BUSINESS

TALLAHASSEE FL 323

6 SEP 2022 PM 3 L



$0.57 0
US POSTAGE
FIRST-CLASS
062S0011647455
32301

Scott Huminiski
Post Office Box 353820
Palm Coast, Florida  32135
4:22-cv-00302-RH-MAF ECF 31

32135-382020

# EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ANDREW H. WARREN,

      Plaintiff,

v.                                              CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

      Defendant.

_____/

## ORDER DENYING MOTIONS TO INTERVENE

In this action a State Attorney challenges his removal by the Governor. Scott Huminski, a nonparty who has no apparent interest in this litigation other than as a lay observer, has moved for leave to intervene.

Michael LoRusso, another nonparty who has no apparent interest in this litigation other than as a lay observer, has submitted a document entitled "Amended Complaint of Petitioner." As a nonparty, Mr. LoRusso has no right to submit pleadings or other documents. His filing may be an attempt to intervene and will be treated as a motion for leave to do so.

Neither Mr. Huminski nor Mr. LoRusso has alleged facts entitling them to intervene as of right under Federal Rule of Civil Procedure 24(a) or making them eligible for permissive intervention under Rule 24(b). As a matter of discretion, neither would be granted leave to intervene permissively, even if they were somehow deemed eligible under Rule 24(b).

Mr. Huminski and Mr. LoRusso should file nothing further. This is not an open forum for submission of public comments.

IT IS ORDERED:

1. Mr. Huminski's motion for leave to intervene, ECF No. 9, is denied. His notice of appearance, ECF No. 25, and affidavit, ECF No. 26, are struck.

2. Mr. LoRusso's "amended complaint," ECF No. 12, is deemed a motion for leave to intervene. The motion is denied.

3. The clerk must provide copies of this order to Mr. Huminski and Mr. LoRusso but not add them to the docket or provide them copies of further filings.

SO ORDERED on September 2, 2022.

s/Robert L. Hinkle
United States District Judge

Query    Reports    Utilities    Help

APPEAL

# U.S. District Court
# Northern District of Florida (Tallahassee)
# CIVIL DOCKET FOR CASE #: 4:22-cv-00302-RH-MAF

WARREN v. DESANTIS
Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE MARTIN A
FITZPATRICK
Cause: 42:1983 Civil Rights Act

Date Filed: 08/17/2022
Jury Demand: None
Nature of Suit: 440 Civil
Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**ANDREW H WARREN**          represented by **ALEXIS DANNEMAN**
PERKINS COIE LLP - PHOENIX AZ
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ 85012
602-351-8000
Email: adanneman@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEAN-JACQUES CABOU**
PERKINS COIE LLP - PHOENIX AZ
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ 85012
602-351-8000
Email: jcabou@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MARGO ROSE CASSELMAN**
PERKINS COIE LLP - PHOENIX AZ
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ 85012
602-351-8159

Fax: 602-648-7161
Email: mcasselman@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW ROBERT KOERNER**
PERKINS COIE LLP - PHOENIX AZ
2901 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, AZ 85012
602-351-8000
Email: mkoerner@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW THOMAS NEWTON**
SHUMAKER LOOP KENDRICK LLP -
TAMPA FL
101 E KENNEDY BOULEVARD
SUITE 2800
TAMPA, FL 33602
813-227-2353
Email: mnewton@shumaker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID BENJAMIN SINGER**
SHUMAKER LOOP KENDRICK LLP -
TAMPA FL
101 E KENNEDY BOULEVARD
SUITE 2800
TAMPA, FL 33602
813-227-2349
Email: dsinger@shumaker.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **RON DESANTIS** *INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE* | represented by | **HENRY CHARLES WHITAKER** FLORIDA OFFICE OF THE ATTORNEY GENERAL PL-01 THE CAPITOL |

