# United States District Court
## CIVIL MINUTES - GENERAL

Date: October 4, 2022                                         Case No.: 4:22cv302-RH
Time: 10:00 – 10:11 a.m.

### ANDREW H. WARREN v. RON DESANTIS

DOCKET ENTRY: Telephonic Scheduling Conference held. Court hears from parties regarding pending issues. Ruling by Court: Any additional issues requiring a ruling by the Court should be filed on the docket and a response timely filed.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| Cindy Markley | Megan Hague |
|---|---|
| Deputy Clerk | Official Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFF:
Jean-Jacques Cabou
Alexis Danneman

ATTORNEYS APPEARING FOR DEFENDANT:
George Levesque
Henry Whitaker
James Percival
Jeffrey DeSousa
Natalie Christmas
David Costello
Jeffrey Aaron