IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

vs.                               Case No. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

**O R D E R**

A motion for leave to appear pro hac vice as counsel for Plaintiffs has been filed by attorney David A. O'Neil.  ECF No. 76.  The motion demonstrates that counsel is a member in good standing of the District of Columbia Bar where he regularly practices law.  *Id.*  The $208 pro hac vice admission fee has been paid.  *Id.*  Further, it appears that counsel is not a resident of Florida, and that he has reviewed this Court's local rules and is familiar with the CM/ECF e-filing system.  *Id.* at 1.  However, counsel has not demonstrated that he <u>completed</u> the online Attorney Admission Tutorial as required.  Nevertheless, because the motion is in substantial compliance with N.D. Fla. Loc. R. 11.1(C), it will be provisionally

**GRANTED**.  Within 7 days, counsel must demonstrate completion of the Attorney Admission Tutorial.

Accordingly, it is

**ORDERED**:

1.  The motion for leave to appear pro hac vice, ECF No. 76, is provisionally **GRANTED**.

2.  No later than **October 21, 2022**, counsel David A. O'Neil must demonstrate that he has completed the online Attorney Admission Tutorial.

**DONE AND ORDERED** on October 14, 2022.

S/   Martin A. Fitzpatrick
MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE