IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANDREW H. WARREN,**

    **Plaintiff,**

**vs.**                                                 **Case No. 4:22cv302-RH-MAF**

**RON DESANTIS,**

    **Defendant.**
**_____/**

## O R D E R

Earlier today, an Order, ECF No. 77, was entered on the motion for leave to appear pro hac vice, ECF No. 76, filed by attorney David A. O'Neil. ECF No. 76. The motion was "provisionally" granted because it did not appear that counsel had completed the online Attorney Admission Tutorial. ECF No. 77. The motion advised on page one that counsel had reviewed this Court's local rules, but further review of the motion shows that page two of the motion provided the "Attorney Admission Tutorial confirmation number." ECF No. 76 at 2. No further action is required by counsel.

Accordingly, it is **ORDERED** that counsel David O'Neil is not required to take further action concerning the motion for leave to appear pro hac vice, ECF No. 76, which was **GRANTED** earlier this day.

**DONE AND ORDERED** on October 14, 2022.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**