UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

-------------------------------------------------------------------

ANDREW H. WARREN,                                    :
                                                     :
                     Plaintiff,                      :
                                                     :          CASE NO. 4:22cv302-RH-
          v.                                         :                      MAF
                                                     :
RON DESANTIS,                                        :
                                                     :
                     Defendant.                      :
                                                     :
                                                     :
                                                     :
-------------------------------------                :
                                                     :
                                                     :
                                                       :

**NOTICE OF APPEARANCE**

          **PLEASE TAKE NOTICE** that Samantha B. Singh, of Debevoise &

Plimpton LLP hereby appears as counsel on behalf of plaintiff Andrew H. Warren in the

above captioned case.

Dated:  New York, New York
          October 14, 2022

                              DEBEVOISE & PLIMPTON LLP

                              By:     /s/*Samantha B. Singh*_____
                                      Samantha B. Singh (FBN 1036051)
                                      sbsingh@debevoise.com
                                      919 Third Avenue
                                      New York, NY  10022
                                      (212) 909-6000

                                      *Attorneys for Plaintiff Andrew Warren*