IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                  CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

**ORDER TO FILE DISCOVERY
REQUESTS AND RESPONSES**

The plaintiff must immediately file a complete copy of the discovery requests and responses that will be the subject of today's hearing.

SO ORDERED on October 17, 2022.

                              s/Robert L. Hinkle
                              United States District Judge