# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>October 17, 2022</u>         Case No.: <u>4:22cv302-RH</u>
Time: <u>3:30 – 4:24 p.m.</u>

### ANDREW H. WARREN v. RON DESANTIS

DOCKET ENTRY: Telephonic Motion Hearing held. Court hears argument of counsel on plaintiff's motion to compel. An order is forthcoming.

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>        <u>Megan Hague</u>
Deputy Clerk        Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Jean-Jacques Cabou
Margo Casselman
Alexandra Swain
David O'Neil
Samantha Singh

ATTORNEYS APPEARING FOR DEFENDANT:
George Levesque
Jeffrey Aaron
James Percival
Jeffrey DeSousa
David Costello