# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANDREW H. WARREN,**

    **Plaintiff,**

**vs.**                                           **Case No. 4:22cv302-RH-MAF**

**RON DESANTIS,**

    **Defendant.**
_____/

## O R D E R

A motion for leave to appear pro hac vice as counsel for Plaintiffs has been filed by attorney Alexandra P. Swain.  ECF No. 79.  The motion demonstrates that counsel is a member in good standing of the State Bar of California where she appears to reside and regularly practice law.  *Id.*  The $208 pro hac vice admission fee has been paid.  *Id.*  Further, it appears that counsel has reviewed this Court's local rules, is familiar with the CM/ECF e-filing system, and completed the online Attorney Admission Tutorial as required.  The motion is in compliance with N.D. Fla. Loc. R. 11.1(C), it will be **GRANTED**.

Accordingly, it is **ORDERED** that the motion for leave to appear pro hac vice, ECF No. 79, is **GRANTED**.

**DONE AND ORDERED** on October 18, 2022.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE**