# United States District Court

## CIVIL MINUTES - GENERAL

Date: <u>October 19, 2022</u>                                          Case No.: <u>4:22cv302-RH</u>

Time: <u>2:01 – 2:10 p.m.</u>

### ANDREW H. WARREN v. RON DESANTIS

DOCKET ENTRY: Telephonic Status Conference held. Court hears argument of counsel on plaintiff's ore tenus motion to continue deposition. Ruling by Court: The motion is granted. Mr. Keefe's deposition may be broken into two separate days.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

<u>Cindy Markley</u>                                          <u>Lisa Snyder</u>
Deputy Clerk                                          Official Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:
Jean-Jacques Cabou
Margo Casselman
Samantha Singh

ATTORNEYS APPEARING FOR DEFENDANT:
George Levesque
Jeffrey Aaron