# Exhibit 6

YouTube video published by WPTV News–FL Palm Beaches and Treasure Coast, titled "Florida Gov. Ron DeSantis speaks in Hialeah" posted on August 23, 2022. A true and correct copy is available at https://www.youtube.com/watch?v=Fn0Uo5MWW5Q.