# Exhibit 7

YouTube video published by The National Desk, titled
"WPEC-TV 2022 Florida Gubernatorial Debate"
posted on October 24, 2022. A true and correct copy is
available at https://www.youtube.com/watch?v=_pq-gPpN7eU.