IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,           Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in
his official capacity as Governor of the
State of Florida,

        Defendant.

_____/

## NOTICE

Defendant Ron DeSantis, pursuant to this Court's Order on Depositions of the Governor and Chief of Staff (Doc. 98), hereby waives the right to call himself and his Chief of Staff, James Uthmeier, as witnesses at the trial.

Respectfully submitted this 3rd day of November 2022.

                                              */s/ Jeff Aaron*
                                              JEFF AARON (FBN 123473)
                                              Email: jeff.aaron@gray-robinson.com
                                              Secondary Email:
                                              cindi.garner@gray-robinson.com
                                              GEORGE T. LEVESQUE (FBN 555541)
                                              Email: George.levesque@gray-robinson.com
                                              Secondary Email:
                                              maelene.tyson@gray-robinson.com
                                              GRAYROBINSON, P.A.
                                              301 South Bronough Street, Suite 600
                                              Tallahassee, Florida 32302

        Telephone: 850-577-9090
        Facsimile: 850-577-3311

        ASHLEY MOODY
          *Attorney General*

        HENRY C. WHITAKER (FBN 1031175)
          *Solicitor General*
        JEFFREY PAUL DESOUSA (FBN 110951)
          *Chief Deputy Solicitor General*
        JAMES H. PERCIVAL (FBN 1016188)
          *Deputy Attorney General of Legal Policy*
        NATALIE CHRISTMAS (FBN 1019180)
          *Assistant Attorney General of Legal Policy*
        DAVID M. COSTELLO (FBN 1004952)
          *Deputy Solicitor General*

        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399
        (850) 414-3300
        henry.whitaker@myfloridalegal.com

        *Counsel for Governor DeSantis*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via email, as follows:

Jean-Jacques Cabou*
Alexis E. Danneman*
Matthew R. Koerner*
Margo R. Casselman*
Perkins Coie, LLP
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com

David B. Singer
Florida Bar No. 72823
Matthew T. Newton
Florida Bar No. 111679
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

David O'Neil*
DeBevoise & Plimpton, LLP
801 Pennsylvania Avenue NW
Suite 500
Washington, DC 20004
daoneil@debevoise.com

Alexandra P. Swain*
DeBevoise & Plimpton, LLP
650 California Street
San Francisco, CA 94108
apswain@debevoise.com

Samantha B. Singh
DeBevoise & Plimpton, LLP
919 Third Avenue
New York NY 10022
sbsingh@debovoise.com

*Admitted Pro Hac Vice

*Attorneys for Plaintiff*

                                      */s/ Jeff Aaron*
                                      Jeff Aaron (FBN 123473)
                                      GRAYROBINSON, P.A.