UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ANDREW H. WARREN,                                        Case No.: 4:22-cv-302-RH-MAF

        Plaintiff,

v.

RON DESANTIS,

        Defendant.
_____/

### GRAYSON KAMM'S RESPONSE AND OBJECTIONS TO DEFENDANT'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CIVIL ACTION

Mr. Grayson Kamm ("Mr. Kamm") responds and objects to Defendant's Subpoena to Produce Documents, Information, or Objects in a Civil Action directed to "Grayson Kamm, Plaintiff's Former Chief Communications Officer Catalyst Communications Group, 807 W. Barcelona St., Tampa, FL 33629-6801" (the "Subpoena").

The Subpoena is procedurally and substantively deficient. As a threshold matter, the Subpoena is incorrectly directed to Mr. Kamm in his individual capacity as well as to a distinct corporate entity, incorrectly identified as Catalyst Communications Group, while referring to Mr. Kamm's prior position with the Office of the State Attorney, 13th Judicial District of Florida ("SAO13").

Mr. Kamm is no longer with the SAO13 having voluntarily left its employ in April 2022. Mr. Kamm therefore no longer has access to his former employer's e-

1

mail system or possession of his employer owned electronic devices. Moreover, Mr. Kamm is an agent of Catalyst Communications Group, LLC ("the Company") and information obtained or developed in the scope of his agency belongs to the Company, not Mr. Kamm in his individual capacity. Mr. Kamm is consequently limited in his ability to provide information responsive to the Subpoena.[1]

The Subpoena is also flawed because it is overly burdensome and seeks irrelevant information including documents protected from disclosure under Fed. R. Civ. P.26(b)(3)(A).

Despite the above issued, Mr. Kamm has worked diligently to comply with the Subpoena in an effort to facilitate this proceeding and to foster the efficient handling of Mr. Kamm's deposition currently set for Thursday, November 10, 2022, at 1:00 p.m. in Defendant's attorneys' offices. Mr. Kamm has hired undersigned counsel to assist him at Mr. Kamm's own personal expense.

### RESPONSES TO INDIVIDUAL REQUESTS FOR DOCUMENTS

1. All documents and communications related to the Plaintiff's endorsement of the June 2021 Joint Statement disseminated by Fair & Just Prosecution, attached as Exhibit 1.

**RESPONSE: No specific responsive documents exist. Mr. Kamm, however, is producing documents in response to the Subpoena.**

---

[1] The Subpoena also failed to comply with Fed. R. Civ. P. 45(a)(4) as notice and a copy of the Subpoena was not served on each party to this case before being served upon Mr. Kamm.

2. All documents and communications related to Plaintiff's endorsement of the June 24, 2022 Joint Statement disseminated by Fair & Just Prosecution, attached as Exhibit 2.

**RESPONSE: No specific responsive documents exist.  Mr. Kamm, however, is producing documents in response to the Subpoena.**

3. All documents and communications between you and Plaintiff regarding Plaintiff's Suspension.

**RESPONSE:  Objection.  This request seeks irrelevant post-suspension documents and information protected under Fed. R. Civ. P. 26(b)(3)(A).**

4. All documents and communications between you and other persons besides Plaintiff regarding Plaintiff's Suspension.

**RESPONSE: Objection.  This request seeks irrelevant post-suspension documents and information.**

5. All documents and communications with any person relating to Plaintiff's stated intention to not enforce or prosecute violations of any particular proposed or enacted Florida law, or category of proposed or enacted Florida laws, including but not limited to, proposed or enacted Florida laws relating to abortion and transgender issues.

**RESPONSE:  No specific responsive documents exist.  Mr. Kamm, however, is producing documents in response to the Subpoena.**

6. All documents and communications concerning Plaintiff's legal challenge to the Suspension.

**RESPONSE: Objection.  This request seeks irrelevant post-suspension documents and information protected under Fed. R. Civ. P. 26(b)(3)(A).**

3

Respectfully submitted,

/s/ Justin L. Dees
Justin L. Dees, Esquire
Florida Bar No. 48033
DEES LEGAL GROUP, PLLC
5180 Venetian Blvd. NE
St. Petersburg, FL 33703
Telephone: (813) 360-6743
Primary E-mail: jdees@deeslegal.com
Secondary E-mail: arsdeeslegal@gmail.com
*ATTORNEYS FOR GRAYSON KAMM*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically with the Clerk of Court by using the *CM/ECF* system which will send a notice of electronic filing to all counsel of record, this 9th day of November, 2022.

George T. Levesque, Esq.
Gray Robinson, P. A.
401 E. Jackson St., Suite 2700
Tampa, Florida 33602
george.levesque@gray-robinson.com

*/s/ Justin L. Dees*
**Attorney**