IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

Case No. 4:22-cv-302-RH-MAF

**UNOPPOSED MOTION TO TAKE DEPOSITION
OF NON-PARTY SUSAN LOPEZ
AFTER CLOSE OF DISCOVERY**

Pursuant to this Court's Scheduling Order [Doc. 69 at 3] the close of discovery in this matter is November 14, 2022. Non-Party Susan Lopez, who is currently serving as State Attorney for the 13th Judicial Circuit, was set to be deposed on that date and was set to produce documents before that date. After discussions with counsel for Ms. Lopez about outstanding documents to be produced and considering the closures associated with what is now Tropical Storm Nicole, undersigned counsel would like to depose Ms. Lopez on Wednesday November 16, 2022, two days after the discovery deadline. Counsel for Ms. Lopez and counsel for the Governor do not oppose this motion.

## Conclusion

This unopposed Motion should be granted, and Plaintiff should be permitted to take the deposition of Ms. Lopez on November 16, 2022.

Dated: November 10, 2022  **PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*

> Jean-Jacques Cabou (AZ #022835)*
> Alexis E. Danneman (AZ #030478)*
> Matthew R. Koerner (AZ #035018)*
> Margo R. Casselman (AZ #034963)*
> 2901 N. Central Avenue, Suite 2000
> Phoenix, Arizona 85012-2788
> JCabou@perkinscoie.com
> ADanneman@perkinscoie.com
> MKoerner@perkinscoie.com
> MCasselman@perkinscoie.com
> 602.351.8000

**AND**

> David B. Singer (FBN 72823)
> Matthew T. Newton (FBN 111679)
> 101 E. Kennedy Blvd., Suite 2800
> Tampa, FL 33602
> dsinger@shumaker.com
> mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

> David O'Neil*
> 801 Pennsylvania Ave NW, Suite 500
> Washington, D.C. 20004
> (202) 383-8000
> daoneil@debevoise.com

> Alexandra P. Swain*
> 650 California Street
> San Francisco, CA 94108
> apswain@debevoise.com

> Samantha B. Singh (FBN 1036051)
> 919 Third Avenue
> New York, NY 10022
> sbsingh@debevoise.com

> \* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

## LOCAL RULE 7.1(B) CERTIFICATE OF COMPLIANCE

I certify that pursuant to Local Rule 7.1(B), counsel for Plaintiff conferred with counsel for Defendant by email regarding the subject of this Motion. Defendant does not oppose this Motion.

<em>/s/ Jean-Jacques Cabou</em>

## LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE

I certify that this Motion and Supporting Memorandum contains 134 words, with such word count incorporating all portions of this document subject to the word limitations imposed under Local Rule 7.1(F).

<em>/s/ Jean-Jacques Cabou</em>

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/ Indy Fitzgerald*

4