# Exhibit 4
# (Production Compilation)

# Jenna Hodges

| | |
|---|---|
| **From:** | Jeff Aaron <jeff.aaron@gray-robinson.com> |
| **Sent:** | Friday, October 21, 2022 3:00 PM |
| **To:** | Cabou, Jean-Jacques (J) (PHX); Danneman, Alexis E. (PHX); Koerner, Matthew (PHX); Singer, David B.; Newton, Matt; Nyberg, Gina (PHX); Casselman, Margo (PHX); Mast, Abigail (CHI); Saghri, Roxanna (SFO); Fitzgerald, Indy (PHX); daoneil@debevoise.com; apswain@debevoise.com; sbsingh@debevoise.com |
| **Cc:** | George Levesque; Henry Whitaker; Jeffrey DeSousa; David Costello; James Percival; Natalie Christmas; Maelene Tyson, FRP; Cynthia L. Garner; Mythy Tran |
| **Subject:** | SERVICE OF COURT DOCUMENT – CASE NO.: 4:22-cv-302-RH-MAF – Andrew H. Warren v. Ron DeSantis - DEF 002534 - DEF003546.zip |

| Court in which proceeding is pending: | United States District Court, Northern District of Florida, Tallahassee Division |
|---|---|
| Case Number: | Case No. 4:22-cv-302-RH-MAF |
| Name of initial party on each side: | Andrew H. Warren v. Ron DeSantis, individually and in his official capacity as Governor of the State of Florida |
| Title of each document served: | Please click HERE to access DEF 002534 - DEF003546.zip |
| Sender's Name: | Jeff Aaron |
| Sender's Telephone Number: | 850-577-9090 |

**Jeff Aaron**
Shareholder

T 407.843.8880
F 407.244.5690

GrayRobinson, P.A. ▪ 301 East Pine Street, Suite 1400, Orlando, Florida 32801



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**Jenna Hodges**

| | |
|---|---|
| **From:** | Jeff Aaron <jeff.aaron@gray-robinson.com> |
| **Sent:** | Friday, October 21, 2022 4:55 PM |
| **To:** | Cabou, Jean-Jacques (J) (PHX); Danneman, Alexis E. (PHX); Koerner, Matthew (PHX); Singer, David B.; Newton, Matt; Nyberg, Gina (PHX); Casselman, Margo (PHX); Mast, Abigail (CHI); Saghri, Roxanna (SFO); Fitzgerald, Indy (PHX); daoneil@debevoise.com; apswain@debevoise.com; sbsingh@debevoise.com |
| **Cc:** | George Levesque; Henry Whitaker; Jeffrey DeSousa; David Costello; James Percival; Natalie Christmas; Maelene Tyson, FRP; Cynthia L. Garner; Mythy Tran |
| **Subject:** | SERVICE OF COURT DOCUMENT – CASE NO.: 4:22-cv-302-RH-MAF – Andrew H. Warren v. Ron DeSantis - DEF 003547 - DEF 003746.zip |

| | |
|---|---|
| **Court in which proceeding is pending:** | United States District Court, Northern District of Florida, Tallahassee Division |
| **Case Number:** | Case No. 4:22-cv-302-RH-MAF |
| **Name of initial party on each side:** | Andrew H. Warren v. Ron DeSantis, individually and in his official capacity as Governor of the State of Florida |
| **Title of each document served:** | Please click HERE to access DEF 003547 - DEF 003746.zip |
| **Sender's Name:** | Jeff Aaron |
| **Sender's Telephone Number:** | 850-577-9090 |

**Jeff Aaron**
Shareholder

T 407.843.8880
F 407.244.5690

GrayRobinson, P.A. ▪ 301 East Pine Street, Suite 1400, Orlando, Florida 32801



This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**Jenna Hodges**

| | |
|---|---|
| **From:** | Jeff Aaron <jeff.aaron@gray-robinson.com> |
| **Sent:** | Monday, November 14, 2022 11:30 PM |
| **To:** | Cabou, Jean-Jacques (J) (PHX); Danneman, Alexis E. (PHX); Koerner, Matthew (PHX); Singer, David B.; Newton, Matt; Nyberg, Gina (PHX); Casselman, Margo (PHX); Mast, Abigail (CHI); Saghri, Roxanna (SFO); Fitzgerald, Indy (PHX); daoneil@debevoise.com; apswain@debevoise.com; sbsingh@debevoise.com |
| **Cc:** | George Levesque; Henry Whitaker; Jeffrey DeSousa; David Costello; James Percival; Natalie Christmas; Maelene Tyson, FRP; Cynthia L. Garner; Mythy Tran |
| **Subject:** | SERVICE OF COURT DOCUMENT – CASE NO.: 4:22-cv-302-RH-MAF – Andrew H. Warren v. Ron DeSantis - Amended Rule 26 Disclosures and Final Documents |
| **Attachments:** | DEF 003747 - DEF 003798.pdf; DEF 003799 - DEF 003807.pdf; Amended Rule 26(a)(1) Disclosures.pdf |

| | |
|---|---|
| **Court in which proceeding is pending:** | United States District Court, Northern District of Florida, Tallahassee Division |
| **Case Number:** | Case No. 4:22-cv-302-RH-MAF |
| **Name of initial party on each side:** | Andrew H. Warren v. Ron DeSantis, individually and in his official capacity as Governor of the State of Florida |
| **Title of each document served:** | 1. Amended Rule 26(a)(1) Disclosures.pdf<br><br>2. DEF 003747 – DEF 003798.pdf<br><br>3. DEF 003799 – DEF 003807.pdf<br><br>4. SAO13 0000001 - SAO13 0354807<br>   Password: BpJjH-OqMEv-L5rGQ<br><br>5. SAO13 0354808 - SAO13 0356740<br>   Password: BpJjH-OqMEv-L5rGQ<br><br>6. SAO13_0356741 - SAO13_0357476<br>   Password: BpJjH-OqMEv-L5rGQ |
| **Sender's Name:** | Jeff Aaron |
| **Sender's Telephone Number:** | 850-577-9090 |

**Jeff Aaron**
Shareholder

T 407.843.8880
F 407.244.5690

GrayRobinson, P.A. ▪ 301 East Pine Street, Suite 1400, Orlando, Florida 32801

1

003

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.