IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                                CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## ORDER SETTING THE SCHEDULE ON
## THE MOTION TO BAR TESTIMONY

    The defendant has moved for an order exempting him and his chief of staff from testifying at the imminent trial. In effect, the motion seeks to quash any not-yet-served subpoena. The defendant has asked for an order requiring the plaintiff to respond within two days.

    The case is already on a fast track. Asking the plaintiff to respond within two days to a motion the defendant could have filed long ago—a motion the defendant had almost unlimited time to prepare—is a bit much. The deadline for the plaintiff's response, under the seven-day protocol already in place, is November 22. This order does not advance the deadline, but the plaintiff should respond

sooner if possible. The motion will be heard at the pretrial conference already set for November 23.

SO ORDERED on November 16, 2022.

s/Robert L. Hinkle  
United States District Judge

Case No. 4:22cv302-RH-MAF