IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

                Plaintiff,                Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in
his official capacity as Governor of the
State of Florida,

                Defendant.

_____

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE EXHIBITS**

This Court's Scheduling Order [Doc. 69 at 4] states that all exhibits must be pre-filed on November 18, 2022.  The Court's Docket for September 29, 2022 contains an entry stating that exhibits must be pre-filed on November 22, 2022.

With consent of the Defendant, Plaintiff hereby moves to extend the deadline to pre-file exhibits, as stated in the Scheduling Order, to November 22, 2022.

## Conclusion

This unopposed Motion should be granted and exhibits pre-filed on November 22, 2022.

Dated:  November 17, 2022

**PERKINS COIE LLP**

By:  */s/ Jean-Jacques Cabou*

Jean-Jacques Cabou (AZ #022835)*
Alexis E. Danneman (AZ #030478)*
Matthew R. Koerner (AZ #035018)*
Margo R. Casselman (AZ #034963)*
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
602.351.8000

**AND**

David B. Singer (FBN 72823)
Matthew T. Newton (FBN 111679)
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

David O'Neil*
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Alexandra P. Swain*
650 California Street
San Francisco, CA 94108
apswain@debevoise.com

Samantha B. Singh (FBN 1036051)
919 Third Avenue
New York, NY 10022
sbsingh@debevoise.com

* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

2

**LOCAL RULE 7.1(B) CERTIFICATE OF COMPLIANCE**

I certify that pursuant to Local Rule 7.1(B), counsel for Plaintiff conferred with counsel for Defendant by email regarding the subject of this Motion. Defendant does not oppose this Motion.

*/s/ Jean-Jacques Cabou*

**LOCAL RULE 7.1(F) CERTIFICATE OF COMPLIANCE**

I certify that this Motion and Supporting Memorandum contains 78 words, with such word count incorporating all portions of this document subject to the word limitations imposed under Local Rule 7.1(F).

*/s/ Jean-Jacques Cabou*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/ Indy Fitzgerald*