# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


ANDREW H. WARREN,

      Plaintiff,

v.                                                             CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

      Defendant.

_____/


## ORDER ON THE DEADLINE
## FOR PRE-FILED EXHIBITS


The September 29 scheduling order set a deadline of November 18 for prefiling exhibits. The reason was to allow the court to review the exhibits before the November 23 pretrial conference. The clerk of court's docket entry mistakenly said the deadline was November 22. The plaintiff has filed a consented motion to extend the deadline to November 22.

The exhibits should by now have been marked and exchanged by the parties. Prefiling should be an administrative task. This order extends the prefiling deadline to November 21. But the exhibits should be prefiled sooner if that can be accomplished without undue interference with other obligations.

Case No.  4:22cv302-RH-MAF

IT IS ORDERED:

The unopposed motion to extend the deadline for prefiling exhibits, ECF No.

109, is granted in part. The deadline is extended to November 21, 2022.

SO ORDERED on November 17, 2022.

s/Robert L. Hinkle
United States District Judge