

**Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw                                        ...

MAJOR announcement tomorrow morning from
@GovRonDeSantis.

Prepare for the liberal media meltdown of the year

Everyone get some rest tonight 😉 🌑

9:32 PM · Aug 3, 2022 · Twitter for iPhone

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
16

DEF 002461

**PEX 16.001**



**Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw

···

Replying to @MaxNordau @kathrynvarn and @AndrewWarrenFL

The only other Soros funded prosecutor I'm aware of is the one in Orange but she hasn't signed an open letter vowing to violate laws she disagrees with

11:14 PM · Aug 4, 2022 · Twitter for iPhone

DEF 002462

**PEX 16.002**



**Christina Pushaw** 🐊 🇺🇸 ✔    ...
@ChristinaPushaw

Important point to clarify what "suspension" means.
This is not like a paid administrative leave or whatever.
Andrew Warren is no longer the Hillsborough state
attorney. We have a new Hillsborough state attorney
sworn in today to replace him: Susan Lopez.

> 🌞 **Sunny McSunnyface** @sunnyright · Aug 4
> Warren will be replaced for now by Judge Susan Lopez of the 13th Judicial Circuit.
>
> Warren's suspension can be either overturned or made permanent by the Florida
> Senate.
> Show this thread

8:40 PM · Aug 4, 2022 · Twitter for iPhone

DEF 002463

**PEX 16.003**



**Christina Pushaw** 🐸 🇺🇸 ✓
@ChristinaPushaw

Progressive prosecutors backed by Soros have refused to enforce laws across the country. They treat criminals with deference & victims with contempt. This dereliction of duty is why crime is surging. But @GovRonDeSantis won't stand for this. He just suspended the one in Florida.

10:18 AM · Aug 4, 2022 · Twitter for iPhone

DEF 002464

**PEX 16.004**



**Christina Pushaw** 🐊 🇺🇸 ✅
@ChristinaPushaw

⋯

BREAKING: Ron DeSantis suspends Soros-backed state attorney over refusal to enforce Florida laws



thepostmillennial.com
BREAKING: Ron DeSantis suspends Soros-backed state attorney over refusal to ...
Warren signed a "joint statement" alongside other prosecutors "in support of gender-transition treatments for children and bathroom usage based on gende...

5:17 PM · Aug 4, 2022 · Twitter for iPhone

DEF 002465

**PEX 16.005**



**Christina Pushaw** 🐊 🇺🇸 ✔
@ChristinaPushaw

Replying to @DecentAmerican1 @tomselliott and 2 others

That already happened yesterday though i doubt anyone filmed it. He can't physically access his former office even if he tried.

1:00 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002466

**PEX 16.006**



**Christina Pushaw** 🐊 🇺🇸 ✔
@ChristinaPushaw

Replying to @dougie_doowop @tomselliott and 2 others

They could create a whole "government in exile" where they don't follow laws that they don't like

4:29 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002467

**PEX 16.007**



**Christina Pushaw** 🐊 🇺🇸 ✔
@ChristinaPushaw

Replying to @tomselliott @AndrewWarrenFL and @GovRonDeSantis

He literally can't. There is a new acting State Attorney in his former office. This is delusional.

12:41 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002468

**PEX 16.008**



Christina Pushaw 🐊 🇺🇸 ✔
@ChristinaPushaw

···

Replying to @_Me_Three @tomselliott and 2 others

It's already voided!

1:00 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002469

**PEX 16.009**



Christina Pushaw 🐊🇺🇸✓
@ChristinaPushaw

Replying to @johncardillo and @GovRonDeSantis

Yes, Warren had documents in his office about basically defaulting to the presumption that crimes should not be prosecuted.

8:01 AM · Aug 5, 2022 · Twitter for iPhone

DEF 002470

**PEX 16.010**



**Christina Pushaw** 🐊 🇺🇸 ✔
@ChristinaPushaw                                              ...

Andrew Warren tells the media that he is still the State
Attorney because he identifies as a State Attorney.

Sorry but that doesn't fly here. In Florida we live in the
real world. His badge won't even work to access his
former office today.



1:03 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002471

**PEX 16.011**



**Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw

Of course, in the interview this media activist affirms
Warren's self declared identity as a state attorney

Although the chyron identifies him as a "suspended"
state attorney

Whoever wrote that chyron needs implicit bias training
to learn about translawyerism

6:57 PM · Aug 5, 2022 · Twitter for iPhone

DEF 002472

**PEX 16.012**



**Christina Pushaw** 🐸🇺🇸✔
@ChristinaPushaw

· · ·

Florida Sheriffs on ousted Soros-backed prosecutor: His policy "incentivizes criminals to explore methods that will escape the attention of law enforcement officers because the state attorney has announced that these cases will never be charged."



tampafp.com
Florida Sheriffs Back Gov. DeSantis In Legal Brawl Against Ousted Prosecutor
Former Hillsborough County State Attorney Andrew Warren has become a cause celebre for liberals since being dismissed from his job by Gov. Ron

3:29 PM · Sep 8, 2022 · Twitter Web App

DEF 002473

**PEX 16.013**



**Christina Pushaw** 🐊🇺🇸✔
@ChristinaPushaw

Replying to @MishaLGiancoli and @MaxNordau

Also, campaign donations are public record. Pointing out that Soros supports prosecutors whose philosophy is soft on crime is no different from pointing out the various philosophies and candidates that other political donors are supporting throughout the country.

