| | |
|---|---|
| **From**: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| **Sent**: | 8/3/2022 6:00:10 PM |
| **To**: | Pushaw, Christina [Christina.Pushaw@eog.myflorida.com]; Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; Kelly Jefferson, Savannah [Savannah.KellyJefferson@eog.myflorida.com] |
| **Subject**: | Fwd: One pager |
| **Attachments**: | The Soros Plan.docx |

For the front pocket of the binder

Get Outlook for iOS

---

**From:** Lamb, Kyle <Kyle.Lamb@eog.myflorida.com>
**Sent:** Wednesday, August 3, 2022 4:43:51 PM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:** One pager

Here is the background on what you asked for. If you need anything else added or edited, or if it's good to go, let me know.


**Kyle Lamb**
Analyst & Researcher
Executive Office of the Governor
(850) 717-9313
Kyle.Lamb@eog.myflorida.com

*Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.*

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**21**

DEF 000474
**PEX 21.001**

# The Soros Plan
August 3, 2022

**Background**

- In an editorial published July 31, 2022, in the Wall Street Journal titled "Why I Support Reform Prosecutors," billionaire tycoon George Soros purports his efforts to reduce prosecution of criminal acts is about "prioritizing the resources of the criminal-justice system to protect people against violent crime."

- In practice, this effort has led to a vast network of prosecutors going soft on crime – spiraling into a nationwide spike in violence – including state attorneys in the ninth and thirteenth circuits of Florida.

- According to a recent report published by the Law Enforcement Legal Defense Fund (LELDF) entitled "Justice for Sale: How George Soros Put Radical Prosecutors in Power," Soros has spent nearly $40 million funding the elections of like-minded defense attorneys in the past decade.

- The effort, which has seen over $13 million spent since 2018 alone, has reached at least 75 Soros-backed social justice prosecutors in the United States. Those prosecutors were elected to represent – and protect – over 72 million people, which is roughly 22 percent of Americans.

- <u>In 2021, those jurisdictions accounted for over 40 percent of all homicides in the U.S.</u> (9,000+ out of 22,500).

- In all, the report found the Soros financial network runs deep, including 527 political action committees (PACS), and 501(c)(4) "social welfare advocacy organizations or "dark money" groups, charitable foundations, and dozens of traditional 501(c)(3) nonprofit organizations.

- Additionally, Soros donated $50 million to the ACLU for criminal justice efforts in 2014, which was over 35 percent of the ACLU's total operating revenue and for the year prior and double the total net assets of the group.

- The ACLU has recently come under intense scrutiny for their 'woke' social justice efforts, which on Aug. 1, included filing an amicus brief urging the U.S. Supreme Court to uphold the ability of universities to consider and implement race as a determining factor in student admissions.

- Soros delivers this radical change through his web of advocates. One such organization is the "Fair and Just Prosecution" (FJP) project, which is an advocacy arm of the progressive prosecution movement. FJP influences policy through press releases, amicus briefs, and junkets.

## FINDINGS:

- The US currently has at least **75 Soros-Backed** social justice prosecutors, supported through campaign dollars and/or Soros-funded progressive infrastructure groups.

- These 75 prosecutors represent more than **1 in 5 Americans** or more than 72 million people, including **half of America's 50 most populous cities** and counties.

- From 2018 to 2021, Soros spent **$13 million on just 10 prosecutors' races**, where his organizations were by far the biggest spender in the race and comprised the majority of the progressive candidate's campaign spending – as much as 90% in some cases.

- To date, Soros has spent more than **$40 million** on direct campaign spending over the past decade to elect prosecutors.

- Soros uses a series of **shell organizations, affiliates, and pass-through committees** to steer contributions to both candidates and his robust support network for progressive prosecutors, which provide gravitas and perks to preferred prosecutors.

### Ties to Florida

- Here in Florida, a *New York Times* report published March 30, 2017, entitled "5 Prosecutors with a Fresh Approach," named a pair of attorneys receiving funding by Soros – Aramis Ayala in the ninth circuit and Andrew Warren in the thirteenth.

