### Personnel Issues - Suzy Lopez

1) **March, 2018** - I was the chief of Felony Division D from March, 2017 through March, 2019. In early 2018, Suzy Lopez was transferred into my division. She was transferred to my division in the hopes of improving her performance at the office. Before then, she was in Division B with Chief Megan Newcomb. In early 2018, I started keeping notes as to things I had observed that I thought were issues which warranted personnel attention. Those notes are attached to this MS Word document dated March 26, 2018.
   - The top portion of this attached March 26, 2018 document contains issues I noted to address with Suzy Lopez.
   - The bottom portion which begins with 3.27.18 is the date I personally sat down Suzy Lopez in my office and addressed the issues with her.

2) **June 29, 2018** - Meeting with Chris Moody, Kim Hindman, Suzy Lopez and myself
   - The above 4 of us met with Suzy to address ongoing issues. Specifically addressed with Suzy Lopez were the following:
     - Unprofessional comments being made -- Specific example: Suzy Lopez arrived at 8:32 a.m. on a court morning. A line ASA made a joke saying that "Suzy, you're 2 minutes late". Suzy responded with an attitude saying "I'm still thirty minutes earlier than your chief and your previous deputy chief ever were." My ASA came to me and told me about the comment and how it was said in a derogatory tone. Court did not start until 9:00 a.m. in Felony Division D with Judge Barber, and with both Marcia Lucas and I living in the Valrico/Brandon area, the 9:00 a.m. start time was better for our travel and traffic purposes. Besides that fact, I usually was there around 8:45 a.m., and my ASA's never had questions that went unanswered from either Marcia or I. It was an uncalled for and unprofessional comment.
     - Again addressed with Suzy Lopez that she was not trying any cases with ASA's.
     - Discussed the fact that she needed to make decisions and be a leader. Specifically, I went on vacation for 2 weeks in April – May of 2018. Not only did my clerical staff tell me about the problems in my division in my absence, my ASA's told me about them. My ASA's reiterated that she could not make a decision regarding case offers, reductions, nolle prosses, trial strategies, etc. It became so frustrating for them that they stopped going to her in my absence and would seek out other chiefs for assistance. I personally noticed this as well when I was gone and would have her sign my informations. Upon my return, there would always be multiple cases with questions "waiting for my approval".
     - Chain of command – Suzy Lopez was advised to speak to her chief first instead of going to other chiefs or Kim Hindman for offers.

3) **July 6, 2018** – Meeting with Suzy Lopez and myself
   - Suzy Lopez came into discuss the previous week's meeting. We addressed her not being available when I was out, advised her to try cases, and again that there was no reason to be making a comment like coming late to court about me, as her current chief, or previous Division D deputy chief Marcia Lucas.

4) **2019-2020** – Continuing Issues





- State v. Jonathan Troy Rogers ("Green Lemon" case/16-17263) – This case was set for trial the week of January 13, 2020. Suzy Lopez asked Lindsey Hodges to second chair this case with her. During the course of prepping this very serious kidnapping, robbery, aggravated battery, and carjacking case, multiple deficiencies in the preparation of this case were noted by ASA Hodges. Most notably, the following happened while ASA Hodges was assisting as second chair, but really had to take over as the primary prosecutor:
    - During discussions with defense counsel, ASA Hodges realized the defense did not have a complete and updated police report. ASA Hodges made sure defense received one.
    - Cellebrite phone downloads and cell tower records were not disclosed or listed in discovery
    - Suzy Lopez was unaware of some very important DNA results
    - Defense wanted to readdress previous motion in limine rulings. ASA Hodges asked Suzy Lopez what the prior rulings were, as Suzy Lopez was the original ASA who argued the motions in limine back in 2017, and Suzy Lopez was unaware of the rulings. As such, ASA Hodges, who was tasked with arguing the motions in limine had to pull transcripts, the motions, and orders to prepare for the hearing.
    - A cell phone record custodian was never listed as a witness, and therefore, not subpoenaed for jury trial either
    - ASA Hodges brought Suzy Lopez in to speak with me about an issue they disagreed upon. Suzy Lopez was not planning on flying back from Colorado the manager of the Green Lemon who would authenticate the video and be able to explain what was on the surveillance, as she personally knew the victim and could identify her on the video. Suzy Lopez was opting to save the office money and try and get the surveillance in through other witnesses circumstantially. Both ASA Hodges and I agreed that the real record custodian, and known acquaintance of the victim, would be the best witness to explain all the above for the jury.
    - The defense scheduled the re-hearings on the motions in limine for Wednesday, January 8th. Because Suzy Lopez "had" to attend her "Leadership Tampa" event that occurs every Wednesday, she left ASA Hodges to prepare and argue all pre-trial motions.
    - All of the above are completely unacceptable for a prosecutor, let alone a deputy chief, to do or fail to do.
- Discussion with ASA Aaron Hubbard – Weeks of January 6 and 13th
    - I met with ASA Hubbard and asked how Suzy Lopez was doing in his division. I inquired about trials and he advised she has not second chaired or first chaired any cases in his division since he became the chief last March. ASA Hubbard has chaired 2 major approximate week long cases, and is currently preparing to sit on another attempted murder trial with ASA Sara Messina scheduled for next week.
    - Suzy Lopez cannot make filing decisions on informations and always waits for Aaron to return to "discuss" cases with him.
    - She has unilaterally reset ASA Hubbard's homicide case with a defense attorney via text without checking with ASA Hubbard.

- On 1/12 (Sunday) ASA Nat Mendoza texted his division to let them know he had childcare issues and would be a little late on Monday (jury trial) morning. He explained he only had 2 cases: 1) motion to suppress and the deputy was to be present on Monday morning; and 2) a DV case wherein we could not locate our victim and we would be unable to go forward should she not show on Monday, which unfortunately she did not and the case was dismissed. Suzy Lopez texted Nat about when he would be at court and alluding to resetting it for later in the week. That Monday, Chief Hubbard, instead of attempting to reset the motion and making the deputy come back to court for a second time that week, argued the one witness motion successfully. Suzy Lopez did nothing to assist and let her chief do the hearing.

These continuous issues demonstrate the need for Suzy Lopez to be removed from her deputy chief position.