## PROPOSED LANGUAGE (TONY AND ANTHONY)

**WHEREAS,** Florida's abortion laws have the purpose and effect of regulating and imposing criminal penalties on the actual performers of unlawful abortions rather than the recipients; and

NOTE: The language of "Florida's abortion laws" facially excludes the general criminal attempt, conspiracy, and solicitation statute of concern.

## Partial-Birth Abortion Descriptions:

Sen. Ted Cruz, *One Vote Away*:

"partial-birth abortion is a late-term procedure in which the physician partially delivers the unborn child and then, with the infant's head still in the mother's womb, uses scissors and forceps to pierce the skull and end the life of the child."

11

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
30

DEF 002384

PEX 30.001

## PROPOSED LANGUAGE (TONY AND ANTHONY)

**WHEREAS,** Florida's abortion laws have the purpose and effect of regulating and imposing criminal penalties on the actual performers of unlawful abortions rather than the recipients; and

NOTE: The language of "Florida's abortion laws" facially excludes the general criminal attempt, conspiracy, and solicitation statute of concern.

## Partial-Birth Abortion Descriptions:

Sen. Ted Cruz, *One Vote Away*:

"partial-birth abortion is a late-term procedure in which the physician partially delivers the unborn child and then, with the infant's head still in the mother's womb, uses scissors and forceps to pierce the skull and end the life of the child."

11

## PROPOSED LANGUAGE (TONY AND ANTHONY)

**WHEREAS,** Florida's abortion laws have the purpose and effect of regulating and imposing criminal penalties on the actual performers of unlawful abortions rather than the recipients; and

NOTE: The language of "Florida's abortion laws" facially excludes the general criminal attempt, conspiracy, and solicitation statute of concern.

11