| | |
|---|---|
| From: | Brown, Brandy [Brandy.Brown@eog.myflorida.com] |
| Sent: | 8/17/2022 6:35:40 PM |
| To: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| Subject: | Wrap up |
| Attachments: | Echo Report, Warren, 8.17.2022.docx |

BLUF: Total free earned media coverage: $2.4 million in 14 days.

Still needs some social and amplifier inclusions but if you're looking for something immediate, a preliminary draft is available on the shared drive now. Also attached. Will update more tomorrow.

S:\_Governor DeSantis\2022- August Communication Items\Surrogates

Let me know if you need anything else.

Brandy Brown
Director of Strategic Initiatives
Executive Office of the Governor
850-717-9282

**Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.**



DEF 003049
PEX 31.001



**Andrew Warren Wrap Up**
**August 17, 2022**

**Lines of Effort:**
Press Conference
Social Media
Press Release
National Media Hit

As of August 17, 2022:

- In Florida, this story ran in 6 media markets, resulting in $992,330 of free earned media across the state across 14 days. Below are the top 5 the most expensive earned media opportunities:

  - WFTS-TB (ABC)    Tampa Bay, FL    $17,544.10
  - WFTS-TB (ABC)    Tampa Bay, FL    $14,683.87
  - WTVT-TB (FOX)    Tampa Bay, FL    $14,075.87
  - WTVT-TB (FOX)    Tampa Bay, FL    $14,075.87
  - WTVT-TB (FOX)    Tampa Bay, FL    $12,339.68

- Nationally, this story ran in 86 local media markets, resulting in $141,755 of free earned media across the country.

- Nationally, this story was mentioned 72 times, resulting in $1.27 million of free earned media across the country. This includes 22 times on MSNBC, 9 times on Fox News, and 5 times on CNN.

- Total free earned media coverage: $2.4 million in 14 days.

**EARNED MEDIA COVERAGE HIGHLIGHTS**

**TV Highlights:**
Fox News: [ HYPERLINK "https://www.foxnews.com/opinion/tucker-carlson-western-governments-rarely-fight-george-soros-interferes" ]
MSNBC: [ HYPERLINK "https://www.msnbc.com/morning-joe/watch/-it-s-not-just-about-me-this-is-about-democracy-state-attorney-suspended-by-desantis-145795141683" ]
MSNBC: [ HYPERLINK "https://www.youtube.com/watch?v=PvxKjdZYgAk" ]

**National:**

ABC News: [ HYPERLINK "https://abcnews.go.com/Politics/florida-governors-battle-state-attorney-suspension/story?id=88301988" ]

AP News: [ HYPERLINK "https://apnews.com/article/2022-midterm-elections-abortion-lawsuits-florida-8c311d5742140575bdd456307ac7d488" ]

AP News: [ HYPERLINK "https://apnews.com/article/abortion-crime-tampa-florida-ron-desantis-7c11142121a3c726d3685bcc412b5ebb" ]

CBS News: [ HYPERLINK "https://www.cbsnews.com/miami/news/weekly-roundup-florida-gov-desantis-prosecutes-war-on-woke/" ]

CNN: [ HYPERLINK "https://www.cnn.com/2022/08/17/politics/florida-state-attorney-challenge-suspension-desantis-cnntv/index.html" ]

CNN: [ HYPERLINK "https://www.cnn.com/2022/08/10/politics/ron-desantis-florida-political-power-2024-election/index.html" ]

Fox News: [ HYPERLINK "https://www.foxnews.com/politics/florida-prosecutor-says-planning-vigorous-defense-gov-desantis-suspended" ]

Fox News: [ HYPERLINK "https://www.foxnews.com/politics/florida-prosecutor-andrew-warren-sues-gov-ron-desantis-suspension" ]

The Hill: Opinion: [ HYPERLINK "https://thehill.com/opinion/healthcare/3589864-how-gov-ron-desantis-is-attacking-the-freedom-and-liberty-of-all-americans/" ]

NPR: [ HYPERLINK "https://www.npr.org/2022/08/17/1117892818/suspended-florida-prosecutor-andrew-warren-sues-governor-ron-desantis-" ]

NY Post: [ HYPERLINK "https://nypost.com/2022/08/08/florida-prosecutor-andrew-warren-vows-to-fight-gov-desantis-suspension/" ] (AP reprint)

