# PEX 38

**NATIVE VIDEO FILE PLEASE REFER TO ACCOMPANYING FLASH DRIVE**

1/14/2020 Fl. Sheriff's Office Says He Won't Enforce Proposed Gun Registration Law - Video https://www.youtube.com/watch?v=z1fiNj0Ii-4 [AW_Public000107]



PEX 38.001