EXHIBIT
0015
Gary Weisman
11.11.2022

# Weisman, Gary S.

| | |
|---|---|
| From: | Muratti, Renee |
| Sent: | Monday, August 08, 2022 2:41 PM |
| To: | Weisman, Gary S.; Hindman, Kimberly P. |
| Subject: | FYI on updated policies |

I believe that I have removed the following policies/processes from our internal training site, as well as the references within our internal guidebooks. If you think of other policies/processes to remove or somewhere that I missed, please let me know. I wasn't sure how the memo impacts diversion type programs, but I am sure that we will receive more direct guidance on those and that it may differ based on the nature of the diversion program.

- Process Description for Caseload Reduction 2021
- Prosecutorial Discretion Memo
- SAO Pedestrian and Bicycle Violation Stop Policy

In addition, as an FYI, as I believe that we are supposed to retain policies, even former policies, for public record purposes. Within Laserfiche in the client version, there are folders which have current MOUs and polices as well as copies of former policies. Below is a screenshot, but MIS can always help you locate as needed.



1

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
48