

# State Attorney

SUSAN S. LOPEZ
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602-4022
(813) 272-5400

**To:** ALL OF THE AMAZING DEDICATED PUBLIC SERVANTS OF THE STATE ATTORNEY'S OFFICE FOR THE 13TH JUDICIAL CIRCUIT

**From:** SUSAN S. LOPEZ, STATE ATTORNEY

**Date:** MONDAY AUGUST 8, 2022

**Re:** THANK YOU AND MOVING FORWARD TOGETHER

---

I am writing to thank you and to let you know how we will move forward together.

It is my intention to get this agency back to basics. The legislature makes the law and we, as prosecutors, enforce it. As a result, effective immediately, any policy my predecessor put in place that called for presumptive non-enforcement of the laws of Florida is immediately rescinded. This includes the bike stop and pedestrian stop policy, the presumption of no-filing enhanceable misdemeanors, not seeking mandatory minimums in any felony case or any category of crime that he told you this agency would not prosecute. No State Attorney has that authority, and we will not violate our legal duty by putting ourselves above the law.

I told the Governor that I know the men and women of this agency because I served with you. I am counting on you - - your experience and your knowledge - - to return to the basic principle of prosecutorial discretion; one that relies on an analysis of each case's facts and the applicable laws. We will not surrender our ethical and legal duties to think tanks or advocacy groups. We will be prosecutors who partner with law enforcement, advocate for crime victims, and follow the law.

I want to thank each of you for your public service and professionalism during the last few days. Because of my 17 years at this agency, I know the dedicated and hard-working people who make up this great team. When the Governor selected me, I told him that this team will rise to the challenge.

In just the first few days we re-authorized every Assistant State Attorney to continue their work on behalf of this community. We attended the ribbon cutting for the expansion of mental health services at Gracepoint. We convened our homicide committee to analyze a despicable, heinous murder that meets the legal standard for consideration of the death penalty. All of that happens because from the first minute I walked back into the building, we are a team again. I am proud to be your State Attorney and help lead this agency back to basics.



EXHIBIT
0017
Gary Weisman
11.11.2022

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**49**

Weisman000033
PEX 49.001