**Sent**: 8/3/2022 10:31:08 PM
**To**: Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com]; Williams, Jared [Jared.Williams@eog.myflorida.com]; Mahon, Jason [Jason.Mahon@eog.myflorida.com]; Myers, Robbie [Robbie.Myers@eog.myflorida.com]; Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; Pushaw, Christina [Christina.Pushaw@eog.myflorida.com]; Stiegler, Alex [Alex.Stiegler@eog.myflorida.com]; Perfumo, Devin [Devin.Perfumo@eog.myflorida.com]
**Subject**: RE: Social Grid 8.4.22
**Attachments**: Social Grid 8.4.22 with JW's edits Updated.docx

**From:** Myers, Cailey
**Sent:** Wednesday, August 3, 2022 9:16 PM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Williams, Jared <Jared.Williams@eog.myflorida.com>; Mahon, Jason <Jason.Mahon@eog.myflorida.com>; Myers, Robbie <Robbie.Myers@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Stiegler, Alex <Alex.Stiegler@eog.myflorida.com>; Perfumo, Devin <Devin.Perfumo@eog.myflorida.com>
**Subject:** RE: Social Grid 8.4.22

With Jared's edits.

**From:** Myers, Cailey
**Sent:** Wednesday, August 3, 2022 8:31 PM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Williams, Jared <Jared.Williams@eog.myflorida.com>; Mahon, Jason <Jason.Mahon@eog.myflorida.com>; Myers, Robbie <Robbie.Myers@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Stiegler, Alex <Alex.Stiegler@eog.myflorida.com>; Perfumo, Devin <Devin.Perfumo@eog.myflorida.com>
**Subject:** Social Grid 8.4.22

See attached.

Cailey Myers
Deputy Digital Director
Executive Office of Governor Ron DeSantis



EXHIBIT
0014
Taryn Fenske
11.14.2022



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**64**

DEF 000714
**PEX 64.001**

Social Grid
August 4, 2022

| Law and Order (Twitter, FB, Insta, Rumble) | Governor DeSantis suspends State Attorney for neglect of duty.<br><br>Title: Gov. DeSantis Suspends State Attorney for Neglect of Duty | Live Stream Link | Time of Event |
|---|---|---|---|
| Law and Order Post 1 (Twitter, FB, Insta, Rumble) | State Attorney Andrew Warren has declared he will not enforce laws that he doesn't like. That is not acceptable and will not be tolerated here in Florida.<br><br>Effective immediately, I am suspending Mr. Warren from Office due to neglect of duty. | Clip of Announcement Right After Conference Ends | Thursday Afternoon |
| Law and Order Post 2 (Twitter, FB, Insta) | In Florida, the law is the law. It will not be subject to the whims of a woke idealogue masquerading as a prosecutor. | Text Post or Clip | Thursday Afternoon |