**From:** Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com]
**Sent:** 8/4/2022 7:10:40 PM
**To:** Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; Pushaw, Christina [Christina.Pushaw@eog.myflorida.com]
**Subject:** Re: //APPROVAL NEEDED// RE: Andrew Warren

Add Pending his removal by the senate at the end of the last sentence and we're good

Get Outlook for iOS

---

**From:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Sent:** Thursday, August 4, 2022 5:14:10 PM
**To:** Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:** //APPROVAL NEEDED// RE: Andrew Warren

This seems like the perfect opportunity to respond –

"If Andrew Warren made such a statement, then it is yet another display of his lack of respect for the law. He has been legally suspended from office by the governor, and may no longer conduct the affairs of the office of the State Attorney of the 13th Judicial Circuit."

**Bryan Griffin**
Deputy Press Secretary
Executive Office of the Governor
850-717-9268
Bryan.Griffin@eog.myflorida.com

---

**From:** Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>
**Sent:** Thursday, August 4, 2022 4:58 PM
**To:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:** Fwd: Andrew Warren


Get Outlook for iOS

---

**From:** brian tampafp.com <brian@tampafp.com>
**Sent:** Thursday, August 4, 2022 16:51
**To:** Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>
**Subject:** Andrew Warren

Christina,

I hope you are well. During Andrew Warrens press conference today, he stated "I'm still doing this. I'm still state attorney. I'm the twice a duly elected state attorney of Hillsborough County and the Governor signing something with a pen or a crayon, doesn't change that."

Can I get a quote from the Govs office on his statement?

Brian Burns
Publisher and President



EXHIBIT
0017
Taryn Fenske
11.14.2022



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**66**

DEF 000607
PEX 66.001

The Free Press
brian@tampafp.com
813-331-9792



DEF 000608
**PEX 66.002**