# EOG Press

**NBC Orlando inquiry**

**Martinez, Marlei** — 12:47 PM
Pushaw, Christina, Griffin, Bryan

Hi there,

This is Marlei Martinez, reporter at WESH 2 News... the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort Andrew Warren out of the State Attorney's Office? In the Governor's executive order, he requested HCSO "assist in the immediate transition of Andrew Warren from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

Marlei Martinez
Reporter
Cell (407) ███-████
█████████████████
1021 North Wymore Road, Winter Park, FL 32789

Reply to all

> I think we should confirm this - gets some buzz and being tough. Can I say "Yes, this happened concurrent to the governor's announcement."

Aug 5, 1:25 PM • MMS

**Taryn Fenske**

We need to do it off the record

I'll call her

Ok thanks

DEF 003556

**PEX 67.001**

**EOG Press**

> Might be worth flagging for legal, but we should figure out how Warren was able to get the information that he showed on the screen at his press conference after he was removed from office. I think he violated the law - the order prohibited him from taking anything
>
> https://www.tampabay.com/news/crime/2022/08/05/it-was-supposed-to-be-a-triumphant-day-for-andrew-warren-then-he-got-taken-out/
>
> Tap to load preview

Christina Pushaw

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?

Like imperso a police officer is again>. the law

DEF 003557

PEX 67.002

&lt; **EOG Press**

Tap to load preview

**Christina Pushaw**

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?

Like impersonating a police officer is against the law

**Taryn Fenske**

I'm on the phone with Larry about it now

That too

**Taryn Fenske**

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

DEF 003558

PEX 67.003

Case 4:22-cv-00302-RH-MAF   Document 111-39   Filed 11/18/22   Page 4 of 4

< **EOG Press**  🔍  ⋮

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

So I'm going to call him and have him get counter stories out there



Will's team can focus on this one, we'll put a nail in the coffin

Friday, Aug 5 • 8:05 PM

https://twitter.com/sao13th/status/1555704337640427522?t=ybd1AWoJAE39ZHu_5fVxkw&s=19



Tap to load preview

I'd like to share if ok

Christina Pushaw 

DEF 003559

**PEX 67.004**