**EXHIBIT**
0020
Taryn Fenske
11.14.2022

| | |
|---|---|
| From: | Treadwell, Ray <Ray.Treadwell@eog.myflorida.com> |
| Sent: | Friday, September 16, 2022 11:53 AM |
| To: | Jenkins, Beth H. |
| Cc: | Legal; Piccolo, Fredrick J. |
| Subject: | RE: Request from Governor's Office |

Dear Ms. Jenkins,

We appreciate your office's prompt response and provision of the requested documents. After further investigation, we would like to make some additional requests. Your continued prioritization of these document requests would be greatly appreciated.

These latest requests are also made pursuant to article IV, section 1(a) of the Florida Constitution, which grants the Governor the authority to "require information in writing from all executive or administrative state, county or municipal officers upon any subject relating to the duties of their respective offices." We will continue to protect the confidentiality of your documents.

- Please provide copies of any and all reports, letters, summaries, or statements drafted or signed by State Attorney Investigator Brent Holder or any other investigator related to the recovery of property, including laptops, cellphones, or other property belonging to the Office of the State Attorney for the 13th Judicial Circuit, from Andrew Warren following his suspension.

- Please provide records of any communications to or from Andrew Warren or his counsel regarding the recovery of laptops, cell phones, or other property belonging to the Office of the State Attorney for the 13th Judicial Circuit.

- Please provide complete copies of any prosecution files for Mr. Larenz Johnson, including any and all arrest reports, pictures, videos, memorandums, and notes. Specifically, Mr. Johnson was arrested in June, 2020 for unlawful assembly.

- Please provide complete copies of any prosecution files for Mr. Jason Stuart Flores, including any and all arrest reports, pictures, videos, memorandums, and notes. Mr. Flores was arrested on June 27, 2020 for an incident involving an Uber driver.

- Please identify the codes for crimes for which the Office of the State Attorney for the 13th Judicial Circuit had a policy, whether formal or informal, for which there was a presumption of no prosecution.

- Based upon the codes identified in the previous request, please provide all data from January 1, 2017 through today reflecting the handling and outcome of those cases, including the prosecution or non-prosecution of those crimes. This request for data includes the time periods that predate and postdate the implementation of any policy of non-prosecution.

- Please provide complete copies of all files for Mr. William Smalley, including any and all arrest reports, pictures, videos, memorandums, and notes. Specifically, Mr. Smalley was arrested on May 27, 2018 for two counts of aggravated assault with a deadly weapon on a police officer. Upon information and belief, Mr. Smalley's arrest is described in TPD report number: 2018-270900

If you have any questions or concerns, please contact me.

1



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**68**

PEX 68.001

(Also, Fred, it's great to cross paths again!)

Sincerely,

**Ray Treadwell**
Chief Deputy General Counsel
Executive Office of the Governor
850-717-9321

---

**From:** Jenkins, Beth H. <Jenkins_B@sao13th.com>
**Sent:** Wednesday, August 17, 2022 4:17 PM
**To:** Treadwell, Ray <Ray.Treadwell@eog.myflorida.com>
**Cc:** Legal <gov.legal@eog.myflorida.com>; Piccolo, Fredrick J. <Piccolo_F@SAO13th.com>
**Subject:** RE: Request from Governor's Office



# STATE ATTORNEY
SUSAN S. LOPEZ
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, FL  33602-4022
(813) 272-5400

August 17, 2022

Ray Treadwell
Chief Deputy General Counsel
Executive Office of the Governor
Ray.Treadwell@eog.myflorida.com

RE: Public Records Request-Communications

Dear Mr. Treadwell:

Please find the link below to access the records you have requested from the State Attorney's Office.

[redacted]

As you have requested the records on behalf of a criminal justice agency and have assured the State Attorney's Office that your agency will take measures as needed to protect any confidential or exempt information contained in these records, we

2

**PEX 68.002**

are providing them to you un-redacted. It is expected that your agency will make appropriate and necessary redactions of confidential and exempt information if the records become subject to disclosure.

