

**Kyle Lamb** @kylamb8 · Aug 4

We're underway

>  **Ron DeSantis** ✓ @GovRonDeSantis · Aug 4
>
> Governor Ron DeSantis makes an announcement about law enforcement. twitter.com/i/broadcasts/1...

💬 6    🔁 19    ♡ 131    



**Kyle Lamb** @kylamb8 · Aug 4

Today, @GovRonDeSantis announces we are suspending Soros-backed 13th circuit state attorney Andrew Warren for neglecting his duties as he pledges not to uphold the laws of the state.

It is dangerous to Floridians that state attorneys are neglecting criminal prosecution.

💬 129    🔁 433    ♡ 1,679



**Kyle Lamb** @kylamb8 · Aug 4

We are committed to protecting Floridians and the Governor says state attorneys do not get to pick and choose which elements of the law they want to enforce.

Prosecutor discretion is not about blanket policies. It's about individual cases.

💬 16    🔁 51    ♡ 284



**Kyle Lamb**
@kylamb8

This isn't about abortion or any one thing, it's about having accountability to our system of law and order to prosecute crime. There has been a pattern developing in Hillsborough County where one person picks and chooses which laws he wishes to enforce.

10:27 AM · Aug 4, 2022 · Twitter Web App

**29** Retweets   **6** Quote Tweets   **209** Likes

   


4:22-cv-302-RH-MAF
PLAINTIFF'S EX
74

EXHIBIT
0027
Taryn Fenske
11.14.2022
PEX 74.001