‹   Larry, Savannah, Taryn                🔍   ⋮   

EXHIBIT
0031
Taryn Fenske
11.14.2022

**Thursday, Aug 4 • 7:10 AM**

Larry created this group MMS with you and 2 others

Larry Keefe

Larry Keefe here. See today's Tampa Times article re Warren making some major announcement later today re a high profile case.

Larry Keefe

https://www.tampabay.com/news/tampa/2022/08/03/major-development-expected-in-tampa-exoneration-case/

↻

Tap to load preview

Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

4:22-cv-302-RH-MAF

**PLAINTIFF'S EX**

**77**

Larry Keefe                    ↓

Understood. Thanks

DEF 003571

**PEX 77.001**

‹    Larry, Savannah, Taryn    🔍    ⋮



Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

Larry Keefe

Understood. Thanks

Governor may get  questions on this during presser this morning.

I'll make sure hes aware.

Larry Keefe

Thanks

Larry Keefe

Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External pres    ⌄    ase say

DEF 003572

**PEX 77.002**

‹   Larry, Savannah, Taryn          🔍   ⋮

Larry Keefe

Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External press release say same.

Also say the office shall have no blanket non prosecution policies and that all cases will be evaluated on a case by case basis and that the law will be enforced as written by the legislature.



Taryn Fenske

I'm fine with that unless it holds up any decent decisions!



By suspending

Larry Keefe

First order of    ↓    ness before
that memo g        ut is to obtain

DEF 003573

**PEX 77.003**

 By suspending

Larry Keefe

 First order of business before that memo goes out is to obtain the Chief of Staff's deconfliction assessment re any key decisions with irreparable implications.



Taryn Fenske

 Sounds good

Taryn Fenske

  to "Suzy is now at the event site with sheriff chronister "

Larry Keefe

 I have the EO.

👍

Larry Keefe

Suzy is now at the event site with sheriff chronister

Aug 4, 9:37 AM

DEF 003574

**PEX 77.004**