IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

Plaintiff,

Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

Defendant.

---

**NOTICE OF FILING**
**JOINT TRIAL EXHIBITS**

Pursuant to this Court's Scheduling Order (Doc. 69), Plaintiff hereby files the joint exhibits that the parties expect to offer at trial, which have been marked as Joint Exhibit numbers 1–21, 23–27, 29–33, 35, 39, 41–42, 44–45, 51–52, and 56.[1]

[1] Joint Exhibit numbers 8 and 10 are video files. Because these cannot be filed through the Court's e-filing system, Plaintiff has instead filed slip sheets for these exhibits. Plaintiff will send, via FedEx, a flash drive to the Court containing the native video files for these exhibits. For the Court's convenience, the flash drive also contains electronic copies of all exhibits being filed with this Notice and with Plaintiff's Notice of Filing Plaintiff's Trial Exhibits.

Dated: November 18, 2022

**PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*

Jean-Jacques Cabou (AZ #022835)*
Alexis E. Danneman (AZ #030478)*
Matthew R. Koerner (AZ #035018)*
Margo R. Casselman (AZ #034963)*
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
602.351.8000

**AND**

David B. Singer (FBN 72823)
Matthew T. Newton (FBN 111679)
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

David O'Neil*
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Alexandra P. Swain*
650 California Street
San Francisco, CA 94108
apswain@debevoise.com

Samantha B. Singh (FBN 1036051)
919 Third Avenue
New York, NY 10022
sbsingh@debevoise.com

* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/ Indy Fitzgerald*