*UPDATED 7/25/22*



## JOINT STATEMENT FROM ELECTED PROSECUTORS
### June 24, 2022

We are a group of elected prosecutors representing communities across every region of the country. Over the past few years, we have watched with increasing concern as the constitutional right to abortion has been threatened and eroded. Now, the Supreme Court's decision to end the federally protected constitutional right to abortion first established five decades ago in *Roe v. Wade* — a right that three generations of Americans have come of age relying upon — means that abortions will immediately or soon be banned, and potentially criminalized, in at least half of our nation's states.[1] As elected prosecutors, ministers of justice, and leaders in our communities, we cannot stand by and allow members of our community to live in fear of the ramifications of this deeply troubling decision.

Not all of us agree on a personal or moral level on the issue of abortion. But we stand together in our firm belief that prosecutors have a responsibility to refrain from using limited criminal legal system resources to criminalize personal medical decisions. As such, we decline to use our offices' resources to criminalize reproductive health decisions and commit to exercise our well-settled discretion and refrain from prosecuting those who seek, provide, or support abortions.[2]

Prosecutors are entrusted with immense discretion. With this discretion comes the obligation to seek justice. And at the heart of the pursuit of justice is the furtherance of policies and practices that protect the well-being and safety of *all* members of our community.

Prosecutors make decisions every day about how to allocate limited resources and which cases to prosecute. Indeed, our communities have entrusted us to use our best judgment in deciding how and if to leverage the criminal legal system to further the safety and well-being of all, and we are ethically bound to pursue those interests in every case.

Enforcing abortion bans runs counter to the obligations and interests we are sworn to uphold. It will erode trust in the legal system, hinder our ability to hold perpetrators accountable, take resources away from the enforcement of serious crime, and inevitably lead to the retraumatization and criminalization of victims of sexual violence.

Criminalizing abortion will not end abortion; it will simply end *safe* abortions, forcing the most vulnerable among us — as well as medical providers — to make impossible decisions. Abortion

---

[1] Guttmacher Institute, "26 States Are Certain or Likely to Ban Abortion Without Roe: Here's Which Ones and Why," October 28, 2021 guttmacher.org/article/2021/10/26-states-are-certain-or-likely-ban-abortion-without-roe-heres-which-ones-and-why.

[2] We use abortion to refer to a personal choice made by a pregnant person to terminate a pregnancy. We will continue to consider the prosecution of individuals who violate the autonomy of a pregnant person by carrying out a forced abortion, or who perform an abortion negligently or with the intent to cause harm to the pregnant person.

4:22-cv-302-RH-MAF

**JOINT EX**

**5**

DEF 000021

**JEX 5.001**

*UPDATED 7/25/22*

bans will isolate people from the law enforcement, medical, and social resources they need. When individuals know that they or someone they love could be investigated and prosecuted for having an abortion, they are far less likely to call for help in the event of an emergency. Prosecutors, police, and our medical partners cannot do our jobs when many victims and witnesses of crime or other emergencies are unwilling to work with us for fear that their private medical decisions will be criminalized.

Our criminal legal system is already overburdened. As elected prosecutors, we have a responsibility to ensure that these limited resources are focused on efforts to prevent and address serious crimes, rather than enforcing abortion bans that divide our community, create untenable choices for patients and healthcare providers, and erode trust in the justice system. Enforcing abortion bans would mean taking time, effort, and resources away from the prosecution of the most serious crimes — conduct that truly impacts public safety.

Abortion bans will also disproportionately harm victims of sexual abuse, rape, incest, human trafficking, and domestic violence.[3] Over the past several decades, law enforcement has rightly worked to adopt evidence-based, trauma-informed approaches that recognize that not all victims of such crimes are able or willing to immediately report, and that delays in reporting or a reticence to report are consistent with the experience of trauma.[4] As prosecutors, we also know that the process of reporting can be retraumatizing for many survivors.[5]

We are horrified that some states have failed to carve out exceptions for victims of sexual violence and incest in their abortion restrictions; this is unconscionable. And, even where such exceptions do exist, abortion bans still threaten the autonomy, dignity, and safety of survivors, forcing them to choose between reporting their abuse or being connected to their abuser for life. Laws that revictimize and retraumatize victims go against our obligation as prosecutors to protect and seek justice on behalf of all members of our community, including those who are often the most vulnerable and least empowered. Our obligation to exercise our discretion wisely requires us to focus prosecutorial resources on the child molester or rapist, not on prosecuting the victim or the healthcare professionals who provide that victim with needed care and treatment.

