‹   EOG Press                                🔍   ⋮

> To talk about this? Want me to ask him?

Christina Pushaw

Looks like his hold ends at <u>8:15</u> in st Augustine

 So I think it could be done at the bottom of the hour if they send a truck.

Taryn Fenske

 We can course correct by pointing out the governors words

Christina Pushaw

 Yes. Tucker Carlson producer reached out and I'm going to make that clear so it's framed the right way.

😍

4:22-cv-302-RH-MAF
**JOINT EX**
**6**

> Friendly's really want the order once the announcement is made. O' share?

DEF 003547

**JEX 6.001**



EOG Press

the right way.

Friendly's really want the order once the announcement is made. Ok to share?

Taryn Fenske

Yes

But I'm hoping the release goes out on time

T

Just waiting on approval

10:13 64%

WATCH LIVE: press conference begins in a few minutes at 10am

wfla.com
'Prepare for liberal media meltdown': DeSantis' camp teases major announce...

1 1 3

Jason Delgado liked

**Matt Dixon** @Mdixon55 · 10m
This is the meltdown thing?

**Peter Schorsch** @PeterSchor.. · 11m
.@GovRonDeSantis is suspending Hillsborough Co. State Attorney Andrew Warren.

#FlaPol

2 2 5

**Simone Marstiller** @SMarstiller · 31m
Where am I?

DEF 003548

‹   EOG Press                                  🔍   ⋮



Simone Marstiller ☑ @SMarstiller · 31m
Where am I? 🎄

🏠   🔍   🎙   🔔   ✉

11 mins ago

Taryn Fenske



Today 10:39 AM

James U

Kyle, please immediately cease all
tweets until we have a chance to
meet 1-on-1. I know you're just trying
to help, but the boss is not pleased
with the sensationalism of this overly
legal proceeding. Every comment
impacts what will be contentious
litigation. No tweets at all unless
directed by Taryn, I mean it.

📷  Ⓐ )   iMessage                    🎙

✳   Ⓐ   🍎Cash   ◎   🖼   👧   🔍   🎵

Just between us so let's
tread lightly and let the press
sensationalize it through our
facts and us walking the line.

T

Christina Pushaw

C   Got it

Got it

DEF 003549



**JEX 6.003**

‹   EOG Press   🔍 ⋮

Christina Pushaw

"We are suspending Soros-backed 13th circuit state attorney Andrew Warren for neglecting his duties as he pledges not to uphold the laws of the state," DeSantis' office said in a statement

Where is this from

C   I saw it on Fox News digital

**Thursday, Aug 4 • 12:28 PM**

Taryn Fenske

T   Sent Kayleigh a bunch of stuff and she just did a great job

😍

Taryn Fenske

T   Let me look it might be from the release

Christina Pushaw

C   I didn't see it in the release but might be mis⟨ ↓ ⟩omething

DEF 003550

**JEX 6.004**



Kyle

WE TOLD HIM TO STOP

I can call Andrew and get it removed

Jesus

 Did boss see

Taryn Fenske

 Sorry Matt not Andrew, let me know if you need me too

Taryn Fenske

Sounds like John Roberts is going to talk about it too in the next hour lol

 And outnumbered covered it 3 times

DEF 003551

JEX 6.005

‹  EOG Press                          🔍  ⋮

> The removal?

> Guys I cannot accurately describe what's going on here in the office

😮

Taryn Fenske

**If you want to consistently update him Christina**

**(T)** Yes

Christina Pushaw

**Yes I'll let him know. We just landed so I'm seeing all your messages**



DEF 003552

**JEX 6.006**



Got it done

Taryn Fenske

T Loved an image

Christina Pushaw

C Loved an image

Taryn Fenske

T Good work br



T:



//APPROVAL NEEDED// RE: Andrew Warren

**Pushaw, Christina**          4:58 PM
Griffin, Bryan. Fenske, Taryn M.

Get Outlook for iOS

...

**Griffin, Bryan**          5:14 PM
Pushaw, Christina, Fenske, Taryn M.

This seems like the perfect opportunity to respond --

"If Andrew Warren made such a statement, then it is yet another display of his lack of respect for the law. He has been legally suspended from office by the governor, and may no longer conduct the affairs of the office of the State Attorney of the 13th Judicial Circuit."

**Bryan Griffin**
Deputy Press Secretary
Executive Office of the Governor
850-717-9268
Bryan.Griffin@eog.myflorida.com

...

Reply to all

Taryn Fenske

## Want to run it by legal real quick



## But I like

Thanks

Taryn Fenske





DEF 003554

**JEX 6.008**

‹   EOG Press   🔍   ⋮

Thanks

Taryn Fenske

 Who from el American

Christina Pushaw

Emmanuel Rincon

One sec

 +1 (786) 602-5638

Do we wanna respond to anything Andrew Warren has said directly?

