# JEX 8

**NATIVE VIDEO FILE PLEASE REFER TO ACCOMPANYING FLASH DRIVE**

8/4/2022 DeSantis Press Conference - Video https://www.youtube.com/watch?v=2oZ5Xy55OHw&t=27s [Treadwell Ex. 2 (AW_Public000067)]

4:22-cv-302-RH-MAF

**JOINT EX**

**8**