**From:** Governor's Press Office [Governor'sPressOffice@eog.myflorida.com]
**Sent:** 8/4/2022 10:17:23 AM
**To:** Kelly Jefferson, Savannah [Savannah.KellyJefferson@eog.myflorida.com]
**Subject:** Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law




**For Immediate Release**: August 4, 2022

**Contact:** Governor's Press Office, (850) 717-9282, Communications@eog.myflorida.com

# Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law

*Governor DeSantis appoints current Hillsborough County Judge Susan Lopez to serve as Acting State Attorney of the 13th Judicial Circuit*

**TAMPA, Fla.**— Today, Governor Ron DeSantis suspended State Attorney Andrew Warren of the 13th Judicial Circuit due to neglect of duty. The Governor has the authority to suspend a state officer under Article IV, Section 7 of the Constitution of the State of Florida. The Governor has appointed Susan Lopez to serve as State Attorney for the period of suspension. She has most recently been serving as a Judge on the Hillsborough County Court. To view the order suspending Andrew Warren and appointing Susan Lopez, click here.

"State Attorneys have a duty to prosecute crimes as defined in Florida law, not to pick and choose which laws to enforce based on his personal agenda," said **Governor Ron DeSantis**. "It is my duty to hold Florida's elected officials to the highest standards for the people of Florida. I have the utmost trust that Judge Susan Lopez will lead the office through this transition and faithfully uphold the rule of law."

4:22-cv-302-RH-MAF
JOINT EX
9

"I have the utmost respect for our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said **Susan Lopez, State Attorney of the 13th Judicial Circuit**. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

The Governor has the authority under the Florida Constitution to suspend state officials for reasons of misfeasance, malfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or commission of a felony. The Governor has further authority to fill that office by appointment for the duration of the suspension.

Susan Lopez was appointed by Governor DeSantis to serve as a judge on the Hillsborough County Court in 2021. She previously served as Assistant State Attorney of the 13th Judicial Circuit for more than 15 years and as Staff Attorney of the Second District Court of Appeal. She received her bachelor's degree from Middlebury College and her law degree from Suffolk University. She is a long-time resident of Tampa and has been involved in the Hillsborough community through a variety of organizations for many years.

###

Share this email:

   

Manage your preferences | Opt out using TrueRemove®
Got this as a forward? Sign up to receive our future emails.
View this email online.

400 S Monroe
Tallahassee, FL | 32399 US

This email was sent to savannah.kelly@eog.myflorida.com.
*To continue receiving our emails, add us to your address book.*