# JEX 10

**NATIVE VIDEO FILE PLEASE REFER TO ACCOMPANYING FLASH DRIVE**

8/4/2022 DeSantis interview by Tucker Carlson - Video
https://www.youtube.com/watch?v=9C0aJK63vGQ
[Pushaw Ex. D, AW_Public000007]

4:22-cv-302-RH-MAF
**JOINT EX**
**10**

**JEX 10.001**