**From:**       L Keefe [19lkeefe@gmail.com]
**Sent:**       7/25/2022 1:53:39 PM
**To:**         Treadwell, Ray [Ray.Treadwell@eog.myflorida.com]
**CC:**         19lkeefe [19lkeefe@gmail.com]
**Subject:**    RP
**Attachments:** RPsAW2.docx

4:22-cv-302-RH-MAF

**JOINT EX**

**13**

DEF 001041
**JEX 13.001**

(Executive Order of Suspension)

WHEREAS, the State of Florida's supreme executive power shall be vested in the Executive Office of the Governor (the "Governor"). Art. IV, section 1(a), Fla. Const.

WHEREAS, the Governor shall take care that the laws of the State of Florida be faithfully executed. Id.

WHEREAS, the Governor may suspend from office any state officer for neglect of that officer's duties. Art. IV, section 7(a), Fla. Const.

WHEREAS, Andrew Warren is, and was at all material times, a "state officer," in his capacity as the State Attorney for the 13th Judicial Circuit of the State of Florida (hereafter "Warren" or "Andrew Warren").

WHEREAS, on March 3, 2022, the Florida legislature passed House Bill 5 ("HB5"), which prohibits the provision of abortions in Florida after 15 weeks.

WHEREAS, I signed HB5 on April 14, 2022, it took effect on July 1, 2022, and it remains in full-force and effect. (Footnote to describe trial court temporary injunction, appeal and stay of injunction).

[ PAGE ]

WHEREAS, a violation of HB5 by an abortion provider is a third-degree felony, and any person who willfully performs or actively participates in an abortion in violation of the law is subject to criminal penalties, including imprisonment of up to five years and monetary penalties. Sections 390.0111(10)(a), 775.082(8)(e) and 775.083(1)(c), Fla. Stat.

WHEREAS, Warren publicly proclaimed in writing on June 29, 2022 that he will not prosecute individuals who provide abortions in violation of Florida law.

WHEREAS, Warren made the following statements, in addition to other statements, in a document titled "Joint Statement From Elected Prosecutors," printed on the letterhead of an organization named "Fair and Just Prosecution" (which document is attached hereto as Exhibit "A"):

> "As such, we [the undersigned prosecutors] decline to use our offices' resources to criminalize reproductive health decisions and commit to exercise our well-settled discretion and refrain from prosecuting those who seek, provide or support abortions."

> and

> "Criminalizing and prosecuting individuals who seek or provide abortion makes a mockery of justice; prosecutors should not be part of that."

[ PAGE ]

WHEREAS, Warren has thus clearly, unequivocally and publicly declared that he has a "blanket policy" to not prosecute violations of these duly promulgated Florida laws. (Cite FSC Ayala case)

WHEREAS, Warren has effectively banned these Florida laws in the 13th Judicial Circuit – as opposed to making case-specific determinations as to whether the facts of each case justify prosecution under these laws.

WHEREAS, as result of Warren's express, written and public adoption of this blanket policy, he has effectively declared that he shall exercise no discretion at all in all these cases.

WHEREAS, Warren's refusal to prosecute violations of HB5 is a "functional veto" of this duly promulgated Florida law in the 13th Judicial Circuit.

WHEREAS, Warren's avowed refusal to exercise prosecutorial discretion on a case-by-case basis in these cases is a neglect of duty in violation of his oath of office to faithfully perform his duties as State Attorney for the 13th Judicial Circuit. (Citation to FSC's decision in Ayala case)

WHEREAS, Warren has also publicly declared functional vetoes of other existing and potential future Florida laws and has publicly announced his blanket refusal to enforce those laws.

[ PAGE ]

DEF 001044
**JEX 13.004**

WHEREAS, in a document titled "Joint Statement From Elected Prosecutors Pledging To Work Towards The Elimination Of The Death Penalty," dated February 22, 2022, printed on the letterhead of the "Fair and Just Prosecution" organization (which document is attached hereto as Exhibit "B"), Warren made the following public declarations, and others, stating his preemptive, blanket refusal to seek the death penalty in entire categories of death penalty-eligible cases:

"For those of us in states where the death penalty is still permitted, we will uphold Supreme Court precedent and the interests of justice by refusing to seek the death penalty against people with intellectual disabilities, post-traumatic stress disorder, histories of traumatic brain injury, or other intellectual or cognitive challenges that diminish their ability to fully understand and regulate their own actions. We will support efforts to identify individuals currently on death row in our jurisdictions who experienced these challenges and to seek commutations or other just resolutions. We will also support efforts to overturn existing death sentences in cases that feature a colorable claim of innocence, racial bias, egregiously inadequate or negligent defense counsel, discovery violations, or other misconduct that render us unable to stand by the sentence in good faith. This is the bare minimum that justice demands of us."

[ PAGE ]

and

> "We pledge to abide by these obligations by refusing to seek the death penalty against individuals with cognitive impairments or otherwise diminished culpability. And we further commit to work toward the elimination of our nation's failed death penalty system, once and for all."

