# STATE OF FLORIDA

## OFFICE OF THE GOVERNOR
## EXECUTIVE ORDER NUMBER 22-XX

(Executive Order of Suspension)

**WHEREAS**, Article IV of the Florida Constitution vests ~~State of Florida's~~ the State's supreme executive power ~~shall be vested~~ in the ~~Executive Office of the~~ Governor and requires the Governor to take care that the laws of Florida are faithfully executed. *See* ~~(the "Governor")~~. Art~~icle~~. IV, section 1(a), Fl~~orida~~a. Const~~itution~~; and

~~**WHEREAS**, the Governor shall take care that the laws of the State of Florida be faithfully executed. *Id.*; and~~

**WHEREAS**, in furtherance of the Governor's executive responsibility, the Governor may suspend from office any state officer not subject to impeachment for ~~neglect of~~ that officer's malfeasance, misfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or commission of a felony~~duties~~. *See* Art~~icle~~. IV, section 7(a), Fl~~orida~~a. Const~~itution.~~; and

**WHEREAS**, "neglect of duty" has reference to "the neglect or failure on the part of a public officer to do and perform some duty or duties laid on him as such by virtue of his office or which is required of him by law." *Israel v. Desantis*, 269 So. 3d 491, 496 (Fla. 2019) (quoting *State ex rel. Hardie v. Coleman*, 155 So. 129, 132 (Fla. 1934)). "It is not material whether the neglect be willful, through malice, ignorance, or oversight." *Id.*;

**WHEREAS**, "incompetence" may arise from gross ignorance of official duties or gross carelessness in the discharge of them, or from lack of judgment and discretion. *Id.*

1

4:22-cv-302-RH-MAF
**JOINT EX**
**19**

DEF 001341

**JEX 19.001**

**WHEREAS**, state attorneys are constitutionally elected to serve as the prosecuting officers of all trial courts within each judicial circuit. *See* Art. V, section 17, Fla. Const.; and

**WHEREAS**, with respect to the prosecution of crimes in general, the State acts exclusively through the offices of the state attorneys. *Cook v. State*, 921 So. 2d 631, 644 (Fla. 2d DCA 2005); and

**WHEREAS**, even though state attorneys have complete discretion in making the decision to prosecute a particular defendant, *Cleveland v. State*, 417 So. 2d 653, 654 (Fla. 1982), prosecutorial discretion requires a state attorney to make "case-specific" and "individualized" determinations as to whether the facts warrant prosecution. *Ayala v. Scott*, 224 So. 3d 755, 758-59 (Fla. 2017); and

**WHEREAS**, a state attorney's "blanket refusal" to enforce a criminal law is not an exercise of prosecutorial discretion; it is "tantamount to a 'functional veto' of state law." *Id.* (discussing *Johnson v. Pataki*, 691 N.E.2d 1002, 1007 (N.Y. 1997)); and

**WHEREAS**, a state attorney's policy to "knowingly permit" criminal activity and "prefer no charges" constitutes "neglect of duty" under the Florida Constitution. *State ex rel. Hardee v. Allen*, 172 So. 222, 223-24 (Fla. 1937) (concluding that the Governor's suspension of a Tampa prosecutor for "neglect of duty" was sufficiently based on the prosecutor's alleged unwillingness to prosecute gambling offenses). Relatedly, a state attorney who contends that prosecutorial discretion may be used to disregard entire criminal laws demonstrates incompetence and gross ignorance of a state attorney's official duties to exercise discretion only on a "case-by-case" and "individualized" basis. *See Ayala*, 224 So. 3d at 759 (a state attorney's erroneous application of prosecutorial discretion "embodies, at best, a misunderstanding of Florida law"); and

DEF 001342

**JEX 19.002**

WHEREAS, Andrew Warren is the State Attorney for the 13th Judicial Circuit of the State of Florida (hereafter, "Warren").

