

Approved 3/9/2021

## Presumption of Non-Prosecution

Based on the appropriate allocation of resources and the impact that a lawful arrest can have on quelling or resolving an immediate situation, the following charges carry a presumption of no file (or nolle prosequi if sent as a notice to appear).

| Charge | Code | Statute |
|---|---|---|
| Unregistered motor vehicle | TRAF5015 | 320.02 |
| Unlawful use of temporary tag | TRAF5031 | 320.131 |
| Attaching tag not assigned | TRAF5040 | 320.261 |
| Violation of nonresident restriction | TRAF6006 | 322.03 |
| Expired drivers license | TRAF5100 | 322.03 |
| No vehicle registration | TRAF5015 | 320.02 |
| Violation on non-resident registration requirements | TRAF5061 | 320.38 |
| Permitting unauthorized person to drive | TRAF6060 | 322.36 |
| No motorcycle endorsement or no valid motorcycle endorsement | TRAF6200/ TRAF6004 | 322.57/ 322.03 |
| Failure to notify DMV of address change | TRAF5019 | 320.02 |
| Trespass at business location |  | 810.02 |
| Disorderly conduct | MISC0124 | 877.03 |
| Disorderly intoxication | MISC0018 | 856.011 |
| Soliciting (panhandling) | HCOR0501 | 42-23 |
| Prostitution (where defendant is accused of giving or offering to give her/his body for sexual activity for hire) | PROS3101 | 796.07(2)(e) |

This presumption may be overcome by significant public safety concerns, such as pending felony charges, a VOP, or if the current charge is part of a charged course of contact that includes a charge not on this list.

## Driving with Suspended License (DWLS) Cases

If a defendant is charged with DWLS, the ASA must screen the case to determine the basis for the current suspension and the current license status of the defendant. This will allow the ASA to determine whether or not the case is suited for being addressed through reinstatement.

### Prosecution-focused DWLS Cases

A non-exhaustive list of DWLS charges demanding high-priority prosecution include for:

1. Underlying suspensions for DUIs, or other traffic-related convictions like Fleeing and/or Attempting to Elude or Vehicular Homicide;
2. Permanent revocations;
3. Active non-traffic criminal conviction suspensions;
4. DWLS that arises out of the same arrest as a DUI; or,
5. Habitual Traffic Offender (HTO) revocations (non-financial/prior forcible felony).

4:22-cv-302-RH-MAF
**JOINT EX**
**24**

DEF 000049

**JEX 24.001**

These suspensions are presumed to be <u>not</u> appropriate for handling through reinstatement.

*Reinstatement-focused DWLS Cases*

DWLS charges better handled with a focus on reinstatement include suspensions for:

1. Failure to pay (FTP) for civil infractions; [1]
2. Failure to appear (FTA) for civil infractions;
3. Expired medical clearance;
4. PIP coverage;
5. Outstanding judgments related to traffic accidents;
6. HTO (financial);
7. Out-of-state suspension;
8. Child support;
9. Inactive non-traffic convictions; or,
10. NVDL.

In the event that the defendant is able to obtain a valid drivers license, the ASA will announce a nolle prosequi. In many cases, a defendant may not be able to obtain a valid license within a short period of time or may be barred from doing so based upon the operation of federal law. If the defendant is unable to obtain a drivers license by their second disposition date (or prior to trial if set earlier), the State will review the case for a nolle prosequi. Supervisors will review DWLS cases older than 90 days to determine if prosecution will continue.

*ASA Review of DWLS Cases*
*If there are any attached civil infraction, our office does not handle those and takes no position on the outcome of those citation.*

1. In all cases, we must be able to prove that the license was suspended on the date of the offense, the identity of the defendant, and knowledge of the suspension (may use statutory presumptions).

If can't establish element of offense → nolle prosequi
If yes, go to #2.

2. Did this DWLS arise out of the same incident as a DUI?

If yes, → continue prosecution.
If no, go to #3.

3. What was the basis of the suspension?

Prosecution-focused DWLS: If underlying suspensions for DUIs, or other traffic-related convictions like Fleeing and/or Attempting to Elude or Vehicular Homicide, a permanent revocation, an active non-traffic criminal conviction, or Habitual Traffic Offender (HTO) revocations (non-financial/prior forcible felony) → continue prosecution

For all others, go to #4.

4. Has the license been reinstated prior to arraignment?

If yes → nolle prosequi.
If no, go to #5.

5. Has the license been reinstated prior to disposition or trial?

If yes → nolle prosequi.
If no, go to #6.

6. If case is set for second disposition hearing or trial, and defendant has been unable to obtain license, review for nolle prosequi. Presumption is to enter a nolle prosequi.

[1] For the sake of consistency, FTP/FTA for civil infractions will be handled the same, although an FTP is less likely to include evidence needed to prove knowledge.

DEF 000051

**JEX 24.003**