# Process Description for Caseload Reduction 2021

Monday, August 9, 2021    1:12 PM

Approved 3/9/2021

## Presumption of Non-Prosecution

Based on the appropriate allocation of resources and the impact that a lawful arrest can have on quelling or [r]
situation, the following charges carry a presumption of no file (or nolle prosequi if sent as a notice to appear).

| Charge | Code |
|---|---|
| Unregistered motor vehicle | TRAF501 |
| Unlawful use of temporary tag | TRAF503 |
| Attaching tag not assigned | TRAF504 |
| Violation of nonresident restriction | TRAF60C |
| Expired drivers license | TRAF51C |
| No vehicle registration | TRAF501 |
| Violation on non-resident registration requirements | TRAF506 |
| Permitting unauthorized person to drive | TRAF606 |
| No motorcycle endorsement or no valid motorcycle | TRAF62C |
| | TRAF60C |
| Failure to notify DMV of address change | TRAF501 |
| Trespass at business location | |
| Disorderly conduct | MISC012 |
| Disorderly intoxication | MISC001 |
| Soliciting (panhandling) | HCOR05( |
| Prostitution (where defendant is accused of giving or offering to give her/his body for sexual activity for hire) | PROS31( |

[Sticky note: Larry's Originals]

This presumption may be overcome by significant public safety concerns, such as pending felony charges, a [V]
charge is part of a charged course of contact that includes a charge not on this list.

## Driving with Suspended License (DWLS) Cases

If a defendant is charged with DWLS, the ASA must screen the case to determine the basis for the current sus[pension/]
license status of the defendant.   This will allow the ASA to determine whether or not the case is suited for bei[ng]
reinstatement.

## Prosecution-focused DWLS Cases

A non-exhaustive list of DWLS charges demanding high-priority prosecution include for[...]

[Exhibit stamp: 4:22-cv-302-RH-MAF JOINT EX 32]
[Deposition stamp: Δ π EXHIBIT, Deponent Kocke, Date 11-4-22, Rptr., WWW.DEPOBOOKPRODUCTS.COM]