| | |
|---|---|
| From: | Newman, Ryan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8233121700A2462CAD3EFD3B6631A54C-NEWMAN, RYA] |
| Sent: | 8/3/2022 7:25:44 PM |
| To: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com]; Williams, Jared [Jared.Williams@eog.myflorida.com]; Booker, Sydney [Sydney.Booker@eog.myflorida.com] |
| Subject: | RE: Talking points for tomorrow |
| Attachments: | 8.4.22 Hillsborough State Attorney JW + RDN.docx |

Sorry for the delay.  Redline edits attached.

**Ryan D. Newman**
General Counsel
Office of Governor Ron DeSantis
(850) 717-9368

---

**From:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Sent:** Wednesday, August 3, 2022 6:13 PM
**To:** Williams, Jared <Jared.Williams@eog.myflorida.com>; Booker, Sydney <Sydney.Booker@eog.myflorida.com>; Newman, Ryan <Ryan.Newman@eog.myflorida.com>
**Subject:** RE: Talking points for tomorrow

He's working on them ☺

---

**From:** Williams, Jared <Jared.Williams@eog.myflorida.com>
**Sent:** Wednesday, August 3, 2022 5:32 PM
**To:** Booker, Sydney <Sydney.Booker@eog.myflorida.com>; Newman, Ryan <Ryan.Newman@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:** Re: Talking points for tomorrow

Hey Ryan, just wanted to check in on these. Sorry to pester.

Jared Williams
Deputy Communications Director
Executive Office of Governor Ron DeSantis

---

**From:** Booker, Sydney <Sydney.Booker@eog.myflorida.com>
**Sent:** Wednesday, August 3, 2022 2:23:54 PM
**To:** Newman, Ryan <Ryan.Newman@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Cc:** Williams, Jared <Jared.Williams@eog.myflorida.com>
**Subject:** Talking points for tomorrow

Hello Ryan,

Taryn said that you might have some additions from the Gov. for the talking points (attached). Thank you!

Sydney Booker
Communications Specialist
Executive Office of Governor Ron DeSantis



EXHIBIT
0017
Ryan Newman
11.07.2022

4:22-cv-302-RH-MAF
**JOINT EX**
**44**

DEF 000988
**JEX 44.001**

# Hillsborough Law and Order
*Thursday, August 4, 2022*

**[INTRODUCTION]**

- Good morning, everyone, it's a great day to be in Hillsborough County.

- With me here is:
  - INSERT ATTENDEES

- Florida is a law-and-order state.

- ~~We have demonstrated our commitment to maintaining law and order by enforcing state and federal laws, and by signing legislation that reinforces the safety of the general public.~~

- ~~In Florida, w~~W~~e do not~~ take <u>seriously</u> our duty to ~~law and order and~~ protect~~ing~~ the people of Florida <u>and to enforce the laws enacted by the people's representatives.</u> ~~lightly, and to do that effectively, it takes every single elected official to faithfully perform their duties.~~

- <u>Unfortunately, not every elected official in the State shares that commitment.</u>~~Recently it has come to my attention that an elected official here in Hillsborough County has blatantly decided to ignore our state laws and put people at risk.~~

- As Governor, it is my <u>duty to take care that the laws of this State are faithfully executed.</u> ~~responsibility to the people of Florida to ensure that Florida's elected officials are carrying out their duties to the best of their abilities and working for the people that they represent.~~

- <u>That means that I have the solemn responsibility to suspend state officers that are failing to perform their duties under Article 4, Section 7 of the Florida Constitution.</u>

- When an official abandons ~~those duties~~ <u>his duty</u> and chooses woke activism over ~~the~~ <u>his</u> oath of office ~~they took~~, it is my duty to step in.

**[ANNOUNCEMENT]**

DEF 000989
JEX 44.002

- **Today,** ~~effective immediately,~~ **I am suspending State Attorney Andrew Warren from Office** ~~under my authority under Article 4, Section 7 to suspend a state officer~~ **due to neglect of duty**~~, effective immediately~~.

