← Tweet



Andrew Warren ✓
@AndrewWarrenFL

My initial thoughts on today's #RoeVWade #dobbsdecision.

> There is a lot to say about today's decision to overturn Roe v Wade, and the days and weeks ahead will be busy as we swallow the significance of the decision and use it as motivation to organize. But for now, let me share a few thoughts.
>
> I'm horrified that 50 years of protecting a woman's right to choose has evaporated. Abortion should be safe and legal. Now, in many circumstances, it will be neither.
>
> I'm disappointed in our democracy. I recognize that many people oppose abortion for deeply held religious and moral reasons. But those who want to keep abortion safe and legal hold their beliefs just as deeply on religious and moral grounds. This is ultimately about freedom and our country's core value of protecting freedom. It is un-American to force one person's view on another ... especially when the majority of Americans want to protect the right to choose.
>
> I'm disappointed in our Court. Justices who said they respect precedent misled us; they clearly only respect the precedent with which they agree. Their fickleness undermines the rule of law and destroys our confidence in the third branch of government.
>
> I'm scared of the implications. This opens the door to boundless attacks on our freedoms. If the Constitution only protects rights that are expressly listed, then we have much to fear. The flawed rationale of the majority opinion suggests that the government can dictate where we live and what job we have, who we marry and how many children we can have. This is not hyperbole. These rights are not expressly listed in the Constitution, and states could rely on today's decision to pass laws like these that trample upon our fundamental freedoms.
>
> Perhaps above all, I'm worried. I worry about women trying to do what's best for their families and health. I worry about doctors and nurses trying to do what's best for their patients. I worry about my daughters—for the freedoms taken away from them, and for the future we are leaving them.

9:12 AM · Jun 24, 2022 · Twitter Web App

4:22-cv-302-RH-MAF
**JOINT EX**
**45**

AW_Public000048
**JEX 45.001**