| | |
|---|---|
| **From**: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| **Sent**: | 8/3/2022 7:57:31 PM |
| **To**: | Kelly Jefferson, Savannah [Savannah.KellyJefferson@eog.myflorida.com] |
| **CC**: | Williams, Jared [Jared.Williams@eog.myflorida.com] |
| **Subject**: | 8.4.22 Hillsborough State Attorney JW + RDN |
| **Attachments**: | 8.4.22 Hillsborough State Attorney JW + RDN.docx |



EXHIBIT
0011
Taryn Fenske
11.14.2022

4:22-cv-302-RH-MAF
**JOINT EX**
**56**

DEF 000463
**JEX 56.001**

# Hillsborough Law and Order
*Thursday, August 4, 2022*

## [INTRODUCTION]

- Good morning, everyone, it's a great day to be in Hillsborough County.
- With me here is:
  - INSERT ATTENDEES
- Florida is a law-and-order state.
- We take our duty seriously to protect the Floridians and to enforce the laws enacted by the people's representatives.
- Unfortunately, not every elected official in the State shares that commitment.
- As Governor, it is my duty to take care that the laws of Florida are faithfully executed.
- That means that I have the solemn responsibility to suspend state officers that are failing to perform their duties under Article 4, Section 7 of the Florida Constitution.
- When an official abandons his duty and chooses woke activism over his oath of office, it is my duty to step in.

## [ANNOUNCEMENT]

- **<u>Today, effective immediately, I am suspending State Attorney Andrew Warren from Office due to neglect of duty.</u>**
- Public safety and the faithful enforcement of the laws enacted by our Legislature are of paramount importance.
- Unfortunately, as you will hear, Mr. Warren has lost the confidence of law enforcement, and most remarkably, has brazenly declared that he will not enforce laws enacted by the Florida Legislature that he doesn't like.

DEF 000464
**JEX 56.002**

- Instead of using his office to fight crime, protect people, and enforce the law, he uses it for Soros-funded social justice activism.

- That is not acceptable and will not be tolerated here in Florida, especially at a time when crime is rising across the country.

- Mr. Warren has a history of butting heads with law enforcement, rather than working with them collaboratively to aggressively stamp out crime.

- He has established policies of presumptive non-enforcement for crimes, hamstringing proactive policing and usurping the ability of law enforcement to do their jobs.

- **The law is the law, and it should not be subject to the whims of a woke idealogue masquerading as a prosecutor.**

- Despite his non-enforcement policies and friction with law enforcement, Mr. Warren crossed the line in June when he joined a statement with Soros-affiliated prosecutors from across the country—including Chesa Boudin, who was so radical that the citizens of San Francisco recalled him.

- In this statement, Mr. Warren declared unequivocally that he would "refrain from prosecuting those who provide abortions" because doing so "makes a mockery of justice."

- He went so far as to say that the Legislature "may decide to criminalize" abortions, but *he* is obligated to prosecute only those cases that he thinks are just and that "prosecutors should not be part of that."

- By joining this statement, Mr. Warren has pledged he will not prosecute abortion providers that perform late-term or partial-birth abortions, which have long been prohibited by Florida law.

- He also will not prosecute abortionists who perform post-15-week abortions, which are now unlawful under a bill that the Legislature enacted, and I signed, this year.

- Mr. Warren's open defiance of the Legislature and his invitation to lawlessness is inexcusable, and I cannot tolerate it.

- A state attorney's blatant refusal to enforce laws enacted by the Legislature because he doesn't like them is willful neglect of duty and justifies suspension from office.

- Our government is based on the separation of powers, and it is the role of the legislature to make the laws and the role of prosecutors to enforce them.

- Prosecutors do not have the authority to pick and choose what crimes to prosecute.

- They must evaluate each case on an individualized, case-specific basis.

- Mr. Warren has proven that he doesn't understand the role of a state attorney in our system of government.

- Therefore, he must be suspended.

- I do not make this decision lightly, but it is important that everyone understand that state attorneys cannot defy the law and refuse to enforce them.

## [REPLACEMENT]

- **To move the State Attorney's Office for the 13th Judicial Circuit in a positive step forward, and ensure proper application of the law, I am appointing the Honorable Susan Lopez, who currently serves as a Hillsborough County Judge.**

- **In addition to her deep ties to the Hillsborough community, Susan previously served for over 15 years as an Assistant State Attorney in the 13th Judicial Circuit, giving her the knowledge needed to keep this office on track and continue prosecuting crimes.**

## [CONCLUSION]

- There is no greater responsibility of a Governor than to protect the public and ensure the faithful enforcement of the law.

- We are going to continue fighting the good fight for the people of Florida and will hold our elected officials to the highest of standards.
- Next we will hear from:
    - INSERT SPEAKERS

DEF 000467
**JEX 56.005**