| | |
|---|---|
| **From**: | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Sent**: | 9/7/2021 1:16:55 PM |
| **To**: | Miriam Krinsky [mkrinsky@fairandjustprosecution.org] |
| **CC**: | Teuber, Jordan B. [Teuber_J@sao13th.com]; David Weiss [dweiss@fairandjustprosecution.org]; Estela Dimas [edimas@fairandjustprosecution.org]; Cameron DeChalus [cdechalus@fairandjustprosecution.org]; Liz Komar [lkomar@fairandjustprosecution.org] |
| **Subject**: | Re: Circling back on the DOBBS Supreme Court Brief - TIME SENSITIVE |

I'm on board.

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com


On Sep 7, 2021, at 9:54 AM, Miriam Krinsky <mkrinsky@fairandjustprosecution.org> wrote:


Andrew:

I am checking in on the amicus brief on the vitally important issue of reproductive rights to be filed in the U.S. Supreme Court in the *Dobbs* case. We already have a robust group of around 60 current and former prosecutor and law enforcement leaders signed on and I am hoping you would also be willing to join on. This is a historic case that may well decide the fate of *Roe v. Wade* and the prospects of future criminalization of very private healthcare decisions.

We are aiming to finalize the list of amici tomorrow so if you are game to join please let us know ***as soon as possible!***

Many thanks, as always,
Miriam


**Miriam Aroni Krinsky**

Founder and Executive Director

Fair and Just Prosecution

Email: krinskym@krinsky.la

Cell: (818) 416 5218



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

**DEFENDANT EX**

**3**

SAO13_0346579

DEX 3.001

---------- Forwarded message ---------
From: **Miriam Krinsky** <mkrinsky@fairandjustprosecution.org>
Date: Tue, Aug 31, 2021 at 9:00 AM
Subject: Amicus brief in Dobbs v. Jackson Women's Health, SCOTUS reproductive rights case -- Reply by COB Tuesday, 9/7
To: Miriam Krinsky <mkrinsky@fairandjustprosecution.org>
Cc: David Weiss <dweiss@fairandjustprosecution.org>, Estela Dimas <edimas@fairandjustprosecution.org>, Cameron DeChalus <cdechalus@fairandjustprosecution.org>, Allahjah Smith <asmith@fairandjustprosecution.org>, Edda Fransdottir <efransdottir@fairandjustprosecution.org>, Liz Komar <lkomar@fairandjustprosecution.org>


All:

I am reaching out in the hope that you will consider joining the attached *amicus* brief in *Dobbs v. Jackson Women's Health Organization*, to be filed in the U.S. Supreme Court in a case that puts at issue whether the privacy and reproductive rights created by *Roe v. Wade* and its progeny will continue to survive. The Mississippi law at issue in *Dobbs* bans all abortions after 15 weeks except in limited cases of health emergencies or fetal abnormalities. The law was struck down in the lower federal courts because *Roe v. Wade* prevents states from prohibiting abortions before 24 weeks, when a fetus becomes viable. Mississippi officials are now asking the Supreme Court to overturn *Roe*.

If *Roe* and the constitutional right to privacy are overturned, states will be free to criminalize healthcare providers who carry out abortions, as well as the women who receive them. Currently, at least 18 states have criminal abortion bans on their books that could become enforceable if *Roe* were overturned. These exact concerns led many of you to join a statement FJP issued last October, underscoring the importance of avoiding the criminalization of abortion. As the earlier statement noted -- and the amicus brief will echo -- using scarce prosecutorial and law enforcement resources to pursue these personal healthcare decisions is deeply concerning and at odds with public safety.

The *amicus* brief will also point to research showing that bans on abortion make the procedure far more dangerous to women, and particularly women of color and low-income women, by pushing abortion into unregulated settings. If *Roe* is overturned and abortion is criminalized, the criminal legal system may be drawn into prosecutorial practices that harm vulnerable women and their families. These troubling consequences -- and the erosion of five decades of settled precedent -- will undermine the integrity and legitimacy of the criminal legal system at a time when the bonds of trust with many communities across the country are already far too frayed. And those bonds of trust are the vital predicate for promoting public safety.

The near-final draft amicus brief is attached; we hope you will consider joining on and helping advance these important arguments. FJP and *amici* will be ably represented on this brief by attorneys from the law firm of Weil, Gotshal & Manges LLP.  If you are interested in joining the brief, please let us know by ***COB on Tuesday, September 7th.*** Please email me and *also copy* **David Weiss, Estela Dimas, Cam DeChalus, and Allahjah Smith** with your response (they are all copied on this email).

By bringing together the voices of elected prosecutors, law enforcement leaders, former state AGs (a group of *current* AGs will be filing their own amicus brief), as well as former federal judges, U.S. Attorneys, and other federal officials, we can make clear to the Court that, whatever one thinks about abortion and the legal basis for *Roe*, preserving this long-settled precedent will protect the integrity of the criminal legal system, as well as the health and safety of our communities.

SAO13_0346580
DEX 3.002

Finally, we ask that you keep the near-final brief, and this email, ***confidential*** and not share either of these with others until the brief is filed. And please note that some minor nonsubstantive changes to the brief may be made in the final editing process.

Thank you so much for taking the time to consider lending your support to this crucial issue.

Best wishes,
Miriam and the FJP Team

**Miriam Aroni Krinsky**

Founder and Executive Director

Fair and Just Prosecution

Email: krinskym@krinsky.la

Cell: (818) 416 5218



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

<2021.8.30, Dobbs v. JWHO amicus brief.pdf>