| | |
|---|---|
| From: | Warren, Andrew H. [Warren_A@SAO13th.com] |
| Sent: | 6/30/2022 8:54:02 AM |
| To: | Weisman, Gary S. [Weisman_G@SAO13th.com] |
| CC: | SnowWaxler, Melanie [SnowWaxler_M@SAO13th.com] |
| Subject: | Re: Planned parenthood lawsuit topics |

Please text me when it happens as I'll be in this conference all day. Thanks.

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com


On Jun 30, 2022, at 7:51 AM, Weisman, Gary S. <Weisman_G@sao13th.com> wrote:

 Just a reminder the judge is ruling from the bench today.

Gary S. Weisman
Chief of Staff
Office of the State Attorney, 13th circuit


On Jun 27, 2022, at 7:50 PM, Weisman, Gary S. <Weisman_G@sao13th.com> wrote:

 The judge is expected to rule on Thursday. See below for an update….

## Judge Hears Arguments in Abortion Law Challenge

- By Ryan Dailey
- 45 min ago
- 

|  |
|---|
| • Facebook |
| • Twitter |
| • WhatsApp |
| • SMS |
| • Email |
| • Copy article link |
| • Save |

Top of Form

Bottom of Form

©2022 The News Service of Florida. All rights reserved; see terms.

DEFENDANT EX
11

SAO13_0174981
DEX 11.001

TALLAHASSEE — A Leon County circuit judge is expected to rule Thursday on a request to block a new Florida law that bars abortions past 15 weeks of pregnancy, after a battle of expert witnesses played out in court Monday.

Judge John Cooper will hear closing arguments Thursday, the day before the law (HB 5) is scheduled to take effect. Cooper said he intends to rule from the bench about whether to issue a temporary injunction sought by plaintiffs.

Abortion clinics across the state and a physician who performs abortions filed the lawsuit June 1 against numerous defendants, including state attorneys, state Surgeon General Joseph Ladapo and Agency for Health Care Administration Secretary Simone Marstiller.

The lawsuit hinges on an argument that the law, signed by Gov. Ron DeSantis on April 14, violates a privacy clause in the state Constitution.

"As the Florida Supreme Court has repeatedly recognized, this broad right to privacy includes a woman's right to decide to terminate a pregnancy," an introductory part of the lawsuit said.

Monday's hearing, however, centered on witness testimony that dealt mainly with abortion statistics and medical and scientific aspects of abortion — with arguments about privacy issues scarcely brought up.

Plaintiff Shelly Tien, an obstetrician and gynecologist who also practices internal fetal medicine, was called as an expert witness by attorneys representing her and the abortion clinics. Tien works with Planned Parenthood of South, East and North Florida in Jacksonville and testified that she has performed abortions on patients who have passed 15 weeks of pregnancy.

Tien was asked about who would be most impacted by the new law.

"Women and girls who need abortions after 15 weeks are those that tend to have the most challenging and compelling life circumstances," Tien said.

Chief Deputy Attorney General John Guard cross-examined Tien and largely focused his questions on the number of abortions performed after the 15-week mark, a relatively small amount compared to abortions performed earlier in pregnancies.

"Ninety-six-point-four percent of women who receive an abortion in the state of Florida would not be impacted by HB 5, right?" Guard asked.

"Or, 1,600 (women) would be," Cooper interjected.

Attorneys for the state called two witnesses affiliated with the Charlotte Lozier Institute, which they described as the "research arm" of the lobbying organization Susan B. Anthony Pro-Life America.

Maureen Condic, a professor of neurobiology at the University of Utah, testified that life begins essentially at the moment of conception and that fetuses are capable of feeling pain.

Condic was asked by an attorney for the plaintiffs if she would describe herself as pro-life.

"I would characterize myself as a scientist," Condic said. "And the scientific evidence has led me to conclude that a human being exists from sperm-egg fusion and is capable of pain experience. Those two conclusions have led me to a position that protecting that life is an important interest."

Cooper interrupted a line of questioning by an attorney for the state, in which Condic was being asked when life begins. Condic was in the middle of answering, saying that life begins upon "sperm-egg fusion."

