| | |
|---|---|
| From: | Miriam Krinsky [mkrinsky@fairandjustprosecution.org] |
| Sent: | 7/25/2022 4:13:10 PM |
| To: | Miriam Krinsky [mkrinsky@fairandjustprosecution.org] |
| CC: | Rebecca Blair [rblair@fairandjustprosecution.org]; Kalyn Hill [khill@fairandjustprosecution.org]; Rosemary Nidiry [rnidiry@fairandjustprosecution.org]; Greg Srolestar [gsrolestar@fairandjustprosecution.org]; Estela Dimas [edimas@fairandjustprosecution.org]; Natasha Camhi [ncamhi@fairandjustprosecution.org] |
| BCC: | warren_a@sao13th.com |
| Subject: | Actions and Policies to Protect Reproductive Rights |

All:

Thanks to the many of you who brought your voices to the joint statement FJP issued last month with over 90 elected prosecutors pledging to use their settled discretion and not criminalize personal healthcare decisions. In the wake of the Supreme Court's decision in *Dobbs v. Jackson Women's Health Organization* ending the long established, relied upon, and federally protected constitutional right to abortion, we know that many of you have stepped forward as leaders in your communities to protect reproductive rights and preserve access to abortion care. And we know that many elected prosecutors are working alongside, and in collaboration with, communities, advocates, and other elected leaders across the health and legal systems in these efforts.

To support the developing work in this space and help facilitate the sharing of ideas and resources, FJP is aiming to **gather information on actions being taken by elected prosecutors to protect reproductive rights, avoid criminalizing personal medical decisions, and proactively support access to necessary care** and justice for all. Those actions might include (among others): joining lawsuits or briefs challenging the validity of state abortion restrictions, publishing "know your rights" materials or other resources for people seeking reproductive care, joining efforts to protect access to reproductive health care, addressing concerns about data privacy, or developing inter-agency policies protecting medical care and reproductive health in the face of restrictive laws.

If you have any efforts or news that you, your office, or other leaders in your jurisdiction are researching, contemplating and planning – or any statements, policies, activities, engagement with other local leaders, or other actions you have *already* put in place – please let us know. You can send them on to me as well as **Kalyn Hill at khill@fairandjustprosecution.org and Rebecca Blair at rblair@fairnadjustprosecution.org.**

We are aiming over the coming weeks to put together information and resources, including thoughts on how prosecutors can continue to engage to promote and protect reproductive rights and we welcome all of your ideas. Given the timeliness and fast-moving nature of this issue, if at all possible please pass on any responsive information on or before **next Monday,  August 1.**

As always, if you have any questions or if there is any way FJP can provide further support, please do not hesitate to reach out.

Sincerely,
Miriam & the FJP Team

**Miriam Aroni Krinsky**

Founder and Executive Director

Fair and Just Prosecution

Email: krinskym@krinsky.la

Cell: (818) 416 5218

DEFENDANT EX
12

SAO13_0331484
DEX 12.001



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

SAO13_0331485
DEX 12.002