Grayson Kamm <graysonkamm@gmail.com>

## Icarus
2 messages

---

**Chris Mitchell** <chris@statecraftdigital.com>                                            Thu, Oct 7, 2021 at 4:02 PM
To: Andrew Warren <andrewhwarren@gmail.com>, "Grayson (graysonkamm@gmail.com)" <graysonkamm@gmail.com>, Dylan Sumner <dsumner@deliverstrategies.com>, Anna Breedlove <anna@statecraftdigital.com>, Gregory Goddard <greg@gw-str.com>

Team,

I wanted to get temperature check here and see how close we would like to fly near the sun on the abortion issue. Since this is going to be a major legislative issue in the upcoming session and if passed, SAs will be on the frontlines, I think it's a good time to discuss some strategy around this.

If email isn't the best forum for this conversation, we can always set up a quick zoom call to discuss in the coming weeks. Thoughts?

Thanks,

--

   **Chris Mitchell**
         Managing Partner | **Statecraft Digital**
         p:  813.728.6331
         w:  statecraftdigital.com

---

**Andrew Warren** <andrewhwarren@gmail.com>                                               Thu, Oct 7, 2021 at 4:28 PM
To: Chris Mitchell <chris@statecraftdigital.com>
Cc: "Grayson (graysonkamm@gmail.com)" <graysonkamm@gmail.com>, Dylan Sumner <dsumner@deliverstrategies.com>, Anna Breedlove <anna@statecraftdigital.com>, Gregory Goddard <greg@gw-str.com>

I'm staunchly pro-choice. Not sure we need to be afraid about saying it. But there is nuance in how we approach the issue from State Attorney perspective, eg will I refuse to prosecute anyone under a Texas-style law.

Happy to discuss more via email or zoom.

[Quoted text hidden]

**DEFENDANT EX 27**

DEX 27.001