Grayson Kamm <graysonkamm@gmail.com>

## Statement to Roe - Replace: ", to see how" with "and how"
1 message

**Andrew Warren (Google Docs)** <comments-noreply@docs.google.com>    Thu, May 5, 2022 at 10:24 PM
Reply-To: Reply <d+AORGpRe9My-d1w30BTCLtQc2UUCuqLFiTOay6zza_4R0_1buzQEqHy9S7UQJ6PKZ-RlzSSLLLWkvv82iKowjd5BXk3JK6eTrvifce2UD9nNFUBvWZql50eNUYMfk8xL7ONzDwEmHpHLt@docs.google.com>
To: graysonkamm@gmail.com



Google LLC,   1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in this thread.
Change what Google Docs sends you. You can reply to this email to reply to the discussion.



DEX 30.001

**DEFENDANT EX 30**