12:15   .ıl 5G E 🔋

< 505                LK                📹
                   Larry >

Tue, Jul 19, 10:36 AM

Check out this article from Tallahassee Democrat:

As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law



As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law
tallahassee.com

Mon, Aug 1, 1:10 PM

👍

The person we discussed will join us on a call at 3.

Wed, Aug 3, 7:47 AM

Let's set up a call with Dugin for

DEF 003621
DEFENDANT EX 61
DEX 61.001



**As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law**
tallahassee.com

Mon, Aug 1, 1:10 PM

The person we discussed will join us on a call at 3.

Wed, Aug 3, 7:47 AM

Let's set up a call with Dugin for this morning.

Will do.

Call is set with Chief Dugan and Sheriff at 0900.

Your office?

Great

DEF 003622
DEX 61.002

12:16   •ıl 5G E 🔋

**LK**

Larry

Wed, Aug 3, 1:32 PM

> I met Martin's daughter and she is rock solid. It would be great to bring her into the fold.

Copy. On it.

Thu, Aug 4, 7:57 AM

> Thank you for being there today. It gives us all a comfort. Will send you the order at or near 930 and it will be emailed to the office COS as well.

Copy. Thanks.

Please email the Executive Order to:

ERaburn@teamHCSO.com

Suzy is now at the media event site with Chronister

Warren is in his office.

Amy update on status of EO email to me?

iMessage

DEF 003623

DEX 61.003

12:16  

 505    

Larry

> Filing now. Will be emailed in 10-12 min

Copy

I have EO.

Gov landed.

> I spoke to Suzy this morning and she is in a good place.

Rog. Calling you now.

Mon, Aug 8, 4:16 PM

May I call you?

> I can't talk right now, but I can give you a ring tonight. We can otherwise meet in person tomorrow morning

Please call when able re Tampa

I think I resolved with Ryan and Taryn. You need not call. Thanks.

DEF 003624

DEX 61.004

Case 4:22-cv-00302-RH-MAF    Document 113-19    Filed 11/20/22    Page 5 of 6

**4:26**   498   Ryan   5G E

8CAKFvREtU

**Josh Blackman**
twitter.com

Sat, Aug 13, 8:12 AM

twitter.com

Tue, Aug 16, 4:17 PM

INBOX: @AndrewWarrenFL, the Hillsborough State Attorney suspended by @GovRonDeSantis, will be in Tallahassee Wednesday to "update the public on the latest developments in his legal challenge to the Governor's illegal suspension order."

9:00 a.m.
Doubletree Hotel

#FlaPol

**Peter Schorsch**
twitter.com

Sat, Aug 20, 12:33 PM

iMessage

DEF 003625

DEX 61.005



> Kyle, please immediately cease all tweets until we have a chance to meet 1-on-1. I know you're just trying to help, but the boss is not pleased with the sensationalism of this overly legal proceeding. Every comment impacts what will be contentious litigation. No tweets at all unless directed by Taryn, I mean it.

Kyle Lamb

  K

> Thank you

DEF 003626

DEX 61.006