**Thread**

 **Kyle Lamb** @kylamb8 · 8/4/22
We're underway

> **Ron DeSantis** ✓ @GovRon... · 8/4/22
> Governor Ron DeSantis makes an announcement about law enforcement.
>
> 
>
> 💬 6    🔁 19    ♡ 131    ↗

 **Kyle Lamb**
@kylamb8

Today, @GovRonDeSantis announces we are suspending Soros-backed 13th circuit state attorney Andrew Warren for neglecting his duties as he pledges not to uphold the laws of the state.

It is dangerous to Floridians that state attorneys are neglecting criminal prosecution.

10:16 AM · 8/4/22 · Twitter Web App

DEF 003627

**DEFENDANT EX 62**   DEX 62.001

Thu, Aug 4 at 10:39 AM

JAMES UTHMEIER



Kyle, please immediately cease all tweets until we have a chance to meet 1-on-1. I know you're just trying to help, but the boss is not pleased with the sensationalism of this overly legal proceeding. Every comment impacts what will be contentious litigation. No tweets at all unless directed by Taryn, I mean it.



K

JAMES UTHMEIER



Thank you

DEF 003628

DEX 62.002