

DEFENDANT EX
68

SAO13_0357030
DEX 68.001



**4:08**

MW GW JT
3 People ›

Gary Weisman

To the extent we are making statements about the ruling....the judge said from the bench that women have a right to privacy under the state constitution. He issued the temporary injunction finding that there would be immediate and irreparable harm to the plaintiffs. The plaintiffs now have to post a bond(recall there is a dispute between the litigants on the amount of the bond reference the word document I circulated). The judge will issue a written order "in the coming days."

Helpful. Thanks.

Gary Weisman

A few other quotes from the judge:

" Florida passed into its constitution and explicit right to privacy that is not contained in the US Constitution. "

"The Florida Supreme Court has determined Florida's privacy

Text Message

SAO13_0357031
DEX 68.002



4:09

3 People >

Gary Weisman

A few other quotes from the judge:

" Florida passed into its constitution and explicit right to privacy that is not contained in the US Constitution. "

"The Florida Supreme Court has determined Florida's privacy provision is clearly implicated in a woman's decision and whether or not to continue pregnancy"

Thu, Jun 30, 3:24 PM

Gary Weisman

Here's the statement from the governor which is along the lines of what we discussed the last few days:

While we are disappointed with today's ruling, we know that the pro-life HB 5 will ultimately withstand all legal challenges. The Florida Supreme Court previously misinterpreted Florida's right to privacy as including a right to an abortion. We reject this interpretation

  Text Message 



Thu, Jun 30, 3:24 PM

Gary Weisman

Here's the statement from the governor which is along the lines of what we discussed the last few days:

While we are disappointed with today's ruling, we know that the pro-life HB 5 will ultimately withstand all legal challenges. The Florida Supreme Court previously misinterpreted Florida's right to privacy as including a right to an abortion. We reject this interpretation because the Florida Constitution does not include—and has never included—a right to kill an innocent unborn child. We will appeal today's ruling and ask the Florida Supreme Court to reverse its existing precedent regarding Florida's right to privacy. The struggle for life is not over."

Melanie S. Waxler

Thank you, Gary.

Thu, Jul 21, 8:44 AM

Melanie S. Waxler





Text Message

