## Weisman, Gary S.

| | |
|---|---|
| **From:** | Weisman, Gary S. |
| **Sent:** | Thursday, June 02, 2022 2:12 PM |
| **To:** | Warren, Andrew H. |
| **Subject:** | FW: REMINDER: FPAA Board Meeting / Video Conference Call - TOMORROW, Friday, June 3, 2022 at 10a (EST) |
| **Attachments:** | FPAA Board Meeting - Video Conference Call; 2022-23 Education_Revised PROPOSED Assessments.pdf; 2022-23 Operations PROPOSED Assessments.pdf; 2022-23 Operations Budget - PROP.pdf; Final Resume2 with blue border.docx; 220601 Motion For Case Management Conference (ECF).pdf; 220601 Motion For Temporary Restraining Order (Case No.).pdf; 220601 Complaint (Case No.).pdf; xxx Proposed Order Setting Conference.v2.DOCX; 220601 Motion For Case Management Conference (ECF).pdf |

The agenda for tomorrow has expanded. The last agenda item concerning the planned lawsuit on HB 5 should spark some discussion. All state attorneys are named as defendants. I do not believe you have been served yet. The Plaintiffs requested a case management conference on June 6th.

We should discuss in advance how you want to proceed. It strikes me that some of your options are
- to defend the lawsuit ourselves(we do not have the resources and would typically turn this over to the AG's office),
- request the AG's office defend the lawsuit(though they may take a position different from yours in defense of the law),
- or not enter a defense - - which would result in a default against our agency(though I suspect the Governor or AG would seek to intervene)

I also believe you already signed on to a letter or statement from FJP indicating you would not prosecute

The basis for suing all state attorneys is that they are given the authority to prosecute violations of HB 5. The relief sought is a declaratory judgment that the some of the definitions in the new law violate the Florida Constitution, a TRO on enforcement of the new law, and a final injunctive relief stopping enforcement of the new law.

**From:** Garett Berman <gberman@yourfpaa.org>
**Sent:** Thursday, June 02, 2022 1:44 PM
**To:** Interim State Attorney - 06 - Bruce Bartlett (BruceBartlett@flsa6.gov) <BruceBartlett@flsa6.gov>; State Attorney - 01 - Ginger Bowden Madden <gmadden@osa1.org>; State Attorney - 02 - Jack Campbell <CampbellJ@leoncountyfl.gov>; State Attorney - 03 - John Durrett <john.durrett@sao3.org>; State Attorney - 04 - Melissa W. Nelson (MWNelson@coj.net) <MWNelson@coj.net>; State Attorney - 05 - Bill Gladson <wgladson@sao5.org>; State Attorney - 07 - R. J. Larizza <LarizzaR@sao7.org>; State Attorney - 08 - Brian Kramer <kramerb@sao8.org>; State Attorney - 09 - Monique Worrell <mworrell@sao9.org>; State Attorney - 10 - Brian Haas (bhaas@SAO10.COM) <bhaas@SAO10.COM>; State Attorney - 11 - Katherine Fernandez-Rundle <Katherinefernandezrundle@miamisao.com>; State Attorney - 12 - Ed Brodsky (ebrodsky@sao12.org) <ebrodsky@sao12.org>; Warren, Andrew H. <Warren_A@SAO13th.com>; State Attorney - 14 - Larry Basford <larry.basford@sa14.fl.gov>; State Attorney - 15 - Dave Aronberg <daronberg@sa15.org>; State Attorney - 16 - Dennis W. Ward (dward@keyssao.org) <dward@keyssao.org>; State Attorney - 17 - Harold Fernandez Pryor <hpryor@sao17.state.fl.us>; State Attorney - 17 - Harold Fernandez Pryor <sao17@sao17.state.fl.us>; State Attorney - 18 - Phil Archer (parcher@sa18.org) <parcher@sa18.org>; State Attorney - 19 - Thomas Bakkedahl <tbakkedahl@sao19.org>; State Attorney - 20 - Amira Fox (Afox@sao.cjis20.org) <Afox@sao.cjis20.org>; Chief ASA - 11 - Stephen Talpins (StephenKTalpins@MiamiSao.com) <StephenKTalpins@MiamiSao.com>; Chief ASA - ED List - 05 - Walter Forgie (wforgie@sao5.org) <wforgie@sao5.org>; Chief ASA - ED List - 20 - Richard Montecalvo <rmontecalvo@sao.cjis20.org>; Chief ASA - Education Committee (DV) - 08 - Heather Jones <jonesh@sao8.org>; Chief

