# Exhibit 1

```
            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                 TALLAHASSEE DIVISION

                         CASE NO. 4:22-cv-302-RH-MAF


ANDREW H. WARREN,

    Plaintiff,

vs.

RON DESANTIS, individually
and in his official capacity
as Governor of the State
of Florida,

    Defendant.
                                            /



            VIDEO-RECORDED DEPOSITION OF
                    LARRY KEEFE
                  {Pages 1 - 207}

             Friday, November 4, 2022
               9:54 a.m. - 2:36 p.m.
                GRAY ROBINSON, P.A.
             301 South Bronough Street
                    Suite 600
              Tallahassee, Florida 32301-1724




              Stenographically Reported By:
         Deanne M. Moore, RMR, CRR, FPR, FPR-C
```

1    A    I don't remember.  I mean --
2    Q    Okay.
3    A    -- there could be.  I just don't remember.
4  That was a long period of time.
5    Q    I'll put it another way.  You recall, though --
6  do you recall reviewing written documents related to
7  Mr. Warren?
8    A    Yes.
9    Q    Do you recall reviewing any written records
10 related to any other state attorney?
11   A    I may have.  I very well may have.  I just
12 don't recollect.
13   Q    So as you sit here today, you don't recall
14 anything other than what was related to Mr. Warren?
15   A    I would need some time to sit and think about
16 it, and maybe I would remember something.  But as I sit
17 here right at this moment, it's -- it very likely could
18 have occurred, that there could have been documents
19 related to other state attorneys that I saw, but I don't
20 have any specific recollection of it as I sit here.
21   Q    Okay.  Sir, when did the -- on what date did
22 the Governor make the decision to suspend Mr. Warren?
23   A    You mean, you know, the mental cognitive
24 decision as opposed to executing the executive order?
25   Q    Yes.

1    A    I don't know.

2    Q    You don't know what time of day he made that
3 decision?

4    A    I don't.

5    Q    You don't know who was present, if anyone, when
6 he made that decision?

7    A    I don't.

8    Q    Who would know?

9    A    Well, I know that the Governor works very
10 closely with the chief of staff, James Uthmeier, with
11 Ryan Newman, in the general counsel's office.  I know
12 that the Governor spends a significant time with the
13 general counsel and any number of -- of his colleagues.

14         But I -- I'm not directly in that loop, but I
15 know that the Governor is very collaborative.  I know
16 that he has that senior leadership group that he is very
17 communicative with, meets very often with.  Sometimes I
18 am in those meetings.  Sometimes I'm in just parts of
19 those meetings, and many times I'm not -- I am not in
20 those meetings.

21         So -- but I do know that that is a -- a core
22 group that's very collaborative.

23    Q    Okay.  But you don't -- you don't yourself know
24 the date on which the Governor made his decision?

25    A    No, I do not know the moment that all of those

1  synapsis in the Governor's mind aligned where he formed

2  a decision.  To me that would be, you know, something

3  that I would not have any personal knowledge of it.

4     Q    Fair.  Okay.  Are you aware of the Governor's

5  office either, you know, led by you or led by any of

6  your colleagues doing any other statewide reviews of law

7  enforcement officers in the State of Florida?

8     A    Well, the project in which I'm involved on my

9  look into state attorneys not enforcing the law, I know

10 that the -- the general counsel's office has had some

11 involvement in that.

12          I know that the Office of Policy and Budget,

13 which they're the kind of think tank folks that can get

14 into statistics and data and break it down with

15 organizations such as FDLE, I know that they -- they are

16 out there, and they had a role in -- in this type of

17 issue.

18    Q    But you're not aware of any investigation other

19 than the one into state attorneys, correct?

20    A    I don't know that I can say that.  There --

21 there -- your question is whether I have knowledge of an

22 open investigation into state attorneys or any state

23 officer or --

24    Q    Right.  To -- I'm -- my question is:  Are you

25 aware as you sit here today of any other statewide

1  correct?
2      A   Yes.
3      Q   Okay.  Why did you add the election security
4  law letter?
5      A   You know, I don't know as I sit here.  I think
6  it was actually given, you know, very little
7  consideration.  I don't have a specific recollection of
8  that.
9      Q   Okay.  But through all of these drafts, from
10 the first draft frankly up until the final signed
11 executive order, the abortion statement was always in
12 there, correct?
13     A   I believe so.
14     Q   Okay.  Turning to just a couple of particular
15 statements in here.  On page 1088, it says, "Whereas
16 Warren can no longer be trusted to fulfill his oath of
17 office."
18         Why did you believe that to be true?
19     A   Because of all the things that I saw and
20 observed and analyzed during the course of my work over
21 a period of months.
22     Q   Did Governor DeSantis ever trust Mr. Warren?
23     A   I -- I -- I have no idea.  I don't know -- I
24 don't know what thoughts lie in the Governor's mind
25 relative to Mr. Warren.

1  CERTIFICATE OF REPORTER

2  STATE OF FLORIDA

3  COUNTY DUVAL

4      I, Deanne M. Moore, RMR, CRR, FPR, FPR-C certify

5  that I was authorized to and did stenographically report

6  the deposition of LARRY KEEFE, pages 1 through 203; that

7  a review of the transcript was requested; and that the

8  transcript is a true record of my stenographic notes.

9      I further certify that I am not a relative,

10 employee, attorney, or counsel of any of the parties,

11 nor am I a relative or employee of any of the parties'

12 attorneys or counsel connected with the action, nor am I

13 financially interested in the action.

14     Dated this 8th day of November, 2022.

15

16

17     Deanne M. Moore, RMR, CRR, FPR, FPR-C

18

19

20

21

22

23

24

25