# Exhibit 4

```
         IN THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF FLORIDA
                TALLAHASSEE DIVISION

                         CASE NO. 4:22-cv-302-RH-MAF

ANDREW H. WARREN,

     Plaintiff,

vs.

RON DESANTIS, individually
and in his official capacity
as Governor of the State
of Florida,

     Defendant.
_____/

              VIDEO DEPOSITION OF
                CHRISTINA PUSHAW
                 VOLUME II OF II

         Taken on Behalf of PLAINTIFF

     DATE:         October 18, 2022
     TIME:         10:00 a.m. - 4:38 p.m.
     PLACE:        Messer Caparello PA
                   2618 Centennial Place
                   Tallahassee, Florida 32308

     Examination of the witness taken before:

                JEFFREY R. BABCOCK
                  Court Reporter
               Tallahassee, Florida
```

1  BY MR. CABOU:
2      Q.  And if you -- and if that's all you have to say
3  and you're not going to say anything else, that's okay.
4  I'll move on.  I just want to make sure that you've
5  answered the question.
6              MR. LEVESQUE:  Object to form.
7              THE WITNESS:  As I said a little while ago, I
8      wasn't present for deliberations, so I -- I'm not
9      going to be able to answer, like, questions about what
10     was going through his mind when he decided to issue
11     the suspension.
12 BY MR. CABOU:
13     Q.  Who is the only person that could answer what was
14 going through the Governor's mind when he decided to
15 suspend Mr. Warren?
16             MR. LEVESQUE:  Object to form.
17             THE WITNESS:  I mean, again, I wasn't there,
18     so I'm not sure how to answer that question.
19 BY MR. CABOU:
20     Q.  Would Governor DeSantis know what was in Governor
21 DeSantis's mind at the moment he suspended Mr. Warren?
22             MR. LEVESQUE:  Object to form.
23             THE WITNESS:  I -- I don't know what was
24     going through his mind at any given time, so I
25     wouldn't be able to -- to speculate on that.

```
 1                  CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF LEON
 5
 6            I, JEFFREY BABCOCK, do hereby certify that I
 7       was authorized to and did stenographically report the
 8       deposition of CHRISTINA PUSHAW; that a review of the
 9       transcript WAS requested; and that the foregoing
10       transcript, pages 118 through 221, is a true record of
11       my stenographic notes.
12            I FURTHER CERTIFY that I am not a relative,
13       employee, or attorney, or counsel of any of the
14       parties, nor am I a relative or employee of any of the
15       parties' attorney or counsel connected with the
16       action, nor am I financially interested in the action.
17
18            DATED this 22nd day of October, 2022 at
19       Tallahassee, Leon County, Florida.
20            _____
21                  JEFFREY R. BABCOCK
22                     Court Reporter
23
24
25
```