IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13219-AA

_____

ANDREW H. WARREN,

                                          Plaintiff,

SCOTT HUMINSKI,

                                          Interested Party-Appellant,

versus

RON DESANTIS,
individually and in his official capacity as
Governor of the State of Florida,

                                          Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

Before: BRANCH And LUCK, Circuit Judges.

BY THE COURT:

    Appellant's motion to stay the appeal is DENIED.