# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.

Case No. 4:22-cv-302-RH-MAF

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

    Defendant.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of Robert S. Schenck and Zachary P. Grouev as co-counsel for Defendant Ron DeSantis, individually and in his official capacity as Governor of the State of Florida.

Respectfully submitted on November 22, 2022.

        ASHLEY MOODY
        ATTORNEY GENERAL

        Robert S. Schenck (NYBN 5948039)
        SOLICITOR GENERAL FELLOW

        /s/ *Zachary P. Grouev*
        Zachary P. Grouev (FBN 1038629)
        SOLICITOR GENERAL FELLOW

        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, FL 32399
        Phone: (850) 414-3300
        Facsimile: (850) 410-2672
        *zachary.grouev@myfloridalegal.com*
        *robert.schenck@myfloridalegal.com*

        *Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on November 22, 2022, to all counsel of record.

/s/ *Zachary P. Grouev*
Zachary P. Grouev