Exhibit 4

← **Tweet**



**Andrew Warren** ✔
@AndrewWarrenFL

...

My initial thoughts on today's #RoeVWade #dobbsdecision.

There is a lot to say about today's decision to overturn Roe v Wade, and the days and weeks ahead will be busy as we swallow the significance of the decision and use it as motivation to organize. But for now, let me share a few thoughts.

I'm horrified that 50 years of protecting a woman's right to choose has evaporated. Abortion should be safe and legal. Now, in many circumstances, it will be neither.

I'm disappointed in our democracy. I recognize that many people oppose abortion for deeply held religious and moral reasons. But those who want to keep abortion safe and legal hold their beliefs just as deeply on religious and moral grounds. This is ultimately about freedom and our country's core value of protecting freedom. It is un-American to force one person's view on another ... especially when the majority of Americans want to protect the right to choose.

I'm disappointed in our Court. Justices who said they respect precedent misled us; they clearly only respect the precedent with which they agree. Their fickleness undermines the rule of law and destroys our confidence in the third branch of government.

I'm scared of the implications. This opens the door to boundless attacks on our freedoms. If the Constitution only protects rights that are expressly listed, then we have much to fear. The flawed rationale of the majority opinion suggests that the government can dictate where we live and what job we have, who we marry and how many children we can have. This is not hyperbole. These rights are not expressly listed in the Constitution, and states could rely on today's decision to pass laws like these that trample upon our fundamental freedoms.

Perhaps above all, I'm worried. I worry about women trying to do what's best for their families and health. I worry about doctors and nurses trying to do what's best for their patients. I worry about my daughters—for the freedoms taken away from them, and for the future we are leaving them.

9:12 AM · Jun 24, 2022 · Twitter Web App

4:22-cv-302-RH-MAF
**JOINT EX**

**45**

AW_Public000048
JEX 45.001

← **Tweet**

**Ron DeSantis** ✓
@GovRonDeSantis                                    ···

By properly interpreting the Constitution, the Supreme
Court has answered the prayers of millions upon
millions of Americans.



The prayers of millions have been answered. For nearly fifty years, the U.S. Supreme Court has
prohibited virtually any meaningful pro-life protection, but this was not grounded in the text,
history or structure of the Constitution. By properly interpreting the Constitution, the Dobbs
majority has restored the people's role in our republic and a sense of hope that every life counts.

Florida will continue to defend its recently-enacted pro-life reforms against state court
challenges, will work to expand pro-life protections, and will stand for life by promoting
adoption, foster care and child welfare.

9:59 AM · Jun 24, 2022 · Twitter for iPhone

**5,506** Retweets   **1,117** Quote Tweets   **36.6K** Likes

♡                    ⟲                    ♡                    ↑

4:22-cv-302-RH-MAF
**JOINT EX**
**46**

AW_Public000043
JEX 46.001