# Exhibit 6

```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF FLORIDA
                     TALLAHASSEE DIVISION

                              CASE NO. 4:22-cv-302-RH-MAF


ANDREW H. WARREN,

    Plaintiff,

vs.

RON DESANTIS, individually
and in his official capacity
as Governor of the State
of Florida,

    Defendant.
                                              /



              VIDEO-RECORDED DEPOSITION OF
                      LARRY KEEFE
                   {Pages 1 - 207}

               Friday, November 4, 2022
                 9:54 a.m. - 2:36 p.m.
                  GRAY ROBINSON, P.A.
               301 South Bronough Street
                      Suite 600
              Tallahassee, Florida 32301-1724








              Stenographically Reported By:
         Deanne M. Moore, RMR, CRR, FPR, FPR-C
```

1    A    Just -- just to -- a sort of -- to give you
2  some context that might help you with your questions,
3  all I knew was that the Gray Robinson firm, these two
4  lawyers sitting here with me, asked me questions and
5  needed input from me in regard to some interrogatories
6  that they were answering.
7         I really don't remember the particulars of what
8  the scope or what the specifics were.  They asked me a
9  number of questions.  I gave them the best of my
10 knowledge, but as to what exactly it is they were
11 answering and what it exactly they were saying, I don't
12 know.
13        This is the -- as far as I know, the first time
14 I've seen what you have shown to me as Exhibit 3 and
15 its -- in the form that it's in right now.
16   Q    Okay.  Other than you, who within the Executive
17 Office of the Governor is most knowledgeable regarding
18 the investigation and review of Andrew Warren?
19   A    Once again, I -- I don't call what I did to be
20 an investigation of Andrew Warren.  It was simply a
21 process of looking into a situation, and the people that
22 are most knowledgeable, I shared most, if not all, of
23 what I did with the general counsel's office.  I had
24 substantial communications with them.
25   Q    And who specifically, sir?

1  correct?

2      A    Yes.

3      Q    Okay.  Why did you add the election security

4  law letter?

5      A    You know, I don't know as I sit here.  I think

6  it was actually given, you know, very little

7  consideration.  I don't have a specific recollection of

8  that.

9      Q    Okay.  But through all of these drafts, from

10 the first draft frankly up until the final signed

11 executive order, the abortion statement was always in

12 there, correct?

13     A    I believe so.

14     Q    Okay.  Turning to just a couple of particular

15 statements in here.  On page 1088, it says, "Whereas

16 Warren can no longer be trusted to fulfill his oath of

17 office."

18          Why did you believe that to be true?

19     A    Because of all the things that I saw and

20 observed and analyzed during the course of my work over

21 a period of months.

22     Q    Did Governor DeSantis ever trust Mr. Warren?

23     A    I -- I -- I have no idea.  I don't know -- I

24 don't know what thoughts lie in the Governor's mind

25 relative to Mr. Warren.

1    Q    Okay.  Are you aware that career supervisory
2  ASA's in Mr. Warren's office reviewed all hours of
3  relevant body cam footage before deciding at their level
4  that none of those 67 cases could properly be
5  prosecuted?
6         MR. LEVESQUE:  Object to form.
7    A    I -- I may have been told that or known that at
8  some point, but I don't recollect now.
9    Q    If the decision not to prosecute these
10 67 individuals was a made on an individual
11 person-by-person basis by career ASAs after reviewing
12 relevant body cam footage and other evidence, does that
13 change your mind about whether this was an appropriate
14 basis to cite in suspending Mr. Warren?
15        MR. LEVESQUE:  Same objection.
16   A    I don't know anything about those facts.  I
17 would need to be fully apprised of all those facts
18 rather than comment, not being versed in them.
19   Q    But, sir, you could have spoken to people in
20 the State Attorney's Office in the course of your look
21 around the state, couldn't you?
22        MR. LEVESQUE:  Object to form.
23   A    I did not do that.
24   Q    So why didn't you think during your review that
25 it was important to be fully apprised of all the facts

```
 1                  CERTIFICATE OF REPORTER
 2   STATE OF FLORIDA
 3   COUNTY DUVAL
 4          I, Deanne M. Moore, RMR, CRR, FPR, FPR-C certify
 5   that I was authorized to and did stenographically report
 6   the deposition of LARRY KEEFE, pages 1 through 203; that
 7   a review of the transcript was requested; and that the
 8   transcript is a true record of my stenographic notes.
 9          I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties,
11   nor am I a relative or employee of any of the parties'
12   attorneys or counsel connected with the action, nor am I
13   financially interested in the action.
14          Dated this 8th day of November, 2022.
15
16
17
                Deanne M. Moore, RMR, CRR, FPR, FPR-C
18
19
20
21
22
23
24
25
```