IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

Case No. 4:22-cv-302-RH-MAF

**DEFENDANT'S OBJECTIONS TO
PLAINTIFF'S RULE 26(a)(3)(A) PRETRIAL DISCLOSURES**

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure and the Court's Scheduling Order (ECF No. 69), Defendant Governor Ron DeSantis makes the following objections to Plaintiff Andrew Warren's Pretrial Disclosures.

**i. Witnesses.**

Defendant reserves the right to object to any witness not named by Plaintiff in his Rule 26(a)(3)(A)(i) disclosures, and reserves the right to object to the improper testimony of any witness, whether presented through testimony at trial or through deposition designation.

1

**ii. Objections to Designation of Deposition Testimony.**

Defendant reserves the right to object to the deposition designation of any witness not named by Plaintiff in his Rule 26(a)(3)(A)(ii) disclosures. Defendant objects to the testimony of any witness being presented by deposition designation where that witness has testified at trial. Additionally, Defendant objects to the testimony of any witness who has testified at trial from subsequently being presented by deposition designation. This objection does not include the use of depositions for proper impeachment purposes.

**iii. Objections to Exhibits.**

Defendant's objections to Plaintiff's Rule 26(a)(3)(A)(iii) disclosures are set forth in the Parties' Pretrial Stipulation (ECF No. 123, p. 21-28), and are incorporated by reference.

Respectfully submitted this 22nd day of November 2022.

/s/ George T. Levesque
JEFF AARON (FBN 123473)
Email: jeff.aaron@gray-robinson.com
Secondary Email:
cindi.garner@gray-robinson.com
GEORGE T. LEVESQUE (FBN 555541)
Email: George.levesque@gray-robinson.com
Secondary Email:
maelene.tyson@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
Telephone: 850-577-9090
Facsimile: 850-577-3311

        ASHLEY MOODY
         *Attorney General*

        HENRY C. WHITAKER (FBN 1031175)
         *Solicitor General*
        JEFFREY PAUL DESOUSA (FBN 110951)
         *Chief Deputy Solicitor General*
        JAMES H. PERCIVAL (FBN 1016188)
         *Deputy Attorney General of Legal Policy*
        NATALIE CHRISTMAS (FBN 1019180)
         *Assistant Attorney General of Legal Policy*
        DAVID M. COSTELLO (FBN 1004952)
         *Deputy Solicitor General*

        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399
        (850) 414-3300
        henry.whitaker@myfloridalegal.com

        *Counsel for Governor DeSantis*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via email, as follows:

Jean-Jacques Cabou*
Alexis E. Danneman*
Matthew R. Koerner*
Margo R. Casselman*
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
*\*Pro Hac Vice*

**AND**

3

David B. Singer
Florida Bar No. 72823
Matthew T. Newton
Florida Bar No. 111679
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

*AND*

*David O'Neil\**
*801 Pennsylvania Ave NW, Suite 500*
*Washington, D.C. 20004*
*(202) 383-8000*
*daoneil@debevoise.com*
*Alexandra P. Swain\*\**
*650 California Street*
*San Francisco, CA 94108*
*apswain@debevoise.com*
*Samantha B. Singh (FBN 1036051)*
*919 Third Avenue*
*New York, NY 10022*
*sbsingh@debevoise.com*
*\* Pro Hac Vice*
*\*\* Pro Hac Vice pending*
*Attorneys for Plaintiff*

                                                                     */s/ George T. Levesque*
                                                          George T. Levesque (FBN 555541)
                                                          GRAYROBINSON, P.A.