# United States District Court
## CIVIL MINUTES - GENERAL

Date: <u>November 23, 2022</u>　　　　　　　　　　　Case No.: <u>4:22cv302-RH</u>
Time: <u>3:00 – 3:34 p.m.</u>

### ANDREW H. WARREN v. RON DESANTIS

DOCKET ENTRY: Telephonic Pretrial Conference held. Court hears from counsel on Motions to Quash Subpoenas. Court hears from counsel on Motion to Bar Testimony. Court conducts pretrial conference and parties discuss trial procedures.  Ruling by Court:  Motions to Quash (ECF 119 and 129) are moot. Motion to Compel Barred Testimony (ECF 107) is granted.  The rulings will be laid out in more detail in an order to follow.

PRESENT:   **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

| <u>Cindy Markley</u> | <u>Lisa Snyder</u> |
|---|---|
| Deputy Clerk | Official Court Reporter |

ATTORNEYS APPEARING FOR PLAINTIFF:
Jean-Jacques Cabou
Alexis Danneman
Margo Casselman
Matthew Newton
Alexandra Swain
David Singer

ATTORNEYS APPEARING FOR DEFENDANT:
George Levesque
Jeffrey Aaron
David Costello
Henry Whittaker
James Percival
Natalie Christmas

ATTORNEYS APPEARING FOR NON-PARTIES:
Christopher Brown (for Hillsborough County Sheriff)
April Kirsheman (for Hillsborough County Sheriff)
Thomas Poulton (for Seminole County Sheriff)