# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## PRETRIAL ORDER

This order confirms and adds to the rulings announced at the pretrial conference on November 23, 2022. The pretrial stipulation is binding and will control the matters it addresses. Exhibits to which no objection has been noted, or for which any objections have been withdrawn, may be admitted at the trial without a further showing.

The parties announced on the record their stipulation that the Sheriff of Hillsborough County will testify only by deposition, not live, and that exhibits related to the Sheriff of Seminole County will be admitted—hearsay objections are

waived—but the Sheriff will not testify. This rendered moot the Sheriffs' motions to quash subpoenas for their appearance at trial.

The plaintiff repeated his position that he does not intend to call the defendant as a witness in the plaintiff's case in chief. The defendant repeated his position that he does not intend to testify at all. This order grants the defendant's motion to bar the plaintiff from calling him as a witness but does not preclude the plaintiff from seeking to call the defendant during the plaintiff's rebuttal case in the unlikely event that unanticipated circumstances arise during the defendant's case in chief that make it appropriate for the plaintiff to call the defendant.

IT IS ORDERED:

1. The trial remains set for Tuesday, November 29, 2022, at 9:00 a.m.

2. The attorneys, members of their staffs, and named parties may bring laptops, electronic tablets, cellular telephones, and other electronic devices into the courtroom.

3. The motions to quash subpoenas, ECF Nos. 119 and 129, are denied as moot.

4. The motion to bar the plaintiff from calling the defendant as a witness, ECF No. 107, is granted.

SO ORDERED on November 26, 2022.

s/Robert L. Hinkle
United States District Judge