IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,        Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

**PLAINTIFF'S NOTICE OF RECORD CERTIFICATION**

Plaintiff Andrew Warren submits the following certifications of authenticity in support of the following documents pre-filed by Plaintiff on Friday, November 18, 2022 (Doc. 111):

1. Exhibit A, a certification in support of Plaintiff's Exhibit marked PEX 035;
2. Exhibit B, a certification in support of Plaintiff's Exhibit marked PEX 036;
3. Exhibit C, a certification in support of Plaintiff's Exhibit marked PEX 012; and,
4. Exhibit D, a certification in support of the following exhibits:[1]
   - Plaintiff's Exhibit marked PEX 014;
   - Plaintiff's Exhibit marked PEX 013; and,
   - Plaintiff's Exhibit marked PEX 037.

---

[1] Please note that pages 30 – 33 of Exhibit D have not been submitted as evidence.

- 1 -

- 2 -

Dated:  November 28, 2022    **PERKINS COIE LLP**

By:  */s/ Matthew T. Newton*

    Jean-Jacques Cabou (AZ #022835)*
    Alexis E. Danneman (AZ #030478)*
    Matthew R. Koerner (AZ #035018)*
    Margo R. Casselman (AZ #034963)*
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    JCabou@perkinscoie.com
    ADanneman@perkinscoie.com
    MKoerner@perkinscoie.com
    MCasselman@perkinscoie.com
    602.351.8000

**AND**

    David B. Singer (FBN 72823)
    Matthew T. Newton (FBN 111679)
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    dsinger@shumaker.com
    mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

    David O'Neil*
    801 Pennsylvania Ave NW, Suite 500
    Washington, D.C. 20004
    (202) 383-8000
    daoneil@debevoise.com

    Alexandra P. Swain*
    650 California Street
    San Francisco, CA 94108
    apswain@debevoise.com

    Samantha B. Singh (FBN 1036051)
    919 Third Avenue
    New York, NY 10022
    sbsingh@debevoise.com

* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via email, as follows:

Jeff Aaron
George T. Levesque
Gray Robinson, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
850.577.9090
George.levesque@gray-robinson.com
Jeff.Aaron@gray-robinson.com

Henry C. Whitaker
Jeffrey Paul DeSousa
David Costello
James Percival
Natalie Christmas
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
850.414.3300
Henry.Whitaker@myfloridalegal.com
Jeffrey.DeSousa@myfloridalegal.com
David.Costello@myfloridalegal.com
James.Percival@myfloridalegal.com
Natalie.Christmas@myfloridalegal.com

/s/ Matthew T. Newton