IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

Case No. 4:22-cv-302-RH-MAF

**NOTICE OF FILING
PLAINTIFF'S TRIAL EXHIBITS**

- 2 -

Plaintiff hereby files Plaintiff's remaining trial exhibits, which have been marked as Plaintiff's Exhibit numbers 1, 8, 11-12, 15, 18, 22, 24, 29, 33, 36-37, 40-41, 44, 46, 50-53, 56, 58-63, 65, 69, 70-71, 73, 75-76 and 78-102.[1]

---

[1] Plaintiff's Exhibit number 22 is a video file. Because it cannot be filed through the Court's e-filing system, Plaintiff has instead filed a slip sheet for this exhibit. Plaintiff will provide a flash drive to the Court containing the native video file for this exhibit.

Dated:  November 29, 2022        **PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*

    Jean-Jacques Cabou (AZ #022835)*
    Alexis E. Danneman (AZ #030478)*
    Matthew R. Koerner (AZ #035018)*
    Margo R. Casselman (AZ #034963)*
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    JCabou@perkinscoie.com
    ADanneman@perkinscoie.com
    MKoerner@perkinscoie.com
    MCasselman@perkinscoie.com
    602.351.8000

**AND**

    David B. Singer (FBN 72823)
    Matthew T. Newton (FBN 111679)
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    dsinger@shumaker.com
    mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

    David O'Neil*
    801 Pennsylvania Ave NW, Suite 500
    Washington, D.C. 20004
    (202) 383-8000
    daoneil@debevoise.com

    Alexandra P. Swain*
    650 California Street
    San Francisco, CA 94108
    apswain@debevoise.com

    Samantha B. Singh (FBN 1036051)
    919 Third Avenue
    New York, NY 10022
    sbsingh@debevoise.com

\* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

/s/  <u>Indy Fitzgerald</u>