

**Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw

Andrew Warren tells the media that he is still the State Attorney because he identifies as a State Attorney.

Sorry but that doesn't fly here. In Florida we live in the real world. His badge won't even work to access his former office today.



> Tom Elliott @tomselliott · Aug 5
>
> Suspended Fla. Prosecutor @AndrewWarrenFL: "Blatantly unconstitutional" for @GovRonDeSantis to suspend me. "He does not have the authority to suspend me … the people elected me to serve in this position and I am going to continue doing it."
>
> Show this thread

1:03 PM · Aug 5, 2022 · Twitter for iPhone

**1,077** Retweets    **91** Quote Tweets    **5,266** Likes

  


4:22-cv-302-RH-MAF
PLAINTIFF'S EX
1
AW_Public000031
PEX 1.001