

OFFICE OF THE
# State Attorney
NINETEENTH JUDICIAL CIRCUIT OF FLORIDA
SERVING
INDIAN RIVER, MARTIN, OKEECHOBEE
AND ST. LUCIE COUNTIES

**Bruce H. Colton**
State Attorney

411 South Second Street
Fort Pierce, Florida 34950
(772) 465-3000
Fax: (772) 462-1214

March 15, 2018

### COSTS OF PROSECUTION

Section 938.27(8), Florida Statutes 2017, provides that costs of prosecution must be set at no less than $50 in all misdemeanor cases and no less than $100 in all felony cases, which are the amounts we have routinely sought. The statute has always recognized that the State is free to request costs of prosecution in excess of the statutorily identified minimum costs when there is sufficient proof of higher costs. Historically, while we have recognized that the statutory minimum costs do not accurately reflect the true cost associated with the prosecution of a case, we have elected to request only those minimum costs. As the Legislature has continued to gradually increase the financial burden of maintaining office operations on State Attorney Trust Funds (primarily funded through costs of prosecution), this policy is no longer viable. Therefore, we have recently examined the cost of handling felony, misdemeanor and criminal traffic cases, to determine a more realistic and justifiable amount. The final figures that we have arrived at are still a very conservative estimate of the actual costs involved in the prosecution of a criminal case, but we believe they fairly reimburse the office for work done per case. As further evidence of our conservative approach to this calculation, it should be noted that while the statute now appears to authorize the inclusion of attorney time in our calculations we have decided as in the past, based upon applicable case law, not to include the costs attributable to work performed by assistant state attorneys.

Effective immediately the amount of costs of prosecution shall be as follows:

Felony: $200

Misdemeanor & Criminal Traffic: $100

You should include these amounts in all plea offers and at sentencings. Also at sentencing make sure the judges state the correct amount on the record.

Of course as in the past if there are extra costs involved in the prosecution you should request those in addition to the standard amount.

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**12**

SAO19_AW_000746
PEX 12.001