

POLITICS

# Seminole Sheriff Dennis Lemma: I won't enforce assault weapons registry if amendment passes

By Steven Lemongello
Orlando Sentinel • Jan 15, 2020 at 2:42 pm



Seminole County Sheriff Dennis Lemma speaks during "The Prescription for Change: Finding Solutions to the Opioid Crisis in Central Florida" event at the Citrus Club in downtown Orlando on Tuesday, October 29, 2019. (Stephen M. Dowell/Orlando Sentinel) (Stephen M. Dowell/Orlando Sentinel)



Listen to this article

Seminole County Sheriff Dennis Lemma told gun activists he wouldn't enforce a proposed amendment to the state constitution that would require owners of semiautomatic





**URL**
https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html

**Timestamp**
Tue Aug 16 2022 12:24:49 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
15

AW_Public000026
PEX 15.001



Seminole County Sheriff Dennis Lemma speaks during "The Prescription for Change: Finding Solutions to the Opioid Crisis in Central Florida" event at the Citrus Club in downtown Orlando on Tuesday, October 29, 2019. (Stephen M. Dowell/Orlando Sentinel) (Stephen M. Dowell/Orlando Sentinel)



Listen to this article

Seminole County Sheriff Dennis Lemma told gun activists he wouldn't enforce a proposed amendment to the state constitution that would require owners of semiautomatic weapons to register them with the state.

Lemma, a Republican, was speaking Jan. 8 at a town hall event in Sanford organized by the Republican Liberty Caucus in conjunction with Florida Gun Rights, according to a report in Gunpowder Magazine.



In a video posted by the group "FL 2A," Lemma was asked by Bob White, chair of the Florida Republican Liberty Caucus, about the "Ban Assault Weapons Now" petition seeking to get on the 2020 ballot.

The proposed amendment would ban possession of assault weapons, defined as "semiautomatic rifles and shotguns capable of holding more than 10 rounds of ammunition at once, either in fixed or detachable magazine, or any other ammunition feeding device."



**LATEST**

**FLORIDA GATORS PODCAST**

GATORS PODCAST: Billy Napier's Gators are moving in and moving up (Ep. 123)

13m

**MIAMI DOLPHINS**

Dolphins camp: Defense snags six interceptions, three off Tua; plus stock up, stock down

21m

**HURRICANES**

Hurricane center begins tracking a system in the




**URL**
https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html

**Timestamp**
Tue Aug 16 2022 12:26:38 GMT-0700 (Pacific Daylight Time)

≡ **Orlando Sentinel** 🔍    ELECTION   Meet the Central Florida candidates in the Aug. 23 primary   $1 FOR 6 MONTHS Limited time only   LOG IN

In a video posted by the group "FL 2A," Lemma was asked by Bob White, chair of the Florida Republican Liberty Caucus, about the "Ban Assault Weapons Now" petition seeking to get on the 2020 ballot.

The proposed amendment would ban possession of assault weapons, defined as "semiautomatic rifles and shotguns capable of holding more than 10 rounds of ammunition at once, either in fixed or detachable magazine, or any other ammunition feeding device."

13m

**MIAMI DOLPHINS** 
Dolphins camp: Defense snags six interceptions, three off Tua; plus stock up, stock down

21m

**HURRICANES** 
Hurricane center begins tracking a system in the Caribbean

25m



SPONSORED CONTENT

**Best Travel Cards: No Annual Fee And Most Valuable Miles** ↗

These no-hassle travel cards have no annual fee and offer the most valuable miles on the market.

By Wise Bread

ADVERTISEMENT

Ignite the spark of intimacy with K-Y.
Ad by K-Y    Learn More

The amendment would also require registration of assault weapons already possessed prior to the law becoming active.

"If that amendment ever actually became part of the constitution of the state of Florida, those of us who already own would have to register," White said. "And that's one of the things we will refuse to comply with. My question to you is, would you enforce that provision of the state Constitution on people that are refusing to register?"

**You May Like**    **Sponsored Links**



**Unsold Alaska Cruise Cabins Are Almost Being Given Away: See Prices**
Alaska Cruise Deals | sponsored searches

**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
TruthFinder



READ MORE



**URL**
https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html
**Timestamp**
Tue Aug 16 2022 12:27:00 GMT-0700 (Pacific Daylight Time)

  

would have to register," White said. "And that's one of the things we will refuse to comply with. My question to you is, would you enforce that provision of the state Constitution on people that are refusing to register?"





**Unsold Alaska Cruise Cabins Are Almost Being Given Away: See Prices**
Alaska Cruise Deals | sponsored searches



**Locate Almost Anyone By Entering Their Name (This Is Addicting!)**
TruthFinder

Lemma responded, to applause from the audience, "It's not only that I wouldn't, the majority of sheriffs across the state would not do it."



**Voted The Best Portable AC in 2022 Available At Just $89!**
Best Tech Trend



"It's up to the sheriffs what they are willing to enforce," Lemma added, according to Gunpowder, citing the legal doctrine set forth in the landmark Supreme Court case Printz vs United States. That 1997 decision held that certain interim provisions of the Brady Handgun Violence Prevention Act violated the Tenth Amendment to the Constitution.

**Get Back To Action With Rex MD**
Rex MD

A spokeswoman for the sheriff's office said Lemma has no additional comment on his remarks.

The "Ban Assault Weapons Now" amendment had only 134,630 valid signatures Wednesday out of the required 766,200 signatures needed by Feb. 1 in order to make the November ballot. If it does, it would require 60% of the vote to pass.



**URL**
https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html

**Timestamp**
Tue Aug 16 2022 12:29:23 GMT-0700 (Pacific Daylight Time)





Lemma responded, to applause from the audience, "It's not only that I wouldn't, the majority of sheriffs across the state would not do it."



"It's up to the sheriffs what they are willing to enforce," Lemma added, according to Gunpowder, citing the legal doctrine set forth in the landmark Supreme Court case Printz vs United States. That 1997 decision held that certain interim provisions of the Brady Handgun Violence Prevention Act violated the Tenth Amendment to the Constitution.

A spokeswoman for the sheriff's office said Lemma has no additional comment on his remarks.

The "Ban Assault Weapons Now" amendment had only 134,630 valid signatures Wednesday out of the required 766,200 signatures needed by Feb. 1 in order to make the November ballot. If it does, it would require 60% of the vote to pass.

A spokesman for the group didn't return a request for comment Wednesday.

*An original version of this story listed the incorrect kind of weapon that would be affected by the amendment.*

This story originally appeared on OrlandoSentinel.com.

slemongello@orlandosentinel.com




**URL**
https://www.orlandosentinel.com/politics/os-ne-seminole-sheriff-gun-registry-20200115-j7zcrudn55dvdduxpreydctkpi-story.html
**Timestamp**
Tue Aug 16 2022 12:29:57 GMT-0700 (Pacific Daylight Time)