

| FOX 13 TAMPA BAY | News | Weather | Sports | Good Day | We Live Here | Contests |

⚠ **River Flood Warning** is in effect, Polk County, Sarasota County

# Hillsborough State Attorney pledges not to press charges against abortion patients, doctors

By Gloria Gomez | Published June 28, 2022 | Hillsborough County | FOX 13 News



**Attorneys pledge not to prosecute abortion crimes**
Gloria Gomez reports

**TAMPA, Fla.** - The State Attorney in Hillsborough County, Andrew Warren, has pledged not to press charges against those receiving an abortion or their doctors. This comes in the wake of Roe v. Wade being overturned by the Supreme Court, handing the power down to the states on how to handle abortion laws.

Warren said his focus is on prosecution real crimes.

"Not criminalizing a decision that mothers make with her families with her doctors enforcing arbitrary bans on abortion enforcing a law that doesn't actually promote public safety is something that prosecutors should not be doing," said Warren.

Warren along with more than 84 state and district attorneys' from across the country have signed a joint statement by Fair and Justice Prosecution. It's a network of elected local prosecutors committed to promoting a fair and compassionate justice system. In the three-page letter the group explains their reasons behind their decision.

"Our legislators may decide to criminalize personal healthcare decisions, but we remain obligated to prosecute only those cases that serve the interest of justice and the people," the statement said.

**DAILY NEWSLETTER**
All the news you need to know, every day

Email Address

**Sign Up**

By clicking Sign Up, I confirm that I have read and agree to the Privacy Policy and Terms of Service.

**Trending**


1. Parkland school shooter may have been his own worst witness in death penalty trial


2. Sanibel Causeway now open for emergency vehicles; available to residents Oct. 21


3. Happy Birthday! US Navy to turn 247 years old Thursday


4. Ashley Moody: 24 arrested, 1 wanted in Florida fentanyl drug bust


5. Detectives search for two suspects involved in fatal Tampa bar shooting

**Latest headlines**

LIVE NOW
Life or death? Jury in Parkland school shooting penalty trial reaches verdict

**URL**
https://www.fox13news.com/news/hillsborough-state-attorney-pledges-not-to-press-charges-against-abortion-patients-doctors
**Timestamp**
Thu Oct 13 2022 08:31:17 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
**18**

AW_000001
PEX 18.001

FOX 13 | News | Weather | Sports | Good Day | We Live Here | Contests | More

Warren along with more than 84 state and district attorneys' from across the country have signed a joint statement by Fair and Justice Prosecution. It's a network of elected local prosecutors committed to promoting a fair and compassionate justice system. In the three-page letter the group explains their reasons behind their decision.

"Our legislators may decide to criminalize personal healthcare decisions, but we remain obligated to prosecute only those cases that serve the interest of justice and the people," the statement said.

**DAILY NEWSLETTER**

All the news you need to know, every day

Email Address

Sign Up

By clicking Sign Up, I confirm that I have read and agree to the Privacy Policy and Terms of Service.



Impacts of SCOTUS ruling on Florida abortion laws

Florida's new law banning abortion after 15 weeks of pregnancy has been controversial, but after the Supreme Court's overturning of Roe v. Wade, Florida could become the closest southeastern state that allows abortion and has operating clinics for women who seek one.

In Florida, a new ban on abortion after 15-weeks of pregnancy takes effect on July 1, but the law is already being challenged as unconstitutional by health care providers. A Tallahassee judge is set to rule by the end of the week.

Warren wants to make it clear his office doesn't have a blanket rule on abortion bans.

"It depends on the facts and circumstances of every case but moving the line arbitrarily from the point of viability to 15 weeks it's not something that anyone in any way protects public safety and all it does is violate people fundamental freedoms and the right to privacy," said Warren.

MORE: Roe v. Wade overturned: U.S. Supreme Court's ruling adds fuel to Florida abortion battles

Legal experts said while local prosecutors have the power to pick and choose what laws to enforce and cases to charge, the Governor or Attorney General of that state could step in and take those cases away and pursue them. But, Warren said there is much bigger concern at play here.

"Women and all Floridians should be afraid of the fact that our rights are under assault," he warned.

**Trending**

1  Parkland school shooter may have been his own worst witness in death penalty trial

2  Sanibel Causeway now open for emergency vehicles; available to residents Oct. 21

3  Happy Birthday! US Navy to turn 247 years old Thursday

4  Ashley Moody: 24 arrested, 1 wanted in Florida fentanyl drug bust

5  Detectives search for two suspects involved in fatal Tampa bar shooting

**Latest headlines**

LIVE NOW
Life or death? Jury in Parkland school shooting penalty trial reaches verdict 

Polk deputy wearing bulletproof vest shot in Davenport neighborhood; suspect in custody, officials say 

Florida's largest pumpkin finds home in Tampa right before Halloween 

U.S. Treasury probing Gov. Ron DeSantis' migrant flights 

Hillsborough sheriff: Man arrested for kidnapping after 

Taboola Feed

**URL**
https://www.fox13news.com/news/hillsborough-state-attorney-pledges-not-to-press-charges-against-abortion-patients-doctors

**Timestamp**
Thu Oct 13 2022 08:31:54 GMT-0700 (Pacific Daylight Time)

AW_000002

PEX 18.002