# PEX 22

**NATIVE VIDEO FILE - PLEASE REFER TO ACCOMPANYING FLASH DRIVE**

7/2022 DeSantis public statement in Orlando, FL
[AW_Public000037]

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**22**