10/5/22, 1:18 PMFwd: Stats

**From:** anthony@simwins.com,
**To:** newmanrd1@aol.com,
**Subject:** Fwd: Stats
**Date:** Tue, Aug 2, 2022 12:17 pm
**Attachments:** Letter for Tom.pdf (193K)

Begin forwarded message:

**From:** Thomas Piccolo <thomas.piccolo@gmail.com>
**Subject: Fwd: Stats**
**Date:** August 2, 2022 at 12:06:23 PM EDT
**To:** Anthony Pedicini <anthony@simwins.com>

I looked at the numbers from the public records request and also looked into the clerk's office filings (which is usually a good indicator of court performance hence SAO performance).

Attached are my memorialized ideas and the order from federal court criticizing warren and an article in which he plays the criticism off.

Still trying to get some DV advocates or media to bite but it's tough since they side with him.





Thoughts on stats:  DOMESTIC VIOLENCE

1) DV only 47% filing rate of cases sent to SAO during time frame requested.
2) Only 1.14% of those filed were trials (jury or non)
3) Almost 11% were negotiated pleas
    a. 8% of that were prison (53)
    b. 2.87% of that were jail (183)
    c. 4% of that were community control
    d. 45% were probation
    e. THAT MEANS 13.81% WERE EITHER DROPPED, DISMISSED OR GIVEN JUST COURT COURTS

Thoughts on stats:  SEX PRED REGISTRATION (PREDATORS ARE MUCH WORSE; MEANS THEY HAVE AT LEAST TWO SEX CRIME CONVICTIONS, OR COMMITTED A FIRST DEGREE FELONY . This designation is for those who are convicted of raping a child, human trafficking of a child, armed sexual battery—these are the worst of the worst)

As of July Under Florida Statute 943.0435(9)(b) MANDATES (it's a shall not a may) that if the sentence is not prison then the following SHALL be imposed:
1. a first time violation 6 months community control is minimum/mandatory sentence
2. a second time violation 1 year community control is minimum/mandatory sentence
3. a third time violation 2 years community control is minimum/mandatory sentence

Under Andrew, 23 cases were opened for PREDATORS and 20 of those closed after being opened. Presumably 3 remained open for that time frame we requested. This total number is smaller because most predators are in prison (thanks to previous administrations) so the fact that 25 sexual predators were referred for charges means 25 of the county's worst of the worst were referred, and 23 were filed against, and 20 were concluded.
    Of the 20:
    -3 were dropped altogether
    -14 were a result of a negotiated plea
    -of the 14, ONLY TWO got prison, which means the other 12 had to get some form of community control by statute BUT they did not.  Three got jail (which was probably time served) and the rest were either probation or no sanction.
    THAT MEANS IN OVER 85.7% OF THE TIME ANDREW WARREN'S OFFICE FAILED TO FOLLOW THE LAW AND ENSURE THAT HEIGHTENED SENTENCES FOR THE WORST OF THE WORST WERE ACHIEVED.

    THIS IS HUGE SINCE HE CLAIMED DURING HIS CAMPAIGN HE WAS GOING TO HOLD SEX OFFENDERS ACCOUNTABLE; HE CRITICIZED MARK FOR THE WAY HE HANDLED SEX CRIMES (WHICH WAS ABOVE THE NATIONAL AVERAGE AND LED THE STATE).

Also--- just a thought, Andrew has yet to take on a prosecution himself aside from making a media statement on it. He has yet to argue a motion or conduct a trial. Almost every state attorney has done that already. Even Julie Holt represented someone in trial!

His entire prosecution experience was as a "special" United States Attorney for the Department of Justice. That doesn't mean he worked for the US Attorney. He prosecuted low level cases (basically misdemeanors) for a few months and then came to Tampa. The one case that he did have here was dismissed and an order was entered criticizing him by name! It takes a lot to tick off a federal judge but he did.

Also—just as an aside. Obviously numbers can be viewed in various ways but I looked at the statewide reporting of numbers:

www.flcourts.org  has all the stats in reports. Several links there to click

For the 2018-2019 year
Hillsborough was in the bottom third of judicial circuits on misdemeanor jury trial rates. Jurisdictions our size or larger out-performed Hillsborough in both number of trials and overall conviction.

Hillsborough was also in the bottom half for felony trials and only had a 60% conviction rate for trials. They are also lower in overall guilty dispositions than the state average.

His tough on DV and tough on sex crimes is not working.....

Also our local DV shelter is Warren friendly I was told, so I doubt they will care too much. And I was advised that the only reporter who would possibly report something is Tony Marerro but I do not know him at all.

I have attached the order written about him and the article where he says being criticized by a judge is no big deal.

