10/13/22, 6:57 PM      Florida's Voice on Twitter: "#BREAKING: Gov. Ron DeSantis calls for doctors to be sued for providing children suffering from gen...

 ← **Thread**       Search Twitter

 **Florida's Voice**
@FLVoiceNews

#**BREAKING**: Gov. Ron DeSantis calls for doctors to be sued for providing children suffering from gender dysphoria double mastectomies and castrations

"They wanna castrate these young boys - that's wrong ... I think these doctors need to get sued for what's happening."



866.9K views       0:00 / 0:36

7:58 AM · Aug 3, 2022 · Twitter Web App

**6,621** Retweets   **928** Quote Tweets   **30.5K** Likes

**Florida's Voice** @FLVoiceNews · Aug 3
Replying to @FLVoiceNews



flvoicenews.com
FL DOH Press Sec. Slams State Chapter of American Academy of Ped...
Florida Department of Health Press Secretary Jeremy Redfern criticized the Florida chapter of the American Academy of Pediatrics for ...

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Florida's Voice**   Follow
@FLVoiceNews
Florida's Voice is dedicated to bringing honest political reporting to Florida, minus the mainstream talking points.

**What's happening**

Politics · LIVE
**January 6 committee votes to subpoena former president Donald Trump**

ELLE M... · 3 hours ago
**Introducing ELLE's 2022 Women in Hollywood**

FORT... · This morning
**What led to the historic deterioration in the U.S. housing market?**

NHL · LIVE
**Panthers at Islanders**
Trending with #isles

NHL · LIVE
**Rangers at Wild**
Trending with #mnwild

Show more

**Don't miss what's happening**
People on Twitter are the first to know.        Log in    Sign up

https://twitter.com/FLVoiceNews/status/1554844275074031616        1/3

Exhibit ___
Date: ___
J. Babcock

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX 33**

AW_Public000033
PEX 33.001

Case 4:22-cv-00302-RH-MAF   Document 135-10   Filed 11/29/22   Page 2 of 3

10/13/22, 6:57 PM        Florida's Voice on Twitter: "#BREAKING: Gov. Ron DeSantis calls for doctors to be sued for providing children suffering from gen…

Replying to @FLVoiceNews
I agree with him.

💬 3    🔁 3    ♡ 172    ⬆

Show replies

**RonPaulSwede** 🇸🇪🇺🇸🇭🇰🇹🇼 @RonPaulSwede · Aug 3
Replying to @FLVoiceNews and @ChristinaPushaw
THANK YOU!

💬 1    🔁 1    ♡ 40    ⬆

Show replies

**ManWithNoName** @ManWithNoNameUS · Aug 3
Replying to @FLVoiceNews



GIF

💬 2    🔁 3    ♡ 177    ⬆

**shelly/Infosec Witch / CATS initiative / Hacker** @shelly2161 · Aug 3
Replying to @ManWithNoNameUS and @FLVoiceNews
The voice of a troll.

💬    🔁    ♡    ⬆

**Great Stockpix (Professional Day Trader)** @Greatstockpix · Aug 3
Replying to @FLVoiceNews and @ChristinaPushaw
100%!!!!!

💬 1    🔁    ♡ 43    ⬆

**Alan R. Levy** @alanesque · Aug 3
Replying to @FLVoiceNews and @ChristinaPushaw
Who exactly would have standing to sue the doctors?

💬 37    🔁 1    ♡ 6    ⬆

Don't miss what's happening
People on Twitter are the first to know.      Log in    Sign up

AW_Public000034
**PEX 33.002**

Case 4:22-cv-00302-RH-MAF   Document 135-10   Filed 11/29/22   Page 3 of 3

10/13/22, 6:57 PM        Florida's Voice on Twitter: "#BREAKING: Gov. Ron DeSantis calls for doctors to be sued for providing children suffering from gen…





https://twitter.com/FLVoiceNews/status/1554844275074031616        3/3

AW_Public000035
**PEX 33.003**