# Filing Decisions

Bootcamp

August 8, 2022

Walter Forgie, ASA



4:22-cv-302-RH-MAF
PLAINTIFF'S EX
37

SAO5_AW_000195
PEX 37.001

# MISSION STATEMENT

To promote public safety by enforcing the criminal laws of the State of Florida; to uphold, protect and defend the Constitution and the Bill of Rights; to hold those who violate our laws accountable; to ensure that victims of crime have a voice in the criminal justice system; and to be good stewards of taxpayer resources.

# PROSECUTORIAL POLICY

The sole objective of a prosecutor is to seek justice. Few functions of government carry consequences as far-reaching as the decision to initiate and prosecute a criminal charge. The decision to charge should be made only after thorough investigation of all the available evidence, and after a decision has been reached that the available and legally admissible evidence provides for a substantial likelihood of conviction at trial. Charges should not be filed which are greater in number or degree than can reasonably be supported by the evidence at trial and prosecutors shall not engage in charge bargaining.

SAO5_AW_000197
PEX 37.003

# PROSECUTORIAL POLICY

Personal or political considerations must play absolutely no part in the decision-making process preceding the filing of a criminal case. If evidence becomes available after charges have been filed indicating that a defendant is innocent, the prosecutor should immediately investigate, and if the evidence warrants it, he or she should immediately take steps to drop the charges. The ultimate goal of the prosecutor is to seek the truth, not a conviction.

SAO5_AW_000198
PEX 37.004

# FILING CONSIDERATIONS

At a minimum, the following factors should be considered when making filing decisions:

- A substantial likelihood of conviction at trial. Among the factors to consider in this regard are:
- The seriousness of the crime.
- Whether or not there are witnesses to the crime.
- The credibility and independence, or lack thereof, of the witnesses to the crime.

SAO5_AW_000199
PEX 37.005

# FILING CONSIDERATIONS

- Whether or not there is corroborating physical, video, or recorded evidence.
- Statements of the defendant and witnesses to the crime.
- Strength of admissible evidence.
- The criminal history of the defendant.
- Whether or not the interests of justice warrant prosecution of the case.
- Whether the conviction will be affirmed on appeal.

# FILING CONSIDERATIONS

- While a prosecutor must retain his/her independence and make decisions based first upon the law and the facts, the wishes of those affected by the decision to file or not must be considered.

- Every Assistant State Attorney must be fully familiar and comply with the requirements of "Marsy's Law", Article 1, Section 16(b) of the Florida Constitution.

SAO5_AW_000201
PEX 37.007

# FILING CONSIDERATIONS

Law enforcement should also be consulted regarding those cases in which they are involved. This is done to make sure that all of the relevant facts of the case are known to the prosecutor, to build relationships with law enforcement officers, to advise them of legal or police procedure concerns on a case when appropriate, and to notify them when a case will not be filed by this office.

# FILING CONSIDERATIONS

While the desires and input of victims and law enforcement should be considered in all cases, the ultimate decision rests with the Assistant State Attorney and should be based upon a through consideration of all available evidence in a given case, legal authority, and factors articulated within this policy. A case that cannot be proven, or that does not constitute a violation of the law, should not be filed simply to please affected individuals.

# FILING CONSIDERATIONS

- If I can prove it?
- Should I prove it?
- What is the right and just thing to do?
- ASA's independent judgment

# *State v. Greaux*, 977 So 2d 406 (Fla. 4th 2008)

- Prosecutor has the sole discretion to charge and prosecute criminal acts
  - Not judge: *State v. Brosky*, 79 So. 3d 134 (Fla. 3rd DCA 2012), *State v. Snook* 247 So. 3d 677 (Fla. 5th DCA 2018)
  - Not victim

SAO5_AW_000205
PEX 37.011

# Rules Regulating the Florida Bar

## Rule 4-3.8 SPECIAL RESPONSIBILITIES OF A PROSECUTOR

The prosecutor in a criminal case shall: (a) refrain from prosecuting a charge the prosecutor knows is not supported by probable cause

# Comment to Rule 4-3.8

A prosecutor has the responsibility of a minister of justice and not simply that of an advocate....Florida has adopted the American Bar Association Standards of Criminal Justice Relating to Prosecution Function. This is the product of prolonged and careful deliberation by lawyers experienced in criminal prosecution and defense and should be consulted for further guidance.

SAO5_AW_000207
PEX 37.013

# ABA Criminal Justice Standard

## Standard 3-4.3 Minimum Requirements for Filing and Maintaining Criminal Charges

(a) A prosecutor should seek or file criminal charges only if the prosecutor reasonably believes that the charges are supported by probable cause, that admissible evidence will be sufficient to support conviction beyond a reasonable doubt, and that the decision to charge is in the interests of justice.

# FILING DECISION GUIDANCE

If you are unsure or lack experience, what do you do?

Who do you ask?

What if you do not believe a witness? Can you put them on the stand?

# Case #1:

**Defendant:** Bill Gladson (dob 6/30/2000)   **Victim:** Walter Forgie (dob 7/21/1953)

**Facts:** On 6/19/21 at 0310 officers dispatched to residence where they find victim Forgie holding an icepack to his face. Victim tells them that Def Gladson (who does not live there) was making loud noise outside of the house in the early morning hours. This annoyed victim Forgie who locked his door. Defendant kicked on the door several times, breaking the door frame.  Once he kicked in the door, Defendant entered the house and allegedly punched the victim in the face. No injuries were observed by officers

# Case #1 Facts, cont…

The victim's wife was interviewed and told officers that she saw Gladson kick in the door and punch the victim without provocation.

Gladson was interviewed and said he was acting in self defense and that Forgie attacked him.  He also said that the door was broken when he arrived at the house.  He also said he was only at the house to check on Forgie as he was concerned for his mental well being.

Gladson has no prior criminal history.  Forgie has 47 prior convictions.

# Case #1 Facts, cont...

Gladson was arrested on scene for criminal mischief and simple battery.

Should you file the case? What factors would you consider?

SAO5_AW_000212
PEX 37.018

# Variations on Case 1 Facts

- What if defendant is college student on scholarship home for Spring Break from FSU with no prior record?

- What if you learned victim developed a swelling behind his eye that caused him to lose sight in that eye?

- What if Forgie signs a request to not prosecute?

SAO5_AW_000213
PEX 37.019