

Donate to the Florida Disaster Fund to Aid Hurricane Ian Relief Effort

Governor Ron DeSantis Appoints Two to the Florida Barbers' Board
DeSantis/ Nuñez Administrative Schedule for Friday, July 19, 2019

# First Lady Casey DeSantis Holds Listening Session on Mental Health and Substance Abuse in Sanford

*On July 18, 2019, in News Releases, by Staff*

*First Lady Announces the Formation of a Drug Abuse Prevention Panel to be Chaired by Seminole County Sheriff Dennis Lemma*

**Sanford, Fla.** — Today, First Lady Casey DeSantis held a listening session on mental health and substance abuse at the Seminole County Sheriff's Office in Sanford. This was her second listening session of the day following a stop at Big Brothers Big Sisters of the Sun Coast in Venice. Today's listening sessions were part of the First Lady's *Hope for Healing Florida* campaign, a multi-agency initiative that strives to combine the resources and efforts of the public and private sectors to better serve Floridians struggling with mental health and substance abuse.

First Lady DeSantis also announced the formation of a drug abuse prevention panel with Seminole County Sheriff Dennis Lemma to serve as chair. The focus of the panel will be to discuss and determine best practices and innovative solutions to combat drug abuse throughout the state, specifically as it pertains to Florida's youth.

"I am excited to announce the formation of a new drug abuse prevention panel and I thank Sheriff Dennis Lemma for his willingness to serve as chair of this important initiative," **said First Lady DeSantis.** "As we enter the school year, we want to make sure that kids know how dangerous drugs can be, as well as what they should do if someone in their home is using drugs. We will continue to confront these challenges head on and I look forward to working with leaders from around the state to determine how we can better serve those in need."

*Photo Credit: Governor's Press Office*

The First Lady was joined today by Agency for Health Care Administration Secretary Mary Mayhew, Department of Juvenile Justice Secretary Simone Marstiller, Representative Cyndi Stevenson, Representative Scott Plakon, Seminole County Sheriff Dennis Lemma, Orange County Sheriff John Mina, Department of Children and Families Chief of Staff David Mica, as well as stakeholders and community leaders from the Orlando area.

"It was a pleasure having First Lady DeSantis at the Seminole County Sheriff's Office today and I am honored to chair her new drug abuse prevention panel," **said Seminole County Sheriff Dennis Lemma.** "The collective IQ of a group is always stronger than that of an individual and through increased collaboration being spearheaded by the First Lady, I am confident we will find meaningful solutions to these challenges facing Floridians."

"First Lady Casey DeSantis' Leadership in this area is needed and welcome," **said Representative Cyndi Stevenson.** "Her energy, and the act of bringing people together will serve as a catalyst to promote needed improvements in the access to care and will pay long term dividends for many Floridians and their families."

Governor DeSantis' Bold Vision for a Brighter Future Budget included nearly $2 billion in substance abuse prevention and mental health funding. This includes more than $123 million in state and federal funding for medication-assisted treatment and prevention and recovery services to confront the opioid epidemic.

The Governor's budget also included $75 million for the Mental Health Assistance Allocation for Florida schools. This funding will go directly to school districts to provide additional mental health services to students in need.

For more information on the First Lady's *Hope for Healing Florida* campaign, please visit www.HopeForHealingFL.com.

###

HURRICANE IAN UPDATE

FREEDOM FIRST BUDGET

2022 BILL ACTIONS

CLICK HERE to APPLY to a GUBERNATORIAL APPOINTMENT

PHOTO GALLERY
GOVERNOR Ron DeSantis
FIRST LADY Casey DeSantis
LT. GOVERNOR Jeanette Nuñez

Contact Governor DeSantis

Executive Office of Governor Ron DeSantis
400 S Monroe St
Tallahassee, FL 32399
(850) 488-7146

Email Governor DeSantis

Email First Lady DeSantis

Email Lt. Governor Nuñez

Information Center

Scheduling Requests

SEARCH STATE PAYROLL
Holding Government Accountable

GOVERNOR DESANTIS' INTERNSHIP PROGRAM

MyFlorida.com

URL
https://www.flgov.com/2019/07/18/first-lady-casey-desantis-holds-listening-session-on-mental-health-and-substance-abuse-in-sanford/

Timestamp
Mon Nov 14 2022 09:01:28 GMT-0800 (Pacific Standard Time)

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
40



solutions to these challenges facing Floridians."

"First Lady Casey DeSantis' Leadership in this area is needed and welcome," **said Representative Cyndi Stevenson.** "Her energy, and the act of bringing people together will serve as a catalyst to promote needed improvements in the access to care and will pay long term dividends for many Floridians and their families."

Governor DeSantis' Bold Vision for a Brighter Future Budget included nearly $2 billion in substance abuse prevention and mental health funding. This includes more than $123 million in state and federal funding for medication-assisted treatment and prevention and recovery services to confront the opioid epidemic.

The Governor's budget also included $75 million for the Mental Health Assistance Allocation for Florida schools. This funding will go directly to school districts to provide additional mental health services to students in need.

For more information on the First Lady's *Hope for Healing Florida* campaign, please visit www.HopeForHealingFL.com.

###

SEARCH STATE PAYROLL
Holding Government Accountable

GOVERNOR DESANTIS' INTERNSHIP PROGRAM

MyFlorida.com

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing. Copyright © 2012 State of Florida | Privacy Policy

Go To Top »

Home Governor DeSantis First Lady Lt. Governor Media Center Info Center Judicial Contact Governor Español

**URL**

https://www.flgov.com/2019/07/18/first-lady-casey-desantis-holds-listening-session-on-mental-health-and-substance-abuse-in-sanford/

**Timestamp**

Mon Nov 14 2022 09:01:28 GMT-0800 (Pacific Standard Time)