

# OFFICE OF THE SHERIFF

**Chad Chronister, Sheriff**
Donna Lusczynski, Chief Deputy
*Hillsborough County, Florida*

January 25, 2022

Mr. Andrew Warren
State Attorney
Thirteenth Judicial Circuit
419 North Pierce Street
Tampa, Florida 33602

Dear Mr. Warren:

    As the Sheriff of Hillsborough County, I am charged with ensuring the safety and well-being of the citizens of our county who elected me to office. I want to express my concerns on some recent policy decisions which have come from your office regarding the prosecution, or rather lack of prosecution, on certain crimes. Although we may not agree on every facet within the criminal justice system, the Criminal Justice partners in this county have typically discussed any significant policy decisions or changes that impact the other partners and the overall safety of our community prior to implementation. It is particularly disturbing that two recent memorandums/policies issued by you, were not ever discussed or provided to our office when they were issued and placed into effect.

    You have decided not to prosecute individuals arrested for resist without violence based upon a bicycle or pedestrian violation. The policy indicated this was based on a study you solicited from Florida International University's Center for the Administration of Justice from 2017-2019. However, in the footnote of that study, it stated it was "limited to 2019 data, which was the most recent calendar year of data set not skewed by the impact of the pandemic." This appears misleading as data from 2017 and 2018 is available and was not "skewed" by the pandemic. I am perplexed that you would not simply have asked us for the data in our county. Listed below is the data for the Hillsborough County Sheriff's Office during this time period.

| Year | BLACK | WHITE | Grand Total | Black Males |
|---|---|---|---|---|
| 2017 | 3 | 10 | 13 | 23.08% |
| 2018 | 7 | 8 | 15 | 46.67% |
| 2019 | 9 | 6 | 15 | 60.00% |
| Grand Total | 19 | 24 | 43 | 44.19% |

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
41

EXHIBIT
Chronister
11
11-2-22

P.O. BOX 3371 • TAMPA, FLORIDA 33601 • PHONE 813-247-8000 • WWW.HCSO.TAMPA.FL.US

DEF 001527

PEX 41.001

Letter to Mr. Andrew Warren
January 25, 2022
Page Two

    I realize you may be utilizing data from other agencies as well but some of this confusion could have been avoided if a discussion had occurred. As the head public safety officer of this county, it is of grave concern that you are directing your staff that there will be a "presumption that your office will not prosecute the defendant" based upon inconclusive data. It is my belief that the State Attorney's duty is to make a charging decision based upon the facts of each individual case, not pronounce as a political statement a blanket solution to a problem that does not exist in the raw data. In addition to potentially taking a legitimate tool away from law enforcement, by unilaterally stating you are not going to prosecute, you are failing to hold individuals accountable for their actions, which only empowers them to commit additional crimes.

    It is my hope that you will direct your focus to the citizens we serve in the county in which we live and uphold the laws of this state regardless of race, creed, color or political affiliation. To that end, we can agree.

                                         Sincerely,

                                         Chad Chronister
                                         Sheriff

CC/brc

DEF 001528

PEX 41.002