

Home   About HCSO   Services   Careers   Departments   Jails   News & Events   Programs & Charities   Contact Us

News Releases are to be used for informational purposes only. Information provided should not be relied upon for any type of legal action.

# HILLSBOROUGH COUNTY SHERIFF'S OFFICE PARTICIPATES IN HIGH VISIBILITY ENFORCEMENT PROGRAM TO IMPROVE PEDESTRIAN AND BICYCLE SAFETY

For Immediate Release : Hillsborough County Sheriff's Office

August 26, 2022   Public Affairs Office | piocommandcenter@hcso.tampa.fl.us   (813) 247-8060

**Recent Press Releases**


**Team HCSO helps rescue man lost in state park**
Oct 27, 2022


**Sheriff Chad Chronister announces 12 promotions**
Oct 26, 2022

**RELEASE NUMBER: 22-123**

| Date | Location |
|------|----------|

Starting this month through May 2023, the Hillsborough County Sheriff's Office will have additional deputies on patrol at specific corridors with a high occurrence of pedestrian and bicyclist crashes. Special attention will be directed towards increasing awareness of the dangerous behaviors that are contributing to serious and fatal injuries at these locations.

Hillsborough County ranks in the top 25 counties in Florida for traffic crashes resulting in serious and fatal injuries to pedestrians and bicyclists. To help reverse this trend, HCSO is participating in the Florida Department of Transportation High Visibility Enforcement (HVE) Program aimed at educating motorists, bicyclists, and pedestrians on Florida's traffic laws to improve safety on Hillsborough County roads.


**Suspect in custody after confessing to fatally shooting relative**
Oct 25, 2022


**HCSO Deputies looking for second suspect in shooting outside of Brandon Mall**
Oct 24, 2022


**Two suspects arrested on human trafficking charges**
Oct 24, 2022

Deputies will look for drivers speeding, failing to stop for pedestrians in crosswalks, conducting improper turns or signal violations, and using hand-held devices while driving. Deputies also will watch for pedestrians who cross the street illegally or fail to yield to motorists who have the right-of-way. Bicyclists will be stopped for riding against traffic, riding at night without lights or not abiding by the same laws as motor vehicles. Deputies will issue warnings and citations only when appropriate.

"These operations aren't about issuing citations," said Sheriff Chad Chronister "We want to take these opportunities to raise awareness and educate drivers, pedestrians, and bicyclists on the importance of road safety. Together we can make our roadways a safe place for all."

Funding for this program is provided through a contract with the University of North Florida's Institute of Police Technology and Management (IPTM) funded by the Florida Department of Transportation. Hillsborough County Sheriff's Office will receive funds for overtime hours for officers to conduct operations and for special training on Florida's bicycle and pedestrian laws, procedures, and best practices.

The following locations will be part of the upcoming HVE operation:

·   Fletcher Avenue, from Fletcher Regency Drive to Bruce B Downs Blvd.

·   Hillsborough Avenue, from Standish Bend Drive to Town and Country Blvd.

·   US Highway 41, from Ohio Street to Gibsonton Drive

·   Hillsborough Avenue, from Kelly Road to George Road


**Man arrested for human trafficking, victim rescued**
Oct 14, 2022


**Deputy Stops Kidnapping Following Quick Pursuit**
Oct 12, 2022


**HCSO Searching for Homicide Suspect**
Oct 07, 2022


**HCSO Looking for Additional Victims of Local AC Company Owner Arrested for Fraud**
Oct 04, 2022


**HCSO Detectives Arrest Man for Killing Victim with One Punch**
Oct 04, 2022

**URL**
https://www.teamhcso.com/News/PressRelease/6eadabf2-5de5-46fa-a5aa-fbb738615841/22-123

**Timestamp**
Thu Oct 27 2022 15:33:06 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
**44**

AW_Public000068
PEX 44.001

North Florida's Institute of Police Technology and Management (IPTM) funded by the Florida Department of Transportation. Hillsborough County Sheriff's Office will receive funds for overtime hours for officers to conduct operations and for special training on Florida's bicycle and pedestrian laws, procedures, and best practices.

The following locations will be part of the upcoming HVE operation:

- Fletcher Avenue, from Fletcher Regency Drive to Bruce B Downs Blvd.
- Hillsborough Avenue, from Standish Bend Drive to Town and Country Blvd.
- US Highway 41, from Ohio Street to Gibsonton Drive
- Hillsborough Avenue, from Kelly Road to George Road
- Brandon Road, from Kings Avenue to Valrico Road
- Dr. Martin Luther King Jr. Blvd., from Williams Road to Kingsway Road
- S 50th Street, from Madison Avenue to Palm River Road
- US Highway 301, from I-4 to Harney Canal
- Bruce B Downs Blvd., from University Square Drive to Campus Hill Drive
- Bearss Avenue, from N Florida Avenue to N 12th Street
- Providence Road, from Princeton Lakes Drive to Sweetridge Avenue
- US 301, from Big Bend Road to Summerfield Crossing Blvd.
- Dale Mabry Highway, from W Sligh Avenue to Broad Street W
- W 15th Street, from North of E Fowler Avenue to E 124th Avenue
- Adamo Drive, from I-75 to Providence Road
- W Hillsborough Avenue, from Pinellas County Line to Memorial Highway
- Dr. Martin Luther King Jr. Blvd., from Mott Drive to Sumner Road
- US Highway 301, from Uncle Tom Road to River Walk Court
- N US 301, from Sabal Industrial Blvd. to Dr. Martin Luther King Jr. Blvd. E
- US Highway 41, from College Avenue to 4th Avenue NW
- N 56th Street, from Harney Road to E Hillsborough Avenue
- Orient Road, from I-4 to Harney Canal
- N Florida Avenue, from 124th Avenue E to E Fletcher Avenue
- Nebraska Avenue, from Fletcher Avenue to E 140th Avenue



**URL**
https://www.teamhcso.com/News/PressRelease/6eadabf2-5de5-46fa-a5aa-fbb738615841/22-123
**Timestamp**
Thu Oct 27 2022 15:33:06 GMT-0700 (Pacific Daylight Time)



**URL**

https://www.teamhcso.com/News/PressRelease/6eadabf2-5de5-46fa-a5aa-fbb738615841/22-123

**Timestamp**

Thu Oct 27 2022 15:33:06 GMT-0700 (Pacific Daylight Time)