☰ **Tampa Bay Times**                                    🔍  [SUBSCRIBE]  [Log in]

NEWS

# New Hillsborough program enables minor offenders to avoid criminal record

 



Hillsborough County Sheriff Chad Chronister, joined by other county law enforcement officials, announces the countywide launch of an adult diversion program to help low-leve offenders avoid arrest and a criminal charge. [TONY MARRERO | Times staff]

By **Tony Marrero** *Times staff*

Published Jan. 31, 2018

TAMPA — Jamie Stewart still doesn't know why she did it.

Last month, the 26-year-old pregnant mother of two found herself in the cosmetics aisle of a Brandon Walmart. She slipped some nail polish into her bag, then went to a register, paid for some other items and tried to leave.

Moments later, she was face to face with a Hillsborough County sheriff's deputy, wondering how she would explain her arrest to her family and boss. But then the deputy explained that a new program for first-time offenders like her would allow her to avoid an arrest.

"My life could have gone down the drain for something stupid I decided to do," Stewart said.

Starting today, many adults like Stewart facing arrest for minor crimes in Hillsborough County may avoid a trip to jail and a blemish on their records.

Hillsborough County officials on Wednesday announced the countywide launch of the Adult Pre-Arrest Diversion Program, created for offenders who would otherwise be charged with misdemeanors such as drug possession or shoplifting.

The goal, officials say, is to avoid saddling people with a criminal record and further clogging the criminal justice system.

"The reality is, people make mistakes," Hillsborough Sheriff Chad Chronister said. "By providing this opportunity for nonviolent misdemeanor offenders, these adults within our community will be able to maintain gainful employment, provide

**URL**
https://www.tampabay.com/news/courts/criminal/New-Hillsborough-program-enables-minor-offenders-to-avoid-criminal-record_165027882/

**Timestamp**
Mon Oct 31 2022 10:09:17 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF

**PLAINTIFF'S EX**

**46**

EXHIBIT
Chronister
9
11-2-22   mc
PENGAD 800-631-6989



Starting today, many adults like Stewart facing arrest for minor crimes in Hillsborough County may avoid a trip to jail and a blemish on their records.

Hillsborough County officials on Wednesday announced the countywide launch of the Adult Pre-Arrest Diversion Program, created for offenders who would otherwise be charged with misdemeanors such as drug possession or shoplifting.

The goal, officials say, is to avoid saddling people with a criminal record and further clogging the criminal justice system.

"The reality is, people make mistakes," Hillsborough Sheriff Chad Chronister said. "By providing this opportunity for nonviolent misdemeanor offenders, these adults within our community will be able to maintain gainful employment, provide for their families and remain productive citizens without being saddled with a criminal record."

The Sheriff's Office launched the program in pilot form in July. Now, every law enforcement agency in the county will participate, including police departments in Tampa, Plant City, Temple Terrace and at the University of South Florida and Tampa International Airport.

Pinellas County launched its own APAD program in October 2016. Officials there have called it a success, with 1,851 participants logged in through last week.

Hillsborough's program is available for all but 17 misdemeanor offenses or county ordinances. The exceptions include battery, driving under the influence and lewd and lascivious acts.

Before making an arrest, law enforcement officers in the field check a suspect's criminal record to make sure they're eligible. Participants must have no prior DUI conviction, no previous felony arrests and no misdemeanor arrests in the prior two years.

They are not eligible if they have already participated in the APAD within the previous two years or more than twice in their lives. People who live outside the county are eligible.

Those who qualify must register for the program within three business days of their arrest and complete the requirements within 120 days. Requirements vary by offense, but all participants must complete 16 hours of community service. Other potential requirements include restitution, a letter of apology to the victim and completion of educational courses such as anger management or substance-abuse awareness.



**Keep up with Tampa Bay's top headlines**

Subscribe to our free DayStarter newsletter

We'll deliver the latest news and information you need to know every weekday morning.

Enter your email address     Sign up

If the offender does not complete the requirements, authorities could issue a warrant for the original charge. If an offender is arrested again while in the program, the original case will be sent to the Hillsborough County State Attorney's Office for review.

