

EXHIBIT
0020
Gary Weisman
11.11.2022

JA GL

2 People

iMessage
Sat, Sep 17, 1:34 PM

Jeff Aaron

It's Jeff and George.  You want to grab a drink tomorrow night?

Yes.  I should be in Tallahassee by 6pm tomorrow and available at anytime

Jeff Aaron

Sounds good.  We're in.  Let me get back to you on an exact time,

Sun, Sep 18, 1:18 PM

Jeff Aaron

The Brass Tap · 1321 Thomasville Rd, Tallahassee, FL 32303

app.goo.gl



4:22-cv-302-RH-MAF
PLAINTIFF'S EX
50

Weisman000091
PEX 50.001



Weisman000092
PEX 50.002



Weisman000093
PEX 50.003



George Levesque

No problem. I expect to be in town by 1:00. Anytime after 2:00 should work.

Sun, Oct 23, 9:11 AM
George Levesque

Gary, just following up. Let us know a convenient time today for us to chat. It can be in person or by phone. Whatever your pleasure.

Sun, Oct 23, 10:18 AM

I am available whenever. Where are you all staying ? Maybe around 230pm? Your office ? My office(near the courthouse)? Or my house(which is near plant high school). Just depends where you are staying in terms of convenience.

George Levesque

I will be at the Hyatt that's right across the street from our office downtown

So your office or my office around 230pm ?

George Levesque

Weisman000094
PEX 50.004

