RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Tallahassee Division, Northern District of Florida

Case Number: 4:22-CV-302-RH-MAF

Plaintiff:
**ANDREW H. WARREN,**

vs.

Defendant:
**RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,**

For:
Jean-Jacques Cabou, Esquire
Perkins Coie, Llp
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

Received by Coastal Court Services LLC on the 20th day of October, 2022 at 11:00 am to be served on **Susan Lopez c/o: Hillsborough County State Attorney's Office, 419 N. Pirerce Street, Tampa, FL 33602**

I, Gordon L. Brainerd, do hereby affirm that on the **25th day of October, 2022** at **2:23 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Notice of Subpoena Duces Tecum and Notice of Deposition of Susan Lopez, Exhibit 1, Subpoena to Testify at a Deposition in a Civil Action, Federal Rule of Civil Procedure 45 (C), (D), (E) and (G), Exhibit A, Instructions, Request for Production** with the date and hour of service endorsed thereon by me, to: **Tracy Lugo** as **Executive Assistant/Authorized Party** for **Susan Lopez c/o: Hillsborough County State Attorney's Office**, and informed said person of the contents therein, in compliance with State Statutes.

Additional Information pertaining to this Service:
Witness Fee Check# 5023 in the amount of $50.00 provided with service.

I certify that I am over the age of 18 and have no interest in the above action. I further attest that I am a Certified, Appointed, or Otherwise Special Process Server in good
standing and have proper authority in the judicial circuit in which the process was served. Under penalty of perjury pursuant to F.S.S. 92.525, I declare that I have read the foregoing document and that the facts stated in it are true and correct, to the best of my knowledge and belief.

Gordon L. Brainerd
Hillsb., Fl. CPS 93-569701

**Coastal Court Services LLC**
**P.O. Box 273725**
**Tampa, FL 33688**
**(813) 871-2412**

Our Job Serial Number: GBA-2022002382
Ref: warren-desantis

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**51**

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



AW_Public000071
**PEX 51.001**