

EXHIBIT
0016
Gary Weisman
11.11.2022



**To:** Larry Keefe

*iMessage*
*Thu, Aug 4, 1:58 PM*

Larry Keefe here.

*Fri, Aug 5, 8:17 AM*

Will 10:30 eta your office work?

Absolutely.

You have time for a quick call. Not urgent but time sensitive

You should get a call soon on resolving the situation we discussed.

*Fri, Aug 5, 10:37 AM*

I'm in the conference room where I was yesterday.

Have you a contact at DMS ?

*Fri, Aug 5, 3:43 PM*

Are you available? Not urgent.

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**52**

Weisman000080
**PEX 52.001**



**To:** Larry Keefe

> On our way back down after the homicide meeting

> Can we three meet briefly?

*Mon, Aug 8, 8:58 AM*

> Please stand by. Gathering colleagues. I will text before initiating call.

> Roger that

> Initiating now.

*Tue, Aug 9, 8:59 AM*

> Please standby. Will text before I initiate. Apologies

> roger that

> Calling now.

*Tue, Aug 9, 5:55 PM*

> Can we move our call tomorrow from 0900 to 1030 or later?

Weisman000081
PEX 52.002



Weisman000082
PEX 52.003



Weisman000083
PEX 52.004



**New iMessage**     Cancel

To: Larry Keefe

Wed, Aug 10, 8:52 AM

Apologies. We most move the 0900 call. Please call Ryan's assistant Rochelle re reschedule. She has already called you.

> Roger that

Thanks

Wed, Aug 10, 11:03 AM

We are on the call.

Wed, Aug 10, 12:44 PM

When should I call you back re PBA?

Fri, Aug 12, 8:59 AM

My team delayed. I will text before initiating the call.

> Roger that

Dialing now

Weisman000084
PEX 52.005



To: Larry Keefe

Fri, Aug 12, 10:51 AM

Please let me know when I can call you. Not urgent.

Tue, Aug 16, 5:28 PM

Sorry I missed you. Just called you back. Please call when you clear.

Wed, Aug 17, 8:28 AM

Thank you.

Mon, Aug 29, 7:23 PM

Returned your call. Please call when you clear, no matter how late.

Fri, Sep 9, 8:53 AM

May I call you later this morning ?

Fri, Sep 9, 10:08 AM

Are you available for a call ?

Please call me for a very quick follow up. Thanks

Weisman000085
PEX 52.006



Weisman000086
PEX 52.007



Weisman000087
PEX 52.008



**To:** Larry Keefe

Monday.

> Copy that. Safe travels

Thanks

*Sat, Sep 17, 9:05 AM*

I will not return to Tallahassee until later next week. I'm sorry I'll miss connecting with you. Let's catch up next week. Have a great weekend.

> Thanks for the update. Talk with you soon.
> Delivered

Rog

*Sat, Sep 17, 10:16 PM*

Thanks again. Salute.

*Thursday 8:58 PM*

Is it too late for me to call you?

Apologies for my delayed follow up to your earlier call.