| | |
|---|---|
| From: | Smith, Bailey A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A165A7316F1E4AC6B83BF7DB72C82B71-SMITH, BAIL] |
| Sent: | 8/4/2022 12:53:08 PM |
| To: | _Press [_Press@eog.myflorida.com] |
| Subject: | Media Inquires |
| Attachments: | Untitled Attachment; How long is the suspension; Fw: Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law; Request for comment; A/C in prisons and visitation rights; NewsNation media request; FW: Request for comment re: SAOs and Fair and Just Prosecution letters |

Getting a few requests like this –

The Governor said that you looked at the prosecution records of various state attorneys and determined that Warren wasn't following the law and not prosecuting cases has he should be.

Can you provide us with that data?

Also one that can probably go to DOC.





DEF 000802

PEX 56.001

From: Gail Levy [gail.levy@winknews.com]
Sent: 8/4/2022 11:14:33 AM
To: Media [Media@eog.myflorida.com]

Good morning,

I was following up on Gov. DeSantis' press conference about suspending State Attorney Andrew Warren.

I know he mentioned he did a review over the whole state, I wanted to see how our local districts, the 12th and 20th Judicial Circuits did in this review.

Is there a ranking system or percentage to show how well they did? That information would be wonderful.

Thank you,



GAIL LEVY | VIDEO JOURNALIST | gail.levy@winknews.com

DEF 000803

PEX 56.002

| | |
|---|---|
| From: | Kimberly Leonard [kleonard@insider.com] |
| Sent: | 8/4/2022 11:02:11 AM |
| To: | Media [Media@eog.myflorida.com]; Pushaw, Christina [Christina.Pushaw@eog.myflorida.com] |
| Subject: | How long is the suspension |

Good morning,

Could I have more details about the suspension of Warren? How long does it last? Is it paid or unpaid? Is there a way for him to be reinstated earlier — is there something he'd have to say or do?

Thanks so much,

**Kimberly Leonard**
Policy & Politics Correspondent

**INSIDER**
Business · News · Life
**W:** 646-376-6078
One Liberty Plaza, 8th FL, New York, NY 10006

**Read** my reporting for Insider.

DEF 000804

PEX 56.003

| | |
|---|---|
| From: | vbenchimol [vbenchimol@wfts.com] |
| Sent: | 8/4/2022 10:38:23 AM |
| To: | communications [communications@eog.myflorida.com] |
| CC: | O'Connell, Mary [Mary.OConnell@WFTS.COM] |
| Subject: | Fw: Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law |

The Governor said that you looked at the prosecution records of various state attorneys and determined that Warren wasn't following the law and not prosecuting cases has he should be.

Can you provide us with that data?

**Vicky Benchimol**
**Planning Editor**
ABC Action News
4045 N Himes Ave
Tampa, FL 33703
813-354-2944 Direct
813-354-2800 Newsroom
www.abcactionnews.com
vbenchimol@wfts.com
Follow us on twitter @abcactionnews
Follow me on twitter @vbench



**From:** Governor's Press Office <Governor'sPressOffice@eog.myflorida.com>
**Sent:** Thursday, August 4, 2022 10:17
**To:** Benchimol, Victoria <vbenchimol@wfts.com>
**Subject:** Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law

**External sender**
This message came from outside of Scripps. If you were not expecting this message, please use caution before clicking any links or opening any attachments.

Report Suspicious



For Immediate Release: August 4, 2022

Contact: Governor's Press Office, (850) 717-9282, Communications@eog.myflorida.com

# Governor Ron DeSantis Suspends State Attorney Andrew Warren for Refusing to Enforce Florida Law

*Governor DeSantis appoints current Hillsborough County Judge Susan Lopez to serve as Acting State Attorney of the 13th Judicial Circuit*

**TAMPA, Fla.**— Today, Governor Ron DeSantis suspended State Attorney Andrew Warren of the 13th Judicial Circuit due to neglect of duty. The Governor has the authority to suspend a state officer under Article IV, Section 7 of the Constitution of the State of Florida. The Governor has appointed Susan Lopez to serve as State Attorney for the period of suspension. She has most recently been serving as a Judge on the Hillsborough County Court. To view the order suspending Andrew Warren and appointing Susan Lopez, click here [t.e2ma.net].

"State Attorneys have a duty to prosecute crimes as defined in Florida law, not to pick and choose which laws to enforce based on his personal agenda," said **Governor Ron DeSantis**. "It is my duty to hold Florida's elected officials to the highest standards for the people of Florida. I have the utmost trust that Judge Susan Lopez will lead the office through this transition and faithfully uphold the rule of law."

"I have the utmost respect for our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said **Susan Lopez, State Attorney of the 13th Judicial Circuit**. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

The Governor has the authority under the Florida Constitution to suspend state officials for reasons of misfeasance, malfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or

DEF 000806

**PEX 56.005**

commission of a felony. The Governor has further authority to fill that office by appointment for the duration of the suspension.

Susan Lopez was appointed by Governor DeSantis to serve as a judge on the Hillsborough County Court in 2021. She previously served as Assistant State Attorney of the 13th Judicial Circuit for more than 15 years and as Staff Attorney of the Second District Court of Appeal. She received her bachelor's degree from Middlebury College and her law degree from Suffolk University. She is a long-time resident of Tampa and has been involved in the Hillsborough community through a variety of organizations for many years.

###

Share this email:

   

[t.e2ma.net]  [t.e2ma.net]  [t.e2ma.net]  [t.e2ma.net]

Manage [app.e2ma.net] your preferences | Opt out [t.e2ma.net] using TrueRemove®
Got this as a forward? Sign up [app.e2ma.net] to receive our future emails.
View this email online [t.e2ma.net].

