EXHIBIT
0002
Ryan Newman
11.07.2022

| | |
|---|---|
| **Subject:** | Meeting with Larry and Ray |
| **Location:** | EOG Legal |
| **Start:** | Thu 7/28/2022 8:00 AM |
| **End:** | Thu 7/28/2022 9:00 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | Newman, Ryan |



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**58**

1

DEF 001163

**PEX 58.001**