| | |
|---|---|
| **From:** | Newman, Ryan <Ryan.Newman@eog.myflorida.com> |
| **Sent:** | Wednesday, July 27, 2022 1:38 PM |
| **To:** | Treadwell, Ray |
| **Subject:** | Stats |

https://www.fdle.state.fl.us/FSAC/Uniform-Crime-Report/Individual-Crime/Offenses/Violent.aspx

http://edr.state.fl.us/Content/area-profiles/criminal-justice-county/index.cfm

**Ryan D. Newman**
General Counsel
Office of Governor Ron DeSantis
State of Florida
The Capitol
Tallahassee, Florida 32399-0001
T: (850) 717-9368
F: (850) 488-9810
ryan.newman@eog.myflorida.com





DEF 001209

**PEX 59.001**

FDLE Home (/Home.aspx) / Criminal Justice Analytics Bureau (/CJAB) > Uniform Crime Reports (/CJAB/UCR) > Individual Crime Pages (/CJAB/UCR/Individual-Crime)

## Violent Crimes



### Return to top



(https://www.fdle.state.fl.us)      (https://www.myflorida.com/)

**An official website of the State of Florida (https://www.myflorida.com/)**

## Florida Department of Law Enforcement Priorities

FDLE is composed of five areas: Executive Direction and Business Support, Criminal Investigations and Forensic Science, Criminal Justice Information, Criminal Justice Professionalism and Florida Capitol Police. FDLE's duties, responsibilities and procedures are mandated through Chapter 943 (/CJSTC/Publications/Florida-Statute-943.aspx), FS, and Chapter 11 (/CJSTC/Publications/CJSTC-FAC-Rules.aspx), FAC. To learn more about these areas, read our Statement of Agency Organization and Operation (/About-Us/Documents/StatementofAgencyOrg.aspx) or visit our Open Government page. (/Open-Government/Open-Government.aspx)

(https://www.facebook.com/    (https://twitter.com/fdlepio?
ref_src=twsrc%5...
collection...

About FDLE (/About-Us.aspx)

Accessibility support (/FAQ/FDLE-Internet-Web-Site-FAQ)

Office of the Inspector General (/OIG/OIG-Home.aspx)

Performance reports (/Open-Government.aspx)

Privacy policy (/Privacy-Policy.aspx)

# Hillsborough County

**Florida's 3rd most populous county with 6.8% of Florida's population**

| Crime | Hillsborough County | Florida |
|---|---|---|
| Crime rate (index crimes per 100,000 population) | | |
| 2019 | 1,633.4 | 2,551.1 |
| 2020 | 1,400.2 | 2,152.3 |
| 2020 rank in state | 44 | NA |
| % change from 2019 to 2020 | -14.3% | -15.6% |
| Violent crimes | | |
| 2019 | 3,656 | 81,092 |
| 2020 | 4,295 | 82,941 |
| County share of violent crimes | 5.2% | NA |
| Violent crime rate (violent crimes per 100,000 population) | | |
| 2019 | 253.0 | 382.4 |
| 2020 | 290.4 | 384.1 |
| 2020 rank in state | 37 | NA |
| % change from 2019 to 2020 | 14.8% | 0.4% |

| Felony Filings | Hillsborough County | Florida |
|---|---|---|
| FY 2019-20 Total Filings(defendants) | 11,074 | 158,200 |
| Violent crimes | 215 | 4,719 |
| Other crimes against persons | 2,105 | 31,585 |
| Crimes against property | 5,392 | 72,981 |
| Drug Crimes | 3,362 | 48,915 |
| **Change from prior FY** | -12.7% | -10.9% |
| Violent crimes | -14.0% | 3.7% |
| Other crimes against persons | -5.6% | 0.0% |
| Crimes against property | -8.2% | -11.8% |
| Drug Crimes | -22.4% | -16.7% |
| Total charges FY 2019-20 | 24,704 | 345,611 |
| Number of charges per defendant | 2.2 | 2.2 |

| Juvenile Delinquency | Hillsborough County | Florida |
|---|---|---|
| FY 2019-20 juvenile delinquency complaints filed | 3,079 | 38,331 |
| Per 100,000 juveniles 10-17 | 2,024.9 | 1,947.1 |
| Juveniles direct filed to adult court | 39 | 1,031 |
| County share of juveniles direct filed | 3.8% | NA |

