That's fine with me.

Copy. Thanks

Section 27.16, FS. Chief Circuit Judge appoints acting SA.





09:46      .ıl LTE 



Ryan

Wed, Jul 27, 14:08

> Chelsea Aaron (has vetting file on our potential replacement) said she would contact you directly on it.

Thu, Jul 28, 07:44

> **Fifteenth Judicial Circuit**, was awarded the Distinguished Jurist Award by the Palm Beach County Chapter of the Florida Association of Women Lawyers.
>
> **Chief Judge Ronald Ficarrotta, Thirteenth Judicial Circuit**, is the recipient of the 2018 Luis "Tony" Cabassa Award for his extraordinary contributions to the Tampa Hispanic Bar Association.
>
> **Chief Judge Frederick Lauten, Ninth Circuit**, received the 2019 James G. Glazebrook Memorial Bar Service Award by the Orange County Bar Association; this award is presented to a state or federal jurist who best demonstrates service to and support of the legal profession.
>
> **Judge Steven Leifman, Miami-Dade County**, was awarded the 2018 Bardes Humanitarian

Mon, Aug 1, 13:11

> The sheriff we discussed will

iMessage

DEF 001290
PEX 60.003



DEF 001291
PEX 60.004

13:33 ... LTE

**Rochelle**

> On my way. Thanks

Mon, Aug 1, 13:43

In a meeting. I can call you when I am out.

> Can Ryan meet James and me at 3 in James' office to speak by phone with Tampa Sheriff?

Possibly. I need to talk to Ryan about it.

> Thanks.

He said he can try

Thu, Aug 4, 08:56

James said to wait on filing the EO with state

I will let you know when it's filed

> Understood. Standing by

iMessage

DEF 001292
PEX 60.005

13:33 .ıll LTE



**Rochelle**

> James said to wait on filing the EO with state

> I will let you know when it's filed

Understood. Standing by.

> Emailed

> To EOG email and HCSO

Got it.

*Thu, Aug 4, 11:12*

> Ooo is sent

iMessage

DEF 001293
PEX 60.006

13:34 •ıll LTE

**2 People**

iMessage
Fri, Jul 29, 08:46

**Savannah Kelly Jefferson**

If you haven't already heard - we are not doing the announcement Monday. I was thinking maybe Thursday if it'll be ready?

May I stop by your office?

**Savannah Kelly Jefferson**

Absolutely!

On my way

Tue, Aug 2, 10:01

**Savannah Kelly Jefferson**

Hey Larry! Can you ask Chronister if he has any victims of crimes for Thursday? JU would rather you reach out so we don't overwhelm him!

iMessage

DEF 001204
PEX 60.007



13:34 .ıl LTE



2 People

#SheriffChadChronister

Images may be subject to copyright. **Learn More**

**SK:** I also want to use their Faulkenberg location instead of the Ybor one! The space is better!

Understood. On it. Will advise.



Spoke to Sheriff. He confirmed his Faulkenberg office is good to go. He is identifying crime victims to participate. Will advise.

Savannah Kelly Jefferson

**SK:** Woohoo! Thank you!

Savannah. The Sheriff knows your role. He is glad to speak with you anytime on any aspect of this project. He is eager for dialogue. Will text you his cell now.

1-813-294-2889

iMessage

DEF 001296
PEX 60.009

