

ADVERTISEMENT

NEWS

# 'Constitutional' sheriff movement escapes DeSantis' scrutiny

By **Skyler Swisher**
Orlando Sentinel • Aug 08, 2022 at 9:57 am







Listen to this article











Hillsborough County State Attorney Andrew Warren isn't the only elected official in Florida who has promised not to enforce laws he thinks are unconstitutional.

Some elected sheriffs have suggested they wouldn't enforce gun control measures, tapping into an ideology that sheriffs are the final arbiter of what is constitutional.

But that movement hasn't sparked action from Gov. Ron DeSantis, who ordered a statewide review of state attorneys and their policy positions.

**URL**
https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**
Tue Aug 16 2022 13:57:51 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF

PLAINTIFF'S EX

61

EXHIBIT
0012
Ryan Newman
11.07.2022

PEX 61.001



## ☰ Orlando Sentinel 🔍    [ ELECTION ]   Meet the Central Florida candidates in the Aug. 23 primary

Hillsborough County State Attorney Andrew Warren isn't the only elected official in Florida who has promised not to enforce laws he thinks are unconstitutional.

Some elected sheriffs have suggested they wouldn't enforce gun control measures, tapping into an ideology that sheriffs are the final arbiter of what is constitutional.

But that movement hasn't sparked action from Gov. Ron DeSantis, who ordered a statewide review of state attorneys and their policy positions.

[ *RELATED: Seminole Sheriff Dennis Lemma -- I won't enforce assault weapons registry if amendment passes* ]

DeSantis suspended Warren on Thursday, accusing him of putting himself above the law by pledging not to prosecute women seeking an abortion from their doctor and vowing to protect transgender minors receiving gender-transition treatment.

"We are not going to allow this pathogen that's been around the country of ignoring the law," DeSantis said. "We are not going to let that get a foothold here in the state of Florida."

DeSantis said he ordered the statewide review because he was concerned prosecutors selectively enforce laws based on their political beliefs. Only Warren was deemed to have taken positions that justified a suspension from office, DeSantis said.



ADVERTISEMENT



ADVERTISEMENT





Ron DeSantis, left, and Hillsborough State Attorney Andrew Warren. (Tampa Bay Times/TNS)

**URL**
https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**
Tue Aug 16 2022 13:58:09 GMT-0700 (Pacific Daylight Time)

PEX 61.002

 **Orlando Sentinel** ELECTION  Meet the Central Florida candidates in the Aug. 23 primary

positions that justified a suspension from office, DeSantis said.

ADVERTISEMENT



Ron DeSantis, left, and Hillsborough State Attorney Andrew Warren. (Tampa Bay Times/TNS)

A DeSantis spokesman didn't respond to a question Friday on whether the governor has concerns about the constitutional sheriff movement.

State Rep. Dan Daley, D-Sunrise, said the governor's position is hypocritical because other elected officials remain in office who have made similar promises on issues important to conservatives.

"All you have to do is Google 'Florida sheriff not enforcing,' and there are so many examples, mostly related to guns," said Daley, a supporter of gun control legislation. "If this is the game you are going to play and tell me it's not political, you better start suspending those people, too."

In 2020, Seminole County Sheriff Dennis Lemma told gun activists he wouldn't enforce a proposed amendment to the state constitution that would require owners of semiautomatic weapons to register them with the state.

Lemma responded, to applause from the audience, "It's not only that I wouldn't, the majority of sheriffs across the state would not do it."

He added, "It's up to the sheriffs what they are willing to enforce."

Lemma later clarified his stance to the Orlando Sentinel, saying his deputies wouldn't look for unregistered guns but would



**URL**
https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**
Tue Aug 16 2022 13:59:03 GMT-0700 (Pacific Daylight Time)

PEX 61.003

≡ **Orlando Sentinel** Q   [ELECTION]   Meet the Central Florida candidates in the Aug. 23 primary

ADVERTISEMENT

In 2020, Seminole County Sheriff Dennis Lemma told gun activists he wouldn't enforce a proposed amendment to the state constitution that would require owners of semiautomatic weapons to register them with the state.

Lemma responded, to applause from the audience, "It's not only that I wouldn't, the majority of sheriffs across the state would not do it."

He added, "It's up to the sheriffs what they are willing to enforce."

Lemma later clarified his stance to the Orlando Sentinel, saying his deputies wouldn't look for unregistered guns but would enforce the law if they found them while executing search warrants or conducting other business.

