| | |
|---|---|
| **From**: | Keefe, Larry [Larry.Keefe@eog.myflorida.com] |
| **Sent**: | 8/3/2022 7:53:39 AM |
| **To**: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com]; Kelly Jefferson, Savannah [Savannah.KellyJefferson@eog.myflorida.com]; Newman, Ryan [Ryan.Newman@eog.myflorida.com]; Keefe, Larry [Larry.Keefe@eog.myflorida.com] |
| **Subject**: | Fwd: Remarks |
| **Attachments**: | REMARKS V2.docx |

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** L Keefe <19lkeefe@gmail.com>
**Sent:** Wednesday, August 3, 2022 7:51:23 AM
**To:** Keefe, Larry <Larry.Keefe@eog.myflorida.com>; 19lkeefe <19lkeefe@gmail.com>
**Subject:** Fwd: Remarks

Sent from my iPhone

Begin forwarded message:

**From:** Chad Chronister <chadchronister1@gmail.com>
**Date:** August 2, 2022 at 20:32:48 EDT
**To:** 19lkeefe@gmail.com
**Subject: Remarks**





[SHERIFF CHAD CHRONISTER]

EACH DAY I WAKE UP, LEAVE MY FAMILY AND GO TO WORK WITH PURPOSE AND PRIDE…

TO UPHOLD MY OATH OF OFFICE AND KEEP EVERYONE IN HILLSBOROUGH COUNTY SAFE.

AND THE NEARLY 4-THOUSAND EMPLOYEES AT THE HILLSBOROUGH COUNTY SHERIFF'S OFFICE UPHOLD THESE SAME VALUES…

WE PUT OUR LIVES ON THE LINE FOR COMPLETE STRANGERS.

[VERY BRIEF PAUSE]

WE ARE RESOLVED TO APPREHEND THE CRIMINALS WHO PREY ON LAW ABIDING CITIZENS IN OUR COMMUNITY.

IT'S OUR DUTY…

AND WE TRUST THAT OUR CRIMINAL JUSTICE SYSTEM…

THE STATE ATTORNEY, PUBLIC DEFENDER, AND COURTS WILL FAIRLY ADJUDICATE THE CIRCUMSTANCES…

AND HOLD THOSE WHO ARE GUILTY, ACCOUNTABLE.

[VERY BRIEF PAUSE]

LIKE LAW ENFORCEMENT THROUGHOUT THE COUNTY, OUR CRIMINAL JUSTICE PARTNERS ALSO TAKE AN OATH…

TO UPHOLD THE CONSTITUTION…

THE DULY ENACTED LAWS OF THE STATE…

AND TO BE THE VOICE FOR VICTIMS AND PROTECTORS OF THE PUBLIC INTEREST.

[VERY BRIEF PAUSE]

THE GOVERNOR'S SUSPENSION OF STATE ATTORNEY ANDREW WARREN IS NOT POLITICAL TO ME…

IT'S ABOUT LAW AND ORDER!

IT'S ABOUT ENSURING OUR LOVED ONES ARE SAFE.

IT'S ABOUT THE VICTIMS AND THEIR VOICES…

THEY MATTER AND THEY SHOULD BE HEARD.

[VERY BRIEF PAUSE]

OVER THE LAST SEVERAL YEARS, STATE ATTORNEY WARREN HAS ACTED AS THE ADJUDICATOR OF ALL…

AS IF A SUPREME AUTHORITY.

BY REDUCING CHARGES, DROPPING CASES, AND SINGLE HANDEDLY CHOOSING WHAT CRIMES WILL BE LEGAL OR ILLEGAL IN OUR COUNTY.

ASK YOURSELF, AREN'T THESE DECISIONS FOR THE COURTS OR A JURY OF OUR PEERS?

[VERY BRIEF PAUSE]

EVEN IN THE FACE OF THIS ADVERSITY…

LAW ENFORCEMENT CONTINUES TO REPORT FOR DUTY AND UPHOLD THEIR OBLIGATION.

[VERY BRIEF PAUSE]

AS YOUR SHERIFF, I CONTINUE TO WORK WITH MY LAW ENFORCEMENT COUNTERPARTS…

WHO PRIVATELY ARE FRUSTRATED WITH THE STATE ATTORNEY…

WHO SEEMS INTENTLY FOCUSED ON EMPATHY FOR CRIMINALS, AND LESS INTERESTED IN PURSUING JUSTICE FOR CRIME VICTIMS.

[BRIEF PAUSE]

AS MOST EVERYONE KNOWS, I AM A PROPONENT OF REDUCING RECIDIVISM…

I'VE CREATED SEVERAL DIVERSION PROGRAMS AND CONTINUE TO PROVIDE RESOURCES, EDUCATION, AND

OPPORTUNITIES FOR INDIVIDUALS TO TURN THEIR LIVES AROUND…

WHILE STILL HOLDING OFFENDERS RESPONSIBLE FOR THEIR ACTIONS.

[VERY BRIEF PAUSE]

THESE EFFORTS DO NOT INVOLVE A BLATANT REFUSAL TO UPHOLD THE LAWS OF OUR STATE.

AS THE GOVERNOR JUST OUTLINED AND AS TAMPA LAW ENFORCEMENT HAS SEEN OVER THE YEARS…

EMPOWERING CRIMINALS THROUGH A LACK OF PROSECUTION, JEOPARDIZES THE SAFETY OF OUR TAMPA BAY COMMUNITY…

AND MAKES THEM MORE BRAZEN TO COMMIT ADDITIONAL CRIMES AND CONTINUE TO VICTIMIZE THE INNOCENT.

[VERY BRIEF PAUSE]

AS THE SHERIFF OF HILLSBOROUGH COUNTY, I AM COMMITTED TO LAW AND ORDER…

AND HOLD MYSELF ACCOUNTABLE TO THE PEOPLE…

AND WOULD EXPECT OTHER ELECTED MEMBERS OF OUR COMMUNITY TO HOLD THE SAME VALUES.

# TODAY, GOVERNOR DESANTIS IS HOLDING STATE ATTORNEY WARREN ACCOUNTABLE.

DEF 000531
**PEX 63.006**