



Explore

Settings

Thread

Christina Pushaw 🐊 🇺🇸
@ChristinaPushaw

Absolutely. Conservatives should regard liberal media “reporters” as the equivalent of DNC trackers.

FREEZE THEM OUT 🥶

And build up truly independent media instead, by granting interviews to fair journalists even if their publications are small.

2:45 PM · Oct 12, 2022 · Twitter for iPhone

795 Retweets 50 Quote Tweets 4,270 Likes

Christina Pushaw 🐊 🇺🇸 @ChristinaPushaw · Oct 12
Replying to @ChristinaPushaw
Oh, the Washington Post is so mad. You know that means my advice struck a nerve. And therefore it's good advice for conservatives dealing with legacy media.

75 205 1,297

Christina Pushaw 🐊 🇺🇸 @ChristinaPushaw · Oct 12
And yes, when you call me “chief propagandist,” I am not going to call you a journalist

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Christina Pushaw 🐊
@ChristinaPushaw
Follow
Rapid Response Director @RonDeSantisFL @DeSantisWarRoom Text DISASTER to 20222 or visit FloridaDisasterFund.org to help Floridians #HurricaneIan

**What's happening**

Politics · LIVE
**January 6 committee votes to subpoena former president Donald Trump**

Bloomberg Crypto · Yesterday
**Texas crypto miners face inquiry from Sen. Warren over power use**

Times Sport · This morning
**World Cup 2022: Focus on football, not politics, Qatar chief tells FA**

NHL · 48 minutes ago
**Stars at Predators**
Trending with #TexasHockey

Music · 1 hour ago
**The new Louis Tomlinson track is here**
Trending with #OutOfMySystem

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
65

EXHIBIT
0016
Taryn Fenske
11.14.2022

Explore

Settings

Search Twitter

35 99 765

**James Smith** @J_Smith_711 · Oct 12
Replying to @ChristinaPushaw
They know your strategy is effective. It's why they're crying so loud. Keep it up!!

1 2 56

**Schmeldolicious** @58isthenew40 · Oct 12
Replying to @J_Smith_711 and @ChristinaPushaw
Lol. Bots have your back.

1 3

Show replies

**Greg B** @GBoidy · Oct 12
Replying to @ChristinaPushaw
Based @ChristinaPushaw

**All American** @AllAmer94738040 · Oct 12
Replying to @ChristinaPushaw
Smart tactic. Well done.

1

**SJM** @sjm1775 · Oct 12
Replying to @ChristinaPushaw
Build a whole new eco system! It is time to remake America anew.

9

**Stephen** @StephenAMG · Oct 12
Replying to @ChristinaPushaw
They are not journalists, they are activists.

2 3 35

**Ne Plus Ultra .. personal responsibility matt...** @NePlus4... · Oct 12
Replying to @ChristinaPushaw
🤔 I suppose, if Mayor Lightfoot can grant / deny media interviews based on race, Conservatives can do it based on political leaning.

Would that be politicalism? Asking for curiosity's sake.

2 36

**J Gardner** 🐊🇺🇸 @jngpic · Oct 12
Replying to @ChristinaPushaw
Over. the. target.

2 4 109

Don't miss what's happening
People on Twitter are the first to know.

Log in Sign up

Explore

Settings

Search Twitter

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up

https://twitter.com/ChristinaPushaw/status/1580313634898866177?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet     3/3

**PEX 65.003**