**EXHIBIT**
0021
Taryn Fenske
11.14.2022

| | |
|---|---|
| **From**: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| **Sent**: | 8/17/2022 9:53:09 AM |
| **To**: | Griffin, Bryan [Bryan.Griffin@eog.myflorida.com]; lydia@flvoicenews.com |
| **Subject**: | RE: Florida's Voice- response to Andrew Warren lawsuit |

Hi Lydia –

It's not surprising Warren, who was suspended for refusing to follow the law, would file a legally baseless lawsuit challenging his suspension. We look forward to responding in court.

I also shared some documents with Brendon this morning that might add some color to your story!

Thank you,

Taryn

Taryn Fenske
Communications Director
Governor Ron DeSantis
C: 904-945-8400

---

**From:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Sent:** Wednesday, August 17, 2022 9:48 AM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:** Fwd: Florida's Voice- response to Andrew Warren lawsuit


**Bryan Griffin**
Deputy Press Secretary
Executive Office of the Governor
850-717-9268
Bryan.Griffin@eog.myflorida.com

---

**From:** Lydia Nusbaum <lydia@flvoicenews.com>
**Sent:** Wednesday, August 17, 2022, 8:26 AM
**To:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Subject:** Florida's Voice- response to Andrew Warren lawsuit

Hi Bryan,

Andrew Warren filed a lawsuit for suspension. He alleges that the governor violated the first amendment. They also allege that "incompetence" should be decided by the court.

Warren also alleges the suspension is due to policy differences and what he said instead of what he did.

What is the governor's response to the lawsuit?



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**69**

DEF 002786
**PEX 69.001**

Thank you.

Lydia Nusbaum
Florida's Voice Reporter

DEF 002787
**PEX 69.002**