↻ **Taryn Fenske Retweeted**



**Florida's Voice** ✓ @FLVoiceN... · 8/17/22

WATCH: Reporter grills suspended Andrew Warren on calling DeSantis 'undemocratic'

"Do you accept that the governor was elected democratically by all the people in Florida?"

"I'm sorry, the question?"

"You're saying it's undemocratic, but the governor was elected by the people"



39K views

💬 67   ↻ 264   ♡ 1,014   ⬆

Show this thread

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
70

EXHIBIT
0022
Taryn Fenske
11.14.2022