| | |
|---|---|
| **From:** | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| **Sent:** | 8/17/2022 9:54:03 AM |
| **To:** | Alexandria Swoyer [aswoyer@washingtontimes.com]; communications [communications@eog.myflorida.com]; Griffin, Bryan [Bryan.Griffin@eog.myflorida.com] |
| **Subject:** | RE: Media Request |

Hi Alex –

It's not surprising Warren, who was suspended for refusing to follow the law, would file a legally baseless lawsuit challenging his suspension. We look forward to responding in court.

For background, saw this story earlier this morning and thought it might be of interest to you: https://www.theflstandard.com/andrew-warren-used-taxpayer-money-for-activist-agenda/

Thank you,

Taryn

Taryn Fenske
Communications Director
Governor Ron DeSantis
C: 904-945-8400

---

**From:** Alexandria Swoyer <aswoyer@washingtontimes.com>
**Sent:** Wednesday, August 17, 2022 9:44 AM
**To:** communications <communications@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Subject:** Media Request

Good morning,

Does Gov. DeSantis have a response to Andrew Warren's lawsuit that just crossed the wires this morning?

https://www.washingtontimes.com/news/2022/aug/17/hillsborough-county-state-attorney-andrew-warren-s/

Thank you,
Alex Swoyer
The Washington Times

The information contained in this electronic transmission is intended for the exclusive use of the individuals to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is prohibited by law. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. In addition, any unauthorized copying, disclosure or distribution of the material in this e-mail and any attachments is strictly forbidden.



EXHIBIT
0023
Taryn Fenske
11.14.2022



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**71**

DEF 002629
**PEX 71.001**