| | |
|---|---|
| **From**: | Fenske, Taryn M. [Taryn.M.Fenske@eog.myflorida.com] |
| **Sent**: | 8/17/2022 9:58:39 AM |
| **To**: | Alexander Nazaryan [alexander.nazaryan@yahooinc.com] |
| **CC**: | Griffin, Bryan [Bryan.Griffin@eog.myflorida.com] |
| **Subject**: | RE: [E] RE: |

I'd refer you to the Florida Constitution for the Governor's authority on this. Additionally, here's an interesting sentiment that you should include: https://twitter.com/FLVoiceNews/status/1559892644846764032

Here's our statement: "It's not surprising Warren, who was suspended for refusing to follow the law, would file a legally baseless lawsuit challenging his suspension. We look forward to responding in court." – Taryn Fenske

Taryn Fenske
Communications Director
Governor Ron DeSantis

**From:** Alexander Nazaryan <alexander.nazaryan@yahooinc.com>
**Sent:** Wednesday, August 17, 2022 9:43 AM
**To:** Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Cc:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>
**Subject:** Re: [E] RE:

Professional advice appreciated.

I just want you to respond to Warren's accusation that, because he was twice elected, the governor had no right to remove him. And no cause, in his argument, because he hasn't had to prosecute any abortion or transgender surgery cases.

Thank you, Taryn.

On Wed, Aug 17, 2022 at 9:39 AM Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com> wrote:
> Hi Alex-
>
> Your stories have never panned out to be fair or balanced, so would prefer to correspond over email. Better yet, would suggest you focus on your job at hand – being a White House, not Florida, correspondent.
>
> Thanks,
>
> Taryn





DEF 002821
PEX 73.001

**From:** Alexander Nazaryan <alexander.nazaryan@yahooinc.com>
**Sent:** Wednesday, August 17, 2022 9:32 AM
**To:** Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>
**Subject:**

Hi Bryan and Taryn,

Working on a story about Andrew Warren. Could we connect today over the phone?

Thank you.

Alex

--

*Alexander Nazaryan*
Senior White House Correspondent
Yahoo News
(he/him/his)
@alexnazaryan
m: 718.612.3356

Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.