

**Rory O'Neill** @RadioRory · Jun 27, 2021
Replying to @ChristinaPushaw and @lmkornick

Honest question.... Do you consider a reporter's tweet = their published work? (To be clear, I'm not defending or criticizing her tweet).

💬 1     🔁     ♡     ⬆️



**Christina Pushaw** 🐊 🇺🇸 ✔
@ChristinaPushaw

Replying to @RadioRory and @lmkornick

Honest answer: if it's about the news, yes I do. It's kind of like this Twitter account, people shouldn't take my tweets about TV shows or whatever as representative of the governors office, but if I tweet about state issues, it's perceived as an official position.

6:27 PM · Jun 27, 2021 · Twitter for iPhone

1 Like

  

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
75

EXHIBIT
0029
Taryn Fenske
11.14.2022

PEX 75.001