**17:18**

**JO**

Jay

> Got it! What time is he speaking again?

10

> I'll be on the radio in LA but I'll catch up lol

Nice! Have fun!

> It's KFI so it's always a wild ride lol. But I'll be watching! I'll text you if I have any q's. Thanks as always!!

Fri, Aug 5, 10:57

> No way he's suspending Dave Aronberg right?

No.

> Ha!! I was like - if you're gonna do it, that's the place

Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

iMessage

EXHIBIT
0030
Taryn Fenske
11.14.2022

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
76

DEF 003615
PEX 76.001

**Jay**

**Jay:** Ha!! I was like - if you're gonna do it, that's the place

**Me:** Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

**Jay:** Off the record?

*Fri, Aug 5, 12:14*

**Me:** Background. Compare warrens approach to worrell in Orange... she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

**Me:** She's entitled to her opinions and political views even if we disagree with them. But nobody can be above the law. Warren crossed the line, it was the letter and stuff that turned up in the review... like for example his office had guidelines for "presumptive non prosecution"

**Jay:** Unrelated - Did he have prepared remarks for that or just wing it?

DEF 003616
PEX 76.002