| | |
|---|---|
| **From:** | Warren, Andrew H. |
| **Sent:** | Friday, May 13, 2022 10:01 AM EDT |
| **To:** | Miriam Krinsky |
| **CC:** | Estela Dimas; Cameron DeChalus; Brendan Lyman; Edda Fransdottir; Rosemary Nidiry |
| **Subject:** | Re: Joint statement concerning criminalizing abortion after Dobbs – Reply by May 20, 2022 |
| **Attachments:** | Abortion Statement Post Dobbs 5-10-22.pdf |

I'm good to sign on.

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
[419 N. Pierce Street
Tampa, Florida 33602](#)
[(813) 274-1900](#)
[Warren_A@sao13th.com](#)
[www.sao13th.com](#)

> On May 10, 2022, at 1:44 PM, Miriam Krinsky <mkrinsky@fairandjustprosecution.org> wrote:
>
> All:
>
> I am reaching out in the hope that you will consider joining the attached joint statement that relates to the criminalization of abortion. This statement echoes concerns that nearly 70 elected prosecutors set forth in a [joint statement](#) issued in October 2020 (before many of you were in office), and also includes arguments that nearly 100 criminal justice leaders (current and former elected prosecutors as well as law enforcement leaders and former DOJ officials, including many of you) embraced in the [amicus brief](#) filed in the *Dobbs* case.
>
> As you know, a leaked draft U.S. Supreme Court decision in *Dobbs v. Jackson Women's Health Organization* was published by

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**78**

LOPEZ001666
PEX 78.001

media outlets last week. In the leaked draft, the majority of the Court seems poised to overturn *Roe v. Wade*, gutting nearly 50 years of privacy and reproductive rights recognized by *Roe* and affirmed by *Planned Parenthood v. Casey*. While the opinion in *Dobbs* is not yet final, we feel it is important to be prepared to act *immediately* when it is issued. Several states have trigger laws that will ban abortion when any opinion overturning *Roe* is issued, and other state legislatures are considering draconian and deeply troubling laws criminalizing abortion, including as homicide. This joint statement is one that we would plan to put out as soon as any decision in *Dobbs* issues, assuming that decision does in fact overturn *Roe v. Wade.*

As the statement notes, we may not all agree on a personal or moral level on abortion, but the very real threat of criminalizing women and their health care providers for exercising deeply personal medical decisions – and using limited prosecutorial resources to pursue these cases – is in tension with the obligation of elected prosecutors to protect the well-being, health, and safety of all members of the community. We are hoping that you will lend your voice to this important issue and commit to not using your offices' resources to prosecute those who seek, provide, or support abortions.

The near-final draft statement is attached; we hope you will consider joining with other elected colleagues around the nation on this important issue. As always, some minor nonsubstantive changes to the draft may be made in the final editing process. We ask that you keep the near-final draft, and this email, *confidential* and not share either of these with others until the statement is released. If you are interested in joining the statement, please let us know by May 20, 2022.  If you are willing to join on, please email me and also copy in FJP staff cc'd on this email - Cam, Edda, Brendan, and Estela – with your response.

As always, we are incredibly grateful for your willingness to speak out on these and other timely and vitally important issues.

LOPEZ001667
PEX 78.002

Best
 wishes,
Miriam
 and the FJP Team

**Miriam Aroni Krinsky**

Founder and Executive Director

Fair and Just Prosecution

Email: krinskym@krinsky.la

Cell: (818) 416 5218



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

LOPEZ001668
**PEX 78.003**