VERSION 05

[SHERIFF CHAD CHRONISTER]

EACH DAY I WAKE UP, LEAVE MY FAMILY AND GO TO WORK WITH PURPOSE AND PRIDE…

TO UPHOLD MY OATH OF OFFICE AND KEEP EVERYONE IN HILLSBOROUGH COUNTY SAFE.

AND THE NEARLY 4-THOUSAND EMPLOYEES AT THE HILLSBOROUGH COUNTY SHERIFF'S OFFICE UPHOLD THESE SAME VALUES…

WE PUT OUR LIVES ON THE LINE FOR COMPLETE STRANGERS.

[VERY BRIEF PAUSE]

WE ARE RESOLVED TO APPREHEND THE CRIMINALS WHO PREY ON LAW ABIDING CITIZENS IN OUR COMMUNITY.

IT'S OUR DUTY…

AND WE TRUST THAT OUR CRIMINAL JUSTICE SYSTEM…

THE STATE ATTORNEY, PUBLIC DEFENDER, AND COURTS WILL FAIRLY ADJUDICATE THE CIRCUMSTANCES…

AND HOLD THOSE WHO ARE GUILTY, ACCOUNTABLE.

[VERY BRIEF PAUSE]

4-5 001

Chronister019628

PEX 79.001

LIKE LAW ENFORCEMENT THROUGHOUT THE COUNTY, OUR CRIMINAL JUSTICE PARTNERS ALSO TAKE AN OATH…

TO UPHOLD THE CONSTITUTION…

THE DULY ENACTED LAWS OF THE STATE…

AND TO BE THE VOICE FOR VICTIMS AND PROTECTORS OF THE PUBLIC INTEREST.

[VERY BRIEF PAUSE]

THE GOVERNOR'S SUSPENSION OF STATE ATTORNEY ANDREW WARREN IS NOT POLITICAL TO ME…

IT'S ABOUT LAW AND ORDER!

IT'S ABOUT ENSURING OUR LOVED ONES ARE SAFE.

IT'S ABOUT THE VICTIMS AND THEIR VOICES…

THEY MATTER AND THEY SHOULD BE HEARD.

[VERY BRIEF PAUSE]

OVER THE LAST SEVERAL YEARS, STATE ATTORNEY WARREN HAS ACTED AS THE ADJUDICATOR OF ALL…

AS IF A SUPREME AUTHORITY.

BY REDUCING CHARGES, DROPPING CASES, AND SINGLE HANDEDLY CHOOSING WHAT CRIMES WILL BE LEGAL OR ILLEGAL IN OUR COUNTY.

ASK YOURSELF, AREN'T THESE DECISIONS FOR THE COURTS OR A JURY OF OUR PEERS?

[VERY BRIEF PAUSE]

ONE OF THE MORE EGREGIOUS EXAMPLES OCCURRED IN SEPTEMBER AND INVOLVED A SUSPECT WHO, AFTER SHOOTING SOMEONE, THEN OPEN FIRES ON A RESIDENCE THAT THE VICTIM SOUGHT REFUGE AND PROTECTION FROM THE DANGER IN.

INSIDE THE HOUSE WAS THE VICTIM, HIS MOTHER OTHER CHILDREN AND EXTENDED FAMILY MEMBERS WHO WERE FORCED TO TAKE COVER AND HIDE.

TO MAKE THINGS EVEN WORSE, NEARBY WAS ANOTHER MOTHER AND HER TWO INFANT TWINS IN A VEHICLE.

ONE OF THE SHOOTERS, OUR SUSPECT, WAS IDENTIFIED AND ARRESTED JUST A FEW DAYS LATER AND BONDED OUT.

HE WAS THEN ARRESTED FOR BURGLARY, AND WHILE IN JAIL, THE STATE ATTORNEY'S OFFICE NO-FILES BOTH THE SHOOTING AND SEPARATE BURGLARY CASE.

