

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
80



**PEX 80.002**



**09:32**
◀ Search

**.ıl LTE** 🔋

**< CC  Chad Cronnister** @  📹  📞

Tallahassee, Florida 32399   15:45 ✓

Thu, Apr 7

Did you receive previous text re fed ex address?   17:51 ✓

Yes sir, it will be overnighted in the morning   17:52

Very good. Thanks.   17:53 ✓

Wed, Apr 13

We have not received any federal express delivery from you.   09:57 ✓

Should've had Monday morning to Ms Glass, let us check the tracking number   09:59

She and I have been on look out. Thanks for tracking   10:00 ✓

Package shows delivered at 1102 hrs   16:31

Will follow up with you.   16:58 ⌄

＋   New Message   🖼   📷   🎤



PEX 80.004













09:33
◄ Search
LTE

CC Chad Cronnister

Tue, Jul 26

May I call you at 130 this afternoon? 13:00

Yes sir 13:05

Thank you. Will call you then. 13:06

You called Chad · Jul 26 13:30

Call Again

Just called you. Please call me when you clear. Thanks 13:31

Chad called you · Jul 26 13:31

You called Chad · Jul 26 16:18

Call Again

Please call me when able. 16:29

Wed, Jul 27

New Message

PEX 80.011



PEX 80.012







PEX 80.015

