
EXHIBIT
0019
Gary Weisman
11.11.2022



**Jeff**

*iMessage*
*Mon, Sep 12, 6:08 PM*

Gary, it's Jeff Aaron with Gray Robinson. Do you have time to chat tonight or tomorrow am?

(407) 214-3336

*Wed, Sep 21, 8:40 AM*

Can we connect today?

*Text Message*
*Wed, Sep 21, 6:44 PM*

Sorry I'm just seeing this. Had an evidentiary hearing this afternoon. How about tomorrow around 2pm?

*iMessage*
*Mon, Oct 10, 12:33 PM*

👍

Call you back in 15 min

*Tue, Oct 11, 5:33 PM*

Doug Wyler

*Fri, Oct 14, 9:31 AM*


4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**81**

