August 12, 2022

James Uthmeier, Chief of Staff and Dawn Hanson, Director of Administration
Executive Office of the Governor
400 S. Monroe St. Tallahassee, FL 32399

Dear James, Dawn, and EOG Team,

It has been a great honor to serve the people of Florida under the leadership of Governor Ron DeSantis and his administration. This letter is to officially inform you that I am resigning from my position as Press Secretary for the Executive Office of the Governor, effective August 12, 2022.

For the last 15 months, I have been blessed to work with the most dedicated and talented public servants in the country, inspired by the Governor's courage, leadership, and bold agenda. I thank Governor DeSantis, Chief of Staff James Uthmeier, and Communications Director Taryn Fenske for entrusting me with this responsibility. You gave me latitude to respond to media narratives in direct and often unconventional ways, allowing me to redefine this role for a leader whose actions speak for themselves.

I am proud to have been part of a team that has helped Floridians through historic challenges, and continues to deliver results that make life better for the people of our great state, by:

- **Protecting the rights of citizens to earn a living, gather to worship and celebrate life's milestones, and raise their children free of unconstitutional mandates.**
  It is unconscionable that anyone would be required to get Covid jabs to eat at a restaurant, enroll in college, keep a job, or compete in the Special Olympics. Florida fought back against the biomedical security state and won. If not for our Governor daring to lead with evidence-driven policy and stand up for freedom—amid relentless attacks from legacy media and "experts"—our country would have remained under perpetual threat of lockdowns and vaccine passports, a two-tiered feudal dystopia.

  I am especially grateful to the Governor for expanding access to monoclonal antibody treatments by opening dozens of state-run sites throughout the state. In just two months last year, these sites treated over 130,000 Covid patients. This initiative helped seniors and medically vulnerable Floridians recover without needing hospitalization and saved countless lives.

- **Ensuring that every student is set up for a lifetime of success with high-quality education—not ideological indoctrination.**
  Under the Governor's leadership, Florida has emerged as a model for the country in keeping schools open, preventing learning loss, closing achievement gaps, increasing teacher compensation, reforming testing, expanding school choice and workforce education, requiring curriculum transparency, and empowering parents every step of the way. The Governor's prioritization of civics instruction, Holocaust education, and the victims of Communism will ensure students understand the lessons of history. With this foundation, future generations of Floridians will cherish the founding principles that have distinguished America from tyrannical regimes around the world.

- **Unleashing economic opportunity and achieving stability at the state level—despite reckless inflationary spending and tax hikes at the federal level.**
  Across the country, Americans are struggling with record inflation and economic stagnation. Washington, D.C.'s irresponsible tax-and-spend policies are hitting Floridians' pocketbooks too. But thanks to Governor DeSantis' responsible fiscal management, Florida has been insulated from the



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**82**

Exhibit
Date:
J. Babcock

PEX 82.001

worst effects of this recession. Florida has consistently outpaced the nation in job growth since 2020. Our state's rebound from Covid has emerged as a worldwide success story. In contrast to formerly popular tourist destinations like New York and California, Florida tourism is booming and has surpassed pre-pandemic levels for over a year. The Governor's landmark investments in conserving Florida's natural beauty have helped make our state one of the world's most desirable destinations. And our budget surplus for the last fiscal year is $21.8 billion—the highest in state history.

Amid unprecedented challenges, Florida has protected people's livelihoods, defended civil liberties, and upheld the laws passed by our duly elected Legislature. Governor DeSantis has proven that leaders can take a stand for individual rights against unelected corporate power, without sacrificing economic prosperity and competitiveness.

- **Upholding the rule of law and keeping Floridians safe.**
  Growing up in Los Angeles County, I have seen firsthand the destruction and misery wrought by radical pro-crime ideology. I am grateful to live in Florida, where the Governor funds police, rejects jailbreak "reforms" that empower violent criminals, and does not tolerate prosecutors who refuse to follow the laws of our state. The DeSantis Administration has taken action to protect Floridians from the harmful impacts of the border crisis, to hold accountable those who poison our communities with deadly drugs like fentanyl, and to make Florida a model of school safety and election integrity.

  Last year, the shocking collapse of the Champlain Towers South building shone a spotlight on the heroism of our first responders. The Governor spent every day of the search efforts in Surfside, doing everything in his power for the community and all affected by this unthinkable tragedy. I will always remember his empathy for the families who lost their loved ones, as well as the first responders who risked their lives in the hellish conditions on the rubble. He visited the firefighters, police, and Urban Search and Rescue task forces every day at the disaster site, even getting lunch catered from Carbone as a small token of Floridians' deep gratitude for their efforts.

  In the year since, Governor DeSantis has continued showing first responders how much Florida appreciates them with pay raises, bonuses, support for mental health, and the Hometown Heroes program to help first responders and other frontline workers become homeowners.

- **Protecting life, promoting fatherhood, supporting foster and adoptive families, and leading the country in the fight to defend parental rights.**
  These transformative initiatives are guided by the Governor and First Lady's belief that the family is the bedrock of society, upon which we build a stronger future for our state. I could not agree more.

As the Governor said earlier this year, *"Together, we have made Florida the freest state in these United States."* The chance to play even a small part in achieving this has truly been the opportunity of a lifetime.

I have full confidence in my successor, Bryan Griffin, whom I have enjoyed working with for the last five months. He has done an outstanding job as my deputy and will serve Floridians well as Press Secretary.

Respectfully submitted,

*[signature]*

Christina Pushaw

PEX 82.002