

**1775 or 1860?** @ScobieSr · Aug 5

Replying to @ChristinaPushaw

I'd bet the governor thoroughly researched and wouldn't have done it if he wasn't sure he had the authority.

💬 2     🔁 2     ♥ 53     ⬆



**Christina Pushaw** 🫶 🇺🇸 ✓
@ChristinaPushaw

Replying to @ScobieSr

Of course. It was a long process to do the research and it involved a number of staff who are also lawyers.

2:20 PM · Aug 5, 2022 · Twitter for iPhone

2 Retweets    100 Likes



PEX 83.001