

**Christina Pushaw** @ChristinaPushaw

Important point to clarify what "suspension" means. This is not like a paid administrative leave or whatever. Andrew Warren is no longer the Hillsborough state attorney. We have a new Hillsborough state attorney sworn in today to replace him: Susan Lopez.

> **Sunny McSunnyface** @sunnyright · Aug 4
> Warren will be replaced for now by Judge Susan Lopez of the 13th Judicial Circuit.
>
> Warren's suspension can be either overturned or made permanent by the Florida Senate.
> Show this thread

5:40 PM · Aug 4, 2022 · Twitter for iPhone

213 Retweets   15 Quote Tweets   1,196 Likes

**Christina Pushaw** @ChristinaPushaw · Aug 4
Replying to @ChristinaPushaw

**Christina Pushaw** @ChristinaPushaw · Aug 4
Love your new cover photo @sao13th

○ 3    ↻ 12    ♡ 203

**Edward** @edwardrussl · Aug 4
Replying to @ChristinaPushaw

Exhibit N
Date: ___
J. Babcock

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
84

PEX 84.001

Explore

Settings

Search Twitter

Trending in United States
**Kroger**
Trending with Albertsons

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

◯ 3    ⟲ 9    ♡ 78    ⬆

**SIC_TEE_CO** @SIC_TEE_CO · Aug 4
Replying to @edwardrussl and @ChristinaPushaw

GIF  ALT

◯    ⟲    ♡ 3    ⬆

**BentonCountyFriar** @Eastsidesartel1 · Aug 4
Replying to @ChristinaPushaw
Great work.

◯ 1    ⟲    ♡ 2    ⬆

**Bilbo Baggins** @Jbanklestankle1 · Aug 4
Replying to @ChristinaPushaw
Christina will be in the oval office very soon

◯ 1    ⟲    ♡ 3    ⬆

Show replies

**Roxanne🍊RN** @Roxanne61678758 · Aug 4
Replying to @ChristinaPushaw
My pronouns are : DeSantis/2024

◯ 6    ⟲ 7    ♡ 79    ⬆

**Tim** @brightideas1 · Aug 4
Replying to @ChristinaPushaw

Don't miss what's happening
People on Twitter are the first to know.

Log in    S

Search Twitter

# Explore

Settings

GIF  ALT

♡ 2

Don't miss what's happening
People on Twitter are the first to know.

Log in   S