**PLAYBOOK** (/browser?url=https%3A%2F%2Fdesantisplaybook.com%2F)

GET PLAYBOOK (/BROWSER?URL=HTTPS%3A%2F%2FDESANTISPLAYBOOK.COM%2FGET-DESANTIS-PLAYBOOK%2F)



## STANDING UP FOR MOMS AND FLORIDA FAMILIES

As a father of three young children, Governor DeSantis leads our state with Florida families in mind.

### SUPPORTING ACTIVE FATHERHOOD

This year, Governor DeSantis secured nearly $70 million in funding to address the fatherlessness crisis in Florida. This funding will be used for educational programs, to increase mentorship opportunities for families, and to encourage responsible and involved fathers.

> "There are more than 18 million children in our country who live without a father in their home. This has a severe impact on children, and often leads to dropping out of school, crime, and substance abuse. Incredibly, there are those who diminish the importance of fatherhood and the nuclear family – we will not let that happen in our state. I am proud to say we are doing everything we can to support involved fatherhood in Florida."
> – Governor Ron DeSantis



> "Kids that have fathers in the household are more likely to go to college and just have overall better life success. I think DeSantis took a positive step in passing legislation to promote fathers being in households."
> – Elijah, Orlando

### SUPPORTING FLORIDA'S FOSTER FAMILIES

Governor DeSantis has shown his commitment to supporting foster families by increasing monthly payments to those who serve as caregivers to foster children, increasing monthly support to cover childcare for foster children, and expanding postsecondary education opportunities for foster children. The Freedom First Budget includes nearly $361 million to provide services for foster parent support and adoption services. Because of this commitment, Florida has the best results for child permanency among the country's ten most populous states:

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX 86**

Exhibit Q
Date: ___
J. Babcock

PEX 86.001

**Lowest**
- Average length of time in foster care
- Percentage of children in foster care for more than five years
- Percentage of children waiting for adoption who have spent over five years in foster care
- Average length of stay for children waiting to be adopted

**Highest**
- Percentage of children adopted from foster care by relatives

## HOPE FLORIDA - A PATHWAY TO PROSPERITY:

*Uniting communities through 'Hope Navigators' to guide Floridians on an individualized path to prosperity, economic self-sufficiency, and hope.*

Spearheaded by First Lady Casey DeSantis, Hope Florida utilizes 'Hope Navigators' to guide Floridians on an individualized path to prosperity by focusing on community collaboration between the private sector, faith-based community, non-profits, and government entities, to break down traditional community silos, in an effort to maximize resources and uncover opportunities.

Hope Navigators are essential in helping individuals identify their unique and immediate barriers to prosperity, develop long term-goals, map out a strategic plan, and work to ensure all sectors of the community have a 'seat at the table' and are part of the solution.

Hope Florida's Care Portal technology connects the needs of struggling Florida families with faith and community partners. A Hope Navigator identifies a need, inputs it into the Care Portal, and a real-time message is sent to all participating organizations.

Beneficiaries include, but are not limited to, struggling single parents, pregnant mothers battling addiction, children aging out of the foster care system, and foster and adoptive parents.

## PRIORITIZING CARE FOR SENIORS

Governor DeSantis understands the importance of putting our seniors first. The Governor prioritized seniors during the pandemic and ensured their rights and well-being were preserved. Governor DeSantis made sure that seniors were the first to receive COVID treatment and that senior care facilities had ample supplies of COVID tests.

Governor DeSantis signed the No Patient Left Alone Act, which guarantees Florida families the right to visit their loved ones in hospitals, hospices, and long-term care facilities.

Florida has also led the nation in raising awareness and expanding access to monoclonal antibody treatments. Wally and Doris Cortese, a couple from Cape Coral who have been married for 62 years, were two Floridians who utilized monoclonal treatments and made full recoveries from COVID.



> "Because of Governor DeSantis' policies we were able to spend our last Christmas with my dad. I'd like to thank Governor DeSantis that my father did not have to spend his last Christmas alone without his family."
> — Susan, Riverview, on the No Patient Left Alone Act

## PRO-LIFE PRIORITIES

Governor DeSantis signed legislation prohibiting abortions after 15 weeks of gestation to protect the lives of Florida's most vulnerable. He understands that life is a sacred gift worthy of our protection.

## GET A COPY OF THE DESANTIS PLAYBOOK

10/13/22, 9:29 PM  FAMILY VALUES - The DeSantis Playbook

**FIRST NAME**  **LAST NAME**

**Date of Playbook Club (Optional)**

mm/dd/yyyy

**How many physical copies of the playbook do you need mailed to you?** *(Required)*

0

**ADDRESS**  **CITY**

**STATE**  **ZIP CODE**

**EMAIL**  **MOBILE PHONE**

☐ I want to receive text messages from the Ron DeSantis Campaign

By providing your mobile phone number and/or texting to 512345, you are giving your express written consent to receive calls and SMS/MMS messages, including autodialed and automated calls and texts, to that number from
Ron DeSantis for Governor. Msg frequency varies. Msg & data rates may apply.. Text STOP to stop receiving messages. Text HELP for support or e-mail info@rondesantis.com (mailto:info@rondesantis.com). SMS Terms & Conditions (/browser?url=https%3A%2F%2Fdesantisplaybook.com%2Fterms) | Privacy Policy (/browser?url=https%3A%2F%2Fdesantisplaybook.com%2Fprivacy-policy)

Message (Optional)

**SUBMIT**

**HOST A DESANTIS PLAYBOOK CLUB MEETING!**
**(/BROWSER?URL=HTTPS%3A%2F%2FDESANTISPLAYBOOK.COM%2FPLAYBOOK-CLUB-HOST)**


(/browser?url=https%3A%2F%2Fdesantisplaybook.com%2F)

MEET RON    MEET CASEY    FIRST LADY INITIATIVES    ISSUES    PLAYBOOK CLUB    GET PLAYBOOK

SMS Terms and Conditions (/browser?url=https%3A%2F%2Fdesantisplaybook.com%2Fterms) | Privacy Policy (/browser?url=https%3A%2F%2Fdesantisplaybook.com%2Fprivacy-policy)

Paid by Ron DeSantis, Republican, for Governor.

Use of military rank, job titles, and photograph in uniform does not imply endorsement by the Department of the Navy or Department of Defense.
By providing your mobile phone number and/or texting to 512345, you are giving your express written consent to receive calls and SMS/MMS messages, including autodialed and automated calls and texts, to that number from Ron DeSantis for Governor. Msg frequency varies. Msg & data rates may apply. Text STOP to stop receiving messages. Text HELP for support or e-mail info@rondesantis.com. SMS Terms & Conditions | Privacy Policy

Contributions or gifts to Ron DeSantis for Governor are not deductible as charitable contributions for Federal income tax purposes. The maximum contribution is $3,000 per individual or business, per election.



PEX 86.004