**Jack Posobiec** 🇺🇸 ✓ @JackPosobiec · Aug 4
DeSantis Sends Cops To Physically Remove Suspended 'Soros-Backed' State Attorney



zerohedge.com
DeSantis Sends Cops To Physically Remove Suspended 'Soros-Backe...
"When you flagrantly violate your oath of office .. when you make yourself above the law, you have violated your duty…"

💬 548    🔁 3,113    ♥ 12.1K    ⬆

 **Christina Pushaw** 🐊 🇺🇸 ✓
@ChristinaPushaw

Replying to @JackPosobiec



9:30 PM · Aug 4, 2022 · Twitter for iPhone

26 Retweets    476 Likes

💬    🔁    ♥    ⬆

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
87

PEX 87.001