# Muratti, Renee

| | |
|---|---|
| **From:** | Warren, Andrew H. |
| **Sent:** | Tuesday, March 9, 2021 4:30 PM |
| **To:** | Muratti, Renee; Weisman, Gary S.; Teuber, Jordan B. |
| **Subject:** | RE: Follow up to Friday's Meeting- reducing caseloads |

I'm on board with the proposal. The child support issue is tricky, but I did a fair bit of research (including talking with the Fines & Fees Justice Center, which has done a *ton* of research around DL suspensions) and don't believe there is any value in distinguishing C/S payments from any other financial obligation. In short, most child support payments do not go to the moms/kids but to the state, because TANF requires recipients to assign their right to receive C/S as a condition of TANF eligibility. Also, research shows that DL suspensions make it harder for dads to pay child support because they can't get to work, and they limit dads' ability to fulfill parental responsibilities, which puts strain on the moms and worsens outcomes for the kids.

**From:** Muratti, Renee <Muratti_r@SAO13th.com>
**Sent:** Monday, March 08, 2021 10:45 AM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>; Teuber, Jordan B. <Teuber_J@sao13th.com>
**Cc:** Muratti, Renee <Muratti_r@SAO13th.com>
**Subject:** FW: Follow up to Friday's Meeting- reducing caseloads

Just following up on this

**From:** Muratti, Renee <Muratti_r@SAO13th.com>
**Sent:** Wednesday, March 3, 2021 3:39 PM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>; Teuber, Jordan B. <Teuber_J@sao13th.com>
**Cc:** Muratti, Renee <Muratti_r@SAO13th.com>
**Subject:** Follow up to Friday's Meeting- reducing caseloads

At the end of our meeting on Friday, there were three items for follow up.

1. Prepare a summary of our discussion for your review. I drafted as a process description for the ASAs to use when reviewing their cases. I did add prostitution where the defendant is charged as the prostitute, not the john, but I can change that if needed.
2. Prepare the text for a child support handout. That is also attached. Because arraignments are not currently in person, we can't actually hand the handout out, but maybe we can add a link to this information to the Charged with a Crime section of our webpage.
3. Reach out to TPD and HCSO to advise prior to putting into effect. I will do this as soon as I have your approval as to the attached items.

Just for reference, in 2019, county court averaged carrying around 9100 open cases. As of March 1, 2021, CMS shows 26,533 open county court cases. I know it tokk me a few days to get this done, but hopefully, you'll be able to get back to me soon. Thank you

1

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**88**

Weisman000235
**PEX 88.001**