# Weisman, Gary S.

**From:** Weisman, Gary S.
**Sent:** Tuesday, November 02, 2021 6:16 PM
**To:** Warren, Andrew H.
**Subject:** Re: Talk tomorrow

Ok. I have that panel at 10am.

Talk with tomorrow.

Gary S. Weisman
Chief of Staff
Office of the State Attorney, 13th circuit

> On Nov 2, 2021, at 5:57 PM, Warren, Andrew H. <Warren_A@sao13th.com> wrote:
>
> I'll call you tomorrow from the road. Want to discuss proposed legislation (thanks for the summary) and bike stop policy.
>
> Andrew H. Warren
> State Attorney
> Thirteenth Judicial Circuit
> 419 N. Pierce Street
> Tampa, Florida 33602
> (813) 274-1900
> Warren_A@sao13th.com
> www.sao13th.com

1

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
89

Weisman000097
PEX 89.001