# Weisman, Gary S.

**From:** Weisman, Gary S.
**Sent:** Thursday, November 04, 2021 11:16 AM
**To:** Muratti, Renee; Warren, Andrew H.
**Cc:** Hindman, Kimberly P.
**Subject:** RE: Bike stop policy

I agree with Renee, especially if we anticipate any substantive changes to the language of the policy.

**From:** Muratti, Renee <Muratti_r@SAO13th.com>
**Sent:** Thursday, November 04, 2021 10:57 AM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Cc:** Hindman, Kimberly P. <Hindman_K@sao13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>
**Subject:** RE: Bike stop policy

It will probably be better to wait to roll it out until it is finalized.

**From:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Sent:** Thursday, November 4, 2021 10:36 AM
**To:** Muratti, Renee <Muratti_r@SAO13th.com>
**Cc:** Hindman, Kimberly P. <Hindman_K@sao13th.com>; Weisman, Gary S. <Weisman_G@SAO13th.com>
**Subject:** Re: Bike stop policy

I haven't reached out to LEO yet, and the written policy still needs to be finalized. I don't have a strong objection to sharing the draft policy with B2 ASAs to let them know it's coming. Gary?

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com

> On Nov 4, 2021, at 10:22 AM, Muratti, Renee <Muratti_r@sao13th.com> wrote:
>
> Can we share with the ASAs so we can start using it?

4:22-cv-302-RH-MAF
PLAINTIFF'S EX
91

Weisman000098
PEX 91.001