**Weisman, Gary S.**

| | |
|---|---|
| **From:** | Weisman, Gary S. |
| **Sent:** | Monday, November 29, 2021 3:40 PM |
| **To:** | Teuber, Jordan B. |
| **Subject:** | RE: EC Agenda |

Thank you for gathering up the agenda for this afternoon.

**From:** Teuber, Jordan B. <Teuber_J@sao13th.com>
**Sent:** Monday, November 29, 2021 10:57 AM
**To:** !Executive Committee <ExecutiveCommittee@SAO13th.com>
**Subject:** EC Agenda

## Executive Committee Agenda
11/29/2021

**Andrew's Calendar** - AW
**Community Calendar** – GK

**Bike Stop Policy Update** – AW
**Veterans Outreach follow up** – RM
**CJDT status update** – RM
**Jarda Bradford case media requests** - GK
**Gun violence story media requests** - GK
**Annual Report topics** - GK



Weisman000111
PEX 96.001