## Muratti, Renee

**From:** Warren, Andrew H.
**Sent:** Monday, February 15, 2021 1:21 PM
**To:** Muratti, Renee
**Subject:** RE: outstanding emails/projects etc

**Follow Up Flag:** Follow up
**Flag Status:** Completed

Thanks for resending. I've fallen behind and will move these to the top of my to-do list. I called Julie last week re mentorship but haven't spoken with her yet.

**From:** Muratti, Renee <Muratti_r@SAO13th.com>
**Sent:** Monday, February 15, 2021 12:46 PM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Subject:** outstanding emails/projects etc

I know that it has been a hectic last couple of weeks, so I thought that a single email about outstanding items might be helpful. These are not urgent items and the office will continue to function if these items wait a little longer.

> Reducing County Caseloads- I attached the last email on this from 1/26, as well the email that contains the snapshot of numbers. Related to this issue, I met with the PD's Office last week and they are going to help me identify in custody county cases along with some of the circumstances surrounding them, i.e. defendants with ICE holds, defendants with pending homicides. Once I receive this information from them, I will start reviewing those cases for appropriate resolutions.
>
> DWLS- I attached the email regarding DWLS cases. If we were to decide to incorporate some of these changes, that could assist with the caseload issue as well.
>
> Finally, I attached the list created by the internal criminal justice work group about priorities, policies, ideas that they have. Maybe we could discuss at some time.

Also, some statuses on other projects:

> Juvenile Accountability Board- I believe that we are waiting on a response from Commissioner Gudes.
>
> Juvenile Civil Citation- the agencies directly involved in the processing are working on improving the DV referrals. I'll have an update for you shortly.
>
> Juvenile Mentorship- I just sent you their updates on Friday and you are going to discuss with Julie.

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**100**