| | |
|---|---|
| **From:** | Fenske, Taryn M. on behalf of Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com> |
| **To:** | Brendon Leslie |
| **Subject:** | FYSA // |
| **Attachments:** | SLA-BIZHUB22081708300.pdf |

**Hey Brendon –**

Thought you might find the attached interesting.

Can call you in a bit.

Thanks,

Taryn

**From:** LABIZHUB@eog.myflorida.com <LABIZHUB@eog.myflorida.com>
**Sent:** Wednesday, August 17, 2022 9:31 AM
**To:** Smith, Bailey A. <Bailey.A.Smith@eog.myflorida.com>
**Subject:** Message from LA-BIZHUB

4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**102**

PEX 102.001

| | |
|---|---|
| From: | Kamm, Grayson C. |
| Sent: | Tuesday, March 1, 2022 9:53 AM |
| To: | Communications |
| Subject: | Miami Community Conversation unites local leaders to reduce gun violence |



MIAMI
COMMUNITY CONVERSATION

**FOR IMMEDIATE RELEASE**

*MEDIA CONTACT: Grayson Kamm, Chief Communications Officer, State Attorney's Office for the 13th Judicial Circuit – 813-557-3366 – <u>kamm_g@sao13th.com</u>*

# Miami Community Conversation unites local leaders to reduce gun violence

**MIAMI, FL (March 1, 2022) – Leaders from law enforcement agencies, organizations on the front lines of the criminal justice system, and nonprofit community and faith groups will gather for a first-of-its-kind community conversation on gun violence in Miami on March 10.**

The summit, organized by the Safety & Justice Task Force, will look for local solutions that are working to fight back against the nationwide surge in gun violence. Innovative ideas brought forward in Miami-Dade County will be collected and shared across the state, giving communities across Florida new tools to keep the public safe and reduce crime in neighborhoods from Pensacola to Key West.

Florida's gun homicide rate climbed by nearly 25 percent from 2019 to 2020, according to statistics from the advocacy group <u>Everytown</u>. Florida's rising rate corresponds with an upward trend seen <u>nationwide</u>.

**"More than a thousand Floridians are killed in gun homicides each year. It's stunning. But it's not hopeless. There is exceptional work being done right now in neighborhoods all over Florida to reverse this trend. On March 10th, we're going to bring those solutions out into the spotlight, so the best ideas can be put into action in more communities across our state," said Miami-Dade Public Defender Carlos J. Martinez, a member of the statewide Safety & Justice Task Force.** *[Editors note: P.D. Martinez is available for interviews ahead of the event.]*

**Three sessions**

The Miami Community Conversation will be held in three sessions at Miami's IBEW Hall. The Criminal Justice Organization session will bring together leaders from agencies and nonprofits that work directly with the criminal justice system in fields such as drug and mental health treatment, juvenile justice, crime prevention, and re-entry

1

**PEX 102.002**

for former inmates. In the Community Organization session, passionate advocates will assemble for a group discussion among community, faith, and civil rights nonprofit organizations.

Senior leaders from Miami-Dade Police, City of Miami Police, Miami Gardens Police, and additional law enforcement agencies are scheduled to join Public Defender Martinez and Miami-Dade State Attorney Katherine Fernandez Rundle for the first session, a private roundtable discussion, earlier in the day.

The Criminal Justice Organization session begins at 2:15 p.m. and the Community Organization session begins at 4:00 p.m. Attendees must pre-register by contacting taskforce@sao13th.com.

**About the Task Force**

Chaired by State Attorney Andrew Warren of Hillsborough County, the Safety & Justice Task Force will be visiting communities across Florida throughout the summer and fall, with each meeting focusing on finding solutions to a different challenge facing Florida's justice system—such as juvenile justice, mental health, and substance abuse.

