IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,

v.

RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,

        Defendant.

_____

Case No. 4:22-cv-302-RH-MAF

**NOTICE OF FILING
JOINT TRIAL EXHIBITS**

- 2 -

Plaintiff hereby files the remaining joint exhibits, which have been marked as Joint Exhibit numbers 22, 28, 34, 36-38, 40, 43, 46-50, 53-55, 57-61.

Dated:  November 29, 2022

**PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*

    Jean-Jacques Cabou (AZ #022835)\*
    Alexis E. Danneman (AZ #030478)\*
    Matthew R. Koerner (AZ #035018)\*
    Margo R. Casselman (AZ #034963)\*
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    JCabou@perkinscoie.com
    ADanneman@perkinscoie.com
    MKoerner@perkinscoie.com
    MCasselman@perkinscoie.com
    602.351.8000

**AND**

    David B. Singer (FBN 72823)
    Matthew T. Newton (FBN 111679)
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    dsinger@shumaker.com
    mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

    David O'Neil\*
    801 Pennsylvania Ave NW, Suite 500
    Washington, D.C. 20004
    (202) 383-8000
    daoneil@debevoise.com

    Alexandra P. Swain\*
    650 California Street
    San Francisco, CA 94108
    apswain@debevoise.com

    Samantha B. Singh (FBN 1036051)
    919 Third Avenue
    New York, NY 10022
    sbsingh@debevoise.com

\* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/  Indy Fitzgerald*
