

EXHIBIT
0001
Raymond Treadwell
10.31.2022

# Executive Office of the Governor
# Organizational Chart

- **THE PEOPLE**
  - **GOVERNOR** Ron DeSantis
    - **LT. GOVERNOR** Jeanette Nuñez
      - Health
      - Space Florida
    - **INSPECTOR GENERAL** Melinda Miguel
    - **CHIEF OF STAFF** James Uthmeier
      - **DIRECTOR OF COMMUNICATIONS** Taryn Fenske
        - Agency Communications Directors
      - **DIRECTOR OF EXTERNAL AFFAIRS** Savannah Kelly Jefferson
        - Regional Representatives
      - **DEPUTY CHIEF OF STAFF** Melissa Smith
        - Law Enforcement
        - Highway Safety & Motor Vehicles
        - Transportation
        - Corrections
        - Environmental Protection
        - Fish & Wildlife Conservation
        - Citrus
        - Ad Comm/FLWAC
        - OFR/OIR
        - Revenue
      - **DEPUTY CHIEF OF STAFF** Katie Strickland
        - Management Services
        - Health
        - Health Care Administration
        - Children & Families
        - Juvenile Justice
        - Guardian Ad Litem
        - Persons with Disabilities
        - Elder Affairs
      - **DEPUTY CHIEF OF STAFF** Alex Kelly
        - Education
        - Economic Opportunity
        - Enterprise Florida
        - CareerSource Florida
        - REACH Office
        - Florida Housing Finance Corp.
        - Visit Florida
        - State
      - **DIRECTOR OF LEGISLATIVE & INTERGOVERNMENTAL AFFAIRS** Stephanie Kopelousos
        - Agency Legislative Affairs Directors
      - **DIRECTOR OF POLICY & BUDGET** Chris Spencer
        - OPB Staff
        - Washington D.C.
        - Emergency Management
        - State Board of Administration
      - **GENERAL COUNSEL** Ryan Newman
        - Agency General Counsels
        - Notary
        - Comm on Offender Review
        - Open Government
      - **DIRECTOR OF APPOINTMENTS** Chelsea Aaron
        - Appointments Analysts
      - **SENIOR ADVISOR** Drew Meiner
        - Business & Professional Reg.
        - Gaming Commission
        - Lottery
        - Military Affairs & Veterans Affairs
        - Public Service Commission
        - Volunteer Florida
      - **SENIOR ADVISOR FOR PUBLIC SAFETY** Larry Keefe

4:22-cv-302-RH-MAF
JOINT EX
34

Revised: 7-28-22