

**THE FLORIDA SENATE**
OFFICE OF THE SECRETARY

Location
405 The Capitol

Mailing Address
404 South Monroe Street
Tallahassee, Florida 32399-1100

Senate's Website: www.flsenate.gov

**DEBBIE BROWN**
Secretary

August 15, 2022

Mr. Andrew Warren
c/o Mr. David B. Singer, Esquire
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 E. Kennedy Boulevard
Suite 2800
Tampa, FL 33602
**VIA CERTIFIED MAIL**

Re: Executive Order of Suspension, Exec. Order No. 22-176

Dear Mr. Warren:

The Florida Senate has received Executive Order 22-176 in which the Governor has suspended you from office as State Attorney of the 13th Judicial Circuit. Pursuant to Article IV, s. 7(b) of the Florida Constitution, the Florida Senate may either remove you from office or reinstate you to office.

You have a right to a hearing conducted in accordance with Part V, Chapter 112, Florida Statutes and Senate Rule 12. If you wish to have a hearing, please request the hearing in writing. In order for the Senate to comply with the timeline contemplated in Senate Rule 12, please submit your request for a hearing within 15 days of receipt of this letter.

If you request a hearing, you will receive a Notice of Hearing before a Special Master or committee containing the date, time, and location of the hearing. If you do not wish to have a hearing, you may submit your written resignation to the Governor's Office. If you tender your resignation, please provide a copy of your resignation to the Office of the Senate Secretary.

Alternatively, should you elect to initiate a court challenge, please notify the Office of the Senate Secretary. Senate Rule 12.9 states, in relevant part, that the Senate process shall be held in abeyance and the matter shall not be considered by the Senate until final determination of a court challenge and the exhaustion of all appellate remedies. As such, upon the initiation of a court challenge, the matter of your reinstatement or removal from office by the Florida Senate will be held in abeyance by President Simpson until a final determination in the litigation has been rendered.

WILTON SIMPSON
President of the Senate

AARON BEAN
President Pro Tempore

4:22-cv-302-RH-MAF
JOINT EX
36

AW_Public000039
JEX 36.001

August 15, 2022
Page 2

To learn more about the Senate process, or to access applicable statutes and rules, please visit http://www.flsenate.gov/Session/ExecutiveSuspensions.

To ensure timely correspondence, until you receive a notice of final action on this matter, it is your responsibility to make sure that the Senate has your correct contact information.

If you have any questions concerning this notice, please contact the undersigned.

Respectfully,

Debbie Brown
Secretary
The Florida Senate
Suite 405 Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100
Phone: (850) 487-5270

Cc: Mr. Carlos Rey, Esquire
General Counsel
The Florida Senate
*Via electronic mail*

Mr. Ryan Newman, Esquire
Office of the General Counsel
Executive Office of Governor Ron DeSantis
*Via electronic mail*

AW_Public000040
JEX 36.002