

**THE FLORIDA SENATE**
OFFICE OF THE SECRETARY

Location
405 The Capitol

Mailing Address
404 South Monroe Street
Tallahassee, Florida  32399-1100

Senate's Website:  www.flsenate.gov

**DEBBIE BROWN**
Secretary

August 17, 2022

Mr. Andrew H. Warren
c/o Mr. David B. Singer, Esquire
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 E. Kennedy Boulevard
Suite 2800
Tampa, FL 33602

**VIA CERTIFIED MAIL**

Re: Executive Order of Suspension, Exec. Order No. 22-176

Dear Mr. Warren:

As noted in our prior correspondence, the Senate's process for acting on the matter of your reinstatement to or removal from office is governed by Part V, Chapter 112, Florida Statutes and Senate Rule 12. Senate Rule 12.9 states, in relevant part, that the Senate process shall be held in abeyance and the matter shall not be considered by the Senate until final determination of a court challenge and the exhaustion of all appellate remedies.

Given the challenge initiated today in federal court, President Simpson has directed me to inform you the matter of your reinstatement to or removal from office by the Florida Senate is now held in abeyance.

**WILTON SIMPSON**
President of the Senate

**AARON BEAN**
President Pro Tempore

4:22-cv-302-RH-MAF
JOINT EX
38

AW_Public000041
JEX 38.001

August 17, 2022
Page 2

The Senate respectfully requests your counsel keep Mr. Rey appraised as to the progress of the aforementioned litigation. Senate Rules provide the President discretion to proceed if he determines due process requires the Senate to move forward.

If you have any questions concerning this correspondence, please contact the undersigned.

Respectfully,

*Debbie Brown*

Debbie Brown
Secretary
The Florida Senate
Suite 405 Capitol
404 South Monroe Street
Tallahassee, FL 32399-1100
Phone: (850) 487-5270

Cc: Carlos Rey, Esquire
General Counsel
The Florida Senate
*Via electronic mail*

Ryan Newman, Esquire
Office of the General Counsel
Executive Office of Governor Ron DeSantis
*Via electronic mail*

Matthew T. Newton, Esquire
*Via electronic mail*