**From:** Kelly Jefferson, Savannah [Savannah.KellyJefferson@eog.myflorida.com]
**Sent:** 8/4/2022 5:49:24 AM
**To:** Keefe, Larry [Larry.Keefe@eog.myflorida.com]
**Subject:** Fwd: Briefs for Tomorrow
**Attachments:** 08042022 America's Newsroom Interview.docx; 08042022 State Attorney.docx; 8.4.22 Hillsborough State Attorney JW + RDN.docx

Savannah Kelly Jefferson
Director of External Affairs
Governor Ron DeSantis
(850) 508-1021

**From:** Kelly Jefferson, Savannah
**Sent:** Wednesday, August 3, 2022 8:01:15 PM
**To:** Smith, Casey <Casey.Smith@eog.myflorida.com>; Spencer, Chris <Chris.Spencer@LASPBS.STATE.FL.US>; Kopelousos, Stephanie <Stephanie.Kopelousos@eog.myflorida.com>; Castellanos, Silvia <Silvia.Castellanos@eog.myflorida.com>; Thorpe, Amanda <Amanda.Thorpe@eog.myflorida.com>; Aaron, Chelsea <Chelsea.Aaron@eog.myflorida.com>; Cronin, Alex <Alex.Cronin@eog.myflorida.com>; Russo, Katherine <Katherine.Russo@eog.myflorida.com>; Tardo, Ashley <Ashley.Tardo@eog.myflorida.com>; Wagner, Maureen <Maureen.Wagner@eog.myflorida.com>; Fenske, Taryn M. <Taryn.M.Fenske@eog.myflorida.com>; Shapiro, Justin <Justin.Shapiro@eog.myflorida.com>; Schrader, Taylor <Taylor.Schrader@eog.myflorida.com>; Pushaw, Christina <Christina.Pushaw@eog.myflorida.com>; Uthmeier, James <James.Uthmeier@eog.myflorida.com>; Williams, Jared <Jared.Williams@eog.myflorida.com>; Mahon, Jason <Jason.Mahon@eog.myflorida.com>; Stiegler, Alex <Alex.Stiegler@eog.myflorida.com>; Myers, Robbie <Robbie.Myers@eog.myflorida.com>; Strickland, Katie <Katie.Strickland@eog.myflorida.com>; Hampton, Mattea <Mattea.Hampton@eog.myflorida.com>; Armbrister, Robert <Robert.Armbrister@eog.myflorida.com>; Castillo, Christina <Christina.Castillo@eog.myflorida.com>; Meiner, Drew <Drew.Meiner@eog.myflorida.com>; Denham, Cherie <Cherie.Denham@eog.myflorida.com>; Griffin, Bryan <Bryan.Griffin@eog.myflorida.com>; Garcia, Lindsay <Lindsay.Garcia@eog.myflorida.com>; Smith, Melissa <Melissa.Smith@eog.myflorida.com>
**Subject:** Briefs for Tomorrow

Good evening team,

Please see the briefs and talking points for tomorrow attached.

- Press Conference – State Attorney
- Interview – America's Newsroom

Thank you!

**Savannah Kelly Jefferson**
Director of External Affairs
Governor Ron DeSantis
850-508-1021

4:22-cv-302-RH-MAF

**JOINT EX**

**43**

## Interview with Dana Perino and Bill Hemmer, America's Newsroom
Thursday, August 4, 2022, 10:45 a.m. – 10:55 a.m.
Hillsborough County Sheriff's Office, 2310 North Falkenburg Road, Tampa, FL 33619

**EXTERNAL ACTIVITY TYPE:**

| [ FORMCHECKBOX ] Meeting | [ FORMCHECKBOX ] Lunch | [ FORMCHECKBOX ] Dinner |
|---|---|---|
| [ FORMCHECKBOX ] Call | [ FORMCHECKBOX ] Photo-op | [ FORMCHECKBOX ] Other |

**EOG POINT OF CONTACT:**
Christina Pushaw, (310) 774-6572
Bryan Griffin, (813) 766-5702

**PURPOSE:**
Governor DeSantis will participate in a live interview with Dana Perino and Bill Hemmer for America's Newsroom on Fox News following his major announcement.

