

← **Tweet**

**Ron DeSantis**
@GovRonDeSantis

By properly interpreting the Constitution, the Supreme Court has answered the prayers of millions upon millions of Americans.

The prayers of millions have been answered. For nearly fifty years, the U.S. Supreme Court has prohibited virtually any meaningful pro-life protection, but this was not grounded in the text, history or structure of the Constitution. By properly interpreting the Constitution, the Dobbs majority has restored the people's role in our republic and a sense of hope that every life counts.

Florida will continue to defend its recently-enacted pro-life reforms against state court challenges, will work to expand pro-life protections, and will stand for life by promoting adoption, foster care and child welfare.

9:59 AM · Jun 24, 2022 · Twitter for iPhone

**5,506** Retweets **1,117** Quote Tweets **36.6K** Likes

4:22-cv-302-RH-MAF
**JOINT EX**
**46**