From: Governor"s Press Office
To: Smith, Susan
Subject: DeSantis/Nuñez Administration Schedule for Tuesday, August 2, 2022
Date: Tuesday, August 2, 2022 7:00:49 PM



## GOVERNOR RON DESANTIS SCHEDULE
## FOR
## TUESDAY, AUGUST 2, 2022

| Time | Event |
|---|---|
| 1:30pm | MEETING WITH SENIOR STAFF |
| 2:00pm | MEETING WITH SENIOR ADVISOR FOR PUBLIC SAFETY LARRY KEEFE |
| 2:30pm | MEETING WITH GENERAL COUNSEL RYAN NEWMAN |
| 3:00pm | MEETING WITH CHIEF OF STAFF JAMES UTHMEIER |

###

## LT. GOVERNOR JEANETTE NUÑEZ SCHEDULE
## FOR
## TUESDAY, AUGUST 2, 2022

| Time | Event |
|---|---|
| 8:30am | MEETING WITH LT. GOVERNOR SENIOR ADVISOR NIKKI WHITING |
| 2:00pm | MEETING WITH LT. GOVERNOR DEPUTY CHIEF OF STAFF CHRISTINA CASTILLO |

4:22-cv-302-RH-MAF
JOINT EX
50

Δπ EXHIBIT 7
Deponent Keefe
Date 11-4-22
Rptr
WWW.DEPOBOOKPRODUCTS.COM

JEX 50.001

2:30pm        CALL WITH DEPUTY CHIEF OF STAFF KATIE
              STRICKLAND

3:30pm        CALL WITH COMMUNICATIONS DIRECTOR TARYN
              FENSKE


                                    ###


Share this email:

   

Manage your preferences | Opt out using TrueRemove®
Got this as a forward? Sign up to receive our future emails.
View this email online.

400 S Monroe
Tallahassee, FL | 32399 US

This email was sent to susan.smith@eog.myflorida.com.
To continue receiving our emails, add us to your address book.

JEX 50.002