

← **Tweet**

**Christina Pushaw** 🐊 🇺🇸
@ChristinaPushaw

MAJOR announcement tomorrow morning from @GovRonDeSantis.

Prepare for the liberal media meltdown of the year

Everyone get some rest tonight 😉 😶

6:32 PM · Aug 3, 2022 · Twitter for iPhone

**2,722** Retweets **445** Quote Tweets **22.2K** Likes

Tweet your reply — Reply

**Macro Aggressions** 🇺🇸 🐊 @h7_mike · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis
Oh dear. He's gonna run. I'll need to spend all of my money on merch ugh
26 · 4 · 276

**Hollaria Briden, Esq.** @HollyBriden · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis

3 · 1 · 137

**bgirlNC** @Qgirl27517955 · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis
I for one hope he doesn't run for POTUS yet - Florida still needs him
33 · 5 · 243

**Vito Mendy III** @vitomendy3 · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis
Hes changing his pronouns to they/them?
38 · 10 · 914

**Amanda Blount** @amandablount2 · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis
This proves Desantis isn't fighting FOR voters, but he's making policy just to piss off voters.

Not exactly a great way to govern.
27 · 3 · 68

**Beth Estes** @bethestesfitnes · Aug 3
Replying to @ChristinaPushaw and @GovRonDeSantis
Country needs him 2024 🇺🇸🇺🇸🇺🇸

Search Twitter

**Relevant people**

**Christina ...** @ChristinaPu... Follow
Proud to be on @teamrondesantis • Rapid Response Director for @RonDeSantisFL • John 15:18 • personal views my own • rarely check DMs

**Ron DeSa...** @GovRonDeS... Follow
46th Governor of the great state of Florida.

**What's happening**

Serie A · LIVE
**Juventus vs Sassuolo Calcio**
Trending with Di Maria

Bloom... · 2 hours ago
**The economic headaches that Kenya's president-elect William Ruto will inherit**

90 Day Fiance · Trending in United States
**#90DayFianceTellAll**
9,700 Tweets

Celebrities · Trending
**Chris Pratt**
Trending with Bryce Dallas Howard

The Ne... · 1 hour ago
**Are you being tracked? The rise of the worker productivity score.**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ··· © 2022 Twitter, Inc.

**URL**
https://twitter.com/ChristinaPushaw/status/1555003744781230080?s=20&t=obr8HqKrqjAzd3aWng-W4A

**Timestamp**
Mon Aug 15 2022 13:37:10 GMT-0700 (Pacific Daylight Time)

4:22-cv-302-RH-MAF
JOINT EX
57

Exhibit I
Date:
J. Babcock



1 387 · 8 093 · 19.5K

**Defiant L's** @DefiantLs · 4h

1 387 · 8 098 · 19.5K

**Defiant L's** @DefiantLs · 4h

@AlbertBourla

Excited to share that updated analysis from our Phase 3 study with BioNTech also showed that our COVID-19 vaccine was 100% effective in preventing #COVID19 cases in South Africa. 100%!

9:46 AM · 4/1/21 · Twitter Web App

**Albert Bourla** @AlbertBourla

I would like to let you know that I have tested positive for #COVID19. I am thankful to have received four doses of the Pfizer-BioNTech vaccine, and I am feeling well while experiencing very mild symptoms. I am isolating and have started a course of Paxlovid.

567 · 5 154 · 19.4K

**Brigitte Gabriel** @ACTBrigitte · 20h
President Trump is not the criminal in all of this, he's the victim.

2 971 · 2 592 · 16.4K

**Kambree** @KamVTV · 18h
Just a reminder that we are in the midst of the longest, saddest, most excruciating, and unsatisfying WE TOLD YOU SO in the history of the world.

344 · 2 487 · 16.2K

**TheLeoTerrell** @TheLeoTerrell · 21h
Drain the Swamp! #VoteTrump2024

1 868 · 2 216 · 15.8K

**Tom Fitton** @TomFitton · 20h
There was no more justification to raid Trump's home than to spy on him. Trump is a crime victim.

2 200 · 3 471 · 15.7K

**Rep. Marjorie Taylor Greene🇺🇸** @RepMTG · 7h
Impeach Merrick Garland and Defund the corrupt FBI!

End political persecution and hold those accountable that abuse their positions of power to persecute their political enemies, while ruining our country.

This shouldn't happen in America.

**URL**

https://twitter.com/ChristinaPushaw/status/1555003744781230080?s=20&t=obr8HqKrqjAzd3aWng-W4A

**Timestamp**

Mon Aug 15 2022 13:37:10 GMT-0700 (Pacific Daylight Time)



**Rep. Marjorie Taylor Greene** @RepMTG · 7h
Impeach Merrick Garland and Defund the corrupt FBI!

End political persecution and hold those accountable that abuse their positions of power to persecute their political enemies, while ruining our country.

This shouldn't happen in America.

344 · 2,487 · 16.2K

**TheLeoTerrell** @TheLeoTerrell · 21h
Drain the Swamp! #VoteTrump2024

1,868 · 2,216 · 15.8K

**Tom Fitton** @TomFitton · 20h
There was no more justification to raid Trump's home than to spy on him. Trump is a crime victim.

2,200 · 3,471 · 15.7K

**Rep. Marjorie Taylor Greene** @RepMTG · 7h
Impeach Merrick Garland and Defund the corrupt FBI!

End political persecution and hold those accountable that abuse their positions of power to persecute their political enemies, while ruining our country.

This shouldn't happen in America.

Republicans must force it to stop!

4,472 · 3,670 · 15.1K

**Mollie** @MZHemingway · 5h
Please pray for my wonderful father. He's in the ICU. We're praying for healing and comfort. As a pastor, he's usually the one praying for the hospitalized. Thank you in advance!

1,409 · 1,351 · 13.6K

**Benny Johnson** @bennyjohnson · 14h
Gov. DeSantis calls out the FBI's raid of Donald Trump's home at Mar-a-Lago.

From **The Post Millennial**

463 · 3,579 · 11.8K

**Thomas Sowell Quotes** @ThomasSowell · 6h
If you cannot achieve equality of performance among people born to the same parents and raised under the same roof, how realistic is it to expect to achieve it across broader and deeper social divisions?

147 · 3,010 · 11.6K

**Sen. Marsha Blackburn** @MarshaBlackburn · 21h
It's no coincidence that the Department of Justice continually targets conservatives.

This is a deeply rooted problem that the left has been working toward.

6,908 · 2,727 · 11.4K

**Opus Magnusson** @DixonCox12 · 9h
If TRUMP is so guilty, how come nobody can tell me any of the crimes he committed?

767 · 2,031 · 11.4K

**Richard Grenell** @RichardGrenell · 23h

**URL**

https://twitter.com/ChristinaPushaw/status/1555003744781230080?s=20&t=obr8HqKrqjAzd3aWng-W4A

**Timestamp**

Mon Aug 15 2022 13:37:10 GMT-0700 (Pacific Daylight Time)



**URL**
https://twitter.com/ChristinaPushaw/status/1555003744781230080?s=20&t=obr8HqKrqjAzd3aWng-W4A

**Timestamp**
Mon Aug 15 2022 13:37:10 GMT-0700 (Pacific Daylight Time)

JEX 57.004