10/27/22, 3:41 PM                    Andrew Warren on Twitter: "As I said before, I put my hand on the Bible and swore to defend the US &amp; Florida Constitutions…

    Search Twitter

# Explore

Settings

**Andrew Warren** @AndrewWarrenFL · Jun 30
The 15-week ban is unconstitutional on its face. Tallahassee knew it when it passed the bill hoping judges will ignore the privacy right in FL Constitution.
Beware of the hypocritical "textualist" who wants the law strictly limited to the words on the page only when convenient.

> **Florida Planned Parenthood Action** @FAPPA · Jun 30
> BREAKING: Leon County Judge Cooper just ruled that Florida's 15 week abortion ban, is unconstitutional & he will be issuing a temporary injunction.
>
> This is not the end — we likely have a long fight ahead of us. @FAPPA will continue to keep you updated on abortion access in FL.
>
> Show this thread

💬 108     🔁 27     ♥ 75     ⬆

**Andrew Warren** @AndrewWarrenFL · Jun 30
From the judge:

"Florida passed into its constitution an explicit right to privacy that is not contained in the US Constitution…Florida's privacy provision is clearly



← **Thread**

**Andrew Warren**
@AndrewWarrenFL

As I said before, I put my hand on the Bible and swore to defend the US & Florida Constitutions. Florida's Constitution has a privacy right that clearly covers abortion. While Tallahassee tries to circumvent the law, I will uphold the law and protect our freedom.

1:46 PM · Jun 30, 2022 · Twitter for iPhone

**17** Retweets   **3** Quote Tweets   **67** Likes

💬     🔁     ♥     ⬆

**retaj** @bene2325 · Jun 30
Replying to @AndrewWarrenFL

Witness Stephanie Ives & Lewis watched the Nissan pass first He kissed the Mustang before the accident as Ives said he was the most terrifying boy



**New to Twitter?**
Sign up now to get your own pers

G  Sign up with G

 Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie L

**Relevant people**

**Andrew Warren** ✓
@AndrewWarrenFL
State Attorney for H
County, FL (Tampa)
reformer, husband,
federal prosecutor.

Don't miss what's happening                                                                           Log in      S
People on Twitter are the first to know.

https://twitter.com/AndrewWarrenFL/status/1542565175613587462                          4:22-cv-302-RH-MAF  1/3
                                                                                        **JOINT EX**
                                                                                           **58**                    JEX 58.001

10/27/22, 3:41 PM     Andrew Warren on Twitter: "As I said before, I put my hand on the Bible and swore to defend the US &amp; Florida Constitutions...



# Explore

⚙ Settings



1:16  12.3K views

From **DaNI**

🔍 Search Twitter

Television · Last night
**Watch What Happens: Live on Bravo**

Reveal ✓ · 5 hours ago
**State Legislatures Are Dramatically Increasing Law Enforcement Involvement in Elections**

Deadline H... ✓ · October 2
**Jesse Williams to join Selena Gomez & Paul Rudd in Season of 'Only Murders in the Building**

Sports · Trending
**Andy Reid**
1,262 Tweets

**Lele Balducci** @BalducciLele · Jul 14
Replying to @AndrewWarrenFL
And that's perjury, another crime you don't prosecute in Hillsborough. So… we don't believe you.

♡ 3

**Nathan Bangs** @NathanBangs · Aug 4
Replying to @AndrewWarrenFL
#jobless

💬 1      ♡ 3

Show replies

Sports · Trending
**Andre the Giant**
A 3D rendering of the late pro and actor André the Giant, v published on the website Sk circulating online
19.5K Tweets

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

**D L** @DGbxgold · Aug 4
Replying to @AndrewWarrenFL
Kansas

♡ 1

**Chris** @Chris05670331 · Aug 4
Replying to @AndrewWarrenFL
You've got my support. Thank you for having the courage to do the right thing when stuck in a snake pit.

↻ 1    ♡ 1

**WoodenSoldier** @Jim06442518 · Aug 4
Replying to @AndrewWarrenFL
This tweet aged like milk.

♡ 3

**Cardkillah** @Cardkillah · Aug 5
Replying to @AndrewWarrenFL
Except for the 2A. We know.

♡ 1

**Mimi** @Mimi_LovingLife · Aug 5
Replying to @AndrewWarrenFL
It also clearly covers all crime.

♡ 1

**Big Booty Breakfast Taco** 🌮 @katbritton08 · Aug 7
Replying to @AndrewWarrenFL
As a Hillsborough resident, I support DeSantis' decision here. We've seen way too many Soros backed prosecutors pick and choose which laws they

Don't miss what's happening
People on Twitter are the first to know.

Log in    S

Case 4:22-cv-00302-RH-MAF   Document 136-18   Filed 11/29/22   Page 3 of 4

10/27/22, 3:41 PM                    Andrew Warren on Twitter: "As I said before, I put my hand on the Bible and swore to defend the US &amp; Florida Constitutions…

Show more replies                              Search Twitter

# Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in         S

JEX 58.004