IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

        Plaintiff,               Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in
his official capacity as Governor of the
State of Florida,

        Defendant.

_____

**NOTICE OF FILING DEFENDANT'S TRIAL EXHIBITS**

Defendant hereby files Defendant's remaining exhibits, which have been marked as Defendant's Exhibit numbers:[1] 1, 5, 7-9, 13, 17-18, 20-26, 30, 33-42, 49-60, 63-67, 70, and 73.

---

[1] Defendant's Exhibit number 26 is a video file. Because it cannot be filed through the Court's e-filing system, Defendant has instead filed a slip sheet for this exhibit. Defendant provided a flash drive to the Court containing the native video file for this exhibit.

Respectfully submitted this 1st day of December 2022.

/s/ Jeff Aaron
JEFF AARON (FBN 123473)
Email: jeff.aaron@gray-robinson.com
Secondary Email:
cindi.garner@gray-robinson.com
GEORGE T. LEVESQUE (FBN 555541)
Email: George.levesque@gray-robinson.com
Secondary Email:
maelene.tyson@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32302
Telephone: 850-577-9090
Facsimile: 850-577-3311


ASHLEY MOODY
  *Attorney General*

HENRY C. WHITAKER (FBN 1031175)
  *Solicitor General*
JEFFREY PAUL DESOUSA (FBN 110951)
  *Chief Deputy Solicitor General*
JAMES H. PERCIVAL (FBN 1016188)
  *Deputy Attorney General of Legal Policy*
NATALIE CHRISTMAS (FBN 1019180)
  *Assistant Attorney General of Legal Policy*
DAVID M. COSTELLO (FBN 1004952)
  *Deputy Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
henry.whitaker@myfloridalegal.com

*Counsel for Governor DeSantis*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via email, as follows:

Jean-Jacques Cabou*
Alexis E. Danneman*
Matthew R. Koerner*
Margo R. Casselman*
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
*Pro Hac Vice

**AND**

David B. Singer
Florida Bar No. 72823
Matthew T. Newton
Florida Bar No. 111679
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

**AND**

*David O'Neil**
*801 Pennsylvania Ave NW, Suite 500*
*Washington, D.C. 20004*
*(202) 383-8000*
*daoneil@debevoise.com*
*Alexandra P. Swain***
*650 California Street*
*San Francisco, CA 94108*
*apswain@debevoise.com*
*Samantha B. Singh (FBN 1036051)*
*919 Third Avenue*
*New York, NY 10022*
*sbsingh@debevoise.com*
*\* Pro Hac Vice*
*\*\* Pro Hac Vice pending*
*Attorneys for Plaintiff*

3

*/s/ Jeff Aaron*
Jeff Aaron (FBN 123473)
GRAYROBINSON, P.A.

4