| | |
|---|---|
| **From**: | Weisman, Gary S. [Weisman_G@SAO13th.com] |
| **Sent**: | 6/10/2022 12:08:18 PM |
| **To**: | SnowWaxler, Melanie [SnowWaxler_M@SAO13th.com] |
| **CC**: | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Subject**: | Re: Planned Parenthood v. Florida - draft stipulation re state attorney defendants |

Following up our conversation this lawsuit today...I also found this article from Santa Rosa County that will be worth following.  If the US Supreme Court makes this a local government issue, that may also have a role in the communications strategy you develop.  Hillsborough would likely take a different approach(though all of this may be decided at a statewide level eventually).

https://www.pnj.com/story/news/local/santa-rosa/2022/06/09/roe-v-wade-leak-prompts-push-ban-abortion-clinics-santa-rosa-county-florida/10002966002/

-----------------------------------------------------------------------------------------------------------------------
Gary S. Weisman
Chief of Staff
Office of the State Attorney
13th Judicial Circuit
(813) 274-1964(office)
(813) 557-3364 (cell)
Weisman_G@sao13th.com
www.sao13th.com

---

**From:** Weisman, Gary S. <Weisman_G@SAO13th.com>
**Sent:** Friday, June 10, 2022 10:27 AM
**To:** SnowWaxler, Melanie <SnowWaxler_M@SAO13th.com>
**Subject:** Fw: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

-----------------------------------------------------------------------------------------------------------------------
Gary S. Weisman
Chief of Staff
Office of the State Attorney
13th Judicial Circuit
(813) 274-1964(office)
(813) 557-3364 (cell)
Weisman_G@sao13th.com
www.sao13th.com

---

**From:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Sent:** Friday, June 10, 2022 10:16 AM
**To:** Weisman, Gary S. <Weisman_G@SAO13th.com>
**Subject:** Re: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Sounds good. I'm fine with signing on to the stip but want to have thought through our comms strategy on this if we go that route.

DEFENDANT EX
9
SAO13_0002446
DEX 9.001

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com


On Jun 10, 2022, at 8:26 AM, Weisman, Gary S. <Weisman_G@sao13th.com> wrote:

 FYI as to status.  The FPAA call yesterday went as they normally do though most expressed support for this approach.  Don Horn at the Miami SAO indicated Ms. Rundle agrees with this approach.

The document below represents a final draft.  Buddy has indicated he would circulate it to the group.

Gary S. Weisman
Chief of Staff
Office of the State Attorney, 13th circuit

Begin forwarded message:

**From:** "Otterberg, April A." <AOtterberg@jenner.com>
**Date:** June 10, 2022 at 8:20:08 AM EDT
**To:** James Percival <James.Percival@myfloridalegal.com>, aijacobs@comcast.net, "Weisman, Gary S." <Weisman_G@sao13th.com>
**Cc:** Whitney White <WWhite@aclu.org>, Benjamin Stevenson <bstevenson@aclufl.org>, Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject: RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants**


Good morning,

I'm not sure of the status of the discussions with the State Attorney group, but on the chance that we may be close to a resolution, we've taken the stipulation that I sent and that Jimmy approved yesterday, accepted the changes that had been tracked, deleted the draft header, and added signature blocks.  Please see the attached.

Regards,
April

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Thursday, June 9, 2022 2:57 PM
**To:** Otterberg, April A. <AOtterberg@jenner.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe
This version looks good to me.

SAO13_0002447
DEX 9.002

**From:** Otterberg, April A. <AOtterberg@jenner.com>
**Sent:** Thursday, June 9, 2022 3:45 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Jimmy,

Thanks for your comments on the draft. In the attached, we've accepted your changes from this morning except (a) we do not believe this language is necessary: "The State of Florida's agreement is contingent on every Defendant State Attorney agreeing to this stipulation and being dismissed from this case" and propose to delete it; (b) we made a small tweak to the paragraph on jurisdiction; and (c) we have edited your language in paragraph 2(b) to say that Plaintiffs will be bound against the state attorneys in the same way and to the same extent that Plaintiffs will be bound with respect to the State and the other defendants represented by the OAG. We think this accomplishes the degree of mutuality that you are looking for without going too far. If you believe this does not work, then let me know a good time to discuss to see if we can reach resolution.

I'll respond to your question regarding our fact witnesses on a separate email thread, as I'm not sure Buddy and Gary want or need to be involved in that discussion, and I'm still confirming one thing before I can respond.

