On 05 August, 2022, at approx. 1220 hrs., Inv. Holder met with Andrew Warren at his residence. Inv. Holder requested Mr. Warren's Office issued laptop computer. Mr. Warren replied that he was not ready to give that up yet. Inv. Holder stated, "Andrew, I don't need to remind you of the ramifications of that. That computer is State Property." Mr. Warren responded that he is still the State Attorney, even if he is suspended, and he is not going to give up the computer yet. Inv. Holder parted with words to the effect of, "If that is how you want to play this".

Approximately twenty minutes later, Mr. Warren phoned Inv. Holder. This call was not answered. Inv. Holder attempted to return the call and received a text message from Mr. Warren advising that he would call shortly. Mr. Warren called back and advised that he was not trying to be difficult, he was just trying to abide by the letter of the order. Mr. Warren stated that Inv. Holder could come back and pick up the computer or they could arrange to meet. Inv. Holder advised Mr. Warren that all this could have been avoided had he relinquished the computer when Inv. Holder was at his residence earlier.

Inv. Holder responded back to Mr. Warren's residence where Mr. Warren met Inv. Holder at the door with the computer. Mr. Warren stated that "All of this is out of my control". Inv. Holder advised Mr. Warren that the computer was in his control and that was the only thing that Inv. Holder had asked him for. Mr. Warren stated that he did not know if "we" were coming back to arrest him. Inv. Holder held up the computer and advised that he now had possession of the computer, which was going to be the end result no matter how it played out, so anything else would be speculation and Inv. Holder was not going to deal in speculation. Mr. Warren turned the discussion towards the office and was complaining of how the office was treating some of the loyal employees. Mr. Warren mentioned Renee Muratti and Kim Hindman being in fear for their jobs. Mr. Warren also stated that it was wrong the way Jordan Teuber was being treated, going on maternity leave and then getting fired. Mr. Warren asked why "they" couldn't just suspend him, put Gary Weisman or Kim Hindman as Acting State Attorney and leave everything the way it was. Mr. Warren advised that if he gets back into the office, "A lot of people are getting fired".

Inv. Holder ended by telling Mr. Warren that he "would say have a good weekend but that would be inappropriate". Mr. Warren responded that he doesn't even know if he is going to be arrested this weekend. As Inv. Holder was leaving, Mr. Warren called to him and stated, "I'm sorry". Inv. Holder accepted the apology.

**This summary was composed on 08/12/22 and all statements are to the best of the writer's recollection.

DEFENDANT EX
**13**
DEX 13.001

On 11 August, 2022, at approx. 1300 hrs., Inv. Holder met with Andrew Warren at his residence.  Inv. Holder requested Mr. Warren's Office issued cell phone.  Mr. Warren responded that he was not going to relinquish the cell phone until he was able to remove personal items from the phone, citing his home security system and text messages from his wife as an example.  Mr. Warren advised that he would relinquish the phone on the morning of 12 August, 2022.  Shortly thereafter, Mr. Warren phoned Inv. Holder and advised that he was unsure on how to go about removing his personal information without being accused of tampering with any office related information.  Mr. Warren advised Inv. Holder to get with whoever was requesting the phone from the office and to contact his attorney.  They could then work out a plan on how to remove the personal information so that the phone may be returned.



New iMessage                          Cancel

To: Andrew Warren

iMessage
Fri, Aug 26, 7:45 PM

Ready whenever. If tomorrow is still better for you, that's fine. Let me know.



I will hit you up tomorrow.

Sat, Aug 27, 10:39 AM

I'm also going to be downtown around 11 if that's more convenient for you.



DEX 13.003



4:36

**New iMessage**                    Cancel

To: Andrew Warren

> I won't be in town until about 1:30.

Ok.

Sat, Aug 27, 1:42 PM

What's your schedule? Just want to make sure I'm around when you're coming. Sorry you're having to do this on a Saturday.

> I am probably 15 minutes out if you are at the house

iMessage

DEX 13.004



**New iMessage**                    Cancel

To: Andrew Warren

Sat, Aug 27, 1:42 PM

What's your schedule? Just want to make sure I'm around when you're coming. Sorry you're having to do this on a Saturday.

I am probably 15 minutes out if you are at the house

I am. That works.

Copy that

Delivered



DEX 13.005

DEX 13.006