Explore

Settings

Search Twitter

**Andrew Warren** @AndrewWarrenFL · Jun 30

The 15-week ban is unconstitutional on its face. Tallahassee knew it when it passed the bill hoping judges will ignore the privacy right in FL Constitution.
Beware of the hypocritical "textualist"who wants the law strictly limited to the words on the page only when convenient.

> **Florida Planned Parenthood Action** @FAPPA · Jun 30
> BREAKING: Leon County Judge Cooper just ruled that Florida's 15 week abortion ban, is unconstitutional & he will be issuing a temporary injunction.
>
> This is not the end — we likely have a long fight ahead of us. @FAPPA will continue to keep you updated on abortion access in FL.
> Show this thread

108 27 75

**Andrew Warren** @AndrewWarrenFL · Jun 30

From the judge:

"Florida passed into its constitution an explicit right to privacy that is not contained in the US Constitution…Florida's privacy provision is clearly implicated in a woman's decision whether or not to continue pregnancy."

## Thread

**Andrew Warren**
@AndrewWarrenFL

As I said before, I put my hand on the Bible and swore to defend the US & Florida Constitutions. Florida's Constitution has a privacy right that clearly covers abortion. While Tallahassee tries to circumvent the law, I will uphold the law and protect our freedom.

1:46 PM · Jun 30, 2022 · Twitter for iPhone

**17** Retweets **3** Quote Tweets **67** Likes

**retaj** @bene2325 · Jun 30
Replying to @AndrewWarrenFL

Witness Stephanie Ives & Lewis watched the Nissan pass first He kissed the Mustang before the accident as Ives said he was the most terrifying boy to hit the victims & John was terrified and scared and cried so hard b/c and

**New to Twitter?**
Sign up now to get your own pers
Sign up with G
Sign up with A
Sign up with phone
By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

**Andrew Warren** @AndrewWarrenFL
State Attorney for H County, FL (Tampa) reformer, husband, federal prosecutor.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

DEFENDANT EX 18

Explore

Settings

From **DaNI**

**Lele Balducci** @BalducciLele · Jul 14
Replying to @AndrewWarrenFL
And that's perjury, another crime you don't prosecute in Hillsborough. So… we don't believe you.
3

**Nathan Bangs** @NathanBangs · Aug 4
Replying to @AndrewWarrenFL
#jobless
1 3

Show replies

**D L** @DGbxgold · Aug 4
Replying to @AndrewWarrenFL
Kansas
1

**Chris** @Chris05670331 · Aug 4
Replying to @AndrewWarrenFL
You've got my support. Thank you for having the courage to do the right thing when stuck in a snake pit.
1 1

**WoodenSoldier** @Jim06442518 · Aug 4
Replying to @AndrewWarrenFL
This tweet aged like milk.
3

**Cardkillah** @Cardkillah · Aug 5
Replying to @AndrewWarrenFL
Except for the 2A. We know.
1

**Mimi** @Mimi_LovingLife · Aug 5
Replying to @AndrewWarrenFL
It also clearly covers all crime.
1

**Big Booty Breakfast Taco** 🐊 @katbritton08 · Aug 7
Replying to @AndrewWarrenFL
As a Hillsborough resident, I support DeSantis' decision here. We've seen way too many Soros backed prosecutors pick and choose which laws they

Search Twitter

Television · Last night
**Watch What Happens: Live on Bravo**

**Reveal** · 5 hours ago
**State Legislatures Are Dramatically Increasing La Enforcement Involvement i Elections**

**Deadline H…** · October 2
**Jesse Williams to join Seler Gomez & Paul Rudd in Seas of 'Only Murders in the Bui**

Sports · Trending
**Andy Reid**
1,262 Tweets

Sports · Trending
**Andre the Giant**
A 3D rendering of the late pr and actor André the Giant, w published on the website Sk circulating online
19.5K Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S



10/27/22, 3:41 PM                    Andrew Warren on Twitter: "As I said before, I put my hand on the Bible and swore to defend the US &amp; Florida Constitutions...

Explore

Settings

Show more replies

Search Twitter

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S