

DEX 20.001

Case 4:22-cv-00302-RH-MAF   Document 142-9   Filed 12/01/22   Page 2 of 2

10/27/22, 3:42 PM          Andrew Warren on Twitter: "The draft opinion overturns #RoevWade b/c there's no express privacy right in the US Constitution. …

Explore

Search Twitter

Settings

Don't miss what's happening

People on Twitter are the first to know.

Log in       S

DEX 20.002