

10/31/22, 11:39 AM   Andrew Warren on Twitter: "#DontSayGay https://t.co/0Wv5D9Dzcg" / Twitter



Explore

Settings

Search Twitter

Accessibility   Ads info   More
© 2022 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in

https://twitter.com/AndrewWarrenFL/status/1501316101011120128?ref_src=twsrc%5Etfw                    2/2

DEX 21.002