Explore

Settings

## Tweet

**Andrew Warren** @AndrewWarrenFL

With my hand on the Bible I swore to defend the US & FL Constitutions. Florida has a privacy right protecting abortion. Reversing #Roe doesn't change that. While Tallahassee passed an unconstitutional bill & hopes judges condone it, I'm upholding the law.

fox13news.com
Hillsborough State Attorney pledges not to press charges against abortion pati…
The State Attorney in Hillsborough County, Andrew Warren, has pledged not to press charges against those receiving an abortion or their doctors. This comes i…

8:21 PM · Jun 28, 2022 · Twitter for iPhone

**25** Retweets **9** Quote Tweets **113** Likes

**Chidi Ahanotu** @ChidiAhanotu · Jun 28
Replying to @AndrewWarrenFL
the law is so subjective…..left to interpretation
1

**Peter Piazza** @PeterPiazza12 · Jun 29
Replying to @AndrewWarrenFL
ABORTION IS NOT A CONSTITIONAL RIGHT
4 1

**Florida Wawa Pumpkin** @FlyersFanFLA · Jul 1
Replying to @PeterPiazza12 and @AndrewWarrenFL
By that measure, neither is voting
5

**let's get doxxed** @tommyT10000 · Jun 30
Replying to @AndrewWarrenFL
you just don't get it.
1

**TPS** @Facepolitician · Aug 4
Replying to @AndrewWarrenFL
(Dobbs) Every woman in my life (R, D, I) is angered to the point that they are

Search Twitter

**New to Twitter?**
Sign up now to get your own pers
Sign up with G
Sign up with A
Sign up with phone
By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**
**Andrew Warren** @AndrewWarrenFL
State Attorney for H County, FL (Tampa) reformer, husband, federal prosecutor, proud American.

**What's happening**
NFL · Yesterday
**Dolphins at Lions**

Daily Mail Online · This m
**Kim Kardashian discovers Halloween weekend bash is costume party after turnin as Mystique** 😬

The Philadelphia ... · 2 h
**World Series Game 3: The Phillies will need their big b show up to steal momentu back from the Astros**

Trending in United States
**Nibel**
13.1K Tweets

Technology · Trending
**#instagramdown**
Some users are reporting ou
Trending with My Instagram, My

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

DEFENDANT EX
22



Explore

Settings

Search Twitter

1 1

**Recite Social** @ReciteSocial · Aug 5

Replying to @AndrewWarrenFL

Your tweet was quoted in an article by Leadership

forbes.com

DeSantis Wages War Of Words To Oppose Abortion And Transgender ...

Gov. Ron DeSantis and his aides have focused their media platforms this week on reframing public perception of abortion rights and gender...

Show more replies

**Don't miss what's happening**

People on Twitter are the first to know.

Log in

DEX 22.002

