





Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

georgelevesque
@georgelevesque

# Tweet

**Andrew Warren** @AndrewWarrenFL

"The governor's trying to overthrow the results of a fair and free election… I'm the twice duly-elected State Attorney for Hillsborough County, and the governor signing something with a pen or a crayon doesn't change that."

4:45 PM · Aug 5, 2022 · Twitter Web App

**3,795** Retweets **253** Quote Tweets **12.8K** Likes

Tweet your reply
Reply

**King Sniffa** @FreelanceSniffa · Aug 5
Replying to @AndrewWarrenFL
L <— My gift to you, don't worry you can keep it
17

Followed by some Tweeters you follow
**Tamara Lush is on Hiatus** @TamaraLush · Aug 5
Replying to @AndrewWarrenFL
Honestly my only wish is that you were running for governor.
9 1 75

**Florida** @FloridaTampa99 · Aug 7
Replying to @TamaraLush and @AndrewWarrenFL
Keep dreaming … it will never happen ! 😁😂

**Empathy** @RaymundoMonto18 · Aug 5
Replying to @AndrewWarrenFL
DeSantis needs to be voted out of office!
19 3 98

**Scott Aaron** @ScottAaron2 · Aug 5
Replying to @RaymundoMonto18 and @AndrewWarrenFL
You don't live here, we don't care what you think.
14 85

Search Twitter

## Relevant people

**Andrew Warren** @AndrewWarrenFL
State Attorney for H County, FL (Tampa) reformer, husband, federal prosecutor, proud American.

## What's happening

Holidays · LIVE
**Happy Halloween!** 🎃
Trending with Halloween, Trick c

Entertainment · Trending
**Tea Leoni**
2,037 Tweets

Food · Trending
**Skittles**
6,548 Tweets

Etalk · Earlier today
**Billie Eilish and BF Jesse Rutherford dressed up as a and an old man for Hallowe**

BuzzFeed · Yesterday
**Kylie Jenner As The Bride C Frankenstein, JoJo Siwa As Malfoy, And Other Celebrit Costumes Of 2022**

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

Mes

DEFENDANT EX
23

DEX 23.001



Show replies

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Southeast** ✍ @Brennan55 · Aug 5
Replying to @AndrewWarrenFL
How can you be suspended for something that hasn't happened? Might not ever happen.
4 45

**Brunt, Slug-O-Cola: ROEverturned Raspberry ...** @heroic... · Aug 5
Replying to @Brennan55 and @AndrewWarrenFL
Because he's pledged to not do his job.

Crimes of inaction are rare, but not unheard of.
2 1 5

Show replies

**Matt Jesuele** @mvjfyi · Aug 5
Replying to @AndrewWarrenFL
Time to find a new job, Andrew!
11 3 104

**Dooly** 🌸 @Amola79429419 · Aug 5
Replying to @mvjfyi and @AndrewWarrenFL
😹
1

**nour** @CC99WX · Aug 5
Replying to @AndrewWarrenFL
Overthrow for many reasons, the most important of which is your neglect to perform your duty. In fact you choose laws according to your mood , not stipulated laws
1 1 13

**I am Mimi** @BackwardsNever · Aug 5
Replying to @CC99WX and @AndrewWarrenFL
Which law? No law has been passed in Florida banning abortion. So saying he “would” not enforce a law that does not yet exist is not insubordination, misfeasance or anything else that can be used to fire him.
4 1 22

Show replies

**georgelevesque**
@georgelevesque

Messages

