In Re: State Attorney Andrew Warren Suspension

Governor Desantis Press Conference

September 30, 2022

# PHIPPS REPORTING

*Raising the Bar!*

DEFENDANT EX
**24**

DEF 003747
DEX 24.001




**www.phippsreporting.com**
**(888) 811-3408**

GOVERNOR DESANTIS PRESS CONFERENCE

IN RE: STATE ATTORNEY ANDREW WARREN SUSPENSION

Stenographically Transcribed Video Recording By:
Shelby Rosenberg, Florida Professional Reporter

Job No.: 276038

**DEF 003748**
DEX 24.002

1    Thereupon,

2    the following proceedings were transcribed from a video

3    recording:

4         GOVERNOR DESANTIS:  Good morning, thank you.

5    Thank you so much.  Thank you.  Thanks to Sheriff

6    Cronister for having us here for today's

7    announcement, and we're glad that we're back in

8    Hillsborough County.

9         Our government is a government of laws, not a

10   government of men.  What that means is that we govern

11   ourselves based on a constitutional system and based

12   on the rule of law.  But yet we've seen across the

13   country over the last few years individual

14   prosecutors take it upon themselves to determine

15   which laws they like and will enforce and which laws

16   they don't like and then don't enforce.  And the

17   results of this in cities like Los Angeles and San

18   Francisco have been catastrophic.  You could go in in

19   San Francisco and steal a certain amount of

20   merchandise and you just would by definition not have

21   been prosecuted.  That has undermined public safety,

22   that has really hurt these communities, and has been

23   devastating to the rule of law.

24        So as I saw that happening across the country

25   earlier this year, I asked my staff and my office to

DEF 003749
DEX 24.003

www.phippsreporting.com
(888) 811-3408

```
 1   look around the state of Florida and to make sure
 2   that that was not going on out there where you
 3   would have individual prosecutors nullify laws that
 4   were enacted by the people's representatives.  They
 5   spoke with law enforcement throughout the state, they
 6   spoke with line prosecutors throughout the state, and
 7   it all came back to this area here in the 13th
 8   Judicial Circuit here in Hillsborough County.  The
 9   response that we got was a lot of frustration on the
10   part of law enforcement for criminals being let go
11   and crimes not being prosecuted.  And so we looked
12   into it and we compiled a lot of the record.  And I
13   can tell you it's been a very, very troubling record.
14        So the prosecutor, state attorney for this
15   judicial circuit, Andrew Warren, has put himself
16   publicly above the law.  In June of 2021, he signed a
17   letter saying that he would not enforce any
18   prohibitions on sex change operations for minors, and
19   that's a debate that we're having mostly
20   administratively and through medical licensing in
21   Florida, but other states have enacted penalties on
22   the people that would perform those, which are really
23   disfiguring these young kids.  And he said it doesn't
24   matter what the legislature does in the state of
25   Florida, he's going to exercise a veto over that.
```

He's also instituted policies of "presumptive nonenforcement," and this involves an array of different things. And you'll probably hear Sheriff Cronister and some of the other law enforcement officers talk about it, but that is not consistent with the role of a prosecutor. Yes, you can exercise discretion in individual cases, but that discretion has to be individualized and case specific. You can't just say you're not going to do certain offenses.

And then most recently after the Dobbs decision was rendered by the U.S. Supreme Court, he signed a letter saying he would not enforce any laws relating to protecting the right to life in the state of Florida. Mind you, we have had prohibition on third trimester abortions for a long time, we've had prohibitions on partial birth abortions for a long time, and then most recently the legislature enacted and I signed protections for unborn babies at three and half months. When they are aborted, it's typically done through a dismemberment procedure, which is really inhumane. Nevertheless, that is what the legislature has enacted, it's not for him to put himself above that and say that he's not going to enforce the laws. We don't elect people in one part

www.phippsreporting.com
(888) 811-3408

www.phippsreporting.com
(888) 811-3408

1  of the state to have veto power over what the entire

2  state decides over these prosecution issues.

3      The constitution of Florida has vested the veto

4  power in the governor, not in individual state

5  attorneys.  So when you flagrantly violate your oath

6  of office, when you make yourself above the law, you

7  have violated your duty, you have neglected your

8  duty, and you are displaying a lack of competence to

9  be able to perform those duties.

10     So today, we are suspending State Attorney

11  Andrew Warren effective immediately.  We are not

12  going to allow this pathogen that's been around the

13  country ignoring the law, we're not going to let that

14  get a foothold here in the state of Florida.  We're

15  going to make sure that our laws are enforced and

16  that no individual prosecutor puts himself above the

17  law.  And I can tell you the states and the

18  localities that have allowed this to happen, they are

19  ruing the day.  You want to know why some people are

20  moving to Florida?  Because their communities are no

21  longer safe thanks to prosecutors that think they

22  know better than the peoples' representatives and

23  they get to pick and choose which laws they're

24  enforcing.

25     So this was something that had a lot of input

DEF 003752
DEX 24.006

1   around the state.  This is something that I think is

2   a very, very important issue across our country that

www.phippsreporting.com
(888) 811-3408

3   this improvement would be allowed to take hold where

4   you basically elevate your own conception of "social

5   justice" over what the law requires of you.  And I

6   would note, those who say this represents social

7   justice, look at San Francisco.  They had to recall

8   this prosecutor who was put in, funded by people like

9   George Soros, saying he was not going to prosecute.

10  They did the recall election, he was recalled even in

11  a very liberal jurisdiction, but the places that

12  voted to keep him were the affluent communities who

13  are not bearing the brunt of the policies.  The

14  places that voted to recall him were the working

15  class communities because they bear the burden of

16  ignorance and refusal to enforce the law.

17       So what this is all about is really when you

18  uphold the rule of law, you're protecting the most

19  vulnerable in our society.  That's why we have a rule

20  of law.  So I think today's action is obviously

21  warranted.  I know there will potentially be some --

22  Florida Senate can potentially see this depending on

23  how things are going out, but I just think that to

24  take a position that you have veto power over the

25  laws of this state is untenable, and I think it

DEF 003753
DEX 24.007

1   warrants the suspension and eventual removal of

2   office.          **www.phippsreporting.com**
                        **(888) 811-3408**

3        So we're happy to be here with a number of

4   people in law enforcement.  So I want to thank my

5   friend and the sheriff here, Chad Cronister, in

6   Hillsborough County, and I'm going to have him come

7   up and say a few things.

8        SHERIFF CRONISTER:  Thank you, Governor.  We're

9   extremely grateful the state of Florida and all of

10  law enforcement have you.

11       Each day I wake up, I leave my family and I go

12  to work with purpose and pride to uphold my oath of

13  office and keep everyone in Hillsborough County safe.

14  The nearly 4,000 employees here at the Hillsborough

15  County Sheriff's Office share these same values.  We

16  put our lives on the line for complete strangers.  We

17  are resolved to apprehend the criminals who prey on

18  law-abiding citizens in our community.  It's our duty

19  and we trust that our criminal justice system, state

20  attorney, public defender and courts will fairly

21  adjudicate the circumstances and hold those who are

22  guilty accountable.  Like law enforcement throughout

23  the county, our criminal justice partners also take

24  an oath to uphold the constitution, the dual enacted

25  laws of this state, and to be the voice for victims

1    and the protectors of public interest.

2        The government is operating of State Attorney

www.phippsreporting.com
(888) 811-3408

3    Warren is not political to me.  It's about law and

4    order.  It's about ensuring our loved ones are safe.

5    It's about the victims and their voices.  There

6    aren't Republican and Democratic victims, just

7    victims.  They matter and they should be heard.  Over

8    the last several years, State Attorney Warren has

9    acted as an adjudicator of all as if some type of

10   supreme authority by reducing charges, dropping

11   cases, and single-handedly determining what crimes

12   will be legal or illegal in our county.  Ask

13   yourself:  Aren't these the decisions for the Courts

14   or a jury of our peers?

15        One of the more egregious examples occurred in

16   September and involved a suspect who after shooting

17   someone, and then opened fire on a residence where

18   that victim sought refuge and protection.  Inside of

19   that house was the victim, his mother, other

20   children, extended family members who were forced to

21   take cover and hide.  To make things even worse,

22   nearby was another mother and her twin infant

23   children in a vehicle.  One of the shooters, our

24   suspect, was identified and arrested just a short few

25   days later.  After being released from jail, he was

DEF 003755
DEX 24.009

1    caught and arrested for committing another burglary.

2    And while in _____ the State Attorney's Office

3    no-files charges on the shooting and the separate

4    burglary charge.  Earlier this year, this very same

5    suspect was again arrested for carrying a concealed

6    firearm.  My point is, like too many cases, why was

7    this not -- why was this violent offender not held

8    responsible for the original shooting?  The State

9    Attorney's Office's explanation to our detective was,

10   "The depositions would have been too lengthy and

11   complicated."

