Tucker Carlson Interview with Governor DeSantis

---

Taped Transcription

Tucker Carlson Interview with Governor DeSantis

---

**PHIPPS REPORTING**

*Raising the Bar!*

DEFENDANT EX 25

DEF 003799

DEX 25.001

TUCKER CARLSON INTERVIEW WITH GOVERNOR RON DESANTIS

IN RE: STATE ATTORNEY ANDREW WARREN SUSPENSION

Stenographically Transcribed Video Recording By:
Shelby Rosenberg, Florida Professional Reporter

Job No.: 276105

DEF 003800
DEX 25.002

1  Thereupon,

2  the following proceedings were transcribed from a video

3  recording:

4      MR. CARLSON:  Governor DeSantis joins us right

5  now to discuss why he did this.  Governor, thanks so

6  much for coming on.  So this is kind of a big move it

7  seems like.  Why did you do it?

8      GOVERNOR DESANTIS:  Tucker, well, you've

9  documented the destruction that we've seen with these

10  Soros prosecutors around the country where they

11  basically take it upon themselves to determine which

12  laws should be followed and which laws should not be

13  followed.  And I can tell you in Florida's

14  Constitution, that Constitution vests the veto power

15  in the governor, not in the individual district

16  attorney or state attorney where they can pick and

17  choose.  So I asked my staff to review all state

18  attorneys in the state of Florida, I wanted to see

19  who was picking and choosing.  And this is the guy

20  that all the line prosecutors, all the law

21  enforcement said he thinks he can pick and choose

22  which laws.  And he actually signed letters saying he

23  wouldn't force laws against transgender surgeries for

24  minors, laws protecting the right to life, and then

25  he has all these policies in his agency that are

www.phippsreporting.com
(888) 811-3408

www.phippsreporting.com
(888) 811-3408

DEF 003801
DEX 25.003

Case 4:22-cv-00302-RH-MAF   Document 142-14   Filed 12/01/22   Page 4 of 9
Tucker Carlson with the Governor
October 07, 2022

Page 3

 1   called presumptive non-diminishment prosecution.  No.
 2   The law is presumptively enforced.  That's not
 3   something that's acceptable.
 4        So today we made the decision.  The jarring
 5   thing about it, though, Tucker, I had all these
 6   sheriffs from the area there, I had the former police
 7   chief in Tampa, there's a lot of line prosecutors in
 8   that office that are very happy that this was done.
 9   So we took it seriously, we did a thorough review,
10   and we pulled the trigger today.
11        MR. CARLSON:  I mean, it's so obviously
12   unconstitutional, legislature make the laws, judges
13   decide whether they're consistent with the
14   constitution.  Prosecutors have no role in that.
15   They don't have the legal right, the constitutional
16   right to selectively enforce the law, or am I missing
17   something?
18        GOVERNOR DESANTIS:  No, you're right.  Here is
19   what Soros is doing, it's actually smart on his part.
20   They can't get these things enacted in a legislature
21   where you're just going to let criminals run.  So
22   what they do, he will get involved in these Democrat
23   primaries in a Democrat area, he'll flush a million
24   dollars to get some radical to win the primary, then
25   they usually win the general because of the party

Page 4

1  affiliation and the jurisdiction.  So then you get
2  them in there, and what they do is they want to
3  change the criminal justice system through
4  non-diminishment enforcement.  So it's a total enrot
5  (ph.) around our constitutional system.
6        The results obviously have been destructive
7  around the country, but it also really undermines the
8  idea that ours is supposed to be a government of
9  laws, not a government of individual men.
10       MR. CARLSON:  Even if I agreed with the
11 results, I would hate it because it's a subversion of
12 democracy.  Finally someone is doing something more
13 than whine.  Thank you, Governor DeSantis, for coming
14 on tonight.  I appreciate it.
15       GOVERNOR DESANTIS:  Thanks, Tucker.
16       (Video has ended.)
17
18
19
20
21
22
23
24
25

www.phippsreporting.com
(888) 811-3408

www.phippsreporting.com
(888) 811-3408

DEF 003803
DEX 25.005

Case 4:22-cv-00302-RH-MAF Document 142-14 Filed 12/01/22 Page 6 of 9
Tuesday, October 7, 2022 the whole certification
October 07, 2022

Page 5

1  CERTIFICATE OF REPORTER
2
3
4  STATE OF FLORIDA  )
5  COUNTY OF BROWARD )
6
7
8  I, Shelby Rosenberg, Florida Professional Reporter,
9  certify that I was authorized to and did
10  stenographically transcribe the foregoing video
11  recording to the best of my ability and that the
12  transcript is a true and complete record of my
13  stenographic notes.
14
15     Dated this 7th of October, 2022.
16
17
18
19     _____
       Shelby Rosenberg, Florida Professional Reporter
20
21
22
23
24
25         **www.phippsreporting.com**
              **(888) 811-3408**

