# DEX 26

**NATIVE VIDEO FILE**
**PLEASE REFER TO ACCOMPANYING FLASH DRIVE**

26 - The Gubernatorial Debate between Governor Ron DeSantis and Congressman Charlie Christ which was on October 24 2022.mp4

**DEFENDANT EX 26**

DEX 26.001