| | |
|---|---|
| From: | Kamm, Grayson C. [Kamm_G@sao13th.com] |
| Sent: | 10/13/2020 3:47:31 PM |
| To: | !Executive Committee [ExecutiveCommittee@SAO13th.com] |
| Subject: | Action Steps - press release and version to be posted on our website |
| Attachments: | Action Steps for web posting v4.docx; Press Release - Action Steps v5.docx |

Hello all – Attached are the draft press release, which I'm planning to send out very early Thursday morning, and the longer descriptions we're planning to post on our website around that same time.

These are the Community Action Proposals, but since they'll no longer be proposals when we enact them, we're calling them our Action Steps for Fairness & Engagement (Action Steps for short), but we may tweak that in the future.

All feedback is welcome!

 - Grayson

**Grayson Kamm**
Chief Communications Officer



@SAO13th | Facebook | Twitter | YouTube

DEFENDANT EX 33
CTRL00006327
DEX 33.001



# Action Steps for Fairness & Engagement

In response to the senseless murder of George Floyd, the State Attorney's Office continues to reach out and listen to community members calling for change and reform. Prosecutors have unique responsibilities and can actively help build a more fair and equitable criminal justice system. We have listened as our community has called out for progress. We have analyzed our own role in delivering sensible reforms. We recognize that only in partnership with our community are we able to build a strong system of criminal justice that prioritizes public safety and fairness.

To that end, our Office is partnering with a wide range of grassroots organizations and community leaders to create new initiatives that address issues of racial injustice as part of our mission of building a safer community while promoting justice and fairness for everyone.

<u>Race and Prosecution Work Group</u>

Our Office will convene a working group to study race and criminal prosecution in Hillsborough County. This group will be composed of a small group of Assistant State Attorneys and community members who represent the rich diversity of Hillsborough's Black community. Working with various community organizations, State Attorney Warren will identify leaders in our community who have shown a commitment to criminal justice issues and civic engagement, and a firm resolve to make positive change. The goal of the group will be to identify important community issues pertaining to racial injustice and develop consistent case-by-case decisions that address these inequities. The group will study criminal justice data, examine actual cases, and develop meaningful policy recommendations for turning ideas into action. Additionally, the group will expand upon our existing efforts to decriminalize poverty, address bail reform, and expand effective diversion programs that steer people away from the criminal justice system.

<u>Use of Deadly Force Review</u>

Our prosecutors review every law enforcement and civilian use of deadly force incident to determine whether the actions taken were permissible within the bounds of the law. This role provides an important check and balance in our criminal justice system that ensures no person is beyond the reach of the law, even those who enforce it. Our Office will continue to update the community regarding our review, analysis, and findings for use of deadly force incidents in response to inquiries from community groups and the media. Specifically, our Office will provide a detailed report of each review on the SAO website

within approximately one week of our decision. This report will include an initial release of video, photos, and documents related to the case. Further, State Attorney Warren will hold quarterly meetings with the public to address questions regarding these cases and other important issues. Providing this information for review and discussion will help our community gain a better understanding of what takes place in such an incident, the legal limits of using deadly force, and promote a greater level of transparency.

Additionally, our Office will present the findings of any incident involving the use of deadly force by law enforcement to the Race and Prosecution Work Group and keep the group informed during the pendency of any such investigation. State Attorney Warren will also update the Hillsborough NAACP President regarding these investigations during their monthly meetings.

Community Engagement

The discretion that squarely rests with prosecutors must have at its center an understanding of the community we serve. Going forward, our Office will encourage prosecutors to participate in community groups and events on a continuous and ongoing basis. Community involvement will be evaluated as a regular part of a prosecutor's performance review and promotion eligibility. Whether it is neighborhood associations, the ACLU, the NAACP, Metropolitan Ministries, Realtor associations, Equality Florida, chambers of commerce, or any of the dedicated civic groups in our community, the goal of this participation is to better connect our team with our community.

Additionally, State Attorney Warren will continue to meet regularly with community leaders, including monthly meetings with the NAACP President and quarterly meetings with members of the clergy, leaders of grass-roots organizations, and the community at large.

