| | |
|---|---|
| From: | Mikayla Hellwich [mikayla@lawenforcementaction.org] |
| Sent: | 3/24/2021 8:43:20 PM |
| To: | Kamm, Grayson C. [Kamm_G@sao13th.com] |
| Subject: | Re: Opposition to HB 1 Press Conference - Modifying Plans |

Thank you!

On Wed, Mar 24, 2021 at 8:41 PM Kamm, Grayson C. <Kamm_G@sao13th.com> wrote:
OK, we are organized and ready to go tomorrow! The Zoom information is below. We are planning to hold the regional events in this order:

**Northeast Florida at 10:00**
**Central Florida at 10:30**
**South Florida at 11:00**

You and I had discussed having the sheriff with us for the Northeast Florida event but, sincerely, State Attorney Warren and I would love to have the sheriff's perspective at all three events if he can spare the time. Each media briefing is going to reach a different audience in Florida, with reporters who know their communities.

Along with State Attorney Warren, Former Florida Supreme Court Justice Peggy Quince will be the third voice in these press briefings, so we are really going to bring great perspective. This is a new way to connect with the public on this important issue, and we would really value having the sheriff with us for all three if he is able to join us.

Once again, thank you so much and please let me know if you have any questions!
  - Grayson

SAO13 Communications is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/89963800489

Meeting ID: 899 6380 0489


Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

---

**From:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Sent:** Wednesday, March 24, 2021 10:23:58 AM
**To:** Mikayla Hellwich <mikayla@lawenforcementaction.org>

**Subject:** Re: Opposition to HB 1 Press Conference - Modifying Plans

DEFENDANT EX
34

CTRL00006045
DEX 34.001

That's excellent news! Thank you so much. I believe our ideal times, in the "sweet spot" for news coverage, would be between 10 and 11:30. I'm just checking with a few more partners before we lock everything in.

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Mikayla Hellwich <mikayla@lawenforcementaction.org>
**Sent:** Wednesday, March 24, 2021 10:20:09 AM
**To:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Subject:** Re: Opposition to HB 1 Press Conference - Modifying Plans

Manfre is available tomorrow.

On Wed, Mar 24, 2021, 9:48 AM Mikayla Hellwich <mikayla@lawenforcementaction.org> wrote:
Thanks for the detailed update! I'm checking with Manfre now.

On Wed, Mar 24, 2021, 9:09 AM Kamm, Grayson C. <Kamm_G@sao13th.com> wrote:
Good morning, Mikayla –

State Attorney Warren and I are so appreciative of your help speaking out against House Bill 1. As you know, the situation is very dynamic in Tallahassee. With that in mind, we are adjusting our plans to make sure we are as effective as possible.

Instead of doing our regional virtual press conference today as originally planned, we are moving it to tomorrow morning. We have been very thankful to have Sheriff Manfre's voice planned to be part of that event. Andrew and I are hoping he is still able to participate when we do it tomorrow.

I'd like to ask what Sheriff Manfre's availability is between 9 a.m. and noon Thursday so we can schedule the virtual press conference at a time that works best.

Once again, we are very thankful for your time and support on this important issue.

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Sent:** Tuesday, March 23, 2021 11:37:08 PM
**To:** Mikayla Hellwich <mikayla@lawenforcementaction.org>
**Subject:** Re: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Hi Mikayla – I'm getting feedback from reporters that Thursday is really our best opportunity for coverage. Since they are really our target audience to get the word out, I think it's smart to follow their lead.

CTRL00006045
DEX 34.002

I'd love to have the sheriff join us for a regional virtual press event on Thursday—effectively the same format, likely about two hours earlier in the day—when I think we have our best chance of getting the word out. I'll plan to reconnect with you in the morning about timing.

Again, I really appreciate your flexibility! Obviously, things are very dynamic in Tallahassee, and I think we all want to surf the waves as best we can so we can reach the right people with our message.

Thank you again,
 - Grayson

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Sent:** Tuesday, March 23, 2021 8:12:56 PM
**To:** Mikayla Hellwich <mikayla@lawenforcementaction.org>
**Subject:** Re: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Yes, that's correct. Because we believe getting statewide reporters in Tallahassee to follow the story tomorrow will be a major challenge, we are going to focus our efforts on local reporters in specific markets in Florida, in particular the Northeast Florida market.

