| | |
|---|---|
| **From:** | Kamm, Grayson C. [Kamm_G@sao13th.com] |
| **Sent:** | 3/24/2021 8:57:21 AM |
| **To:** | steve@gellerlawfirm.com |
| **CC:** | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Subject:** | Opposition to House Bill 1 Press Conferences – Modifying Plans |

Hello Mayor Geller –

State Attorney Warren and I are very appreciative of your help speaking out against House Bill 1. As you know, the situation is very dynamic in Tallahassee. We've now learned that the Senate is publishing its proposed state budget today, and reporters are telling me that HB 1 simply would not get any news coverage today because the budget will take all their time and attention.

With that in mind, we are adjusting our plans to make sure we are as effective as possible. Instead of doing our regional virtual press conference today as originally planned, we are moving it to tomorrow morning. We have been very thankful to have your voice planned to be part of this event. Andrew and I are hoping you are still able to participate when we do it tomorrow.

I'd like to ask what your availability is between 9 a.m. and noon Thursday so we can schedule the virtual press conference at a time that works best.

Once again, we are very thankful for your time and support on this important issue.

  - Grayson


Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Kamm, Grayson C.
**Sent:** Tuesday, March 23, 2021 12:38:49 PM
**To:** steve@gellerlawfirm.com <steve@gellerlawfirm.com>
**Cc:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Subject:** Opposition to House Bill 1

Hello Mayor Geller – Thank you for your support on this important issue.

State Attorney Warren asked me to pass along a few items that lay out the key arguments against House Bill 1. The links below lead to op-eds that cover the pivotal points about the bill; I've also attached a full bill analysis by the ACLU to this email. Below the op-ed links, I've also pasted the press release that accompanied our media coverage in the Tampa Bay market two weeks ago when State Attorney Warren sent this letter to the members of the Legislature explaining why he's so concerned about the bill.

We're planning our virtual South Florida-focused press conference for 12:45 p.m. tomorrow. I know that sounds like a slightly odd time, but that time allows former Florida Supreme Court Justice Peggy Quince to join us for part of the event and add her valuable perspective. We can continue to connect as we get closer to the press conference tomorrow, and I will send you Zoom information well in advance. Thank you again, - Grayson

DEFENDANT EX 35   CTRL00006055   DEX 35.001

**Prosecutor's perspective:**
https://www.sun-sentinel.com/opinion/commentary/fl-op-com-desantis-anti-protest-bill-prosecutor-20210210-6n44w542xrdrlh6ujc67edille-story.html;

**Mayor's perspective:**
https://floridapolitics.com/archives/413678-john-dailey-hb-1-is-bad-for-tallahassee-florida

**Police officer's perspective:**
https://www.orlandosentinel.com/opinion/guest-commentary/os-op-officer-opposes-hb1-anti-protest-20210322-pdyaj6ghhzaenavfv4aw43xs5i-story.html;

**Former FL Supreme Court justice's perspective:**
League of Women Voters & Justice Quince: Legislature's anti-protest bill is anti-American



Andrew H. Warren
Office of the State Attorney
13th Judicial Circuit

**FOR IMMEDIATE RELEASE**

# State Attorney: Legislature's #1 Priority 'Tears a Couple Corners Off the Constitution' and Doesn't Help Prosecutors

TAMPA, FL (March 10, 2021) – As lawmakers sit down to debate Gov. Ron DeSantis' #1 legislative priority on Wednesday, Hillsborough State Attorney Andrew Warren is urging them to reject the bill in a letter just delivered to members of the Legislature.

Warren warns that the "Combating Violence, Disorder, and Looting and Law Enforcement Protection Act" does not actually help State Attorneys prosecute rioters, and instead chips away at the key First Amendment freedoms of free speech and peaceful assembly.

The Florida House's Judiciary Committee is set to debate the bill, known as HB 1 and SB 484, at 3:15 p.m. today.

"This bill doesn't give police or prosecutors any important new tools to handle unrest. It tears a couple corners off the Constitution," Warren said, describing why he felt compelled to address the issue with the members of the Legislature. "It's misguided. The public needs to understand this is a waste of valuable time and taxpayer money to keep pushing this bad bill forward."

In the letter, Warren urges legislators to vote no on the bill because it:

**Blocks First Amendment rights**
   The bill dramatically expands the ways Constitutionally protected protestors can be arrested and charged as a felon. This change "directly undermines First Amendment freedoms by criminalizing peaceful protests by the many based on unlawful conduct by the few.

**Doesn't improve public safety**
Even though "inventing new crimes and enhancing the penalties for old ones is a highly ineffective and imprudent way to improve public safety," that's exactly what the bill does—despite the fact that existing laws are already

powerful enough to limit unrest. For example, the Hillsborough State Attorney's Office is currently prosecuting those responsible for looting and rioting in Tampa using laws currently on the books.

**Ignores the biggest problem**
The bill doesn't help police and prosecutors deal with their single biggest challenge related to unlawful unrest: "being able to identify the small number of bad actors in a larger law-abiding group and determine who did what."

Warren contends that the bill "retreats to the outdated 'throw-everyone-in-jail' philosophy that has been revealed as a giant failure—having caused mass incarceration and systemic injustice while perpetuating a revolving door system that undermines the long-term safety of our neighborhoods."

Wednesday's letter to legislators follows an op-ed by State Attorney Warren published in the South Florida Sun Sentinel last month, in which he expressed disappointment in Legislative leaders for prioritizing a "solution in search of a problem" rather than addressing the economic, educational, and health care needs of Floridians.

"These are difficult times with difficult problems facing hard-working, patriotic Floridians," Warren wrote in the op-ed. "They deserve real solutions to actual issues, not political theater. If our elected leaders focused on what Floridians really need—steps to create jobs, fix the unemployment system, and effectively roll out vaccines—they would do far more to strengthen our communities than this bad bill ever will."

**Grayson Kamm**
Chief Communications Officer



Andrew H. Warren
Office of the State Attorney
13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

CTRL00006055
DEX 35.003