| | |
|---|---|
| **From:** | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Sent:** | 8/12/2021 12:04:45 PM |
| **To:** | Ben Tyler [bentyler@floridadems.org]; Jose Parra [jose@floridadems.org] |
| **CC:** | Kamm, Grayson C. [Kamm_G@sao13th.com]; Marcus Dixon [marcus@floridadems.org]; Maurizio Passariello [maurizio@floridadems.org]; Weisman, Gary S. [Weisman_G@SAO13th.com] |
| **Subject:** | RE: Work Group discussion |
| **Attachments:** | Smart Justice Task Force Proposal v3 08-12-21.docx |

Here's the revised proposal to walk through at 1230. It's short, but there's no need to review it in advance.

**From:** Ben Tyler <bentyler@floridadems.org>
**Sent:** Tuesday, August 10, 2021 3:47 PM
**To:** Jose Parra <jose@floridadems.org>
**Cc:** Warren, Andrew H. <Warren_A@SAO13th.com>; Kamm, Grayson C. <Kamm_G@sao13th.com>; Marcus Dixon <marcus@floridadems.org>; Maurizio Passariello <maurizio@floridadems.org>
**Subject:** Re: Work Group discussion

Thursday at 12:30 works great for me as well! I'll circulate an invite.

On Tue, Aug 10, 2021 at 3:44 PM Jose Parra <jose@floridadems.org> wrote:

> Thursday 12:30 sounds great. I'm out on Friday.
>
> Sent from my iPhone
>
> On Aug 10, 2021, at 2:40 PM, Warren, Andrew H. <Warren_A@sao13th.com> wrote:
>
> Ben,
>
> Thanks so much to you and your team for putting this together. We have some suggested tweaks to the timeline and want to discuss the implementation plan as well. Can we jump on a short call later this week? We will send you something in advance so you have our thoughts on paper. I can talk Thursday from 10-12 or 12:30-2, or Friday from 2-3.

**From:** Ben Tyler <bentyler@floridadems.org>
**Sent:** Friday, August 06, 2021 3:15 PM
**To:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Cc:** jose@floridadems.org; Warren, Andrew H. <Warren_A@SAO13th.com>; marcus@floridadems.org; Maurizio Passariello <maurizio@floridadems.org>
**Subject:** Re: Work Group discussion

All,

So sorry for the delay on this.

Attached please find a revised Press Release and a FAQ document that answers key questions that are likely to be raised.

DEFENDANT EX 36

CTRL00011414
DEX 36.001

We are in the process of reaching out and confirming with law enforcement from Orlando, Miami Gardens, North Miami, Alachua, and Orange to be present at the roll out. We'll keep you posted on their availability and any confirmations.

Please let me know if this raises any additional questions and when you plan to have the plan critiqued.

Thanks,

Ben

On Tue, Jul 27, 2021 at 3:27 PM Kamm, Grayson C. <Kamm_G@sao13th.com> wrote:

> Great, thank you. We don't have the time set up yet for when we will have it critiqued, but we'll let you know when we have it lined up.
>
>  - Grayson
>
> **Grayson Kamm**
> Chief Communications Officer
>
> <image001.png>
>
> @SAO13th | Facebook | Twitter | YouTube
>
> ---
>
> **From:** Ben Tyler <bentyler@floridadems.org>
> **Sent:** Monday, July 26, 2021 2:57 PM
> **To:** Kamm, Grayson C. <Kamm_G@sao13th.com>
> **Cc:** jose@floridadems.org; Warren, Andrew H. <Warren_A@SAO13th.com>; marcus@floridadems.org; Maurizio Passariello <maurizio@floridadems.org>
> **Subject:** Re: Work Group discussion
>
> Thanks, Grayson! Looping in Maurizio who will be assisting from Comms.
>
> - I really like the Smart Justice Task Force name and welcome Jose and/or Maurizio's thoughts.
> - We will work on the additions to the release and putting together a Q&A.
> - I'd love to join you for the critique. Do you have an idea of when it will take place?
>
> Thanks again!
>
> Ben

