| | |
|---|---|
| **From:** | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Sent:** | 11/15/2021 10:37:42 AM |
| **To:** | Kamm, Grayson C. [Kamm_G@sao13th.com] |
| **Subject:** | Safety & Justice Task Force |
| **Attachments:** | SJTF Overview.pdf |

I want to welcome everyone to the Safety & Justice Task Force. I'm really excited to work with each of you. It's been fun (although a bit exhausting) talking to dozens of criminal justice experts around the state over the past month, and I'm ready to get started. As we've discussed, the primary goal of the SJTF is to meet with local community leaders around the state to identify common sense solutions to improve criminal justice. Attached is an overview of the Task Force that spells out some specific goals and a general timeline. Our objective for the rest of the year is to plan for the 2022 meetings – the where, when, what, who, and how. I know Thanksgiving is around the corner, so let's find 30 mins for a Zoom next week so we can get things rolling.

We are announcing the Task Force members this week – either tomorrow or Wednesday. My communications director Grayson Kamm (cc'd) is assisting with that.

Here are bios for each of us:
Sheriff Walt McNeil
Public Defender Carlos Martinez
Asha Terminello, CEO of ACTS (Agency for Community Treatment Services)
Marcia Brown, Exec. Dir. of Teen Leaders of America
State Attorney Andrew Warren


ANDREW H. WARREN
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com
@SAO13th | Facebook | Twitter | YouTube

**DEFENDANT EX 37**

CTRL00021610
DEX 37.001

# Safety and Justice Task Force

<u>Goals</u>

1) Meet with local community leaders (elected and not-elected) from around the state to discuss and identify practical solutions for criminal justice reform
2) Develop and encourage adoption and implementation of model policies for cities and counties, including generally applicable policies and policies tailored to needs and priorities of the community
3) Develop, as needed, legislation for 2023 session
4) Educate local, state, and federal candidates in Florida regarding criminal justice reform policy

<u>Task Force Composition</u>

- Five to seven members, including Chair
- Chair: State Attorney Andrew Warren
- Members should represent a cross section of criminal justice stakeholders and advocates, e.g.
  - Prosecutor
  - Law Enforcement
  - Public Defender
  - Subject matter experts, such as juvenile justice, substance abuse & mental illness, re-entry
- Task force should have racial, gender, and geographic diversity

<u>Suggested Policy Topics</u>

- Crime prevention by tackling root causes of crime
- Minimizing recidivism
- Juvenile crime prevention and intervention programs
- Treatment for substance abuse and mental illness
- Police reform and accountability, e.g., traffic stops, use of deadly force, training
- Decriminalizing poverty, e.g., bail reform, arrest and prosecution of driver's license suspensions
- Efficient use of criminal justice resources, e.g., sentencing reform, re-entry programs

<u>Timeline</u>

- September 2021: FDP announces Safety and Justice Task Force and Chair
- October 2021: FDP identifies remaining Task Force members
- November-December 2021: Task Force meets internally to plan logistics for local meetings
  - Identifying cities/counties for meetings
  - Developing format and agenda for meetings
  - Identifying and contacting stakeholders and community leaders in advance
- January-August 2022: Task Force meets with community leaders around Florida to develop proposals that address the pillars and share ongoing progress updates with the groups
- August 2022: Task Force reports to public with recommendations
- Fall 2022: Identify/contact potential bill sponsors and begin drafting legislation for 2023 session