| | |
|---|---|
| **From**: | Warren, Andrew H. [Warren_A@SAO13th.com] |
| **Sent**: | 10/29/2021 3:13:07 PM |
| **To**: | Weisman, Gary S. [Weisman_G@SAO13th.com]; Kamm, Grayson C. [Kamm_G@sao13th.com]; Teuber, Jordan B. [Teuber_J@sao13th.com] |
| **Subject**: | SJTF quick update |

FJP approved Marcia Brown being on the task force. They haven't made a decision on the re-entry candidates. But I spoke with Asha Terminello, and will recommend her. Hoping to have everything done by next week, but that may be optimistic.

ANDREW H. WARREN
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com
@SAO13th | Facebook | Twitter | YouTube

**DEFENDANT EX 38**

CTRL00021614
DEX 38.001