**What I plan to include in my transition meeting and follow-up conversations with Mel**

Overview of direct responsibilities (listed below)

Overview of what is overseen through Val Miller's work (listed below)

Details on typical processes and where files are located

Information on people in agency who are resources for different topics

Details on working with our beat reporters

Review of ongoing significant cases & cases with already drafted pending news releases

Overview of communications strategy

Overview of community engagement strategy

Ideas and processes to consider doing differently going forward

**What I don't plan to cover**

CMS training

Potentially spending extended time with various divisions to better understand how they operate and build connections with team members

**Direct responsibilities**

Support and supervise Val Miller

Build media relationships

Reactive media responses

Proactive media focusing on agency

Proactive media focusing on State Attorney

Proactive media for Safety & Justice Task Force

Social media posting and management for agency

Draft/assist with remarks and talking points

Video production

Photography

Collaborating on media-related public records requests

UDF review process – tracking cases, proofing and posting public summaries

Safety & Justice Task Force coordination



DEX 39.001

SAO Community Council

In-office events (food truck visits, toy drives)

Community events (parades, festivals)

Community Engagement Task Force (office charity work)

Meetings with community members (elected officials, church leaders) – Jordan

Law school connections and presentations

Attend monthly NAACP meetings

Lawyer Magazine articles

Annual report

Maintain communications relationships with comms counterparts at local agencies and FJP

Co-organize Hillsborough Comms Community (network of Hillsborough constitutional officer PIOs, with monthly gathering and shared calendar of public events)

**Oversee (through Val)**

Monitor and triage emails to homepage, communications, and events inboxes

Welcome New Team Member and Friday Feature emails

Track upcoming community events and deadlines

Check recent memo sent to Val for any additional responsibilities