| | |
|---|---|
| **From**: | Kamm, Grayson C. [Kamm_G@sao13th.com] |
| **Sent**: | 10/14/2021 2:23:24 PM |
| **To**: | Justin Garcia [justin@cltampa.com] |
| **Subject**: | Re: Press Inquiry- Retrospective on Bullock and Uche case |

Hi Justin – thank you again for the opportunity to I comment on this. Here's a statement that you're welcome to attribute to me as a spokesperson for our office.

Our office has staunchly supported the rights of peaceful protest, free speech and free assembly. We recognize that the events of that day could have been handled differently, and we continue to work to build stronger relationships between law enforcement and our community. But our commitment to public safety prohibits us from turning a blind eye to illegally carrying a gun or putting your hands on a police officer.

Thank you again,
 - Grayson

Grayson Kamm
Chief Communications Officer

Andrew H. Warren / Office of the State Attorney / 13th Judicial Circuit

@SAO13th | Facebook | Twitter | YouTube

**From:** Justin Garcia <justin@cltampa.com>
**Sent:** Thursday, October 14, 2021 10:09:20 AM
**To:** Kamm, Grayson C. <Kamm_G@sao13th.com>
**Subject:** Press Inquiry- Retrospective on Bullock and Uche case

Hi Grayson,

Since CL published 11 stories on the subject, we're putting together a retrospective about the Bullock and Uche case, with input from the Florida ACLU and the First Amendment Foundation, who waited to give certain comments on the situation until the trial was over, in order not to interfere.

Now that the case is resolved, we have this on record from those two groups:

Here is a statement from **Kara Gross, Legislative Director and Senior Policy Counsel at ACLU of Florida**.

"Jamie Bullock should have never been arrested for her involvement in the July 4, 2020 peaceful march for Black lives. There were so many breakdowns in our justice system it's hard to know where to begin. This march was peaceful by all accounts and would have continued to be completely uneventful if law enforcement had not forcefully and physically interjected themselves into the peaceful march. Instead of upholding and protecting First Amendment rights by escorting the peaceful protesters through the streets and protecting them from any outside agitators, law enforcement on that day chose to physically ride their bicycles into the protesters and proceed to arrest individuals who were peacefully exercising their First Amendment rights. Individuals peacefully protesting need to be protected, not arrested.

**DEFENDANT EX**
**40**

SAO13_0026398
DEX 40.001

Once arrested, prosecutors should have quickly and carefully reviewed the evidence and dropped the charges accordingly. It should never have taken over a year for the unwarranted charges to be dropped. Arresting and prosecuting peaceful protesters chills speech and assembly. No one should have to fear being arrested and imprisoned for exercising their First Amendment rights."

And here is a statement from **Virginia Hamrick of the First Amendment Foundation**: "This case makes clear what we already knew: last summer's protests were mostly peaceful here in Florida. Arresting peaceful protestors chills free speech and deters the public from exercising their constitutional rights."

Does the SAO's office have a response to these statements about the case?

If so please let me know this afternoon by 3:30 p.m.

Thanks!


**Justin Garcia**
**Staff Writer**
**CL Tampa Bay**
**813-952-0331**