**Weisman, Gary S.**

| | |
|---|---|
| **From:** | SnowWaxler, Melanie |
| **Sent:** | Thursday, August 04, 2022 2:17 PM |
| **To:** | Weisman, Gary S.; Teuber, Jordan B. |
| **Subject:** | FW: Statement from Andrew Warren |
| **Attachments:** | Andrew Warren statement.jpg |

---

**From:** Grayson Kamm <grayson@catalystcommunicationsgroup.com>
**Sent:** Thursday, August 4, 2022 2:14 PM
**To:** Grayson Kamm <grayson@catalystcommunicationsgroup.com>
**Subject:** Statement from Andrew Warren

Please see the statement below from Andrew Warren:

**"Today's political stunt is an illegal overreach that continues a dangerous pattern by Ron DeSantis of using his office to further his own political ambition. It spits in the face of the voters of Hillsborough County who have twice elected me to serve *them*, not Ron DeSantis.**

**In our community, crime is low, our Constitutional rights—including the right to privacy—are being upheld, and the people have the right to elect their own leaders—not have them dictated by an aspiring presidential candidate who has shown time and again he feels accountable to no one.**

**Just because the governor violates your rights, it doesn't mean they don't exist."**

Grayson Kamm | Media and Public Affairs Consultant
Catalyst Communications Group
c. (727) 430-2247









Weisman000010
DEX 41.001


political stunt is an illegal overreach
ntinues a dangerous pattern by Ron
of using his office to further his own
ambition. It spits in the face of the
Hillsborough County who have twice
me to serve *them*, not Ron DeSantis.
ur community, crime is low, our
utional rights—including the right to
are being upheld, and the people have
to elect their own leaders—not have
lictated by an aspiring presidential
te who has shown time and again he
feels accountable to no one.
use the governor violates your rights,
doesn't mean they don't exist.
Andrew W