

DEF 001222

**DEFENDANT EX 50**

DEX 50.001



DEF 001223

DEX 50.002