

DEF 001732

DEFENDANT EX 51   DEX 51.001



DEF 001733

DEX 51.002



DEF 001734

DEX 51.003