

**Larry**

Thu, Jul 14, 3:02 PM

Section 27.16, FS. Chief Circuit Judge appoints acting SA.



**DeSantis appoints Hillsborough Chief Judge Ronald Ficarrotta to commission**
tampabay.com

Tue, Jul 26, 5:41 PM

Maria Chapa Lopez 

Wed, Jul 27, 8:04 AM

Re María, she does not appear to be a member of the Florida

DEF 002355

DEFENDANT EX 52

DEX 52.001



**Larry**

Wed, Jul 27, 8:04 AM

> Re María, she does not appear to be a member of the Florida Bar and likely not eligible for the role. I'm confirming this this morning.

Wed, Jul 27, 2:08 PM

> Chelsea Aaron (has vetting file on our potential replacement) said she would contact you directly on it.

Thu, Jul 28, 7:44 AM

> **Fifteenth Judicial Circuit**, was awarded the Distinguished Jurist Award by the Palm Beach County Chapter of the Florida Association of Women Lawyers.
>
> **Chief Judge Ronald Ficarrotta, Thirteenth Judicial Circuit**, is the recipient of the 2018 Luis "Tony" Cabassa Award for his extraordinary contributions to the Tampa Hispanic Bar Association.

DEF 002356

DEX 52.002



DEF 002357

DEX 52.003



DEF 002358

DEX 52.004





DEF 002359

DEX 52.005



Tue, Jul 26, 5:02 PM

Oh, God. I told Larry about Monday. I'm realizing that may have been a terrible idea. He better not tell anyone.

I told him we'd start planning tomorrow.

Larry knows.

Okay, I didn't want him to start telling the world, lol.

Tue, Aug 2, 9:38 AM

Is Chronister thinking about some victims of crimes for Thursday? I'm happy to reach out.

Tue, Aug 9, 11:23 AM



DEF 002360

DEX 52.006