

DEF 002371
DEFENDANT EX 53
DEX 53.001