

**We found some stuff, what's your email?**



The sender is not in your contact list.

Report Junk



DEF 002441

DEFENDANT EX 54   DEX 54.001