11:56

**JO**

Jay

Fri, Aug 5, 10:57

No way he's suspending Dave Aronberg right?

No.

HA HA

Ha!! I was like – if you're gonna do it, that's the place

👍

Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

Off the record?

Fri, Aug 5, 12:14

Background. Compare warrens approach to worrell in Orange… she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

She's entitled to her opinions and political views even if we disagree with them. But nobody can be above

iMessage

DEFENDANT EX 55
DEF 002480
DEX 55.001

**11:56**   .ıl 5G<sup>U</sup><sub>C</sub> 

< 2       **JO**       
           Jay >

**Off the record?**

Fri, Aug 5, 12:14

> Background. Compare warrens approach to worrell in Orange… she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

> She's entitled to her opinions and political views even if we disagree with them. But nobody can be above the law. Warren crossed the line, it was the letter and stuff that turned up in the review… like for example his office had guidelines for "presumptive non prosecution"

**Unrelated - Did he have prepared remarks for that or just wing it?**

> He did have prepared remarks as usual, but he didn't really stick to them. Most of what he said wasn't in the remarks a

**I figured. The "freedom in the bloodstream" stuff and "content of character" references seemed pulled from his head**

   iMessage  

       Rent 

DEF 002481
DEX 55.002



DEF 002482
DEX 55.003



Case 4:22-cv-00302-RH-MAF Document 142-33 Filed 12/01/22 Page 4 of 8

DEF 002483
DEX 55.004

  

**Marc**

Thu, Aug 4, 10:59

Does FL currently ban sex changes for minors?

I know desantis referenced it in te Warren. But I want to characterize the law properly

That was a criticism of Warren saying he wouldn't enforce a law like that if we passed it.

So it's a hypothetical

Got it

But Abortion obviously is a diff matter

Right

Where is this Soros statement I see from fox

Which statement?



  iMessage 

       

12:01

**Marc**

**Where is this Soros statement I see from fox**

Which statement?



**Florida Gov. Ron DeSantis suspends 'Soros-backed' state attorney who refused to enforce abortion ban**
foxnews.com

**Has Worrell been suspended?**

Not that I know of? I am on the plane pls call Bryan Griffin

He should be available today to answer any follow up questions you might have

Bryan Griffin  BG

**Got it**

I know Worrell is a progressive and I

iMessage

12:01

2

**MC**

Marc

### Florida Gov. Ron DeSantis suspends 'Soros-backed' state attorney who refused to enforce abortion ban
foxnews.com

Has Worrell been suspended?

Not that I know of? I am on the plane pls call Bryan Griffin

He should be available today to answer any follow up questions you might have

Bryan Griffin  BG

Got it

I know Worrell is a progressive and I think soros backed but to my knowledge she has not made the same statements about refusing to enforce specific laws.



And that's really the issue with Warren

Mon, Aug 8, 09:11

  iMessage 

      

DEF 002486
DEX 55.007



**Eldad**

> Awesome thank you

> Christina, can we plz get him for the top of the show? We will likely lead with this now so it's critical for us

> Working on it! I think we should be able to

> Awesome

> Is there a prosecutor named Warren ? Arrested a pastor?

> Yes

> That's the one

> Arrested for Covid

> Bingo

> And he refuses to uphold the law. He has said he won't enforce any limitations on abortions (our law is 15 weeks) or child transgender surgery

> Copy - thank you

> That's overruling legislators we vote for

DEF 002487
DEX 55.008