20:43

**Bryan**

Touched base with Lopez

Let me know to tell gov

Warren is out of the building. The sheriff rep and I are in his office awaiting your arrival. I am now meeting with Weisman

Excellent, announcing now

Status on site?

Conf wrapping up

Called you. Call me.

I cant

OK

Thu, Aug 4, 13:38

Fred Piccolo   FP

DEFENDANT EX 56   DEF 002513   DEX 56.001

20:46 ... LTE

**James**

> Copy

> I have EO.

> Gov landed.

I spoke to Suzy this morning and she is in a good place.

> Rog. Calling you now.

Mon, Aug 8, 16:16

> May I call you?

I can't talk right now, but I can give you a ring tonight. We can otherwise meet in person tomorrow morning

> Please call when able re Tampa

> I think I resolved with Ryan and Taryn. You need not call. Thanks.

20:48

SL
Suzy

iMessage
Tue, Aug 2, 19:46

Hi! It's Suzy Lopez.

Tue, Aug 2, 21:23

Rest! Safe travels.

Thank you for everything! You're my greatest blessing through this.

My honor.

Wed, Aug 3, 11:35

Please call me when able.

OK. At the vet now.

Understood

Wed, Aug 3, 13:11

> **Susan Lopez Talking Points**
> - Good morning and thank you all for being here today.
> - I want to thank the Governor for placing his trust in me to execute the duties of State Attorney in the 13th Judicial Circuit.

DEF 002515
DEX 56.003

20:48 ...ll LTE

**SL**

Suzy >

> Revised talking points

Love it! The "here I am!" Sounds like me! Thank you!

> Very good

Wed, Aug 3, 22:40

> You good ?

> Did you generally notify your friends about the location?

Thu, Aug 4, 05:35

Good morning! All good! I went to sleep very early last night. My Mom, Melinda Pendino, will be there this morning, as well as Fr. Chris Wood, Rector of St. John's Episcopal, and Fr. Charles Connelly, Rector Emeritus of St. John's Episcopal. Thanks!

iMessage

DEF 002516
DEX 56.004



**Thu, Aug 4, 05:35**

Good morning! All good! I went to sleep very early last night. My Mom, Melinda Pendino, will be there this morning, as well as Fr. Chris Wood, Rector of St. John's Episcopal, and Fr. Charles Connelly, Rector Emeritus of St. John's Episcopal. Thanks!

Very good. Thanks.

**Thu, Aug 4, 08:58**

Are you set with Sheriff ?

Yes sir!

Excellent

Are you on the road to the event?

I'm here with Sheriff Chronister.

20:49



Suzy

> Good

Thu, Aug 4, 16:44

Hi! I'm just signing things, and TPD is going to park in front of my house tonight. Please go and have some fun!!! Thank you for everything! Talk to you when I leave!

> I'm down in Gary's office. Please do stop by when you leave. Thanks.

I will! 

Thu, Aug 11, 17:07

> May I call you this evening? Nothing urgent. Just want to catch up and touch base. No worries if this evening doesn't work with your busy schedule.

Thu, Aug 11, 18:11

Hi! I'm on my way to dinner

**Thu, Aug 11, 18:11**

Hi! I'm on my way to dinner with the lady judges. May I call you on my way to breakfast with Candace Rich tomorrow? 7:30 or so? Thanks!

Of course. Have a good evening.

**Fri, Aug 12, 07:51**

Good morning! One of my attorneys needed me on the phone on my way to breakfast with Candace. May I call you after?

Whenever it's convenient. Nothing urgent. If I miss your call I'll follow up with you during the course of the day.

Thank you!

**20:49** 

  **SL**  
Suzy

7:30 or so?  Thanks!

Of course. Have a good evening.

Fri, Aug 12, 07:51

Good morning!  One of my attorneys needed me on the phone on my way to breakfast with Candace. May I call you after?

Whenever it's convenient. Nothing urgent. If I miss your call I'll follow up with you during the course of the day.

Thank you!

Wed, Aug 17, 12:42

Hi!  Leaving church now and know that I owe you a call. Are you available now?

Wed, Aug 24, 19:05

iMessage

DEF 002520
DEX 56.008

20:53 ...ıll LTE

**Chad Chronister** @

Thu, Aug 4

Fri, Aug 5

Just checking on you, anything I can assist you with?   10:14

📞↗ You called Chad · Aug 5 10:15

Call Again

Sat, Aug 6

📞↙ Chad called you · Aug 6 16:44

Call Back

Mon, Aug 8

I need to express again how thankful we are for your help.

Your team is amazing. Every single one of your people excelled. They anticipated changes and perfectly made all adjustments. Extraordinary professionalism. So impressed.

New Message

DEF 002521
DEX 56.009



**Gary**

iMessage
Thu, Aug 4, 13:41

Larry Keefe here.

Larry Keefe here.

Fri, Aug 5, 08:17

Will 10:30 eta your office work?

Absolutely.

You have time for a quick call. Not urgent but time sensitive

You should get a call soon on resolving the situation we discussed.

Fri, Aug 5, 10:37

I'm in the conference room where I was yesterday.

Have you a contact at DMS ?

DEF 002522
DEX 56.010

20:58    .ıl LTE

**Gary**

**Have you a contact at DMS ?**

Fri, Aug 5, 15:43

**Are you available? Not urgent.**

On our way back down after the homicide meeting

**Can we three meet briefly ?**

Mon, Aug 8, 08:58

**Please stand by. Gathering colleagues. I will text before initiating call.**

Roger that

**Initiating now.**

Tue, Aug 9, 08:59

**Please standby. Will text before I initiate. Apologies**

roger that

iMessage

DEF 002523
DEX 56.011

20:58 •ıl LTE 

**Gary**

Tue, Aug 9, 08:59

> Please standby. Will text before I initiate. Apologies

roger that

> Calling now.

Tue, Aug 9, 17:55

> Can we move our call tomorrow from 0900 to 1030 or later?

Yes. If you want to include the new state attorney she has a 10am hearing, a luncheon at noon and a 3pm with law enforcement. If just me, then the only item I can't move is the 3pm with law enforcement.

> Let's limit the call to you.
>
> I'll initiate the call at 10:30 am
>
> Have a good evening.

  iMessage 

      

20:58  ...Il LTE

**Gary**

Have a good evening.

Roger that. You as well.

My apologies. But I've been informed to keep the call with you set for 0900 tomorrow as originally scheduled. Please include the State Attorney. Sorry for the confusion.

Roger that

Thanks for your patience.

Wed, Aug 10, 08:52

Apologies. We most move the 0900 call. Please call Ryan's assistant Rochelle re reschedule. She has already called you.

Roger that

Thanks

Wed, Aug 10, 11:03

iMessage



Roger that

Thanks

Wed, Aug 10, 11:03

We are on the call.

Wed, Aug 10, 12:44

When should I call you back re PBA?

Fri, Aug 12, 08:59

My team delayed. I will text before initiating the call.

Roger that

Dialing now

Fri, Aug 12, 10:51

Please let me know when I can call you. Not urgent.

Tue, Aug 16, 17:28






DEF 002526
DEX 56.014

20:58

**Gary**

Wed, Aug 10, 12:44

When should I call you back re PBA?

Fri, Aug 12, 08:59

My team delayed. I will text before initiating the call.

Roger that

Dialing now

Fri, Aug 12, 10:51

Please let me know when I can call you. Not urgent.

Tue, Aug 16, 17:28

Sorry I missed you. Just called you back. Please call when you clear.

Wed, Aug 17, 08:28

Thank you.