12:15

**Larry**

Tue, Jul 19, 10:36 AM

Check out this article from Tallahassee Democrat:

As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law



As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law

tallahassee.com

Mon, Aug 1, 1:10 PM

The person we discussed will join us on a call at 3.

👍

Wed, Aug 3, 7:47 AM

Let's set up a call with Dugin for

DEFENDANT EX 57   DEF 002528   DEX 57.001



**Larry**



As some state attorneys use 'discretion' on abortion, Jack Campbell vows to follow law
tallahassee.com

Mon, Aug 1, 1:10 PM

The person we discussed will join us on a call at 3.

Wed, Aug 3, 7:47 AM

Let's set up a call with Dugin for this morning.

Will do.

Call is set with Chief Dugan and Sheriff at 0900.

Your office?

Great

DEF 002529
DEX 57.002



**Larry**

Wed, Aug 3, 1:32 PM

> I met Martin's daughter and she is rock solid. It would be great to bring her into the fold.

Copy. On it.

Thu, Aug 4, 7:57 AM

> Thank you for being there today. It gives us all a comfort. Will send you the order at or near 930 and it will be emailed to the office COS as well.

Copy. Thanks.

Please email the Executive Order to:

ERaburn@teamHCSO.com

Suzy is now at the media event site with Chronister

Warren is in his office.

Amy update on status of EO email to me?

DEF 002530
DEX 57.003

12:16      5G E

**505**     **LK**     📹

Larry ›

> Filing now. Will be emailed in 10-12 min

Copy

I have EO.

Gov landed.

> I spoke to Suzy this morning and she is in a good place.

Rog. Calling you now.

**Mon, Aug 8, 4:16 PM**

May I call you?

> I can't talk right now, but I can give you a ring tonight. We can otherwise meet in person tomorrow morning

Please call when able re Tampa

I think I resolved with Ryan and Taryn. You need not call. Thanks.

DEF 002531
DEX 57.004

12:22    5G<sub>E</sub>

‹ 505

**Mike** ›

**Wed, Aug 3, 12:42 PM**



123_1.x-vCard

**Derek Zitko**  DZ  ›

Use 1389 number first

Thank you!

Thursday, August 4
Arrival time: 9:30 am
Event time: 10:00 am
Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Thanks!

**Wed, Aug 3, 3:03 PM**

Regarding Zitko above, I didn't see a 1389 number in the

  Text Message 

      

DEF 002532
DEX 57.005

12:23 .ıl 5G_E


**Mike** ›

 505

                                            **Thank you!**

        Thursday, August 4
Arrival time: 9:30 am
Event time: 10:00 am
Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Thanks!

                    Wed, Aug 3, 3:03 PM

        Regarding Zitko above, I didn't see a 1389 number in the contact you sent

8639911389 is his cell.

He is expecting call.

                    Thu, Aug 4, 9:57 AM

        Please share a few details today about the case we discussed.

        We decided against having the guy speak today.

     Text Message    

      

DEF 002533
DEX 57.006