‹   EOG Press                    🔍   ⋮

> To talk about this? Want me to ask him?

Christina Pushaw

Looks like his hold ends at <u>8:15</u> in st Augustine

So I think it could be done at the bottom of the hour if they send a truck.

Taryn Fenske

We can course correct by pointing out the governors words

Christina Pushaw

Yes. Tucker Carlson producer reached out and I'm going to make that clear so it's framed the right way.

😍

> Friendly's really want the order once the announcement is made. O   share?

DEF 003547

DEFENDANT EX
**58**   DEX 58.001

 EOG Press

the right way.

Friendly's really want the order once the announcement is made. Ok to share?

Taryn Fenske

Yes

But I'm hoping the release goes out on time

T

Just waiting on approval

10:13 64%

WATCH LIVE: press conference begins in a few minutes at 10am

wfla.com
'Prepare for liberal media meltdown': DeSantis' camp teases major announce...

1 1 3

Jason Delgado liked

**Matt Dixon** @Mdixon55 · 10m
This is the meltdown thing?

**Peter Schorsch** @PeterSchor.. · 11m
.@GovRonDeSantis is suspending Hillsborough Co. State Attorney Andrew Warren.

#FlaPol

2 2 5

**Simone Marstiller** @SMarstiller · 31m
Where am I?

DEF 003548

DEX 58.002



‹   EOG Press

Simone Marstiller ☑ @SMarstiller · 31m
Where am I? 🌴

11 mins ago

Taryn Fenske

Today 10:39 AM

James U

Kyle, please immediately cease all tweets until we have a chance to meet 1-on-1. I know you're just trying to help, but the boss is not pleased with the sensationalism of this overly legal proceeding. Every comment impacts what will be contentious litigation. No tweets at all unless directed by Taryn, I mean it.

iMessage

Just between us so let's tread lightly and let the press sensationalize it through our facts and us walking the line.

T

Christina Pushaw

C

Got it

Got it

DEF 003549

DEX 58.003

‹   EOG Press                    🔍   ⋮

Christina Pushaw

"We are suspending Soros-backed 13th circuit state attorney Andrew Warren for neglecting his duties as he pledges not to uphold the laws of the state," DeSantis' office said in a statement

Where is this from

I saw it on Fox News digital

**Thursday, Aug 4 · 12:28 PM**

Taryn Fenske

Sent Kayleigh a bunch of stuff and she just did a great job



Taryn Fenske

Let me look it might be from the release

Christina Pushaw

I didn't see it in the release but might be mis﹍ omething

DEF 003550

DEX 58.004



‹   EOG Press



Kyle

WE TOLD HIM TO STOP

I can call Andrew and get it removed

Jesus

 Did boss see

Taryn Fenske

Sorry Matt not Andrew, let me know if you need me too

Taryn Fenske

Sounds like John Roberts is going to talk about it too in the next hour lol

And outnumbered covered it 3 times

DEF 003551

‹   EOG Press                    🔍   ⋮

The removal?

Guys I cannot accurately
describe what's going on here in
the office

😨

Taryn Fenske

If you want to consistently
update him Christina

T   Yes

Christina Pushaw

Yes I'll let him know. We just
landed so I'm seeing all your
messages

C



DEF 003552

 EOG Press



Got it done

Taryn Fenske

T   Loved an image

Christina Pushaw

C   Loved an image

Taryn Fenske

T   Good work br

DEF 003553

DEX 58.007

< **EOG Press**   🔍   ⋮




T:



//APPROVAL NEEDED// Re: Andrew Warren

PC   Pushaw, Christina   4:58 PM
Griffin, Bryan  Fenske, Taryn M.   ⋮

Get Outlook for iOS

...

GB   Griffin, Bryan   5:14 PM
Pushaw, Christina, Fenske, Taryn M.   ⋮

This seems like the perfect opportunity to respond –

"If Andrew Warren made such a statement, then it is yet another display of his lack of respect for the law. He has been legally suspended from office by the governor, and may no longer conduct the affairs of the office of the State Attorney of the 13th Judicial Circuit."

