17:11

**18**

SJ

Savannah ›

Thu, Aug 4, 10:40

Who is the other person on that text?

The Tucker producer :/ my bad

No worries! I just didn't want to say the wrong thing!

Thu, Aug 4, 11:58

The texts are already coming in! 🥰 This came from Lisa who spoke at one of our COVID vaccine mandate events. She's a flight attendant based in Tampa.

Please thank our AMAZING GOVERNOR for helping PROTECT the citizens of Hillsborough County! Our law enforcement is overwhelmed with criminal activity that Andrew Warren refuses to prosecute! Suzy Lopez is an amazing attorney and she will support our law enforcement and keep criminals locked up!

Thank you 🙏 I'll show him

Thu, Aug 4, 14:41

iMessage

DEFENDANT EX 59   DEF 003584   DEX 59.001

17:11

18   Savannah ›

Thu, Aug 4, 11:58

The texts are already coming in! 🥰 This came from Lisa who spoke at one of our COVID vaccine mandate events. She's a flight attendant based in Tampa.

Please thank our AMAZING GOVERNOR for helping PROTECT the citizens of Hillsborough County! Our law enforcement is overwhelmed with criminal activity that Andrew Warren refuses to prosecute! Suzy Lopez is an amazing attorney and she will support our law enforcement and keep criminals locked up!

Thank you 🙏 I'll show him

Thu, Aug 4, 14:41

Do we have hit and seat time yet?

Seat time 8:05 hit 8:10

Thank you!

Fri, Aug 12, 11:10

Congratulations! 😭 Can't wait for

iMessage

Rent.

17:12

18   TF BG

2 People >

"We are suspending Soros-backed 13th circuit state attorney Andrew Warren for neglecting his duties as he pledges not to uphold the laws of the state," DeSantis' office said in a statement

Where is this from

I saw it on Fox News digital

Thu, Aug 4, 12:29

Taryn Fenske

Sent Kayleigh a bunch of stuff and she just did a great job

Let me look it might be from the release

I didn't see it in the release but might be missing something

Taryn Fenske

I haven't send any statements

WE TOLD HIM TO STOP

I can call Andrew and get it removed

Jesus

Did boss see

Text Message

       

DEF 003586
DEX 59.003

17:12

18 ◀     TF
            BG

2 People ›

Did boss see

Sorry Matt not Andrew, let me know if you need me too

TF

Fuck

TF

Sounds like John Roberts is going to talk about it too in the next hour lol

And outnumbered covered it 3 times

TF

Bryan Griffin

The removal?

Guys I cannot accurately describe what's going on here in the office

BG

Taryn Fenske

Yes

If you want to consistently update him Christina

TF

Yes I'll let him know. We just landed so I'm seeing all your messages

Taryn Fenske

Emphasized "Guys I cannot accurately describe what's going on here in the office"

TF

Bryan Griffin

Text Message

DEF 003587
DEX 59.004

17:12

18
TF
BG

2 People

Bryan Griffin

**Got it done**



Taryn Fenske

**Loved an image**

YAY!!!!!

Taryn Fenske

**Good work bryan**

Thu, Aug 4, 18:03

Bryan Griffin

Text Message

DEF 003588
DEX 59.005

17:12

18   TF   BG

2 People >

Thu, Aug 4, 18:03

Bryan Griffin

T:

Griffin, Bryan, Fenske, Taryn M.

Get Outlook for iOS

...

GB   Griffin, Bryan                          5:14 PM
     Pushaw, Christina, Fenske, Taryn M.

This seems like the perfect opportunity to respond –

"If Andrew Warren made such a statement, then it is
yet another display of his lack of respect for the law.
He has been legally suspended from office by the
governor, and may no longer conduct the affairs of the
office of the State Attorney of the 13th Judicial
Circuit."

**Bryan Griffin**
Deputy Press Secretary
Executive Office of the Governor
850-717-9268

Taryn Fenske

Want to run it by legal real quick

But I like

Bryan Griffin

Thanks

Taryn Fenske

Who from el American

Text Message

Cash   Rent.

DEF 003589
DEX 59.006

17:12

18

TF
BG

2 People ›

Bryan Griffin

Do we wanna respond to anything Andrew Warren has said directly?

