

> that would want to go to a Governors event tomorrow?

Not Delivered

> Know any law-enforcement bodies over in Tampa area that would want to go to a Governors event tomorrow?

I'm sure.

Like FWC guys.

> Thursday, August 4
> Arrival Time: 9:15 a.m.
> Event Time: 10:00 a.m.
> Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

> Could be any kind. It's at HCSO but it's a general law enforcement announcement

Ok. Sounds good. I will forward. But might be to late



DEF 003617

DEFENDANT EX 60    DEX 60.001

12:33

⟨4   ZH   
Zach

[photo of Z5 Pickleball Paddle]

Wed, Aug 3, 9:56 AM

> Law enforcement event in Tampa tomorrow

> Thursday, August 4
> Arrival Time: 9:15 a.m.
> Event Time: 10:00 a.m.
> Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

iMessage

DEF 003618

DEX 60.002



**Tyler**

New contact photo available — Update

Yeah 👍

Wed, Aug 3, 10:01 AM

Law enforcement event at HCSO tomorrow

Thursday, August 4
Arrival Time: 9:15 a.m.
Event Time: 10:00 a.m.
Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Delivered

Tue, Sep 27, 10:39 PM

Thanks for the message man!! Glad it's shifted. Feel bad for people down south, but happy for us. ❤️



DEF 003619

DEX 60.003

Case 4:22-cv-00302-RH-MAF   Document 142-38   Filed 12/01/22   Page 4 of 4



**Jeff**

Thursday, August 4
Arrival Time: 9:15 a.m.
Event Time: 10:00 a.m.
Location: Hillsborough County Sheriff's Office, 2310 N. Falkenburg Road, Tampa, FL 33619

Wed, Aug 3, 7:08 PM

I'll be in Weeki wachee on a little staycation starting tomorrow. I'll text a couple of folks out that way and see if they can make it

Raul Catuy will be there tomorrow

Jerry Batista
Alex Veloz

Angel Gallegos
Caleb Allen

Got em

Thu, Aug 4, 8:47 AM

Hey Caleb allen is there and



DEF 003620

DEX 60.004