3:48   66%

← L **Larry Keefe** ⌄ ⋮

**8:42 AM** otherwise.

Copy. **8:42 AM**

Saturday, September 3

One of the amici state attorneys wants to see the Warren Executive Order and all of its exhibits today before he signs on in support.

Would you please email all to me today at Larry.keefe@eog.myflorida.com ?   **10:56 AM**

Hi Larry, please pass along this link: https://www.flgov.com/wp-content/uploads/2022/08/EO-22-176-compressed.pdf
**11:07 AM**

Thanks Ray.   **11:14 AM**

     



DEF 003629

DEFENDANT EX 63
DEX 63.001

Wednesday, August 3

Larry Keefe

Larry here. This is to Ryan and Ray. The latest EO looks good.

MMS
1:10 PM

Larry Keefe



DEF 003630

DEX 63.002



DEF 003631

DEX 63.003