**LK:** Transition has been appropriate and smooth thus far.

I have moved into a conference room along with Bryan, Robbie and Lindsey down the hall and "away" from the SA and her staff.

Thu, Aug 4, 3:08 PM

Larry Keefe



**Andrew Warren giving Tampa cold case update despite suspension**
wfla.com

DEFENDANT EX 64   DEF 003632   DEX 64.001



4 People

Thu, Aug 4, 3:08 PM

Larry Keefe



**Andrew Warren giving Tampa cold case update despite suspension**
wfla.com

Bryan, Lindsey and Robbie have departed the Tampa OSA.

Signed Judicial resignation letter to the Governor will be emailed to Rochelle within the next few minutes. Bryan took a duplicate original of same with him.

Mass swearing in of all ASAs at

DEF 003633
DEX 64.002



4 People

**Andrew Warren giving Tampa cold case update despite suspension**
wfla.com

Bryan, Lindsey and Robbie have departed the Tampa OSA.

Signed Judicial resignation letter to the Governor will be emailed to Rochelle within the next few minutes. Bryan took a duplicate original of same with him.

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.

DEF 003634
DEX 64.003



4 People

> Mass swearing in of all ASAs at 4 this afternoon.
>
> Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.
>
> COS Weisman wants me to stay here through tomorrow. I said I would, subject to your direction. Please advise re your direction on same.
>
> Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

(813) 766-5702

We are downstairs

DEF 003635
DEX 64.004



4 People

**LK:** Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

(813) 766-5702

We are downstairs

**Taryn Fenske**

I sent the number too for a potential PIO to you Larry

**Larry Keefe**

COS has retained PIO candidate. Will start work remotely immediately.

Bryan, according to email Christina sent, the 4 pm event will be in a private law firm on upper floors of Bank of America building.

DEF 003636
DEX 64.005

  

**4 People** >

Text Message
Thu, Aug 4, 1:12 PM

Larry Keefe

> Larry here. This is to James, Ryan, Taryn and Bryan.
>
> SA Lopez was just formally and ceremonially "sworn in" by a circuit judge. Several of the SA's former colleagues/judges and key SAO members were present. Robbie captured images of all. Very warm, nice yet dignified event.
>
> All documents related to her oath, Secretary of State and resignation are being processed now in accord with Ryan's instructions. The SA said she will email copies of all to Rochelle.
>
> Transition has been

  
      

DEF 003637
DEX 64.006

..ıl Verizon LTE          10:04 PM

‹ 45                    TF LK
                      2 People ›

iMessage
Mon, Aug 8, 5:44 PM

Larry Keefe

> New Hillsborough state attorney reverses Andrew Warren, seeks death penalty in teacher slaying http://www.tampabay.com/news/crime/2022/08/08/new-hillsborough-state-attorney-reverses-andrew-warren-seeks-death-penalty-in-teacher-slaying/ (Via Tampa Bay Times)

Tue, Aug 9, 7:17 AM

Larry Keefe



**Lopez to push for the death penalty** | **New prosecutor rolls back policies**



**Taryn Fenske**

I can come to your office ryan

Mine is a little birthday crazy

**Larry Keefe**

Should I go to Ryan's office now? Larry

I can host

**Larry Keefe**

Taryn. We are in Ryan's large conference room.

**Taryn Fenske**

Coming

Tue, Aug 9, 6:26 PM

**Larry Keefe**

James has called me to a 0900 meeting tomorrow morning, so I cannot join you both in the call

DEF 003639
DEX 64.008

**Tue, Aug 9,** 6:26 PM

Larry Keefe

> James has called me to a 0900 meeting tomorrow morning, so I cannot join you both in the call with Gary in Tampa. Please proceed without me.

**Wed, Aug 10,** 7:57 AM

Larry Keefe



'This is about democracy'

Fired by Gov. DeSantis as Hillsborough state attorney, Andrew Warren begins a likely lengthy battle through the courts and Florida Senate.

CORONAVIRUS PANDEMIC

Schools reopen to new goals

Getting students back on track is the main focus after three years marred by COVID-19.

FBI search of Trump's estate signals mounting pressure

DEF 003640
DEX 64.009

Verizon LTE    10:04 PM

‹ 45    TF LK
2 People ›

Tue, Aug 9, 7:17 AM

Larry Keefe



Tue, Aug 9, 8:52 AM

Larry Keefe

Where will we have the 0900 call this morning?

iMessage

DEF 003641
DEX 64.010



**Taryn Fenske**

Wonderful

**Larry Keefe**



Gov. DeSantis removed him. What's next in Andrew Warren's fight for his job?
tampabay.com

Wed, Aug 10, 4:56 PM

**Larry Keefe**

James now has me attending an immigration related meeting at 0900 tomorrow morning, so I cannot participate in the 0900 Tampa call.

