

DEFENDANT EX
65
DEF 003652
DEX 65.001





DEF 003654

DEX 65.003





DEF 003656

DEX 65.005



CD    The public will enter here

Perfect!

Cherie Denham

CD    What if we do a PDF for the podium? They are exited to use it, its brand new. This will be their first time using

We're good using their podium! We're gonna use the seal!

Do they need anything from us to display that?

Cherie Denham

CD    Let me ask Crystal

Do we have more names coming in? We're at 31!

Can we start pushing hard?

I'm getting nervous! 😣

Cherie Denham

CD    Yes I have more names to enter when I get home

Whew!

Cherie Denham

CD    And I have several people I'm waiting to hear back from





6:32

CD LG

2 People

moving him around it's gonna be totally locked down

CD  If worse comes to worse we can just stick a couple flags in there

CD  Somebody recruited the POC from Harpoon Harry's 🤣🤣

He is doing the interview!

Cherie Denham

CD  Omg that's awesome

So if you can secure a close interview with flags for a TV interview.

Lindsay Garcia

LG  Haha wow

*close room

Cherie Denham

CD  Yes

Wrapping up brief now!

A few things:

Lindsay, Bryan is prepared on this, but immediately after the event tomorrow, you and him are going to go to the State Attorney's Office and help make sure there's no funny business over there. We want to make sure there aren't any pop up

Text Message



6:32

CD
LG

2 People

make sure there aren't any pop up press conferences with Warren, etc. Once secured, y'all will go to Miami.

Cherie, we'll have you on take down. If there's continued issues at the SA office, we'll send you!

America's Newsroom will do the live TV hit immediately following the event so make sure you remind him tomorrow. Christina and Bryan are traveling so Christina will handle the interview.

I just don't want him to leave the building without doing the interview! 😂 It's happened.

Lastly, America's Newsroom will take the press conference live so we'll want this set-up and crowd to be 💯💯💯

Cherie Denham

Laughed at "I just don't want him to leave the building without doing the interview! 😂 It's happened."

Liked "America's Newsroom will do the live TV hit immediately following the event so make sure you remind him tomorrow. Christina and Bryan are traveling so Christina will handle the interview."

Loved "Lastly, America's Newsroom

Text Message



6:32
5G
1
CD
LG
2 People
CD
be 💯💯💯"
Oh, and under no circumstance tell anyone what the event is about. All the people in the hold room know obvy, but we can't tell anyone else or have it leaked. Even in the minutes before the event. It's a whole operation to secure the SA office.
Cherie Denham
Ok
So maybe we shouldn't print a brief? Just keep it on our phones
CD
I would print as normal. Just scratch out the parts that someone could see (ie: title and purpose).
Cherie Denham
CD
Ok
Larry Keefe in our office will be at the State Attorney's Office right before/ during the event to secure the office - just for awareness.
Cherie Denham
CD
Lindsay Garcia
LG
Copy! I'm ready
Text Message





6:32 5G

CD LG

2 People

**DeSantis Press Conference - HCSO - August 4th Thursday 10am** Inbox

Libby Brooks 9:25 PM
to bcc: me

Sorry for such insanely short notice but this is time sensitive. Please see attached.

If you can go I will need your name to put on the list.

**Best regards,**
Libby Brooks
Office Administrator
**Hillsborough County Republican Party**
5118 North 56th St. Suite 115
Tampa, FL 33610

Office: 813.621.7909 Ext. 101
admin@hillsborough.gop |
www.Hillsborough.GOP

CD: Is it safe to say we're full?

Lindsay Garcia

Attachment:

RON DESANTIS FLORIDA GOVERNOR

Governor DeSantis will be in Tampa on Thursday, August 4 for a Press Conference at the Hillsborough Sheriff's Office

**We need about 30 folks at the event to support Governor DeSantis.**

**Please provide your names ASAP if you would like to attend.**

**Reply back with your names only if you are willing to attend.**

**Attire: Casual/business casual; No political attire please.**

**Thursday, August 4, 2022**

**Event Time: 10:00 am**

Text Message

Arrival Time: 9:15 am

Location:  Hillsborough County Sheriff's Office
          2310 N. Falkenburg Road
          Tampa  33819

Cherie Denham

How many are on the list right now?

