

3:29

139

BG CP

2 People

Fri, Aug 5, 1:25 PM

Bryan Griffin

MM Martinez, Marlei 12:47 PM

Pushaw, Christina, Griffin, Bryan

Hi there,

This is Marlei Martinez, reporter at WESH 2 News... the NBC station in Orlando.

Did the Hillsborough County Sheriff's Office escort Andrew Warren out of the State Attorney's Office? In the Governor's executive order, he requested HCSO "assist in the immediate transition of Andrew Warren from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

Marlei Martinez
Reporter
Cell (407) 920-4702
marlei.martinez@hearst.com
1021 North Wymore Road, Winter Park, FL 32789

BG: I think we should confirm this - gets some buzz and being tough. Can I say "Yes, this happened concurrent to the governor's announcement."

We need to do it off the record

I'll call her

Bryan Griffin

BG: Ok thanks

Text Message

Cash

DEFENDANT EX
66

DEF 003687
DEX 66.001



3:29

139

BG CP

2 People

Did the Hillsborough County Sheriff's Office escort Andrew Warren out of the State Attorney's Office? In the Governor's executive order, he requested HCSO "assist in the immediate transition of Andrew Warren from the Office of the State Attorney..."

Did this happen? And when?

Thank you,
Marlei

Marlei Martinez
Reporter
Cell (407) 920-4702
marlei.martinez@hearst.com
1021 North Wymore Road Winter Park FL 32789

BG: I think we should confirm this - gets some buzz and being tough. Can I say "Yes, this happened concurrent to the governor's announcement."

We need to do it off the record

I'll call her

Bryan Griffin

BG: Ok thanks

Ugh why is this story still alive

Tap to Load Preview

BG: yahoo.com

Text Message

Cash

**Christina Pushaw:** Is it not against the law to claim on tv that he's still the state attorney and will continue doing that job?

Like impersonating a police officer is against the law

I'm on the phone with Larry about it now

Working on it

He had a state laptop on at his house

Fred piccolo is now doing their comms

So I'm going to call him and have him get counter stories out there

Will's team can focus on this one, we'll put a nail in the coffin

**Bryan Griffin:** That too

Fri, Aug 5, 8:05 PM

**Bryan Griffin:** twitter.com

I'd like to share if ok

DEF 003689
DEX 66.003



**Bryan Griffin:** I'd like to share if ok

**Christina Pushaw:** This is great but who runs the twitter? Can we tell them to just make it a Twitter video instead of hosting it on YouTube?

**Bryan Griffin:** Agreed

**Bryan Griffin:** They aren't too savvy

**Christina Pushaw:** It will get many more views if it's uploaded directly to twitter. And she should open replies. Yes there will be trolls but probably more positive replies and closing replies looks bad to most people

**Bryan Griffin:** They said so themselves

**Christina Pushaw:** And even trolls will up the engagement so whatever

**Christina Pushaw:** Ok so if they're willing to just make those 2 small changes let's see

**Christina Pushaw:** Then we should amplify it

Bryan Griffin

DEF 003690
DEX 66.004



**Bryan Griffin**
Agreed
I can call rocky I think
Their IT guy
1 min

**Christina Pushaw**
Thank you!
The video itself is great
Twitter algorithm actively suppresses video links from other sites like YouTube that they see as competitors

**Bryan Griffin**
They're working on it!

**Christina Pushaw**
Awesome
And they're good with allowing replies??

**Bryan Griffin**
Taryn does it run us afoul of legal issues to promote them through our twitters?
Yeah

DEF 003691
DEX 66.005



**Bryan Griffin:** They fixed it

**Bryan Griffin:** Took a couple tries

**Christina Pushaw:** Yay

**Bryan Griffin:** Think we are good to promote?

**Christina Pushaw:** Ok if Taryn is good with us tweeting it I will too

**Bryan Griffin:** Cool will await her direction

**Bryan Griffin:** They kinda need us to help keep the messaging positive in the comments

**Bryan Griffin:** Trolls already starting

**Christina Pushaw:** Don't worry. Just DM it to some people to share it

**Christina Pushaw:** I mean supportive followers you have

**[Me]:** You can promote

**Bryan Griffin:** Awesome, sending one now

DEF 003692
DEX 66.006



**CP:** Don't worry. Just DM it to some people to share it

**CP:** I mean supportive followers you have

**[Me]:** You can promote

**Bryan Griffin:** Awesome, sending one now

Sat, Aug 6, 9:14 AM

**Bryan Griffin:** Hey guys, Jan lobbied hard to get the article fixed. I think it does us a unique service of making the point that the suspension was about a BUNCH of factors, not just the abortion thing

theepochtimes...

