**Weisman, Gary S.**

| | |
|---|---|
| **From:** | Weisman, Gary S. |
| **Sent:** | Thursday, April 28, 2022 7:32 AM |
| **To:** | Warren, Andrew H. |
| **Subject:** | Re: Different issue |

No as to Gov DeSantis' potential executive action, but yes as to the FL dept of health memo. The memo was issued last week and made national news. It was framed as a response to the federal government's memo in support of gender affirming health care for kids that was released a month or two ago. Florida's surgeon general essentially took the position that the federal government's position in support of the benefit of providing this care to kids was not supported by evidence and was an attempt to assert politics into healthcare for kids.

> On Apr 28, 2022, at 7:05 AM, Warren, Andrew H. <Warren_A@sao13th.com> wrote:
>
> Have you heard anything about this?
>
> Andrew H. Warren
> State Attorney
> Thirteenth Judicial Circuit
> 419 N. Pierce Street
> Tampa, Florida 33602
> (813) 274-1900
> Warren_A@sao13th.com
> www.sao13th.com
>
> Begin forwarded message:
>
>> **From:** Miriam Krinsky <krinskym@krinsky.la>
>> **Date:** April 27, 2022 at 10:47:58 PM EDT
>> **To:** "Warren, Andrew H." <Warren_A@sao13th.com>
>> **Cc:** Rebecca Blair <rblair@fairandjustprosecution.org>, estela.dimas@gmail.com, jkollar@fairandjustprosecution.org, Rosemary Nidiry <rnidiry@fairandjustprosecution.org>
>> **Subject: Different issue**
>>
>> Andrew:
>>
>> While we have your eye, wanted to run a different issue by you. My team did a call today with advocates watching the disheartening anti-trans laws around the nation and heard that DeSantis is getting ready to issue an EO in Florida saying that gender-affirming care is child abuse or something similar (akin to the TX effort that many of you stood together on). They have not heard anything concrete, but this Department of Health memo seems like it's laying the groundwork for exec action. Have you heard anything about this? And would you be interested in partnering on a statement from Florida SAs denouncing it (and perhaps seeing if others might want to join on); we did a similar thing in Texas by



DEFENDANT EX 73

Weisman000288
DEX 73.001

the DAs there, but realize the FLA landscape is a tough one and there may not be others beyond you and possibly Monique who would bring voices to the issue.

**Miriam Aroni Krinsky**
Founder and Executive Director
Fair and Just Prosecution
Email: krinskym@krinsky.la
Cell: (818) 416 5218



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

---

**From:** Miriam Krinsky
**Sent:** Wednesday, April 27, 2022 6:34 PM
**To:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Cc:** Amerika Blair <ablair@fairandjustprosecution.org>; Rosemary Nidiry <rnidiry@fairandjustprosecution.org>; Greg Srolestar <gsrolestar@fairandjustprosecution.org>; Teuber, Jordan B. <Teuber_J@sao13th.com>
**Subject:** RE: Latest Updates and Resources

Let us look at this, Andrew, and circle back to you right away. Greg or America will be in touch before the week is out.

**Miriam Aroni Krinsky**
Founder and Executive Director
Fair and Just Prosecution
Email: krinskym@krinsky.la
Cell: (818) 416 5218

*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

---

**From:** Warren, Andrew H. <Warren_A@SAO13th.com>
**Sent:** Wednesday, April 27, 2022 6:22 PM
**To:** Miriam Krinsky <mkrinsky@fairandjustprosecution.org>
**Cc:** Amerika Blair <ablair@fairandjustprosecution.org>; Rosemary Nidiry <rnidiry@fairandjustprosecution.org>; Greg Srolestar <gsrolestar@fairandjustprosecution.org>; Teuber, Jordan B. <Teuber_J@sao13th.com>
**Subject:** Re: Latest Updates and Resources

Weisman000289
DEX 73.002

I'm not sure if I'm attending the Washington event. That is, I want to attend and blocked the days on my calendar, but I didn't receive further information so maybe I'm on the waitlist?

