IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANDREW H. WARREN,

                Plaintiff,               Case No. 4:22-cv-302-RH-MAF

v.

RON DESANTIS, individually and in
his official capacity as Governor of the
State of Florida,

                Defendant.

_____

**NOTICE OF FILING
PLAINTIFF'S CLOSING ARGUMENT SLIDES**

Pursuant to the Court's request during trial, Plaintiff hereby files his closing argument slides.

Dated:  December 2, 2022

**PERKINS COIE LLP**

By:  */s/ Jean-Jacques Cabou*

Jean-Jacques Cabou (AZ #022835)\*
Alexis E. Danneman (AZ #030478)\*
Matthew R. Koerner (AZ #035018)\*
Margo R. Casselman (AZ #034963)\*
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
JCabou@perkinscoie.com
ADanneman@perkinscoie.com
MKoerner@perkinscoie.com
MCasselman@perkinscoie.com
602.351.8000

**AND**

David B. Singer (FBN 72823)
Matthew T. Newton (FBN 111679)
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
dsinger@shumaker.com
mnewton@shumaker.com

**DEBEVOISE & PLIMPTON LLP**

David O'Neil\*
801 Pennsylvania Ave NW, Suite 500
Washington, D.C. 20004
(202) 383-8000
daoneil@debevoise.com

Alexandra P. Swain\*
650 California Street
San Francisco, CA 94108
apswain@debevoise.com

Samantha B. Singh (FBN 1036051)
919 Third Avenue
New York, NY 10022
sbsingh@debevoise.com

\* *Pro Hac Vice*

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System for filing.

*/s/ Indy Fitzgerald*

# PLAINTIFF'S CLOSING ARGUMENT

*Andrew H. Warren*
*v.*
*Ron DeSantis*

United States District Court for the Northern District of Florida

Tallahassee Division

# Why Are We Here?

## The purpose of this trial was to determine:

- "the Governor's actual motivation for the suspension and, if improperly motivated in substantial part, whether the Governor would have made the same decision anyway, without the improper motivation." [Doc. 98 at 1]

2

# The Evidence

## Mr. Warren proved:

- Mr. Warren was suspended from his elected office because of what he **said** and what he **believes** – and because they're different from what the Governor said and believes.
- Burden met.

## The Governor failed to show he would have suspended Mr. Warren without the improper motivation:

- Burden not met.

3

 **Mr. Warren Met His Burden.**

 # Mr. Warren Was Suspended for his Speech & Beliefs.

## How do we know?

1. The Executive Order says so.
2. The Governor himself said so.
3. The Governor's staff confirmed it.
4. The Governor strongly disagreed with Mr. Warren's speech—on transgender healthcare, on abortion, and on his "woke" beliefs about criminal justice in general.

5

# ✓ Mr. Warren's Speech Was the Motivation.



- "[T]he overall theme that was expressed … in the law enforcement community about Mr. Warren was that **his approach, his mindset, the culture of his office** with regard to law enforcement was creating an environment of **chaos, lawlessness, and disruption**, and antagonism in the law enforcement community that was impeding them in doing their mission and directly prejudicing their ability to protect people in their communities … ."

[11/29/22 Tr. at 217:11-21]

6

# ✓ Mr. Warren's Speech Was the Motivation.



- "[I]t appeared to me that Mr. Warren … [was] **an expresser or a conduit for Mr. Soros's world views on criminal prosecution**."

  [289:15-19]

7

 Mr. Warren's Speech Was the Motivation.

WHEREAS, Soros has supported Warren and other "progressive prosecutors" through a series of shell organizations, affiliates and pass-through entities, including the Democratic Party.



4:22-cv-302-RH-MAF
**JOINT EX**
**12**

# ✓ Mr. Warren's Speech Was the Motivation.



- **"I did not conduct an investigation."**

  [203:15]

- **"I'll call it a project, because it was not an investigation. It was a project in which I was going to look into this subject."**

  [205:8-10]

9

✔ # Mr. Warren's Speech Was the Motivation.



