
IN AND FOR THE NORTHERN DISTRICT, FLORIDA

Andrew Warren
Plaintiff

v.                                                  **Civil: Case Number 4122-CV-00302-RH-MAF**

(Gov.) Ron Desantis
State of Florida,
Defendants.
_____/

## AMICUS BRIEF ON 'BEHALF' OF THE PLAINTIFF

**PLEASE TAKE NOTICE** as to the above-captioned **AMICUS BRIEF ON BEHALF OF THE PLAINTIFF** as with its embodied content as a party that is indirectly involved in litigation but gives a direct by through expert testimony to the court, privy, as it provides as shown below as follows,

**JUDICIARY**, the undersigned did ask the court to **PLEASE TAKE FURTHER NOTICE** that additional information regarding the Introduction of Integrity Deoxyribonucleic Acid herein its acronyms are iDNA as to an "improved technology" it set forth a **DISCOVERY** in the year of 2021, as part of a privatized Implosion Units Investigation and a criminal referral to the United States Attorney's Office for "transparency" purposes, it did **COURT ORDER** before Federal Judge Robert L. Hinkle who did (mentor) an informed Chief Judge Walker a shortfall in the month of August on/about the 14 day and the year of 2014 presiding, "get it right" shown below,

1. PLAINTIFF Andrew Warren, suspended State Attorney at said location 13th Judicial Circuit Hillsborough County, (Southern State District) Florida, a position vacated and replaced by former Judge Susan 'Suzy' Lopez, in-which, a federal **COURT ORDER** to appoint Andrew Warren in a move to fulfil a vacant Judge's position presumably open as part of the plaintiffs' RETROACTIVE REMEDY FOR RELIEF "make it happen".

2. The undersigned did in fact in the year of 2021 by through the State of Florida's Division of Elections, DE suppress votes in the year of 2022, it did qualify a Certification for a federal **COURT ORDER** " by clarification" for the 'Lady' Governor Melissa Nelson, a Rising Star Republican for the State of Florida's Governors' Office, it set forward within the year 2023, it did substantiate "She's Floating" to Victory Icon YouTube Video and photoshoot within the correspondence to U. S. Attorney's Office, Northern District. Fla, stated as part of the plaintiffs' RETROACTIVE REMEDY FOR RELIEF "make it happen".

3. The undersigned did prioritized in the allegations that the defendant (Gov.) Ron Desantis' "chaos" "Bullying Tactics" campaign KNEW OR SHOULD HAVE KNOWN that the entity acts did endanger a FACE DEMASKING of CHILDREN (students), it did possibly expose the children to Covid 19 Pandemic with its Variants (since 2019), refer to **Exhibit A** See: a YouTube portraying the defendant dated on/about March 2, 2022, its Miniscule



Material Droplets are a scientific probability mutating (over Millions died), it did give rise to an article titled (RSV) "Respiratory Syncytial Virus illnesses, Covid 19 may be to "BLAME" for the surge in RSV illnesses among children. Here's Why." By Jamie Kline dated October 28, 2022 updated at 3:50 pm, again without "readiness and cover" against the Airborne 'Virus' Droplets of Miniscule Material Evidence.

3b. The undersigned did further prioritize in the allegations against the defendant acts that it did with 'intent' to "suppress Florida's Votes" with an appearance of a legal and by an illegal criminalization of those Florida voters.

4. The undersigned seeks a "clarification" of a submitted **COURT ORDER** that it did enter the DEFENDANT (Gov.) Ron Desantis into a National 'Red Flag" Automated Tags Data Base named therein Ron Desantis, that Ron Desantis SHALL NOT OR Ron Desantis IS BANNED TO serve in any and all GOVERNMENT CAPACITY for the DURATION of Ron Desantis NATURAL LIFE, whereas, Ron Desantis, defendant has a right to an emergency Appeal by and through the United States Supreme Court for a ruling.

**Inclosing**, the undersigned did create an atmosphere, as such, "'I Don't Have A Clue What It Means': Clarence Thomas Asks Lawyer To Define "Diversity"" Black's Law Dictionary Ninth Edition Bryan A. Garner Editor In Chief page 546; "it did give rise to the question of" "diversity" 1. DIVERSITY OF CITIZENSHIP, the United States' Supreme Court Justice Clarence Thomas appointed by a Republican served since 1991 knew or should have known at the age 74 years born June 23, 1948, he did succeed the former. U. S. Supreme Justice Thurgood Marshall (known successful Civil Rights Lawyer, it did cite his work to be done further Brown vs. Board. of Education) appointed by a Democrat served 1967 to 1991 died at the age of 84, again diversity, Justice Thomas ('K-LUELESS' K-LUMSY K-IND looking) is married to Virginia Thomas, refer to a threshold DOMA -1996, again diversity, DNA identification (1987) A method of scientific identity based on a person's unique genetic makeup; specific., the comparison of a person's Deoxyribonucleic acid, again diversity, source 'Black's Law Dictionary' page 551, liken a Biological Man's DNA and a Biological Woman's DNA (liken to DOMA 1996, Scientifically), a "COMMON SENSE" quote from the former Honorable and Highly Esteemed U. S. Supr. Ct. Justice and Chief Prosecutor at Nuremberg Robert H. Jackson, (A nominal Profiling of Probable Cause for "DIVERSITY" admissions) and "1st Amendment Rights". Source: Artificial Intelligence (A.I.) Tyrone's "Algorithm" Bots (2022).

**WHEREFORE,** the undersigned respectfully instructs the Clerk of Courts to file appropriately to the above case number and forward before Judge Robert L. Hinkle and its provided carbon copy to the Chief Judge Mark E. Walker, presiding chambers. P. S. Per telephonically to the Federal Judge Robert L. Hinkle's Chambers November 29, 2022 at 8:03 am. and by answering an unnamed woman Professional Receiver (ty).

HEREBY SUBMITTED,

_____
Jonathan N. Foster, Undersigned.
( 29 November 2022 )

Return address (handwritten):
Jonathan R. Foster
c/o Galaxy Box Association
251 West 22nd Street
Jacksonville, Florida 32206

DEC 02 2022

To The Chambers Of:
Chief Judge Mark E. Walker
United States Court House
111 N. Adams Street
Tallahassee, Florida 32301

PRIORITY MAIL®

U.S. POSTAGE $9.40
PM
32244
Date of sale 11/29/22
06   2S
11488404
0.80 oz
RDC 04
C001

SHIP TO:
JONATHAN N FOSTER
GAL BAR ASSOC.
111 N ADAMS ST
TALLAHASSEE FL 32301-7736

EXPECTED DELIVERY DAY: 12/01/22

SHIP TO:
MARK E WALKER
CHIEF JUDGE
111 N ADAMS ST
TALLAHASSEE FL 32301-7736

USPS TRACKING® NUMBER
9505 5067 0836 2333 6198 74

