UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| ANDREW H. WARREN,<br><br>    Plaintiff,<br><br>v.<br><br>RON DESANTIS, individually and in his official capacity as Governor of the State of Florida,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 4:22-cv-302-RH-MAF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Debevoise & Plimpton LLP has relocated its New York office to the following as of January 17, 2023:

>Debevoise & Plimpton LLP
>66 Hudson Boulevard
>New York, New York  10001
>(212) 909-6000

Please direct any hard copy service to us at our new address.

Dated: New York, New York
       January 12, 2023

>DEBEVOISE & PLIMPTON LLP
>
>By: _s/Samantha B. Singh_
>    Samantha B. Singh
>    Florida Bar No. 1036051
>    66 Hudson Boulevard
>    New York, New York  10001
>    (212) 909-6000
>    sbsingh@debevoise.com
>
>*Attorney for Andrew Warren*