# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                CASE NO. 4:22cv302-RH/MAF

RON DESANTIS,

    Defendant.

_____/

## JUDGMENT

This action came before the Court with the Honorable Robert L. Hinkle presiding. The issues have been tried.

The plaintiff Andrew H. Warren's claims against the defendant Ron DeSantis arising under state law are dismissed without prejudice based on the Eleventh Amendment. Mr. Warren's claims against Mr. DeSantis arising under federal law are dismissed on the merits with prejudice.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

January 20, 2023                    *s/ Cindy Markley*
DATE                                    Deputy Clerk: Cindy Markley