# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H. WARREN,

      Plaintiff,

v.                                     CASE NO. 4:22cv302-RH-MAF

RON DESANTIS, individually and in
his official capacity as Governor of the
State of Florida,

      Defendant.
_____

## NOTICE OF APPEAL OF FINAL JUDGMENT OF PLAINTIFF ANDREW H. WARREN

NOTICE IS HEREBY GIVEN that Plaintiff Andrew H. Warren hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Order (ECF No. 150) and Judgment (ECF No. 151) of the United States District Court for the Northern District of Florida entered on January 20, 2023, the Honorable Robert L. Hinkle presiding.

[REST OF PAGE INTENTIONALLY LEFT BLANK]

Dated: February 14, 2023

| | |
|---|---|
| **PERKINS COIE LLP** | **DEBEVOISE & PLIMPTON LLP** |
| *Jean-Jacques Cabou (AZ #022835) | By: /s/ David A. O'Neil |
| *Alexis E. Danneman (AZ #030478) | *David A. O'Neil |
| *Margo R. Casselman (AZ #034963) | 801 Pennsylvania Ave NW, Suite 500 |
| 2901 N. Central Avenue, Suite 2000 | Washington, D.C. 20004 |
| Phoenix, Arizona 85012-2788 | (202) 383-8000 |
| (602) 351-8000 | daoneil@debevoise.com |
| JCabou@perkinscoie.com | |
| ADanneman@perkinscoie.com | *Alexandra P. Swain |
| MCasselman@perkinscoie.com | 650 California St, |
| | San Francisco, CA 94108 |
| **AND** | (415) 738-5709 |
| | apswain@debevoise.com |
| **OLDER, LUNDY, KOCH & MARTINO** | |
| David B. Singer (FBN 72823) | Samantha B. Singh (FBN 1030651) |
| Matthew T. Newton (FBN 111679) | 66 Hudson Boulevard |
| 1000 W. Cass St. | New York, New York 10001 |
| Tampa, FL 33606 | (212) 909-6505 |
| (813) 254-8998 | sbsingh@debevoise.com |
| dsinger@olderlundylaw.com | |
| mnewton@olderlundylaw.com | |

****Admitted Pro Hac Vice***

*Attorneys for Plaintiff*
*Andrew Warren*

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I served a true and correct copy of the foregoing document via electronic notice by the CM/ECF system on all counsel or parties of record.

                                       **DEBEVOISE & PLIMPTON LLP**

                             By: <u>/s/ David A. O'Neil</u>
                                     David A. O'Neil
                                     801 Pennsylvania Ave NW, Suite 500
                                     Washington, D.C. 20004
                                     (202) 383-8000
                                     daoneil@debevoise.com

                                     *Attorney for Plaintiff Andrew Warren*