# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANDREW H WARREN

      VS                 USDC NO. 4:22-cv-00302-RH-MAF
                            USCA NO. #23-10459

RON DESANTIS et al.

## TRANSMITTAL OF AMENDED RECORD ON APPEAL

      The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified Record on Appeal consist of total volumes as follows:

(1) THUMB DRIVE ECF 139

Please acknowledge receipt on the enclosed copy of this transmittal to:

                            JESSICA J. LYUBLANOVITS,
                            CLERK OF COURT

                            By: Ronnie Barker
                            Deputy Clerk