# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

                                                       Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as Governor of the State of Florida,

                                                       Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

2                  Order of the Court                  23-10459

ORDER:

    A judge of this Court withholds issuance of the mandate in this appeal.

                                               DAVID J. SMITH
                               Clerk of the United States Court of
                                   Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| David J. Smith | For rules and forms visit |
|---|---|
| Clerk of Court | www.ca11.uscourts.gov |

February 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-10459-AA
Case Style: Andrew Warren v. Ron DeSantis
District Court Docket No: 4:22-cv-00302-RH-MAF

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action