# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

2                          Order of the Court                    23-10459

ORDER:

   The motion to withdraw as counsel filed by Henry C. Whitaker for Defendant-Appellee is GRANTED.



                                        DAVID J. SMITH
                              Clerk of the United States Court of
                              Appeals for the Eleventh Circuit

                     ENTERED FOR THE COURT - BY DIRECTION