# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10459

_____

ANDREW H. WARREN,

                                  Plaintiff-Appellant,

*versus*

RON DESANTIS,
Individually and in his Official Capacity as
Governor of the State of Florida,

                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00302-RH-MAF

_____

2                  Order of the Court                  23-10459

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION