IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW H. WARREN,

    Plaintiff,

v.                                  CASE NO. 4:22cv302-RH-MAF

RON DESANTIS,

    Defendant.

_____/

## JUDGMENT

This action is dismissed as moot.

                                              JESSICA J LYUBLANOVITS,
                                              CLERK OF COURT

<u>February 16, 2025</u>                      s/ *Ronnie Barker*
DATE                                              DEPUTY CLERK