*STATE OF FLORIDA*

TALLAHASSEE, FL 32399-1050
850-414-3688
Email:
henry.whitaker@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES HAMILTON PERCIVAL , II**
FLORIDA ATTORNEY GENERALS
OFFICE
OFFICE OF THE ATTORNEY
GENERAL
Pl-01
THE CAPITOL
TALLAHASSEE, FL 32399
850-414-3300
Email:
james.percival@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY PAUL DESOUSA**
FLORIDA ATTORNEY GENERALS
OFFICE
SOLICITOR GENERALS OFFICE
107 WEST GAINES STREET
TALLAHASSEE, FL 32399
850-414-3830
Email:
jeffrey.desousa@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NATALIE CHRISTMAS**
FLORIDA ATTORNEY GENERALS
OFFICE
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399
850-245-0147
Email:
natalie.christmas@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID MATTHEW COSTELLO**
FLORIDA ATTORNEY GENERAL'S
OFFICE
3507 E FRONTAGE ROAD
SUITE 200
TAMPA, FL 33606
908-461-5672
Email:
david.costello@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**GEORGE TY LEVESQUE**
GRAYROBINSON PA - TALLAHASSEE
FL
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301
Email: george.levesque@gray-
robinson.com
*ATTORNEY TO BE NOTICED*

**JEFFREY MICHAEL AARON**
GRAY ROBINSON PA - ORLANDO FL
301 E PINE ST
SUITE 1400
ORLANDO, FL 32801
407-843-8880
Email: jeff.aaron@gray-robinson.com
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS** | represented by | **BRYAN DAVID HULL**<br>BUSH ROSS PA - TAMPA FL<br>1801 N HIGHLAND AVE<br>TAMPA, FL 33602<br>813-204-6491<br>Fax: 813-223-9260<br>Email: bhull@bushross.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**HOWELL WEBSTER MELTON , III**<br>BUSH ROSS PA - TAMPA FL |

1801 N HIGHLAND AVE
TAMPA, FL 33602
813-204-6483
Email: wmelton@bushross.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADAM KING**
WEIL GOTSHAL & MANGES LLP -
NEW YORK NY
767 FIFTH AVENUE
NEW YORK, FL 10153
212-310-8288
Email: adam.king@weil.com
*ATTORNEY TO BE NOTICED*

**JEFFREY WAYNE WARREN**
BUSH ROSS PA - TAMPA FL
1801 N HIGHLAND AVE
TAMPA, FL 33602
813-224-9255
Email: jwarren@bushross.com
*ATTORNEY TO BE NOTICED*

**LAUREN JACOBSON BERNSTEIN**
WEIL GOTSHAL & MANGES LLP -
NEW YORK NY
767 FIFTH AVENUE
NEW YORK, FL 10153
212-310-8816
Email: lauren.bernstein@weil.com
*ATTORNEY TO BE NOTICED*

**SARAH B SCHNORRENBERG**
WEIL GOTSHAL & MANGES LLP -
NEW YORK NY
767 FIFTH AVENUE
NEW YORK, FL 10153
212-310-8482
Email:
sarah.schnorrenberg@weil.com
*ATTORNEY TO BE NOTICED*

**SHERRY SAFAVI**
WEIL GOTSHAL & MANGES LLP -
NEW YORK NY
767 FIFTH AVENUE
NEW YORK, FL 10153
212-310-8386
Email: sherry.safavi@weil.com
*ATTORNEY TO BE NOTICED*

**STEVEN A NEWBORN**
WEIL GOTSHAL & MANGES LLP -
WASHINGTON DC
2001 M STREET NW
SUITE 600
WASHINGTON, DC 20036
202-682-7000
Email: steven.newborn@weil.com
*ATTORNEY TO BE NOTICED*

**TANIA C MATSUOKA**
WEIL GOTSHAL & MANGES LLP -
NEW YORK NY
767 FIFTH AVENUE
NEW YORK, FL 10153
212-310-8429
Email: tania.matsuoka@weil.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**LEGAL SCHOLARS**          represented by **MORRIS WEINBERG , JR**
ZUCKERMAN SPAEDER LLP - TAMPA
FL
101 E KENNEDY BLVD STE 1200
TAMPA, FL 33602
813-221-1010
Fax: 813-223-7961
Email: sweinberg@zuckerman.com
*ATTORNEY TO BE NOTICED*