10:58 AM · Aug 7, 2022 · Twitter for iPhone

DEF 002474

**PEX 16.014**



**Christina Pushaw** 🪴 🇺🇸 ✓
@ChristinaPushaw

···

🚨 BREAKING: @theflstandard obtains records of taxpayer-funded partisan trips by ousted Hillsborough prosecutor Andrew Warren & staff. They traveled out of state to attend events held by Soros-funded left-wing activist group "Fair and Just Prosecutions".



theflstandard.com
Andrew Warren Allegedly Used Taxpayer Money for Activist Agenda
Now-ousted prosecutor Warren and his staff made at least six trips across the country to attend events held by activist group Fair and Just Prosecutions – trav...

9:50 AM · Aug 17, 2022 · Twitter Web App

DEF 002475

**PEX 16.015**



**Christina Pushaw** 🐊🇺🇸✓
@ChristinaPushaw

Replying to @Florida_Orange_ and @FlaDems

Umm... @FlaDems are still addressing him as "State Attorney Warren"? Is this insurrection?

5:08 PM · Aug 19, 2022 · Twitter Web App

DEF 002476

**PEX 16.016**



**Christina Pushaw**
@ChristinaPushaw

Replying to @AvigdorLoeb

I identify as Andrew Warren and wish to thank @GovRonDeSantis for firing me.

10:23 PM · Aug 19, 2022 · Twitter for iPhone

DEF 002477

**PEX 16.017**



**Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw                                    ...

Replying to @gwardhome @CharlieCrist and @KarlaforFlorida

I have heard rumors that the better-known Florida
Democrat politicians, like Andrew Warren and Anna
Eskamani, didn't want to be Crist's running mate. He
might not have had many options. I agree with you that
the teacher union political donations play into this too.

6:31 PM · Aug 28, 2022 · Twitter Web App

DEF 002478

**PEX 16.018**

 **Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw                                    ...

Florida Constitution Gives DeSantis Authority to
Suspend Elected Officials, Contrary to Soros-Backed
Andrew Warren's Claim



flvoicenews.com
Florida Constitution Gives DeSantis Authority to Suspend El...
After Gov. Ron DeSantis suspended 'Soros-backed' State
Attorney Andrew Warren, who vowed to not enforce potenti...

10:14 AM · Aug 8, 2022 · Twitter Web App

DEF 002479

**PEX 16.019**

11:56



JO

Jay >

Fri, Aug 5, 10:57

No way he's suspending Dave Aronberg right?

No.



Ha!! I was like - if you're gonna do it, that's the place



Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

Off the record?

Fri, Aug 5, 12:14

Background. Compare warrens approach to worrell in Orange... she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

She's entitled to her opinions and political views even if we disagree with them. But nobody can be above

iMessage

    

Rent.

DEF 002480

PEX 16.020

11:56

5G

JO

Jay

Off the record?

Fri, Aug 5, 12:14

Background. Compare warrens approach to worrell in Orange... she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

She's entitled to her opinions and political views even if we disagree with them. But nobody can be above the law. Warren crossed the line, it was the letter and stuff that turned up in the review... like for example his office had guidelines for "presumptive non prosecution"

Unrelated – Did he have prepared remarks for that or just wing it?

He did have prepared remarks as usual, but he didn't really stick to them. Most of what he said wasn't in the remarks a

I figured. The "freedom in the bloodstream" stuff and "content of character" references seemed pulled from his head

iMessage

Cash    Rent



DEF 002482

PEX 16.022



DEF 002483

PEX 16.023

12:00

**MC**

Marc ›

Thu, Aug 4, 10:59

Does FL currently ban sex changes for minors?

I know desantis referenced it in te Warren. But I want to characterize the law properly

That was a criticism of  Warren saying he wouldn't enforce a law like that if we passed it.

So it's a hypothetical

Got it

But Abortion obviously is a diff matter

Right

Where is this Soros statement I see from fox

Which statement?



iMessage

12:01



Marc ›

Where is this Soros statement I see from fox

Which statement?



**Florida Gov. Ron DeSantis suspends 'Soros-backed' state attorney who refused to enforce abortion ban**

foxnews.com

Has Worrell been suspended?

Not that I know of? I am on the plane pls call Bryan Griffin

He should be available today to answer any follow up questions you might have

Bryan Griffin     BG   ›

Got it

I know Worrell is a progressive and I

iMessage

DEF 002485

PEX 16.025



DEF 002486

PEX 16.026

12:01



EY

Eldad >

Awesome thank you

Christina, can we plz get him for the top of the show? We will likely lead with this now so it's critical for us

Working on it! I think we should be able to

Awesome

Is there a prosecutor named Warren ? Arrested a pastor?

Yes

That's the one

Arrested for Covid

Bingo

And he refuses to uphold the law. He has said he won't enforce any limitations on abortions (our law is 15 weeks) or child transgender surgery

Copy - thank you

That's overruling legislators we vote for

iMessage

DEF 002487

PEX 16.027