- Warren has not hidden his links to Soros funding. In a *Tampa Bay Times* story published Nov. 8, 2020, he acknowledges Soros funding likely aided his election in 2016.

- "We think (it helped)," Warren said. "We understand that he gave money to the state (Democratic) party. And the state party money…went to support different candidates. And I have very little insight into the amount of money he gave, who it went to, etc."

- Data from the Florida Department of State, Campaign Finances Database, corroborate nearly $100,000 in funding from the Florida Democratic Party, Hillsborough Democratic Party, and Hillsborough Democratic Executive Committee to Warren in the 2016 election.



From the *Tampa Bay Times* story…

> Late in the campaign, a rumor circulated among Ober's supporters, fueled in part by large contributions Warren's campaign received from state and local Democratic parties.
>
> The rumor centered on George Soros. The billionaire philanthropist has funneled money to progressive political causes over the years. He's known to have helped fund the campaigns of district attorney candidates throughout the country.
>
> Did he help Warren's campaign?
>
> "We think so," Warren said. "We understand that he gave money to the state (Democratic) party. And the state party money … went to support different candidates. And I have very little insight into the amount of money he gave, who it went to, etc."

DEF 000477
**PEX 21.004**

- Even more money flowed into the ninth circuit campaign in 2020 from a political action committee with ties to Soros called "Our Vote Our Voice."

- An Aug. 16, 2020, report from the *Orlando Sentinel* found ad buys totaling $1.5 million were placed in support of Monique Worrell, who wound up representing Orange and Osceola counties as a replacement for Ayala when she chose not to run for re-election.



Backed by billionaire investor George Soros, who has helped tip local races before, a group is spending at least $1.5 million on last-minute ads to help one of the candidates in the crowded race to become the next top prosecutor for Orange and Osceola counties.

Records show that a new political committee raised more than $2.2 million and spent more than $1.5 million in the past two weeks — all of it, according to organizers, on behalf of Monique Worrell, a criminal-justice reform advocate who is one of four Democrats competing in the Tuesday primary to become the local state attorney.

That political committee – called "Our Vote Our Voice" — has raised most of

### Soft on Crime

- Warren specifically has been a loyal advocate of the Soros agenda. In 2017, he was one of 31 district prosecutors nationally to sign his name to a letter issued by FJP opposing and criticizing a Justice Department directive "to charge and pursue the most serious, readily provable offense."

- Opposition by Warren to this directive, which defined the most serious offenses as those carrying the heaviest sentences, clearly contradicts the Soros narrative that it's merely about going light on low-level drug offenses.

- "There is no empirical evidence to suggest that increases in sentences, particularly for low-level offenses, decreases the crime rate," Warren told the *Tampa Bay Times* in a May 22, 2017, edition.

- Warren joined 80 lawyers, many from FJP, in signing his name to an amicus brief supporting plaintiffs in Texas in a 2019 legal case challenging the constitutionality of cash bail.

- Adding to what the brief described as "wealth-based discrimination," Warren criticized cash bail saying in a Feb. 1, 2019, edition of the *Tampa Bay Times*, "we shouldn't be spending taxpayer money to lock up people who haven't been convicted of a crime when they're not a flight risk or a threat to public safety."

- Another item on the Warren agenda that he wears as a badge of pride is his soft stance on juvenile crime and other first-time offenders. Since 2016, juvenile arrests in Hillsborough County have decreased 56 percent from 5,256 in 2016-17 to 2,292 in 2020-21, according to a graph posted on the thirteenth circuit data dashboard.



- Data presented on the dashboard also makes glowing reference to a 14 percent decline in felony cases prosecuted since 2017. That year there were 19,347 felony cases on the docket in the thirteenth circuit and 16,562 in 2021.



DEF 000479
PEX 21.006

- It will be important to continue to demonstrate the importance of fighting against our OPIOD crisis. In Hillsborough County, Warren has pushed the Driver Enhanced Treatment Education Rehabilitation (DETER) initiative, which alleges to help "promote long-term community safety curbing the dangers of impaired driving and reducing recidivism," and the Drug Education and Treatment Reducing Recidivism (DETRR) program, which seeks to achieve similar results for going easy on first time drug offenders.