Politico: [ HYPERLINK "https://www.politico.com/news/2022/08/17/warren-sues-desantis-in-federal-court-over-suspension-00052345" ]

Reason Magazine: [ HYPERLINK "https://reason.com/2022/08/09/ron-desantis-oversteps-his-authority-by-suspending-tampas-elected-prosecutor/" ]

US News: [ HYPERLINK "https://www.usnews.com/news/health-news/articles/2022-08-07/florida-prosecutor-vows-to-fight-gov-desantis-suspension" ] (AP reprint)

Washington Post: [ HYPERLINK "https://www.washingtonpost.com/opinions/2022/08/12/desantis-fires-prosecutor-political-stunt/" ]

Washington Post: [ HYPERLINK "https://www.washingtonpost.com/opinions/2022/08/12/florida-state-attorney-desantis-fired-me/" ]

Washington Post: [ HYPERLINK "https://www.washingtonpost.com/nation/2022/08/14/florida-desantis-warren-prosecutor-suspension/" ]
Washington Post: [ HYPERLINK "https://www.washingtonpost.com/politics/florida-prosecutor-vows-to-fight-gov-desantis-suspension/2022/08/07/31bcc062-1676-11ed-b998-b2ab68f58468_story.html" ] (AP reprint)
The Week: [ HYPERLINK "https://www.yahoo.com/video/desantis-controversial-suspension-tampa-prosecutor-095210012.html" ]
Yahoo News: [ HYPERLINK "https://news.yahoo.com/florida-prosecutor-andrew-warren-vows-171845133.html" ]

**Florida:**
Bradenton Herald: [ HYPERLINK "https://www.bradenton.com/news/politics-government/state-politics/article264597746.html?taid=62fcffde8127410001af2340&utm_campaign=trueanthem&utm_medium=social&utm_source=twitter" ]
Florida Politics: [ HYPERLINK "https://floridapolitics.com/archives/548121-andrew-warren-files-suit-to-overturn-gov-desantis-suspension-reinstate-him-as-state-attorney/" ]
6 South Florida: [ HYPERLINK "https://www.nbcmiami.com/news/local/florida-prosecutor-sues-gov-desantis-over-removal-over-abortion/2837463/?_osource=sm_npd_nbc_mia_twt_mn" ]
The Florida Standard: [ HYPERLINK "https://www.theflstandard.com/andrew-warren-used-taxpayer-money-for-activist-agenda/" ]
WFLA: [ HYPERLINK "https://www.wfla.com/news/hillsborough-county/andrew-warren-to-give-update-on-fight-against-suspension/" ]
10 Tampa Bay: [ HYPERLINK "https://www.wtsp.com/article/news/regional/florida/warren-sues-desantis-suspension-abortion-law-florida/67-526ade3b-357d-4af1-83b8-b1f780642864" ]
Florida Politics: [ HYPERLINK "https://floridapolitics.com/archives/547291-hillsboroughs-new-state-attorney-wants-to-bring-back-tampas-racist-biking-while-black-policy-leaders-say/" ]
Florida Politics: [ HYPERLINK "https://floridapolitics.com/archives/474114-democrats-form-justice-and-safety-reform-task-force-to-advise-local-governments/" ]
Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/news/florida-politics/2022/08/16/florida-lawmakers-could-defy-desantis-in-andrew-warren-case-they-likely-wont/" ]
Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/news/breaking-news/2022/08/17/desantis-sued-by-ousted-tampa-state-attorney-who-wants-job-back/?utm_campaign=SocialFlow&utm_medium=social&utm_source=twitter&utm_content=%40TB_Tmes" ]
Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/life-culture/history/2022/08/11/desantis-cited-this-1930s-tampa-gambling-case-when-he-suspended-andrew-warren/" ]
Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/opinion/2022/08/11/gov-desantis-recent-hissy-fit-is-the-latest-in-a-growing-list-column/" ]