If you have any issues accessing the records, please contact me at your convenience.

Sincerely,

SUSAN S. LOPEZ
STATE ATTORNEY

Beth Jenkins
Public Records Coordinator
(813) 274-1901

---

**From:** Treadwell, Ray <Ray.Treadwell@eog.myflorida.com>
**Sent:** Wednesday, August 10, 2022 1:14 PM
**To:** Jenkins, Beth H. <Jenkins_B@sao13th.com>
**Cc:** Legal <gov.legal@eog.myflorida.com>
**Subject:** Request from Governor's Office

Dear Ms. Jenkins,

Pursuant to the Governor's authority in Article IV, Section 1 of the Florida Constitution, and pursuant to public records laws in general, the Executive Office of the Governor requires the following information and documentation from the Office of the State Attorney for the 13th Judicial Circuit.  Documentation is limited to public records created between January 1, 2021, and August 4, 2022.

The following definitions apply to the requests below:

> "State Attorney's Office" means the Office of the State Attorney for the 13th Judicial Circuit, including its employees and agents.

> "Senior Leadership" means the State Attorney, any Chief Assistant State Attorney, Chief of Staff, Policy Advisor, Chief Communications Officer, or any Division Chief within the State Attorney's Office.

> "Fair and Just Prosecution" means the fiscally-sponsored project of The Tides Center, a 501(c)(3) nonprofit organization, that focuses on elected local prosecutors, and includes the project's officers, directors, partners, members, managers, employees, representatives, agents, consultants, or anyone acting on its behalf, including Miriam Krinsky, Rosemary Nidiry, Justin Kollar and any other person on the Executive Team or staff of Fair and Just Prosecution.

> "Safety & Justice Task Force" means the Safety & Justice Task Force created by the Florida Democratic Party and chaired by Andrew Warren.

REQUESTS FOR INFORMATION
1. Please explain each of the policies of non-prosecution Andrew Warren implemented when he served as State Attorney.
2. Please explain the types and amounts of state funds and resources Andrew Warren expended or authorized to be expended in support of Fair and Just Prosecution or the Safety & Justice Task Force when he served as State Attorney.

REQUESTS TO PRODUCE DOCUMENTATION

1. All communications between the State Attorney's Office and Fair and Just Prosecution or its parent organization The Tides Center.
2. All communications between the State Attorney's Office and any person relating to the Safety & Justice Task Force.
3. All communications to and from the email address taskforce@sao13th.com.
4. All documents in the possession of Senior Leadership relating to Fair and Just Prosecution or the Safety & Justice Task Force.
5. All documents reflecting the expenditure of state funds or resources relating to Fair and Just Prosecution or the Safety & Justice Task Force.
6. All communications from Senior Leadership to any person relating to the Presumption of Non-Prosecution policy dated March 9, 2021, or any other policy of non-prosecution or withholding of adjudication.
7. All documents in the possession of Senior Leadership relating the Presumption of Non-Prosecution policy dated March 9, 2021, or any other policy of non-prosecution or withholding of adjudication.
8. All communications between Senior Leadership and any law enforcement agency relating to any policy on resisting arrest without violence where the initial encounter between law enforcement and a suspect arises from a non-criminal violation in connection with riding a bicycle or a pedestrian violation.
9. All documents in the possession of Senior Leadership discussing any policy on resisting arrest without violence where the initial encounter between law enforcement and a suspect arises from a non-criminal violation in connection with riding a bicycle or a pedestrian violation.
10. All communications from Senior Leadership discussing any policy of the State Attorney's Office on the waiver or avoidance of mandatory minimum sentences.
11. All documents in the possession of Senior Leadership relating to any policy of the State Attorney's Office on the waiver or avoidance of mandatory minimum sentences.
12. All communications between Senior Leadership (using work addresses or work accounts) and the Florida Democratic Party.
13. All documents relied upon to answer the Requests for Information above.

Please contact me with any questions or concerns.

Sincerely,

**Ray Treadwell**
Chief Deputy General Counsel
Executive Office of the Governor
850-717-9321

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.