Keeping communities safe inherently requires promoting trust and faith in the integrity of the rule of law.[6] To best promote public safety, prosecutors must be perceived by their communities as trustworthy, legitimate, and fair — values that would be undermined by the enforcement of laws that criminalize deeply personal decisions, harm those most in need of our help, and force unnecessarily difficult and traumatizing decisions on many in our community.

---

[3] Starre Vartan, "The Lifelong Consequences of Rape," Pacific Standard, Jun. 14, 2017, *available at* https://psmag.com/social-justice/lifelong-consequences-rape-96056.
[4] Robert Muller, "Rape Victims' Reactions Misunderstood by Law Enforcement," Psychology Today, Jan. 11, 2019, *available at* https://www.psychologytoday.com/us/blog/talking-about-trauma/201801/rape-victims-reactions-misunderstood-law-enforcement.
[5] Office on Violence Against Women, "The Importance of Understanding Trauma-Informed Care and Self-Care for Victim Service Providers," U.S. Department of Justice, July 30, 2014, *available at* https://www.justice.gov/archives/ovw/blog/importance-understanding-trauma-informed-care-and-self-care-victim-service-providers.
[6] Yucel Ors, "6 Essential Tenets for Effective Community Policing," National League of Cities, March 21, 2016, *available at* https://nlcors.wordpress.com/2016/10/06/6-essential-tenets-for-effective-community-policing/.

*UPDATED 7/25/22*

As elected prosecutors, when we stand in court, we have the privilege and obligation to represent "the people." All members of our communities are our clients – they elected us to represent them and we are bound to fight for them as we carry out our obligation to pursue justice. Our legislatures may decide to criminalize personal healthcare decisions, but *we* remain obligated to prosecute only those cases that serve the interests of justice and the people.

Criminalizing and prosecuting individuals who seek or provide abortion care makes a mockery of justice; prosecutors should not be part of that.