Christina Pushaw

 Americano tv also might be interested

Taryn Fenske

 You know what might be funny

Christina Pushaw

 It's a differen   ↓   pany but they're also fr     ly

DEF 003555

**JEX 6.009**

‹   **EOG Press**                                        🔍   ⋮



NBC Orlando inquiry

**MM**  Martinez, Marlei                    12:47 PM
       Pusnaw, Christina, Griffin, Bryan

Hi there,

This is Marlei Martinez, reporter at WESH 2 News... the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort Andrew Warren out of the State Attorney's Office? In the Governor's executive order, he requested HCSO "assist in the immediate transition of Andrew Warren from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

> Marlei Martinez
> Reporter
> Cell
> 1021 North Wymore Road, Winter Park, FL 32789

↩ ⌄  Reply to all

I think we should confirm this - gets some buzz and being tough. Can I say "Yes, this happened concurrent to the governor's announcement."

Aug 5, 1:25 PM • MMS

Taryn Fenske

We need to do it off the record

**T**   I'll call her

↓                          Ok thanks





DEF 003556

**JEX 6.010**

EOG Press

Might be worth flagging for legal, but we should figure out how Warren was able to get the information that he showed on the screen at his press conference after he was removed from office. I think he violated the law - the order prohibited him from taking anything

https://www.tampabay.com/news/crime/2022/08/05/it-was-supposed-to-be-a-triumphant-day-for-andrew-warren-then-he-got-taken-out/



Tap to load preview

Christina Pushaw

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?



Like imperso⬇ ) a police officer is against the law

DEF 003557



Tap to load preview

Christina Pushaw

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?



Like impersonating a police officer is against the law

Taryn Fenske



I'm on the phone with Larry about it now

That too

Taryn Fenske

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

DEF 003558

JEX 6.012

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

So I'm going to call him and have him get counter stories out there

 Will's team can focus on this one, we'll put a nail in the coffin

**Friday, Aug 5 · 8:05 PM**

https://twitter.com/sao13th /status/1555704337640427522?t =ybd1AWoJAE39ZHu_5fVxkw&s =19



Tap to load preview

I'd like to share if ok

Christina Pushaw   

DEF 003559

**JEX 6.013**



Christina Pushaw

This is great but who runs the twitter? Can we tell them to just make it a Twitter video instead of hosting it on YouTube?

Agreed

They aren't too savvy

They said so themselves

Christina Pushaw

It will get many more views if it's uploaded directly to twitter. And she should open replies. Yes there will be trolls but probably more positive replies and closing replies looks bad to most people

And even trolls will up the engagement so whatever

Ok so if they're willing to just make those 2 small changes let's see



Then we shou... mplify it

DEF 003560

**JEX 6.014**

make those 2 small changes
let's see

**C**   Then we should amplify it

Agreed

I can call rocky I think

Their IT guy

1 min

Christina Pushaw

Thank you!

**C**   The video itself is great

They're working on it!

Christina Pushaw

Twitter algorithm actively
suppresses video links from
other sites like YouTube that
they see as competitors

**C**   Awesome   

DEF 003561

EOG Press

Twitter algorithm actively suppresses video links from other sites like YouTube that they see as competitors

C   Awesome

Taryn does it run us afoul of legal issues to promote them through our twitters?

Christina Pushaw

C   And they're good with allowing replies??

Yeah

They fixed it

Took a couple tries

Think we are good to promote?

Christina Pushaw

Yay

DEF 003562

JEX 6.016

Christina Pushaw

Yay

 Ok if Taryn is good with us tweeting it I will too

Cool will await her direction

They kinda need us to help keep the messaging positive in the comments

Trolls already starting

Christina Pushaw

Don't worry. Just DM it to some people to share it

 I mean supportive followers you have

Taryn Fenske

 You can promote

Awesome, sending one now

DEF003563

‹  EOG Press    🔍  ⋮

Awesome, sending one now

Saturday, Aug 6 • 9:14 AM

Hey guys, Jan lobbied hard to get the article fixed. I think it does us a unique service of making the point that the suspension was about a BUNCH of factors, not just the abortion thing

https://www.theepochtimes.com/removal-of-florida-state-attorney-about-neglect-of-duty-and-is-not-political-desantis-says_4646641.html

However, she does give space to Warren's quotes

On the whole I think it's good and want to share since she worked with me on edits

Lmk what you think

DEF003564

Larry Keefe

Larry here. This is to James, Ryan, Taryn and Bryan.

SA Lopez was just formally and ceremonially"sworn in" by a circuit judge. Several of the SA's former colleagues/judges and key SAO members were present. Robbie captured images of all. Very warm, nice yet dignified event.