WHEREAS,  in a document titled "Joint Statement From Elected Prosecutors and Law Enforcement Leaders Condemning The Criminalization of Transgender People And Gender-Affirming Healthcare," dated June 2021, printed on the letterhead of the "Fair and Just Prosecution" organization (which document is attached hereto as Exhibit "C"), Warren made the following public declarations, and others, stating preemptively his intention to refuse to enforce any future Florida laws that may criminalize or otherwise regulate or prohibit certain forms of gender transition surgery and other medical treatments for anyone under the age of 18 that alter primary or secondary sexual characteristics.

WHEREAS, Warren stated in Exhibit "C," among other things:

> "Bills that criminalize safe and crucial medical treatments or the mere public existence of trans people do not promote public safety, community

[ PAGE ]

DEF 001046
**JEX 13.006**

trust, or fiscal responsibility. They serve no legitimate purpose. As such, we pledge to use our settled discretion and limited resources on enforcement of laws that will not erode the safety and well-being of our community. And we do not support the use of scarce criminal justice and law enforcement resources on criminalization of doctors who offer medically necessary, safe, gender-affirming care to trans youth, parents who safeguard their child's health and wellbeing by seeking out such treatments, or any individuals who use facilities aligned with their gender identity."

and

"We are committed to ending this deeply disturbing and destructive criminalization of gender-affirming healthcare and transgender people. And we urge other policymakers to join us in standing up and standing together on this important issue."

WHEREAS, Warren has in the foregoing instances demonstrated and made manifest to the public his clear present intention to functionally veto and ban in the 13th Judicial Circuit entire categories of existing and potential future Florida laws.

[ PAGE ]

DEF 001047
**JEX 13.007**

WHEREAS, Warren has neglected his duty to the people of the 13th Circuit and the State of Florida by elevating his personal political ambitions and personal political agenda above his duty to faithfully execute Florida law.

WHEREAS, in each of the foregoing instances, as reflected in Exhibits "A," "B" and "C," Warren has ceded the authority of the Office of State Attorney for the 13th Judicial Circuit and has subordinated the people of the 13th Judicial Circuit to the "Fair and Just Prosecution" ("FJP") organization, which is affiliated with entities associated with activist George Soros, as described below.

WHEREAS, Warren has publicly acknowledged that activist George Soros ("Soros")-affiliated entities have funded Warren's political activities.

WHEREAS, Soros has supported Warren and other "progressive prosecutors" through a series of shell organizations, affiliates and pass-through entities, including the Democratic Party.

WHEREAS, FJP is affiliated with Soros through an organization named "The Tides Center," which represents itself publicly as an "incubator" that helps stand up progressive groups.

WHEREAS, The Tides Center receives funding from Soros' "Open Society" network of entities.

[ PAGE ]

DEF 001048
**JEX 13.008**

WHEREAS, Warren can no longer be trusted to fulfill his oath of office and his duty to see that Florida law is faithfully executed because of Warren's open and notorious repudiation and nullification of Florida law.

WHEREAS, it is in the best interests of the residents of the 13th Judicial Circuit that they immediately have a new State Attorney who will faithfully execute the laws and exercise prosecutorial discretion to do justice on a case-by-case, fact-specific basis in accordance with Florida law.

WHEREAS, it is in the best interests of the residents of the 13th Judicial Circuit that SA Warren be immediately suspended from the public office, which he now holds.

NOW, THEREFORE, I, RON DESANTIS, Governor of Florida, pursuant to the Constitution and the laws of the State of Florida, do hereby find, and for the purposes of Article IV, section 7, of the Florida Constitution, determine as follows:

A.) Andrew Warren is, and at all material times was, the State Attorney for the 13th Judicial Circuit of Florida.

B.) The office of state attorney is within the purview of the suspension powers of the Governor, pursuant to Article IV, section 7, of the Florida Constitution.

[ PAGE ]

DEF 001049
**JEX 13.009**

C.)    The actions and omissions of Andrew Warren as referenced above constitute "neglect of duty" for the purposes of Article IV, section 7, of the Florida Constitution.

D.)    If, after execution of this suspension, additional facts are discovered that illustrate further neglect of duty – or other constitutional grounds for suspension of Andrew Warren – this Executive Order may be amended to allege those additional facts.

BEING FULLY ADVISED in the premises, and in accordance with the Constitution and the laws of the State of Florida, this Executive Order is issued, effective immediately:

Section 1.    Andrew Warren is hereby suspended from the public office that he now holds, to wit: State Attorney for the 13th Judicial Circuit of Florida.

Section 2.    Andrew Warren is hereby prohibited from performing any official act, duty, or function of public office; from receiving any pay or allowance; from being entitled to any of the emoluments or privileges of public office during the period of this suspension, which period shall be from the effective date hereof, until a further executive order is issued, or as otherwise provided by law.

[ PAGE ]

Section 3.  (name of successor) is hereby appointed forthwith to fill the position of State Attorney for the 13th Judicial Circuit of Florida in accordance with Article IV, sections 1(f) and 7(a) of the Florida Constitution.


###

[ PAGE ]