WHEREAS, Warren demonstrated his incompetence and ignorance of prosecutorial discretion as early as June 2021, when he signed a "Joint Statement" with other elected prosecutors in support of gender-transition treatments for children and bathroom usage based on gender identity (attached hereto as Exhibit "A").  The statement read,

"[W]e pledge to use our discretion and not promote the criminalization of gender-affirming healthcare or transgender people."

and

"Bills that criminalize safe and crucial medical treatments or the mere public existence of trans people do not promote public safety, community trust, or fiscal responsibility. They serve no legitimate purpose. As such, we pledge to use our settled discretion and limited resources on enforcement of laws that will not erode the safety and well-being of our community. And we do not support the use of scarce criminal justice and law enforcement resources on criminalization of doctors who offer medically necessary, safe, gender-affirming care to trans youth, parents who safeguard their child's health and wellbeing by seeking out such treatments, or any individuals who use facilities aligned with their gender identity."

and

"We are committed to ending this deeply disturbing and destructive criminalization of gender-affirming healthcare and transgender people."

WHEREAS, these statements prove that Warren thinks he has authority to renounce the Florida Legislature and nullify criminal laws with which he disagrees.  He recently demonstrated the same incompetence with respect to Florida's criminal laws against certain types of abortions, and he even avowed not to enforce those criminal laws.

~~WHEREAS, Andrew Warren is, and was at all material times, a "state officer," in his capacity as the State Attorney for the 13th Judicial Circuit of the State of Florida (hereafter "Warren" or "Andrew Warren").~~

DEF 001343

**JEX 19.003**

**WHEREAS**, ~~on March 3, 2022, the Florida legislature passed House Bill 5 ("HB5"), which prohibits the provision of abortions in Florida after 15 weeks~~until recently, the criminal law generally prohibited physicians from performing an abortion during the third trimester or after a fetus achieves viability.  *See* ss. 390.0111, 390.0112, Fla. Stat. (2021); and

**WHEREAS**, on March 3, 2022, the Florida Legislature passed House Bill 5 ("HB 5"), titled "Reducing Fetal and Infant Mortality," which now prohibits a physician from performing an abortion after a fetus reaches the gestational age of 15 weeks, with certain exceptions; and

**WHEREAS**, I signed HB 5 on April 14, 2022, it took effect on July 1, 2022, and it remains in full force and effect;[1] and

**WHEREAS**, a violation of Florida's criminal law against abortion continues to be a felony of the third degree, punishable by imprisonment of up to five years and monetary penalties. *See* ss. 390.0111(10)(a), 775.082(3)(e) and 775.083(1)(c), Fla. Stat.; and

**WHEREAS**, Florida's criminal law also prohibits partial-birth abortions, which are classified as second degree felonies and punishable by imprisonment of up to fifteen years and monetary penalties.  *See* ss. 782.34, 775.082(3)(d) and 775.083(1)(b), Fla. Stat.; and

~~**WHEREAS**, I signed HB5 on April 14, 2022, it took effect on July 1, 2022, and it remains in full force and effect. (Footnote to describe trial court temporary injunction, appeal and stay of injunction); and~~

**WHEREAS**, on June 24, 2022, the Supreme Court of the United States overturned *Roe v. Wade*, 410 U.S. 113 (1973) and *Planned Parenthood of Southeaster Pa. v. Casey*, 505 U.S. 833 (1992), reaffirming that states may prohibit abortion through criminal laws passed by their elected representatives.  *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022) ~~a~~

---

[1] Footnote to describe trial court temporary injunction, appeal and stay of injunction?

4

~~violation of HB5 by an abortion provider is a third degree felony, and any person who willfully performs or actively participates in an abortion in violation of the law is subject to criminal penalties, including imprisonment of up to five years and monetary penalties. Sections 390.0111(10)(a), 775.082(8)(e) and 775.083(1)(c), Florida Statutes~~; and

**WHEREAS**, <u>on June 29, 2022,</u> Warren publicly proclaimed in writing ~~on June 29, 2022~~ that he will not prosecute individuals who provide abortions in violation of Florida<u>'s criminal</u> law<u>s. Warren signed another</u>~~; and~~