- ~~Public safety and the faithful enforcement of the laws enacted by our Legislature are of paramount importance.~~

- ~~Unfortunately, as you will hear, Mr. Warren has lost the confidence of law enforcement, and most remarkably, he has brazenly declared that he will not enforce laws enacted by the Florida Legislature that he doesn't like.~~

- ~~Instead of using his office to fight crime, protect people, and enforce the law, he uses it for Soros-funded social justice activism.~~

- ~~That is not acceptable and will not be tolerated here in Florida, especially at a time when crime is rising across the country. Andrew Warren has ceded his authority as State Attorney and has subjected the people of the 13th Judicial Circuit to the wants of political entities funded by activist George Soros.~~

- ~~Mr. Warren has a history of butting heads with law enforcement, rather than working with them collaboratively to aggressively stamp out crime. Andrew Warren has repeatedly put his personal agenda and personal ambitions above his duty to faithfully execute the law and pursue abortion crimes.~~

- ~~He has established policies of presumptive non-enforcement for certain crimes that hamstring proactive policing and usurp the ability of law enforcement agencies to do their jobs. Warren was elected to uphold the law and prosecute crimes on behalf of the people of Florida and he has openly stated that he will neglect that duty.~~

- The law is the law, and it ~~is~~ should not ~~be~~ subject to the whims of a woke ideologue~~s who run afoul of their oath of office~~ masquerading as a prosecutor.

- ~~Despite his non-enforcement policies and friction with law enforcement, Mr. Warren crossed the line in June when he joined a statement with Soros-affiliated prosecutors from across the country—~~

DEF 000990
**JEX 44.003**

- including Chesa Boudin, who was so radical that even the citizens of San Francisco recalled him.
- In this statement, Mr. Warren declared clearly and unequivocally that he would "refrain from prosecuting those who … provide … abortions" because doing so "makes a mockery of justice."
- He even went so far as to say that the Legislature "may decide to criminalize" abortions, but *he* is obligated to prosecute only those cases that he thinks are just and that "prosecutors should not be part of that."
- By joining this statement, Mr. Warren has pledged that he will not prosecute abortion providers that perform late-term or partial-birth abortions, which have long been prohibited by Florida law.
- He also will not prosecute abortionists who perform post-15-week abortions, which are now unlawful under a bill that the Legislature enacted, and I signed, this year.
- Mr. Warren's open defiance of the Legislature and his invitation to lawlessness are inexcusable, and I cannot tolerate it.
- A state attorney's blanket refusal to enforce laws enacted by the Legislature that he does not like is willful neglect of duty that justifies suspension from office.
- Our government is based on the separation of powers, and it is the role of the legislature to make the laws and of prosecutors to enforce those laws.
- Prosecutors do not have the authority to pick and choose what crimes to prosecute.
- They must evaluate each case on an individualized, case-specific basis.
- Mr. Warren has proven that he doesn't understand the role of a state attorney in our system of government.
- Therefore, he must be suspended.

- <ins>I do not make this decision lightly, but it is important that everyone understand that state attorneys cannot defy the Legislature and refuse to enforce laws</ins>
- ~~Andrew Warren has advertised his dereliction of duty and his ideological execution of the law by signing a joint statement from elected prosecutors in June.~~
- ~~That statement says that prosecutors can use "immense discretion" when it comes to their obligation to seek justice in abortion crimes, despite taking an oath to protect the people.~~
- ~~Warren's decision inherently puts the people of Florida at risk.~~
- ~~He has fundamentally put women at risk of unlawful and unsupervised medical procedures and told the doctors that perform those unlicensed procedures that they can do as they please, with no repercussions.~~
- ~~Warren forced me to make a decision to protect the people of Florida, and that decision was not taken lightly.~~
- ~~There has been a lot of talk recently about politicians putting "party over country" and Andrew Warren could be the poster child for doing just that.~~

**[REPLACEMENT]**

- **To move the** ~~State Attorney's~~ **Office** ~~of for~~ **the 13th Judicial Circuit forward, and to ensure proper application of the law,** ~~I~~ **am appointing the Honorable Susan Lopez, who currently serves as a Hillsborough County Judge.**

- **In addition to her deep ties to the Hillsborough community, Susan previously served** <ins>for over 15 years</ins> **as an Assistant State Attorney in the 13th Judicial Circuit, giving her the** <ins>deep</ins> **knowledge needed to keep this office on track and** <ins>to</ins> **continue prosecuting crimes.**

**[CONCLUSION]**

- There is no greater responsibility of a Governor than to <ins>protect the public and ensure the faithful enforcement of the law.</ins> <del>ensure that law and order and the safety of the public remains intact.</del>
- We are going to continue fighting the good fight for the people of Florida and will hold our elected officials to the highest of standards.
- <del>There is no place in Florida for neglect of duty.</del>
- Next we will hear from:
    - INSERT SPEAKERS

DEF 000993
**JEX 44.006**