"I'm not here to litigate abortion, I'm here to litigate the right to privacy in Florida. I'm not here to litigate Roe v. Wade," Cooper said.

The state's other witness was Ingrid Skop, senior fellow and director of medical affairs for the Charlotte Lozier Institute. Skop also is a former obstetrician and gynecologist who said she practiced in Texas.

Skop was asked about whether she thinks the new law will impede access to abortion.

"I think a limitation may cause some women to seek earlier abortions, which would be safer for them. The interpretation of the literature that discusses the reasons that women attain later abortions, which is primarily from abortion providers such as the Guttmacher Institute, tell me unequivocally that many women who seek these very late abortions do so under coercion, they do so under indecision," Skop said.

The Guttmacher Institute is a non-profit organization that conducts research and supports abortion rights.

The hearing came amid a national debate about abortion after the U.S. Supreme Court on Friday struck down the landmark Roe v. Wade abortion-rights decision. The privacy right in the Florida Constitution, however, has long played a key role in abortion cases in the state.

A spokeswoman for the American Civil Liberties Union of Florida, which is helping represent the plaintiffs in the case, declined to speak with reporters following Monday's hearing.

Andrew Shirvell, a lobbyist who is executive director of Florida Voice for the Unborn, Inc., called Monday a "show hearing."

"I think it's already a foregone conclusion of how the judge is going to rule and that the law will not, sadly, go into effect on July 1," Shirvell told reporters after the state cross-examined Tien.

Gary S. Weisman
Chief of Staff
Office of the State Attorney, 13th circuit

On Jun 27, 2022, at 11:04 AM, Weisman, Gary S. <Weisman_G@sao13th.com> wrote:

This article may of interest in light of our conversation this morning.

## Doctors who perform abortions will be targeted for prosecution, South Dakota governor says

https://thehill.com/homenews/sunday-talk-shows/3537449-doctors-who-perform-abortions-will-be-targeted-for-prosecution-south-dakota-governor-says/

**From:** Weisman, Gary S.
**Sent:** Monday, June 27, 2022 10:33 AM
**To:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>; Warren, Andrew H. <Warren_A@SAO13th.com>
**Subject:** RE: Planned parenthood lawsuit topics

Just a reminder that today is the scheduled temporary injunction hearing in the HB 5 lawsuit involving planned parenthood.  A ruling is expected prior to July 1.

**From:** Weisman, Gary S.
**Sent:** Friday, June 24, 2022 12:59 PM
**To:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>; Warren, Andrew H. <Warren_A@SAO13th.com>
**Subject:** RE: Planned parenthood lawsuit topics

I am not sure if this document is in use or additional interviews are scheduled, but I have updated it to reflect today's ruling.  I took out the section about the status of *Roe* and *Casey*.  I added a section about *Dobbs*, and I added an additional section about the impact on Florida.

**From:** Weisman, Gary S.
**Sent:** Tuesday, June 21, 2022 3:49 PM
**To:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>; Warren, Andrew H. <Warren_A@SAO13th.com>
**Subject:** RE: Planned parenthood lawsuit topics

I am attaching a document that mostly follows the topics from our meeting the other day.   If you need any of the documents from the two pending lawsuits you can find them here:  https://cvweb.leonclerk.com/public/online_services/high_profile/high_profile.asp.

I left out the current federal law, because Andrew indicated he has that research and will include it.  I did include some information on the current law in Florida, the two pending lawsuits, suggested talking points on the HB 5 litigation, bullet points the status of *Roe* and *Casey* for purposes of interviews, and some suggestions on language for the agency's position on prosecuting cases under HB 5.

Generally, if Andrew is giving interviews I presume it is to talk about the status of the law, possible outcomes, and how our agency would handle any of those outcomes.


**From:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>
**Sent:** Monday, June 20, 2022 1:52 PM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>
**Subject:** RE: Planned parenthood lawsuit topics

Projected headline(s):
- State Attorney Andrew Warren Weighs Supports Right to Privacy
- SA Warren says prosecuting medical professionals for abortions will prevent the Criminal Justice System from focusing primarily on public safety which he says is dangerous.
- SA Warren Weighs in on Statewide Planned Parenthood Lawsuit: How this lawsuit could impact the law.