DEFENDANT EX 72
Weisman000282
DEX 72.001

ASA - Education Committee -ED list - 03 - Dana Brady-Giddens (dana.brady@sao3.org) <dana.brady@sao3.org>; Chief ASA & ED List - 04 - L. E. Hutton - 04 - L. E. Hutton <lhutton@coj.net>; Deputy Executive Director - 01 - Stacey Mahler <smahler@osa1.org>; ED List - 04 - Linzee Ott (LinzeeO@coj.net) <LinzeeO@coj.net>; ED List - 04 - Steve Siegel (ssiegel@coj.net) <ssiegel@coj.net>; ED List - 06 - Jan Brown (JanBrown@flsa6.gov) <JanBrown@flsa6.gov>; ED List - 11 - Ted Mannelli (tmannelli45@gmail.com) <tmannelli45@gmail.com>; ED List - 17 - Sean Phillippi <SeanP@sao17.state.fl.us>; ED List - 19 - Gayle McMahon (gmcmahon@sao19.org) <gmcmahon@sao19.org>; ED List - Chief ASA - 16 - Joe Mansfield <jmansfield@keyssao.org>; ED List - Chief ASA - 16 - Val Winter (vwinter@keyssao.org) <vwinter@keyssao.org>; ED List - Chief ASA - 19 - Steve Gosnell <sgosnell@sao19.org>; ED List - Juvenile - 20 - Paul Poland (ppoland@sao.cjis20.org) <ppoland@sao.cjis20.org>; ED List - OSP - Julie Hogan (Julie.Hogan@myfloridalegal.com) <Julie.Hogan@myfloridalegal.com>; ED List - OSP - Nicholas B. Cox (Nick.Cox@myfloridalegal.com) <Nick.Cox@myfloridalegal.com>; ED List - Training/Fiscal - 04 - Nike Campbell-Fatoki <NikeCampbell@coj.net>; ED List/Training/Fiscal Contact - 08 - Michelle Signer <signerm@sao8.org>; Executive Director - 01 - David Folsom <dfolsom@osa1.org>; Executive Director - 02 - Mary Dean Barwick (barwickm@leoncountyfl.gov) <barwickm@leoncountyfl.gov>; Executive Director - 03 – Monica Baker (monica.baker@sao3.org) <monica.baker@sao3.org>; Executive Director - 05 - Bridget Kiefer (bkiefer@sao5.org) <bkiefer@sao5.org>; Executive Director - 06 - Adam McGill Ross (AdamRoss@flsa6.gov) <AdamRoss@flsa6.gov>; Executive Director - 07 - Bryan Shorstein (shorsteinb@sao7.org) <shorsteinb@sao7.org>; Executive Director - 09 - Kamilah Perry (Kperry@sao9.org) <Kperry@sao9.org>; Executive Director - 10 - Chris Nelson (CNelson@sao10.com) <CNelson@sao10.com>; Executive Director - 11 - Annette Perez (AnnettePerez@MiamiSAO.com) <AnnettePerez@MiamiSAO.com>; Executive Director - 12 - Jennifer Strawn (jmstrawn@sao12.org) <jmstrawn@sao12.org>; Weisman, Gary S. <Weisman_G@SAO13th.com>; Executive Director - 14 - Laurie Hughes (Laurie.Hughes@sa14.fl.gov) <Laurie.Hughes@sa14.fl.gov>; Executive Director - 15 - Jeanne Howard (Jhoward@sa15.org) <Jhoward@sa15.org>; Executive Director - 16 - Mary Balazs (MBalazs@KeysSAO.org) <MBalazs@KeysSAO.org>; Executive Director - 17 - Jared Brooks <JBrooks@sao17.state.fl.us>; Executive Director - 18 - Tyler Sirois (tsirois@sa18.org) <tsirois@sa18.org>; Executive Director - 19 - Helen Cone <hcone@sao19.org>; Executive Director - 20 - Debbie Stanbro (dstanbro@sao.cjis20.org) <dstanbro@sao.cjis20.org>; Executive Director - Office of Statewide Prosecution - Tammy Wade (Tammy.Wade@myfloridalegal.com) <Tammy.Wade@myfloridalegal.com>; FPAA Gen'l Counsel - Arthur "Buddy" Jacobs <aijacobs@comcast.net>; FPAA Gen'l Counsel Asst - LauraLee Wertz <merena.jones@comcast.net>; JAC - EA - Monica Cash (monica.cash@justiceadmin.org) <monica.cash@justiceadmin.org>; JAC - ED - Alton L. "Rip" Colvin (rip.colvin@justiceadmin.org) <rip.colvin@justiceadmin.org>; SA Secretary - 07 - Lisa Snowden (SnowdenL@sao7.org) <SnowdenL@sao7.org>; Training/Fiscal - 17 - Renata Annati (RAnnati@sao17.state.fl.us) <rannati@sao17.state.fl.us>; Training/Fiscal - 18 - Ashley Guinn Wood <awood@sa18.org>; Training/Fiscal - ED List - 10 - Terri Cassano <tcassano@sao10.com>
**Cc:** Michelle Logsdon <mlogsdon@yourfpaa.org>; Christina Ard <card@yourfpaa.org>; Garett Berman <gberman@yourfpaa.org>
**Subject:** REMINDER: FPAA Board Meeting / Video Conference Call - TOMORROW, Friday, June 3, 2022 at 10a (EST)