-Rita
(813)244-8456

DEF 002183

PEX 29.003

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 8:14-cr-140-T-23MAP

THOMAS E. BIDDIX,
KEVIN BRIAN COX a/k/a Brian Cox,
and LEONARD I. SOLT
_____/

## ORDER

Directly contrary to Local Rule 3.01(f), Andrew H. Warren, "Trial Attorney' for the Fraud Division of the Department of Justice, submitted on June 29, 2015, at Doc. 286 of the docket an "application to the Court requesting relief . . . and . . . addressed [and] presented to the Court in the form of a letter' in which Warren, to accommodate his individual aspiration to participate in the Chamber of Commerce's "Leadership Tampa' program, requests a two-day "recess' of a multi-party criminal trial scheduled by a March 4, 2015 order (Doc. 197) and estimated to require not less than a month to complete.

A moment's thought about the imperatives of managing a federal court docket that includes about four hundred cases and a multiple of that number of lawyers and litigants should enable the applicant in this instance to reliably predict the disposition of his application and to assess the propriety of advancing the application in the first instance. Of course, a judge who extends to a person some gratuity, whether a recess

DEF 002184

PEX 29.004

-2-

or some other indulgence, incurs a palpable obligation to grant a similar gratuity if requested by another person, even if the proffered reason is only less *deminimis* or less trivial " which is not a obligation that prudence commends to a judge.

The merits of the requested relief aside, the letter, a violation of the Local Rules, is **STRICKEN**.

ORDERED in Tampa, Florida, on July 2, 2015.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

DEF 002185

PEX 29.005

https://saintpetersblog.com/andrew-warren-says-rebuke-federal-judge-last-year-not-big-deal/

DEF 002186

PEX 29.006



**AGG BATT LEO/BATTERY LEO/AGG ASSAULT LEO/OBSTRUCTING WITH and WITHOUT VIOLENCE**

a. As of December 31, 2017, how many cases with FORM CODES: ASSA1010, ASSA2001, ASSA2002, ASSA2003, ASSA2004, ASSA2005, ASSA5022, ASSA5050, BATT1010, BATT1012, BATT1014, BATT1016, BATT1017, BATT2000, BATT2001, BATT2003, BATT2005, BATT2010, BATT3000, COPS1000, COPS1001, COPS2002, GUNS0113, GUNS0114, GUNS0118, GUNS0311, GUNS0313, GUNS0314, GUNS0316, GUNS0329, GUNS0331, GUNS0333, GUNS0374, MURD1052, MURD1054, MURD4001, MURD4002, MURD4050, MURD4051, MURD4052 were pending?

Currently Pending (cases without a disposition)   652

b. Between the dates of January 1, 2018 and March 1, 2020, how many cases were opened by the Office of the State Attorney in and for the 13th Judicial Circuit with FORM CODES ASSA1010, ASSA2001, ASSA2002, ASSA2003, ASSA2004, ASSA2005, ASSA5022, ASSA5050, BATT1010, BATT1012, BATT1014, BATT1016, BATT1017, BATT2000, BATT2001, BATT2003, BATT2005, BATT2010, BATT3000, COPS1000, COPS1001, COPS2002, GUNS0113, GUNS0114, GUNS0118, GUNS0311, GUNS0313, GUNS0314, GUNS0316, GUNS0329, GUNS0331, GUNS0333, GUNS0374, MURD1052, MURD1054, MURD4001, MURD4002, MURD4050, MURD4051, MURD4052?

Open Cases: 5,069

   i. Of those cases, how many were filed as charged?   4,986
   ii. Of the cases opened how many were no filed?   657

c. Of the cases filed, how many are closed as of March 1, 2020?   4,124

   i. Of those, how many were closed with a disposition of a plea of guilty to FORM CODES: ASSA1010, ASSA2001, ASSA2002, ASSA2003, ASSA2004, ASSA2005, ASSA5022, ASSA5050, BATT1010, BATT1012, BATT1014, BATT1016, BATT1017, BATT2000, BATT2001, BATT2003, BATT2005, BATT2010, BATT3000, COPS1000, COPS1001, COPS2002, GUNS0113, GUNS0114, GUNS0118, GUNS0311, GUNS0313, GUNS0314, GUNS0316, GUNS0329, GUNS0331, GUNS0333, GUNS0374, MURD1052, MURD1054, MURD4001, MURD4002, MURD4050, MURD4051, MURD4052?

Disposed of a plea of guilty: 2,497

   ii. Of those sentenced, how many were sentenced below guidelines?   293
   iii. Of those closed, how many were adjudicated?   1,892
   iv. Of those closed, how many received a sentence of a prison term?   204
   v. Of those closed, how many were negotiated pleas?   763

Report Data Ran on 7/30/2020

DEF 002187

PEX 29.007