During the pilot program, 215 adults participated and 112 of them, or 52 percent, successfully completed the program, according to the Sheriff's Office. Of the total,

**URL**

https://www.tampabay.com/news/courts/criminal/New-Hillsborough-program-enables-minor-offenders-to-avoid-criminal-record_165027882/

**Timestamp**

Mon Oct 31 2022 10:09:17 GMT-0700 (Pacific Daylight Time)

PEX 46.002

  

If the offender does not complete the requirements, authorities could issue a warrant for the original charge. If an offender is arrested again while in the program, the original case will be sent to the Hillsborough County State Attorney's Office for review.

During the pilot program, 215 adults participated and 112 of them, or 52 percent, successfully completed the program, according to the Sheriff's Office. Of the total, 37 cases, or 17 percent, were referred to the State Attorney's Office, and 66 participants are still active in the program.

A "large majority" of the pilot cases involved misdemeanor marijuana possession, with shoplifting offenses "running a close second," Chronister said.

Hillsborough County State Attorney Andrew Warren and Public Defender Julianne Holt said the program will free up resources in their offices to focus on more serious offenders.

Holt said she was excited for would-be defendants who won't be burdened with the financial toll and societal stigma that comes with even minor arrests. Now, she said, these offenders won't have an online mug shot lingering for the rest of their lives.

Stewart, the mother caught shoplifting, is now free and clear. And thankful.

By the end of January, she had completed her community service and a four-hour online course on theft.

"I feel like I have a second chance at life."

*Contact Tony Marrero at tmarrero@tampabay.com or (813) 226-3374. Follow @tmarrerotimes.*

**UP NEXT:** Q&A: Retiring fire chief recalls busy shifts, 'amazing people' and one crazed cat



**TONY MARRERO**
Hillsborough Law Enforcement Reporter

---

## MORE FOR YOU

| | |
|---|---|
| **Give Hillsborough voters their say on transit \| Editorial**<br>Oct. 27 · Opinion | **Hillsborough detectives arrest 2 they say forced 8 women into commercial sex acts**<br>Oct. 24 · News |
|  **In Pinellas-Pasco State Attorney race, a debate over the meaning of the law**<br>Oct. 25 · News | **Tampa Bay police bust gang that brought drugs from California in semi trailer**<br>Oct. 25 · News |
|  **2 Hillsborough charter schools pledge improvements after dismal results**<br>Oct. 25 · News | **Gruters intervenes in Hillsborough Republican party leadership dispute**<br>Oct. 29 · News  |
| **No depo for DeSantis, but lawyers may seek his testimony in Warren trial**<br>Oct. 27 · News | **Janet Cruz heads for tight Senate race against governor-endorsed Jay Collins**<br>Oct. 24 · News |
| Permitless carry laws in some states raise new | Intruder attacks Pelosi's husband, calling, 'Where |

**URL**

https://www.tampabay.com/news/courts/criminal/New-Hillsborough-program-enables-minor-offenders-to-avoid-criminal-record_165027882/

**Timestamp**

Mon Oct 31 2022 10:09:17 GMT-0700 (Pacific Daylight Time)





• News

• News

**No depo for DeSantis, but lawyers may seek his testimony in Warren trial**

Oct. 27
• News

**Janet Cruz heads for tight Senate race against governor-endorsed Jay Collins**

Oct. 24
• News

**Permitless carry laws in some states raise new dilemmas for police officers**

Yesterday
• News

**Intruder attacks Pelosi's husband, calling, 'Where is Nancy?'**

Oct. 28
• News

**Tampa Bay Times**

© 2022 All Rights Reserved | Times Publishing Company

Help chat › | Subscribe | Newsletters | My Account

VERIFIED

CONTACT US ABOUT US JOIN US MEDIA KIT PLACE AN AD LEGAL DISCLAIMERS PUBLIC NOTICES SHOP

**URL**

https://www.tampabay.com/news/courts/criminal/New-Hillsborough-program-enables-minor-offenders-to-avoid-criminal-record_165027882/

**Timestamp**

Mon Oct 31 2022 10:09:17 GMT-0700 (Pacific Daylight Time)