400 S Monroe
Tallahassee, FL | 32399 US

This email was sent to vbenchimol@wfts.com.
To continue receiving our emails, add us to your address book.

Scripps Media, Inc., certifies that its advertising sales agreements do not discriminate on the basis of race or ethnicity. All advertising sales agreements contain nondiscrimination clauses.

DEF 000807

PEX 56.006

| | |
|---|---|
| From: | Sarah Weaver [sarahweaver@dailycaller.com] |
| Sent: | 8/4/2022 10:37:08 AM |
| To: | Media [Media@eog.myflorida.com] |
| Subject: | Request for comment |

Good morning,

Can Gov. DeSantis provide comment on the recent suspension of State Attorney Andrew Warren? Specifically, how long will Warren be suspended?

Thanks!

---

**Sarah Weaver**
Staff Writer | The Daily Caller
(937) 681-9247 | sarahweaver@dailycaller.com

| | |
|---|---|
| From: | Rabines, Amanda [arabines@orlandosentinel.com] |
| Sent: | 8/4/2022 8:00:00 AM |
| To: | Media [Media@eog.myflorida.com] |
| Subject: | A/C in prisons and visitation rights |

Hello, I'm a reporter with the Orlando Sentinel.

Some correctional officers and family members of prisoners say the heat inside is intolerable.

May the governor comment on these conditions? Is it something he wishes to alleviate? Does he see any solutions for this in the future? If so, what would those efforts look like? Have portable cooling systems been discussed?

There's also discussions of potential rule changes that could restrict visitation rotation schedules, which would limit visitation days to every other weekend at certain correctional institutions deemed necessary by the department.

The family members of behaving prisoners are worried the bad actors could ruin the chances of them seeing their loved ones and incite more hostility within the facilities.

Any comments on the proposed visitation rule changes? Does he believe that it could do more good than harm?

There's a big interest in knowing how the governor views these issues.
Let me know if the governor wishes to respond.

Amanda

--

**Amanda Rabines**
Justice & Safety Reporter
Orlando Sentinel Media Group
P.O. Box 2833 | Orlando | Florida | 32802

:: cell 305-742-9453
:: tweet @amanda_rabines

OrlandoSentinel.com
*a Tribune Publishing company*

| | |
|---|---|
| From: | Lauren Powell [LPowell@newsnationnow.com] |
| Sent: | 8/4/2022 12:07:37 PM |
| To: | Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; Media [Media@eog.myflorida.com]; Brooke Shafer [BShafer@newsnationnow.com] |
| Subject: | NewsNation media request |

Good afternoon Bryan-

We are working on a story about the Governor's announcement this morning. Does he have any availability for a zoom interview with us to expand on the decision to suspend Warren?

Or does he have a statement to provide to NewsNation?

Here are some of the questions we are looking to answer:

-Today is the first day of CPAC in Dallas. Is the timing of this announcement in any way connected to CPAC beginning?
-Is the GOP looking to expand these types of decisions across the country?

Please let us know if he has any availability and we will coordinate on our end. The zoom interview would only take about 10 minutes.

Thank you-
Lauren


Lauren A. Powell
NewsNation
*National Field Producer*
843-933-0456
LPowell@newsnationnow.com
www.newsnationnow.com



DEF 000810

PEX 56.009

| | |
|---|---|
| From: | communications [communications@eog.myflorida.com] |
| Sent: | 8/4/2022 12:14:26 PM |
| To: | Media_Forward [Media_Forward@eog.myflorida.com] |
| Subject: | FW: Request for comment re: SAOs and Fair and Just Prosecution letters |
| Attachments: | Request for comment re: SAOs and Fair and Just Prosecution letters |

| | |
|---|---|
| From: | Samuel Sachs [SSachs@wfla.com] |
| Sent: | 8/4/2022 12:14:18 PM |
| To: | Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; Pushaw, Christina [Christina.Pushaw@eog.myflorida.com]; Media [Media@eog.myflorida.com] |
| Subject: | Request for comment re: SAOs and Fair and Just Prosecution letters |

Good afternoon,

Now that SAO13 Andrew Warren has been suspended, will the governor be taking additional action to suspend other state attorneys with similar pledges?

In one of the two letters provided by the Governor's Office in the order suspending Attorney Warren, the 9th Judicial Circuit SAO Monique Worrell. While Attorney Worrell did not sign off on the pledge regarding abortion procedures, she did include her name in the statement about gender-affirming care.

To that point, WFLA would like to know if there's a possibility Gov. DeSantis will be taking similar actions in the 9th Circuit State Attorney's Office.

Thank you,

Sam Sachs

DIGITAL DATA REPORTER
Nexstar Media Inc.
News Channel 8 WFLA | Great 38 WTTA
200 South Parker Street, Tampa, FL 33606
O 813.314.5413  C 770.316.4715

Follow me: Facebook. Twitter.



WFLA & WTTA does not discriminate in advertising contracts on the basis of race, ethnicity or gender and further requires that in the performance of all WFLA & WTTA advertising agreements, WFLA & WTTA requires that each party not discriminate on the basis of race or ethnicity.

This e-mail and any files transmitted with it are the property of Nexstar Media Inc., are confidential, and are intended solely for the use of the individual or entity to whom this email is addressed and/or as indicated in the applicable file. If you are not one of the named recipient(s) or otherwise have reason to believe that you have received this message in error, please notify the sender and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.

DEF 000812

PEX 56.011