| New Commitments to Prison | Hillsborough County | Florida |
|---|---|---|
| 2019 | 1,754 | 27,242 |
| 2020 | 652 | 12,834 |
| % change from 2019 to 2020 | -62.8% | -52.9% |
| 2020 rank in state | 2 | NA |
| County share of new commitments | 5.1% | NA |
| % of new commitments who are female | 8.7% | 14.6% |

| 2020 New Commitments by Offense Category | Hillsborough County | Florida |
|---|---|---|
| Murder/manslaughter | 28 | 416 |
| Sexual/lewd behavior | 32 | 750 |
| Robbery | 46 | 654 |
| Other violent | 114 | 2,068 |
| Burglary | 115 | 1,741 |
| Property theft/fraud | 70 | 1,868 |
| Drugs | 120 | 3,119 |
| Weapons | 62 | 945 |
| Other | 64 | 1,274 |

| Change in New Commitments from 2019 | Hillsborough County | Florida |
|---|---|---|
| Murder/manslaughter | -46.5% | -57.1% |
| Sexual/lewd behavior | -62.5% | -54.9% |
| Robbery | -65.0% | -57.0% |
| Other violent | -55.6% | -50.3% |
| Burglary | -52.2% | -54.2% |
| Property theft/fraud | -76.1% | -53.6% |
| Drugs | -70.3% | -52.6% |
| Weapons | -57.8% | -51.0% |
| Other | -55.3% | -50.7% |

*13th Judicial Circuit*

PEX 59.003

## Hillsborough County — Page 2

| Drug New Commitments | Hillsborough County | Florida |
|---|---|---|
| Drug new commitments as % of all new commitments | | |
| 2019 | 23.0% | 24.2% |
| 2020 | 18.4% | 24.3% |
| County share of all drug new commitments--2020 | 3.8% | NA |
| As percent of drug new commitments--2020 | | |
| Drug trafficking | 38.0% | 21.4% |
| Drug manufacture/sale/purchase | 29.6% | 37.6% |
| Drug possession/other | 32.4% | 41.0% |

| Sentence Length of New Commitments | Hillsborough County | Florida |
|---|---|---|
| Average sentence length (months) | | |
| 2019 | 52.1 | 59.9 |
| 2020 | 52.2 | 55.7 |
| 2020 year-and-a-day new commitments | 92 | 911 |
| As percent of all new commitments | 14.2% | 7.1% |
| County share of all year-and-a-day new commitments | 10.1% | NA |

| DOC Incarcerated Inmates by County of Commitment | Hillsborough County | Florida |
|---|---|---|
| June 30, 2020 | 170 | 87,736 |
| Incarceration rate (inmates per 100,000 county population) | 11.5 | 406.3 |
| County rank | 66 | NA |

| DOC Community Supervision | Hillsborough County | Florida |
|---|---|---|
| FY 2019-20 admissions by county of conviction | 4,176 | 62,690 |
| County share of all supervision admissions | 6.7% | NA |
| June 30, 2020 supervised population | 9,999 | 153,542 |
| County share of supervised population | 6.5% | NA |

| Department of Corrections Facilities | Hillsborough County | Florida |
|---|---|---|
| DOC facilities--6/30/20 | 0 | 145 |
| DOC inmates--6/30/20 | 0 | 87,736 |
| % of DOC inmates in county | 0.0% | NA |

| County Detention Facilities | Hillsborough County | Florida |
|---|---|---|
| Average daily population June 2020 | 2,470 | 48,012 |
| County jail capacity June 2020 | NA | NA |
| Occupancy rate | NA | NA |

| Registered Sex Offenders | Hillsborough County | Florida |
|---|---|---|
| Offenders | 1,698 | 27,397 |
| Predators | 291 | 4,241 |
| Total | 1,989 | 31,638 |
| County share of registered sex offenders and predators | 6.3% | NA |
| Registered sex offenders and predators per 100,000 population | 134.5 | 146.5 |

| County Demographics | Hillsborough County | Florida |
|---|---|---|
| Official 4/1/20 Estimate of population | 1,478,759 | 21,596,068 |
| Population change 2010-20 | 249,533 | 2,794,736 |
| % change from 2010 to 2020 | 20.3% | 14.9% |
| Median age | 36.3 | 41.8 |
| Persons per square mile | 1,447 | 403 |

---

Prepared by
Florida Legislature
Office of Economic and Demographic Research
111 W. Madison Street, Suite 574
Tallahassee, FL  32399-6588

(850) 487-1402            http://edr.state.fl.us

September 2021