[ *RELATED: DeSantis suspends Hillsborough County state attorney who pledged not to prosecute abortions* ]

In 2013, the Florida Sheriffs Association issued a proclamation affirming that Florida sheriffs would not "assist, support or condone" any law that infringes on Second Amendment rights.

Brevard County Sheriff Wayne Ivey brands his Facebook page "Constitutional Sheriff Wayne Ivey American Patriot."

Ivey, a regular guest at DeSantis' news conferences and a strong supporter of gun rights, hasn't fully explained his definition of the term "constitutional sheriff."

The Constitutional Sheriffs and Peace Officers Association describes its ideology on its website.

"The law enforcement powers held by the sheriff supersede those of any agent, officer, elected official or employee from any level of government when in the jurisdiction of the county," the website states. "The vertical separation of powers in the Constitution makes it clear that the power of the sheriff even supersedes the powers of the president."



**URL**
https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**
Tue Aug 16 2022 13:59:21 GMT-0700 (Pacific Daylight Time)

**PEX 61.004**

≡ **Orlando Sentinel** 🔍  `ELECTION`  Meet the Central Florida candidates in the Aug. 23 primary

ADVERTISEMENT

Dive into our deals.

**See savings**

Ⓟ Liquors
Drink responsibly. Be 21.

The Constitutional Sheriffs and Peace Officers Association describes its ideology on its website.

"The law enforcement powers held by the sheriff supersede those of any agent, officer, elected official or employee from any level of government when in the jurisdiction of the county," the website states. "The vertical separation of powers in the Constitution makes it clear that the power of the sheriff even supersedes the powers of the president."

An Ivey spokesman did not respond to an email asking if Ivey is a member of that group or if he agrees with that statement. The association does not list its due-paying members.

Ivey has touted an endorsement he received from the group's founder, Richard Mack, a former sheriff in Arizona.

Flagler County Sheriff Rick Staly is a member of the Constitutional Sheriffs and Peace Officers Association, said agency spokesman Messod Bendayan.

"Under Florida law, the sheriff is a constitutional officer under Florida's constitution," he said. "As a constitutional officer, Sheriff Staly will follow the Florida and United States Constitution."

Staly was recently elected vice chair of the Florida Sheriffs Association's Board of Directors

The governor can suspend county officers and state officers not subject to impeachment for "malfeasance, misfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or commission of a felony" as outlined by Florida law.



**Breaking News**
As it happens

Be the first to know with email alerts on important breaking stories from the Orlando Sentinel newsroom.

| ENTER YOUR EMAIL ADDRESS | > |


Privacy - Terms

**URL**

https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**

Tue Aug 16 2022 13:59:45 GMT-0700 (Pacific Daylight Time)

PEX 61.005

 

ELECTION   Meet the Central Florida candidates in the Aug. 23 primary

ADVERTISEMENT

The governor can suspend county officers and state officers not subject to impeachment for "malfeasance, misfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or commission of a felony" as outlined by Florida law.



**Breaking News**
As it happens

Be the first to know with email alerts on important breaking stories from the Orlando Sentinel newsroom.

| ENTER YOUR EMAIL ADDRESS | > |

The Florida Senate decides whether to permanently remove the officer.

DeSantis cited "neglect of duty" and "incompetence" in the order suspending Warren. In the order, DeSantis accused Warren of implementing a policy of "presumptive non enforcement" of certain criminal violations, including "trespassing at a business location, disorderly conduct, disorderly intoxication and prostitution."

The suspension order doesn't mention any specific cases, instead focusing on Warren's policy positions. Warren said he hasn't had any cases referred to his office involving abortion or gender-transition treatments.

In 2013, former Gov. Rick Scott did suspend Liberty County Sheriff Nick Finch, who subscribed to the constitutional sheriff ideology.

Finch freed a man accused of carrying a concealed gun without a permit, citing the Second Amendment. He was reinstated later in 2013 after a Liberty County jury found him not guilty of official misconduct and falsifying public records.

Finch lost his reelection bid in 2016.

*sswisher@orlandosentinel.com*





**URL**
https://www.orlandosentinel.com/news/os-ne-florida-sheriffs-gun-control-desantis-20220808-olkcvjqfkfcm7b2pb6unzh2hsi-story.html

**Timestamp**
Tue Aug 16 2022 14:00:15 GMT-0700 (Pacific Daylight Time)

**PEX 61.006**