EARLY THIS YEAR, THE SUSPECT WAS AGAIN ARRESTED FOR CARRYING A CONCEALED FIREARM AND JUST LAST

4-5 003

WEEK, ARRESTED FOR THE SECOND TIME ON CHARGES OF CARRYING A CONCEALED FIREARM.

MY POINT IS, LIKE TOO MANY CASES, WHY WAS THIS SUSPECT NOT HELD RESPONSIBLE FOR THE SHOOTING?

THE STATE ATTORNEY'S OFFICE EXPLANATION TO OUR DETECTIVES IS, THE DEPOSITIONS WOULD HAVE BEEN TOO LENGTHY AND COMPLICATED.

TO ADD A LITTLE MORE CONTEXT, THE SUSPECT, WHO FACED NO ACCOUNTABILITY FOR THE SHOOTING, WE BELIEVE HAS A GANG AFFILIATION AND INVOLVEMENT IN AN UNSOLVED HOMICIDE.

ONE OF THE VICTIMS IN THIS CASE, THE MOTHER, IS EXTREMELY ANGRY AND FRUSTRATED WITH THE STATE ATTORNEY'S OFFICE, FEELING AS THOUGH HER STATUS AS A VICTIMS DOES NOT MATTER AND HAS THE PERCEPTION THAT THE STATE ATTORNEY SIMPLY DOES NOT CARE.

THIS VICTIM WANTED TO BE HERE TODAY, TO TELL HER STORY, BUT HAS TO WORK IN ORDER TO PROVIDE FOR HER FAMILY.

[VERY BRIEF PAUSE]

EVEN IN THE FACE OF THIS ADVERSITY…

LAW ENFORCEMENT CONTINUES TO REPORT FOR DUTY AND UPHOLD THEIR OBLIGATION.

4-5 004

Chronister019631

PEX 79.004

[VERY BRIEF PAUSE]

AS YOUR SHERIFF, I CONTINUE TO WORK WITH MY LAW ENFORCEMENT COUNTERPARTS…

WHO PRIVATELY ARE FRUSTRATED WITH THE STATE ATTORNEY…

WHO SEEMS INTENTLY FOCUSED ON EMPATHY FOR CRIMINALS, AND LESS INTERESTED IN PURSUING JUSTICE FOR CRIME VICTIMS.

[BRIEF PAUSE]

AS MOST EVERYONE KNOWS, I AM A PROPONENT OF REDUCING RECIDIVISM…

I'VE CREATED SEVERAL DIVERSION PROGRAMS AND CONTINUE TO PROVIDE RESOURCES, EDUCATION, AND OPPORTUNITIES FOR INDIVIDUALS TO TURN THEIR LIVES AROUND…

WHILE STILL HOLDING OFFENDERS RESPONSIBLE FOR THEIR ACTIONS.

[VERY BRIEF PAUSE]

THESE EFFORTS DO NOT INVOLVE A BLATANT REFUSAL TO UPHOLD THE LAWS OF OUR STATE.

AS THE GOVERNOR JUST OUTLINED AND AS TAMPA LAW ENFORCEMENT HAS SEEN OVER THE YEARS…

4-5 005

EMPOWERING CRIMINALS THROUGH A LACK OF PROSECUTION, JEOPARDIZES THE SAFETY OF OUR TAMPA BAY COMMUNITY…

AND MAKES THEM MORE BRAZEN TO COMMIT ADDITIONAL CRIMES AND CONTINUE TO VICTIMIZE THE INNOCENT.

[VERY BRIEF PAUSE]

AS THE SHERIFF OF HILLSBOROUGH COUNTY, I AM COMMITTED TO LAW AND ORDER…

AND HOLD MYSELF ACCOUNTABLE TO THE PEOPLE…

AND WOULD EXPECT OTHER ELECTED MEMBERS OF OUR COMMUNITY TO HOLD THE SAME VALUES.

TODAY, GOVERNOR DESANTIS IS HOLDING STATE ATTORNEY WARREN ACCOUNTABLE.