The five Task Force members represent a cross-section of the criminal justice system [photos]:
- Hillsborough State Attorney Andrew Warren, Chair
- Miami-Dade Public Defender Carlos J. Martinez
- Teen Leaders of America Executive Director Marcia Brown
- Leon County Sheriff Walt McNeil
- ACTS (Agency for Community Treatment Services) CEO Asha Pereyra

The Task Force was created by the Florida Democratic Party, but its work is not partisan; its members are looking to gather the best ideas from everyone, no matter their politics, and share those ideas across the state. For more information on the Task Force, contact taskforce@sao13th.com.

***EDITORS NOTE: Miami-Dade Public Defender Carlos J. Martinez and Task Force Chair Andrew Warren, State Attorney for Hillsborough County, are available for interviews. Contact Grayson Kamm to coordinate. Photos are available here.***

###

**Grayson Kamm**
Chief Communications Officer



Andrew H. Warren
Office of the State Attorney
13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

2

PEX 102.003

| | |
|---|---|
| From: | Kamm, Grayson C. |
| Sent: | Thursday, March 10, 2022 8:26 AM |
| To: | Communications |
| Subject: | MEDIA ADVISORY: Gun violence is on pace to take 1,000 lives in Florida this year. Today's landmark meeting of local leaders will work to stop that surge. |



**MEDIA ADVISORY**
March 10, 2022

*MEDIA CONTACT: Grayson Kamm, Chief Communications Officer, State Attorney's Office for the 13th Judicial Circuit – 813-557-3366 – kamm_g@sao13th.com*

# Gun violence is on pace to take 1,000 lives in Florida this year. Today's landmark meeting of local leaders will work to stop that surge.

WHAT:   Nearly 100 of the brightest minds in Miami-Dade County will gather in person Thursday for the first-ever Miami Community Conversation.
- This in-person meeting of leaders from law enforcement and community nonprofits is focused on finding solutions to the surge of gun violence that has now claimed <u>more than 200 lives in Florida</u> in 2022 alone.
- The programs and ideas that come from the Miami Community Conversation will be shared with cities and counties across Florida, improving safety for every Floridian.

WHY:    Gun violence is taking lives and tearing apart neighborhoods at an alarming rate in <u>Florida</u> and <u>nationwide</u>, surging upward since 2020. Our state is on pace to lose more than 1,000 Floridians to gun violence this year. Solutions exist, but in our current polarized climate, those solutions can go unnoticed.
- The Miami Community Conversation will focus on identifying programs that are truly working to keep families safe and help bring them to more places across South Florida and statewide.

TOPICS: Likely topics include:
- Building stronger prevention programs in neighborhoods
- Expanding drug, alcohol, and mental health treatment

1

**PEX 102.004**

- Improving the connections between law enforcement and the communities they serve
    - *(Note: Ideas that will be discussed that are working right now to fight gun crime in South Florida can also make for excellent future news stories.)*

WHO: Interview opportunities include:
- Local law enforcement leaders
- Survivors of gun violence who now work to prevent it
- Leaders from mental health agencies, domestic violence shelters, civil rights groups, local NAACP chapters, and youth mentorship programs
- Members of the Safety & Justice Task Force, organizers of the event:
    Hillsborough State Attorney Andrew Warren, Chair
    Miami-Dade Public Defender Carlos Martinez
    Teen Leaders of America CEO Marcia Brown
    Leon County Sheriff Walt McNeil
    ACTS (Agency for Community Treatment Services) CEO Asha Pereyra

WHEN: **On Thursday, March 10, two 90-minute open sessions are taking place with different groups of community leaders—one at 2:15 p.m. and the other at 4:00 p.m.** Video and photos will be best during those sessions. Interview opportunities will be best shortly before and after each session.