**EVENT INFORMATION:**
| | |
|---|---|
| **Principals:** | THE GOVERNOR |
| **Format:** | Live Interview |
| **Time:** | 10:45 a.m. – 10:55 a.m. |
| **Location:** | Hillsborough County Sheriff's Office |
| **Attire:** | Business |

**ATTENDEES:**
1. Dana Perino, *Co-Anchor, America's Newsroom with Bill Hemmer & Dana Perino*
2. Bill Hemmer, *Co-Anchor, America's Newsroom with Bill Hemmer & Dana Perino*

DEF 000485
**JEX 43.002**

## Interview with Dana Perino and Bill Hemmer, America's Newsroom
Thursday, August 4, 2022, 10:45 a.m. – 10:55 a.m.
Hillsborough County Sheriff's Office, 2310 North Falkenburg Road, Tampa, FL 33619

**BIOGRAPHIES:**



### Dana Perino, *Co-Anchor, America's Newsroom with Bill Hemmer & Dana Perino*

Dana Perino currently co-anchors FOX News Channel's (FNC) morning news program America's Newsroom and serves as co-host of The Five. Additionally, she is the host of Dana Perino's Book Club on FOX Nation, FNC's online subscription-based streaming service. She joined the network in 2009 as a contributor.

As the co-anchor of America's Newsroom, Perino is joined by newsmakers and experts to discuss the latest morning headlines and stories driving the day. During The Five, Perino is part of a roundtable ensemble of FNC personalities who discuss, debate, and even debunk the hot news stories, controversies, and issues of the day. She previously served as anchor of The Daily Briefing with Dana Perino.

In addition to her roles on America's Newsroom and The Five, Perino has played a prominent role across FNC's top-rated election and political coverage throughout her tenure at the network, serving on various panels to breakdown the latest developments in every major political cycle. Most recently, Perino anchored live coverage as rioters mobbed the Capitol building on January 6, 2021. Prior, Perino contributed to FNC's Democracy 2020 election coverage which garnered the highest ratings for election night in cable news history with 14.1 million total viewers. Additionally, she provided political analysis following the presidential and vice-presidential debates of the 2020 election as well as the Democratic and Republican National Conventions.

Perino hosted a one-hour Sunday special interviewing former President George W. Bush and former First Lady Laura Bush from Dallas entitled, "43 Portraits: George W. Bush". The in-depth interview marked the 43rd president's first cable news interview of his book tour for Out of Many, One: Portraits of America's Immigrants and featured in-depth interviews with immigrants showcased in his paintings.

A frequent public speaker on political trends, Perino is also the president of Dana Perino and Company and the founder of Minute Mentoring, a women's leadership program designed to foster the next generation of female leaders. She is active in global maternal health and child development through the One Campaign and Mercy Ships and helps American veterans suffering from PTSD through Companions for Heroes.

DEF 000486
**JEX 43.003**

## Interview with Dana Perino and Bill Hemmer, America's Newsroom

Thursday, August 4, 2022, 10:45 a.m. – 10:55 a.m.

Hillsborough County Sheriff's Office, 2310 North Falkenburg Road, Tampa, FL 33619

Prior to joining FNC, Perino served as the White House press secretary for President George W. Bush, where she was the first female press secretary in a Republican administration. She spent over seven years in the Bush administration working at the Justice Department and the Council on Environmental Policy. She was appointed to the U.S. Broadcasting Board of Governors in 2010 by President Obama, where she served for three years following her confirmation by the United States Senate. Previously, she worked on Capitol Hill, in a private practice public relations firm and as a reporter in Illinois and Colorado.

A graduate of Colorado State University-Pueblo with a degree in Mass Communications, Perino went on to receive a Master's in Public Affairs Reporting from the University of Illinois-Springfield.



### Bill Hemmer, *Co-Anchor, America's Newsroom with Bill Hemmer & Dana Perino*

Bill Hemmer currently serves as co-anchor of FOX News Channel's (FNC) America's Newsroom. Hemmer joined the network in 2005 and is based in New York.