Regards,
April

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Thursday, June 9, 2022 9:49 AM
**To:** Otterberg, April A. <AOtterberg@jenner.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>; Natalie Christmas <Natalie.Christmas@myfloridalegal.com>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

That sounds good.

I know we have a lot of other things to address, but one thing we are hoping to nail down ASAP is whether you plan to withdraw the two declarations other than Dr. Tien's for purposes of the temporary injunction hearing. Would you be able to let us know that this week?

**From:** Otterberg, April A. <AOtterberg@jenner.com>
**Sent:** Thursday, June 9, 2022 10:04 AM
**To:** James Percival <James.Percival@myfloridalegal.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Thanks, Jimmy. We are reviewing and will get back to you promptly. And I know Buddy and Gary are now on the state attorneys call this morning.

April

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Thursday, June 9, 2022 8:56 AM
**To:** Otterberg, April A. <AOtterberg@jenner.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

I accepted all and then added suggestions in track, each of which has an explanatory comment.

**From:** Otterberg, April A. <AOtterberg@jenner.com>
**Sent:** Thursday, June 9, 2022 12:07 AM
**To:** James Percival <James.Percival@myfloridalegal.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Thanks, Jimmy.  I hope we would be able to work through the paragraph 1 issues with some further discussion.  I will look forward to seeing what you want to propose, and then we can see where we are and hop on the phone to try to resolve any remaining issues.

April

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Wednesday, June 8, 2022 10:55 PM
**To:** Otterberg, April A. <AOtterberg@jenner.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** Re: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

I think we are close. I will send a few tweaks tomorrow. The one big issue I see on a first read is we need you to agree not only to not join them, but to not file a substantially similar separate suit against them. See paragraph 1 in my version. Otherwise this looks like a one-way ratchet for plaintiffs—essentially non-mutual collateral estoppel—where the state attorneys are bound if we lose but you can try again if we win. Maybe I am misunderstanding why we are disagreeing about that language and there is other language that addresses the problem. I'll propose something.

**From:** Otterberg, April A. <AOtterberg@jenner.com>
**Sent:** Wednesday, June 8, 2022 11:28:03 PM
**To:** James Percival <James.Percival@myfloridalegal.com>; aijacobs@comcast.net <aijacobs@comcast.net>; Weisman_G@SAO13th.com <Weisman_G@SAO13th.com>
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Jimmy, Buddy, and Gary,

Thank you again for being willing to discuss this potential stipulation with us.  We have taken Jimmy's comments on our draft, accepted the changes we could, and then proposed some additional changes to the wording.  (I did also delete the explanatory comments you had inserted, Jimmy.)  I don't think we are far apart in the language.

Jimmy, as you'll see from a comment we inserted in the document, it appears you are saying that the State will not agree to this stipulation unless all the State Attorneys agree to it and thus are dismissed. Yet there was also another comment that seemed to be providing for a situation where some but not all State Attorneys are dismissed. Our view is that this should be a stipulation among all State Attorneys, the State of Florida, and Plaintiffs, and if that is the case, the language you have inserted in paragraph 2(b)(iii) seems unnecessary to us, as no one would be signing the stipulation unless everyone has agreed. If we have misunderstood the State's position or you otherwise wish to discuss, please let me know.

Regards,
April

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Wednesday, June 8, 2022 1:04 PM
**To:** Otterberg, April A. <AOtterberg@jenner.com>; aijacobs@comcast.net; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** RE: Planned Parenthood v. Florida - draft stipulation re state attorney defendants

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Here are some thoughts from the State for discussion.

**From:** Otterberg, April A. <AOtterberg@jenner.com>
**Sent:** Wednesday, June 8, 2022 11:36 AM
**To:** aijacobs@comcast.net; James Percival <James.Percival@myfloridalegal.com>; Weisman_G@SAO13th.com
**Cc:** Whitney White <WWhite@aclu.org>; Benjamin Stevenson <bstevenson@aclufl.org>
**Subject:** Planned Parenthood v. Florida - draft stipulation re state attorney defendants

Buddy, Jimmy, and Gary:

Per our conversation yesterday, attached is a draft stipulation among Plaintiffs, the State of Florida, and the state attorney defendants, containing the language we believe we need to be able to agree to dismiss the state attorney defendants. We understand that Buddy is meeting with all the state attorneys tomorrow morning, so we hope to hear from you promptly after that meeting. Of course, if you would like to discuss before then, please feel free to give me a call.

Regards,
April

---

**April A. Otterberg**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL  60654-3456  |  jenner.com
+1 312 840 8646 | TEL
+1 312 597 1771 | MOBILE
+1 312 840 8746 | FAX
AOtterberg@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.