12        To add a little more context, for the suspect

13   to face no accountability for the shooting we believe

14   has gang affiliation and involvement in an unsolved

15   homicide.  One of the victims in this case, the

16   mother, is extremely angry and frustrated with State

17   Attorney Warren feeling as though her status as a

18   victim doesn't matter and the state attorney simply

19   does not care.  The victim wanted to be here today to

20   tell her story herself but has to work in order to

21   provide for her family.  The victim has lived in a

22   motel since this shooting because she's too

23   frightened to return to that home.

24        Even in the face of this adversity, law

25   enforcement continues to report for duty and uphold

DEF 003756
DEX 24.010

www.phippsreporting.com
(888) 811-3408

```
 1    their obligation.  As your sheriff, I continue to
 2    work with my law enforcement counterparts who
 3    privately are frustrated with the state attorney, who
 4    seems intently focused on empathy for criminals and
 5    less interested in pursuing justice for crime
 6    victims.
 7         As most everyone knows, I'm a tremendous
 8    proponent of reducing recidivism.  I've created
 9    several diversion programs and continue to provide
10    resources, education, and training opportunities for
11    individuals to rehabilitate and improve themselves
12    while still holding offenders responsible for their
13    actions.  These efforts do not involve a blatant
14    refusal to uphold the laws of our state.  As the
15    governor just outlined and as Tampa law enforcement
16    has seen over the years, empowering criminals through
17    a lack of prosecution jeopardizes the safety of our
18    Tampa Bay community and makes them even more brazen
19    to commit additional crimes and continue to victimize
20    the innocent.
21         As the Sheriff of Hillsborough County, I'm
22    committed to law and order, and I hold myself
23    accountable to the people and would expect other
24    elected members of our community to uphold these same
25    values.  Today, Governor DeSantis is holding State
```

1  Attorney Warren accountable.

2       GOVERNOR DESANTIS: Another one of our

www.phippsreporting.com
(888) 811-3408

3  great sheriffs that many of you know, Polk County

4  Sheriff Grady Judd.

5       SHERIFF JUDD:  Thank you very much, Governor.

6  It's truly my honor to be a Florida sheriff.  And I

7  can tell you, I've done this job my entire adult

8  life.  I remember, Governor, when the felons owned

9  Florida.  It was in the '70s and '80s.  I remember

10 that well.  I was one of the cops on the street when

11 we couldn't keep the felons locked up, we couldn't

12 keep the criminals locked up and they preyed on the

13 community.  And Governor, they didn't prey on the

14 ones behind the gated communities in the million and

15 half million dollar homes.  They preyed on what I

16 call the real working people.  And then a magic thing

17 happened.  We changed the laws, we decided to hold

18 them accountable.  And Governor, it was a Democratic

19 governor that signed the legislation that started us

20 down the path originally to make a positive

21 difference.

22       Now I look around the country today, I've seen

23 a few things.  I was recently the president of the

24 Major County Sheriffs of America.  I talked to and

25 counseled with the sheriffs from the largest

DEF 003758
DEX 24.012

```
 1   jurisdictions in the entire nation to include the Los

 2   Angeles Sheriff's Office -- in fact, the sheriff

 3   there was my vice president of the association at one

 4   time -- and you know what they tell me?  They tell me

 5   we've got a dumpster fire going on in this nation.

 6   And you know who's getting burned by this dumpster

 7   fire?  The working people.  It's not safe for people

 8   to walk the streets.  The homeless aren't being

 9   looked out for, the mentally ill aren't being looked

10   out for, and it's by the major people.

11        Now, Governor, I know you'd be disappointed if

12   you didn't see some cards.  So let me give you a

13   snapshot of the people who joined Prosecutor Warren

14   in not enforcing the law.  We just want to enforce

15   the law.  It's the prosecutor in New Orleans.  Per

16   capita, it's the highest murder rate in the United

17   States.  You're going to see a common theme here in a

18   minute.  San Francisco, where businesses are closing,

19   where they threw the prosecutor out because they

20   weren't holding criminals accountable.  Chicago, I

21   think that speaks for itself.  Los Angeles, where the

22   sheriff told me, "I've got 60,000 homeless, we have

23   criminals running wild, we have innocent people being

24   victimized."  And who's responsible there?  The

25   prosecutor, the chief prosecutor who's allowing it to
```

DEF 003759
DEX 24.013

1    occur.  He has the law, he has the tools.  Baltimore,

2    Maryland.  But when you look through them there's one of

www.phippsreporting.com
(888) 811-3408

3    our favorite places, Portland, Oregon.  You can set

4    up a chop zone there and just not let the cops come

5    in.  You know how long there'd be a chop zone in Polk

6    County?  As long as it takes me to drive back there

7    from here.  New York, where they're not holding

8    people accountable.  Seattle, Washington, and

9    Washington D.C.

10        So what's the commonality here?  Just go look

11   for yourself.  Look at the data.  The murders are up,

12   innocent people are being murdered where prosecutors

13   don't do their job.  My friend, Chad Cronister, just

14   gave you an example.  We don't have time to stand

15   here all day, but listen, Prosecutor Warren, like the

16   rest of us who ran for public office, we asked for

17   your precious vote in order to enforce the law and do

18   what was right, then we took an oath to tell the

19   truth to uphold the constitution and to support the

20   laws and the government, and we do that.  And we're

21   led by the greatest governor in the United States of

22   America.  But there are some, and it's the elected

23   prosecutors that sign the papers that said they

24   wouldn't prosecute.  Not, "We'll evaluate it case by

25   case," "We won't prosecute."

DEF 003760
DEX 24.014

1        You know, they're not God.  They're not the

2   legislature.  So, at the end of the day, ladies and

3   gentlemen, this is about protecting the community we

4   serve.  This is about keeping people safe.  And when

5   you look at the highest murder rates, when you look

6   where the quality of life is lowest, you look at the

7   prosecutor who does not support law enforcement, who

8   does not do what's right, our governor does what's

9   right.  And Governor, I appreciate from the bottom of

10  my heart you setting the example and doing the right

11  thing and keeping the people safe.  And the exciting

12  thing is you not only protect the people behind the

13  gated communities, you protect the people who clean

14  the gates on those communities.  Thank you.  God

15  bless you.

16       GOVERNOR DESANTIS:  And now with the unenviable

17  task of following Grady is Chris Nocco from Pasco

18  County.

19       SHERIFF NOCCO:  Thank you.  I've learned one

20  thing, when I follow my friend Grady Judd, be brief

21  and be on point, because nobody will hear anything

22  else.

23       I will say I'm very proud to stand here with

24  our governor, the Attorney General, and with Sheriff

25  Cronister.  They know firsthand, you'll hear from

Page 15

```
 1   Chief Dugan firsthand what happens here in
 2   Hillsborough County.  What I can tell you is that
 3   it's very difficult for them when they go out, the
 4   men and women of agencies, to protect our community
 5   and then to turn around and find out that those cases
 6   got no-filed.  To find out that they have to go back
 7   to a victim and say, "Sorry, this won't be
 8   prosecuted," those are very difficult days for those
 9   individuals.  It's very difficult for the men and
10   women in uniform.  And I can tell you -- let me go
11   back to that point.
12        The men and women in uniform, we're family
13   people.  We're people in our community.  We take
14   these uniforms off every day and we spend time with
15   our family.  But this is our community.  This is
16   where we live.  And so for those that live in
17   Hillsborough County, to see incidents where they were
18   at a crime scene but nothing was done to the criminal
19   and the victim was left alone and the victim was
20   ignored, that's horrible.
21        And I can tell you I'm blessed to live in a
22   circuit where we have a state attorney and that state
23   attorney works with us.  And we uphold the U.S.
24   Constitution, we uphold the Florida Constitution, and
25   we uphold the statutes in the state of Florida.  We
```

DEF 003762
DEX 24.016

```
 1    treat everybody with respect, we treat everybody

 2    equally.  We ensure everyone's voices are heard.

 3        At the same time, if the criminals commit a

 4    crime, there will be consequences for their actions.

 5    There's a simple process.  And as the sheriff said,

 6    we are voted and we're elected to uphold the

 7    constitution in the state of Florida.  We don't have

 8    a choice to say -- we're not policymakers, we're not

 9    in Tallahassee creating the laws, we're enforcing the

10    laws.  That's our role and our responsibility to the

11    citizens that we serve.

12        I'll tell you, Mr. Governor, I'll echo those

13    words, we live in a state with probably the greatest

14    governor that is the greatest governor in our

15    country.  And I say that because I'm not a native

16    Floridian, I moved down myself, but I have buddies

17    that I went to high school with that are in law

18    enforcement up in other states and they tell me how

19    difficult it is for them.  They will tell me what

20    they go through and they say, "I'm just trying to get

21    to my pension."  That means they're just trying to

22    get to retirement so they can move.

23        We live in a state where we have a governor

24    that will defend us.  He will make decisive

25    decisions.  It's not just about today, but when
```

DEF 003763
DEX 24.017

1    schools needed to be opened, he kept the schools

2    open, when we were keeping Florida moving,

www.phippsreporting.com
(888) 811-3408

3    businesses growing, businesses were growing.  That is

4    a direct impact into public safety, because when

5    people have opportunities to grow and jobs are

6    created, that means people want to move to Florida,

7    and that is the best statistic we can say about our

8    state.