|  |  |  |  |
|---|---|---|---|
| **2** | **C** | 5:15 | 2:21 4:4 |
| **2022** | **called** | **decide** | **enrot** |
| 5:15 | 3:1 | 3:13 | 4:4 |
| **7** | **CARLSON** | **decision** |  |
| **7th** | 2:4 3:11 4:10 | 3:4 | **F** |
| 5:15 | **CERTIFICATE** | **democracy** | **Finally** |
|  | 5:1 | 4:12 | 4:12 |
| **A** | **certify** | **Democrat** | **Florida** |
| **ability** | 5:9 | 3:22,23 | 2:18 5:4,8,19 |
| 5:11 | **change** | **Desantis** | **Florida's** |
| **acceptable** | 4:3 | 2:4,8 3:18 | 2:13 |
| 3:3 | **chief** | 4:13,15 | **flush** |
| **affiliation** | 3:7 | **destruction** | 3:23 |
| 4:1 | **choose** | 2:9 | **force** |
| **agency** | 2:17,21 | **destructive** | 2:23 |
| 2:25 | **choosing** | 4:6 | **foregoing** |
| **agreed** | 2:19 | **determine** | 5:10 |
| 4:10 | **complete** | 2:11 |  |
| **area** | 5:12 | **discuss** | **G** |
| 3:6,23 | **consistent** | 2:5 | **general** |
| **attorney** | 3:13 | **district** | 3:25 |
| 2:16 | **constitution** | 2:15 | **government** |
| **attorneys** | 2:14 3:14 | **documented** | 4:8,9 |
| 2:18 | **constitutional** | 2:9 | **governor** |
| **authorized** | 3:15 4:5 | **dollars** | 2:4,5,8,15 |
| 5:9 | **country** | 3:24 | 3:18 4:13,15 |
|  | 2:10 4:7 |  | **guy** |
| **B** | **COUNTY** | **E** | 2:19 |
| **basically** | 5:5 | **enacted** |  |
| 2:11 | **criminal** | 3:20 | **H** |
| **big** | 4:3 | **ended** | **happy** |
| 2:6 | **criminals** | 4:16 | 3:8 |
| **BROWARD** | 3:21 | **enforce** | **hate** |
| 5:5 |  | 3:16 | 4:11 |
|  | **D** | **enforced** | **he'll** |
|  | **Dated** | 3:2 | 3:23 |
|  |  | **enforcement** |  |

www.phippsreporting.com
(888) 811-3408

DEF 003805

DEX 25.007

## I

**idea**
  4:8
**individual**
  2:15  4:9
**involved**
  3:22

## J

**jarring**
  3:4
**joins**
  2:4
**judges**
  3:12
**jurisdiction**
  4:1
**justice**
  4:3

## K

**kind**
  2:6

## L

**law**
  2:20  3:2,16
**laws**
  2:12,22,23,24
  3:12  4:9
**legal**
  3:15
**legislature**
  3:12,20
**letters**
  2:22
**life**
  2:24
**lot**
  3:7

## M

**made**
  3:4
**make**
  3:12
**men**
  4:9
**million**
  3:23
**minors**
  2:24
**missing**
  3:16
**move**
  2:6

## N

**non-diminishment**
  3:1  4:4
**notes**
  5:13

## O

**October**
  5:15
**office**
  3:8

## P

**part**
  3:19
**party**
  3:25
**ph**
  4:5
**pick**
  2:16,21
**picking**
  2:19
**police**
  3:6
**policies**
  2:25
**power**
  2:14
**presumptive**
  3:1
**presumptively**
  3:2
**primaries**
  3:23
**primary**
  3:24
**proceedings**
  2:2
**Professional**
  5:8,19
**prosecution**
  3:1
**prosecutors**
  2:10,20  3:7,14
**protecting**
  2:24
**pulled**
  3:10

## R

**radical**
  3:24
**record**
  5:12
**recording**
  2:3  5:11
**Reporter**
  5:1,8,19
**results**
  4:6,11
**review**
  2:17  3:9
**role**
  3:14
**Rosenberg**
  5:8,19
**run**
  3:21

## S

**selectively**
  3:16
**Shelby**
  5:8,19
**sheriffs**
  3:6
**signed**
  2:22
**smart**
  3:19
**Soros**
  2:10  3:19

www.phippsreporting.com
(888) 811-3408

www.phippsreporting.com
(888) 811-3408

DEF 003806
DEX 25.008

**staff**
  2:17
**state**
  2:16,17,18
  5:4
**stenographic**
  5:13
**stenographically**
  5:10
**subversion**
  4:11
**supposed**
  4:8
**surgeries**
  2:23
**system**
  4:3,5

---

**T**

---

**Tampa**
  3:7
**thing**
  3:5
**things**
  3:20
**thinks**
  2:21
**today**
  3:4,10
**tonight**
  4:14
**total**
  4:4
**transcribe**
  5:10
**transcribed**
  2:2
**transcript**
  5:12
**transgender**
  2:23
**trigger**
  3:10
**true**
  5:12
**Tucker**
  2:8  3:5  4:15

---

**U**

---

**unconstitutional**
  3:12
**undermines**
  4:7

---

**V**

---

**vests**
  2:14
**veto**
  2:14
**video**
  2:2  4:16  5:10

---

**W**

---

**wanted**
  2:18
**whine**
  4:13
**win**
  3:24,25

DEF 003807
DEX 25.009