Recruitment of Minority Prosecutors

It is critical that our Office's prosecutors reflect the community in which we live and serve. To maximize the recruitment and retention of minority prosecutors, our Office is taking two additional steps beyond its current efforts to increase diversity among prosecutors:

1) For two years, our Office has supported prosecutors who wish to participate in the National Black Prosecutors Association. This organization is the only professional membership organization dedicated to the advancement of Black prosecutors. We will formalize our Office's investment and participation on an annual basis to enhance the professional development of our prosecutors.
2) Our Office will work to establish partnerships with historically Black law schools, including Florida A&M University College of Law and Howard University School of Law.

Better Sentencing Analysis

Criminal prosecution that ends in two people charged with the same crime and with similar criminal histories receiving vastly different plea offers or sentences destroys the equality and fairness central to an effective criminal justice system. To that end, our Office will

increase existing efforts to study and analyze fairness in sentencing. We will examine the role sentencing guidelines have in prosecutorial discretion. We will dedicate resources to providing better tools for our prosecutors to ensure fairness in their evaluations of potential criminal sanctions.

George Floyd's murder and the national discussion that has ensued cast a spotlight on racial injustice and systemic issues within the criminal justice arena. As prosecutors, we believe this moment represents a chance for government institutions and our community to increase our recognition of systemic racism and develop meaningful partnerships. While there is no single proposal to instantly solve these challenges, we are committed to taking necessary steps to walk further down the path towards equality and a better, stronger community.

CTRL00006327.0001
DEX 33.004



**FOR IMMEDIATE RELEASE**

**EDITORS: Video and photos of State Attorney's Office community engagement and State Attorney Warren in court are available at this link:** [ HYPERLINK "https://1drv.ms/u/s!AjMl2DqAimg9gsxGFkmp2E9Qm86f3g?e=gSaEg8" ]

**MEDIA CONTACT: Grayson Kamm, Chief Communications Officer, Hillsborough State Attorney's Office – 813-557-3366 – kamm_g@sao13th.com**

# State Attorney's Office Announces Action Steps Toward Racial Justice

TAMPA, FL (October 15, 2020) – Today, Hillsborough State Attorney Andrew Warren is announcing a series of Action Steps developed in collaboration with a wide range of grass-roots organizations and leaders from the Black community, including the Hillsborough County Branch of the NAACP, to address racial injustice, increase transparency, and pursue greater equality in our criminal justice system.

"We've been listening to the voices in our community calling out for change, and we've been meeting with people from every part of Hillsborough County to shape our next steps. We're taking action on several of these ideas, and there will be more to come in the future," State Attorney Warren said.

"I remain committed to shaping a 21st Century prosecutor's office—one that tackles racial disparities, engages with the community, and builds trust through transparency. We've done a lot in the past three-and-a-half years to move in the right direction, with smart reforms that make our community more safe and our justice system more fair, but we know we have more to accomplish."

The Action Steps for Fairness & Engagement announced Thursday include:

**Race and Prosecution Work Group**
Creating a focused working group with representatives from the community and State Attorney's Office to identify important community issues related to racial injustice and develop consistent responses to address them.

**Use of Deadly Force Review**
Expanding outreach efforts to reach more groups and provide more clarity each time the State Attorney's Office reviews whether criminal charges are appropriate in a case involving the use of deadly force by police or civilians.

**Community Engagement**

Growing community connections by encouraging staff engagement and considering community involvement in staff evaluations and promotions. State Attorney Warren will continue monthly and quarterly meetings with community groups, including the Hillsborough Branch of the NAACP, faith leaders, and the public at large.

**Minority Prosecutor Recruitment**
Taking additional steps to recruit a staff that reflects our community by formalizing our ongoing support of the National Black Prosecutors Association and establishing partnerships with law schools at Historically Black Colleges and Universities.

**Better Sentencing Analysis**
Investing in tools and research to evaluate sentences and plea arrangements, aiming to ensure that people with similar crimes and similar criminal histories are not receiving vastly different consequences.

"I see an effort by our State Attorney, Andrew Warren, to bring equal justice to our Black community. These reforms will hopefully bring more transparency and allow input from our community," NAACP Hillsborough County Branch President Yvette Lewis said.

[Quote from partner 2]

**Members of the public can share potential topics for the Race and Prosecution Work Group to address on the State Attorney's Office website at** [ HYPERLINK "https://sao13th.com" \h ]**. The website also gives more specific details on each element of the Action Steps outlined above.**

**EDITORS: State Attorney Warren and community partners will be available for interviews this morning—to coordinate, contact Grayson Kamm, Chief Communications Officer, at 813-557-3366 or kamm_g@sao13th.com.**

###

CTRL00006327.0002
DEX 33.006