Our plan would be to have State Attorney Warren welcome everyone and speak for three or four minutes to lay out the concerns from a prosecutor's perspective, and then we would introduce the sheriff and ask him to share his concerns from his law enforcement point of view. Our request would be for the sheriff to speak for 3 to 5 minutes, but he could certainly speak for just 2 minutes if that's his preference.

We will also likely have one additional guest, either from the League of Women Voters or former ambassador Nancy Soderberg, who will their perspective. Then we will open the floor to reporters to ask questions. State Attorney Warren has studied the issues around the bill pretty extensively, so he can definitely jump in and answer any question that may be super detailed or not something the sheriff is prepared to answer.

Thank you,
 - Grayson

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Mikayla Hellwich <mikayla@lawenforcementaction.org>
**Sent:** Tuesday, March 23, 2021 7:42:14 PM
**To:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Subject:** Re: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Thanks, Grayson. To clarify, you'd like to confirm Sheriff Manfre is free at 1215pm tomorrow for a regional press conference because the budget is going to suck up all the air in the room? And you might pull the plug tomorrow morning depending on how things are looking?

If things do go forward, would he be speaking at 1215pm or are other folks speaking first? How long does he have to speak, and will he be expected to answer any questions?

Thank you!


Mikayla Hellwich
Media Relations & Speakers Bureau Director
The Law Enforcement Action Partnership
240.461.3066



On Tue, Mar 23, 2021 7:25 PM, Kamm, Grayson C. Kamm_G@sao13th.com wrote:
Hi Mikayla – thank you again for your support for this effort. As you saw in my other email, the morning Tallahassee event is so likely to be drowned out by other news that we are looking to focus on the regional events. It would be incredibly valuable to have Sheriff Manfre join us for our 12:15 Northeast Florida event.

As I said in my other email, we are still planning to hold that regional event and focus on the press in that area. We are going to do some assessing and make sure Wednesday is still the best day, but I would love to line everything up as though we are a "go" for Wednesday and then make the call in the next few hours or first thing tomorrow morning.

Thank you so much,
 - Grayson

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Sent:** Tuesday, March 23, 2021 7:17 PM
**To:** Kara Gross; Mikayla Hellwich; Casey Bruce
**Cc:** Gaby Guadalupe; Warren, Andrew H.; Kirk Bailey
**Subject:** Re: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Hello everyone – Well, a lot can change during the drive from Tampa to Tallahassee. I learned a short time ago that the House and Senate are planning to publish their proposed budgets tomorrow, with tens of millions of dollars in cuts.

I checked with some of my press contacts who would normally be potentially covering what we are doing tomorrow—and they are 100% going to be busy with budget all day long. Basically, the budget is taking up all the air in the room tomorrow. With that in mind, we believe the smart move is to cancel our plans for tomorrow morning in Tallahassee. I know there will be other opportunities as this bill moves forward to have our voices heard, and I think we should keep them at the ready for those better opportunities.

We have also been looking at doing a trio of regional virtual press availabilities around midday tomorrow as follow-ups to our Tallahassee event. The voices you all share are so valuable in this conversation, so it may be prudent to look at seeing whether some of you may be available to join us for some of those regional events. They are currently slated to be in the 12:00–2:00 timeframe tomorrow.

As it currently stands, we are still aiming to keep those events on the calendar for tomorrow—but I'm going to step back for a short time, get a feel for the lay of the land, and then make the call on whether we stick with the regional events for tomorrow or look at moving them to Thursday.

I know it's a lot of flux and changes, but I want to read the room and make sure we are in the right place at the right time to have our message heard.

Thank you all again for your collaboration on this and I will keep you updated,
 - Grayson

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

---

**From:** Kara Gross <KGross@aclufl.org>
**Sent:** Tuesday, March 23, 2021 6:22:27 PM
**To:** Mikayla Hellwich <mikayla@lawenforcementaction.org>; Casey Bruce <cbruce@aclufl.org>
**Cc:** Kamm, Grayson C. <Kamm_G@sao13th.com>; Gaby Guadalupe <GGuadalupe@aclufl.org>; Warren, Andrew H. <Warren_A@SAO13th.com>; Kirk Bailey <KBailey@aclufl.org>
**Subject:** RE: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Hi Mikayla,

Thank you so much - I've asked Grayson to update us on the logistics. I'm sure they are trying to figure them all out now as we speak. The latest that I know is that State Attorney Warren will be appearing in-person at 10ish with League of Women voters and perhaps a local elected official (possibly Mayor Dailey, who recently published an op-ed in opposition), and then at 10:30 the virtual portion will begin, which will consist of Sheriff Manfre, State Attorney Warren and myself. My understanding is that the virtual portion will include statewide press, while the in person part will be geared toward Capitol Press.