On Mon, Jul 26, 2021 at 12:36 PM Kamm, Grayson C. <Kamm_G@sao13th.com> wrote:

Hi all –

Thank you so much for your time and insight on our call last week. After talking with Andrew, I wanted to share a few items for discussion:

- We think name we initially put forward is too long and difficult to use or remember. Even members of the group would struggle to recall its name. Instead, we're thinking of Smart Justice Task Force or perhaps Safety & Justice Work Group.
- We should consider adding three bullet points to the press release and our remarks to make it very clear what we're working on. Along the lines of:
  - Three areas of focus will be to:
    - Reduce crime by tackling the root causes of criminal behavior
    - Prioritize prosecuting the greatest threats to communities, with alternatives for low-level offenders
    - Build stronger bonds between law enforcement and the communities they serve
- We suggest we prepare a written Q&A with answers to common questions and any critical questions we expect to be asked; this will prepare anyone who supports the effort to speak knowledgably about it.
- We intend to have a critic tear into this proposal, aiming to point out any flaws; you're welcome to join us for that—if not, we'll give you the feedback we get.

Thanks in advance for your thoughts on these items.

 - Grayson


**Grayson Kamm**
Chief Communications Officer

<image001.png>

@SAO13th | Facebook | Twitter | YouTube


*For voter assistance, call the Voter Protection Hotline:*
*(833) VOTE-FLA or (833) 868-3352*

*For voter assistance, call the Voter Protection Hotline:*
*(833) VOTE-FLA or (833) 868-3352*

*For voter assistance, call the Voter Protection Hotline:*

*(833) VOTE-FLA or (833) 868-3352*

*(833) VOTE-FLA or (833) 868-3352*

## Smart Justice Task Force

Goals

1) Meet with local community leaders (elected and un-elected) from around the state to discuss and identify practical solutions for criminal justice and police reform
2) Develop and encourage adoption of model ordinances and policies for cities and counties regarding criminal justice and police reform
3) Introduce legislation for 2023 session based on practical solutions for criminal justice and police reform
4) Educate local, state, and federal candidates in Florida regarding criminal justice reform—working with FDP Board, Municipal Victory, House/Senate Victory

Task Force Composition

- Four to five members, including Chair
- Chair: State Attorney Andrew Warren
- Candidates for members: current municipal official (mayor, city council, or county commissioner); current or former police chief or sheriff; community-based organization leader
- Task force should have racial, gender, and geographic diversity

Suggested Policy Topics

- Police reform and accountability, e.g., traffic stops, use of deadly force, training
- Decriminalizing poverty, e.g., bail reform, arrest and prosecution of driver's license suspensions
- Efficient use of criminal justice resources, e.g., sentencing reform, re-entry programs
- Crime-specific public safety policies, e.g., disarming domestic abusers, DUI enhanced-sanction program

Timeline

- Early September 2021: FDP announces Smart Justice Task Force and Chair
- September 2021: FDP develops poll to ask voters their thoughts on criminal justice; poll conducted in fall 2021
- September 2021: FDP identifies remaining Task Force members
- By October 1: FDP announces remaining members in one announcement
- October-December 2021: Task Force meets internally to establish pillars/main topics that will be the focus of the work
- January-June 2022: Task Force meets with community leaders around Florida to develop proposals that address the pillars and share ongoing progress updates with the groups
  - Time meetings to coincide with large group meetings such as DECs (see details below)
    - Schedule additional meetings with grassroots groups such as Florida Rising and ACLU and individuals such as local law enforcement and elected leaders around main meetings
- Summer 2022: Task Force reports to public with recommendations
- July-October 2022: Identify/contact potential bill sponsors and draft legislation for 2023 session

## Smart Justice Task Force

<u>FDP Support</u>

- FDP's support is crucial for this effort's success—specific areas we anticipate:
    - Announcement press support
    - Poll on criminal justice issues
    - Identifying and securing Task Force members
    - Arranging time at some of the regional large group meetings
    - Financial costs for travel and lodging
    - Social media support to amplify key moments like the regional meetings

<u>Potential Meetings</u>

- Will add potential meeting dates here