**Bryan Griffin**
Deputy Press Secretary
Executive Office of the Governor
850-717-9268
Bryan.Griffin@eog.myflorida.com

...

↩ ⌄  Reply to all

Taryn Fenske

## Want to run it by legal real quick



## But I like

Thanks

Taryn Fenske

⌄

DEF 003554

DEX 58.008

< EOG Press                    🔍    ⋮

Thanks

Taryn Fenske

**T**   Who from el American

Christina Pushaw

Emmanuel Rincon

One sec

**C**   +1 (786) 602-5638

Do we wanna respond to
anything Andrew Warren has
said directly?

Christina Pushaw

**C**   Americano tv also might be
interested

Taryn Fenske

**T**   You know what might be funny

Christina Pushaw

**C**   It's a differen   ↓   pany but
they're also fr    dy

DEF 003555

DEX 58.009



EOG Press

**NBC Orlando inquiry**

Martinez, Marlei 12:47 PM
Pusnaw, Christina, Griffin, Bryan

Hi there,

This is Marlei Martinez, reporter at WESH 2 News... the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort Andrew Warren out of the State Attorney's Office? In the Governor's executive order, he requested HCSO "assist in the immediate transition of Andrew Warren from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

Marlei Martinez
Reporter
Cell [redacted]
1021 North Wymore Road, Winter Park, FL 32789

Reply to all

I think we should confirm this - gets some buzz and being tough. Can I say "Yes, this happened concurrent to the governor's announcement."

Aug 5, 1:25 PM • MMS

Taryn Fenske

We need to do it off the record

I'll call her

Ok thanks

## ← EOG Press                🔍   ⋮

Might be worth flagging for legal, but we should figure out how Warren was able to get the information that he showed on the screen at his press conference after he was removed from office. I think he violated the law - the order prohibited him from taking anything

https://www.tampabay.com/news/crime/2022/08/05/it-was-supposed-to-be-a-triumphant-day-for-andrew-warren-then-he-got-taken-out/



Tap to load preview

Christina Pushaw

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?



Like imperso⬇ ) a police officer is against the law

DEF 003557

DEX 58.011

< EOG Press 🔍 ⋮

↻
Tap to load preview

Christina Pushaw

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?

**C** Like impersonating a police officer is against the law

Taryn Fenske

**T** I'm on the phone with Larry about it now

That too

Taryn Fenske

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

↓

DEF 003558

DEX 58.012

<   EOG Press     🔍   ⋮

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

So I'm going to call him and have him get counter stories out there

 Will's team can focus on this one, we'll put a nail in the coffin

**Friday, Aug 5 • 8:05 PM**

https://twitter.com/sao13th /status/1555704337640427522?t =ybd1AWoJAE39ZHu_5fVxkw&s =19


Tap to load preview

I'd like to share if ok

Christina Pushaw   ↓

DEF 003559

DEX 58.013

< **EOG Press**                    🔍    ⋮

Christina Pushaw

This is great but who runs the twitter? Can we tell them to just make it a Twitter video instead of hosting it on YouTube?

Agreed

They aren't too savvy

They said so themselves

Christina Pushaw

It will get many more views if it's uploaded directly to twitter. And she should open replies. Yes there will be trolls but probably more positive replies and closing replies looks bad to most people

And even trolls will up the engagement so whatever

Ok so if they're willing to just make those 2 small changes let's see

Then we shou... ...nplify it

DEF 003560

DEX 58.014



< **EOG Press** 🔍 ⋮

make those 2 small changes let's see

**C** Then we should amplify it

Agreed

I can call rocky I think

Their IT guy

1 min

Christina Pushaw

Thank you!

**C** The video itself is great

They're working on it!

Christina Pushaw

Twitter algorithm actively suppresses video links from other sites like YouTube that they see as competitors

**C** Awesome 

DEF 003561

DEX 58.015

< **EOG Press**                                🔍   ⋮

Twitter algorithm actively suppresses video links from other sites like YouTube that they see as competitors

**C** Awesome

> Taryn does it run us afoul of legal issues to promote them through our twitters?