Americano tv also might be interested

Taryn Fenske

You know what might be funny

It's a different company but they're also friendly

Taryn Fenske

If we just sent the same statute we sent to Evan

Like he's not even getting paid

Dania Alexandrino    DA ›
Americano

Taryn Fenske

I wonder if there's Caribbean American news outlets

I'm sure

Taryn Fenske

I should have thought of that earlier I'll look

Text Message

DEF 003590
DEX 59.007

17:13

18   TF   BG

**2 People** ›

Fri, Aug 5, 13:25

Bryan Griffin

MM  **Martinez, Marlei**                    12:47 PM
Pushaw, Christina, Griffin, Bryan           ❗ ⋮

Hi there,

This is Marlei Martinez, reporter at WESH 2 News...
the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort
Andrew Warren out of the State Attorney's Office? In
the Governor's executive order, he requested HCSO
"assist in the immediate transition of Andrew Warren
from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

| **Marlei Martinez**
| Reporter
| Cell (407) 920-4702
| marlei.martinez@hearst.com
| 1021 North Wymore Road, Winter Park, FL 32789

I think we should confirm this - gets
some buzz and being tough. Can I
say "Yes, this happened concurrent
to the governor's announcement."

Taryn Fenske

We need to do it off the record

TF   I'll call her

Bryan Griffin

Text Message

DEF 003591
DEX 59.008

17:13

18   TF BG

**2 People** >

Fri, Aug 5, 13:25

Bryan Griffin

MM   **Martinez, Marlei**                    12:47 PM
Pushaw, Christina, Griffin, Bryan     ❗ ⋮

Hi there,

This is Marlei Martinez, reporter at WESH 2 News…
the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort
Andrew Warren out of the State Attorney's Office? In
the Governor's executive order, he requested HCSO
"assist in the immediate transition of Andrew Warren
from the Office of the State Attorney…"

Did this happen? And when?

Thank you,
Marlei

| Marlei Martinez
| Reporter
| Cell (407) 920-4702
| marlei.martinez@hearst.com
| 1021 North Wymore Road, Winter Park, FL 32789

I think we should confirm this - gets
some buzz and being tough. Can I
say "Yes, this happened concurrent
to the governor's announcement."

Taryn Fenske

We need to do it off the record

TF   I'll call her

Bryan Griffin

BG   Ok thanks

Text Message

🍎Cash   Rent.

17:13



‹ 18        TF
                BG

2 People ›

Bryan Griffin

Might be worth flagging for legal, but we should figure out how Warren was able to get the information that he showed on the screen at his press conference after he was removed from office. I think he violated the law – the order prohibited him from taking anything

Tap to Load Preview

BG   tampabay.com   ›

Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?

Like impersonating a police officer is against the law

Taryn Fenske

I'm on the phone with Larry about it now

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

Text Message

17:13



← 18

2 People ›

Fred piccolo is now doing their comms

So I'm going to call him and have him get counter stories out there

Will's team can focus on this one, we'll put a nail in the coffin

Bryan Griffin

That too

Fri, Aug 5, 20:05

Bryan Griffin

https://t.co/16CQ5Awf3Y A brief message from the state attorney, Susan Lopez, for the 13th Judicial Circuit in Florida.  For full message click here. https://t.co/dq46E2CxQg

 **State Attorney 13th**
twitter.com

I'd like to share if ok

This is great but who runs the twitter? Can we tell them to just make it a Twitter video instead of hosting it on YouTube?

Bryan Griffin

Agreed

Text Message

DEF 003594
DEX 59.011

17:14

TF
BG

2 People ›

BG  Agreed

It will get many more views if it's uploaded directly to twitter. And she should open replies. Yes there will be trolls but probably more positive replies and closing replies looks bad to most people

Bryan Griffin
BG  They aren't too savvy

And even trolls will up the engagement so whatever

Bryan Griffin
BG  They said so themselves

Ok so if they're willing to just make those 2 small changes let's see

Then we should amplify it

Bryan Griffin
Agreed

I can call rocky I think

Their IT guy

BG  1 min

Thank you!

Text Message

DEF 003595
DEX 59.012

17:14

18   TF   BG

2 People >

Thank you!

The video itself is great

Twitter algorithm actively suppresses video links from other sites like YouTube that they see as competitors

Bryan Griffin
They're working on it!

Awesome

And they're good with allowing replies??

Bryan Griffin
Taryn does it run us afoul of legal issues to promote them through our twitters?

Yeah

They fixed it

Took a couple tries

Yay

Ok if Taryn is good with us tweeting it I will too

Bryan Griffin

Text Message

DEF 003596
DEX 59.013

17:14

18    TF   BG

2 People >

Ok if Taryn is good with us tweeting it I will too

Bryan Griffin

Think we are good to promote?