DEF 003642
DEX 64.011

**Larry Keefe:** James now has me attending an immigration related meeting at 0900 tomorrow morning, so I cannot participate in the 0900 Tampa call.

Will you both initiate and handle the Tampa call at 0900?

Please advise. Thanks.

**Taryn Fenske:** I can handle

**Larry Keefe:** Thanks

*Fri, Aug 12, 8:49 AM*

**Larry Keefe:** Are we having the Tampa call at 0900 in Ryan's or Taryn's

DEF 003643
DEX 64.012



2 People



**Wed, Aug 10,** 12:45 PM

Taryn Fenske

I can do a call whenever works best for you both

Larry Keefe

Jared attended this morning's call with Tampa.

Next scheduled Tampa call is tomorrow morning at usual time of 0900.

Taryn Fenske

Wonderful

DEF 003644

DEX 64.013



Fri, Aug 12, 8:49 AM

**Larry Keefe**

> Are we having the Tampa call at 0900 in Ryan's or Taryn's office?

**Taryn Fenske**

> I'm sending Jared this morning!

> I have an interview

**Larry Keefe**

> Understood. We are in Ryan's conference room. Thanks

Sat, Aug 13, 4:11 PM

**Larry Keefe**

> Hillsborough's sheriff and state attorney seemed in sync. What happened?
> http://www.tampabay.com/news/hillsborough/2022/08/12/hillsboroughs-sheriff-and-

  
      

DEF 003645
DEX 64.014


**LK**: 0900 in Ryan's or Taryn's office?

**Taryn Fenske**

I'm sending Jared this morning!

I have an interview

**Larry Keefe**
Understood. We are in Ryan's conference room. Thanks

*Sat, Aug 13, 4:11 PM*

**Larry Keefe**
Hillsborough's sheriff and state attorney seemed in sync. What happened?
http://www.tampabay.com/news/hillsborough/2022/08/12/hillsboroughs-sheriff-and-state-attorney-seemed-in-sync-what-happened/
(Via Tampa Bay Times)

DEF 003646
DEX 64.015

**10:02 PM**

3 People

Text Message
Sun, Aug 14, 9:59 PM

Larry Keefe

> A progressive prosecutor clashed with DeSantis. Now he's out of a job.



A progressive prosecutor clashed with DeSantis. Now he's out of a job.
washingtonpost.com

DEF 003647
DEX 64.016



**Travis Horn** added a post to the album: **Public Policy**.
Just now

> I've received a detailed, potentially devastating news tip alleging abuse by another activist S. Fla. State Attorney... STAY TUNED!

👍 Like    💬 Comment    ↗ Share

**Joe Greco** · 4 hrs

My Tampa regional flagged this for me! He's talking about Aronberg. Travis is an attorney who is apparently quite full of himself. We're not reaching out to get more details.

Just flagging for awareness!

DEF 003648
DEX 64.017



**Savannah**

Tue, Aug 9, 11:23 AM

**Travis Horn** added a post to the album: **Public Policy**.
Just now

I've received a detailed, potentially devastating news tip alleging abuse by another activist S. Fla. State Attorney... STAY TUNED!

Like    Comment    Share

**Joe Greco**
4 hrs

My Tampa regional flagged this for me! He's talking about Aronberg. Travis is an attorney who is
apparently quite full of himself. We're not reaching out to get

DEF 003649
DEX 64.018



**Stephanie**

*Thu, Aug 4, 12:46 PM*

Please call

*Thu, Aug 4, 6:17 PM*

Call when you can need to get a clarification

*Fri, Aug 5, 7:33 PM*

So @GovRonDeSantis, you removed a duly elected official because he signed a pledge not to do something… does this mean you'll also suspend the Seminole Sheriff who pledged not to enforce an assault weapons registry?

I'll wait. https://t.co/tiMFSTC7mQ

Dan Daley
twitter.com

DEF 003650
DEX 64.019



> Matthew J. Peterson
> twitter.com

Tue, Aug 16, 4:17 PM

> INBOX: @AndrewWarrenFL, the Hillsborough State Attorney suspended by @GovRonDeSantis, will be in Tallahassee Wednesday to "update the public on the latest developments in his legal challenge to the Governor's illegal suspension order."
>
> 9:00 a.m.
> Doubletree Hotel...
>
> Peter Schorsch
> twitter.com

Sat, Aug 20, 12:33 PM



DEF 003651
DEX 64.020