Lindsay Garcia

Who sent that to her and who made that attachment? I bet that was sent to the whole HCREC. We are at 96 names!

I did ask RPOF for help!

We can take some more names!

Cherie Denham

That went out to like 2500 people

Lindsay Garcia

They sure know how to keep it quiet lol

Email blast

Cherie Denham



DEF 003664

DEX 65.013







6:34

CD  LG
2 People

**LG**  Overflow parking can likely use HR parking lot across street but I'm sure hcso will direct

Cherie Denham
**CD**  Yes

Will y'all reserve 10 spots up front for the speakers?

Cherie Denham
It's Jessica from Moody's office is there we can have her help with media check in. She knows them all as well

Yes just make sure they have our cell phone numbers

Have them text us

**CD**  I'm gonna text Beltran right now and tell him he needs to leave in 10 minutes so he'll be on time 🤣🤣

Let's give a list to the deputies directing people! Shouldn't be an issue!

Beltran is a hot mess.

Lindsay Garcia
**LG**  Printing list @ 8am. Anything after that, shoot me a text or email w name

I didn't see her on the list, but Stargel

Text Message











DEF 003672

DEX 65.021





**DeSantis spokesperson teases major announcement from Florida governor**

7,228 likes

foxnews GET READY: 'Prepare for the liberal media meltdown of the year.' Link in bio.

Cherie Denham

CD Susie is in the hold room now

So let's just take the extra time if needed to make sure everyone is set perfectly and sound is working! 👍

Perfect!

Cherie Denham

CD Ok

Should be good! I'm excited!

And we can start letting in supporters at 9 am. Let's hold media until 9:30 am!

If media bitch, just tell them we're getting supporters in place so they have an easy and interrupted set-up.

Cherie Denham





DEF 003676

DEX 65.025



DEF 003677

DEX 65.026



DEF 003678

DEX 65.027





DEF 003680

DEX 65.029



DEF 003681

DEX 65.030









6:44 5G

SC

Sheriff

Tue, Aug 2, 12:01 PM

Hey Sheriff! Hope you're doing well! Just wanted to follow up on Thursday! Feel free to call me whenever you have time. Thanks!

Wed, Aug 3, 2:05 PM

Have y'all been able to find a victim?

Wed, Aug 3, 6:25 PM

We are not going to have the victim speak, but if you can highlight her story in your remarks, that would be great!

You got it

Also - we do not need a magnetron tomorrow so don't sweat it!

We will have two deputies with wands as they walk in or would you like that removed?

We don't have a portable magnetometer

I think we're good! We have a set list of people attending that we trust!

Thank you

!

iMessage

6:44
5G
SC
Sheriff
Thursday! Feel free to call me whenever you have time. Thanks!
Wed, Aug 3, 2:05 PM
Have y'all been able to find a victim?
Wed, Aug 3, 6:25 PM
We are not going to have the victim speak, but if you can highlight her story in your remarks, that would be great!
You got it
Also - we do not need a magnetron tomorrow so don't sweat it!
We will have two deputies with wands as they walk in or would you like that removed?
We don't have a portable magnetometer
I think we're good! We have a set list of people attending that we trust!
Thank you
!
Delivered
Understand and makes sense
iMessage

6:44

**RM**

Robbie

Thu, Aug 4, 8:51 AM

I know Cherie and Lindsay are on it, but will you assist with making the deputies and everyone look good if needed? Since this has been so hyped, I want it to look and sound

Never hurts to have multiple eyes.

It's a digital interview so 1:1 with a cell phone camera. That's it!

Oh ok

Upload speed is bad according to Lindsay

DEF 003685

DEX 65.034