However, she does give space to Warren's quotes

On the whole I think it's good and want to share since she worked with me on edits

**BG:** Lmk what you think

DEF 003693
DEX 66.007



7:37

4 People

Text Message
Thu, Aug 4, 1:12 PM

Larry Keefe

Larry here. This is to James, Ryan, Taryn and Bryan.

SA Lopez was just formally and ceremonially "sworn in" by a circuit judge. Several of the SA's former colleagues/judges and key SAO members were present. Robbie captured images of all. Very warm, nice yet dignified event.

All documents related to her oath, Secretary of State and resignation are being processed now in accord with Ryan's instructions. The SA said she will email copies of all to Rochelle.

Transition has been appropriate and smooth thus far.

I have moved into a conference room along with Bryan, Robbie and Lindsey down the hall and "away" from the SA and her staff.

Thu, Aug 4, 3:08 PM

Larry Keefe





**Thu, Aug 4, 3:08 PM**

Larry Keefe

**Andrew Warren giving Tampa cold case update despite suspension**
wfla.com

Bryan, Lindsey and Robbie have departed the Tampa OSA.

Signed Judicial resignation letter to the Governor will be emailed to Rochelle within the next few minutes. Bryan took a duplicate original of same with him.

Mass swearing in of all ASAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.

COS Weisman wants me to stay here through tomorrow. I said I would, subject to your direction. Please advise re your direction on same.

Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues

DEF 003695
DEX 66.009



Mass swearing in of all AOAs at 4 this afternoon.

Overall Atmosphere in the office appears very positive. Random people here have approached me to express relief, gratitude and optimism going forward.

COS Weisman wants me to stay here through tomorrow. I said I would, subject to your direction. Please advise re your direction on same.

Number one priority is getting a PIO here ASAP now that Bryan has departed. Most all priority issues need professional Comms skills.

Bryan Griffin

We are downstairs

I sent the number too for a potential PIO to you Larry

Larry Keefe

COS has retained PIO candidate. Will start work remotely immediately.

Bryan, according to email Christina sent, the 4 pm event will be in a private law firm on upper floors of Bank of America building.

DEF 003696
DEX 66.010



7:59 5GE

111

LK BG SK

3 People

Text Message
Thu, Aug 4, 7:10 AM

Larry Keefe

LK: Larry Keefe here. See today's Tampa Times article re Warren making some major announcement later today re a high profile case.

Tap to Load Preview

LK: tampabay.com

Bryan Griffin

BG: Judge lopez and I discussed that last night. She'll just have to cancel that press conference when she gets in office.

Larry Keefe

Understood. Thanks

LK: Governor may get questions on this during presser this morning.

Bryan Griffin

BG: I'll make sure hes aware.

Larry Keefe

LK: Thanks

Suggest Suzy's first internal directive

Text Message

Cash



**LK:** Suggest Suzy's first internal directive memo to say that all of Warren's prosecution polices, written and oral, are immediately suspended until further notice.

External press release say same.

Also say the office shall have no blanket non prosecution policies and that all cases will be evaluated on a case by case basis and that the law will be enforced as written by the legislature.

**Me:** I'm fine with that unless it holds up any decent decisions!

By suspending

**Larry Keefe:** First order of business before that memo goes out is to obtain the Chief of Staff's deconfliction assessment re any key decisions with irreparable implications.

**Me:** Sounds good

**Larry Keefe:** Suzy is now at the event site with sheriff chronister

DEF 003698
DEX 66.012



8:00

5GE

111

LK BG SK

3 People

are immediately suspended until further notice.

External press release say same.

Also say the office shall have no blanket non prosecution policies and that all cases will be evaluated on a case by case basis and that the law will be enforced as written by the legislature.

LK

I'm fine with that unless it holds up any decent decisions!

By suspending

Larry Keefe

First order of business before that memo goes out is to obtain the Chief of Staff's deconfliction assessment re any key decisions with irreparable implications.

LK

Sounds good

Larry Keefe

Suzy is now at the event site with sheriff chronister

LK

I have the EO.