Andrew H. Warren
State Attorney
Thirteenth Judicial Circuit
419 N. Pierce Street
Tampa, Florida 33602
(813) 274-1900
Warren_A@sao13th.com
www.sao13th.com

> On Apr 12, 2022, at 3:09 PM, Miriam Krinsky <mkrinsky@fairandjustprosecution.org> wrote:
>
> This email continues FJP's ongoing weekly updates and efforts to share information, innovations, and thinking among the network. (Past emails are archived here on the FJP Resource Library.) As always, please send along new policies or practices of note to Greg Srolestar (gsrolestar@fairandjustprosecution.org) so we can continue to share your innovations with others in the network.
>
> *Quick reminder…*
> Please note that these emails are **for *elected leaders in the FJP network and their senior staff*** and are *not* intended to be shared externally or for broader dissemination.
>
> *Upcoming at FJP*
>
> - 
> - 
> - On
> - *Friday, April 29th from 2-3 PM ET/11-12 PM PT*
> - we will be holding a call for
> - **FJP network communications staff.**
> - If an office does not have a dedicated comms staffer, another senior policy staff person is welcome to attend, but our aim is for the call to be for staff and not for elected prosecutors. We will start with a short presentation on communications strategies
> - and common issues and then have time set aside for communications staff to ask questions and share with each other. We sent details to communications staff on Friday, but if your comms staffer is not on
> - this
> - list or you have someone else you'd like us to include, please email our Communications Director Alyssa
> - Kress at akress@fairanndjustprosecution.org.
> - 
> - 
> - 
> - Thanks to those of you who were able to join us for our

3

Weisman000290
DEX 73.003

- **elected network call** last Friday. We will be sharing follow ups later this week (if you have materials
- or further thoughts on innovations or policies you mentioned on the call please send those on to us). Our next elected network call will be on
- *July 29th at 12pm PT/3pm ET.*
- 
    - 
    - 
    - *On our recent elected call, a member of the network noted they are looking for*
    - ***best practices for homicide panels.***
    - *If your office has a homicide panel and may have insights, please notify Greg (gsrolestar@fairandjustprosecution.org).*
    - 
- 
- 
- We are looking forward to our upcoming convening:
- *Forging Alliances and Promoting Reform: New Strategies to Transform Policing, Address Violence,*
- *and Support Youth at-Risk,*
- on **May 12th and 13th in Washington D.C.**
- As space is limited (and the network has grown!), we were unfortunately not able to include everyone who had expressed an interest in being with us. If you do remain interested in joining, please notify us (include Greg and Amerika, both cc'd) and we will
- start to keep a waitlist in the event of cancellations. To those who aren't able to join us this time, we look forward to seeing you at an upcoming event later this year!
- 

*Updates From Around the Network*

- 
- 
- Last month,
- **Durham County District Attorney Satana Deberry**
- testified at the U.S. House Judiciary Subcommittee on Crime's hearing on "**Re-imagining Public Safety in**
- **the Covid-19 Era.**" You can find on the RL clips of DA Deberry's terrific
- testimony,
- her response to questions from members of the subcommittee (one from
- Rep. Karen Bass on crime rates and reform and one from
- Rep.
- Sheila Jackson Lee on the role of the district attorney and accountability), and her
- written
- testimony – all are in the folder
- here.

4

Weisman000291
DEX 73.004

- The testimony and follow-up answers model important messaging around how to think about violence and violence reduction through a lens of supporting a more fair and equitable criminal justice system.
- 
- 
- 
- **Berkshire County District Attorney Andrea Harrington**
- agreed to
- dismiss
- a 1983 arson case after efforts by the Anti-Defamation League and the Innocence Project
- showed the original conviction was **tainted by antisemitism and bias**.
- The now 78-year old Barry Jacobson was found guilty in 1983 of setting a fire at his home in Richmond and sentenced to six months in prison. Jacobson's attorneys learned of antisemitism in the trial and jury deliberations after the verdict and raised the issue
- on appeal to no avail; through assistance in recent years from the ADL and Innocence Project, and with the support of DA Harrington, the case has now been dismissed.
- 
- 
- 
- **Los Angeles County District Attorney George Gascón**
- announced that he has joined forces
- with public defenders and nonprofit organizations to establish a
- **pilot diversion program for human trafficking victims**
- to help restore and rebuild their lives through responses outside the criminal justice system. The program
- will divert victims of human trafficking, who are often unnecessary criminalized, into a trauma-informed holistic system of care.
- 
- 
- 
- **Washtenaw County Prosecuting Attorney Eli Savit**
- wrote an
- opinion
- piece, along with State Senator Adam Hollier, calling for
- **changes to Michigan hate crime laws**
- amid the state's rise in violent crimes against trans women. Currently, Michigan maintains a "hate crimes" law that imposes additional criminal penalties if a person assaults, intimidates, or harasses a victim "because of that person's race, color, religion,
- gender, or national origin" but does not expressly cover crimes targeting people on the basis of sexual orientation or gender identity.
- 
- 
- 