- "Mr. Warren had a **reputation** as being a State Attorney who was hostile and antagonistic to law enforcement …" and who had taken the "mantel or moniker" as "**a reform prosecutor**."

  [207:24-208:17].

10

# ✓ Mr. Warren's Speech Was the Motivation.



- **Q.** Now, you were principally looking at this from what was necessary to justify and defend the suspension in a Senate trial; right?

- **A.** Factually and legally, yes.

[417:25-418:1-3]

11

# ✔ There Was No Blanket Policy.

- **Q:** So would you describe the bike stop policy … as a blanket policy of nonprosecution?
  **Ms. Wilds:** No. [177:25-178:3]

- **Ms. Hindman**:   "Every case was evaluated [on its individual unique facts and circumstances]." [193:7-11]

- **Ms. Muratti**:   The December 2021 Memo regarding prosecutorial discretion "overlays all of our actions on our cases, whether there is another policy in place or not." [Depo. Tr. 59:17-20]

12

# ✓ Mr. Warren's Speech Was the Motivation.



- "I would prefer to remove these allegations, but they may be valuable for the larger political narrative."

[Joint Exhibit 19]

13

# ✓ The Joint Statements Were Not Policies.

- **Ms. Wilds:**   Saw the Joint Statements for the first time at her deposition in this case. [181:6-8 & 23-25]

- **Ms. Hindman**:   Saw the Gender Statement for the first time "in the last couple months" and "never participated in any discussion about" the Abortion Statement. [193:19-20 & 196:4-6]

- **Ms. Muratti**:   "Andrew has never told me to handle an abortion or transgender or gender-affirming health care case in a particular way. … We have never had a conversation about it." [Depo. Tr. 83:22-84:13]

14



# Mr. Warren's Speech Was the Motivation.



- "[I]t would have tipped him off to a number of things and given him an opportunity to walk back his pledge."

  [467:5-6]

15

# ✓ Mr. Warren's Speech Was the Motivation.





The Soros Plan
August 3, 2022

**Background**

- In an editorial published July 31, 2022, in the Wall Street Journal titled "Why I Support Reform Prosecutors," billionaire tycoon George Soros purports his efforts to reduce prosecution of criminal acts is about "prioritizing the resources of the criminal-justice system

\* Soros uses a series of **shell organizations, affiliates, and pass-through committees** to steer contributions to both candidates and his robust support network for progressive prosecutors, which provide gravitas and perks to preferred prosecutors.

- In 2021, those jurisdictions accounted for over 40 percent of all homicides in the U.S. (9,000+ out of 22,500).

**Soft on Crime**

- Warren specifically has been a loyal advocate of the Soros agenda. In 2017, he was one of 31 district prosecutors nationally to sign his name to a letter issued by FJP opposing and criticizing a Justice Department directive "to charge and pursue the most serious, readily provable offense."

DEF 000475
**PEX 21.002**



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**21**

16

# ✓ Mr. Warren's Speech Was the Motivation.





**Hillsborough Law and Order**
*Thursday, August 4, 2022*

[INTRODUCTION]

- Good morning, everyone, it's a great day to be in Hillsborough County.
- With me here is:
  - INSERT ATTENDEES
- Florida is a law-and-order state.
- We have demonstrated our commitment to maintaining law and order by enforcing state and federal laws, and by signing legislation that ~~our state laws and put people at risk.~~
- As Governor, it is my duty to take care that the laws of this State are faithfully executed.  ~~responsibility to the people of Florida to ensure that Florida's elected officials are carrying out their duties to the best of their abilities and working for the people that they represent.~~
  - That means that I have the solemn responsibility to suspend state officers that are failing to perform their duties under Article 4, Section 7 of the Florida Constitution.
- When an official abandons ~~those duties~~ his duty and chooses woke activism over ~~the~~ his oath of office ~~they took,~~ it is my duty to step in.