**SARA LAWSON**
ZUCKERMAN SPAEDER LLP - TAMPA
FL
101 E KENNEDY BLVD STE 1200

TAMPA, FL 33602
813-321-8204
Fax: 813/221-1010
Email: slawson@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**CONSTITUTION
REVISION
COMMISSION
MEMBERS**

represented by **ADAM G UNIKOWSKY**
JENNER & BLOCK LLP - NEW YORK
AVE WASHINGTON DC
1099 NEW YORK AVE NW STE 900
WASHINGTON, DC 20001-4412
202-639-6041
Email: aunikowsky@jenner.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**STATE
CONSTITUTIONAL
LAW SCHOLARS**

represented by **ADAM G UNIKOWSKY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**FLORIDA SHERIFF'S
ASSOCIATION**

represented by **ROBERT WAYNE EVANS**
ALLEN NORTON & BLUE PA -
TALLAHASSEE FL
906 N MONROE ST
STE 100
TALLAHASSEE, FL 32303-6143
850-561-3503
Fax: 850-561-0332
Email: revans@anblaw.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**PATRIOTS**
*TERMINATED:
09/12/2022*

represented by **MICHAEL BELTRAN**
BELTRAN LITIGATION PA - TAMPA
FL
1101 EAST CUMBERLAND AVENUE
SUITE 712
TAMPA, FL 33602
813-870-3073
Email: mike@beltranlitigation.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2022 | 1 | COMPLAINT against RON DESANTIS ( Filing fee $ 402 receipt number AFLNDC-7401384.), filed by ANDREW H WARREN. (Attachments: # 1 Exhibit 1 - Executive Order, # 2 Exhibit 2 - Prosecutorial Discretion Memo, # 3 Exhibit 3 - Presumption of Non-Prosecution, # 4 Exhibit 4 - Bike and Pedestrian Stop Policy, # 5 Summons for Ron DeSantis) (SINGER, DAVID) (Entered: 08/17/2022) |
| 08/17/2022 | 2 | CIVIL COVER SHEET. (SINGER, DAVID) (Entered: 08/17/2022) |
| 08/17/2022 | 3 | MOTION for Preliminary Injunction by ANDREW H WARREN. (Attachments: # 1 Supplement Memorandum in Support of Motion for Preliminary Injunction, # 2 Affidavit Decl. of Andrew Warren, # 3 Affidavit Dec. of David Singer, # 4 Exhibit 1 - Executive Order, # 5 Exhibit 2 - YouTube Video DeSantis on Gender, # 6 Exhibit 3 - YouTube Video suspension, # 7 Exhibit 4 - Twitter Post by Warren, # 8 Exhibit 5 - Twitter Post by DeSantis, # 9 Exhibit 6 Gov. DeSantis State of the State Address, # 10 Exhibit 7 - Twitter Post by Christina Pushaw, # 11 Exhibit 8 - Fox 13 News Article, # 12 Exhibit 9 - YouTube Video Lopez, # 13 Exhibit 10 - Press Release, # 14 Exhibit 11 - Orlando Sentinel Article by Steve Lemongello, # 15 Exhibit 12 - Orlando Sentinel Article by Skyler Swisher, # 16 Exhibit 13 - Tampa Bay Times Article by Marrero, # 17 Exhibit 14 - News Channel 8 Article by Schecker) (SINGER, DAVID) (Entered: 08/17/2022) |
| 08/17/2022 | 4 | Summons Issued as to RON DESANTIS. (rcb) (Entered: 08/17/2022) |
| 08/18/2022 | 5 | NOTICE OF HEARING Telephonic Scheduling Conference set for **8/26/2022 2:00PM** before JUDGE ROBERT L HINKLE.<br><br>Call in number: **888-684-8852**<br>Access code: **3243416#**<br>Security code: **1234#**<br><br>*Proceedings may not be recorded or otherwise broadcast for public dissemination.* |