- The reality, however, is the programs are seen by critics as being too soft on drunken driving and drug-related offenses and does not actually deter anyone from repeated offenses.

- With fentanyl overdoses soaring, and the wave of Soros-soft prosecution sweeping the nation, cashless bail resulted in two drug traffickers being no-shows to a California court hearing.

- After being busted with 150,000 fentanyl pills, a seizure of a street value estimated at $750,000, two males released without bond failed to appear for their arraignments at a Tulare County court in July. Initially, their bail was set at $1 million but the county probation department asked for no bond and for the suspects to be released on their own recognizance after the risk assessment program determined they were "low risk."

- The county sheriff Mike Boudreaux criticized the move and his state's soft stance on criminal offenders saying, "I couldn't believe we had 150,000 fentanyl pills – one of the most dangerous epidemics facing our nation today – with people in custody that may potentially be able to impact the future of this type of drug trafficking organization…and we let them go."

- Most recently, Warren pledged a dereliction of his sworn duty when he announced he would not follow Florida law and decline to prosecute crimes relating to abortion services. The pledge was joined by 84 state attorneys through FJP.

- "Our legislators may decide to criminalize personal healthcare decisions, but we remain obligated to prosecute only those cases that serve the interest of justice and the people," he said in a statement released by his office.

DEF 000480
**PEX 21.007**

# DRIVER ENHANCED TREATMENT EDUCATION REHABILITATION (DETER)

Font Size: ☐ ☐   ☐ Share & Bookmark   ☐ Print

**PURPOSE**

The State Attorney's Office (SAO) has established the Driver Enhanced Treatment Education Rehabilitation (DETER) initiative to help promote long-term community safety by curbing the dangers of impaired driving and reducing recidivism.

DETER seeks to aggressively target 1st time, non-aggravated DUI offenders to reduce impaired driving by imposing enhanced educational and rehabilitative sanctions including ignition interlock devices, alcohol monitoring devices, work offender sanctions, and enhanced victim impact education.

**ELIGIBILITY**

1. **Misdemeanor DUI only**.
2. **No aggravating factors**, including but not limited to: a minor in the vehicle, BAC above .20, or a crash.
3. **No prior**: DUI, Alcohol-related reckless driving, DWLS with serious bodily injury or death, vehicular homicide, DUI prior diversion program, or any sentence on a felony charge within the past 5 years from the date of the DUI offense.
4. **No pending**: Florida driver license suspension, DUI, DWLS with serious bodily injury or death, vehicular homicide, or participation in another Pre-Trial intervention program or probation.

The SAO will evaluate all cases on an individual, fact-specific basis. An offender's eligibility is determined at the SAO's sole discretion and may be based on relevant factors not mentioned above.

**PROCESS**
The SAO will assign a sanction level to eligible cases:
  Level 1 – BAC at or below .15

  Level 2 – BAC between .15 and .20 or refusal of BAC

  Level 3 – Drug-related DUIs

## Drug Education and Treatment Reducing Recidivism (DETRR)

### Information for Defense Attorneys

#### DETRR Level One – Marijuana/Cannabis Possession

**Eligibility:**

- Level One is available to defendants charged with **simple possession of 30 grams or less of Marijuana/Cannabis. This includes all oils, waxes, plant-based, or any other form of cannabis/THC but specifically *excludes* synthetic cannabis, also known as "spice."**
- This program does not apply to defendants who have pending charges (other than possession of drug paraphernalia), or other cases (by arrest or information), or to defendants who are currently on felony probation.
- This program does not apply to defendants where the facts of the case indicate the defendant is involved in the sale or distribution of the controlled substance.
- Defendants are not excluded from this program due to either a prior criminal record or a score of 44 or more points on the Criminal Punishment Scoresheet.
- Defendants are required to waive their right to a speedy trial in writing.
- Defendants will have one opportunity to participate in the Level One Drug Diversion Program. Any subsequent arrests or charges will result in the Level Two or higher Drug Diversion Program if otherwise eligible.