DEF 003052
PEX 31.004

Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/news/hillsborough/2022/08/17/hillsborough-prosecutors-changes-could-hurt-black-poor-people-advocates-say/" ]
Tampa Bay Times: [ HYPERLINK "https://www.tampabay.com/news/florida/2022/07/07/who-will-enforce-floridas-15-week-abortion-ban-and-what-if-they-refuse/" ]
Tampa Bay Times: Opinion, (LTE): [ HYPERLINK "https://www.tampabay.com/opinion/2022/08/15/the-andrew-warren-this-pastor-knows-is-a-man-of-integrity-letters/" ]
Tallahassee Democrat: [ HYPERLINK "https://www.tallahassee.com/story/opinion/2022/08/11/florida-governor-ron-desantis-precedent-fired-state-attorney-andrew-warren/10279240002/" ]
Fox 13 Tampa Bay: [ HYPERLINK "https://www.fox13news.com/news/andrew-warren-likely-to-be-reinstated-after-having-job-hijacked-by-governor-constitutional-lawyer-predicts" ]
WUSF: [ HYPERLINK "https://wusfnews.wusf.usf.edu/politics-issues/2022-08-07/video-andrew-warren-criticizes-desantis-vows-legal-action-suspension" ]
WESH NBC2: [ HYPERLINK "https://www.wesh.com/article/andrew-warren-desantis-suspension-response/40833106" ]
KTAR: [ HYPERLINK "https://ktar.com/story/5186749/florida-prosecutor-vows-to-fight-gov-desantis-suspension/" ] (AP reprint)
WINK: [ HYPERLINK "https://www.winknews.com/2022/08/07/florida-prosecutor-vows-to-fight-gov-desantis-suspension/" ] (AP reprint)
WFLA: [ HYPERLINK "https://www.wfla.com/news/hillsborough-county/andrew-warren-desantis-is-trying-to-overthrow-democracy-in-florida/" ]
News 4 Jax: [ HYPERLINK "https://www.news4jax.com/news/florida/2022/08/07/florida-prosecutor-vows-to-fight-gov-desantis-suspension/" ]
Bay News 9: [ HYPERLINK "https://www.baynews9.com/fl/tampa/news/2022/08/17/andrew-warren-files-suit-in-federal-court-against-gov--ron-desantis" ]
Fox 13 Tampa Bay: [ HYPERLINK "https://www.fox13news.com/news/ousted-hillsborough-state-attorney-andrew-warren-to-discuss-his-next-steps-following-suspension" ]
WTSP: [ HYPERLINK "https://www.wtsp.com/article/news/regional/florida/warren-sues-desantis-suspension-abortion-law-florida/67-526ade3b-357d-4af1-83b8-b1f780642864" ]
Naples Daily News: [ HYPERLINK "naplesnews.com/story/news/politics/elections/2022/08/17/andrew-warren-hillsborough-florida-prosecutor-state-attorney-live-video-press-conference/10342386002/" ]
Spectrum News: [ HYPERLINK "https://spectrumlocalnews.com/tx/south-texas-el-paso/news/2022/08/17/andrew-warren-files-suit-in-federal-court-against-gov--ron-desantis" ]
Fox 35 Orlando: [ HYPERLINK "https://www.fox35orlando.com/video/1101639" ]
WTSP: [ HYPERLINK "https://www.wtsp.com/video/news/local/hillsboroughcounty/andrew-warren-accuses-desantis-of-presidential-motivation-for-suspension/67-f8fe59a8-6245-46db-b48f-c36d1b8ffb68" ]
Fox 13 Tampa Bay: [ HYPERLINK "https://www.fox13news.com/video/1101212" ]
NBC 6: [ HYPERLINK "https://www.nbcmiami.com/multimedia/desantis-announces-suspension-of-state-attorney-andrew-warren/2827942/" ]

DEF 003053
PEX 31.005

Telemundo Tampa: [ HYPERLINK "https://www.telemundo49.com/noticias/local/andrew-warren-presenta-demanda-contra-desantis-para-revertir-su-suspension-ilegal/2144736/" ]

Local, outside of Florida:
WFMZ (Allentown, PA): [ HYPERLINK "https://www.wfmz.com/news/desantis-suspends-elected-prosecutor-over-new-abortion-law/article_ae2f01fc-c024-587d-80b5-50db743721f7.html" ]
Colorado Springs Gazette: [ HYPERLINK "https://gazette.com/news/us-world/florida-governor-ron-desantis-suspends-hillsborough-county-prosecutor-andrew-warren/image_24ebf409-ce7d-5ade-9f01-f60ae2820c10.html" ]

**Amplifiers/Surrogates:**

Official ACLJ: [ HYPERLINK "https://www.youtube.com/watch?v=J-yukyaGJqQ" ]

**SOCIAL MEDIA ROUND UP**



Matt Dixon
@Mdixon55

Warren asked several times if he will disclose donors to his legal defense fund.