Respectfully,

**Michael Atwell**
District Attorney, Alpine County, California

**Patsy Austin-Gatson**
District Attorney, Gwinnett Judicial Circuit, Georgia

**Diana Becton**
District Attorney, Contra Costa County, California

**Wesley Bell**
Prosecuting Attorney, St. Louis County, Missouri

**Buta Biberaj**
Commonwealth's Attorney, Loudoun County, Virginia

**Sherry Boston**
District Attorney, DeKalb County, Georgia

**Chesa Boudin**
District Attorney, City and County of San Francisco, California

**Alvin Bragg**
District Attorney, New York County (Manhattan), New York

**Aisha Braveboy**
State's Attorney, Prince George's County, Maryland

**Mary Carmack-Altwies**
District Attorney, 1st Judicial District, New Mexico

**Danny Carr**
District Attorney, Jefferson County, Alabama

**Christian Champagne**
District Attorney, 6th Judicial District, Colorado

*UPDATED 7/25/22*

**John T. Chisholm**
District Attorney, Milwaukee County, Wisconsin

**John Choi**
County Attorney, Ramsey County, Minnesota

**Dave Clegg**
District Attorney, Ulster County, New York

**Shameca Collins**
District Attorney, 6th Judicial District, Mississippi

**Shalena Cook Jones**
District Attorney, Chatham County (Savannah), Georgia

**David Cooke**
District Attorney, Macon Judicial Circuit, Georgia

**John Creuzot**
District Attorney, Dallas County, Texas

**Ann Davison**
City Attorney, Seattle, Washington

**Satana Deberry**
District Attorney, Durham County, North Carolina

**Parisa Dehghani-Tafti**
Commonwealth's Attorney, Arlington County and the City of Falls Church, Virginia

**Steve Descano**
Commonwealth's Attorney, Fairfax County, Virginia

**Joshua R. Diamond**
Acting Attorney General, Vermont

**Michael Dougherty**
District Attorney, 20th Judicial District (Boulder), Colorado

**Matt Ellis**
District Attorney, Wasco County, Oregon

**Keith Ellison**
Attorney General, Minnesota

*UPDATED 7/25/22*

**Ramin Fatehi**
Commonwealth's Attorney, City of Norfolk, Virginia

**Kimberly M. Foxx**
State's Attorney, Cook County (Chicago), Illinois

**Glenn Funk**
District Attorney, Nashville, Tennessee

**José Garza**
District Attorney, Travis County (Austin), Texas

**George Gascón**
District Attorney, Los Angeles County, California

**Sarah F. George**
State's Attorney, Chittenden County (Burlington), Vermont

**Joe Gonzales**
District Attorney, Bexar County (San Antonio), Texas

**Deborah Gonzalez**
District Attorney, Western Judicial Circuit (Athens), Georgia

**Eric Gonzalez**
District Attorney, Kings County (Brooklyn), New York

**Mark Gonzalez**
District Attorney, Nueces County (Corpus Christi), Texas

**Andrea Harrington**
District Attorney, Berkshire County, Massachusetts

**Maura Healey**
Attorney General, Massachusetts

**John Hummel**
District Attorney, Deschutes County, Oregon

**Natasha Irving**
District Attorney, 6th Prosecutorial District, Maine

**Kathleen Jennings**
Attorney General, Delaware

*UPDATED 7/25/22*

**Melinda Katz**
District Attorney, Queens County, New York

**Alexis King**
District Attorney, 1st Judicial District, Colorado

**Zach Klein**
City Attorney, Columbus, Ohio

**Lawrence S. Krasner**
District Attorney, Philadelphia, Pennsylvania

**David Leyton**
Prosecuting Attorney, Genesee County, Michigan

**Rebecca Like**
Prosecuting Attorney, County of Kaua'i, Hawaii

**Edward E. Manibusan**
Attorney General, Northern Mariana Islands

**Brian Mason**
District Attorney, 17th Judicial District, Colorado

**Beth McCann**
District Attorney, 2nd Judicial District (Denver), Colorado

**Karen McDonald**
Prosecuting Attorney, Oakland County, Michigan

**Colette McEachin**
Commonwealth's Attorney, Richmond, Virginia

**Gordon McLaughlin**
District Attorney, 8th Judicial District, Colorado

**Ryan Mears**
Prosecuting Attorney, Marion County (Indianapolis), Indiana

**Brian Middleton**
District Attorney, Fort Bend County, Texas

**Stephanie Morales**
Commonwealth's Attorney, Portsmouth, Virginia

*UPDATED 7/25/22*

**Michael W. Morrissey**
District Attorney, Norfolk County, Massachusetts

**Marilyn J. Mosby**
State's Attorney, Baltimore City, Maryland

**Jamie Mosser**
State's Attorney, Kane County, Illinois

**Dana Nessel**
Attorney General, Michigan

**Michael O'Malley**
County Prosecutor, Cuyahoga County (Cleveland), Ohio

**Nancy O'Malley**
District Attorney, Alameda County, California

**Jody Owens**
District Attorney, Hinds County, Mississippi

**Alonzo Payne**
District Attorney, 12th Judicial District (San Luis), Colorado