All documents related to her oath, Secretary of State and resignation are being processed now in accord with Ryan's instructions. The SA said she will email copies of all to Rochelle.

Transition has been appropriate and smooth thus far.

I have moved into a conference room along with Bryan, Robbie and Lindsey down the hall and "away" from t'�ury ⸳A and her staff.

DEF 003565

**JEX 6.019**

James, Larry, and 2 more

Larry Keefe

https://www.wfla.com/news
/hillsborough-county/andrew
-warren-giving-tampa
-cold-case-update-despite
-suspension/

↻

Tap to load preview

L

Larry Keefe

Bryan, Lindsey and Robbie have departed the Tampa OSA.

Signed Judicial resignation letter to the Governor will be emailed to Rochelle within the next few minutes. Bryan took a duplicate original of same with him.

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here h___ approached me to express ___f, gratitude and optimism going forward

DEF 003566

JEX 6.020

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.

COS Weisman wants me to stay here through tomorrow. I said I would, subject to your direction. Please advise re your direction on same.

Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

We are downstairs

Taryn Fenske

I sent the number too for a potential PIO to you Larry

Larry Keefe

COS has reta... PIO

Please advise re your direction on same.

Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

We are downstairs

Taryn Fenske

I sent the number too for a potential PIO to you Larry

Larry Keefe

COS has retained PIO candidate. Will start work remotely immediately.

Bryan, according to email Christina sent, the 4 pm event will be in a private law firm on upper floors of Bank of America building.

Aug 4, 3:58 PM

DEF 003568

**JEX 6.022**

## SA Suzy Lopez

**Thursday, Aug 4 • 9:45 AM**

Texting with SA (SMS/MMS)

Judge Lopez this is Bryan Griffin

Can you approve this quote for our use in a press release from our office accompanying the event

"I have the utmost respect for our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said Susan Lopez, State Attorney of the 13th Judicial Circuit. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

 Yes sir. I'm sorry for the delay.

↓

No problem

DEF 003569

**SA Suzy Lopez**

our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said Susan Lopez, State Attorney of the 13th Judicial Circuit. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

**S** Yes sir. I'm sorry for the delay.

No problem

Good with you?

**S** Yes. Thank you.

Thursday, Aug 4 • 11:16 AM

What's your ETA?

**S** 15 minutes

DEF 003570

JEX 6.024

← **Larry, Savannah, Taryn** 🔍 ⋮

**Thursday, Aug 4 • 7:10 AM**

Larry created this group MMS with you and 2 others

Larry Keefe

Larry Keefe here. See today's Tampa Times article re Warren making some major announcement later today re a high profile case.

Larry Keefe

https://www.tampabay.com/news/tampa/2022/08/03/major-development-expected-in-tampa-exoneration-case/

↻

Tap to load preview

Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

Larry Keefe

↓

Understood. Thanks

DEF 003571

JEX 6.025



Larry, Savannah, Taryn

> Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

**Larry Keefe**

Understood. Thanks

Governor may get  questions on this during presser this morning.

> I'll make sure hes aware.

**Larry Keefe**

Thanks

**Larry Keefe**

Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External pres       ase say

DEF 003572

JEX 6.026

Larry Keefe

Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External press release say same.

Also say the office shall have no blanket non prosecution policies and that all cases will be evaluated on a case by case basis and that the law will be enforced as written by the legislature.



Taryn Fenske

I'm fine with that unless it holds up any decent decisions!

By suspending

Larry Keefe

First order of ⬇ ness before that memo g̶ ̶ ̶ut is to obtain

DEF 003573

JEX 6.027

< **Larry, Savannah, Taryn**   🔍 ⋮

 By suspending

Larry Keefe

 First order of business before that memo goes out is to obtain the Chief of Staff's deconfliction assessment re any key decisions with irreparable implications.



Taryn Fenske

 Sounds good

Taryn Fenske

 😍 to "Suzy is now at the event site with sheriff chronister "

Larry Keefe

 I have the EO.



Larry Keefe

 Suzy is now at the event site with sheriff chronister

Aug 4, 9:37 AM

DEF 003574

**JEX 6.028**

Larry Keefe

**Wednesday, Aug 3 • 5:10 PM**

Hi Larry, can you please connect me with Susie?

> **S** Suzy Lopez
> View contact

She knows who you are and is expecting your call.

I'll call you back.

Rog

Apologies, momentarily

**Wednesday, Aug 3 • 11:02 PM**

Did you and Suzy Lopez connect?

Yes sir we are good to go

Excellent. Tha ↓

DEF 003575

Larry Keefe

Yes sir we are good to go

L  Excellent. Thanks

**Thursday, Aug 4 • 9:13 AM**

L  Please text me when you land and when you arrive at event site. Thanks

Landed

Headed to location

L  Copy

19 mins from site

L  Rog. Standing by.