~~**WHEREAS**, Warren made the following statements, in addition to other statements, in a document titled~~ "Joint Statement<u>" with other elected prosecutors</u>~~From Elected Prosecutors,"~~ ~~printed on the letterhead of an organization named "Fair and Just Prosecution"~~ (~~which document is~~ attached hereto as Exhibit "<s>A</s><u>B</u>")<u>, which stated,</u>~~:~~

<u>"Criminalizing and prosecuting individuals who seek or provide abortion makes a mockery of justice; prosecutors should not be part of that.";</u>

<u>and</u>

<u>"Enforcing abortion bans runs counter to the obligations and interests we are sworn to uphold.";</u>

<u>and</u>

"As such, we [the undersigned prosecutors] decline to use our offices' resources to criminalize reproductive health decisions and commit to exercise our well-settled discretion and refrain from prosecuting those who seek, provide or support abortions."

and

<u>"Our legislatures may decide to criminalize personal healthcare decisions, but *we* remain obligated to prosecute only those cases that serve the interests of justice and the people."</u>

~~"Criminalizing and prosecuting individuals who seek or provide abortion makes a mockery of justice; prosecutors should not be part of that."; and~~

DEF 001345

**JEX 19.005**

**WHEREAS**, Warren has thus clearly, unequivocally, and publicly declared that he has a "blanket policy" to not prosecute violations of ~~these duly promulgated Florida~~abortion-related criminal laws; and

**WHEREAS,** Warren's declared intent not to prosecute any abortion crimes encourages not only the abortions recently prohibited by HB 5, but also late-term and partial-birth abortions that have long been banned under Florida's criminal law. (Cite FSC Ayala case); and

**WHEREAS**, Warren has effectively ~~banned~~ nullified these Florida laws in the 13th Judicial Circuit—~~as opposed to making case-specific determinations as to whether the facts of each case justify prosecution under these law~~, ~~s~~thereby destroying the uniformity of criminal law in Florida and usurping the exclusive role of the Legislature to define criminal conduct. *See* Ex. B ("Our legislatures may decide to criminalize personal healthcare decisions, but *we* remain obligated to prosecute only those cases that serve the interests of justice and the people."); and

**WHEREAS,** Warren has similarly instituted policies of non-enforcement for other criminal violations, including resisting arrest without violence, trespassing at a business location, disorderly conduct, disorderly intoxication, prostitution, and certain marijuana offenses; and

~~**WHEREAS**, as result of Warren's express, written and public adoption of this blanket policy, he has effectively declared that he shall exercise no discretion at all in all these cases; and~~

~~**WHEREAS**, Warren's refusal to prosecute violations of HB5 is a "functional veto" of this duly promulgated Florida law in the 13th Judicial Circuit; and~~

**WHEREAS**, Warren's avowed ~~—~~ refusal to enforce certain criminal laws ~~exercise prosecutorial discretion on a case-by-case basis in these cases~~ is a neglect of duty in violation of

6

his oath of office to faithfully perform his duties as State Attorney for the 13th Judicial Circuit. ~~(Citation to FSC's decision in Ayala case~~; and~~)~~

**WHEREAS**, Warren's neglect of duty is willful and intended to be a "functional veto" on the policies of the Legislature; and

**WHEREAS**, Warren's neglect of duty is not excused by prosecutorial discretion, because his blanket policies ensure that he will exercise no discretion at all in these criminal cases; and

~~**WHEREAS**, Warren has also publicly declared functional vetoes of other existing and potential future Florida laws and has publicly announced his blanket refusal to enforce those laws; and~~

~~**WHEREAS**, Warren in a document titled "Joint Statement From Elected Prosecutors And Law Enforcement Leaders," dated June 2021, printed on the letterhead of the "Fair and Just Prosecution" organization (which document is attached hereto as Exhibit "B"), Warren condemned the election security laws that the Florida Legislature had enacted in 2021 and condemned the Florida Legislature's proposed election security legislation for 2022:~~