**Purpose: It is wise for us to take a leadership role on this—not to have the conversation but to shape what the conversation is.**

Protecting public safety:

- Right to privacy as it pertains to abortion is not a public safety issue. (It is racist, though) It's a human, personal issue. Criminalizing abortion can perpetuate the biases of the criminal legal system and disproportion-

ately criminalize Black and working-class women. And since Black people experience miscarriage and stillbirth at significantly higher rates than their white or Hispanic counterparts, they're particularly exposed to the risk of criminal investigations and legal liability.

• Criminalizing pregnancy outcomes—including abortions—is a waste of public funds and contributes to mass incarceration's crisis of excessive punishment. Yet the true costs lie not in the state's budget, but in the lives of everyday people, needlessly caught up in the system. A criminal conviction, with or without time behind bars, can lead to numerous collateral consequences, including lost jobs or professional licenses, compromised housing, lack of access to public benefits, political disenfranchisement and a lifetime of earnings loss. THIS can create a public safety issue or encourage desperate people to commit crimes they otherwise would not have committed.

• Many who undergo abortions already have children of their own to care for, and incarcerating parents has a cascade of detrimental impacts on their minor children. And for people who experience pregnancy loss, their trauma is compounded by a miscarriage of justice as well.

There is major physician opposition to restrictions:

• Multiple studies document physician attitudes toward other state and federal laws and programs, including the Affordable Care Act, Medicare, and the federally mandated Physicians Quality Reporting Initiative.

• Medical and public health leaders have argued against legislative interference with doctor–patient relationships and have underscored physicians' critical role in shaping health care policy. But abortion, a health care procedure involved in 25% of all US pregnancies, is often omitted from studies of physician attitudes and their potential policy influence.

• Data supports that physicians across specialties oppose restrictions on abortion health care services and policies that prohibit physician involvement in abortion care. There is substantial concern that abortion restrictions would negatively affect patient care, the patient–provider relationship, and the ability of medical institutions to attract and retain a strong physician workforce.

• Physicians both provide abortion health care and hold the public's trust, ranking above teachers, police officers, and clergy in terms of their perceived honesty and ethics.

Higgins, J. A., Schmuhl, N. B., Wautlet, C. K., & Rice, L. W. (2021). The Importance of Physician Concern and Expertise in Increasing Abortion Health Care Access in Local Contexts. *American journal of public health*, *111*(1), 33–36. https://doi.org/10.2105/AJPH.2020.305997

• SAO stance on prosecution: Therefore, is important to describe the process, the lawsuit, how long this could take to make through the medical system and the criminal justice system. It's too early for us to give the SAO stance, we simply do not know enough about where this is going.
• AW stance: I believe it is okay to interject your personal opinion here, as they are sure to ask. If you do provide it, bring it back to family, privacy and personal choice—and making those choices are hard. Another

way to move away from your response quickly is to talk about all the REAL criminals you have put away who raped a girl or trafficked them. Cases of incest, etc.… This will allow you to be you and be honest about your opinion but remind people you are tough as hell on the true criminals here.
- Tough topics/questions to anticipate: I think the biggest topic is how will each SAO handle these cases if the law goes into effect on July 1 and especially if Roe is overturned. They will also be curious about how a case like this could even be prosecuted—that's when you go back to just how in-depth, time consuming, and difficult it will be to prosecute, and we still have no clear-cut idea when/how this will be executed if it does become law. Perhaps mention the rabbi's suing here, too. There is religious issue with criminalizing abortion as well on the other side of those whose religion believes it is immoral.