Good morning:

This is a reminder that there will be a **FPAA Board Meeting / Video Conference Call, TOMORROW, Friday, June 3, 2022 at 10a (EST)** to address the following:

- Approval of 2022-2023 FPAA fiscal year budget (3 PDF attachments)
- Support for Melinda Coonrod as Commissioner of the Florida Commission on Offender Review (1 Word attachment)
- Nomination of State Attorney Fox as FPAA designee to Medical Examiner Board
- Planned Parenthood v. Florida / HB 5 (3 PDF attachments, 1 Word attachment)

Below please find the video conference call links and information. An Outlook Calendar item with the information is also attached for your convenience. **Please note that there is a password requirement to enter the video call**; it is listed below and within the attached Outlook calendar item.

Weisman000283
DEX 72.002

Please be advised that if you use your phone to call into the meeting, you <u>must</u> identify yourself when you connect to the meeting so we know who is in attendance.

# FPAA Executive Director Meeting – Video Conference Call Option
# Friday, June 3, 2022 at 10a (EST)

------------------------------------------

**Please join my meeting from your computer, tablet or smartphone.**
https://meet.goto.com/GarettBerman/fpaa-video-conference-call

**This meeting is locked with a password: 813729**

**You can also dial in using your phone.**
United States: +1 (872) 240-3212

**Access Code:** 124-874-917

Get the app now and be ready when your first meeting starts:
https://meet.goto.com/install

------------------------------------------

--GB

**Garett M. Berman**
Executive Director
Florida Prosecuting Attorneys Association
107 West Gaines Street, Suite L-047
Tallahassee, FL 32399-1050
E-mail: gberman@yourfpaa.org
Office: (850) 488-3070

*Please note that Florida has a broad public records law, and that all correspondence sent to me via email may be subject to disclosure.*

**Notice of Attorney/Client Work Product and/or Confidential Communication:**
The information contained in this e-mail may be privileged and confidential. It is intended only for the use of the individual(s) or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please delete this communication and notify the sender immediately.

Weisman000284
DEX 72.003