WHERE: In person at Miami's IBEW Hall (International Brotherhood of Electrical Workers Local 349, 1657 NW 17th Ave., Miami, FL 33125)

###

**Grayson Kamm**
Chief Communications Officer

Andrew H. Warren
Office of the State Attorney
13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

2



# Andrew H. Warren
## Office of the State Attorney
## 13th Judicial Circuit

**FOR IMMEDIATE RELEASE**

**EDITORS: VIDEO AND PHOTOS AVAILABLE for media use from last month's Miami Community Conversation summit at this link**

*MEDIA CONTACT: Grayson Kamm, Chief Communications Officer, Hillsborough State Attorney's Office – 813-557-3366 – kamm_g@sao13th.com*

# Tackling mental health: Tampa Bay leaders meet in summit to address key causes of crime

**TAMPA, FL (April 18, 2022)** – Research shows more than <u>one-third of people behind bars</u> have a diagnosed mental disorder. More than <u>80% of all crimes</u> are tied to drugs or alcohol. The solution seems simple: treat these underlying causes, and crime should plummet. So why can't our society get a handle on these issues and make our neighborhoods safer?

More than 75 community leaders will gather in Tampa on Wednesday to seek answers to this vital question. This summit comes as cities and towns across Florida grapple with the intersection of policing, mental illness, and addiction. It will be one of 2022's largest gatherings of mental health and substance abuse experts in the state.

Wednesday's Tampa Bay Community Conversation will bring together leaders from the fields of law enforcement, treatment, health care, and community nonprofits. The challenges of addiction and mental illness are contributing to crime and traumatizing families and communities—these bright minds will discuss potential solutions, such as preventing crime through early identification and treatment, better coordination among existing resources, and systemic gaps that lead to increased repeat offenses.

"The research shows it—and so does common sense: the root causes behind most crimes can be traced back to substance abuse or mental illness," said Andrew Warren, State Attorney for Hillsborough County. "The good news is that these issues are typically treatable and preventable. The bad news is that our justice system simply isn't set up to handle these challenges, and our communities all suffer because of that."

**PEX 102.006**

Additionally, leaders will discuss how to better address the behavioral health needs of law enforcement officers, as research shows they now have a higher risk of suicide than any other profession.

State Attorney Warren is Chair of the statewide Safety & Justice Task Force, which is organizing the summit at Hillsborough Community College's Dale Mabry campus. The Task Force will gather the best ideas from the summit and share them across the state, giving communities new tools to keep the public safe and reduce crime in neighborhoods from Pensacola to Key West.



*Last month's Miami Community Conversation summit focused on gun violence.*

### About the Task Force

The Safety & Justice Task Force will be visiting communities across Florida throughout the summer and fall, with each meeting focusing on finding solutions to a different challenge facing Florida's justice system. The Task Force convened a summit on gun violence last month in Miami [photos and video] and will host one focused on juvenile justice next month in Jacksonville.

The five Task Force members represent a cross-section of the criminal justice system [photos]:
- Hillsborough State Attorney Andrew Warren, Chair
- Teen Leaders of America Executive Director Marcia Brown
- Miami-Dade Public Defender Carlos J. Martinez
- Leon County Sheriff Walt McNeil
- Agency for Community Treatment Services (ACTS) CEO Asha Pereyra



The Task Force was created by the Florida Democratic Party, but its work is not partisan; its members are looking to gather the best ideas from everyone, no matter their politics, and share those ideas across the state. For more information on the Task Force, contact taskforce@sao13th.com.

**EDITORS: Members of the media are welcome at the summit on April 20 from 2:00 to 5:30 p.m. in the Student Services Building (DSTU) of the Hillsborough Community College Dale Mabry campus at 4001 W. Tampa Bay Blvd. in Tampa. Please RSVP to Grayson Kamm at 813-557-3366 or kamm_g@sao13th.com.**

###

_Images_ from last month's Miami Community Conversation summit focused on gun violence








PEX 102.010

Case 4:22-cv-00302-RH-MAF   Document 135-59   Filed 11/29/22   Page 11 of 18

9/9/22, 2:50 PM    To Bring Florida's Justice System 'Into the 21st Century,' New Safety & Justice Task Force Will Travel the State Gathering Ideas fr...