As one of the network's lead breaking news anchors, Hemmer has provided extensive live coverage of several major stories throughout his more than 15 years with FNC, including every election cycle since joining the network. Most recently, he provided live coverage on Russia's invasion of Ukraine, anchoring breaking news coverage from network headquarters. Prior to this, Hemmer contributed to Democracy 2021: Virginia Showdown. The program presented special live coverage of the Virginia and New Jersey gubernatorial races as well as the New York City mayoral race. Previously, he anchored live coverage as rioters mobbed the Capitol building in Washington, D.C. on January 6, 2021. Additionally, he contributed to FNC's Democracy 2020 election coverage, breaking down the results on the eponymous "Bill-board," which garnered the highest ratings for election night coverage in cable news history with 14.1 million total viewers. Previously in March 2020, Hemmer co-moderated a town hall with then-President Donald Trump and leading members of the White House Coronavirus Task Force.

Prior to his current role, Hemmer served as anchor of Bill Hemmer Reports and previously was co-anchor of FNC's America's Newsroom from 2007 until 2019. In this role, Hemmer covered several breaking news events and offered special coverage on a variety of major stories. During this time, Hemmer contributed to FNC's live broadcast coverage of the U.S. summit with North Korea in Vietnam where he co-anchored America's Newsroom live from Hanoi, Vietnam and provided updates

DEF 000487
**JEX 43.004**

## Interview with Dana Perino and Bill Hemmer, America's Newsroom
Thursday, August 4, 2022, 10:45 a.m. – 10:55 a.m.
Hillsborough County Sheriff's Office, 2310 North Falkenburg Road, Tampa, FL 33619

and developments from the summit with expert guests and analysis. He also co-anchored America's Newsroom live from Helsinki, Finland during President Donald Trump's meeting with Russian President Vladimir Putin.

In 2018, Hemmer provided live coverage alongside Shannon Bream of former Federal Bureau of Investigation (FBI) director James Comey's testimony before the Senate Intelligence Committee. In May 2017, Hemmer also sat down with former Secretary of State Condoleezza Rice for a wide-ranging interview. In 2016, he reported from France on the deadly terrorist attacks in Paris and provided live coverage of Pope Francis' first visit to the United States by reporting from various locations in New York City and Philadelphia.

Previously, Hemmer reported live on the Boston Marathon bombing in 2013, the 2012 Sandy Hook Elementary School shooting, the aftermath of the 2010 earthquake in Haiti, as well as the Fort Hood military base shooting in 2009. In 2005, Hemmer traveled to England to cover the repercussion of the London terrorist attack as well as to Baton Rouge, LA to report on Hurricane Katrina relief efforts. Hemmer was also featured in the special FOX News Reporting: Timeline of Hurricane Katrina – 10th Anniversary, which looked back at the damaging storm that centered in the Gulf Coast. Additionally, Hemmer hosted FNC's New Year's Eve coverage live from Time Square in New York City from 2006 to 2014.

During his tenure at FNC, Hemmer has also contributed to the network's coverage of the 2008, 2012, 2016 and 2020 presidential elections. In August 2015, Hemmer, alongside co-anchor Martha MacCallum moderated the candidate forum as part of its Republican presidential primary debate coverage in Cleveland, OH. According to Nielsen, the debate averaged 6.1 million in total viewers and 1.2 million viewers in the 25-54 key demographic. Hemmer and MacCallum also co-moderated the 7 PM/ET debate on January 28th in Des Moines, IA, just days before the first caucus of the 2016 election. In addition to monitoring election night results on the signature "Bill-Board," he has also reported from the political conventions, and the campaign trail where he interviewed then-Republican presidential candidate Mitt Romney in 2012 and then-Senator Barack Obama in 2008.

Prior to joining FNC, Hemmer served as co-anchor of American Morning and anchor of both CNN Live Today and CNN Tonight. A recipient of several awards and honors, including an Emmy Award in 1996, Hemmer began his career as a weekend sports anchor for WCPO-TV (CBS 9) in Cincinnati, Ohio.

He earned a B.A. in broadcast journalism from Miami University in Ohio.

DEF 000488
**JEX 43.005**



## Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

**EVENT POC/STAFFERS**

EOG Regional Representative: Cherie Denham, 813-547-9382, Lindsay Garcia, 813-300-1986
EOG Communications Representative: Bryan Griffin, 813-766-5702, Christina Pushaw, 310-774-6572
On-site Contact: Jerry Carey, 813-376-6920

**PURPOSE**

Governor DeSantis will announce the removal and replacement of the State Attorney for the 13th Judicial Circuit.