9        People are moving here every day, and they are

10   moving here because it is of the decisions our

11   governor is making.  Governor DeSantis is leading our

12   status.  He's making those decisions that are tough,

13   but they're decisive, and they're making Florida

14   better every day.  Thank you, Governor, for doing

15   that.

16       GOVERNOR DESANTIS:  All right.  Well, we're

17   rolling with Tampa Bay Law Enforcement Hall of Fame

18   with now our Attorney General from here in

19   Hillsborough County, Ashley Moody.

20       ATTORNEY GENERAL MOODY:  You know, I know the

21   governor appreciates everyone being here today, and I

22   know the folks behind me that wake up every day and

23   put on a gun and a badge and a bullet proof vest

24   appreciate this strong leadership.

25       Where you are seeing an eradication of

DEF 003764
DEX 24.018

1  stability and safety around our nation starting with

2  our borders, www.phippsreporting.com into our states,
                    (888) 811-3408

3  it's because an executive who has been trusted to

4  enforce and execute laws has abandoned that

5  responsibility.  When you see record overdose, record

6  crime, it is because an executive does not care

7  enough to stand strong and do his or her job.

8       In our state, our top executive is Governor Ron

9  DeSantis, and our constitution requires that he

10  ensure it is his duty, he cannot ignore when our laws

11  are not faithfully executed.  So the fact that we

12  have an executive that's willing to dig in and talk

13  to the line officers and understand where executives,

14  prosecutors aren't meeting the expectations and

15  demands and responsibilities of their role, he has no

16  other choice to step in and ensure the safety of this

17  state and these communities.

18       When Andrew Warren first took office, he

19  proudly joined with prosecutors from New York,

20  Washington, LA, and said, "I will not enforce and be

21  tough on crime," proudly, "I will not be tough on

22  crime."  And thereafter we saw repeatedly his

23  refusal, his outright statements, "I will not enforce

24  this law, I will not enforce that law, I will not do

25  this."

DEF 003765
DEX 24.019

www.phippsreporting.com
(888) 811-3408

1        Let me tell you who makes the laws and decides

2   what's criminal.  It's the people of this

3   state through their elected representatives.  They

4   decide what the law should be for the protection of

5   their communities and their families.  An executive

6   cannot come in and eradicate that, do away with that,

7   ignore that, because that's what creates instability,

8   that's what creates crime across this nation and

9   within Florida.

10       And when you see prosecutors out there that

11  blame the victims or blame businesses for not having

12  better security and not themselves for not putting

13  criminals behind bars, when a prosecutor puts crime

14  above law and order, you're going to have a problem.

15  Law enforcement knows that, they deal with it every

16  day.  And that is why when folks around this nation

17  started talking about reducing police forces,

18  de-funding police, our governor stood up and said,

19  "Oh, no.  How do we increase funding?  How do we give

20  our police raises?  How do we recruit more to the

21  state of Florida?"  And under his leadership, we

22  launched the Be a Florida Hero program.

23       I'm proud to tell you we have a record number

24  of officers moving to Florida from other states

25  because their governors don't uphold the law and

DEF 003766
DEX 24.020

```
 1   don't back the blue.  We're going to see a lot more
 2   Florida heroes in the future come.  And we're
 3   very, very grateful for the strong, attentive, detail
 4   oriented leadership of this governor and the fact
 5   that he takes seriously his responsibility to
 6   faithfully ensure that our laws are executed and our
 7   people are safe.  Thanks, guys.
 8        GOVERNOR DESANTIS:  Okay.  Former Chief of
 9   Police here in Tampa, Brian Dugan.
10        CHIEF DUGAN:  Thank you.  When it comes to
11   Sheriff Cronister, Sheriff Judd Nocco, and our good
12   governor, clearly I drew the short straw when it came
13   to good looks and hair.  But thank you for having me
14   here.
15        Governor, it's a bittersweet day, quite
16   frankly.  We should not be here.  We should have had
17   someone who did their job.  The governor should not
18   have had to come to Hillsborough County and clean up
19   our mess, and that's really what it comes done to.
20   And I appreciate the facts and admire the fact that
21   you have the intestinal fortitude to stand here and
22   do this.  And this is a governor who's not afraid to
23   stand alone in the storm, and I will always stand by
24   you.  So there's probably no one more in the room
25   that's more frustrated with Andrew Warren than me and
```

DEF 003767
DEX 24.021

Page 21

1   Sheriff Cronister.  And he spoke.

2       I will try to make everything — but let me tell
        www.phippsreporting.com
        (888) 811-3408

3   you something, Andrew Warren is a fraud.  Did you get

4   that?  Look, I've never been good at sugarcoating

5   anything .  That's probably why it took me 28 years to

6   become chief of police.  He's a fraud.  He's misled

7   the people of Hillsborough County.  You remember back

8   during the riots when he arrested 67 people one night

9   and then a few weeks later he has a press conference,

10  and what does he say in his press conference?  He

11  says that there were no acts of violence, no property

12  damage.  He must not have read the police report.

13  There were pictures of a police car with broken

14  windshields.  As the cops tried to get out of the

15  cars, protesters pushed their doors shut on them and

16  wouldn't allow them out of the cars.  So when you say

17  there's no acts of violence, when you say there's no

18  damage in a press conference, where I come from,

19  you're lying.  Okay?

20      I'm not elected, I was appointed.  I'm not

21  running for office right now.  I'm here because I

22  believe in keeping this community safe.  I have two

23  children and a wife that are residents in

24  Hillsborough County in the City of Tampa.  And it's

25  about accountability and us being able to go out for

1 dinner at night and not feel like we're going to get

2 jacked by somebody.

www.phippsreporting.com
(888) 811-3408

3        Those 67 people that got arrested, Andrew

4 Warren said in his press conference that he'd work

5 with local law enforcement to expunge those arrests.

6 He does not have the ability to expunge, do an

7 administrative expungement on those arrests.  You

8 know how many articles have been written about how he

9 expunged those arrests?  How would you like to be one

10 of those 67 people that got arrested and you think

11 that that arrest has gotten expunged?  Ask Andrew

12 Warren how many of those expungements he did, and the

13 answer will be zero.  Not a single arrest had been

14 expunged.  He has misled our community, and it's time

15 that our governor stepped in.  And like I said, this

16 is a terrible day that our governor had to come and

17 clean up our mess.  Thank you.

18        GOVERNOR DESANTIS:  Okay.  Now we have

19 Representative Mike Beltran from the Florida House.

20        REPRESENTATIVE BELTRAN:  Well, thank you,

21 Governor, and I thank you everyone for being here.

22 These are some really tough acts to follow, and I'm

23 one of the few folks up on the stage who doesn't have

24 a gun and a badge -- certainly, first of all, thanks

25 to our law enforcement -- but what I do have, I've

DEF 003769
DEX 24.023

www.phippsreporting.com
(888) 811-3408

1    got a suit, I've got a tie, and I've got a rule book.
2    And in that rule book is our constitution.  And the
3    constitution sets forth separation of powers.  And
4    separation of powers says that folks like me go out
5    and get folks like you to vote for them to make the
6    law.  And when we do that, we send it to the governor
7    and he decides if it's a good law or a bad law.  And
8    sometimes he doesn't sign it, but -- he's signed of
9    all of my things, but -- I have a pretty good track
10   record, he usually signs it.  And the folks behind
11   me, their job is to enforce it.
12       And then the courts, the courts, they
13   adjudicate cases and controversies.  And if Mr.
14   Warren wanted to legislate, he should run every two
15   years instead of every four.  And we could have done
16   something about that.  We wouldn't have to do this,
17   okay?  But if he wants to go, he needs to get out of
18   the courthouse -- not that he's there anyway -- and
19   go up to the State House and legislate, because this
20   is a complete violation of separation of powers.
21       And I want to say something about the governor.
22   I was reading a book by the former senator, and he
23   said it's not so much what you do in the situation
24   you're in, it's what did you do differently than
25   somebody else who's in that same situation?  We have