Grayson, please clarify/correct anything above.

CTRL00006045
DEX 34.005

Thank you so much!

Kara

**Kara Gross | Legislative Director & Senior Policy Counsel**
American Civil Liberties Union of Florida
Direct 786.363.4436 | kgross@aclufl.org | www.aclufl.org

Pronouns: she, her, hers

**From:** Mikayla Hellwich <mikayla@lawenforcementaction.org>
**Sent:** Tuesday, March 23, 2021 6:06 PM
**To:** Casey Bruce <cbruce@aclufl.org>
**Cc:** Kara Gross <KGross@aclufl.org>; Kamm, Grayson C. <Kamm_G@sao13th.com>; Gaby Guadalupe <GGuadalupe@aclufl.org>; Warren, Andrew H. <Warren_A@sao13th.com>; Kirk Bailey <KBailey@aclufl.org>
**Subject:** Re: Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Thanks, Kara! Any word on details for tomorrow morning? The sheriff and I have some logistical questions.

Mikayla Hellwich
Media Relations & Speakers Bureau Director
The Law Enforcement Action Partnership
240.461.3066

On Tue, Mar 23, 2021 2:51 PM, Casey Bruce cbruce@aclufl.org wrote:

Hi everyone,

We are happy to help however we can! Feel free to let us know if we can do anything to to help pull this together.

Thanks so much,

Casey

**Casey Bruce-White**
Pronouns: she, her, hers

Director of Communications
ACLU Foundation of Florida
4343 W. Flagler St. Suite 400 Miami, FL 33134
786.363.2722 | cbruce@aclufl.org

CTRL00006045
DEX 34.006

aclufl.org

---

**From:** Kara Gross <KGross@aclufl.org>
**Sent:** Tuesday, March 23, 2021 11:37 AM
**To:** Mikayla Hellwich <mikayla@lawenforcementaction.org>; Casey Bruce <cbruce@aclufl.org>; Kamm, Grayson C. <Kamm_G@sao13th.com>; Gaby Guadalupe <GGuadalupe@aclufl.org>
**Cc:** Warren, Andrew H. <Warren_A@SAO13th.com>; Kara Gross <KGross@aclufl.org>; Kirk Bailey <KBailey@aclufl.org>
**Subject:** Hybrid Press Conference in Opposition to HB 1/SB 484 - Virtual starting at 10:30

Hi everyone,

I know we've all been communicating on different threads, and wanted to put us all together to discuss the press conference that State Attorney Warren is organizing. We are thrilled to be able to come together to work to defeat this horrible bill and so grateful for all that State Attorney Warren and Sheriff Manfre and the Law Enforcement Action Partnership are doing to protect peaceful protesters and our First Amendment rights.

I'm sharing the fabulous opposition from each of us in case everyone hasn't seen it, my understanding is that LWV is joining the virtual part of the press conference and have included a link to their op-ed as well: https://www.orlandosentinel.com/opinion/guest-commentary/os-op-officer-opposes-hb1-anti-protest-20210322-pdyaj6ghhzaenavfv4aw43xs5i-story.html; https://www.sun-sentinel.com/opinion/commentary/fl-op-com-desantis-anti-protest-bill-prosecutor-20210210-6n44w542xrdrlh6ujc67edille-story.html; League of Women Voters & Justice Quince: Legislature's anti-protest bill is anti-American

Thank you again!
Kara

**Kara Gross | Legislative Director & Senior Policy Counsel**
American Civil Liberties Union of Florida
Direct 786.363.4436 | kgross@aclufl.org | www.aclufl.org
Pronouns: she, her, hers

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited.

Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

Confidentiality Notice: This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this communication, in whole or in part, is strictly prohibited. Please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy. This communication does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties.

--
Mikayla Hellwich
Speakers Bureau & Media Relations Director
The Law Enforcement Action Partnership
240.461.3066