Christina Pushaw

**C** And they're good with allowing replies??

> Yeah

> They fixed it

> Took a couple tries

> Think we are good to promote?

Christina Pushaw

Yay

↓

DEF 003562

DEX 58.016

‹   EOG Press   🔍   ⋮

Christina Pushaw

Yay

Ok if Taryn is good with us tweeting it I will too

Cool will await her direction

They kinda need us to help keep the messaging positive in the comments

Trolls already starting

Christina Pushaw

Don't worry. Just DM it to some people to share it

I mean supportive followers you have

Taryn Fenske

You can promote

Awesome, sending one now

DEF-003563

DEX 58.017

< **EOG Press**   🔍   ⋮

Awesome, sending one now

**Saturday, Aug 6 • 9:14 AM**

Hey guys, Jan lobbied hard to get the article fixed. I think it does us a unique service of making the point that the suspension was about a BUNCH of factors, not just the abortion thing

https://www.theepochtimes.com/removal-of-florida-state-attorney-about-neglect-of-duty-and-is-not-political-desantis-says_4646641.html

However, she does give space to Warren's quotes

On the whole I think it's good and want to share since she worked with me on edits

Lmk what you think

DEFL003564

DEX 58.018

<    James, Larry, and 2 more    🔍 ⋮

Larry Keefe

Larry here. This is to James, Ryan, Taryn and Bryan.

SA Lopez was just formally and ceremonially "sworn in" by a circuit judge. Several of the SA's former colleagues/judges and key SAO members were present. Robbie captured images of all. Very warm, nice yet dignified event.

All documents related to her oath, Secretary of State and resignation are being processed now in accord with Ryan's instructions. The SA said she will email copies of all to Rochelle.

Transition has been appropriate and smooth thus far.

I have moved into a conference room along with Bryan, Robbie and Lindsey down the hall and "away" from t' ?A and her staff.

↓

DEF 003565

DEX 58.019

← James, Larry, and 2 more 🔍 ⋮

Larry Keefe

https://www.wfla.com/news
/hillsborough-county/andrew
-warren-giving-tampa
-cold-case-update-despite
-suspension/

↻

Tap to load preview

Larry Keefe

Bryan, Lindsey and Robbie have departed the Tampa OSA.

Signed Judicial resignation letter to the Governor will be emailed to Rochelle within the next few minutes. Bryan took a duplicate original of same with him.

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here h... approached me to express... ..f, gratitude



and optimism going forward.

DEF 003566

DEX 58.020

<    James, Larry, and 2 more    🔍   ⋮

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.

COS Weisman wants me to stay here through tomorrow. I said I would, subject to your direction. Please advise re your direction on same.



Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

We are downstairs

Taryn Fenske



I sent the number too for a potential PIO to you Larry

Larry Keefe

COS has retai— PIO



DEF 003567

DEX 58.021

Please advise re your direction on same.

Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

We are downstairs

Taryn Fenske

I sent the number too for a potential PIO to you Larry

Larry Keefe

COS has retained PIO candidate. Will start work remotely immediately.

Bryan, according to email Christina sent, the 4 pm event will be in a private law firm on upper floors of Bank of America building.

Aug 4, 3:58 PM

DEF 003568

DEX 58.022

<    SA Suzy Lopez    🎥   📞   🔍   ⋮

Thursday, Aug 4 • 9:45 AM

Texting with SA (SMS/MMS)

Judge Lopez this is Bryan Griffin

Can you approve this quote for our use in a press release from our office accompanying the event

"I have the utmost respect for our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said Susan Lopez, State Attorney of the 13th Judicial Circuit. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

 Yes sir. I'm sorry for the delay.

↓

No problem  DEF 003569

DEX 58.023

‹   SA Suzy Lopez

our state laws and I understand the important role that the State Attorney plays in ensuring the safety of our community and the enforcement of our laws," said Susan Lopez, State Attorney of the 13th Judicial Circuit. "I want to thank the Governor for placing his trust in me, and I promise that I will faithfully execute the duties of this office."

S   Yes sir. I'm sorry for the delay.