Cool will await her direction

They kinda need us to help keep the messaging positive in the comments

Trolls already starting

Don't worry. Just DM it to some people to share it

I mean supportive followers you have

Taryn Fenske

You can promote

Bryan Griffin

Awesome, sending one now

Sat, Aug 6, 09:14

Bryan Griffin

Hey guys, Jan lobbied hard to get the article fixed. I think it does us a unique service of making the point that the suspension was about a BUNCH of factors, not just the abortion thing

Text Message

17:14



< 18

2 People >

Bryan Griffin

Hey guys, Jan lobbied hard to get the article fixed. I think it does us a unique service of making the point that the suspension was about a BUNCH of factors, not just the abortion thing



**Removal of Florida State Attorney About Neglect of Duty and Is Not Political, DeSantis Says**
theepochtimes.com

However, she does give space to Warren's quotes

On the whole I think it's good and want to share since she worked with me on edits

 Lmk what you think

Mon, Aug 8, 08:52

Taryn Fenske

Text Message

DEF 003598
DEX 59.015

17:24

**Eldad** ›

Yes embassy suites

Awesome! Can we get a makeup artist too just a quick powder

Not sure tbh. Do you have a back up if not?

We can deal

It would be great if you can but if not just lmk

The truck will have powder but they won't have an actual makeup person

Ok no problem we can make it work

Thanks!



Mon, Aug 8, 20:50

Can the Governor join us now on the Trump raid by any chance?

Wed, Aug 17, 13:46

iMessage

17:23

19

EY

Eldad ›

That is good news
The show will open with Tuckers
commentary and it is likely to be
longer than mins, I just want him to
hear as much of it as possible

Good news too: I have a van!

Awesome! Can we get a makeup
artist too just a quick powder

1 Reply

*Embassy
1A Beach Blvd, St. Au*

2 Replies

Is this the address?

Yes embassy suites

Awesome! Can we get a makeup artist too just a quick
powder

Not sure tbh. Do you have a back up
if not?

We can deal

It would be great if you can but if not
just lmk

iMessage

17:23

< 18    EY    Eldad ›

Bingo

And he refuses to uphold the law. He has said he won't enforce any limitations on abortions (our law is 15 weeks) or child transgender surgery

Copy - thank you

That's overruling legislators we vote for

Good news - he can be seated and ready by 8:05 . Just let me know if you can get a van or what the plan is! I'll be free to meet them at the hotel

That is good news
The show will open with Tuckers commentary and it is likely to be longer than mins, I just want him to hear as much of it as possible

Good news too: I have a van!

Awesome! Can we get a makeup artist too just a quick powder

1 Reply

Embassy
1A Beach Blvd, St. Au

2 Replies

iMessage

DEF 003601
DEX 59.018

17:23

18   EY   Eldad ›

I request a van - will let you know if it can't make it and then we'll look at a crew as plan b

*requesred

Awesome thank you

Christina, can we plz get him for the top of the show? We will likely lead with this now so it's critical for us

Working on it! I think we should be able to

Awesome

Is there a prosecutor named Warren ? Arrested a pastor?

Yes

That's the one

Arrested for Covid

Bingo

And he refuses to uphold the law. He has said he won't enforce any limitations on abortions (our law is 15 weeks) or child transgender surgery

iMessage

17:23



**EY**

Eldad ›

Nothing prior to 830?

*Embassy*
*A1A Beach Blvd, St. Aug*

2 Replies

We can do earlier here if that's easier

8:20?

He is done at 8:15 at this hotel so if you guys can get setup (a van or even a crew) in the hotel, we can start right after

Copy



I will be there, just let me know - the van is better for us - but if there's no availability then maybe see if you can send a camera crew and I can find a place for them to set up in the hotel.



I request a van - will let you know if it can't make it and then we'll look at a crew as plan b

iMessage

  

       

DEF 003603
DEX 59.020

17:23



EY

Eldad ›

Amazing! I'll check on it asap!!

Would be awesome. This is THE top priority for the governor and in his view the most important announcement for now

We wanna do it it's just a matter or van availability
What time is the announcement coming? It's via the article?



heels Up, Northeast Fl
onal Airport – Atlantic A
0 US-1 North, St. Augus
2095)

Wheels Down TLLL

The announcement will be streamed live at 10

He won't take media questions

The address is that airport we can do after 8:30

Actually scratch that. Wrong address. This is the right one:

Nothing prior to 8302

iMessage

17:23

< 18   **EY**   Eldad >

Is he available to come on Tucker tonight?

The announcement will be on fox.com or is he booked anywhere else?