LK

Text Message

Cash




DEF 003700
DEX 66.014



7:39 5GE

136

LK RN

2 People

iMessage
Mon, Aug 8, 5:44 PM

Larry Keefe

New Hillsborough state attorney reverses Andrew Warren, seeks death penalty in teacher slaying http://www.tampabay.com/news/crime/2022/08/08/new-hillsborough-state-attorney-reverses-andrew-warren-seeks-death-penalty-in-teacher-slaying/
(Via Tampa Bay Times)

LK

Tue, Aug 9, 7:17 AM

Larry Keefe

tampabay.com

## Lopez to push for the death penalty

The newly appointed state attorney will break with her predecessor in a teacher slaying case.

## New prosecutor rolls back policies

The action appears to be aimed at decisions cited by Gov. DeSantis.

## FBI conducts a search of Mar-a-Lago estate, safe, Trump says

Justice Department hasn't confirmed the contents of the former president's statement.

## No tax relief for Surfside

Fourteen months after the catastrophic collapse, condo owners will be billed $5,785 on average in property taxes.

iMessage

Cash

7:39 ✈                                                   .ıl 5G E 🔋

< 136                         LK
                                  RN
                          2 People

                     Tue, Aug 9, 7:17 AM

Larry Keefe



                     Tue, Aug 9, 8:52 AM

Larry Keefe

Where will we have the 0900 call this morning?

> I can come to your office ryan

> Mine is a little birthday crazy

Larry Keefe

Should I go to Ryan's office now?

DEF 003702
DEX 66.016

7:39

2 People

**Larry** Keefe

Should I go to Ryan's office now?
Larry

Ryan Newman

I can host

Larry Keefe

Taryn. We are in Ryan's large conference room.

Coming

Tue, Aug 9, 6:26 PM

Larry Keefe

James has called me to a 0900 meeting tomorrow morning, so I cannot join you both in the call with Gary in Tampa. Please proceed without me.

Wed, Aug 10, 7:57 AM

Larry Keefe



'This is about democracy'

Fired by Gov. DeSantis as Hillsborough state attorney, Andrew Warren begins a likely lengthy battle through the courts and Florida Senate.

Schools reopen to new goals



7:39

136    LK  RN
2 People

Wed, Aug 10, 7:57 AM

Larry Keefe

[Newspaper front page with headlines: "'This is about democracy' — Fired by Gov. DeSantis as Hillsborough state attorney, Andrew Warren begins a likely lengthy battle through the courts and Florida Senate."; "Schools reopen to new goals"; "FBI search of Trump's estate signals mounting pressure"; "Trump backers erupt in anger over 'attack'"]

Wed, Aug 10, 12:45 PM

I can do a call whenever works best for you both

Larry Keefe

Jared attended this morning's call with Tampa.

Next scheduled Tampa call is tomorrow morning at usual time of

DEF 003704
DEX 66.018



**LK** / **RN**
2 People

**LK:** Next scheduled Tampa call is tomorrow morning at usual time of 0900.

**Me:** Wonderful

**LK (Larry Keefe):**
[Article preview]
**Gov. DeSantis removed him. What's next in Andrew Warren's fight for his job?**
tampabay.com

Wed, Aug 10, 4:56 PM

Larry Keefe

**LK:** James now has me attending an immigration related meeting at 0900 tomorrow morning, so I cannot participate in the 0900 Tampa call.

Will you both initiate and handle the Tampa call at 0900?

**LK:** Please advise. Thanks.

DEF 003705
DEX 66.019

Case 4:22-cv-00302-RH-MAF   Document 142-42   Filed 12/01/22   Page 20 of 20



7:51

**2 People**

**LK:** Please advise. Thanks.

**Me:** I can handle

Larry Keefe
**LK:** Thanks

Fri, Aug 12, 8:49 AM
Larry Keefe
**LK:** Are we having the Tampa call at 0900 in Ryan's or Taryn's office?

**Me:** I'm sending Jared this morning!

**Me:** I have an interview

Larry Keefe
**LK:** Understood. We are in Ryan's conference room. Thanks

Sat, Aug 13, 4:11 PM
Larry Keefe
**LK:** Hillsborough's sheriff and state attorney seemed in sync. What happened?
http://www.tampabay.com/news/hillsborough/2022/08/12/hillsboroughs-sheriff-and-state-attorney-seemed-in-sync-what-happened/
(Via Tampa Bay Times)

DEF 003706
DEX 66.020