Weisman000292
DEX 73.005

- **Brooklyn District Attorney Eric Gonzalez**
- announced that he has
- agreed
- to
- **forgo prosecutions**
- for certain less severe offenses and place offenders under the responsibility of community organizations.
- The experimental program involves a "shift in power" to give individuals more responsibility for turning their lives around instead of experiencing a cycle of incarceration, release, and re-arrest. The process starts with an
- **"accountability" conversation**
- about what the person could have done differently to avoid getting arrested and how they can avoid police contact in the future. DA Gonzalez and Cyrus Smith, a Brooklyn-based advocate, wrote about the program in
- this
- piece.
-
-
-
- **Fairfax County Commonwealth's Attorney Steve Descano**
- announced an innovative **deferred disposition**
- program,
- "Taking Root," designed to provide restorative avenues for individuals, while also reducing crime and recidivism. The program aims to address the root cause of the behavior that led to criminal involvement through a variety of services, including help with
- access to therapy, housing, education, employment, and addiction treatment.
-
-
-
- Seven Michigan prosecutors, including
- **Ingham County Prosecuting Attorney Carol Siemon,**
- **Oakland County Prosecuting Attorney Karen McDonald,**
- and **Washtenaw County Prosecuting Attorney Eli Savit,**
- issued a pledge
- to **protect a woman's right to choose and every person's right to reproductive freedom.**
- The joint statement addresses the archaic Michigan anti-abortion statutes written and passed in 1931 that are still on the books. The prosecutors declared that they will not support criminalizing reproductive freedom or creating unsafe, untenable situations
- for health care providers and those who seek abortions, and expressed support for a
- lawsuit,
- filed by the Governor of Michigan, seeking to guarantee the right to reproductive freedom in the state.
-
-

Weisman000293
DEX 73.006

- **Manhattan District Attorney Alvin Bragg** issued a [statement](#) about his office's investigation into activities conducted by former President Donald Trump and the Trump family's businesses. DA Bragg emphasized that, while the investigation is ongoing, he cannot discuss details about it.

*Other Resources, Reports, and Articles*

- The Legal Aid Society published a [report](#) on **racial disparities in "broken windows" policing** in New York City. *Broken Windows, Broken Trust: The NYPD's Racially Discriminatory Quality-of-Life Policing* briefly summarizes the scientific research on broken windows policing theory before contributing a new analysis showing that 91% of arrests in 2021 for the "quality of life" offenses that are usually encompassed by it were of Black, Latino, and other non-white New Yorkers, raising important questions concerning the NYPD's ability to carry out a Quality of Life Enforcement Initiative in a fair and impartial manner.

- Jeremy Travis and Bruce Western penned the final [essay](#) in the Brennan Center's series examining the **punitive excess that has come to define America's criminal legal system.** *Beyond the Era of Punitive Excess* examines what an honest reckoning with the harms of punitive excess would look like and mean for the criminal legal system, including giving communities a much stronger hand in designing how and for whom safety is achieved. To close out the online series, the Brennan Center also created a [video](#) that brings together the **voices of formerly incarcerated leaders** and experts, many of whom wrote for the series, to share their personal experiences.

- As part of their Prosecution Led Diversion Toolkit, the APA has published a [toolkit](#) to guide prosecutors and program planners through the process of **developing a diversion program for domestic violence**

Weisman000294
DEX 73.007

- **cases.** It provides questions and considerations for program developers, and highlights innovative alternatives to incarceration, including
- facilitating treatment linkages and partnerships with mental health agencies at the initial stages of designing a diversion program.
- 
- 
- 
- The National Center for State Courts published a
- brief
- on **Juvenile Justice Mental Health Diversion.**
- The brief proposes eight strategies for improving outcomes for youth in the juvenile justice system who have trauma histories and mental illnesses. Recommendations include using standardized mental health screens and assessments, and committing to cross-system
- collaboration. The brief also includes a series of resources for each guideline.
- 

Thank you for reading and have a great week and, for some, upcoming holidays!

Best wishes,
Miriam, Greg, and the FJP Team


### Miriam Aroni Krinsky

Founder and Executive Director

Fair and Just Prosecution

Email: krinskym@krinsky.la

Cell: (818) 416 5218



*Stay connected to FJP by visiting our website, signing up for our latest news and updates, and following us on Facebook and Twitter.*

Weisman000295
DEX 73.008