[ANNOUNCEMENT]

- **Today,** ~~effective immediately,~~ **I am suspending State Attorney Andrew Warren from Office** ~~under my authority under Article 4, Section 7 to suspend a state officer~~ **due to neglect of duty** ~~, effective immediately.~~
- Public safety and the faithful enforcement of the laws enacted by our Legislature are of paramount importance.
- Unfortunately, as you will hear, Mr. Warren has lost the confidence of law enforcement, and most remarkably, he has brazenly declared that he will not enforce laws enacted by the Florida Legislature that he doesn't like.
- Instead of using his office to fight crime, protect people, and enforce the law, he uses it for Soros-funded social justice activism.

*[Highlighted callout box:]*
- Instead of using his office to fight crime, protect people, and enforce the law, he uses it for ==Soros-funded social justice activism.==

~~and pursue abortion crimes.~~
- He has established policies of presumptive non-enforcement for certain crimes that hamstring proactive policing and usurp the ability of law enforcement agencies to do their jobs. Warren was elected to uphold the law and prosecute crimes on behalf of the people of Florida and he has openly stated that he will neglect that duty.
- The law is the law, and it ~~is~~ should not ~~be~~ subject to the whims of a woke idealogue~~s who run afoul of their oath of office~~ masquerading as a prosecutor.
- Despite his non-enforcement policies and friction with law enforcement, Mr. Warren crossed the line in June when he joined a statement with Soros-affiliated prosecutors from across the country—

4:22-cv-302-RH-MAF
**JOINT EX**
**44**

DEF 000989
**JEX 44.002**

DEF 000990
**JEX 44.003**

# Mr. Warren's Speech Was the Motivation.



18



DeSantis Sends Cops To Physically Remove Suspended 'Soros-Backe...
"When you flagrantly violate your oath of office .. when you make
yourself above the law, you have violated your duty..."

548    3,113    12.1K

Christina Pushaw 🇺🇸✓
@ChristinaPushaw

Replying to @JackPosobiec

GIF  ALT

9:30 PM · Aug 4, 2022 · Twitter for iPhone

**26** Retweets   **476** Likes

PLAINTIFF'S EX
87

PEX 87.001

19 |

# ✓ Mr. Warren's Speech Was the Motivation.



## The Soros Plan
August 3, 2022

**Background**

- In an editorial published July 31, 2022, in the Wall Street Journal titled "Why I Support Reform Prosecutors," billionaire tycoon George Soros purports his efforts to reduce prosecution of criminal acts is about "prioritizing the resources of the criminal-justice system to protect people against violent crime."

- In practice, this effort has led to a vast network of prosecutors going soft on crime – spiraling into a nationwide spike in violence – including state attorneys in the ninth and thirteenth circuits of Florida.

**Soft on Crime**

- Warren specifically has been a loyal advocate of the Soros agenda. In 2017, he was one of 31 district prosecutors nationally to sign his name to a letter issued by FJP opposing and criticizing a Justice Department directive "to charge and pursue the most serious, readily provable offense."

- which was over 60 percent of the FJP's total operating revenue and for the year prior and double the total net assets of the group.

- The ACLU has recently come under intense scrutiny for their 'woke' social justice efforts, which on Aug. 1, included filing an amicus brief urging the U.S. Supreme Court to uphold the ability of universities to consider and implement race as a determining factor in student admissions.

- Soros delivers this radical change through his web of advocates. One such organization is the "Fair and Just Prosecution" (FJP) project, which is an advocacy arm of the progressive prosecution movement. FJP influences policy through press releases, amicus briefs, and junkets.

DEF 000475
**PEX 21.002**



4:22-cv-302-RH-MAF
**PLAINTIFF'S EX**
**21**

20

Courts "are not required to exhibit a naivete from which ordinary citizens are free."

*United States v. Stanchich*, 550 F.2d 1294, 1300 (2d Cir. 1977) (Friendly, J.).

 # The Governor Failed to Meet His Burden.



Seminole Sheriff Dennis Lemma: I won't enforce assault weapons registry if amendment passes

By Steven Lemongello
Orlando Sentinel • Jan 15, 2020 at 2:42 pm



4:22-cv-302-RH-MAF
PLAINTIFF'S EX
15

22

 **The Governor Failed to Meet His Burden.**



23

 # The Governor Failed to Meet His Burden.



"disfiguring these young kids" …
"And then to see these blanket statements like saying that you're not going to enforce a prohibition on giving a minor a sex change operation, a 12-year-old boy can't go in and get a tattoo, but yet somehow if the legislature were to say that you can't get a sex change operation …."