*s/ Sherrye Stephens*
Judicial Assistant (sms). (Entered: 08/18/2022)

| | | |
|---|---|---|
| 08/18/2022 | 6 | ORDER SETTING A SCHEDULING CONFERENCE (Entered: 08/18/2022) |
| 08/18/2022 | 7 | ORDER SETTING A SCHEDULING CONFERENCE. By separate notice, the clerk must set a scheduling conference by telephone for **8/26/2022 02:00 PM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE at 2:00 p.m. The plaintiff must serve copies of the papers listed above on the defendant by noon on **8/23/2022,** in the manner provided by law for service of process, if by that time the plaintiff's attorney has not learned the identity of the defendants attorneys. Signed by JUDGE ROBERT L HINKLE on 08/18/2022. (rcb) (Entered: 08/18/2022) |
| 08/19/2022 | 8 | NOTICE of Appearance by JEFFREY PAUL DESOUSA on behalf of RON DESANTIS (DESOUSA, JEFFREY) (Entered: 08/19/2022) |
| 08/22/2022 | | Set Deadline-Attorney Admissions for Alexis E. Danneman, Matthew R. Koerner &Margo R. Casselman due by **9/5/2022.** (rcb) (Entered: 08/22/2022) |
| 08/22/2022 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 8 Notice of Appearance (rcb)**An ISO is needed** (Entered: 08/22/2022) |
| 08/22/2022 | 9 | MOTION to Intervene with Attchments by Scott Huminski. (rcb) (Entered: 08/22/2022) |
| 08/22/2022 | 10 | NOTICE *Joint Notice of Compliance and Proposed Schedule* by ANDREW H WARREN re 5 Notice of Hearing, 6 Order, 7 Order,,, Set Deadlines/Hearings,, (SINGER, DAVID) (Entered: 08/22/2022) |
| 08/24/2022 | 12 | MOTION TO INTERVENE (DOCUMENT TITLED AMENDED COMPLAINT OF PETITIONER). (rcb) (Entered: 08/25/2022) |
| 08/25/2022 | 11 | NOTICE OF CANCELLATION re 5 Notice of Hearing: The telephonic scheduling conference scheduled for August 26 at 2:00 p.m. is **CANCELED**. (ckm) (Entered: 08/25/2022) |
| 08/25/2022 | 13 | SCHEDULING ORDER :. Signed by JUDGE ROBERT L HINKLE on 8/25/22. (mkb) (Entered: 08/25/2022) |

| 08/25/2022 | | Set Initial Scheduling Order Deadlines-Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **9/8/2022.**, Rule 26 Meeting Report due by **10/7/2022.**, Attorney Conference to take place by **9/23/2022.**, Discovery due by **2/23/2023**. Jury Trial set for **6/5/2023 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (rcb) (Entered: 08/29/2022) |
|---|---|---|
| 08/26/2022 | 14 | UNOPPOSED MOTION BY FORMER PROSECUTORS, ATTORNEYS GENERAL, JUDGES, UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS, AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS FOR LEAVE TO FILE AMICUS CURIAE BRIEF. (Internal deadline for referral to judge if response not filed earlier: **9/9/2022**). (Attachments: # 1 Amicus Brief) (WARREN, JEFFREY) Modified to edit title on 8/29/2022 (rcb). (Entered: 08/26/2022) |
| 08/26/2022 | 15 | NOTICE OF HEARING: Preliminary-Injunction Hearing set for **9/19/2022 09:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> ***Judge Hinkle requires that all persons in his courtroom wear masks.*** <br><br> NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Cindy Markley at 850-521-3518 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made. <br><br> *s/ Cindy Markley* <br> Courtroom Deputy Clerk (ckm) (Entered: 08/26/2022) |
| 08/29/2022 | | Set Deadline-Attorney Admissions for Steven A. Newborn*Lauren Bernstein*Tania C. Matsuoka*Sarah Schnorrenberg*Adam King*Sherry Safavi due by **9/12/2022**. (rcb) (Entered: 08/29/2022) |
| 08/29/2022 | 16 | NOTICE of Appearance by MORRIS WEINBERG, JR on behalf of Legal Scholars (WEINBERG, MORRIS) (Entered: 08/29/2022) |