Each time he ducks and does not answer the question

9:16am · 17 Aug 2022 · Twitter Web App



**Seán Kinane WMNF** @wmnfn... 6m
Andrew Warren: "If the governor is allowed to do this, what's left of democracy?"

♡ 1  ⟲  ♡  ...



**Seán Kinane WMNF** @wmnfn... 2m
Andrew Warren is asked if he will disclose all the donors to his legal fund. He doesn't give a yes or no answer.

♡ 1  ⟲  ♡  ...



**Seán Kinane WMNF**
@wmnfnews

Andrew Warren: "I have the right to speak freely about issues that are important to me. ... and I'm being wrongly punished for it."

9:16am · 17 Aug 2022 · Twitter Web App

**From:** News Alerts <[ HYPERLINK "mailto:NewsAlerts@eog.myflorida.com" ]>
**Sent:** Wednesday, August 17, 2022 9:09 AM
**Subject:** RE: Tweets: State Attorney



**Matt Dixon** @Mdixon55 · 41s

.@AndrewWarrenFL holding presser in Tallahassee to announce his federal lawsuit against @GovRonDeSantis for suspending him:

"This morning filed suit in federal court to challenge the blatant abuse of power by governor Ron DeSantis in suspending me as state attorney"

♡ 1      ⟲      ♡ 1      ↑



**Matt Dixon** @Mdixon55

"Without warning I was forced out of my office by an armed deputy removed from my elected position"

9:07 AM · Aug 17, 2022 · Twitter Web App



**Matt Dixon** @Mdixon55

Warren is represented by Perkins Coie, which I'm sure will get Republican's attention

9:07am · 17 Aug 2022 · Twitter Web App

**From:** News Alerts <[ HYPERLINK "mailto:NewsAlerts@eog.myflorida.com" ]>
**Sent:** Wednesday, August 17, 2022 9:07 AM
**Subject:** RE: Tweets: State Attorney

DEF 003056
**PEX 31.008**



**Seán Kinane WMNF** @wmnfn... 1m
Andrew Warren: "There's so much more at stake here than my job." (thread)



**Seán Kinane WMNF**
@wmnfnews

Andrew Warren: "The governor's authority is not unlimited. ... But the First Amendment doesn't just protect [Ron DeSantis]."

9:05am · 17 Aug 2022 · Twitter Web App



**Seán Kinane WMNF** @wmnf... now
Andrew Warren: "Democracy matters ... Your vote matters. And no elected official has the right to throw out your vote. The governor has attacked our democracy."

DEF 003057
**PEX 31.009**



**Evan Power** @EvanPower · 19s

Removed George Soros prosecutor @AndrewWarrenFL is holding a campaign style event about filing a lawsuit about his lawful removal. Calls the duly appointed prosecutor an accomplice

**From:** News Alerts <[ HYPERLINK "mailto:NewsAlerts@eog.myflorida.com" ]>
**Sent:** Wednesday, August 17, 2022 8:48 AM
**Subject:** Tweets: State Attorney

DEF 003058
**PEX 31.010**

 **Andrew Warren** @AndrewWarrenFL · 17m
Join us at 9am this morning as my legal team and I discuss the latest developments to challenge Ron DeSantis' unlawful suspension and abuse of power. You can watch LIVE at:

 facebook.com
Andrew Warren
Andrew Warren. 3,023 likes · 2,630 talking about this. Public figure

◯ 16    ⟲ 26    ♡ 63    

 **Greg Angel** @NewsGuyGreg · 27m
Suspended State Attorney **Andrew Warren** set today to discuss Governor DeSantis' "unlawful suspension".

DeSantis targeted for Warren saying he would not enforce prohibitions on sex change operations for minors and would not prosecute abortion cases.

 **Steve Bousquet** @stevebous... · 58m
Suspended Tampa State Attorney Andrew Warren files federal suit challenging @GovRonDeSantis's action on First Amendment grounds, calling it "cronyism" and accusing governor of abuse of authority.

day August 4, 2022, DeSantis went

office as a weapon to suppress

ulgated Executive Order 22-176 su

DEF 003059
**PEX 31.011**