**Joseph Platania**
Commonwealth's Attorney, City of Charlottesville, Virginia

**Bryan Porter**
Commonwealth's Attorney, City of Alexandria, Virginia

**Dalia Racine**
District Attorney, Douglas County, Georgia

**Karl Racine**
Attorney General, District of Columbia

**Carrie Rasmussen**
District Attorney, Hood River County, Oregon

**Jill R. Ravitch**
District Attorney, Sonoma County, California

**Eric Rinehart**
State's Attorney, Lake County (Waukegan), Illinois

DEF 000027

**JEX 5.007**

*UPDATED 7/25/22*

**Mimi Rocah**
District Attorney, Westchester County, New York

**Jeff Rosen**
District Attorney, Santa Clara County, California

**Marian Ryan**
District Attorney, Middlesex County, Massachusetts

**Dan Satterberg**
Prosecuting Attorney, King County (Seattle), Washington

**Eli Savit**
Prosecuting Attorney, Washtenaw County (Ann Arbor), Michigan

**Mike Schmidt**
District Attorney, Multnomah County (Portland), Oregon

**Carol Siemon**
Prosecuting Attorney, Ingham County (Lansing), Michigan

**Jack Stollsteimer**
District Attorney, Delaware County, Pennsylvania

**David Sullivan**
District Attorney, Northwestern District, Massachusetts

**Shannon Taylor**
Commonwealth's Attorney, Henrico County, Virginia

**Raúl Torrez**
District Attorney, Bernalillo County (Albuquerque), New Mexico

**Suzanne Valdez**
District Attorney, Douglas County (Lawrence), Kansas

**Matthew Van Houten**
District Attorney, Tompkins County (Ithaca), New York

**Dora A. Villarreal**
State's Attorney, Rock Island County, Illinois

**Andrew Warren**
State Attorney, 13th Judicial Circuit (Tampa), Florida

*UPDATED 7/25/22*

**Phil Weiser**
Attorney General, Colorado

**Matthew J. Wiese**
Prosecuting Attorney, Marquette County, Michigan

**Jared Williams**
District Attorney, Augusta Judicial Circuit, Georgia

**Jason Williams**
District Attorney, Orleans Parish, Louisiana

**Todd Williams**
District Attorney, Buncombe County (Asheville), North Carolina


**\*\*Additional elected prosecutors interested in joining the statement should contact FJP Executive Director Miriam Krinsky at mkrinsky@fairandjustprosecution.org to be added.**

DEF 000029

**JEX 5.009**

*UPDATED 7/25/22*



### JOINT STATEMENT FROM ELECTED PROSECUTORS
**June 24, 2022**

We are a group of elected prosecutors representing communities across every region of the country. Over the past few years, we have watched with increasing concern as the constitutional right to abortion has been threatened and eroded. Now, the Supreme Court's decision to end the federally protected constitutional right to abortion first established five decades ago in *Roe v. Wade* — a right that three generations of Americans have come of age relying upon — means that abortions will immediately or soon be banned, and potentially criminalized, in at least half of our nation's states.[1] As elected prosecutors, ministers of justice, and leaders in our communities, we cannot stand by and allow members of our community to live in fear of the ramifications of this deeply troubling decision.

Not all of us agree on a personal or moral level on the issue of abortion. But we stand together in our firm belief that prosecutors have a responsibility to refrain from using limited criminal legal system resources to criminalize personal medical decisions. As such, we decline to use our offices' resources to criminalize reproductive health decisions and commit to exercise our well-settled discretion and refrain from prosecuting those who seek, provide, or support abortions.[2]

Prosecutors are entrusted with immense discretion. With this discretion comes the obligation to seek justice. And at the heart of the pursuit of justice is the furtherance of policies and practices that protect the well-being and safety of *all* members of our community.

Prosecutors make decisions every day about how to allocate limited resources and which cases to prosecute. Indeed, our communities have entrusted us to use our best judgment in deciding how and if to leverage the criminal legal system to further the safety and well-being of all, and we are ethically bound to pursue those interests in every case.

Enforcing abortion bans runs counter to the obligations and interests we are sworn to uphold. It will erode trust in the legal system, hinder our ability to hold perpetrators accountable, take resources away from the enforcement of serious crime, and inevitably lead to the retraumatization and criminalization of victims of sexual violence.