3 Mins from site

On site

DEF 003576

**JEX 6.030**

# Larry Keefe

L

Rog. Standing by.

3 Mins from site

On site

L

Copy. Per James instructions I am proceeding to approach Warren. Will happen in five minutes. Will confirm after.

Proceed

In hold room

Touched base with Lopez

Let me know to tell gov

L

Warren is out of the building. The sheriff rep and I are in his office awaiting your arrival. I am now meeting with Weisman

Ex____nt, announcing now

DEF 003577

**Larry Keefe**

Let me know to tell gov

Warren is out of the building. The sheriff rep and I are in his office awaiting your arrival. I am now meeting with Weisman

Excellent, announcing now

Status on site?

Conf wrapping up

Called you. Call me.

I cant

OK

**Thursday, Aug 4 · 1:39 PM**

**Fred Piccolo**
View contact

DEF 003578

**JEX 6.032**

Rikki Glenn Beck

**Thursday, Aug 4 • 5:53 PM**

How'd the show go today? We've been non stop!

Good! We covered in 2nd hour of radio

GLENN:  This is the Glenn Beck Program.  Now, imagine -- imagine Mickey Mouse in the hand of Ron DeSantis, just his head.  Not Ron -- but Mickey Mouse's head, as he made this announcement in Florida just a few minutes ago.

VOICE:  The constitution of Florida has vested the veto power in the governor, not in individual state attorneys.

And so when you flagrantly violate your oath of office.

When you make yourself above the law, you have violated your duty.  You have neglected your duty.  And yo   ↓   displaying a lack of compe....ce to be able

DEF 003579

**JEX 6.033**

When you make yourself above the law, you have violated your duty. You have neglected your duty. And you are displaying a lack of competence to be able to perform those duties. And so today, we are suspending state attorney Andrew Warren, effective immediately.

GLENN: Now, what I know about Andrew Warren is, he's a Soros guy. And didn't he make Hillsborough County, an abortion sanctuary city or county?

STU: Yes. A sanctuary county. Phil Kerpen writes, the guy made Hillsborough a sanctuary county for late-term abortionists, and doctors who perform castration slash double mastectomy's on minors. Laws are laws.

Yeah. Apparently, those things are actually supposed to mean something. A_ _is has been interesting th _g. Because we

DEF 003580

**JEX 6.034**

Yeah.  Apparently, those things are actually supposed to mean something.  And this has been interesting thing.  Because we have these big debates on what the law should be.  But the left, and specifically, George Soros, and the organizations, he funds.  Have found a way to sort of disrupt this system.  And just put people in place, that don't enforce the laws.  So then the debates don't matter.  It doesn't matter if abortion is illegal in your county.  If you just have someone who is refusing to enforce the law that exists.  Well, DeSantis is doing something about it today.

GLENN:  And, you know, that's the problem.  The president of the United States, his main job is, what?  To enforce the laws.  To make sure that the laws are enforced.  And if he -- you know, he's not even supposed to veto any law.  Unless he finds them unconstitutional.  So he can't go.  "You know, I really

DEF 003581

JEX 6.035

GLENN: And, you know, that's the problem. The president of the United States, his main job is, what? To enforce the laws. To make sure that the laws are enforced. And if he -- you know, he's not even supposed to veto any laws. Unless he finds them unconstitutional. So he can't go. "You know, I really don't like this one." That's not what he's supposed to do with the veto power. It is, I feel this is unconstitutional. Then he's the first stop for the Constitution, protecting and defending. Then it goes back. Congress can override that veto. And then it would go to the Supreme Court. That's the way it works. Ron -- Ron DeSantis is the only guy, seemingly, that is standing up for the law. And God bless him. And he's right, that is going to make -- that is going to make the media's head explode. Even more I have to admit, than Ron coming o   nd saying, I just beheade    key Mouse.

DEF 003582

JEX 6.036

‹   Rikki Glenn Beck

are enforced.  And if he -- you know, he's not even supposed to veto any laws.  Unless he finds them unconstitutional.  So he can't go.  "You know, I really don't like this one." That's not what he's supposed to do with the veto power.  It is, I feel this is unconstitutional.  Then he's the first stop for the Constitution, protecting and defending.  Then it goes back.  Congress can override that veto.  And then it would go to the Supreme Court. That's the way it works.  Ron -- Ron DeSantis is the only guy, seemingly, that is standing up for the law.  And God bless him. And he's right, that is going to make -- that is going to make the media's head explode. Even more I have to admit, than Ron coming out and saying, I just beheaded Mickey Mouse. I think -- I think this one is probably a better move for a governor. ;)



Love it!!

DEF 003583

**JEX 6.037**