~~"These restrictions make it more difficult to vote at a time when we should be broadening and encouraging – and not curtailing – access to this fundamental constitutional right and robust participation in our nation's democratic processes. These limitations will also have an outsized effect on communities of color and people in poverty, because these groups tend to have a more difficult time meeting unnecessarily burdensome ID requirements, and also tend to vote more frequently through alternative avenues such as early voting and same day voter registration. As leaders committed to justice and fairness, we are particularly troubled by attempts to resurrect voting barriers that evoke one of the darkest chapters in~~

7

DEF 001347

**JEX 19.007**

American history, when law enforcement officials in the Jim Crow era blocked black citizens from accessing the polls."

and

"As leaders in the criminal justice and law enforcement community, we stand together in opposition to these punitive and gratuitous measures."; and

**WHEREAS**, in a document titled "Joint Statement From Elected Prosecutors Pledging To Work Towards The Elimination Of The Death Penalty," dated February 22, 2022, printed on the letterhead of the "Fair and Just Prosecution" organization (which document is attached hereto as Exhibit "C"), Warren made the following public declarations, and others, stating his preemptive, blanket refusal to seek the death penalty in entire categories of death penalty-eligible cases:

"For those of us in states where the death penalty is still permitted, we will uphold Supreme Court precedent and the interests of justice by refusing to seek the death penalty against people with intellectual disabilities, post-traumatic stress disorder, histories of traumatic brain injury, or other intellectual or cognitive challenges that diminish their ability to fully understand and regulate their own actions. We will support efforts to identify individuals currently on death row in our jurisdictions who experienced these challenges and to seek commutations or other just resolutions. We will also support efforts to overturn existing death sentences in cases that feature a colorable claim of innocence, racial bias, egregiously inadequate or negligent defense counsel, discovery violations, or other misconduct that render us unable to stand by the sentence in good faith. This is the bare minimum that justice demands of us."

and

8

> "We pledge to abide by these obligations by refusing to seek the death penalty against individuals with cognitive impairments or otherwise diminished culpability. And we further commit to work toward the elimination of our nation's failed death penalty system, once and for all."; and

**WHEREAS**, in a document titled "Joint Statement From Elected Prosecutors and Law Enforcement Leaders Condemning The Criminalization of Transgender People And Gender-Affirming Healthcare," dated June 2021, printed on the letterhead of the "Fair and Just Prosecution" organization (which document is attached hereto as Exhibit "D"), Warren made the following public declarations, and others, stating preemptively his intention to refuse to enforce any future Florida laws that may criminalize or otherwise regulate or prohibit certain forms of gender transition surgery and other medical treatments for anyone under the age of 18 that alter primary or secondary sexual characteristics.

**WHEREAS**, Warren stated in Exhibit "D," among other things:

> "Bills that criminalize safe and crucial medical treatments or the mere public existence of trans people do not promote public safety, community trust, or fiscal responsibility. They serve no legitimate purpose. As such, we pledge to use our settled discretion and limited resources on enforcement of laws that will not erode the safety and well-being of our community. And we do not support the use of scarce criminal justice and law enforcement resources on criminalization of doctors who offer medically necessary, safe, gender-affirming care to trans youth, parents who safeguard their child's health and wellbeing by seeking out such treatments, or any individuals who use facilities aligned with their gender identity."

and

9

DEF 001349

**JEX 19.009**

~~"We are committed to ending this deeply disturbing and destructive criminalization of gender-affirming healthcare and transgender people. And we urge other policymakers to join us in standing up and standing together on this important issue."~~

~~**WHEREAS**, Warren has in the foregoing instances demonstrated and made manifest to the public his clear present intention to functionally veto and ban in the 13th Judicial Circuit entire categories of existing and potential future Florida laws; and~~

~~**WHEREAS**, Warren has neglected his duty to the people of the 13th Circuit and the State of Florida by elevating his personal political ambitions and personal political agenda above his duty to faithfully execute Florida law; and~~**WHEREAS**, Warren's public proclamations of non-enforcement further demonstrate his incompetence arising from his gross ignorance of his official duties to enforce criminal laws and to exercise discretion only on a case-by-case basis, and incompetence arising from his lack of judgment and discretion in entire categories of cases; and