Describe lawsuit and the lengthy path it can/will take:

If Roe is overturned: devastating abortion access across large parts of the country and causing potentially severe health, financial and emotional consequences for people, especially those in marginalized communities.
DATA:
•In 2017, some 73% of Florida counties had no clinics that provided abortions, and 24% of Florida women lived in those counties.

| U.S. State | Abortion rate (the no. of abortions per 1,000 women aged 15-44), by state of residence, 2017 a | No. of abortions, by state of residence, 2017 a |
|---|---|---|
| Florida | 17.9 | 68,640 |
| Sources | Sources: 1 | Sources: 1 |

*Notes*
a. Rates are the number of abortions per 1,000 women aged 15-44; numerator includes all abortions to residents of each state, regardless of age at outcome.

b. **u** = unavailable

c. **n/a** = not applicable
*Sources*
1. Maddow-Zimet I and Kost K, *Pregnancies, Births and Abortions in the United States, 1973–2017: National and State Trends by Age,* New York: Guttmacher Institute, 2021, https://www.guttmacher.org/report/pregnancies-births-abortions-in-united-states-1973-2017

All these road's lead to the same destination: the criminalization of people seeking reproductive health care, and of doctors and nurses who seek to provide it. If and when that does happen, our digital privacy will matter more than ever. (Another element of this I find interesting and might be asked about)
The fact that we are about to take one of the biggest strides backwards in our country's history is sad and prevents us from moving forward with much bigger issues.

MEDICAID:
33 states and the District of Columbia follow the federal standard and provide abortions in cases of life endangerment, rape and incest.
o	4 of these states also provide state funds for abortions in cases of fetal impairment.
o	4 of these states also provide state funds for abortions that are necessary to prevent grave, long-lasting damage to the person's physical health.

- 1 state provides abortions only in cases of life endangerment, in apparent violation of the federal standard.
- 16 states have a policy that directs Medicaid to pay for all or most medically necessary abortions.
  - 7 of these states provide such funds voluntarily.
  - 9 of these states do so pursuant to a court order.
- Medicaid is a government-run insurance program, funded together by both the federal and state governments. **In Florida, the Medicaid health insurance program does not cover abortion costs.**

RIGHT TO PRIVACY:

- In the 1973 landmark case Roe v. Wade, the Supreme Court applied the core constitutional principle of privacy and liberty to a woman's ability to terminate a pregnancy. In Roe, the Court held that **the constitutional right to privacy includes a woman's right to decide whether to have an abortion**.

- The state constitution guarantees a right to privacy, and this standard was cited by Florida Supreme Court justices more than three decades ago to overturn a state law requiring parental consent for abortion.

- **State lawmakers have since approved a series of increasingly tougher abortion restrictions, but the right to privacy has been affirmed by the court.**

SIDENOTES/TP's:

- Republicans CANNOT win the cultural battle, so they are focusing on changing policy. Criminalizing medical care…obtaining medical records…all of this will take forever and just further clog the criminal justice system while limiting healthcare availability when it is already too expensive for many and in some cases not even attainable.

- If we sacrifice privacy here, where do we stop?

- Any sensible person would believe and even the state constitution says it is no one's business if/how/when a woman gets an abortion.

- We have the highest STD rates, HIV diagnoses…so let's criminalize Planned Parenthood for providing healthcare on these issues. (it's ridiculous) So we want to criminalize the service but not the act? How is this a public safety issue? Answer: It's not and it makes zero sense to classify it as one. "The U.S. continues to have the highest STD rates in the industrialized world," says David Harvey, executive director of the National Coalition of STD Directors, "and it preys on the most vulnerable among us."

**From:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Sent:** Wednesday, June 15, 2022 4:15 PM

**To:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>
**Subject:** Planned parenthood lawsuit topics

Here's my list with notations for who will put together first draft of talking points/summary. Gary, please add other suggested topics. Mel, you don't need to organize TPs exactly like this; I'm just listing topics we need to cover.

- Current federal law (AW)
- Current state law (AW)
- Florida lawsuits -- Planned Parenthood and Boynton Beach synagogue (GW)
- Impact of upholding Florida law, overturning Roe -- eg, what happens next? (MW)
  - Criminalizing medical decisions
  - Protecting public safety
  - Judicial activism
- SAO stance on prosecution (MW)
- AW Personal position (MW)
- Tough topics/questions to anticipate (MW)

ANDREW H. WARREN
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com
@SAO13th | Facebook | Twitter | YouTube

SAO13_0174989
DEX 11.009