GET INVOLVED | JOIN AN EVENT | MAKE CALLS

**FLDEMS**

IN THE NEWS

# TO BRING FLORIDA'S JUSTICE SYSTEM 'INTO THE 21ST CENTURY,' NEW SAFETY & JUSTICE TASK FORCE WILL TRAVEL THE STATE GATHERING IDEAS FROM LOCAL LEADERS, LAW ENFORCEMENT, AND VICTIM ADVOCATES

September 15, 2021

SHARE

 

The Florida Democratic Party is proud to announce the creation of the Safety & Justice Task Force, chaired by State Attorney Andrew Warren of Hillsborough County. The mission of the Task Force is to develop common sense solutions around criminal justice and police refo




GET INVOLVED    JOIN AN EVENT    MAKE CALLS

ney for Hillsborough County in 2016, Warren has reformed Hillsborough's criminal justice system and become a state and national leader on criminal justice reform. From expanding resources that steer first-time juvenile offenders away from the system to ending the criminalization of poverty that results from driver's license suspensions to ensuring domestic abusers are disarmed, Warren has implemented practical solutions that maximize the safety of every family and justice for every resident. Moreover, he is a statewide leader on the use of deadly force by law enforcement. His office's reports on those incidents provide a level of transparency that has helped set the standard for effective and responsible law enforcement.

"I am proud to join in this effort with the Florida Democratic Party. This is about engaging with our communities all over Florida and helping our leaders deliver a 21st Century approach to justice—an approach that reduces crime through evidence-based policies and community-focused law enforcement," Warren said. "We have made progress in Hillsborough County by having conversations that break down community silos and connect people from different walks of life. By applying this framework to other jurisdictions, we can deliver a plan that will move Florida forward for all our families."

The remaining four members of the Safety & Justice Task Force will be announced in the coming weeks. The Task Force will begin planning proposals and holding discussions in local communities shortly thereafter—more details and exact dates and times will be announced. The group expects to provide a report to the Florida Democratic Party and the public in the summer of 2022.





**PEX 102.012**

3/9/22, 12:50 PM  To Bring Florida's Justice System 'Into the 21st Century,' New Safety & Justice Task Force Will Travel the State Gathering Ideas fr…

Case 4:22-cv-00302-RH-MAF   Document 135-59   Filed 11/29/22   Page 13 of 18

| GET INVOLVED | JOIN AN EVENT | MAKE CALLS |
|---|---|---|

News

Get Involved

Run For Office

Store

DONATE NOW



Paid political advertisement paid for by the Florida Democratic Party.
201 South Monroe Street, Suite 300, Tallahassee, FL 32301

JOBS

VENDORS

PRIVACY POLICY

CONTACT US

PAID FOR BY THE FLORIDA DEMOCRATIC PARTY. FLORIDADEMS.ORG.
NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE.




# Democrats form justice and safety reform task force to advise local governments

**Hillsborough County State Attorney Andrew Warren will chair the task force.**

Florida Democrats want to develop and offer local governments some best-practice models for criminal justice reform, developed by a new task force composed of law enforcement and justice officials.

The Florida Democratic Party's Safety & Justice Task Force will feature Hillsborough County State Attorney **Andrew Warren**, who will serve as chair; Miami-Dade County Public Defender **Carlos Martinez;** Leon County Sheriff **Walt McNeil**; Teen Leaders of America Executive Director **Marcia Brown** of Jacksonville; and Agency for Community Treatment Services Executive Director **Asha Terminello** of Tampa.

Democrats are tasking them with meeting with local leaders, law enforcement, and victim advocates to develop criminal justice and safety reform models the party says would "help bring Florida's justice system into the 21st Century."