**EVENT INFORMATION**

| | |
|---|---|
| Principals: | **THE GOVERNOR** |
| Indoor/Outdoor: | Indoor |
| Format: | Press Conference |
| Press: | Open |
| Visual: | Sheriff's Office |
| Attire: | Business |
| Podium: | Yes |
| Weather: | 85°F / Sunny, 2% chance of precipitation |

**CONFIRMED PARTICIPANTS**

1. Attorney General Ashley Moody, *State of Florida*
2. Suzy Lopez, *Judge, 13th Judicial Circuit*
3. Sheriff Chad Chronister, *Hillsborough County Sheriff's Office*
4. Sheriff Grady Judd, *Polk County Sheriff's Office*
5. Sheriff Chris Nocco, *Pasco County Sheriff's Office*
6. Brian Dugan, *Former Chief of Police, Tampa Police Department*
7. Mike Beltran, *Florida House of Representatives*

[ PAGE   \* MERGEFORMAT ]



## Press Conference – State Attorney

Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.

Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

**TIMELINE:**

**NOTE**: At 9:50 a.m., Larry Keefe will arrive to the State Attorney's Office and deliver the news

10:00 a.m.　**Governor DeSantis** arrives to the Hillsborough County Sheriff's Office

**Met by:** Sheriff Chad Chronister, *Hillsborough County Sheriff's Office,* Attorney General Ashley Moody, *State of Florida* and Suzy Lopez, Judge, *13th Judicial Circuit*

10:02 a.m.　**Governor DeSantis** moves to hold room to meet with participants:

- Attorney General Ashley Moody, *State of Florida*
- Suzy Lopez, *Judge, 13th Judicial Circuit*
- Sheriff Chad Chronister, *Hillsborough County Sheriff's Office*
- Sheriff Grady Judd, *Polk County Sheriff's Office*
- Sheriff Chris Nocco, *Pasco County Sheriff's Office*
- Brian Dugan, *Former Chief of Police, Tampa Police Department*
- Mike Beltran, *Florida House of Representatives*

10:07 a.m.　**Governor DeSantis** and participants move to the podium

**NOTE**: There will be deputies from HCSO set behind the podium with participants

10:08 a.m.　**Governor DeSantis** delivers remarks

10:18 a.m.　Sheriff Chronister delivers remarks

10:21 a.m.　Sheriff Judd delivers remarks

10:24 a.m.　Sheriff Nocco delivers remarks

10:27 a.m.　Attorney General Moody delivers remarks

10:30 a.m.　Former Chief of Police Dugan delivers remarks

10:33 a.m.　Representative Beltran delivers remarks

[ PAGE  \* MERGEFORMAT ]



## Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

10:36 a.m.      Judge Lopez delivers remarks

10:39 a.m.      **Governor DeSantis** provides final remarks and opens up for questions

10:45 a.m.      Press conference concludes; **Governor DeSantis** departs the room and enters private room for interview with America's Newsroom

DEF 000491
**JEX 43.008**



## Press Conference – State Attorney

Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

**ATTENDEES IN AUDIENCE:**

| First Name | Last Name |
|------------|-----------|
| Robin | Adair |
| Danny | Alvarez |
| Courtney | Aughey |
| Lee | Bell |
| Fred | Brooks |
| Terry | Castro |
| Sarah | Chibani |
| Norma | Cohen |
| Jay | Collins |
| Layla | Collins |
| Deborah | Comellas |
| Colton | Curry |
| Cliff | Curry |
| Annie | Diles |
| Annette | Dirgo |
| Erica | Ellwell |
| Steve | Emerson |
| Bob | Emerson |
| Ron | Fair |
| Jerry | Fardella |
| Casey | Flores |
| Kandi | Floyd |
| Justin | Floyd |
| Laura | Glass |
| Stephanie | Hopps |
| Travis | Horn |
| Melissa | Jackson |
| Alfred | Johnson |
| Robin | Lankford |

[ PAGE   \* MERGEFORMAT ]