DEF 003770
DEX 24.024

www.phippsreporting.com
(888) 811-3408

```
 1   50 governors and we've got about a dozen states where
 2   there's prosecutors that are doing this.  And some of
 3   those prosecutors have been recalled, but we -- this
 4   is the first governor that stood up and said enough
 5   is enough.  Okay?  And our Attorney General has been
 6   a partner in the executive branch and so has Sheriff
 7   Cronister and Sheriff Judd and Sheriff Nocco, and the
 8   rest of my good friends behind me.
 9        But I want to talk about constitutional
10   separation of powers.  Let's look at the
11   Constitution, Article 4 of the State Constitution
12   under which the governor has his powers.  Second
13   sentence, Section 1A, second thing that it says about
14   the governor, "Take care that the laws be faithfully
15   executed."  Going down to Section 7A, first sentence,
16   "The governor may suspend from office any state
17   officer not subject to impeachment, any county
18   officer for malfeasance, misfeasance, neglective
19   duty, drunkenness, incompetence, permanent inability
20   to perform official duties or commission of felonies
21   and may fill the alleged office by appointment for a
22   period of suspension."
23        I'm not going to say which boxes Mr. Warren
24   checks, because it might be a couple, and I'm not
25   sure the speech and debate clause protects what I say
```

    1   here, but everyone knows it's true.  But not only is

    2   the governor a who represent the Attorney

www.phippsreporting.com
(888) 811-3408

    3   General said, he's required, he's required to do

    4   this.  And those other governors are required to do

    5   it, I don't know why they don't do it.  Mr. Warren

    6   has abdicated his role, okay?

    7        Now I want to talk about a case -- someone

    8   talked about gated communities, and I'm just going to

    9   own it, that's my district.  We're a suburban

   10   paradise, just 20 miles from here.  It's a beautiful

   11   community.  And we follow the law and we expect other

   12   people to follow the law.  Somebody came into my

   13   community -- we talked about protecting the unborn,

   14   we talked about protecting kids who may be confused,

   15   but what about just regular kids, regular kids who

   16   are just out at Park Square in the middle of the

   17   summer on their summer vacation?

   18        This man abducted two girls from a park area

   19   outside of a restaurant, and he took these girls down

   20   several blocks and he was passing a church and there

   21   were folks setting up for a church event.  And he

   22   says to these folks -- he says, "These are my

   23   daughters."  When I walk with my sons down the

   24   street, I don't go, "These are my sons," that should

   25   be obvious.  So they knew that something was up.  And

DEF 003772
DEX 24.026

1   there's a gentleman here, his name is Derek Zitko,

2   he's a constituent of parishioner and some of his

www.phippsreporting.com
(888) 811-3408

3   fellow parishioners were able to call the police,

4   separate the girls from this man, get the man out of

5   the church, get the girls inside the church, and then

6   when the man realized the police were coming, the

7   sheriffs were coming, he ran back to the bar where I

8   guess he got drunk, and Mr. Zitko followed him such

9   that the police were able to track him, and the man

10  did not escape.  And Mr. Zitko risked his life and

11  took his time and energy, and the sheriff was able to

12  do his job and arrest this man.

13      What do you think the state attorney did?  What

14  do you think the state attorney did?  Do you think he

15  requested reman?  Did he request attention?  No, he

16  did not.  When I called him, I said, "Mr. Warren" --

17  I texted him -- I called, he didn't take my call, he

18  doesn't take my calls.  I texted him, so there's a

19  record.  I texted him, and he said -- he had someone

20  else call, he wasn't man enough to call me back -- he

21  had someone else call me back, he's the conservative

22  handler at the office, very nice guy, and he says, "I

23  can't give you the file, it's a pending

24  investigation."  So I said to Mia, I said, "Go down

25  to the courthouse, pull the tape.  It's public

DEF 003773
DEX 24.027

1  record, they have to give it to you whether they like

2  it or not."  www.phippsreporting.com seconds, no request
   **(888) 811-3408**

3  for bond -- no request for detention, $100,000 bond,

4  the man easily meets the bond and escapes -- gets

5  out, released, not escape.  I'm so mad I'm having

6  trouble with my -- I usually don't have trouble with

7  this type of thing.  Then I called, I said, "I want

8  you to take make the motion.  I want you to file all

9  the charges," and they don't do that.

10      And then we were able to come up with a

11  solution.  I'm not going to say what it was.  I don't

12  know where the guy is.  It was a temporary solution.

13  I heard he was in Colorado or some place.  I don't

14  know where he is.  And my question is:  He should be

15  in the jail, we should know where he is, and if not

16  him, who belongs in the jail?  And if not now, when

17  are they planning to put him there?  And if Andrew

18  Warren was going to wait for another child and if

19  Andrew Warren is not going to put him in the jail,

20  then what do we need him for?  Thank you.

21      GOVERNOR DESANTIS:  I want to thank everybody

22  for coming and providing some insight.  Obviously

23  when you do a suspension, that's part of it, but then

24  you also have to name a replacement.  So I'm happy to

25  be able to do that today.  And she's here with us.

DEF 003774
DEX 24.028

1    And it's Judge Susan Lopez who currently serves as a

2    county judge here in Hillsborough County and has

3    extensive experience as a prosecutor and she has deep

4    ties to this community.  She did serve 15 years in

5    the office in the 13th Judicial Circuit, and I think

6    she understands the role of the state attorney is to

7    apply the law and enforce the law, not pick and

8    choose which laws you like and which laws you don't

9    like.  Okay, Judge, come on up.

10         JUDGE LOPEZ:  Thank you.  Thank you.  Good

11   morning.  And thank you for being here today.  I want

12   to first thank Governor DeSantis for placing his

13   trust in me to execute the duties of state attorney

14   of the 13th Judicial Circuit.  I was caught off guard

15   couple of days ago when I got the call from the

16   governor, I was sitting very happily as a judge,

17   which has been a life changing and fulfilling form of

18   service, but when the governor calls you to a

19   different service, you answer.  So here I am.  I hold

20   the utmost respect for our state laws and I

21   understand the important role that the state attorney

22   plays in ensuring the safety of our community.

23        It is my promise to the people of Hillsborough

24   County that I will faithfully execute the duties of

25   this office and to ensure that we're fulfilling its

DEF 003775
DEX 24.029

www.phippsreporting.com
(888) 811-3408

1  purpose to prosecute crimes and protect the people of

2  Hillsborough County according to the rule of law.

3  And to the hardworking people of the Office of the

4  State Attorney of Hillsborough County, I look forward

5  to rejoining you in our shared mission to protect the

6  people of Hillsborough County.  Thank you very much.

7      GOVERNOR DESANTIS:  Congratulations.  And so

8  we're -- I think it's true, you don't want to have to

9  be here, but we really believe that this is a law and

10 order state.  We're not going to back down from that

11 one inch.  We're not going to allow locally elected

12 people to veto what our state has to create through

13 our legislative process.  So this is important.

14 We've seen how this has impacted communities all

15 across the country in a very negative way, and at the

16 end of the day, when you take an oath to support and

17 defend the constitution, you must take care that our

18 laws are faithfully executed.  And that will start

19 happening in Hillsborough County beginning today.

20 Okay.  Are you going to ask on topic today?  Okay.

21     REPORTER:  You made your case.  You have some

22 powerful supporters behind you right now, but Mr.

23 Warren was elected by the people of Hillsborough

24 County not once, but twice, so [indiscernible] you're

25 saying that you [indiscernible]?

```
 1          GOVERNOR DESANTIS:  Well, the conduct that he
 2     has done has been the -- the standard that's required
 3     of the Florida Constitution.  When you're saying
 4     you're not going to enforce certain laws you don't
 5     like, that's a neglective duty.  That quite frankly
 6     is incompetence as defined by Florida law, and
 7     Florida Courts have been very clear that saying
 8     you're just not going to enforce the law is by
 9     definition a dereliction of duty.
10          So what we're doing is, just as they said, in
11     some respects, I'm here -- I have to do this, I mean,
12     that's my job, to make sure the laws are faithfully
13     executed.  So we have that process in place for a
14     reason, because I think the people that framed our
15     most recent Constitution understood that you'd need
16     to have some accountability.  And yes, I understand
17     you have these processes, but quite frankly, we can
18     go back and look at some of these elections and all
19     the money that's coming in from people that do not
20     live in Florida and are really trying to push an
21     agenda on the people of Florida.  And I don't think
22     the people of Hillsborough County want to have an
23     agenda that is basically woke where you're deciding
24     that your view of social justice means certain laws
25     shouldn't be enforced.  I don't think there's very
```

DEF 003777
DEX 24.031

1   many people that believe that is consistent with the

2   rule of law.   **www.phippsreporting.com**
                       **(888) 811-3408**

3        REPORTER:  Governor, we recorded that there's

4   an unattended ballot box in Broward County --

5        GOVERNOR DESANTIS:  Well, before I do that, is

6   there anyone else on this topic?