No problem

Good with you?

S   Yes. Thank you.

Thursday, Aug 4 • 11:16 AM

What's your ETA?

S   15 minutes

DEF 003570

DEX 58.024

**‹   Larry, Savannah, Taryn**   🔍   ⋮

Thursday, Aug 4 • 7:10 AM

Larry created this group MMS with you and 2 others

Larry Keefe

Larry Keefe here. See today's
Tampa Times article re
Warren making some major
announcement later today re a
high profile case.

Larry Keefe

https://www.tampabay.com
/news/tampa/2022/08/03/major
-development-expected-in
-tampa-exoneration-case/

↻

Tap to load preview

Judge lopez and I discussed
that last night. She'll just have
to cancel that press conference
when she gets in office.

Larry Keefe     ↓

Understood. Thanks

DEF 003571

DEX 58.025



← Larry, Savannah, Taryn 🔍 ⋮

Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

Larry Keefe

Understood. Thanks

Governor may get questions on this during presser this morning.

I'll make sure hes aware.

Larry Keefe

Thanks

Larry Keefe

Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External pres ↓ ase say

DEF 003572

DEX 58.026

< Larry, Savannah, Taryn 🔍 ⋮

Larry Keefe

Suggest Suzy's first internal
directive memo to say that
all of Warren's prosecution
polices, written and oral, are
immediately suspended until
further notice.

External press release say
same.

Also say the office shall have
no blanket non prosecution
policies and that all cases will
be evaluated on a case by case
basis and that the law will be
enforced as written by the
legislature.



Taryn Fenske

I'm fine with that unless it holds
up any decent decisions!



By suspending

Larry Keefe

First order of ↓ ness before
that memo g... .t is to obtain

DEF 003573

DEX 58.027

< **Larry, Savannah, Taryn**   🔍  ⋮

 By suspending

Larry Keefe



First order of business before that memo goes out is to obtain the Chief of Staff's deconfliction assessment re any key decisions with irreparable implications.



Taryn Fenske

 Sounds good

Taryn Fenske

 😍 to "Suzy is now at the event site with sheriff chronister "

Larry Keefe

 I have the EO.

👍

Larry Keefe

 Suzy is now at the event site with sheriff chronister

Aug 4, 9:37 AM

DEF 003574

DEX 58.028



‹  **Larry Keefe**   ▢  📞  🔍  ⋮

Wednesday, Aug 3 • 5:10 PM

Hi Larry, can you please connect me with Susie?



**Suzy Lopez**
View contact

She knows who you are and is expecting your call.

I'll call you back.

Rog

Apologies, momentarily

Wednesday, Aug 3 • 11:02 PM

Did you and Suzy Lopez connect?

Yes sir we are good to go

Excellent. Th   ↓

DEF 003575

DEX 58.029

&lt;    Larry Keefe      ▢   ☎   🔍   ⋮

Yes sir we are good to go

(L) Excellent. Thanks

Thursday, Aug 4 • 9:13 AM

(L) Please text me when you land and when you arrive at event site. Thanks

Landed

Headed to location

(L) Copy

19 mins from site

(L) Rog. Standing by.

3 Mins from site

On site

↓

DEF 003576

DEX 58.030

‹   **Larry Keefe**   📹   📞   🔍   ⋮

L   Rog. Standing by.

3 Mins from site

On site

L   Copy. Per James instructions I am proceeding to approach Warren. Will happen in five minutes. Will confirm after.

Proceed

In hold room

Touched base with Lopez

Let me know to tell gov

L   Warren is out of the building. The sheriff rep and I are in his office awaiting your arrival. I am now meeting with Weisman

Ex nt, announcing now   DEF 003577

DEX 58.031

< **Larry Keefe**

> Let me know to tell gov

L Warren is out of the building. The sheriff rep and I are in his office awaiting your arrival. I am now meeting with Weisman

> Excellent, announcing now

> Status on site?

> Conf wrapping up

L Called you. Call me.