He is not doing any other interviews today. Just a quick pull aside with Fox Digital after the event. I will check if he is available to go on Tucker that would be great if he can

Grateful!

He can do it at the bottom of the hour if you guys can get a studio van

To the location he will be at

St Augustine FL. I'll get you the address asap

Amazing! I'll check on it asap!!

Would be awesome. This is THE top priority for the governor and in his view the most important announcement for now

iMessage

17:20

17   WN   WTSP ›

Sun, Aug 7, 11:32

Hello. Happy Sunday. Please excuse the interruption. Sent a request to communications office for a response to attorney Andrew Warren comment toward the Governor. Looking for a reply. Your help is always appreciated. K C  here at 10Tampa Bay

iMessage

DEF 003606
DEX 59.023



**17:19**

17 | AF | Anne ›

an email

Sun, Aug 7, 10:10

Good Sunday morning. Andrew Warren has released a video saying that The Governor is trying to overthrow democracy... sending you an email. Sorry to bother you on a Sunday. — Anne from FloridaPolitics

iMessage

DEF 003607
DEX 59.024

17:19



17



JM

Javier ›

Sun, Aug 7, 10:07

Why not fundraise off of this? Suspended State Attorney Andrew Warren Fundraises off of his Suspension via @Floridianpress - https://floridianpress.com/?p=35667  What a tool

Mon, Aug 8, 07:21

OMG!! They are lying! https://floridapolitics.com/archives/544961-gov-desantis-unmonitored-ballot-dropbox-case-for-new-elections-integrity-unit/.  These guys were not there when we took the picture. They were there the following day. I had someone take video an pictures as I drove back from Tampa. Unbelievable! "He sent an email showing The Floridian's photo and the same scene, including the monitors, from a wider vantage point." What a Lie!



iMessage

17:16

2 People     Hi Nanette and Jan -

Hi Nanette and Jan -

Appreciate your feedback and thoughtful response, our goal and work is first and foremost to serve the Governor and people of Florida and that's what we strive to do every day. I agree and believe you both have covered him frequently and fairly. I also throughly enjoyed your coverage and one on one with the First Lady, Nanette and the extensive coverage from Jan Jakiekel in DeSantis vs. Lockdowns - we actually sat down with him last week. I know you see interviews of the Governor frequently, and sometimes those interviews are quick hits while others take more extensive planning. Just like I view my office team, I view each of you at Epoch a team and it's truly a testament to your wonderful coverage that reporters from the Epoch Times have had both of those opportunities to  interview one on one! I believe you're referring to an interview that occurred on the campaign side, but I believe giving new outlets a chance to connect is a positive.

Jan, as you know the suspension of the State Attorney was a serious legal matter, and in instances such as those we never want to misspeak or provide information that could in turn jeopardize a legal case. When we are able, we try our hardest to give you prior notice or a heads up, and in some instances it's just not possible. Please don't think a call to discuss or consider a correction is a question into your abilities, we value your writing! Simply on our end it's helpful to have discussions to clarify, and in legal matters we try to pick our words carefully, as whatever we say can and will be held against us in a court of law, ha. :)

DEF 003609
DEX 59.026

## 2 People          Hi Nanette and Jan -

Hi Nanette and Jan -

Appreciate your feedback and thoughtful response, our goal and work is first and foremost to serve the Governor and people of Florida and that's what we strive to do every day. I agree and believe you both have covered him frequently and fairly. I also throughly enjoyed your coverage and one on one with the First Lady, Nanette and the extensive coverage from Jan Jakiekel in DeSantis vs. Lockdowns - we actually sat down with him last week. I know you see interviews of the Governor frequently, and sometimes those interviews are quick hits while others take more extensive planning. Just like I view my office team, I view each of you at Epoch a team and it's truly a testament to your wonderful coverage that reporters from the Epoch Times have had both of those opportunities to  interview one on one! I believe you're referring to an interview that occurred on the campaign side, but I believe giving new outlets a chance to connect is a positive.