24

#  The Governor Failed to Meet His Burden.

STATE OF FLORIDA
OFFICE OF THE GOVERNOR
EXECUTIVE ORDER NUMBER 22-XX
(Executive Order of Suspension)

WHEREAS, Article IV of the Florida Constitution vests the State's supreme executive power in the Governor and requires the Governor to take care that the laws of Florida are faithfully executed. *See* Art. IV, section 1(a), Fla. Const.; and

WHEREAS, in furtherance of the Governor's executive responsibility, the Governor may suspend from office any state officer not subject to impeachment for that officer's malfeasance, misfeasance, neglect of duty, drunkenness, incompetence, permanent inability to perform official duties, or commission of a felony. *See* Art. IV, section 7(a), Fla. Const.; and

WHEREAS, "neglect of duty" has reference to "the neglect or failure on the part of a public officer to do and perform some duty or duties laid on him as such by virtue of his office or which is required of him by law." *Israel v. Desantis*, 269 So. 3d 491, 496 (Fla. 2019) (quoting *State ex rel. Hardie v. Coleman*, 155 So. 129, 132 (Fla. 1934)). "It is not material whether the neglect be willful, through malice, ignorance, or oversight." *Id.*; and

WHEREAS, "incompetence" may arise from gross ignorance of official duties or gross carelessness in the discharge of them, or from lack of judgment and discretion. *Id.*; and

WHEREAS, state attorneys are state officers constitutionally elected to serve as the prosecuting officers of all trial courts within each judicial circuit. *See* Art. V, section 17, Fla. Const.; and

1

JOINT EX 16
DEF 002315
JEX 16.001

by the Florida Legislature that prohibit providers from performing certain abortions to protect the lives of unborn children; and

WHEREAS, Florida criminal law generally prohibits physicians from performing an abortion during the third trimester or after a fetus achieves viability. *See* §§ 390.0111, 390.0112, Fla. Stat. (2021); and

WHEREAS, on March 3, 2022, the Florida Legislature passed House Bill 5 ("HB 5"), titled "Reducing Fetal and Infant Mortality," which prohibits a physician from performing an abortion after a fetus reaches the gestational age of 15 weeks, with certain exceptions; and

WHEREAS, I signed HB 5 on April 14, 2022, it took effect on July 1, 2022, and it remains in full force and effect, *see State v. Planned Parenthood of Sw. & Cent. Fla.*, No. 1D22-2034, 2022 WL 2865900 (Fla. 1st DCA July 21, 2022) (declining to vacate automatic stay of preliminary injunction against HB 5); and

WHEREAS, a violation of Florida's criminal law against abortion continues to be a felony of the third degree, punishable by imprisonment of up to five years and monetary penalties. *See* §§ 390.0111(10)(a), 775.082(3)(e), and 775.083(1)(c), Fla. Stat.; and

WHEREAS, Florida's criminal law also prohibits partial-birth abortions, which are classified as second degree felonies and punishable by imprisonment of up to fifteen years and monetary penalties. *See* §§ 782.34, 775.082(3)(d), and 775.083(1)(b), Fla. Stat.; and

WHEREAS, on June 24, 2022, the Supreme Court of the United States overturned *Roe v. Wade*, 410 U.S. 113 (1973), and *Planned Parenthood of Southeastern Pa. v. Casey*, 505 U.S. 833 (1992), reaffirming that states may prohibit abortion through criminal laws passed by their elected representatives. *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228 (2022); and

4
DEF 002318
JEX 16.004

25

26

"Some of our soundest constitutional doctrines were once punished as subversive. We must not forget that it was not so long ago that both the term 'Republican' and the term 'Democrat' were epithets with sinister meaning to denote persons of radical tendencies that were 'subversive' of the order of things then dominant."