| | | |
|---|---|---|
| 08/29/2022 | <u>17</u> | NOTICE of Appearance by SARA LAWSON on behalf of Legal Scholars (LAWSON, SARA) (Entered: 08/29/2022) |
| 08/30/2022 | <u>18</u> | PLAINTIFF'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY JEAN-JACQUES CABOU, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING. (Filing fee $ 208 receipt number AFLNDC-7420415) (CABOU, JEAN-JACQUES) Modified to edit title on 8/31/2022 (rcb). (Entered: 08/30/2022) |
| 08/30/2022 | <u>19</u> | PLAINTIFFS MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY ALEXIS DANNEMAN, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING.( Filing fee $ 208 receipt number AFLNDC-7420483.) by ANDREW H WARREN. (CABOU, JEAN-JACQUES) Modified on 8/31/2022 (rcb). (Entered: 08/30/2022) |
| 08/30/2022 | <u>20</u> | PLAINTIFF'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY MATTHEW KOERNER, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING.( Filing fee $ 208 receipt number AFLNDC-7420490.) by ANDREW H WARREN. (CABOU, JEAN-JACQUES) Modified to edit title on 8/31/2022 (rcb). (Entered: 08/30/2022) |
| 08/30/2022 | <u>21</u> | PLAINTIFF'S MOTION FOR LEAVE TO APPEAR PRO HAC VICE BY MARGO R. CASSELMAN, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING.( Filing fee $ 208 receipt number AFLNDC-7420497.) by ANDREW H WARREN. (CABOU, JEAN-JACQUES) Modified to edit title on 8/31/2022 (rcb). (Entered: 08/30/2022) |
| 08/30/2022 | <u>22</u> | MOTION for Leave to File *Legal Scholars' Amicus Curiae Brief* by Legal Scholars. (Attachments: # <u>1</u> Exhibit A - Proposed Brief of Legal Scholars as Amici Curiae) (LAWSON, SARA) (Entered: 08/30/2022) |
| 08/31/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: <u>20</u> MOTION to Appear Pro Hac Vice by Matthew Koerner.( Filing fee $ 208 receipt number AFLNDC-7420490.), <u>19</u> MOTION to Appear Pro Hac Vice by Alexis Danneman.( Filing fee $ 208 receipt number |

AFLNDC-7420483.), 21 MOTION to Appear Pro Hac Vice by Margo Casselman.( Filing fee $ 208 receipt number AFLNDC-7420497.), 18 MOTION to Appear Pro Hac Vice by Jean-Jacques Cabou.( Filing fee $ 208 receipt number AFLNDC-7420415.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 08/31/2022)

08/31/2022    23    NOTICE of Appearance by ADAM G UNIKOWSKY on behalf of CONSTITUTION REVISION COMMISSION MEMBERS, STATE CONSTITUTIONAL LAW SCHOLARS (UNIKOWSKY, ADAM) (Entered: 08/31/2022)

08/31/2022    24    MOTION for Leave to File / *Constitution Revision Commission Members' and State Constitutional Law Scholars' Motion for Leave to File an Amicus Brief* by CONSTITUTION REVISION COMMISSION MEMBERS, STATE CONSTITUTIONAL LAW SCHOLARS. (Attachments: # 1 Exhibit 1 - Amicus Brief) (UNIKOWSKY, ADAM) (Entered: 08/31/2022)

08/31/2022    25    **STRICKEN PER ECF 31 ** NOTICE of Appearance Scott Huminski as a proposed intervenor (rcb) Modified to add "stricken" language on 9/6/2022 (rcb). (Entered: 09/01/2022)

08/31/2022    26    **STRICKEN PER ECF 31 ** AFFIDAVIT OF SCOTT HUMINSKI RE: GOV DESANTIS' COVER UP OF STATE ATTORNEY'S FORGERY OF COURT ORDERS (rcb) Modified to add "stricken" language on 9/6/2022 (rcb). (Entered: 09/01/2022)

09/02/2022    27    ORDER GRANTING 22 & 24 LEAVE TO FILE AMICUS BRIEFS. The motions for leave to file amicus curiae briefs, ECF Nos. 22 and 24 , are granted. The amicus curiae briefs are deemed properly filed. Either party may file a response to an amicus brief by **9/14/2022**. Signed by JUDGE ROBERT L HINKLE on 09/02/2022. (rcb) (Entered: 09/02/2022)