Criminalizing abortion will not end abortion; it will simply end *safe* abortions, forcing the most vulnerable among us — as well as medical providers — to make impossible decisions. Abortion

---

[1] Guttmacher Institute, "26 States Are Certain or Likely to Ban Abortion Without Roe: Here's Which Ones and Why," October 28, 2021 guttmacher.org/article/2021/10/26-states-are-certain-or-likely-ban-abortion-without-roe-heres-which-ones-and-why.

[2] We use abortion to refer to a personal choice made by a pregnant person to terminate a pregnancy. We will continue to consider the prosecution of individuals who violate the autonomy of a pregnant person by carrying out a forced abortion, or who perform an abortion negligently or with the intent to cause harm to the pregnant person.

UPDATED 7/25/22

bans will isolate people from the law enforcement, medical, and social resources they need. When individuals know that they or someone they love could be investigated and prosecuted for having an abortion, they are far less likely to call for help in the event of an emergency. Prosecutors, police, and our medical partners cannot do our jobs when many victims and witnesses of crime or other emergencies are unwilling to work with us for fear that their private medical decisions will be criminalized.

Our criminal legal system is already overburdened. As elected prosecutors, we have a responsibility to ensure that these limited resources are focused on efforts to prevent and address serious crimes, rather than enforcing abortion bans that divide our community, create untenable choices for patients and healthcare providers, and erode trust in the justice system. Enforcing abortion bans would mean taking time, effort, and resources away from the prosecution of the most serious crimes — conduct that truly impacts public safety.

Abortion bans will also disproportionately harm victims of sexual abuse, rape, incest, human trafficking, and domestic violence.[3] Over the past several decades, law enforcement has rightly worked to adopt evidence-based, trauma-informed approaches that recognize that not all victims of such crimes are able or willing to immediately report, and that delays in reporting or a reticence to report are consistent with the experience of trauma.[4] As prosecutors, we also know that the process of reporting can be retraumatizing for many survivors.[5]

We are horrified that some states have failed to carve out exceptions for victims of sexual violence and incest in their abortion restrictions; this is unconscionable. And, even where such exceptions do exist, abortion bans still threaten the autonomy, dignity, and safety of survivors, forcing them to choose between reporting their abuse or being connected to their abuser for life. Laws that revictimize and retraumatize victims go against our obligation as prosecutors to protect and seek justice on behalf of all members of our community, including those who are often the most vulnerable and least empowered. Our obligation to exercise our discretion wisely requires us to focus prosecutorial resources on the child molester or rapist, not on prosecuting the victim or the healthcare professionals who provide that victim with needed care and treatment.

Keeping communities safe inherently requires promoting trust and faith in the integrity of the rule of law.[6] To best promote public safety, prosecutors must be perceived by their communities as trustworthy, legitimate, and fair — values that would be undermined by the enforcement of laws that criminalize deeply personal decisions, harm those most in need of our help, and force unnecessarily difficult and traumatizing decisions on many in our community.

---

[3] Starre Vartan, "The Lifelong Consequences of Rape," Pacific Standard, Jun. 14, 2017, *available at* https://psmag.com/social-justice/lifelong-consequences-rape-96056.
[4] Robert Muller, "Rape Victims' Reactions Misunderstood by Law Enforcement," Psychology Today, Jan. 11, 2019, *available at* https://www.psychologytoday.com/us/blog/talking-about-trauma/201801/rape-victims-reactions-misunderstood-law-enforcement.
[5] Office on Violence Against Women, "The Importance of Understanding Trauma-Informed Care and Self-Care for Victim Service Providers," U.S. Department of Justice, July 30, 2014, *available at* https://www.justice.gov/archives/ovw/blog/importance-understanding-trauma-informed-care-and-self-care-victim-service-providers.
[6] Yucel Ors, "6 Essential Tenets for Effective Community Policing," National League of Cities, March 21, 2016, *available at* https://nlcors.wordpress.com/2016/10/06/6-essential-tenets-for-effective-community-policing/.

*UPDATED 7/25/22*

As elected prosecutors, when we stand in court, we have the privilege and obligation to represent "the people." All members of our communities are our clients – they elected us to represent them and we are bound to fight for them as we carry out our obligation to pursue justice. Our legislatures may decide to criminalize personal healthcare decisions, but *we* remain obligated to prosecute only those cases that serve the interests of justice and the people.