**WHEREAS**, in each of the foregoing instances, ~~as reflected in Exhibits "A," "B," "C," and "D,"~~ Warren has ceded the authority of the Office of State Attorney for the 13th Judicial Circuit and has subordinated the people of the 13th Judicial Circuit to the "Fair and Just Prosecution" ("FJP") organization, which is affiliated with entities associated with activist George Soros, as described below; and

**WHEREAS**, Warren has publicly acknowledged that activist George Soros ("Soros")-affiliated entities have funded Warren's political activities; and

**WHEREAS**, Soros has supported Warren and other "progressive prosecutors" through a series of shell organizations, affiliates and pass-through entities, including the Democratic Party; and

DEF 001350

**JEX 19.010**

WHEREAS, FJP is affiliated with Soros through an organization named "The Tides Center," which represents itself publicly as an "incubator" that helps stand up progressive groups; and

WHEREAS, The Tides Center receives funding from Soros' "Open Society" network of entities; and

> **Commented [TR1]:** I would prefer to remove these allegations, but they may be valuable for the larger political narrative
> **Formatted:** Font: Bold

WHEREAS, it is my duty as Governor to ensure that all criminal violations remain eligible for prosecution throughout the State of Florida; and

WHEREAS, as a result of his open and notorious repudiation and nullification of Florida law, Warren can no longer be trusted to fulfill his oath of office and his duty to see that Florida law is faithfully executed ~~because of Warren's open and notorious repudiation and nullification of Florida law~~; and

WHEREAS, it is in the best interests of the residents of the 13th Judicial Circuit that they immediately have a new State Attorney who will faithfully execute the criminal laws and exercise prosecutorial discretion to do justice on a case-by-case, fact-specific basis in accordance with Florida law; and

~~WHEREAS, it is in the best interests of the residents of the 13th Judicial Circuit that SA Warren be immediately suspended from the public office, which he now holds.~~

> **Formatted:** Indent: First line: 0"

**NOW, THEREFORE, I, RON DESANTIS**, Governor of Florida, pursuant to the Constitution and the laws of the State of Florida, do hereby find, and for the purposes of Article IV, section 7, of the Florida Constitution, determine as follows:

A.) Andrew Warren is, and at all material times was, the State Attorney for the 13th Judicial Circuit of Florida.

> **Formatted:** Font: (Default) Times New Roman, 12 pt
> **Formatted:** Font: (Default) Times New Roman, 12 pt
> **Formatted:** Centered, Right: 0"

DEF 001351

**JEX 19.011**

B.)  The office of state attorney is within the purview of the suspension powers of the Governor, pursuant to Article IV, section 7, of the Florida Constitution.

C.)  The actions and omissions of Andrew Warren as referenced above constitute "neglect of duty" and "incompetence" for the purposes of Article IV, section 7, of the Florida Constitution.

D.)  If, after execution of this suspension, additional facts are discovered that illustrate further neglect of duty, incompetence, or other constitutional grounds for suspension of Andrew Warren, this Executive Order may be amended to allege those additional facts.

**BEING FULLY ADVISED** in the premises, and in accordance with the Constitution and the laws of the State of Florida, this Executive Order is issued, effective immediately:

Section 1.   Andrew Warren is hereby suspended from the public office that he now holds, to wit: State Attorney for the 13th Judicial Circuit of Florida.

Section 2.   Andrew Warren is hereby prohibited from performing any official act, duty, or function of public office; from receiving any pay or allowance; from being entitled to any of the emoluments or privileges of public office during the period of this suspension, which period shall be from the effective date hereof, until a further executive order is issued, or as otherwise provided by law.

Section 3.   (name of successor) is hereby appointed forthwith to fill the position of State Attorney for the 13th Judicial Circuit of Florida in accordance with Article IV, section 7(a) of the Florida Constitution.

        IN TESTIMONY WHEREOF, I have hereunto set my hand and have caused the Great Seal of the State of Florida to be affixed at the Capital, Tallahassee, Florida, this XX day of July, 2022.

DEF 001352

**JEX 19.012**

_____
RON DESANTIS, GOVERNOR

ATTEST:


_____
SECRETARY OF STATE

13

DEF 001353

**JEX 19.013**