With little or no influence over statewide criminal justice policymaking, Democrats say they seek models to offer cities and counties, and then work with local leaders "to improve the effectiveness and fairness of law enforcement agencies, prosecutor's offices, and the criminal justice system as a whole."

"Floridians have bold ideas for modernizing our justice system — reducing violent crime, extending treatment to people with mental illness or substance abuse, and improving accountability for law enforcement," FDP Chair **Manny A. Diaz** said in a news release issued by the party. "This Task Force will lead a statewide conversation that brings forward the best

INFLUENCE

**Black farmers still wait for promised medical marijuana license**



## Scott Powers

Scott Powers is an Orlando-based political journalist with 30+ years' experience, mostly at newspapers such as the Orlando Sentinel and the Columbus Dispatch. He covers local, state and federal politics and space news across much of Central Florida. His career earned numerous journalism awards for stories ranging from the Space Shuttle Columbia disaster to presidential elections to misplaced nuclear waste. He and his wife Connie have three grown children. Besides them, he's into mystery and suspense books and movies, rock, blues, basketball, baseball, writing unpublished novels, and being amused. Email him at scott@floridapolitics.com.



PREVIOUS
**Charlie Crist pitches gas tax break to offset inflation**

NEXT
**Lawsuit: Florida condo collapse triggered by building work** 

Florida Politics is a statewide, new media platform covering campaigns, elections, government, policy, and lobbying in Florida. This platform and all of its content are owned by Extensive Enterprises Media.

Publisher: Peter Schorsch @PeterSchorschFL

GET INVOLVED    JOIN AN EVENT    MAKE CALLS

# FL\DEMS

IN THE NEWS

# FLORIDA DEMOCRATIC PARTY ANNOUNCES MEMBERS OF ITS SAFETY & JUSTICE TASK FORCE, AIMING TO HELP BRING FLORIDA'S JUSTICE SYSTEM "INTO THE 21ST CENTURY"

November 17, 2021

SHARE

 

The Florida Democratic Party is proud to announce the members of its recently created Safety & Justice Task Force. These leaders will be working across the state over the next several months, gathering ideas from local leaders, law enforcement, and victim advocates to help





**PEX 102.016**

Case 4:22-cv-00302-RH-MAF   Document 135-59   Filed 11/29/22   Page 17 of 18

8/11/22, 8:59 PM    Florida Democratic Party Announces Members of its Safety & Justice Task Force, Aiming to Help Bring Florida's Justice System "I...

GET INVOLVED    JOIN AN EVENT    MAKE CALLS

The goal is to develop model policies for cities and counties, then work with local leaders to implement them to improve the effectiveness and fairness of law enforcement agencies, prosecutor's offices, and the criminal justice system as a whole.

"The members of our Task Force have all seen a different face of the justice system. Law enforcement, prosecution, defense, rehabilitation, prevention—all these perspectives will help us ask the right questions and find real, workable solutions to make our communities safer and our system more fair and effective," said Hillsborough State Attorney Andrew Warren, the Task Force's Chair.

The Safety & Justice Task Force will begin planning proposals and holding discussions with local communities in the coming months—more details and exact dates and times will be announced. Photos of the Task Force members are available at this link.



**WORKING TO WIN**

8/11/22, 6:59 PM Florida Democratic Party Announces Members of its Safety & Justice Task Force, Aiming to Help Bring Florida's Justice System "I...

Case 4:22-cv-00302-RH-MAF   Document 135-59   Filed 11/29/22   Page 18 of 18

GET INVOLVED    JOIN AN EVENT    ocratic Party   MAKE CALLS
                                L 32301

**JOBS**

**VENDORS**

**PRIVACY POLICY**

**CONTACT US**

PAID FOR BY THE FLORIDA DEMOCRATIC PARTY. FLORIDADEMS.ORG.
NOT AUTHORIZED BY ANY CANDIDATE OR CANDIDATE'S COMMITTEE.