DEF 000492
**JEX 43.009**



## Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

| | |
|---|---|
| Savannah | Lankford |
| David | Leatherwood |
| Sebastian | Leon |
| Diego | Leon |
| Scott | Levinson |
| JJ | Martinez |
| Donna | McClure |
| Kristen | Miller |
| Sandy | Murman |
| Joanna | Olson |
| George | Padilla |
| Vana | Payne |
| Karen | Pittman |
| Darla | Portman |
| Sam | Ray |
| Dan | Ray |
| Justin | Savich |
| Sam | Shellenberger |
| Sheri | Southwell |
| Tracy | Stone |
| Jeremiah | Stover |
| Valerie | Stover |
| Tiffany | Ton |
| Quinadra | Williams |
| Jayson | Williams |

*Working list as of 8/3/22 at 6:00 p.m.*

[ PAGE  \* MERGEFORMAT ]

DEF 000493
**JEX 43.010**



### Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

<u>**BIOGRAPHIES:**</u>



<u>*Attorney General Ashley Moody*</u>

Attorney General Ashley Moody, a fifth generation Floridian, was born and raised in Plant City, Florida. She attended the University of Florida where she earned her bachelor's and master's degrees in accounting and law degree. She later attended Stetson University College of Law earning a Masters of Law in International Law.

Attorney General Moody began her legal career with the law firm of Holland & Knight where she practiced commercial litigation. In her spare time, she volunteered assisting domestic violence victims seeking protection in court.

She subsequently joined the United States Attorney's Office prosecuting drug, firearm, and fraud offenses. While a federal prosecutor, General Moody was commended by the DEA for prosecutorial excellence and outstanding initiative in drug law enforcement. She was also recognized by the Florida Department of Law Enforcement for her lead of "Operation Round-Up," a targeted prosecution of violent and repeat offenders.

In 2006, at the age of thirty-one, Attorney General Moody became the youngest judge in Florida when she was elected Circuit Court Judge of the Thirteenth Judicial Circuit in Hillsborough County. As a judge, she founded the Attorney Ad Litem program recruiting volunteer attorneys to stand in the place of parents who did not appear in court with their children. She also developed a mentoring program for at-risk children within the juvenile delinquency system.

Attorney General Moody served as an adjunct professor at Stetson University College of Law and on the judicial faculty for Florida's New Judges College, Advanced Judicial Studies, and the Circuit Judges Conference. She was a frequent lecturer on crime and justice as well as best practices for Florida attorneys. In 2015, Attorney General Moody was recognized by the

[ PAGE   \* MERGEFORMAT ]



### Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

National Legal Services Corporation for her significant contributions to pro bono legal service and was awarded the Florida Supreme Court's Distinguished Judicial Service Award.

On January 8, 2019, Attorney General Moody became Florida's 38th Attorney General. Since taking office as Attorney General, Moody has been recognized as a leader having served as a Commissioner on the Presidential Commission on Law Enforcement and the Administration of Justice, as Chair of Florida's Statewide Task Force on Opioid Abuse, and continues to serve as Chair of Florida's Statewide Council on Human Trafficking.

Attorney General Moody and her husband, Justin, a federal law enforcement agent, have two sons, Brandon and Connor.



### Sheriff Chad Chronister, *Hillsborough County*

A veteran law enforcement officer, Sheriff Chad Chronister has served with the Hillsborough County Sheriff's Office for the past 28 years. He has a Bachelor of Science in Criminal Justice and a Master of Science in Criminal Justice from St. Leo University. He is a graduate of the FBI National Academy's 260th Session.

He became the top law enforcement officer in Hillsborough County on September 30, 2017, upon his appointment by Governor Rick Scott, was elected by the citizens of Hillsborough County on November 6, 2018, and overwhelmingly re-elected on November 3, 2020. He is Co-Chairman of the Regional Domestic Security Task Force for Region IV Tampa Bay, Council Member of the Florida Attorney General's Statewide Council on Human Trafficking and Chairman of the Criminal Justice Sub-Committee, Vice-Chairman of the Hillsborough County Public Safety Coordinating Council, and Vice-Chairman of Hillsborough County Public Schools Citizen Oversight Committee.

Sheriff Chronister has earned many commendations. His civic associations include board membership positions with Boys & Girls Clubs of Tampa Bay and Metropolitan Ministries. A native of York, Pa., Sheriff Chronister is married to Nicole DeBartolo and has two sons, Asher and Zack, and two dogs, Cali and Oreo. He enjoys spending time with his family the most.