7        REPORTER:  [Indiscernible] did at any time you

8   have a discussion with Andrew Warren or ask him to

9   explain?

10        GOVERNOR DESANTIS:  No, because I was looking

11   at the actual facts the were provided to me.  We were

12   able to -- my office consulted with a lot of people.

13   This was a statewide review to make sure that we were

14   not going down the road of San Francisco, Los

15   Angeles, and 95 percent of it was right here in

16   Hillsborough.  Everything anyone said was right here.

17   I didn't hear the same in Duval or Miami-Dade or any

18   of that.  It was all right here.  And then to see

19   these blanket statements like saying that you're not

20   going to enforce a prohibition on giving a minor a

21   sex change operation, a 12-year-old boy can't go in

22   and get a tattoo, but yet somehow if the legislature

23   were to say that you can't get a sex change

24   operation, and then we have laws that have been

25   enacted.

DEF 003778
DEX 24.032

www.phippsreporting.com
(888) 811-3408

```
 1        So he was the only one that was making those
 2   types of declarations. He was the only one signing
 3   his name to letters that basically said, "To hell
 4   with the people of Florida.  I'm going to do what I
 5   want."  We take care that the laws are faithfully
 6   executed.  Not every law on the books in Florida do I
 7   agree with.  It is what it is.  And yes, there's some
 8   times the legislature will put laws on my desk that I
 9   veto and then it doesn't become law.  They have the
10   ability to override.  They haven't done that yet.
11   But that's just the way the system works.
12        For example, if it ever got to the point where
13   I vetoed a piece of legislature and the legislature
14   overrode it -- I don't think that will happen, but if
15   it did, then I would be duty-bound to enforce that
16   law.  I can't just say, "You know what," and throw a
17   hissy fit and say, "Oh, I don't think it's good, and
18   I'm not going to enforce."  That's not the way the
19   law works.
20        So if you look around the country, the root of
21   a lot of the problems is that this idea has taken
22   hold that you can be a law unto yourself as a
23   prosecutor, that it doesn't really matter what the
24   legislature does.  If you believe that that law
25   conflicts with your idiosyncratic vision of "social
```

DEF 003779
DEX 24.033

```
 1   justice," then that gives you veto authority.  And
 2   that is not how a prosecution system can operate.
 3   That is not how a rule of law can operate.  And
 4   ultimately, you cannot have safe and strong
 5   communities if we're not having enforcement of the
 6   law.
 7        REPORTER:  [Indiscernible] law enforcement
 8   officials [indiscernible] finding that literal
 9   regarding [indiscernible].
10        GOVERNOR DESANTIS:  So as I said, as these
11   problems around the country were coming to a head, I
12   asked my office earlier this year to do a survey of
13   what's going on in Florida to see -- because not
14   every prosecutor is going to write on a sheet of
15   pain, "I'm not prosecuting, I'm going to ignore."
16   That's a very egregious thing to do.  But you will
17   have sometimes policies which are de facto
18   nullifications of the law.  So they will say, "Well,
19   you may be able to prosecute, but in circumstances
20   that would never happen."  So it required them to go
21   and do a lot of different things.
22        But yes, when you have the 2021 letter saying
23   no matter what a state declares about protecting
24   child welfare with respect -- I mean, they use these
25   euphemisms, but what it is is they're literally
```

DEF 003780
DEX 24.034

1    chopping off the private parts of young kids, and

2    that's wrong.  And you're going off administratively

www.phippsreporting.com
(888) 811-3408

3    with medical licenses, but you know, the legislature

4    in Florida may want to come in and do something more

5    significant on that.  What, you're going to

6    presumptively say you can't do it?  Some of the

7    policies have been in place.  And then after Dobbs

8    comes down where the Supreme Court said this is

9    returned to the states to say that the laws that we

10   have, you're just not going to enforce any of them?

11   And he drew no distinction.  We've always had

12   prohibition on third trimester abortion.  We've

13   always had prohibition at least for a while on

14   partial birth, and now the three and a half month,

15   okay, that was a legislative debate.  There were some

16   people that had different views on it.  The

17   legislature passed it, I signed it.  So that's what

18   you have to do.

19        So those are I think really egregious -- and

20   again, it's beyond exercising discretion, whereas

21   discretion would be I may get an individual case and

22   make a determination that we're not going to go with

23   prosecution because you have limited resources, what

24   have you.  Where it goes across the line is where

25   that ends up being used to effectively nullify what

DEF 003781
DEX 24.035

www.phippsreporting.com
(888) 811-3408

```
 1    the legislature has done, and clearly you've had that

 2    here in Hillsborough County.

 3         So I just saw that this morning, we have now an

 4    election integrity unit.  We've got people that are

 5    investigating different things as these things come

 6    up.  That's exactly why we did this, because we can

 7    pass all the great laws we want, and in Florida,

 8    we're very proud that we've made ballot harvesting a

 9    felony in the state of Florida.  We're very proud

10    that we have voter ID not just for going to vote in

11    person, but for requesting an absentee ballot.  We're

12    very proud that we were able to have penalties for

13    counties if they don't clean their voting roles every

14    year, and we're very proud that we banned Zuckerbucks

15    in the state of Florida.  So those are all good,

16    those are all great, but then the issue is, okay, you

17    can have that, but if then people violate it and

18    there's no accountability, then where does that leave

19    us?

20         So that's why we asked the legislature to enact

21    an election integrity unit in state government where

22    we have investigators, we have law enforcement, we

23    have the ability to work with the Attorney General's

24    Office with our statewide prosecutor to be able to

25    hold people accountable if they're not following the
```

DEF 003782
DEX 24.036

1    law.  So we have very clear rules.

2         First of all, you cannot put

www.phippsreporting.com
(888) 811-3408

3    drop boxes in the middle of the community in Florida

4    anymore, we got rid of that.  If someone wants to

5    return an absentee ballot, they can drop it off at an

6    election site, but wherever they're putting in a

7    ballot needs to be monitored by an election official

8    the whole time.  And there's video coming out saying

9    this thing is just sitting there with no monitoring,

10   that obviously is inconsistent with the law.

11        So we have in place the ability to investigate

12   this stuff, that is being done, and we're going to

13   make sure that our elections are done consistent with

14   the laws of the state of Florida.  And if you look

15   around the country, they do these -- they've been

16   doing these elections in different parts this year,

17   and you have an election, and then you have votes

18   coming in for days and days, people don't even know

19   how many votes are out, it takes them forever to

20   count, it's a very opaque process.

21        We don't believe in that in Florida.  We

22   believe it's gotta be transparent.  We believe you

23   count the votes and you declare a winner on election

24   night.  That's not that difficult to do.  We're one

25   of the biggest states and we're able to do it, why

DEF 003783
DEX 24.037

September 30, 2022

1    can't some of these other states do it?

2        So we're www.phippsreporting.com is a very high
                    (888) 811-3408

3    priority to make sure that what we're doing or what

4    all the 67 counties are doing is following the law in

5    the state of Florida.  And honestly, it's not much

6    different than the principle that brings us here

7    today.  Yes, you can get elected to countywide

8    office, but when you take office, you swear to uphold

9    the laws and Constitution of the State of Florida.

10   So if you're not doing that, well, then that's

11   something we need to have accountability and recourse

12   for.  Well, thanks everybody.  We appreciate seeing

13   you.

14       (Video has ended.)