> I cant

L OK

**Thursday, Aug 4 · 1:39 PM**

L F **Fred Piccolo**
View contact

DEF 003578

DEX 58.032

< **Rikki Glenn Beck**   🎥   📞   🔍   ⋮

Thursday, Aug 4 • 5:53 PM

How'd the show go today? We've been non stop!

Good! We covered in 2nd hour of radio

GLENN:  This is the Glenn Beck Program.  Now, imagine -- imagine Mickey Mouse in the hand of Ron DeSantis, just his head.  Not Ron -- but Mickey Mouse's head, as he made this announcement in Florida just a few minutes ago.

VOICE:  The constitution of Florida has vested the veto power in the governor, not in individual state attorneys.

And so when you flagrantly violate your oath of office.

When you make yourself above the law, you have violated your duty.  You have neglected your duty.  And yo ↓ displaying a lack of compet···ce to be able

DEF 003579

DEX 58.033

< Rikki Glenn Beck

When you make yourself above the law, you have violated your duty.  You have neglected your duty.  And you are displaying a lack of competence to be able to perform those duties.  And so today, we are suspending state attorney Andrew Warren, effective immediately.

GLENN:  Now, what I know about Andrew Warren is, he's a Soros guy.  And didn't he make Hillsborough County, an abortion sanctuary city or county?

STU:  Yes.  A sanctuary county.  Phil Kerpen writes, the guy made Hillsborough a sanctuary county for late-term abortionists, and doctors who perform castration slash double mastectomy's on minors.  Laws are laws.

Yeah.  Apparently, those things are actually supposed to mean something. A   his has been interesting thi    Because we

DEF 003580

DEX 58.034

< Rikki Glenn Beck

Yeah.  Apparently, those things are actually supposed to mean something.  And this has been interesting thing.  Because we have these big debates on what the law should be.  But the left, and specifically, George Soros, and the organizations, he funds.  Have found a way to sort of disrupt this system. And just put people in place, that don't enforce the laws.  So then the debates don't matter. It doesn't matter if abortion is illegal in your county.  If you just have someone who is refusing to enforce the law that exists.  Well, DeSantis is doing something about it today.

GLENN:  And, you know, that's the problem.  The president of the United States, his main job is, what?  To enforce the laws. To make sure that the laws are enforced.  And if he -- you know, he's not even supposed to veto any law.  Unless he finds them unconstitutional.  So he can't go. "You know. I really

DEF 003581

DEX 58.035

‹   Rikki Glenn Beck   🎥   📞   🔍   ⋮

GLENN:  And, you know, that's the problem.  The president of the United States, his main job is, what?  To enforce the laws.  To make sure that the laws are enforced.  And if he -- you know, he's not even supposed to veto any laws.  Unless he finds them unconstitutional.  So he can't go.  "You know, I really don't like this one." That's not what he's supposed to do with the veto power.  It is, I feel this is unconstitutional.  Then he's the first stop for the Constitution, protecting and defending.  Then it goes back.  Congress can override that veto.  And then it would go to the Supreme Court.  That's the way it works.  Ron -- Ron DeSantis is the only guy, seemingly, that is standing up for the law.  And God bless him.  And he's right, that is going to make -- that is going to make the media's head explode.  Even more I have to admit, than Ron coming o      nd saying, I just beheade      key Mouse.

↓

DEF 003582

DEX 58.036

< **Rikki Glenn Beck**  🎥 📞 🔍 ⋮

are enforced.  And if he -- you know, he's not even supposed to veto any laws.  Unless he finds them unconstitutional.  So he can't go.  "You know, I really don't like this one." That's not what he's supposed to do with the veto power.  It is, I feel this is unconstitutional.  Then he's the first stop for the Constitution, protecting and defending.  Then it goes back.  Congress can override that veto.  And then it would go to the Supreme Court.  That's the way it works.  Ron -- Ron DeSantis is the only guy, seemingly, that is standing up for the law.  And God bless him.  And he's right, that is going to make -- that is going to make the media's head explode.  Even more I have to admit, than Ron coming out and saying, I just beheaded Mickey Mouse.  I think -- I think this one is probably a better move for a governor. ;)



↓

Love it!!

DEF 003583

DEX 58.037