Jan, as you know the suspension of the State Attorney was a serious legal matter, and in instances such as those we never want to misspeak or provide information that could in turn jeopardize a legal case. When we are able, we try our hardest to give you prior notice or a heads up, and in some instances it's just not possible. Please don't think a call to discuss or consider a correction is a question into your abilities, we value your writing! Simply on our end it's helpful to have discussions to clarify, and in legal matters we try to pick our words carefully, as whatever we say can and will be held against us in a court of law, ha. :)

DEF 003610
DEX 59.027



17:17



Hi Nanette and Jan -

Jan, as you know the suspension of the State Attorney was a serious legal matter, and in instances such as those we never want to misspeak or provide information that could in turn jeopardize a legal case. When we are able, we try our hardest to give you prior notice or a heads up, and in some instances it's just not possible. Please don't think a call to discuss or consider a correction is a question into your abilities, we value your writing! Simply on our end it's helpful to have discussions to clarify, and in legal matters we try to pick our words carefully, as whatever we say can and will be held against us in a court of law, ha. :)

Nanette, as I've stated, you pick a day you'll be in town and I will set you up meetings and coffees. Also - feel free to send me some examples of agencies you haven't heard from, and I'll do my best to get a response or articulate how to better connect. I did go back through your recent questions, and I do have feedback as to how we can work easily together - brevity, directness, and context is helpful. For example, during legislative session, we can't fully weigh in on bills in the moment because they change by the hour, one minute it could be a bill we support, and in the next hour an amendment is added that completely changes the bill. We typically propose our legislative priorities before session and then have a team that follows them when the legislature turns those ideas into bills throughout session.

As Christina said, we value and love your coverage, and sometimes your questions are so in depth it requires more research on our end - not a bad thing! Sometimes it just takes us a bit longer. In the whirlwind of how fast paced our world is, we sometimes can't be as extensive as we'd like, or we

DEF 003611
DEX 59.028

‹ 2 People          Hi Nanette and Jan -

Nanette, as I've stated, you pick a day you'll be in town and I will set you up meetings and coffees. Also - feel free to send me some examples of agencies you haven't heard from, and I'll do my best to get a response or articulate how to better connect. I did go back through your recent questions, and I do have feedback as to how we can work easily together - brevity, directness, and context is helpful. For example, during legislative session, we can't fully weigh in on bills in the moment because they change by the hour, one minute it could be a bill we support, and in the next hour an amendment is added that completely changes the bill. We typically propose our legislative priorities before session and then have a team that follows them when the legislature turns those ideas into bills throughout session.

As Christina said, we value and love your coverage, and sometimes your questions are so in depth it requires more research on our end - not a bad thing! Sometimes it just takes us a bit longer. In the whirlwind of how fast paced our world is, we sometimes can't be as extensive as we'd like, or we have to defer to subject matter experts at the agencies we oversee, and even some agencies or statewide elected offices we don't have direct oversight of! If it helps, we do get hundreds of requests a day, so we try our hardest to be timely. Again send some examples my way, and I'll make more personal connections when you give me a date you'll be in town!

17:17



18

7 People

Thu, Aug 4, 18:39

Jeremy Redfern



Florida Channel confirmed for tomorrow.

Thu, Aug 4, 20:48

Jeremy Redfern



Today's political stunt is an illegal overreach that continues a dangerous pattern by Ron DeSantis of using his office to further his own political ambition. It spits in the face of the voters of Hillsborough County who have twice elected me to serve *them*, not Ron DeSantis...

🐦 **Andrew Warren**
twitter.com



iMessage

      

17:18

KS   BS   CF   WK   TF   BJ
7 People >

18

Today's political stunt is an illegal overreach that continues a dangerous pattern by Ron DeSantis of using his office to further his own political ambition. It spits in the face of the voters of Hillsborough County who have twice elected me to serve *them*, not Ron DeSantis...

Andrew Warren
twitter.com



Fri, Aug 5, 07:13

Jeremy Redfern



Lots of 👮

Cody Farrill

iMessage

17:18

JO

Jay >

Got it! What time is he speaking again?

10

I'll be on the radio in LA but I'll catch up lol

Nice! Have fun!

It's KFI so it's always a wild ride lol. But I'll be watching! I'll text you if I have any q's. Thanks as always!!

Fri, Aug 5, 10:57

No way he's suspending Dave Aronberg right?

No.

HA HA

Ha!! I was like – if you're gonna do it, that's the place

👍

Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

iMessage

Rent

17:19

JO

Jay

Ha!! I was like - if you're gonna do it, that's the place

Warren was suspended for a combination of specific reasons that don't apply to other officials even liberal / progressive ones who might share his philosophy

Off the record?

Fri, Aug 5, 12:14

Background. Compare warrens approach to worrell in Orange... she is also a left wing progressive but she did not sign an open letter stating that she will not do her job because she disagrees with a state law

She's entitled to her opinions and political views even if we disagree with them. But nobody can be above the law. Warren crossed the line, it was the letter and stuff that turned up in the review... like for example his office had guidelines for "presumptive non prosecution"

Unrelated - Did he have prepared remarks for that or just wing it?

iMessage