09/02/2022    28    MOTION to Appear Pro Hac Vice by Lauren Bernstein.( Filing fee $ 208 receipt number AFLNDC-7425760.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (BERNSTEIN, LAUREN) (Entered: 09/02/2022)

| | | |
|---|---|---|
| 09/02/2022 | 29 | MOTION to Appear Pro Hac Vice by Sarah Schnorrenberg.( Filing fee $ 208 receipt number AFLNDC-7425914.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (SCHNORRENBERG, SARAH) (Entered: 09/02/2022) |
| 09/02/2022 | 30 | Consolidated MOTION to Dismiss and Memorandum of Law, and Response in Opposition to 3 Motion for Preliminary Injunction by RON DESANTIS. (Internal deadline for referral to judge if response not filed earlier: **9/16/2022)**. (WHITAKER, HENRY) Modified on 9/16/2022 to reflect complete document title (ckm). (Entered: 09/02/2022) |
| 09/02/2022 | 31 | ORDER DENYING 9 & 12 MOTIONS TO INTERVENE. Mr. Huminski's motion for leave to intervene, ECF No. 9 , is denied. His notice of appearance, ECF No. 25 , and affidavit, ECF No. 26 , are struck. Mr. LoRusso's amended complaint, ECF No. 12 , is deemed a motion for leave to intervene. The motion is denied. The clerk must provide copies of this order to Mr. Huminski and Mr. LoRusso but not add them to the docket or provide them copies of further filings. Signed by JUDGE ROBERT L HINKLE on 09/02/2022. (rcb)**Copies of ECF 31 forwarded as directed to Mr LoRusso & Mr Huminiski** Modified on 9/6/2022 (rcb). (Entered: 09/06/2022) |
| 09/06/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 29 MOTION to Appear Pro Hac Vice by Sarah Schnorrenberg.( Filing fee $ 208 receipt number AFLNDC-7425914.), 28 MOTION to Appear Pro Hac Vice by Lauren Bernstein.( Filing fee $ 208 receipt number AFLNDC-7425760.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 09/06/2022) |
| 09/06/2022 | 32 | ORDER. The motion for leave to appear pro hac vice, ECF No. 18 , isprovisionally GRANTED. No later than September 15, 2022, counsel Jean-Jacques Cabou must pay the $208.00 pro hac vice admission fee. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)** (Appointed JEAN-JACQUES CABOU for ANDREW H WARREN) ** (Entered: 09/06/2022) |

| 09/06/2022 | | Set Deadline- Admissions Fee due for Attorney Jean Jacques Cabou by **9/15/2022**. (rcb) (Entered: 09/06/2022) |
|---|---|---|
| 09/06/2022 | 33 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear prohac vice, ECF No. 20 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)**Appointed MATTHEW ROBERT KOERNER for ANDREW H WARREN** (Entered: 09/06/2022) |
| 09/06/2022 | 34 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear prohac vice, ECF No. 19 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)**Appointed ALEXIS DANNEMAN for ANDREW H WARREN** (Entered: 09/06/2022) |
| 09/06/2022 | 35 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear prohac vice, ECF No. 21 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)** Appointed MARGO ROSE CASSELMAN for ANDREW H WARREN** (Entered: 09/06/2022) |
| 09/06/2022 | 36 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear prohac vice, ECF No. 28 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)**Appointed LAUREN JACOBSON BERNSTEIN for Appointed FORMER Sarah Schnorrenberg PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS Role ** (Entered: 09/06/2022) |
| 09/06/2022 | 37 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 29 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/06/2022. (rcb)**Appointed Sarah Schnorrenberg for FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS Role ** (Entered: 09/06/2022) |
| 09/06/2022 | 38 | FLORIDA SHERIFFS ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF. (Internal deadline for referral to judge if response not filed earlier: **9/20/2022**). (Attachments: # 1 Exhibit) (EVANS, |