Criminalizing and prosecuting individuals who seek or provide abortion care makes a mockery of justice; prosecutors should not be part of that.

Respectfully,

**Michael Atwell**
District Attorney, Alpine County, California

**Patsy Austin-Gatson**
District Attorney, Gwinnett Judicial Circuit, Georgia

**Diana Becton**
District Attorney, Contra Costa County, California

**Wesley Bell**
Prosecuting Attorney, St. Louis County, Missouri

**Buta Biberaj**
Commonwealth's Attorney, Loudoun County, Virginia

**Sherry Boston**
District Attorney, DeKalb County, Georgia

**Chesa Boudin**
District Attorney, City and County of San Francisco, California

**Alvin Bragg**
District Attorney, New York County (Manhattan), New York

**Aisha Braveboy**
State's Attorney, Prince George's County, Maryland

**Mary Carmack-Altwies**
District Attorney, 1st Judicial District, New Mexico

**Danny Carr**
District Attorney, Jefferson County, Alabama

**Christian Champagne**
District Attorney, 6th Judicial District, Colorado

*UPDATED 7/25/22*

**John T. Chisholm**
District Attorney, Milwaukee County, Wisconsin

**John Choi**
County Attorney, Ramsey County, Minnesota

**Dave Clegg**
District Attorney, Ulster County, New York

**Shameca Collins**
District Attorney, 6th Judicial District, Mississippi

**Shalena Cook Jones**
District Attorney, Chatham County (Savannah), Georgia

**David Cooke**
District Attorney, Macon Judicial Circuit, Georgia

**John Creuzot**
District Attorney, Dallas County, Texas

**Ann Davison**
City Attorney, Seattle, Washington

**Satana Deberry**
District Attorney, Durham County, North Carolina

**Parisa Dehghani-Tafti**
Commonwealth's Attorney, Arlington County and the City of Falls Church, Virginia

**Steve Descano**
Commonwealth's Attorney, Fairfax County, Virginia

**Joshua R. Diamond**
Acting Attorney General, Vermont

**Michael Dougherty**
District Attorney, 20th Judicial District (Boulder), Colorado

**Matt Ellis**
District Attorney, Wasco County, Oregon

**Keith Ellison**
Attorney General, Minnesota

*UPDATED 7/25/22*

**Ramin Fatehi**
Commonwealth's Attorney, City of Norfolk, Virginia

**Kimberly M. Foxx**
State's Attorney, Cook County (Chicago), Illinois

**Glenn Funk**
District Attorney, Nashville, Tennessee

**José Garza**
District Attorney, Travis County (Austin), Texas

**George Gascón**
District Attorney, Los Angeles County, California

**Sarah F. George**
State's Attorney, Chittenden County (Burlington), Vermont

**Joe Gonzales**
District Attorney, Bexar County (San Antonio), Texas

**Deborah Gonzalez**
District Attorney, Western Judicial Circuit (Athens), Georgia

**Eric Gonzalez**
District Attorney, Kings County (Brooklyn), New York

**Mark Gonzalez**
District Attorney, Nueces County (Corpus Christi), Texas

**Andrea Harrington**
District Attorney, Berkshire County, Massachusetts

**Maura Healey**
Attorney General, Massachusetts

**John Hummel**
District Attorney, Deschutes County, Oregon

**Natasha Irving**
District Attorney, 6th Prosecutorial District, Maine

**Kathleen Jennings**
Attorney General, Delaware

DEF 000034

**JEX 5.014**

*UPDATED 7/25/22*

**Melinda Katz**
District Attorney, Queens County, New York

**Alexis King**
District Attorney, 1st Judicial District, Colorado

**Zach Klein**
City Attorney, Columbus, Ohio

**Lawrence S. Krasner**
District Attorney, Philadelphia, Pennsylvania

**David Leyton**
Prosecuting Attorney, Genesee County, Michigan