[ PAGE  \* MERGEFORMAT ]

DEF 000495
**JEX 43.012**



## Press Conference – State Attorney

Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.

Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619



### Sheriff Grady Judd, *Polk County*

Grady Judd began his career at the Polk County Sheriff 's Office (Florida) in 1972 as a dispatcher. After transferring to the Patrol Division in 1974, he quickly progressed through the ranks – holding every rank from Sergeant to Colonel. Polk County overwhelmingly elected Grady to serve as Sheriff in 2004.

Sheriff Judd has earned higher education degrees through the Masters level – having obtained both Master's and Bachelor's degrees from Rollins College. He is a graduate of the FBI National Academy, the Senior Management Institute for Police, the FBI Law Enforcement Executive Development Seminar, and the FBI National Executive Institute. He was a participant of the Jewish Institute for National Security Affairs (JINSA) Law Enforcement Exchange Program (LEEP).

Sheriff Judd has taught as an adjunct professor at both the University of South Florida and Florida Southern College. He is a Polk County School Board Hall of Fame inductee, a past recipient of Polk State College's prestigious Distinguished Alumni Award, the 2008 Boy Scouts of America Distinguished Citizen Award, Protect Our Children Junny Award, the 2013 Callyo's Leaders in Online Child Protection Award, as well as the 2013 Church Women United Human Rights Award. He continues to serve the community on several boards and committees, including the Volunteers in Service to the Elderly (VISTE) and Polk Vision. He is a past President of the Florida Sheriff's Association and the immediate past President of the Major County Sheriff's of America, a national organization serving counties with a population of 500,000 or more. In 2020, he was appointed by the President of the United States to the Coordinating Council on Juvenile Justice and Delinquency Prevention committee, for a three-year term.

Grady has been married to Marisa since 1972, and they have two adult sons and 13 grandchildren.

[ PAGE  \* MERGEFORMAT ]



### Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619



### Sheriff Chris Nocco, *Pasco County*

Chris Nocco is the Sheriff of Pasco County, a position he has held since former Florida Governor Rick Scott appointed him in 2011. He was elected to the position in 2012, re-elected without opposition in 2016 and re-elected, again without opposition, in 2020.

Prior to becoming Sheriff and working at the Pasco Sheriff's Office as a Captain and Major, Nocco served with the Philadelphia Public School Police, the Fairfax County (VA) Police Department and the Broward County (FL) Sheriff's Office. He was a first responder to the attacks of 9/11, the Washington, DC sniper incident, the anthrax attacks and numerous demonstrations and large-scale protests in the nation's capital.

For a few years, Nocco stepped away from law enforcement and served as the Staff Director to then-State Representative Marco Rubio in the Policy and Procedure Office. There, he was responsible for domestic security, criminal justice, emergency management, economic development and transportation issues. Later, Nocco became Deputy Chief of Staff to Rubio, who was Speaker of the Florida House of Representatives.

Nocco is active within the community and several organizations, which include the Pasco Sheriff's Charities, Inc., Tampa Bay Thrives, the Florida Police Benevolent Association, the Fraternal Order of Police, and the Gold Shield Foundation. Chris, his wife Bridget, and three children are also active at church and youth sports.

In addition, Chris has been active in statewide organizations, including serving as the Chair of the Florida Attorney General's Human Trafficking Criminal Justice Committee and he currently serves as the Chair of the Florida Sheriff's Association Statewide Task Force. Nocco previously served as a member of the United States Department of Homeland Security Advisory Council.

Nocco earned his master's degree in Public Administration and Bachelor's Degree in Criminal Justice from the University of Delaware (on a football scholarship). He received an Undergraduate Certificate in Emergency Management from Florida State University, a

[ PAGE  \* MERGEFORMAT ]



## Press Conference – State Attorney

Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.

Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Certificate in Business Excellence from Vanderbilt University, and a Certificate in Cyber Security from the University of South Florida.