15

16

17

18

19

20

21

22

23

24

25

DEF 003784
DEX 24.038

Page 38

```
 1                    CERTIFICATE OF REPORTER

 2              www.phippsreporting.com
                    (888) 811-3408
 3

 4     STATE OF FLORIDA   )

 5     COUNTY OF BROWARD )

 6

 7

 8     I, Shelby Rosenberg, Florida Professional Reporter,

 9     certify that I was authorized to and did

10     stenographically transcribe the foregoing video

11     recording to the best of my ability and that the

12     transcript is a true and complete record of my

13     stenographic notes.

14

15          Dated this 7th of October, 2022.

16

17

18

19          _____

20          Shelby Rosenberg, Florida Professional Reporter

21

22

23

24

25
```

DEF 003785
DEX 24.039

---
**$**
---

**$100,000**
27:3

---
**1**
---

**12-year-old**
31:21

**13th**
28:5,14

**15**
28:4

**1A**
24:13

---
**2**
---

**20**
25:10

**2021**
33:22

**28**
21:5

---
**4**
---

**4**
24:11

---
**5**
---

**50**
24:1 27:2

---
**6**
---

**60,000**
12:22

**67**

21:8 22:3,10

---
**7**
---

**70s**
11:9

**7A**
24:15

---
**8**
---

**80s**
11:9

---
**9**
---

**95**
31:15

---
**A**
---

**abandoned**
18:4

**abdicated**
25:6

**abducted**
25:18

**ability**
22:6 32:10

**accountability**
21:25 30:10

**accountable**
11:1,18 12:20
13:8

**actions**
16:4

**acts**
21:11,17
22:22

**actual**

31:11

**adjudicate**
23:13

**administrative**
22:7

**admire**
20:20

**adult**
11:7

**afraid**
20:22

**agencies**
15:4

**agenda**
30:21,23

**agree**
32:7

**alleged**
24:21

**allowed**
25:2

**allowing**
12:25

**America**
11:24 13:22

**Andrew**
18:18 20:25
21:3 22:3,11
27:7,19 31:8

**Angeles**
12:2,21 31:15

**apply**
28:7

**appointed**
21:20

**appointment**
24:21

**appreciates**
17:21

**area**
25:18

**arrest**
22:11,13
26:12

**arrested**
21:8 22:3,10

**arrests**
22:5,7,9

**Article**
24:11

**articles**
22:8

**Ashley**
17:19

**association**
12:3

**attention**
26:15

**attentive**
20:3

**attorney**
11:1 14:24
15:22,23
17:18,20 24:5
25:2 26:13,14
28:6,13,21
29:4

**authority**
33:1

---
**B**
---

**back**
13:6 15:6,11
20:1 21:7
26:7,20,21

DEF 003786
DEX 24.040

29:10 30:18

**bad**
23:7

**badge**
17:23 22:24

**ballot**
31:4

**Baltimore**
13:1

**bar**
26:7

**bars**
19:13

**basically**
30:23 32:3

**Bay**
17:17

**beautiful**
25:10

**beginning**
29:19

**belongs**
27:16

**Beltran**
22:19,20

**bittersweet**
20:15

**blame**
19:11

**blanket**
31:19

**bless**
14:15

**blessed**
15:21

**blocks**
25:20

**blue**
20:1

**bond**
27:3,4

**book**
23:1,2,22

**books**
32:6

**borders**
18:2

**bottom**
14:9

**box**
31:4

**boxes**
24:23

**boy**
31:21

**branch**
24:6

**Brian**
20:9

**broken**
21:13

**Broward**
31:4

**buddies**
16:16

**bullet**
17:23

**burned**
12:6

**businesses**
12:18 17:3
19:11

---

**C**

**call**
11:16 26:3,
17,20,21
28:15

**called**
26:16,17 27:7

**calls**
26:18 28:18

**capita**
12:16

**car**
21:13

**cards**
12:12

**care**
18:6 24:14
29:17 32:5

**cars**
21:15,16

**case**
13:24,25 25:7
29:21

**cases**
15:5 23:13

**caught**
28:14

**Chad**
13:13

**change**
31:21,23

**changed**
11:17

**changing**
28:17

**charges**
27:9

**checks**
24:24

**Chicago**
12:20

**chief**
12:25 15:1
20:8,10 21:6

**child**
27:18 33:24

**children**
21:23

**choice**
16:8 18:16

**choose**
28:8

**chop**
13:4,5

**Chris**
14:17

**church**
25:20,21 26:5

**circuit**
15:22 28:5,14

**circumstances**
33:19

**cities**
18:2

**citizens**
16:11

**City**
21:24

**clause**
24:25

**clean**
14:13 20:18
22:17

**clear**
30:7

www.phippsreporting.com
(888) 811-3408

DEF 003787
DEX 24.041

closing
  12:18
Colorado
  27:13
commission
  24:20
commit
  16:3
common
  12:17
commonality
  13:10
communities
  11:14 14:13,
  14 18:17 19:5
  25:8 29:14
  33:5
community
  11:13 14:3
  15:4,13,15
  21:22 22:14
  25:11,13
  28:4,22
complete
  23:20
conduct
  30:1
conference
  21:9,10,18
  22:4
conflicts
  32:25
confused
  25:14
Congratulations
  29:7
consequences
  16:4

conservative
  26:21
consistent
  31:1
constituent
  26:2
constitution
  13:19 15:24
  16:7 18:9
  23:2,3 24:11
  29:17 30:3,15
constitutional
  24:9 33:2
consulted
  31:12
controversies
  23:13
cops
  11:10 13:4
  21:14
counseled
  11:25
country
  11:22 16:15
  29:15 32:20
  33:11
county
  11:3,24 13:6
  14:19 16:18
  17:19 20:25
  21:7,24 24:17
  28:2,24 29:2,
  4,6,19,24
  30:22 31:4
couple
  24:24 28:15
courthouse
  23:18 26:25

courts
  23:12 30:7
create
  29:12
created
  17:6
creates
  19:7,8
creating
  16:9
crime
  15:18 16:4
  18:6,21,22
  19:8,13
crimes
  29:1
criminal
  15:18 19:2
criminals
  11:12 12:20,
  23 16:3 19:13
Cronister
  13:13 14:25
  20:11 21:1
  24:7

------

                  D

D.C.
damage
  21:12,18
data
  13:11
daughters
  25:23
day
  13:15 14:2
  15:14 17:9,

14,22 19:16
  20:15 22:16
  29:16
days
  15:8 28:15
de
  33:17
de-funding
  19:18
deal
  19:15
debate
  24:25
decide
  19:4
decided
  11:17
decides
  19:1 23:7
deciding
  30:23
decisions
  16:25 17:10,
  12
decisive
  16:24 17:13
declarations
  32:2
declares
  33:23
deep
  28:3
defend
  16:24 29:17
defined
  30:6
definition
  30:9

DEF 003788
DEX 24.042

demands
  18:15
Democratic
  11:18
Derek
  26:1
dereliction
  30:9
Desantis
  11:2 14:16
  17:11,16 18:9
  20:8 22:18
  27:21 28:12
  29:7 30:1
  31:5,10 33:10
desk
  32:8
detail
  20:3
detention
  27:3
difference
  11:21
differently
  23:24
difficult
  15:3,8,9
  16:19
dig
  18:12
dinner
  22:1
direct
  17:4
disappointed
  12:11
discussion
  31:8

district
  25:9
dollar
  11:15
doors
  21:15
dozen
  24:1
drew
  20:12
drive
  13:6
drunk
  26:8
drunkenness
  24:19
Dugan
  15:1 20:9,10
dumpster
  12:5,6
duties
  24:20 28:13,
  24
duty
  18:10 24:19
  30:5,9
duty-bound
  32:15
Duval   (888) 811-3408
  31:17

_____
        E
_____

earlier
  33:12
easily
  27:4
echo

16:12
egregious
  33:16
elected
  13:22 16:6
  19:3 21:20
  29:11,23
elections
  30:18
enacted
  31:25
end
  14:2 29:16
energy
  26:11
enforce
  12:14 13:17
  18:4,20,23,24
  23:11 28:7
  30:4,8 31:20
  32:15,18
enforced
  30:25
enforcement
  14:7 16:18
  17:17 19:15
  22:5,25 33:5,
  7
enterprise
  12:14 16:9
ensure
  16:2 18:10,16
  20:6 28:25
ensuring
  28:22
entire
  11:7 12:1
equally

16:2
eradicate
  19:6
eradication
  17:25
escape
  26:10 27:5
escapes
  27:4
euphemisms
  33:25
evaluate
  13:24
event
  25:21
exciting
  14:11
execute
  18:4 28:13,24
executed
  18:11 20:6
  24:15 29:18
  30:13 32:6
executive
  18:3,6,8,12
  19:5 24:6
executives
  18:13
expect
  25:11
expectations
  18:14
experience
  28:3
explain
  31:9
expunge
  22:5,6

DEF 003789
DEX 24.043

expunged
22:9,11,14

expungement
22:7

expungements
22:12

extensive
28:3

---

**F**

fact
12:2 18:11
20:4,20

facto
33:17

facts
20:20 31:11

faithfully
18:11 20:6
24:14 28:24
29:18 30:12
32:5

Fame
17:17

families
19:5

family
15:12,15

favorite
13:3

feel
22:1

fell
30:2

fellow
26:3

felonies
24:20

felons
11:8,11

file
26:23 27:8

fill
24:21

find
15:5,6

finding
33:8

fire
12:5,7

firsthand
14:25 15:1

fit
32:17

Florida
11:6,9 15:24,
25 16:7 17:2,
6,13 19:9,21,
22,24 20:2
22:19 30:3,6,
7,20,21 32:4,
6 33:13