ROBERT) Modified to edit title on 9/7/2022 (rcb). (Entered: 09/06/2022)

| 09/07/2022 | 39 | MOTION to Appear Pro Hac Vice by Adam King.( Filing fee $ 208 receipt number AFLNDC-7430609.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (KING, ADAM) (Entered: 09/07/2022) |

| 09/07/2022 | 40 | ORDER. The Clerk of Court must terminate the deadline set in the September 6, 2022, Order, ECF No. 32 , for counsel to pay the fee. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/07/2022. (rcb) **PHV Fee Deadline terminated as directed** (Entered: 09/07/2022) |

| 09/07/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 39 MOTION to Appear Pro Hac Vice by Adam King.( Filing fee $ 208 receipt number AFLNDC-7430609.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 09/07/2022) |

| 09/07/2022 | 41 | ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 39 , is GRANTED. Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/07/2022. (rcb) (Entered: 09/07/2022) |

| 09/08/2022 | 42 | NOTICE of Appearance by DAVID MATTHEW COSTELLO on behalf of RON DESANTIS (COSTELLO, DAVID) (Entered: 09/08/2022) |

| 09/09/2022 | 43 | ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF. The unopposed motion of former prosecutors and others for leave to file an amicus curiae brief, ECF No. 14 , is granted. The amicus curiae brief, ECF No. 14 -1, is deemed properly filed. Signed by JUDGE ROBERT L HINKLE on 09/08/2022. (rcb) (Entered: 09/09/2022) |

| 09/09/2022 | 44 | MOTION to Appear Pro Hac Vice by Tania Matsuoka.( Filing fee $ 208 receipt number AFLNDC-7435931.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (MATSUOKA, TANIA) (Entered: |

09/09/2022)

| 09/09/2022 | 45 | ORDER SETTING THE TIME LIMIT FOR ORAL ARGUMENT AND GRANTING LEAVE TO FILE AN AMICUS BRIEFgranting 38 Motion to File Amicus Brief. Signed by JUDGE ROBERT L HINKLE on 9/7/22. (sms) (Entered: 09/09/2022) |
|---|---|---|
| 09/09/2022 | 46 | REPLY to Response to Motion re 3 MOTION for Preliminary Injunction , 30 MOTION to Dismiss *(Consolidated Reply in Support of Motion for Preliminary Injunction and Response in Opposition to Motion to Dismiss)* filed by ANDREW H WARREN. (CABOU, JEAN-JACQUES) (Entered: 09/09/2022) |
| 09/09/2022 | 47 | **ECF 47-1 STRICKEN PER ECF 48 ** MOTION to File Amicus Brief by Patriots. (Internal deadline for referral to judge if response not filed earlier: **9/23/2022).** (Attachments: # 1 Exhibit Proposed Patriot Brief) (BELTRAN, MICHAEL) Modified to edit add "stricken" language on 9/14/2022 (rcb). (Entered: 09/09/2022) |
| 09/09/2022 | | Set Deadline Re: 45 - Response to the amicus brief by **9/14/2022.** (rcb) (Entered: 09/12/2022) |
| 09/12/2022 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 44 MOTION to Appear Pro Hac Vice by Tania Matsuoka.( Filing fee $ 208 receipt number AFLNDC-7435931.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 09/12/2022) |
| 09/12/2022 | 48 | ORDER denying 47 Leave to File the "Patriot" Amicus Brief. Signed by JUDGE ROBERT L HINKLE on 9/12/22. (sms) (Entered: 09/12/2022) |
| 09/12/2022 | 49 | MOTION to Appear Pro Hac Vice by Steven Newborn.( Filing fee $ 208 receipt number AFLNDC-7438316.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (Attachments: # 1 Certificate of Good Standing) (NEWBORN, STEVEN) (Entered: 09/12/2022) |
| 09/13/2022 | | ACTION NO LONGER REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is no longer needed Re: 49 MOTION to Appear Pro Hac Vice |

by Steven Newborn. **Action No Longer Required Incorrect Referral Made**. ( Filing fee $ 208 receipt number AFLNDC-7438316.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 09/13/2022)

09/13/2022  ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 49 MOTION to Appear Pro Hac Vice by Steven Newborn.( Filing fee $ 208 receipt number AFLNDC-7438316.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 09/13/2022)

09/13/2022  50  MOTION to Appear Pro Hac Vice by Sherry Safavi.( Filing fee $ 208 receipt number AFLNDC-7440149.) by FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS. (Attachments: # 1 Certificate of Good Standing) (SAFAVI, SHERRY) (Entered: 09/13/2022)