**Rebecca Like**
Prosecuting Attorney, County of Kaua'i, Hawaii

**Edward E. Manibusan**
Attorney General, Northern Mariana Islands

**Brian Mason**
District Attorney, 17th Judicial District, Colorado

**Beth McCann**
District Attorney, 2nd Judicial District (Denver), Colorado

**Karen McDonald**
Prosecuting Attorney, Oakland County, Michigan

**Colette McEachin**
Commonwealth's Attorney, Richmond, Virginia

**Gordon McLaughlin**
District Attorney, 8th Judicial District, Colorado

**Ryan Mears**
Prosecuting Attorney, Marion County (Indianapolis), Indiana

**Brian Middleton**
District Attorney, Fort Bend County, Texas

**Stephanie Morales**
Commonwealth's Attorney, Portsmouth, Virginia

DEF 000035

**JEX 5.015**

*UPDATED 7/25/22*

**Michael W. Morrissey**
District Attorney, Norfolk County, Massachusetts

**Marilyn J. Mosby**
State's Attorney, Baltimore City, Maryland

**Jamie Mosser**
State's Attorney, Kane County, Illinois

**Dana Nessel**
Attorney General, Michigan

**Michael O'Malley**
County Prosecutor, Cuyahoga County (Cleveland), Ohio

**Nancy O'Malley**
District Attorney, Alameda County, California

**Jody Owens**
District Attorney, Hinds County, Mississippi

**Alonzo Payne**
District Attorney, 12th Judicial District (San Luis), Colorado

**Joseph Platania**
Commonwealth's Attorney, City of Charlottesville, Virginia

**Bryan Porter**
Commonwealth's Attorney, City of Alexandria, Virginia

**Dalia Racine**
District Attorney, Douglas County, Georgia

**Karl Racine**
Attorney General, District of Columbia

**Carrie Rasmussen**
District Attorney, Hood River County, Oregon

**Jill R. Ravitch**
District Attorney, Sonoma County, California

**Eric Rinehart**
State's Attorney, Lake County (Waukegan), Illinois

DEF 000036

**JEX 5.016**

*UPDATED 7/25/22*

**Mimi Rocah**
District Attorney, Westchester County, New York

**Jeff Rosen**
District Attorney, Santa Clara County, California

**Marian Ryan**
District Attorney, Middlesex County, Massachusetts

**Dan Satterberg**
Prosecuting Attorney, King County (Seattle), Washington

**Eli Savit**
Prosecuting Attorney, Washtenaw County (Ann Arbor), Michigan

**Mike Schmidt**
District Attorney, Multnomah County (Portland), Oregon

**Carol Siemon**
Prosecuting Attorney, Ingham County (Lansing), Michigan

**Jack Stollsteimer**
District Attorney, Delaware County, Pennsylvania

**David Sullivan**
District Attorney, Northwestern District, Massachusetts

**Shannon Taylor**
Commonwealth's Attorney, Henrico County, Virginia

**Raúl Torrez**
District Attorney, Bernalillo County (Albuquerque), New Mexico

**Suzanne Valdez**
District Attorney, Douglas County (Lawrence), Kansas

**Matthew Van Houten**
District Attorney, Tompkins County (Ithaca), New York

**Dora A. Villarreal**
State's Attorney, Rock Island County, Illinois

**Andrew Warren**
State Attorney, 13th Judicial Circuit (Tampa), Florida

*UPDATED 7/25/22*

**Phil Weiser**
Attorney General, Colorado

**Matthew J. Wiese**
Prosecuting Attorney, Marquette County, Michigan

**Jared Williams**
District Attorney, Augusta Judicial Circuit, Georgia

**Jason Williams**
District Attorney, Orleans Parish, Louisiana

**Todd Williams**
District Attorney, Buncombe County (Asheville), North Carolina

***\*\*Additional elected prosecutors interested in joining the statement should contact FJP Executive Director Miriam Krinsky at* [mkrinsky@fairandjustprosecution.org](mailto:mkrinsky@fairandjustprosecution.org) *to be added.***

DEF 000038

**JEX 5.018**