Nocco is a graduate of the Naval Postgraduate School's Executive Leadership Program. He also has received Executive Certificates in Technology, Operations and Value Chain Management from the Massachusetts Institute of Technology Sloan School of Management and Leading Digital Transformation in Health Care from the Harvard Medical School. He also has a Certificate in Designing Thinking from the Joint Special Operations University. Nocco also has earned a certificate in Health and Humanitarian Supply Chain Management from Georgia Tech.

Nocco is a graduate of the National Sheriff's Association Institute, the 101st session of the FBI National Executive Institute.



### Brian Dugan, *Former Chief of Police, Tampa Police Department*

Dugan, hired in 1990, spent several years in the North Tampa District, which encompasses Sulphur Springs, Seminole Heights and New Tampa. He has also worked in the Criminal Intelligence Bureau, Street Anti -Crime Unit, Quick Uniform Attack on Drugs Squad (QUAD), Internal Affairs Bureau, Mayor's Security Detail, and as a Field Training Officer.

He moved up in the ranks before becoming the police chief in 2017 when he was appointed by then-Mayor Bob Buckthorn. He was the interim chief of police as investigators worked to solve a string of murders in Seminole Heights.

Dugan has experienced Hurricane Irma, the arrest of Howell Donaldson III in the Seminole Heights case, major league sports championship celebrations and a pandemic as police chief.

Dugan earned a Bachelor of Science in Criminal Justice from West Liberty University and a Master of Public Administration degree from Troy State University. He is a graduate of the Southern Police Institute's Command Officers' Development Course and also attended the Senior Management Institute for Police.

[ PAGE   \* MERGEFORMAT ]

DEF 000498
**JEX 43.015**



## Press Conference – State Attorney
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

After four years as chief and over 31 years of law enforcement experience with the Tampa Police Department, Chief Dugan announced his retirement of September of 2021.



### Suzy Lopez, *Judge, 13th Judicial Circuit*

Susan "Suzy" Lopez is a Tampa native and County Court Judge for the 13th Judicial Circuit. She was appointed by Governor Ron DeSantis to serve on the Hillsborough County Court on December 2nd, 2021. Lopez had served as an Assistant State Attorney in the Thirteenth Judicial Circuit since 2005. She received her bachelor's degree from Middlebury College and her law degree from Suffolk University. Lopez's appointment by Governor DeSantis filled one of the new vacancies created by the Florida Legislature.



### Representative Mike Beltran, *Florida's 57th House District*

Representative Mike Beltran currently resides in Lithia, Florida. He is an attorney in Lithia. His spouse is Hope Beltran of Breckenridge, Minnesota. He has two children Michael and Ross. He graduated from the University of Pennsylvania in 2005 with a bachelor's degree in international Relations. He received his law degree from Harvard Law School in 2008. He was born on June 26, 1984, in New York City, New York and moved to Florida in 2010. He is a Christian and enjoys board games, distance running, military and legal history, reading, target shooting, weightlifting, and wrestling. Representative Beltran has previously served on the Judicial Nominating Commission for Florida's Thirteenth Circuit Court in and for Hillsborough County and the Judicial Nominating Commission for Florida's Fifth District Court of Appeal.

Representative Beltran was elected to the Florida House of Representatives in 2018, he was reelected subsequently. His committee assignments for the 2020-2022 term include: Vice Chair of Civil Justice & Property Rights, Judiciary Committee, Criminal Justice & Public Safety

[ PAGE  \* MERGEFORMAT ]

DEF 000499
**JEX 43.016**



**Press Conference – State Attorney**
Thursday, August 4, 2022, 10:00 a.m. – 10:45 a.m.
Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Subcommittee, Rules Committee, Congressional Redistricting Subcommittee, Justice Appropriations Subcommittee, and Regulatory Reform Subcommittee.

[ PAGE  \* MERGEFORMAT ]

DEF 000500
**JEX 43.017**

# Hillsborough Law and Order
*Thursday, August 4, 2022*

## [INTRODUCTION]

- Good morning, everyone, it's a great day to be in Hillsborough County.

- With me here is:

    - Attorney General Ashley Moody

    - Hillsborough County Sheriff Chad Chronister

    - Polk County Sheriff Grady Judd

    - Pasco County Sheriff Chris Nocco

    - Former Tampa Chief of Police, Brian Dugan

    - Representative Mike Beltran

    - And 13th Judicial Circuit Judge Suzy Lopez

- Florida is a law-and-order state.