Floridian
16:16

folks
17:22 19:16
22:22 24:14,
10 25:21,22

follow
14:20 22:22
25:11,12 29:2

forces
19:17

form
28:17

fortitude

20:21

forward
29:4

framed
30:14

Francisco
12:18 31:14

frankly
20:16 30:5,17

fraud
21:3,6

friend
13:13 14:20

friends
24:8

frustrated
20:25

fulfilling
28:17,25

funding
19:19

---

**G**

gated
11:14 14:13
25:8

gates
www.phippsreporting.com
(888) 811-3408

gave
13:14

General
14:24 17:18,
20 24:5 25:3

gentleman
26:1

gentlemen
14:3

girls
25:18,19
26:4,5

give
12:12 19:19
26:23 27:1

giving
31:20

God
14:1,14

good
20:11,13 21:4
23:7,9 24:8
28:10 32:17

government
13:20

governor
11:2,5,8,13,
18,19 12:11
13:21 14:8,9,
16,24 16:12,
14,23 17:11,
14,16,21 18:8
19:18 20:4,8,
12,15,17,22
22:15,16,18,
21 23:6,21
24:4,12,14,16
25:2 27:21
28:12,16,18
29:7 30:1
31:3,5,10
33:10

governors
19:25 24:1
25:4

Grady
11:4 14:17,20

grateful
20:3

DEF 003790
DEX 24.044

great
  11:3
greatest
  13:21 16:13,
  14
grow
  17:5
growing
  17:3
guard
  28:14
guess
  26:8
gun
  17:23 22:24
guy
  26:22 27:12
guys
  20:7

**H**

hair
  20:13
half
  11:15
Hall
  17:17
handler
  26:22
happen
  32:14 33:20
happened
  11:17
happening
  29:19
happily
  28:16

happy
  27:24
hardworking
  29:3
head
  33:11
hear
  14:21,25
  31:17
heard
  16:2 27:13
heart
  14:10
hell
  32:3
Hero
  19:22
heroes
  20:2
high
  16:17
highest
  12:16 14:5
Hillsborough
  15:2,17 17:19
  20:18 21:7,24
  28:2,23 29:2,
  4,6,19,23
  30:22 31:18
hissy
  32:17
hold
  11:17 28:19
  32:22
holding
  12:20 13:7
homeless
  12:8,22

homes
  11:15
honor
  11:6
horrible
  15:20
House
  22:19 23:19

**I**

idea
  32:21
idiosyncratic
  32:25
ignore
  18:10 19:7
  33:15
ill
  12:9
impact
  17:4
impacted
  29:14
impeachment
  24:17
important
  28:21 29:13
impossibility
  24:19
inch
  29:11
incidents
  15:17
include
  12:1
incompetence
  24:19 30:6

increase
  19:19
indiscernible
  29:24,25 31:7
  33:7,8,9
individuals
  15:9
innocent
  12:23 13:12
inside
  26:5
insight
  27:22
instability
  19:7
intestinal
  20:21
investigation
  26:24

**J**

jacked
  22:2
jail
  27:15,16,19
job
  11:7 13:13
  18:7 20:17
  23:11 26:12
  30:12
jobs
  17:5
joined
  12:13 18:19
Judd
  11:4,5 14:20
  20:11 24:7

DEF 003791
DEX 24.045

judge
  28:1,2,9,10,
  16
Judicial
  28:5,14
jurisdictions
  12:1
justice
  30:24 33:1

———————

**K**

keeping
  14:4,11 21:22
kids
  25:14,15
knew
  25:25

———————

**L**

LA
  18:20
ladies
  14:2
large
  18:2
largest
  11:25
launched
  19:22
law
  12:14,15
  13:1,17 14:7
  16:17 17:17
  18:24 19:4,
  14,15,25
  22:5,25 23:6,
  7 25:11,12
  28:7 29:2,9

30:6,8 31:2
32:6,9,16,19,
22,24 33:3,6,
7,18
laws
  11:17 13:20
  16:9,10 18:4,
  10 19:1 20:6
  24:14 28:8,20
  29:18 30:4,
  12,24 31:24
  32:5,8
leadership
  17:24 19:21
  20:4
leading
  17:11
learned
  14:19
led
  13:21
left
  15:19
legislate
  23:14,19
legislation
  11:19
legislative
  29:12
legislature
  14:2 31:22
  32:8,13,24
letter
  33:22
letters
  32:3
life
  11:8 14:6
  26:10 28:17

listen
  13:15
literal
  33:8
literally
  33:25
live
  15:16,21
  16:13,23
  30:20
local
  22:5
locally
  29:11
locked
  11:11,12
long
  13:5,6
looked
  12:9
Lopez
  28:1,10
Los
  12:1,21 31:14
lot
  20:1 31:12
  32:21 33:21
lowest
lying
  21:19

———————

**M**

mad
  27:5
made
  29:21

magic
  11:16
major
  11:24 12:10
make
  11:20 16:24
  21:2 23:5
  27:8 30:12
  31:13
makes
  19:1
making
  17:11,12,13
  32:1
malfeasance
  24:18
man
  25:18 26:4,6,
  9,12,20 27:4
Maryland
  13:2
matter
  32:23 33:23
means
  16:21 17:6
  30:24
meeting
  18:14
meets
  27:4
men
  15:4,9,12
mentally
  12:9
mess
  20:19 22:17
Mia
  26:24

DEF 003792
DEX 24.046

| | | | |
|---|---|---|---|
| **Miami-dade** | 17:2,9,10 | 13:18 29:16 | **originally** |
| 31:17 | 19:24 | **obvious** | 11:20 |
| **middle** | **murder** | 25:25 | **Orleans** |
| 25:16 | 12:16 14:5 | **occur** | 12:15 |
| **Mike** | **murdered** | 13:1 | **outright** |
| 22:19 | 13:12 | **office** | 18:23 |
| **miles** | **murders** | 12:2 13:16 | **overdose** |
| 25:10 | 13:11 | 18:18 21:21 | 18:5 |
| **million** | | 24:16,21 | **override** |
| 11:14,15 | **N** | 26:22 28:5,25 | 32:10 |
| **mine** | | 29:3 31:12 | **overrode** |
| 26:2 | **nation** | 33:12 | 32:14 |
| **minor** | 12:1,5 18:1 | **officer** | **owned** |
| 31:20 | 19:8,16 | 24:17,18 | 11:8 |
| **minute** | **native** | **officers** | |
| 12:18 | 16:15 | 18:13 19:24 | **P** |
| **misfeasance** | **needed** | **official** | |
| 24:18 | 17:1,2 | 24:20 | **pain** |
| **misled** | **negative** | **officials** | 33:15 |
| 21:6 22:14 | 29:15 | 33:8 | **papers** |
| **mission** | **neglective** | **open** | 13:23 |
| 29:5 | 24:18 30:5 | 17:2 | **paradise** |
| **money** | **nice** | **opened** | 25:10 |
| 30:19 | 26:22 | 17:1 | **parishioners** |
| **months** | **night** | **operate** | 26:3 |
| 20:2 | 21:8 22:1 | 33:2,3 | **park** |
| **Moody** | **no-filed** | **operation** | 25:16,18 |
| 17:19,20 | 15:6 | 31:21,24 | **part** |
| **morning** | **Nocco** | **opportunities** | 27:23 |
| 28:11 | 14:17,19 | 17:5 | **partner** |
| **motion** | 20:11 24:7 | **order** | 24:6 |
| 27:8 | **nullifications** | 13:17 19:14 | **Pasco** |
| **move** | 33:18 | 29:10 | 14:17 |
| 16:22 17:6 | **number** | **Oregon** | **passing** |
| **moved** | 19:23 | 13:3 | 25:20 |
| 16:16 | | **oriented** | **path** |
| **moving** | **O** | 20:4 | 11:20 |
| | **oath** | | **pending** |

DEF 003793
DEX 24.047

26:23

**pension**
16:21

**people**
11:16 12:7,
10,13,23
13:8,12 14:4,
11,12,13
15:13 17:5,6,
9 19:2 20:7
21:7,8 22:3,
10 25:12
28:23 29:1,3,
6,12,23
30:14,19,21,
22 31:1,12
32:4