09/13/2022  51  ORDER. Accordingly, it is ORDERED that the motion for leave to appear prohac vice, ECF No. 44 , is GRANTED. (Appointed TANIA C MATSUOKA for FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/13/2022. (rcb) (Entered: 09/13/2022)

09/13/2022  52  ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 49 is GRANTED. (Appointed STEVEN A NEWBORN for FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/13/2022. (rcb) (Entered: 09/14/2022)

09/13/2022  53  ORDER. Accordingly, it is ORDERED that the motion for leave to appear pro hac vice, ECF No. 50 , is GRANTED. (Appointed SHERRY SAFAVI for FORMER PROSECUTORS ATTORNEY GENERAL JUDGES UNITED STATES ATTORNEYS AND FEDERAL OFFICIALS AND CURRENT

|            |    | AND FORMER LAW ENFORCEMENT OFFICIALS AND LEADERS). Signed by MAGISTRATE JUDGE MARTIN A FITZPATRICK on 09/13/2022. (rcb) (Entered: 09/14/2022) |
|------------|----|----|
| 09/14/2022 | 54 | RESPONSE to Motion re 38 MOTION to File Amicus Brief *(Plaintiff's Response to Amici Curiae)* filed by ANDREW H WARREN. (KOERNER, MATTHEW) (Entered: 09/14/2022) |
| 09/19/2022 | 55 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Preliminary-Injunction Hearing held on 9/19/2022. Ruling by Court: Motion to dismiss the first amendment claim is denied. Motion to dismiss the state claim is granted. Preliminary injunction is denied. Rule 26 report due by September 27. An order will follow. (Court Reporter Lisa Snyder, Official Court Reporter) (ckm) (Entered: 09/19/2022) |
| 09/19/2022 |    | Set Deadline- Rule 26 Meeting Report due by **9/27/2022** Re: 55 (rcb) (Entered: 09/20/2022) |
| 09/20/2022 | 56 | ORDER ADVANCING THE DEADLINE FOR THE RULE 26(f) REPORT. As set out on the record of the hearing on September 19, 2022, the deadline for the Federal Rule of Civil Procedure 26(f) report is advanced to **9/27/2022**. Signed by JUDGE ROBERT L HINKLE on 09/20/2022. (rcb) (Entered: 09/20/2022) |
| 09/21/2022 | 57 | NOTICE of Appearance by JEFFREY MICHAEL AARON on behalf of RON DESANTIS (AARON, JEFFREY) (Entered: 09/21/2022) |
| 09/21/2022 | 58 | NOTICE of Appearance by GEORGE TY LEVESQUE on behalf of RON DESANTIS (LEVESQUE, GEORGE) (Entered: 09/21/2022) |
| 09/23/2022 | 59 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Injunction Hearing Proceedings held on 9/19/2022, before Judge Robert Hinkle. Court Reporter/Transcriber Lisa Snyder, Telephone number 850-567-1374. *Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.* |

|  |  | Redaction Request due **9/30/2022**. Release of Transcript Restriction set for **12/29/2022**. (ls) (Entered: 09/23/2022) |
|---|---|---|
| 09/26/2022 | 60 | MOTION Certification under 28 U.S.C. § 1292(b) by RON DESANTIS. (WHITAKER, HENRY) (Entered: 09/26/2022) |
| 09/27/2022 |  | Set/Reset Deadlines as to 60 MOTION Certification under 28 U.S.C. § 1292(b) . (Internal deadline for referral to judge if response not filed earlier: **10/11/2022)**. (rcb) (Entered: 09/27/2022) |
| 09/27/2022 | 61 | Non-Party NOTICE OF APPEAL as to 31 ORDER DENYING 9 & 12 MOTIONS TO INTERVENE as to Scott Huminski. (kdm) (Entered: 09/27/2022) |
| 09/27/2022 | 62 | USCA Appeal Fees received $ 505 receipt number 1-4439 re 61 Non-Party Notice of Appeal as to Scott Huminski. (kdm) (Entered: 09/27/2022) |
| 09/27/2022 | 63 | CERTIFICATE OF READINESS re 61 Non-Party Notice of Appeal as to Scott Huminski. (kdm) (Entered: 09/27/2022) |