- We take our duty seriously to protect the Floridians and to enforce the laws enacted by the people's representatives.

- Unfortunately, not every elected official in the State shares that commitment.

- As Governor, it is my duty to take care that the laws of Florida are faithfully executed.

- That means that I have the solemn responsibility to suspend state officers that are failing to perform their duties under Article 4, Section 7 of the Florida Constitution.

- When an official abandons his duty and chooses woke activism over his oath of office, it is my duty to step in.

**[ANNOUNCEMENT]**

- <u>**Today, effective immediately, I am suspending State Attorney Andrew Warren from Office due to neglect of duty.**</u>

- Public safety and the faithful enforcement of the laws enacted by our Legislature are of paramount importance.

- Unfortunately, as you will hear, Mr. Warren has lost the confidence of law enforcement, and most remarkably, has brazenly declared that he will not enforce laws enacted by the Florida Legislature that he doesn't like.

- Instead of using his office to fight crime, protect people, and enforce the law, he uses it for Soros-funded social justice activism.

- That is not acceptable and will not be tolerated here in Florida, especially at a time when crime is rising across the country.

- Mr. Warren has a history of butting heads with law enforcement, rather than working with them collaboratively to aggressively stamp out crime.

- He has established policies of presumptive non-enforcement for crimes, hamstringing proactive policing and usurping the ability of law enforcement to do their jobs.

- **The law is the law, and it should not be subject to the whims of a woke idealogue masquerading as a prosecutor.**

- Despite his non-enforcement policies and friction with law enforcement, Mr. Warren crossed the line in June when he joined a statement with Soros-affiliated prosecutors from across the country— including Chesa Boudin, who was so radical that the citizens of San Francisco recalled him.

- In this statement, Mr. Warren declared unequivocally that he would "refrain from prosecuting those who provide abortions" because doing so "makes a mockery of justice."

- He went so far as to say that the Legislature "may decide to criminalize" abortions, but *he* is obligated to prosecute only those cases that he thinks are just and that "prosecutors should not be part of that."

- By joining this statement, Mr. Warren has pledged he will not prosecute abortion providers that perform late-term or partial-birth abortions, which have long been prohibited by Florida law.

- He also will not prosecute abortionists who perform post-15-week abortions, which are now unlawful under a bill that the Legislature enacted, and I signed, this year.

- Mr. Warren's open defiance of the Legislature and his invitation to lawlessness is inexcusable, and I cannot tolerate it.

- A state attorney's blatant refusal to enforce laws enacted by the Legislature because he doesn't like them is willful neglect of duty and justifies suspension from office.

- Our government is based on the separation of powers, and it is the role of the legislature to make the laws and the role of prosecutors to enforce them.

- Prosecutors do not have the authority to pick and choose what crimes to prosecute.

- They must evaluate each case on an individualized, case-specific basis.

- Mr. Warren has proven that he doesn't understand the role of a state attorney in our system of government.

- Therefore, he must be suspended.

- I do not make this decision lightly, but it is important that everyone understand that state attorneys cannot defy the law and refuse to enforce them.

**[REPLACEMENT]**

- **To move the State Attorney's Office for the 13th Judicial Circuit in a positive step forward, and ensure proper application of the**

DEF 000503
**JEX 43.020**

**law, I am appointing the Honorable Susan Lopez, who currently serves as a Hillsborough County Judge.**

- **In addition to her deep ties to the Hillsborough community, Susan previously served for over 15 years as an Assistant State Attorney in the 13th Judicial Circuit, giving her the knowledge needed to keep this office on track and continue prosecuting crimes.**

**[CONCLUSION]**

- There is no greater responsibility of a Governor than to protect the public and ensure the faithful enforcement of the law.

- We are going to continue fighting the good fight for the people of Florida and will hold our elected officials to the highest of standards.

- Next we will hear from:

    1. Hillsborough County Sheriff Chad Chronister

    2. Polk County Sheriff Grady Judd

    3. Pasco County Sheriff Chris Nocco

    4. Attorney General Ashley Moody

    5. Former Tampa Chief of Police, Brian Dugan

    6. Representative Mike Beltran

    7. Judge Suzy Lopez