**percent**
31:15

**perform**
24:20

**period**
24:22

**permanent**
24:19

**pick**
28:7

**pictures**
21:13

**piece**
32:13

**place**
27:13 30:13

**places**
13:3

**placing**
28:12

**planning**
27:17

**plays**
28:22

**point**
14:21 15:11
32:12

**police**
19:17,18,20
20:9 21:6,12,
13 26:3,6,9

**policies**
33:17

**policymakers**
16:8

**Polk**
11:3 13:5

**Portland**
13:3

**positive**
11:20

**powerful**
29:22

**powers**
23:3,4,20
24:10,12

**precious**
13:17

**president**
11:23 12:3

**press**
21:9,10,18
22:4

**pretty**
23:9

**prey**
11:13

**preyed**
11:12,15

**problem**
19:14

**problems**
32:21 33:11

**process**
16:5 29:13
30:13

**processes**
30:17

**program**
19:22

**prohibition**
31:20

**promise**
28:23

**proof**
17:23

**property**
21:11

**prosecute**
13:24,25 29:1
33:19

**prosecuted**
15:8

**prosecuting**
33:15

**prosecutor**
12:13,15,19,
20 13:15 14:7
19:13 28:3
32:23 33:14

**prosecutors**
13:12,23
18:14,19
19:10 24:2,3

**protect**
14:12,13 15:4
29:1,5

**protecting**
14:3 25:13,14
33:23

**protection**
19:4

**protects**
24:25

**protesters**
21:15

**proud**
14:23 19:23

**proudly**
18:19,21

**provided**
31:11

**providing**
27:22

**public**
13:16 17:4
26:25

**pull**
26:25

**Pulled**
27:2

**purpose**
29:1

**push**
30:20

**pushed**
21:15

**put**
17:23 27:17,
19 32:8

**puts**
19:13

**putting**
19:12

www.phippsreporting.com
(888) 811-3408

DEF 003794
DEX 24.048

## Q

**quality**
  14:6

**question**
  27:14

## R

**raises**
  19:20

**ran**
  13:16  26:7

**rate**
  12:16

**rates**
  14:5

**read**
  21:12

**reading**
  23:22

**real**
  11:16

**realized**
  26:6

**reason**
  30:14

**recalled**
  24:3

**recent**
  30:15

**recently**
  11:23

**record**
  18:5  19:23
  23:10  26:19
  27:1

**recorded**
  31:3

**recruit**
  19:20

**reducing**
  19:17

**refusal**
  18:23

**regular**
  25:15

**rejoining**
  29:5

**released**
  27:5

**reman**
  26:15

**remember**
  11:8,9  21:7

**repeatedly**
  18:22

**replacement**
  27:24

**report**
  21:12

**REPORTER**
  29:21  31:3,7
  33:7

**Representative**
  22:19,20

**representatives**
  19:3

**request**
  26:15  27:2,3

**requested**
  26:15

**required**
  25:3,4  30:2
  33:20

**requires**
  18:9

**residents**
  21:23

**respect**
  16:1  28:20
  33:24

**respects**
  30:11

**responsibilities**
  18:15

**responsibility**
  16:10  18:5
  20:5

**responsible**
  12:24

**rest**
  13:16  24:8

**restaurant**
  25:19

**retirement**
  16:22

**review**
  31:13

**riots**
  21:8

**risked**
  32:10

**road**
  31:14

**role**
  16:10  18:15
  25:6  28:6,21

**rolling**
  17:17

**Ron**
  18:8

**room**
  20:24

**root**
  32:20

**rule**
  23:1,2  29:2
  31:2  33:3

**run**
  23:14

**running**
  12:23  21:21

## S

**safe**
  12:7  14:4,11
  20:7  21:22
  33:4

**safety**
  17:4  18:1,16
  28:22

**San**
  12:18  31:14

**scene**
  15:18

**school**
  16:17

**schools**
  17:1

**Seattle**
  13:8

**seconds**
  27:2

**Section**
  24:13,15

**security**
  19:12

**senator**
  23:22

DEF 003795
DEX 24.049

send
  23:6
sentence
  24:13,15
separate
  26:4
separation
  23:3,4,20
  24:10
serve
  14:4 16:11
  28:4
serves
  28:1
service
  28:18,19
set
  13:3
sets
  23:3
setting
  14:10 25:21
sex
  31:21,23
shared
  29:5
sheet
  33:14
sheriff
  11:4,5,6
  12:2,22
  14:19,24 16:5
  20:11 21:1
  24:6,7 26:11
Sheriff's
  12:2
sheriffs
  11:3,24,25

26:7
short
  20:12
shut
  21:15
sign
  13:23 23:8
signed
  11:19 23:8
signing
  32:2
signs
  23:10
simple
  16:5
single
  22:13
sir
  31:2
sitting
  28:16
situation
  23:23,25
snapshot
  12:13
social
  30:24 32:25
solution
  27:11,13
sons
  25:23,24
speaks
  12:21
speech
  24:25
spend
  15:14

spoke
  21:1
Square
  25:16
stability
  18:1
stage
  22:23
stand
  13:14 14:23
  18:7 20:21,23
standard
  30:2
start
  29:18
started
  11:19 19:17
starting
  18:1
state
  15:22,25
  16:7,13,23
  17:8 18:8,17
  19:3,21 23:19
  24:11,16
  26:13,14
  28:6,13,20,21
  29:4,10,12
  31:22
statements
  18:23 31:19
states
  12:17 13:21
  16:18 18:2
  19:24 24:1
statewide
  31:13
statistic
  17:7

status
  17:12
statutes
  15:25
step
  18:16
stepped
  22:15
stood
  19:18 24:4
storm
  20:23
straw
  20:12
street
  11:10 25:24
streets
  12:8
strong
  17:24 18:7
  20:3 33:4
subject
  24:17
suburban
  25:9
sugarcoating
  21:4
suit
  23:1
summer
  25:17
support
  13:19 14:7
  29:16
supporters
  29:22
survey
  33:12

DEF 003796
DEX 24.050

Susan
  28:1
suspend
  24:16
suspension
  24:22 27:23
system
  32:11 33:2

                T

takes
  13:6 20:5
talk
  18:12 24:9
  25:7
talked
  11:24 25:8,
  13,14
talking
  19:17
Tallahassee
  16:9
Tampa
  17:17 20:9
  21:24
tape
  26:25 27:2
task
  14:17
tattoo
  31:22
temporary
  27:12
terrible
  22:16
texted
  26:17,18,19

theme
  12:17
there'd
  13:5
thing
  11:16 14:11,
  12,20 24:13
  27:7 33:16
things
  11:23 23:9
  33:21
threw
  12:19
throw
  32:16
tie
  23:1
ties
  28:4
time
  12:4 13:14
  15:14 16:3
  22:14 26:11
  31:7
times
  32:8
today
  11:22 16:25
  17:2 25:15,
  28:11 29:17,
  20
told
  12:22
tools
  13:1
top
  18:8
topic

29:20 31:6
tough
  17:12 18:21
  22:22
track
  23:9 26:9
treat
  16:1
trouble
  27:6
true
  25:1 29:8
trust
  28:13
trusted
  18:3
truth
  13:19
turn
  15:5
type
  27:7
types
  32:2

                U

U.S.
  17:2 32:8,
  11
ultimately
  33:4
unattended
  31:4
unborn
  25:13
understand
  18:13 28:21
  30:16

understands
  28:6
understood
  30:15
unenviable
  14:16
uniform
  15:10,12
uniforms
  15:14
United
  12:16 13:21
uphold
  13:19 15:23,
  24,25 16:6
  19:25
utmost
  28:20

                V

vacation
  25:17
vest
  17:23
veto
  29:12 32:9
  33:1
vetoed
  32:13
vice
  12:3
victim
  15:7,19
victimized
  12:24
victims
  19:11

DEF 003797
DEX 24.051

**victims'**
  16:2

**view**
  30:24

**violation**
  23:20

**violence**
  21:11,17

**vision**
  32:25

**voices**
  16:2

**vote**
  13:17 23:5

**voted**
  16:6

---

W

**wait**
  27:18

**wake**
  17:22

**walk**
  12:8 25:23

**wanted**
  23:14

**Warren**
  11:1 12:13
  13:15 18:18
  20:25 21:3
  22:4,12 23:14
  24:2,23 25:5
  26:16 27:18,
  19 29:23 31:8

**Washington**
  13:8,9 18:20

**weeks**
  21:9

**welfare**
  33:24

**wife**
  21:23

**wild**
  12:23

**windshields**
  21:14

**woke**
  30:23

**women**
  15:4,10,12

**words**
  16:13

**work**
  22:4

**working**
  11:16 12:7

**works**
  15:23 32:11,
  19

**write**
  33:14

**written**
  22:8

---

Y

**year**
  33:12

**years**
  21:5 23:15
  28:4

**York**
  13:7 18:19

---

Z

**Zitko**

26:1,8,10

**zone**
  13:4,5

www.phippsreporting.com
(888) 811-3408

DEF 003798

DEX 24.052